**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:08-CR-00016 |
| | : | |
| | : | **CAPITAL § 2255 PROCEEDINGS** |
| | : | |
| -v- | : | HON. REBECCA BEACH SMITH |
| | : | |
| DAVID ANTHONY RUNYON, | : | |
| Defendant/Movant | : | |
| | : | |
| | : | |

**MOTION FOR APPOINTMENT OF COUNSEL
FOR PROCEEDINGS PURSUANT TO 28 U.S.C. § 2255**

Comes now, Movant DAVID ANTHONY RUNYON, an indigent federal prisoner under sentence of death imposed by this Court, and hereby respectfully moves the Court to appoint counsel, pursuant to 18 U.S.C. § 3599(a)(2), to represent him in pursuing any and all available post-conviction remedies, including the investigation, preparation, and prosecution of a motion for post-conviction relief pursuant to 28 U.S.C. § 2255. Specifically, Mr. Runyon requests that the Court appoint counsel from the Federal Public Defender for the District of Maryland, along with co-counsel, undersigned Jennifer T. Stanton, who is a member in good standing of this Court. Pursuant to Local Rule 7(f), a Memorandum of Law in Support of Mr. Runyon's Motion for Appointment of Counsel for Proceedings Pursuant to 28 U.S.C. § 2255 accompanies this motion.

Respectfully Submitted,

_____/S/_____

J.T. Stanton, Esq.
VSB# 32448
Local Counsel for David Anthony Runyon
J.T. STANTON, P.C.
555 East Main St. #801
Norfolk, VA 23510
Ph: 757.622.3628
Fx: 757.622.3630
Stantonlaw500@gmail.com

Dated:  November 14, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2013, I have electronically filed the foregoing Motion for Appointment of Counsel for Proceedings Pursuant to 28 U.S.C. § 2255 with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons
Suite 300
Newport News, VA 23606
(757) 591-4032
Brian.Samuels@usdoj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons
Suite 300
Newport News, VA 23606
(757) 591-4000
Lisa.McKeel@usdoj.gov

_____/S/_____

J.T. Stanton, Esq.

2