**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | No. 4:08-CR-00016 |
| | : | |
| | : | **CAPITAL § 2255 PROCEEDINGS** |
| | : | |
| -v- | : | HON. REBECCA BEACH SMITH |
| | : | |
| DAVID ANTHONY RUNYON, | : | |
| Defendant/Movant | : | |
| | : | |

**ORDER**

This matter comes before the Court on the motion of Movant DAVID ANTHONY RUNYON, through Jennifer T. Stanton, requesting that the COURT find Mr. Runyon indigent and appoint Ms. Jennifer T. Stanton and the Federal Public Defender for the District of Maryland to represent Mr. Runyon in any and all available post-conviction proceedings, including 28 U.S.C. § 2255 proceedings.

This Court GRANTS Movant's Motion for Appointment of Counsel.  Ms. Stanton and the Federal Public Defender for the District of Maryland, Ruth Friedman appearing, are hereby appointed, pursuant to 18 U.S.C. § 3599, to represent Mr. Runyon in any and all available post-conviction proceedings, including 28 U.S.C. § 2255 proceedings.

SO ORDERED this __ day of _____, 2013.

_____
Rebecca Beach Smith
United States District Judge