EXHIBIT "A"



# SUPREME COURT
## OF THE UNITED STATES

No. 13-254          *** CAPITAL CASE ***
Title:
                    David Anthony Runyon, Petitioner

                    v.

                    United States
Docketed:           August 23, 2013
Linked with 12A1111
Lower Ct:           United States Court of Appeals for the Fourth Circuit
  Case Nos.:        (09-11)
  Decision Date:    February 25, 2013
  Rehearing Denied: March 25, 2013


~~~Date~~~ ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~

May 17 2013 Application (12A1111) to extend the time to file a petition for a writ of certiorari from June 23, 2013 to August 22, 2013, submitted to The Chief Justice.

May 21 2013 Application (12A1111) granted by The Chief Justice extending the time to file until August 22, 2013.

Aug 21 2013 Petition for a writ of certiorari filed. (Response due September 23, 2013)

Sep 17 2013 Order extending time to file response to petition to and including October 23, 2013.

Oct 23 2013 Order further extending time to file response to petition to and including November 22, 2013.

Nov 21 2013 Order further extending time to file response to petition to and including December 23, 2013.

Dec 18 2013 Order further extending time to file response to petition to and including January 22, 2014.

| ~~Name~~~~~~~~~~~~~~~~~~~~~~ | ~~~~~~~Address~~~~~~~~~~~~~~~~~~~ | ~~Phone~~~ |
|---|---|---|
| **Attorneys for Petitioner:** | | |
| Seth C. Farber | Winston & Strawn LLP | (212) 294-6700 |
| | 200 Park Avenue | |
| | New York, NY 10166 | |
| Party name: David Anthony Runyon | | |
| **Attorneys for Respondent:** | | |
| Donald B. Verrilli Jr. | Solicitor General | (202) 514-2217 |
| | United States Department of Justice | |
| | 950 Pennsylvania Avenue, N.W. | |
| | Washington, DC 20530-0001 | |
| | SupremeCtBriefs@USDOJ.gov | |
| Party name: United States | | |