**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

UNITED STATES OF AMERICA,

vs.                                                     4:08cr16-3

David Anthony Runyon,
                    Defendant

## MOTION FOR LEAVE TO FILE

Comes now, attorney Jennifer Stanton, and respectfully requests this Honorable Court grant her leave to file a written submission with attachments to the Court in advance of the hearing in response to the Court's concerns expressed in its orders of December 20, 2013 (Doc 394), and January 24, 2014 (Doc. 395).

Counsel for the Government, Brian Samuels, has been notified in advance of the filing of this motion and advises he takes no position thereto.


RESPECTFULLY SUBMITTED
DAVID ANTHONY RUNYON


_____/S/_____
            J.T. Stanton, Esq.
            VSB# 32448
            For David Anthony Runyon
            J.T. STANTON, P.C.
            555 East Main St #801
            Norfolk, VA 23510
            Ph: 757.622.3628
            Fx: 757.622.3630
            Stantonlaw500@gmail.com


## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2014, I have electronically filed the foregoing Motion for Leave to File with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian Samuels, Esq.
Assistant US Attorney
Bar Number ****
Counsel for the United States
721 Lakefront Commons #300
Newport News VA 23606
Office: (757) 591-4000
Fax: (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa McKeel, Esq.
Asst US Attorney
Bar Number ****
counsel for the United States
721 Lakefront Commons #300
Newport News VA 23606
VM: 757-591-4000
Fx: 757-591-0866
Lisa.McKeel@usdoj.gov

And I hereby certify that I have mailed the document by U.S. Mail to the following non-filing user:

Ruth Friedman, Esq.
ASB-6437-M58R (Alabama)
Federal Capital Habeas Project
Federal Public Defender, District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD  20770
301.344.0600 (phone)
301.344-0019 (fax)
Ruth_Friedman@fd.org

_____/S/_____
J.T. Stanton, Esq.
VSB# 32448
for David Anthony Runyon
J.T. STANTON, P.C.
555 East Main St #801
Norfolk, VA 23510
Ph: 757.622.3628
Fx: 757.622.3630
Stantonlaw500@gmail.com