**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

UNITED STATES OF AMERICA,

vs.                                                                 4:08cr16-3

David Anthony Runyon,
                    Defendant

**SECOND CORRECTED MOTION FOR LEAVE TO FILE**

Comes now, attorney Jennifer Stanton, and respectfully requests this Honorable Court grant her leave to file a written submission with attachments to the Court in advance of the hearing in response to the Court's concerns expressed in its orders of December 20, 2013 (Doc 394), and January 24, 2014 (Doc. 395).

Counsel files this corrected motion eliminating her previous reference as counsel for David Runyon, pursuant to the Court's Memorandum Order of December 20, 2013 (Doc. 394) denying her appearance as counsel.

Counsel for the Government, Brian Samuels, has been notified in advance of the filing of this motion and advises he takes no position thereto.


RESPECTFULLY SUBMITTED

_____/S/_____
                    J.T. Stanton, Esq.
                    VSB# 32448
                    J.T. STANTON, P.C.
                    555 East Main St #801
                    Norfolk, VA 23510
                    Ph: 757.622.3628
                    Fx: 757.622.3630
                    Stantonlaw500@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2014, I have electronically filed the foregoing Motion for Leave to File with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Brian Samuels, Esq. | Lisa McKeel, Esq. |
| Assistant US Attorney | Asst US Attorney |
| Bar Number **** | Bar Number **** |
| Counsel for the United States | counsel for the United States |
| 721 Lakefront Commons #300 | 721 Lakefront Commons #300 |
| Newport News VA 23606 | Newport News VA 23606 |
| Office: (757) 591-4000 | VM: 757-591-4000 |
| Fax: (757) 591-0866 | Fx: 757-591-0866 |
| Brian.Samuels@usdoj.gov | Lisa.McKeel@usdoj.gov |
| | |
| Appellate counsel | appellate counsel |
| Teresa L. Norris, Esq. | Seth C. Farber, Esq. |
| Blume, Weble & Norris LLP | Winston & Strawn |
| 900 Elmwood Ave #101 | 200 Park Avenue |
| Columbia SC 29201 | New York NY 10166 |
| Ph: 803-765-1044 | ph: 212-294-4611 |
| Fx: 803-xxx-xxxx | fx: 212-294-4700 |
| Teresa@blumelaw.com | sfarber@winston.com |

And I hereby certify that I have mailed the document by U.S. Mail to the following non-filing user:

Ruth Friedman, Esq.
ASB-6437-M58R (Alabama)
Federal Capital Habeas Project
Federal Public Defender, District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD  20770
301.344.0600 (phone)
301.344-0019 (fax)
Ruth_Friedman@fd.org

_____/S/_____
J.T. Stanton, Esq.
VSB# 32448
J.T. STANTON, P.C.
555 East Main St #801
Norfolk, VA 23510
Ph: 757.622.3628
Fx: 757.622.3630
Stantonlaw500@gmail.com