

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

   v.            CRIMINAL NO. 4:08cr16-3

DAVID ANTHONY RUNYON,

   Defendant.

## ORDER

The court initially scheduled a hearing on Wednesday, January 29, 2014, at which J.T. Stanton, Esquire, was ordered to appear and show cause for entering an appearance in this case and for any potential improprieties in filing a motion on behalf of David Anthony Runyon, the Defendant, for appointment of counsel for post-conviction collateral proceedings. See ECF No. 395. The hearing was cancelled because the Norfolk and Newport News Divisions of this court were closed due to inclement weather. Consequently, after consultation with both Ms. Stanton and Mr. Brian Samuels of the United States Attorney's Office for the Eastern District of Virginia, the hearing has been rescheduled for Tuesday, February 11, 2014, at 11:00 A.M. The requirements and conditions of the court's Show Cause Order of January 24, 2014, ECF No. 395, remain in effect for the rescheduled hearing.

The Clerk is **DIRECTED** to forward a copy of this Order to Ms. Stanton; Ms. Ruth Friedman of the Federal Public Defender's Office for the District of Maryland; the Defendant; appellate counsel of record for the Defendant; and the United States Attorney for the Eastern District of Virginia.

IT IS SO ORDERED.

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

January 31 , 2014