

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

v.                                                      CRIMINAL NO. 4:08cr16-3

DAVID ANTHONY RUNYON,

     Defendant.

<u>ORDER</u>

This matter comes before the court on the Second Corrected Motion for Leave to File ("Motion"), filed by J.T. Stanton, Esquire, on January 30, 2014. ECF No. 399.[1] For the reasons discussed below, the Motion is **DENIED** pending a proper filing supported by proper reasons.

In the Motion, Ms. Stanton asks the court for leave to file a written submission with attachments to the court in advance of the show cause hearing originally scheduled for January 29, 2014, and

---

[1] On January 30, 2014, one day after the original date on which the show cause hearing was supposed to have taken place, <u>see</u> ECF Nos. 395 and 400, Ms. Stanton filed a Motion for Leave to File a written submission prior to the show cause hearing, continuing to list herself as counsel for the Defendant, David Anthony Runyon. ECF No. 397. The certificate of service accompanying this motion did not include Mr. Runyon's current appellate counsel. <u>Id.</u> Later that same day, Ms. Stanton filed a Corrected Motion for Leave to File a written submission prior to the show cause hearing, now including Mr. Runyon's appellate counsel on the certificate of service. ECF No. 398. Finally, still later that same day, Ms. Stanton filed a Second Corrected Motion for Leave to File a written submission prior to the show cause hearing, with the only change being that she "files this corrected motion eliminating her previous reference as counsel for David Runyon, pursuant to the Court's Memorandum Order of December 20, 2013 (Doc. 394) denying her appearance as counsel." ECF No. 399. This filing was her third on this matter on the same day.

now rescheduled for February 11, 2014, at which she has been ordered to appear and show cause for entering an appearance in this case and for any potential improprieties in filing pleadings on behalf of the Defendant, David Anthony Runyon, for appointment of counsel for post-conviction collateral proceedings.

Ms. Stanton's Motion fails to indicate what she wishes to file in terms of a written submission, nor why any such submission and attachments cannot be presented to the court at the show cause hearing scheduled for February 11, 2014. Additionally, no brief accompanied Ms. Stanton's Motion, as required by the Local Rules of this court. Specifically, unless otherwise directed by the court, all motions "shall be accompanied by a written brief setting forth a concise statement of the facts and supporting reasons, along with the authorities upon which the movant relies." E.D. Va. Loc. Civ. R. 7(F)(1); E.D. Va. Loc. Crim. R. 47(F)(1). The only exceptions to this rule are for motions for a more definite statement; motions for an extension of time to respond to pleadings, unless the time has already expired; and motions for a default judgment. See E.D. Va. Loc. Civ. R. 7(F)(2); E.D. Va. Loc. Crim. R. 47(F)(2). Ms. Stanton's Motion satisfies none of these exceptions, and the court has not directed that she may file a motion without a supporting brief. Accordingly, the Motion is **DENIED** pending a proper filing supported by proper reasons set forth in an accompanying brief.

2

The Clerk is **DIRECTED** to forward a copy of this Order to Ms. Stanton; Ms. Ruth Friedman of the Federal Public Defender's Office for the District of Maryland; the Defendant; appellate counsel of record for the Defendant; and the United States Attorney for the Eastern District of Virginia.

**IT IS SO ORDERED.**

/s/
_____
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

February 4, 2014

3