# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK/NEWPORT NEWS DIVISION

_____Tuesday, February 11, 2014_____

MINUTES OF PROCEEDINGS IN __Open Court_____

PRESENT: THE HONORABLE___Rebecca Beach Smith, CUSDJ_____

Deputy Clerk: *S. Cherry*___                    Reporter: Jody Stewart, OCR

| Set: 11:00 a.m. | Started: 11:00 a.m. | Ended: 12:05 p.m. |
|---|---|---|

| 4:08cr16-3 | In the Matter of the Show Cause Order Of J.T. Stanton |
|---|---|

Brian Samuels, AUSA, and Lisa McKeel, AUSA, present on behalf of USA.

Jennifer Stanton present.

No appearance by defendant.

Matter came on for a show cause hearing re Show Cause Order filed 1/24/2014 (document #395).

Comments of Jennifer Stanton heard and evidence presented.

Jennifer Stanton's oral motion to withdraw her notice of appearance as counsel of record for Mr. Runyon and to dismiss the show cause.

Comments of court heard.

For the reasons stated on the record, the court grants the oral motion to withdraw. Further, the court dismisses the Show Cause Order against Ms. Stanton.

Court to prepare order.

Witness of J.T. Stanton:  Ruth Friedman