# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Newport News Division

In the Matter of the
Show Cause Order
For J.T. Stanton

EXHIBIT LIST

CASE NUMBER: 4:08cr16-3

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Rebecca Beach Smith | Susan Cherry | Jody Stewart, OCR |
| HEARING DATE(S)<br>February 11, 2014<br>(Show Cause Hrg) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |

| USA | J.T. Stanton | | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| | 1 | | X | Memorandum from AO to All Federal Public/Community Defenders, dated 10/8/2008 |
| | 2 | | X | E-mail from Judge William B. Traxler, dated 11/01/2013 |
| | 3 | | X | Affidavit of Teresa L. Norris, Esq. |
| | 4 | | X | Letter to Chief Judge Smith from David A. Runyon, dated 3 Feb 2014 |
| | 5 | | X | Copy of resume of Jennifer Tope Stanton |
| | 6 | | X | Letter to Chief Judge Smith from Ruth E. Friedman, dated 1/21/2014 |
| | 7 | | X | Memorandum from Judicial Conference of the United States to Judges, dated 12/18/2007 |
| | 8 | | X | Copy of Order of J. Harvie Wilkinson, III, dated 10/3/1996, and amended on 10/1/2008 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |