**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**UNITED STATES OF AMERICA,**

**v.**                                              **CRIMINAL NO. 4:08cr16-3**

**DAVID ANTHONY RUNYON,**

         **Defendant.**

## ORDER

On January 24, 2014, this court issued a Show Cause Order to J.T. Stanton, Esquire, ordering Ms. Stanton to appear before the court at a hearing and show cause for any potential improprieties in entering an appearance as counsel for the Defendant, David Anthony Runyon, and for filing pleadings on his behalf. See ECF No. 395. After conducting the show cause hearing on February 11, 2014, and for the reasons stated from the bench during the hearing, the court **DISMISSES** the Show Cause Order against Ms. Stanton, and the court **GRANTS** Ms. Stanton's motion to withdraw her appearance as counsel for the Defendant, made during the hearing.

The Clerk is **DIRECTED** to forward a copy of this Order to Ms. Stanton; Ms. Ruth Friedman of the Federal Public Defender's Office for the District of Maryland; the Defendant;

appellate counsel of record for the Defendant; and the United States Attorney for the Eastern District of Virginia.

IT IS SO ORDERED.

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

February 11, 2014

2