**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| _____ | : | |
| UNITED STATES OF AMERICA, | : | No. 4:08-CR-00016 |
| | : | |
| | : | **CAPITAL § 2255 PROCEEDINGS** |
| | : | |
| -v- | : | HON. REBECCA BEACH SMITH |
| | : | |
| DAVID ANTHONY RUNYON, | : | |
| Defendant/Movant | : | |
| | : | |
| _____ | : | |

### MOTION TO APPOINT COUNSEL
### FOR PROCEEDINGS PURSUANT TO 28 U.S.C. § 2255

Comes now, Movant DAVID ANTHONY RUNYON, an indigent federal prisoner under sentence of death imposed by this Court, and hereby respectfully moves the Court to recognize and continue the appointment of Teresa L. Norris, Esq., and to appoint Michele J. Brace, Esq., of the Virginia Capital Representation Resource Center, who is a member in good standing of this Court and a member of the Virginia Bar, pursuant to 18 U.S.C. § 3599, to represent him in pursuing any and all available post-conviction remedies, including the investigation, preparation, and prosecution of a motion for post-conviction relief pursuant to 28 U.S.C. § 2255.[1]  Pursuant to Local Rule 7(f), a Memorandum of Law in Support of Mr. Runyon's Motion for Appointment of Counsel for Proceedings Pursuant to 28 U.S.C. § 2255 accompanies this motion.

---

[1] Undersigned direct appeal counsel Ms. Norris and Mr. Farber are not members of the Eastern District of Virginia Bar. Mr. Thomas M. Buchanan, a member of Mr. Farber's law firm who is also a member of the Bar of this Court, has therefore endorsed this motion and the accompanying memorandum of law pursuant to Local Civil Rule 83.1(F) and Local Criminal Rule 57.4(F), for the limited purpose of the proceedings to appoint counsel.

Respectfully Submitted,

/s/

Teresa L. Norris, Esq.
SC Bar. No. 15081
Blume Norris & Franklin-Best, LLC
900 Elmwood Avenue, Suite 101
Columbia, SC 29201
P: (803) 765-1044
F: (803) 765-1143
teresa@blumelaw.com


/s/

Seth C. Farber , Esq.
NY Bar No. 2358182
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166
P: (212) 294-6700
F: (212) 294-4700
SFarber@winston.com

/s/

Thomas M. Buchanan, Esq.
VA Bar No. 21530
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
P: (202) 282-5000
F: (202) 282-5100
TBuchana@winston.com

*Counsel for Defendant/Movant
David Anthony Runyon*

Dated:  October 9, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2014, I have electronically filed the foregoing Motion for Appointment of Counsel for Proceedings Pursuant to 28 U.S.C. § 2255 with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons
Suite 300
Newport News, VA 23606
(757) 591-4032
Brian.Samuels@usdoj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons
Suite 300
Newport News, VA 23606
(757) 591-4000
Lisa.McKeel@usdoj.gov

/s/
Thomas M. Buchanan, Esq.
VA Bar No. 21530
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
P: (202) 282-5000
F: (202) 282-5100
TBuchana@winston.com

*Counsel for Defendant/Movant*
*David Anthony Runyon*