**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

_____

UNITED STATES OF AMERICA,

    -v-

DAVID ANTHONY RUNYON,
Defendant/Movant

_____

:
:
:
:
:
:
:
:
:
:
:
:

No. 4:08-CR-00016

**CAPITAL § 2255 PROCEEDINGS**

HON. REBECCA BEACH SMITH

**ORDER**

This matter comes before the Court on the motion of Defendant/Movant DAVID ANTHONY RUNYON requesting that the Court find Mr. Runyon indigent, and that it recognize and continue the appointment of Teresa L. Norris, Esq., and appoint Michele J. Brace, Esq. to represent Mr. Runyon in any and all available post-conviction proceedings, including 28 U.S.C. § 2255 proceedings.

This Court finds Mr. Runyon indigent and GRANTS Defendant/Movant's Motion for Appointment of Counsel. Pursuant to 18 U.S.C. § 3599, Ms. Brace is hereby appointed, and Ms. Norris' existing appointment is continued in this Court subject to her *pro hac vice* admission, to represent Mr. Runyon in any and all available post-conviction proceedings, including 28 U.S.C. § 2255 proceedings.

SO ORDERED this __ day of October, 2014.

_____
Rebecca Beach Smith
United States District Judge