**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : : : : | No. 4:08-CR-00016 |
|  | : | **CAPITAL § 2255 PROCEEDINGS** |
| -v- | : : | HON. REBECCA BEACH SMITH |
| DAVID ANTHONY RUNYON,<br>Defendant/Movant. | : : : : |  |

**CONSENT NOTICE OF SUBMISSION WITHOUT ORAL ARGUMENT**

Pursuant to Local Criminal Rule 47(E), and with the consent of the United States, movant

David Anthony Runyon hereby notifies the Court that his Motion to Appoint Counsel (Dkt. 405)

is submitted without oral argument.

Respectfully submitted,

/s/
Teresa L. Norris, Esq.
SC Bar No. 15081
Blume Norris & Franklin-Best, LLC
900 Elmwood Avenue, Suite 101
Columbia, SC 29201
P: (803) 765-1044
F: (803) 765-1143
teresa@blumelaw.com

/s/
Seth C. Farber, Esq.
NY Bar No. 2358182
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166
P: (212) 294-6700
F: (212) 294-4700
sfarber@winston.com

1

/s/ _____
Thomas Buchanan, Esq.
VA Bar No. 21530
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
P: (202) 282-5000
F: (202) 282-5100
tbuchana@winston.com

*Counsel for Defendant/Movant*
*David Anthony Runyon*

Dated: October 28, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2014, I have electronically filed the foregoing Consent Notice of Submission Without Oral Argument with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons
Suite 300
Newport News, VA 23606
(757) 591-4032
Brian.Samuels@usdoj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons
Suite 300
Newport News, VA 23606
(757) 591-4000
Lisa.McKeel@usdoj.gov

/s/
Thomas M. Buchanan, Esq.
VA Bar No. 21530
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
P:  (202) 282-5000
F: (202) 282-5100
TBuchana@winston.com

*Counsel for Defendant/Movant*
*David Anthony Runyon*