IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

- - - - - - - - - - - - - - - - - - -
                                    )
   UNITED STATES OF AMERICA,         )
                                    )
                                    )   CRIMINAL ACTION NO.
   v.                                )   4:08cr16
                                    )
   DAVID ANTHONY RUNYON,             )
                                    )
            Defendant.               )
- - - - - - - - - - - - - - - - - - -


                    TRANSCRIPT OF PROCEEDINGS

                       Norfolk, Virginia

                        March 4, 2008


BEFORE:   THE HONORABLE JAMES E. BRADBERRY
          United States Magistrate Judge



APPEARANCES:

          UNITED STATES ATTORNEY'S OFFICE
          By:  Jessica Norris
               Assistant United States Attorney
               Counsel for the United States

          No appearance on behalf of the defendant
          Defendant appearing in person


JODY A. STEWART, Official Court Reporter

(Hearing commenced at 2:38 p.m.)

THE CLERK:  United States versus David Anthony Runyon, case 4:08cr16.

Is the Government ready to proceed?

MS. NORRIS:  The United States is ready.

THE COURT:  Mr. Runyon, are you now employed?

THE DEFENDANT:  Not at this time.  I mean, I was employed before this, yes.

THE COURT:  What were you doing?

THE DEFENDANT:  I was self-employed.  I did contract work for hospitals.

THE COURT:  As a what?

THE DEFENDANT:  I said I was self-employed.  I do contract work for hospitals.

THE COURT:  Okay.  And in the course of doing that, you were making about $2,000 a month?

THE DEFENDANT:  Yes, sir.

THE COURT:  Excuse me.  Raise your right hand. Swear that the answers you will give to the questions I'm going to ask with regard to your financial status will be true and complete, so help you God?

THE DEFENDANT:  I do.

THE COURT:  Are you married or single?

THE DEFENDANT:  Married, separated.

THE COURT:  Do you have any source of income?

JODY A. STEWART, Official Court Reporter

THE DEFENDANT:  No.

THE COURT:  Do you have a car?

THE DEFENDANT:  No.

THE COURT:  Any bank accounts?

THE DEFENDANT:  Yes.  I have a checking account.

THE COURT:  How much is in that account?

THE DEFENDANT:  Approximately 2500.

THE COURT:  And you have two children?

THE DEFENDANT:  I have one.

THE COURT:  And that child is how old?

THE DEFENDANT:  Twelve years old.

THE COURT:  Okay.  Do you know what you're charged with?

THE DEFENDANT:  Yes, sir, I do.

THE COURT:  According to the indictment, you are charged with conspiracy to commit murder for hire, carjacking resulting in death, bank robbery resulting in death, conspiracy to commit robbery affecting commerce, and murder with a firearm in relation to a crime of violence.

At least one of those offenses can be a capital offense, so it is extremely serious.  I take it you do not have an attorney here that has been retained to represent you on these charges?

THE DEFENDANT:  No, sir.

THE COURT:  I'm going to order the appointment of

counsel in your case.  What's the Government's position with regard to bond?

MS. NORRIS:  Due to the very serious nature of the charges, Your Honor, and the fact that it's a presumption case, we do move for detention and ask that the detention hearing be set for tomorrow at 3:00.  I realize that's kind of tight, but the codefendants are scheduled for detention hearing at the same time.

THE COURT:  Okay.  You're going to be remanded to the custody of the United States Marshal.  Tomorrow at 3:00 there will be a hearing that will determine whether or not you're going to be admitted to bond.  That is assuming the attorneys appointed to represent you in connection with this case can be prepared.  They may not be able to be prepared, and we may have to set your hearing date on another date. But we would like to do all three of the defendants, all three of you that are named in the indictment on the same day, if at all possible.  Do you understand?

THE DEFENDANT:  Yes, sir.

THE COURT:  In other words, if your attorneys say they just simply can't be ready, we'll pick another date. But if they can possibly be ready, then we'll do the detention hearing tomorrow for all of you.

Any questions?

THE DEFENDANT:  No, sir.

JODY A. STEWART, Official Court Reporter

THE COURT:  You understand how serious this is?

THE DEFENDANT:  Yes, sir.

THE COURT:  You do not have to talk to anybody about the charges against you.  You would probably be well advised not to do so until counsel are in the case and can advise you.

All right.  Anything further?

MS. NORRIS:  No, Your Honor.

THE COURT:  If not, then we are finished.

(Hearing adjourned at 2:44 p.m.)

CERTIFICATION


I certify that the foregoing is a correct transcript, to the best of my ability, of the court's audio recording of proceedings in the above-entitled matter.


X_____/s/_____x

Jody A. Stewart

X_____1-16-2015 _____x

Date

JODY A. STEWART, Official Court Reporter