**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | :    No. 4:08-CR-00016 |
| -v- | : |
| | :    CAPITAL § 2255 PROCEEDINGS |
| DAVID ANTHONY RUNYON, | : |
| Defendant/Movant | :    HON. REBECCA BEACH SMITH |
| | : |

---

**DEFENDANT'S MOTION FOR LIMITED UNSEALING OF RECORD**
**AND FOR LEAVE TO REVIEW AND COPY**
**MATERIALS IN THE CUSTODY OF THE COURT**

David Runyon, a federal prisoner under sentence of death, hereby moves the Court to partially unseal the record for purposes of allowing access by postconviction counsel, and for other relief necessary to allow counsel to review and copy specified items from the judicial record of his trial: the juror questionnaires; the list of potential jurors who were peremptorily struck and the party who exercised each strike; and all documents filed ex parte or under seal. The accompanying memorandum sets out the facts and arguments supporting this motion.

Respectfully Submitted,


_____/S/_____

Michele J. Brace
Virginia State Bar No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com


Dated: March 17, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2015, I have electronically filed the foregoing Defendant's Motion for Leave To Review and Copy Materials in the Custody of the Court with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons
Suite 300
Newport News, VA 23606
(757) 591-4032
Brian.Samuels@usdoj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons
Suite 300
Newport News, VA 23606
(757) 591-4000
Lisa.McKeel@usdoj.gov

_____/S/_____
Michele J. Brace
Virginia State Bar No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com
*Counsel for Defendant/Movant*
*David Anthony Runyon*

2