**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

**UNITED STATES OF AMERICA,**

     v.                               **CRIMINAL NO. 4:08cr16**

**DAVID ANTHONY RUNYON,
     Defendant.**

### ORDER

This matter comes before the Court on the motion of defendant DAVID ANTHONY RUNYON to partially lift the seal and to permit postconviction counsel to review and copy materials that are in the custody of the Court. Based on the grounds stated by the defendant in his motion and for good cause shown, the Court hereby GRANTS the motion of the defendant; and it is hereby

ORDERED that the clerk of the court shall duplicate the CD containing all the completed questionnaires filled out by prospective jurors in this matter and provide the duplicate CD to Runyon's counsel; and it is further

ORDERED that Runyon's counsel shall treat the juror questionnaires as being under seal and that the questionnaires shall be available only to appointed counsel, pro bono counsel, and their staffs and agents. If Runyon's counsel wishes to use any juror questionnaire as an exhibit to a pleading, counsel shall file it under seal; and it is further

ORDERED that the clerk of the court and jury administrator shall allow the defendant's counsel to review and copy the Court's documents identifying each venire member who was peremptorily struck and indicating which party struck that member; and it is further

ORDERED that the clerk of the court shall permit Runyon's counsel to review and copy all sealed and/or ex parte documents that were filed in this matter by any party on or before April 2, 2013, which is the date when the Court of Appeals for the Fourth Circuit issued its mandate.

IT IS SO ORDERED.

_____
Rebecca Beach Smith
United States District Judge

March   , 2015