IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>MICHAEL ANTHONY ERIC DRAVEN )<br><br>and )<br><br>DAVID ANTHONY RUNYON, )<br><br>Defendants. ) | CRIMINAL ACTION<br><br>NO. 4:08cr16 |

TRANSCRIPT OF PROCEEDINGS

Norfolk, Virginia

July 1, 2009

**SECOND DAY OF TRIAL**

Before:     THE HONORABLE REBECCA BEACH SMITH
            United States District Judge, and a Jury

GLORIA S. SMITH, OFFICIAL REPORTER

McKeel?

MS. MCKEEL: Judge, I just have a question for you. Each of those days next week, will we begin approximately ten o'clock?

THE COURT: Yes.

MS. MCKEEL: That's all I have, Judge.

MR. CLANCY: Judge, one matter. I'm asking for some guidance on what to do with all the questionnaires and the CDs. You had given them to us under strict -- you were very strict about what we were to do with those. We have the CDs themselves, and I know we have printed them, and I need some guidance from the court about what to do with them. I would prefer to turn them in or have them shredded.

THE COURT: The clerk will maintain, obviously, the original questionnaire, and a disk thereof will be maintained in the records of the court. What you should do is, through Ms. Graham, and she will coordinate with the jury clerk, get all of those turned in, and any copies will be shredded and eliminated. But we will maintain the original questionnaires, and then at some point if everybody approves, just the disk for the record.

But right now we are keeping all the original questionnaires and one disk. So if you want to turn everything else in to Ms. Graham, for your convenience, you can do it here in the courtroom. We will have the jury clerk

195

come up with a dolly or a cart. That way you don't have to be carrying it all around. Jerome Grate, our jury clerk, will make arrangements for proper disposal.

MR. CLANCY: May we retain the 16 jury questionnaires, just so I have a chance to review them one final time?

THE COURT: Yes, you may maintain your 16 for your current jurors. Everyone maintains those, and then at the conclusion, you can turn those in. Again, they will be part of the record, if you want to access them in any way.

MR. CLANCY: Yes, ma'am, thank you.

MR. WOODWARD: That was what I was going to ask you. We don't have anything else. We will be ready tomorrow morning.

THE COURT: Arrangements are being made with IT, and you should have the laptop there in Judge Morgan's courtroom that you are using. At the latest, it will be Monday that it will be there. It may be available tomorrow.

MR. CLANCY: Thank you, Your Honor.

THE COURT: Then the court stands in recess until ten a.m. tomorrow morning.

(Proceedings were concluded at 12:39 p.m.)