IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

UNITED STATES OF AMERICA          )
                                  )          CRIMINAL ACTION
     v.                           )
                                  )          NO. 4:08cr16
MICHAEL ANTHONY ERIC DRAVEN       )
                                  )
     and                          )
                                  )
DAVID ANTHONY RUNYON,             )
                                  )
          Defendants.             )

TRANSCRIPT OF PROCEEDINGS

Norfolk, Virginia

June 30, 2009

**FIRST DAY OF TRIAL**

Before:    THE HONORABLE REBECCA BEACH SMITH
           United States District Judge, and a Jury

GLORIA S. SMITH, OFFICIAL REPORTER

process.

(Jury selection continued.)

THE COURT:  Ladies and gentlemen of the jury panel, I don't think we will be too much longer, but I'm trying to finish up the process today so that I don't have to bring all of you back tomorrow.

(Jury selection continued.)

THE COURT:  Ladies and gentlemen of the jury panel, I want you to listen very carefully.  I'm going to read out the names of the people that are still subject to call through the clerk's office.  You will be excused for this evening, and you will be excused until tomorrow afternoon at two o'clock, and you need to call the number that you have been given in the clerk's office to find out your instructions.

The rest of you are excused from your jury duty in this case, and I will thank all of you in advance, because I know that you have spent a lot of time.  I want to thank every one of you, because you filled out the questionnaire very diligently, you have been here all day today, and I won't have another opportunity to thank you.  So if I don't call your name out, you are excused from jury duty in this case.

If I do call your name out, you are not yet excused, and you have to call back into the clerk's office at two o'clock tomorrow to find out your further instructions.  Does anybody have any questions?

130

I'm going to read out the names of the individuals who are not excused and must call in tomorrow at two o'clock to find out your further instructions.

Those individuals in alphabetical order are as follows: Michael P. Adams. Charles Bell, Jr. Elfriede Cackowski. Melvin Diaz. Mollie Felton. Michael Fien. Jeffrey Fink. Robin Foreman. Becky Graham. Jennifer Graham. Denee Harris. Harriet Head. And Carol Kocevar. You all, the group that I just called, and I'm just going to repeat last names -- Adams, Bell, Cackowski, Diaz, Felton, Fien, Fink, Foreman, Graham, Graham, Harris, Head, Kocevar -- you are not excused. You must call in tomorrow at two o'clock to find out your further instructions.

The remainder are excused, and again I thank you very much for your time.

Now, before I dismiss you, the people who are not excused, you must not in any way discuss this case or any questions that you have been asked or anything in regard to it with any other individuals, family or friends. That is a court order. You simply must go home, put the case out of your mind, and call back in tomorrow at two o'clock. Thank you very much.

(The jury pool exited the courtroom.)

THE COURT: Counsel, the courtroom is cleared of all of the jurors, and we do have a panel. Mr. Diaz remains in

GLORIA S. SMITH, OFFICIAL REPORTER

the group for the selection process for the alternate jurors. He was not stricken, and he was the remaining name, Melvin Amon Diaz.

Madam Clerk, he remains in the selection box for the alternate jurors.

Consequently, we will convene tomorrow, and we will continue with the jury selection process for the four alternate jurors.

Is there anything else that the court needs to address this evening, Ms. McKeel?

MS. MCKEEL:  Judge, if we could address when the United States should put on its evidence.  We were originally relying on that the court told us to begin evidence -- we thought it would take three days, but we have gone fast -- that the evidence would be put on Monday, July 6.

Since this has gone faster, has the court changed its mind, or do we begin with the evidence on Monday?  And you are going to let the jurors go -- I think you said something earlier, back in March, that you did want to be able to let the jurors go for the holiday weekend.

THE COURT:  I am going to give them the holiday weekend, and I will not be held to any particular schedule at this point, because I can't predict how the selection process is going to go.

What I anticipate is as follows.  I anticipate

GLORIA S. SMITH, OFFICIAL REPORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | NO. 4:08cr16 |
| MICHAEL ANTHONY ERIC DRAVEN | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Defendants. | ) | |

TRANSCRIPT OF PROCEEDINGS

Norfolk, Virginia

July 1, 2009

**SECOND DAY OF TRIAL**

Before:    THE HONORABLE REBECCA BEACH SMITH
           United States District Judge, and a Jury

GLORIA S. SMITH, OFFICIAL REPORTER

in to make the selection, or can we draw and select, and then bring them back and dismiss everyone except who is selected?

MR. WOODWARD:  Your Honor, we have the questionnaires.  We do not think that we need to have the jurors back to do the striking process.

MR. CLANCY:  Agreed, Your Honor.

MS. MCKEEL:  We agree, Your Honor.

THE COURT:  Then, Madam Clerk, if you would please draw the eight names.

(Jury selection was begun.)

THE COURT:  Counsel, it appears we now have a full jury panel of 16.

Ms. McKeel, has the jury been selected in accordance with your wishes?

MS. MCKEEL:  Yes, they have, Judge.

THE COURT:  Are there any matters that the court needs to take up before dismissing the remaining jurors?

MS. MCKEEL:  No, ma'am.

THE COURT:  Mr. Clancy, has the jury been selected in accordance with your wishes?

MR. CLANCY:  Yes, ma'am.

THE COURT:  Are there any matters the court needs to take up before dismissing the remaining jurors?

MR. CLANCY:  No, ma'am.

THE COURT:  Mr. Woodward, has the jury been selected

191

in accordance with your wishes?

MR. WOODWARD:  Yes, Your Honor.

THE COURT:  Are there any matters that the court needs to take up before dismissing the remaining jurors?

MR. WOODWARD:  No, Your Honor.

THE COURT:  Then we will take a ten-minute recess, and then you can get the jurors back into the courtroom, and I will dismiss the ones who have not been selected and give them their instructions.  Then after everyone is gone, I will take up any matters that we need to with counsel for any further proceedings.

The court will take a ten-minute recess.

(Recess)

THE COURT:  Ladies and gentlemen of the jury panel, for those that I'm going to excuse, I want to thank you in advance for your service.  I know that you have spent considerable time thus far.  You came in very diligently, completed a lengthy questionnaire, as well as you have appeared here today, and on behalf of the court and your fellow citizens and the parties to this case, I want to thank you in advance for your time and your efforts.

There are four individuals, though, whose names I'm going to call out, and you need to be here tomorrow morning at ten a.m. and report to the same jury room that you were in today on the second floor.

Actually, I think they want you to report at 9:30 tomorrow morning, is what the jury clerk said.  So report at 9:30 tomorrow morning in the same jury room that you have just been in on the second floor.  If I don't call your name as one of the four people, then you are excused, and I wish you a healthy, happy, and safe Fourth of July weekend, and you are excused from service in this case.

However, the following four will need to report tomorrow morning at 9:30.

Gennifer Lynn Mason.  Jason Lemuel Mayo.  Amy D. Seek.  And James Edward Sweeney.

I would also tell the four of you that you must not discuss any of the proceedings thus far, or if there are any media accounts or anything involving the case, just ignore those, if there are any.  Don't discuss the case with anyone, and be back here tomorrow morning at 9:30 a.m. in your jury room.

Thank you very much.

(The jurors exited the courtroom.)

THE COURT:  Counsel, we will begin the trial tomorrow morning at 10 o'clock.  We will swear in the jury panel, and I will give them their preliminary instructions, after which you will have your opening statements.

Let's determine the length of time for opening statements.  Ms. McKeel, Mr. Samuels?