UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

    v.                                      Criminal No. 4:08cr16-3

DAVID ANTHONY RUNYON,

          Defendant.

### ORDER

This matter comes before the court on the Defendant's "Motion for Limited Unsealing of Record and for Leave to Review and Copy Materials in the Custody of the Court" ("Motion"), filed through counsel on March 17, 2015. ECF No. 415. In the Motion, the Defendant asks to copy various documents from the trial record, including juror questionnaires, the list of potential jurors who were peremptorily struck and the party who exercised each strike, and all documents filed ex parte or under seal.

The United States is **ORDERED** to file responsive pleadings to the Defendant's submission within fourteen (14) days of the date of entry of this Order.

The Clerk shall mail a copy of this Order to counsel for the Defendant and to the United States Attorney at Newport News.

IT IS SO ORDERED.

                                       /s/
                              Rebecca Beach Smith
                                Chief
                    United States District Judge

March 18 , 2015