**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

UNITED STATES OF AMERICA,

                                          :      No. 4:08-CR-00016

-v-

                                          :      CAPITAL § 2255 PROCEEDINGS

DAVID ANTHONY RUNYON,
Defendant/Movant                  :      HON. REBECCA BEACH SMITH

### DEFENDANT'S REQUEST FOR LEAVE TO FILE REBUTTAL BRIEF

On March 17, 2015, David Runyon filed a motion for limited unsealing of the trial record in his own case and for leave to review and copy materials in the custody of the court. The following day, the Court issued an Order directing the government to file a response within fourteen days of the date of the Order. The government filed a response on March 31, 2015, in which it objected to portions of Runyon's motion and acquiesced to others.

Local Rule 7(F)(1) provides that unless otherwise directed by the Court, "the moving party may file a rebuttal brief within three (3) days after the service of the opposing party's reply brief." Because this Court issued a specific Order concerning Runyon's motion, because that Order deviated from Local Rule 7(F)(1) by giving the government more time to respond than the rule provides, and because the Order was silent on Runyon's right to file a rebuttal, it is unclear whether Runyon may file a rebuttal.

Runyon wishes to file a short rebuttal to address the portions of his motion that the government finds objectionable. He therefore asks the Court to grant him leave to file a rebuttal brief within the next three days, as allowed by Local Rule 7(F)(1).

1

Respectfully Submitted,


_____/S/_____

Michele J. Brace
Virginia State Bar No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com


Dated: March 31, 2015

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2015, I have electronically filed the foregoing Defendant's Request for Leave to File Rebuttal Brief using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons
Suite 300
Newport News, VA 23606
(757) 591-4032
Brian.Samuels@usdoj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons
Suite 300
Newport News, VA 23606
(757) 591-4000
Lisa.McKeel@usdoj.gov

_____/S/_____
Michele J. Brace
Virginia State Bar No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com
*Counsel for Defendant/Movant*
*David Anthony Runyon*

3