UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division



FILED

MAR 3 1 2015

CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA,

    v.

DAVID ANTHONY RUNYON,

        Defendant.

Criminal No. 4:08cr16-3

## ORDER

This matter comes before the court on the Defendant's "Request for Leave to File Rebuttal Brief," filed through counsel on March 31, 2015, in which the Defendant asks the court to grant him leave to file a rebuttal brief within the next three (3) days. ECF No. 419. On March 17, 2015, the Defendant filed a "Motion for Limited Unsealing of Record and for Leave to Review and Copy Materials in the Custody of the Court," ECF No. 415, to which the court directed the United States to file responsive pleadings by Order of March 18, 2015. ECF No. 417. On March 31, 2015, the United States filed its Response, in which the United States acknowledges that the Defendant's "new counsel needs all the information known to his trial counsel in order to investigate whether the [D]efendant's trial counsel rendered ineffective assistance of counsel," but asserts that the Defendant is not entitled to all of the materials requested. Resp. at 2, ECF No. 418.

The court hereby **GRANTS** the Defendant's Request for Leave to File Rebuttal Brief. The Defendant is **DIRECTED** to file any reply within three (3) days of the date of entry of this Order.

The Clerk shall forward a copy of this Order to counsel for the Defendant and to the United States Attorney at Newport News.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF JUDGE

March 31, 2015