UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division


UNITED STATES OF AMERICA,

v.                                          Criminal No. 4:08cr16-3


DAVID ANTHONY RUNYON,

            Defendant.


## SUPPLEMENTAL ORDER

This matter comes before the court on the Defendant's "Motion for Limited Unsealing of Record and for Leave to Review and Copy Materials in the Custody of the Court" ("Motion"), ECF No. 415, and Memorandum in Support thereof, ECF No. 416, filed through counsel on March 17, 2015. This court issued a Memorandum Order on April 7, 2015, ECF No. 422, addressing the Motion. This Supplemental Order now issues.

Attached hereto, as Exhibit A and Exhibit B, both under seal, are the peremptory strike lists maintained under seal by the Clerk. These lists are not public records, nor are they such in any criminal or civil case; rather they are internal strike and selection order notes made by the courtroom deputy during the jury selection process and submitted to the Clerk for statistical purposes following trial.

Exhibits A and B do reflect who struck whom and in what order. Further, transcripts were prepared and filed of the entire jury selection process, including all bench conferences and all proceedings on individual voir dire, together with the court's rulings thereon. These transcripts, and the attached Exhibits A and B, contain the full record of the jury selection process, which occurred on Day 1 of trial, June 30, 2009, and on Day 2 of trial, July 1, 2009. All information sought by habeas counsel for the Defendant in his Motion regarding peremptory strike lists, and known to the Defendant's trial counsel during the jury selection process, is contained in the transcripts, and in Exhibits A and B attached hereto. To the extent any portions of the transcripts are under seal, they shall remain under seal, absent further order of the court. Exhibits A and B shall both likewise remain sealed for all purposes. Moreover, counsel for the Defendant and the United States are reminded of the court's directive to use the initials of jurors and not their full names, or to use juror number identifiers, in any submission in this habeas litigation. See Mem. Order at 5, ECF No. 422. Further, no juror or prospective juror may be contacted. Id. at 3 and note 2.

The Clerk shall forward a copy of this Supplemental Order to counsel for the Defendant and to the United States Attorney at Newport News, with Exhibits A and B attached hereto <u>under seal</u>.

IT IS SO ORDERED.

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF JUDGE

April 13, 2015

3