# SEALED
# EXHIBIT A