# SEALED EXHIBIT B