**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | No. 4:08-CR-00016 |
| -v- | : | |
| | : | CAPITAL § 2255 PROCEEDINGS |
| DAVID ANTHONY RUNYON, | : | |
| Defendant/Movant | : | HON. REBECCA BEACH SMITH |
| | : | |

**DEFENDANT'S MOTION FOR CLARIFICATION OF PROCEDURE**
**RELATED TO DOCUMENTS UNDER SEAL**

The Court has authorized David Runyon counsel's counsel to obtain copies of the juror questionnaires and the strike lists, with the explicit instruction to maintain these documents under seal. The Court also has authorized Runyon's postconviction counsel to obtain copies of documents that Runyon's trial counsel filed ex parte and/or under seal. ECF Nos. 422 and 423. Runyon's counsel respects and fully intends to comply with the Court's instruction. In furtherance of that compliance, counsel asks the Court to clarify that appointed counsel Brace may provide these documents to pro bono counsel for use by him and by any attorney/paralegal/support staff working with him on the matter who has need for such access (and who, in addition to Attorney Brace, would be bound by the terms of the Court's order, including the important requirement of keeping and maintaining the documents under seal). An inability to share the documents with pro bono counsel would be a significant hardship to counsel and to the client because only one person (Attorney Brace) would otherwise be able to

1

work on any of the claims that derive from those documents, and counsel anticipates that the review and use of these documents will be lengthy and detailed.[1]

Respectfully Submitted,

_____/S/_____
Michele J. Brace
Virginia State Bar No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dated: April 16, 2015

---

[1] Other than Attorney Brace, no lawyer or nonlegal staff member at the Virginia Capital Representation Resource Center has been—or will be—available to work on Runyon's case.

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2015, I have electronically filed the foregoing Defendant's Motion For Clarification Of Procedure Related To Documents Under Seal with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons
Suite 300
Newport News, VA 23606
(757) 591-4032
Brian.Samuels@usdoj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons
Suite 300
Newport News, VA 23606
(757) 591-4040
Lisa.McKeel@usdoj.gov

_____/S/_____
Michele J. Brace
Virginia State Bar No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com
*Counsel for Defendant/Movant*
*David Anthony Runyon*

3