UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

v.                                         CRIMINAL NO. 4:08cr16

DAVID ANTHONY RUNYON,
         Defendant.

ORDER

This matter comes before the Court on the motion of Defendant DAVID ANTHONY RUNYON to clarify the procedure related to certain documents under seal to which the Court has granted his counsel access. ECF Nos. 422 and 423.

This Court previously appointed Michele J. Brace of the Virginia Capital Representation Resource Center to represent the Defendant in postconviction proceedings. ECF No. 410. It declined to appoint co-counsel at that juncture, noting that one of the Defendant's direct appeal counsel, Seth Farber, was "prepared to provide pro bono assistance should appointed counsel and the Defendant so desire." ECF No. 410 at 4. Appointed counsel Brace now asks the Court to clarify that she may provide these documents to pro bono counsel Farber for use by any attorney/paralegal/support staff working with him on the matter who has need for such access. Attorney Brace further represents that pro bono counsel Farber and any such

1

attorney/paralegal/support staff would, in addition to Attorney Brace, be bound by the terms of the Court's orders, ECF Nos. 422 and 423, including the important requirement that the documents be kept and maintained under seal.

Based on the representations stated in the Defendant's motion and for good cause shown, the Court hereby

ORDERS that appointed counsel Brace may provide the documents identified in ECF Nos. 422 and 423 to pro bono counsel Farber for use by any attorney/paralegal/support staff working with him on the matter who has need for such access; and the Court further

ORDERS that appointed counsel Brace, pro bono counsel Farber, and any attorney/paralegal/support staff working with Mr. Farber on the matter are each bound by the terms of the Court's prior orders requiring these documents to be kept and maintained under seal.

IT IS SO ORDERED.

_____
Rebecca Beach Smith
United States District Judge

April    , 2015

2