# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

REBECCA BEACH SMITH
CHIEF JUDGE

## CERTIFICATION

**TO:**       Michele J. Brace, counsel for the Defendant
              Lisa R. McKeel, United States Attorney's Office—Newport News

**FROM:**     Lara Dabbene, Deputy Clerk

**DATE:**     April 13, 2015

**SUBJECT:**  United States v. David Anthony Runyon, 4:08cr16-1

The Clerk is required to release to the Defendant's counsel copies of the filings under seal or made ex parte in the Defendant's case and on his behalf. See Mem. Order, ECF No. 422.

I hereby certify that the attached filings are exact copies of the original filings submitted under seal or made ex parte in the Defendant's case and on his behalf. A case docket is also attached hereto, reflecting the filings being given to the Defendant's counsel.

Lara Dabbene,
Deputy Clerk