UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

    v.                                             Criminal No. 4:08cr16-3

DAVID ANTHONY RUNYON,

        Defendant.

## ACKNOWLEDGMENT OF RECEIPT

I have received copies of the original filings submitted under seal or made ex parte in the Defendant's case and on his behalf, as certified by the Clerk and as reflected in the case docket attached thereto. I understand that these materials are to remain under seal and/or ex parte.

Counsel for the Defendant, David Anthony Runyon:

_____                    4/17/2015
Signature                                                    Date