Case 4:08-cr-00016-RBS-DEM    Document 428    Filed 04/17/15    Page 1 of 5 PageID#
3210

CLOSED,DEATHP

### U.S. District Court
### Eastern District of Virginia - (Newport News)
### ABRIDGED CRIMINAL DOCKET FOR CASE #: 4:08-cr-00016-RBS-TEM-3
### Internal Use Only

Case title: USA v. Voss et al                          Date Filed: 02/13/2008
                                                       Date Terminated: 12/04/2009

---

Assigned to: Chief District Judge Rebecca Beach Smith
Referred to: Magistrate Judge Tommy E. Miller

Appeals court case number: '09-11' 'Beth Walton, Case
Manager'

**Defendant (3)**

**David Anthony Runyon**                represented by  **Michele Jill Brace**
*TERMINATED: 12/04/2009*                                Virginia Capital Representation Resource Center
                                                        2421 Ivy Rd
                                                        Suite 301
                                                        Charlottesville, VA 22903
                                                        (434) 817-2970
                                                        Email: mbrace@mindsort.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: CJA Appointment*

                                                        **Jennifer Tope Stanton**
                                                        J. T. Stanton, P. C.
                                                        555 East Main St
                                                        #801
                                                        Norfolk, VA 23510
                                                        (757) 622-3628
                                                        Fax: 757-622-3630
                                                        Email: stantonlaw500@gmail.com
                                                        *TERMINATED: 02/11/2014*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jon M. Babineau**
                                                        Riddick Babineau PC
                                                        109 East Main St
                                                        Suite 413
                                                        Norfolk, VA 23510
                                                        (757) 622-8631
                                                        Fax: (757) 226-0621
                                                        Email: jbabineau@riddickbabineau.com
                                                        *TERMINATED: 02/13/2009*
                                                        *Designation: CJA Appointment*

                                                        **Lawrence Hunter Woodward , Jr.**
                                                        Shuttleworth Ruloff Swain Haddad & Morecock PC
                                                        317 30th Street
                                                        Virginia Beach, VA 23451
                                                        757-671-6047
                                                        Fax: 757-671-6004
                                                        Email: lwoodward@srgslaw.com
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: CJA Appointment*

                                                        **Stephen Ashton Hudgins**
                                                        Stephen A Hudgins PC
                                                        360 Wythe Creek Rd

Suite E
Poquoson, VA 23663
(757) 868-8778
Fax: (866) 875-3328
Email: sahudginspc@aol.com
*TERMINATED: 07/25/2012*
*Designation: CJA Appointment*

**Thomas M. Buchanan**
Winston & Strawn LLP
1700 K St NW
Washington, DC 20006
(202) 282-5000
Email: tbuchanan@winston.com
*ATTORNEY TO BE NOTICED*

<table>
<tr><td>

**Pending Counts**

T.18 USC 1958(a)- Conspiracy to commit murder of hire.
Notice of special findings - T.18 USC 3591 and 3592.
(1)

T.18 USC 2119 and 2 - Carjacking resulting in death.
(2)

T.18 USC 2113(a)(e) and 2 - Bank robbery resulting in death.
(3)

T18 USC 1951(a)- Conspiracy to commit robbery affecting commerce.
(4)

T.18 USC 924(j) and 2- Murder with a firearm in relation to a crime of violence.
(5)

</td><td>

**Disposition**

Imprisonment: DEATH; Special Assessment: $100.00; Restitution: $100,000.00

Imprisonment: LIFE WITHOUT THE POSSIBILITY OF RELEASE; Special Assessment: $100.00

Dismissed 7/15/09 (Court granted defendants' motion to dismiss count 3 of the indictment.)

Dismissed on motion of the United States

Imprisonment: DEATH; Special Assessment: $100.00

</td></tr>
</table>

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

---

**Plaintiff**

USA                                    represented by **Lisa Rae McKeel**
United States Attorney's Office
721 Lake Front Commons
Suite 300
Newport News, VA 23606
(757) 591-4000
Email: Lisa.McKeel@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Blair C. Perez**
United States Attorney's Office
101 W Main St

Suite 8000
Norfolk, VA 23510
NA
(757) 441-3554
Email: blair.perez@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Brian James Samuels**
United States Attorney's Office
Fountain Plaza Three
721 Lakefront Commons
Suite 300
Newport News, VA 23606
(757) 591-4032
Email: brian.samuels@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2008 | 40 | (Court only) Ex Parte Document (ldab, ) (Entered: 04/10/2008) |
| 04/15/2008 | 41 | (Court only) Ex Parte Document re 40 Ex Parte Document (ldab, ) (Entered: 04/15/2008) |
| 04/16/2008 | 42 | (Court only) Ex Parte Motion by David Anthony Runyon. # 1 Letter)(ldab, ). (Entered: 04/18/2008) |
| 04/18/2008 | 43 | (Court only) Ex Parte Motion by David Anthony Runyon. (Attachments: # 1 Letter- Ex Parte)(ldab, ) (Entered: 04/18/2008) |
| 04/18/2008 | 44 | (Court only) Ex Parte Document(s) re 42 Ex Parte Motion (ldab, ) (Entered: 04/18/2008) |
| 04/23/2008 | 45 | (Court only) Ex Parte Document(s) re 43 Ex Parte Motion, entered 4/22/08 and filed 4/23/08. (ldab, ) (Entered: 04/23/2008) |
| 05/22/2008 | 59 | (Court only) Ex Parte Motion by David Anthony Runyon. (Attachments: # 1 Letter- Ex Parte)(ldab, ) (Entered: 05/22/2008) |
| 05/23/2008 | 61 | (Court only) Ex Parte Document(s) re 59 Ex Parte Motion (ldab, ) (Entered: 05/23/2008) |
| 08/20/2008 | 74 | (Court only) Ex Parte Motion by David Anthony Runyon. (Attachment: # 1 Letter - Ex Parte)(ldab, ) (Entered: 08/20/2008) |
| 08/20/2008 | 75 | (Court only) Ex Parte Motion by David Anthony Runyon. (Attachments: # 1 Letter- Ex Parte)(ldab, ) (Entered: 08/20/2008) |
| 08/20/2008 | 76 | (Court only) Ex Parte Motion by David Anthony Runyon. (Attachments: # 1 Letter- Ex Parte)(ldab, ) (Entered: 08/20/2008) |
| 09/24/2008 | 100 | (Court only) Ex Parte Document(s) re 76 Ex Parte Motion (ldab, ) (Entered: 09/24/2008) |
| 09/24/2008 | 101 | (Court only) Ex Parte Document(s) (mgra) (Entered: 09/25/2008) |
| 09/26/2008 | 104 | (Court only) Ex Parte Motion by David Anthony Runyon. (Attachments: # 1 Letter- Ex Parte, # 2 ex parte exhibit 1, # 3 ex parte exhibit 2, # 4 ex parte exhibit 3, # 5 ex parte exhibit 4)(ldab, ) (Entered: 09/30/2008) |
| 10/06/2008 | 108 | (Court only) Ex Parte Motion by David Anthony Runyon. (Attachments: # 1 Letter- Ex Parte, # 2 ex parte exhibit A, # 3 ex parte exhibit B, # 4 ex parte exhibit C, # 5 ex parte exhibit D, # 6 ex parte exhibit E)(ldab, ) (Entered: 10/06/2008) |
| 10/15/2008 | 110 | (Court only) Ex Parte Recommendation (arou) (Entered: 10/15/2008) |
| 10/30/2008 | 116 | (Court only) Ex Parte Order re 74 Ex Parte Motion, 76 Ex Parte Motion, 75 Ex Parte Motion (ldab, ) (Entered: 10/30/2008) |
| 11/10/2008 | 122 | (Court only) Ex Parte Motion by David Anthony Runyon. (Attachments: # 1 Letter- Ex Parte)(ldab, ) (Entered: 11/12/2008) |
| 11/10/2008 | 123 | (Court only) Ex Parte Memorandum in Support re 122 Ex Parte Motion (ldab, ) (Entered: 11/12/2008) |
| 11/13/2008 | 124 | (Court only) Ex Parte Motion by David Anthony Runyon. (Attachments: # 1 ex parte letter)(ldab, ) (Entered: 11/14/2008) |
| 11/19/2008 | 128 | (Court only) Ex Parte Order re 124 Ex Parte Motion, 122 Ex Parte Motion (ldab, ) (Entered: 11/20/2008) |

| 12/03/2008 | 129 | (Court only) Ex Parte Motion by David Anthony Runyon. (Attachments: # 1 ex parte proposed order, # 2 ex parte letter, # 3 ex parte subpoena)(ldab, ) (Entered: 12/04/2008) |
|---|---|---|
| 12/03/2008 | 130 | (Court only) Ex Parte Memorandum in Support re 129 Ex Parte Motion (ldab, ) (Entered: 12/04/2008) |
| 12/08/2008 | 131 | (Court only) Motion Hearing Minutes for December 8, 2008. (mgra) (Entered: 12/09/2008) |
| 12/09/2008 | 133 | (Court only) ORDER granting 129 Ex Parte Motion as to David Anthony Runyon (3)(Signed by District Judge Rebecca Beach Smith on 12/9/08) & filed on 12/9/08. (mnew) (Entered: 12/10/2008) |
| 12/09/2008 | 134 | (Court only) Ex Parte Document. (mnew) (Entered: 12/10/2008) |
| 12/16/2008 | 137 | (Court only) Ex Parte Motion by David Anthony Runyon. (Attachments: # 1 Letter- Ex Parte, # 2 proposed order - ex parte, # 3 subpoena - ex parte)(ldab, ) (Entered: 12/16/2008) |
| 12/16/2008 | 138 | (Court only) Ex Parte Memorandum in Support re 137 Ex Parte Motion (ldab, ) (Entered: 12/16/2008) |
| 12/19/2008 | 139 | (Court only) Ex Parte Order re 137 Ex Parte Motion (ldab, ) (Entered: 12/22/2008) |
| 12/22/2008 | 140 | (Court only) Ex Parte Document(s) re 139 Ex Parte Document(s) (ldab, ) (Entered: 12/22/2008) |
| 01/22/2009 | 145 | (Court only) Ex Parte Document(s) re 139 Ex Parte Document(s) (ldab, ) (Entered: 01/22/2009) |
| 01/22/2009 | 146 | (Court only) Ex Parte Document(s) re 139 Ex Parte Document(s) (ldab, ) (Entered: 01/23/2009) |
| 02/05/2009 | 153 | (Court only) Ex Parte Supplemental Motion by David Anthony Runyon. (Attachments: # 1 Letter- Ex Parte, # 2 ex parte exhibit A) # 3 Ex Parte Motion) # 1 ex parte letter, # 2 ex parte exhibit A) (ldab, ). (Entered: 02/05/2009) |
| 02/25/2009 | 163 | (Court only) Ex Parte Order re 153 Ex Parte Motion (ldab, ) (Entered: 02/25/2009) |
| 03/13/2009 | 170 | (Court only) Motions Hearing Minutes for March 13, 2009. (mgra) (Entered: 03/13/2009) |
| 04/13/2009 | 178 | (Court only) Ex Parte Motion by David Anthony Runyon. (Attachments: # 1 ex parte Exhibit 1, # 2 ex parte Exhibit 2, # 3 ex parte proposed order)(ldab, ) (Entered: 04/13/2009) |
| 04/27/2009 | 188 | *SEALED* Letter by Court to Counsel (Attachments: # 1 Juror Quest. Order, # 2 Juror Quest.)(arou) (Entered: 04/27/2009) |
| 04/28/2009 | 189 | (Court only) Ex Parte Order re 178 Ex Parte Motion (ldab, ) (Entered: 04/28/2009) |
| 05/05/2009 | 192 | (Court only) Ex Parte Motion by David Anthony Runyon. (Attachments: # 1 Ex Parte Letter)(ldab, ) (Entered: 05/05/2009) |
| 05/26/2009 | 196 | (Court only) Ex Parte Document re 192 Ex Parte Motion (ldab, ) (Entered: 05/26/2009) |
| 05/26/2009 | 197 | (Court only) *SEALED* Letter by Court to Counsel (Attachments: # 1 Ex Parte Order) (ldab, ) (Entered: 05/26/2009) |
| 06/01/2009 | 200 | (Court only) Ex Parte Letter received 6/1/09. (ldab, ) (Entered: 06/03/2009) |
| 06/09/2009 | 204 | (Court only) Ex Parte Document(s) re 192 Ex Parte Motion, 196 Ex Parte Document(s) (ldab, ) (Entered: 06/09/2009) |
| 06/09/2009 | 206 | (Court only) Sealed Motion by David Anthony Runyon. (ldab, ) (Entered: 06/12/2009) |
| 06/09/2009 | 207 | (Court only) Order to seal motion re 206 Ex Parte Motion (ldab, ) (Entered: 06/12/2009) |
| 06/11/2009 | 211 | JUROR QUESTIONNAIRE ORDER as to Michael Anthony Eric Draven, David Anthony Runyon. Signed by District Judge Rebecca Beach Smith (Attachments: # 1 Questionnaire, # 2 Confidential Documents) (ldab, ) (Entered: 06/15/2009) |
| 06/11/2009 | 212 | (Court only) Confidential Documents Court Only re 211 Juror Questionnaire Order (ldab, ) (Entered: 06/15/2009) |
| 06/12/2009 | 210 | (Court only) Private Letter to Counsel. (ldab, ) (Entered: 06/12/2009) |
| 06/15/2009 | 213 | (Court only) Private Letter to Counsel. (Attachments: # 1 Acknowledgment of Receipt) (ldab, ) (Entered: 06/15/2009) |
| 06/16/2009 | 214 | MOTION for Issuance of Subpoenas *In A Criminal Case* by David Anthony Runyon. (Hudgins, Stephen) (Entered: 06/16/2009) |
| 06/17/2009 | 218 | (Court only) Ex Parte Document(s) re 206 Ex Parte Motion (ldab, ) (Entered: 06/17/2009) |
| 06/22/2009 | 222 | (Court only) Ex Parte Document re 218 Ex Parte Document of June 17, 2009 by David Anthony Runyon. (mnew) (Entered: 06/22/2009) |

| 06/23/2009 | 229 | (Court only) Ex Parte Document(s) re 206 Ex Parte Motion, 222 Ex Parte Document(s) (ldab, ) (Entered: 06/24/2009) |
|---|---|---|
| 06/29/2009 | 231 | SEALED NOTICE by USA as to David Anthony Runyon (ldab, ) (Entered: 06/29/2009) |
| 06/29/2009 | 276 | Psychiatric Report Received (Sealed) as to David Anthony Runyon 231 SEALED NOTICE by USA as to David Anthony Runyon (ldab, ) (Entered: 08/17/2009) |
| 06/30/2009 | 277 | Psychiatric Report Received 6/30/2009 from Paul Montalbano, Ph.D.(Sealed) as to David Anthony Runyon (ldab, ) (Entered: 08/17/2009) |
| 07/02/2009 | 236 | (Court only) Private Letters from USA 210 Private Letter(ldab, ) (Entered: 07/02/2009) |
| 07/20/2009 | 246 | Psychological Evaluations Received from Allan F. Mirsky, Ph.D.,ABPP & Mark D. Cunningham, PH.D., ABPP (Sealed) as to David Anthony Runyon (ldab, ) (Entered: 07/20/2009) |
| 07/30/2009 | 259 | (Court only) Ex Parte Motion by David Anthony Runyon. (Attachments: # 1 Ex Parte Proposed Order)(ldab, ) (Entered: 07/30/2009) |
| 07/31/2009 | 261 | (Court only) Ex Parte Document (signed by Judge Rebecca Beach Smith on 7/31/09) & filed on 7/31/09. (mnew) (Entered: 07/31/2009) |
| 08/06/2009 | 263 | Sealed Document (arou) (Entered: 08/06/2009) |
| 08/06/2009 | 264 | (Court only) Ex Parte Motion by David Anthony Runyon. (Attachments: # 1 Letter, # 2 Proposed Order)(ldab, ) (Entered: 08/07/2009) |
| 08/07/2009 | 265 | (Court only) Ex Parte Document re 264 Ex Parte Motion (ldab, ) (Entered: 08/07/2009) |
| 08/17/2009 | 278 | SEALED ORDER 269 Motion To Allow Defendant To Supplement His Mental Health Reports by David Anthony Runyon. Entered and filed 8/17/09. (Signed by District Judge Rebecca Beach Smith) copies mailed on 8/17/09. (ldab, ) (Entered: 08/17/2009) |
| 08/17/2009 | 282 | (Court only) Ex Parte Motion by David Anthony Runyon. (Attachments: # 1 Ex Parte Exhibit A, # 2 Ex Parte Proposed Order)(ldab, ) (Entered: 08/17/2009) |
| 08/18/2009 | 284 | (Court only) Ex Parte Document re 282 Ex Parte Motion (ldab, ) (Entered: 08/18/2009) |
| 09/02/2009 | 295 | (Court only) Ex Parte Motion by David Anthony Runyon. (Attachments: # 1 Ex Parte Letter)(ldab, ) (Entered: 09/02/2009) |
| 12/04/2009 | 313 | JUDGMENT as to David Anthony Runyon (3), Count 1: Imprisonment: DEATH; Special Assessment: $100.00; Restitution: $100,000.00; Count 2: Imprisonment: LIFE WITHOUT THE POSSIBILITY OF RELEASE; Special Assessment: $100.00; Count 3: Dismissed 7/15/09 (Court granted defendants' motion to dismiss count 3 of the indictment.); Count 4: Dismissed on motion of the United States; Count 5: Imprisonment: DEATH; Special Assessment: $100.00. The time, place, and manner of execution are to be determined by the Attorney General of the United States, provided that the time shall not be sooner than 61 days nor later than 90 days after the date of this judgment. If an appeal is taken from the conviction or sentence, such appeal must be noted within 10 days of today, and execution of the judgment shall be stayed pending further order of this court upon receipt of the mandate of the Court of Appeals or the United States Supreme Court. The defendants is hereby committed to the custody of the United States Bureau of Prisons to be confined until the sentence of death is carried out in regards to counts one and five. The defendant is remanded to the custody of the United States Marshal, entered and filed 12/4/09. (Signed by District Judge Rebecca Beach Smith) copies mailed & e-designated on 12/4/09. (ldab, ) (Entered: 12/04/2009) |
| 09/03/2010 | 350 | (Court only) Ex Parte Sealed Transcript (ldab, ) (Entered: 09/13/2010) |
| 09/03/2010 | 351 | (Court only) Ex Parte Sealed Transcript (ldab, ) (Entered: 09/13/2010) |
| 02/12/2015 | 413 | (Ex Parte) MOTION to Appoint Expert *Mitigation Investigator* by David Anthony Runyon as to David Anthony Runyon. (Attachments: # 1 Exhibit Resume, # 2 Proposed Order)(Brace, Michele) (Entered: 02/12/2015) |
| 02/12/2015 | 414 | (Court only) Ex Parte Order re 413 MOTION to Appoint Expert *Mitigation Investigator* (ldab, ) (Entered: 02/12/2015) |