## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

REBECCA BEACH SMITH
CHIEF JUDGE

### CERTIFICATION

TO:       Michele J. Brace, counsel for the Defendant
          Lisa R. McKeel, United States Attorney's Office—Newport News

FROM:     Lara Dabbene, Deputy Clerk

DATE:     April 13, 2015

SUBJECT:  United States v. David Anthony Runyon, 4:08cr16-1

---

The Clerk has been directed to release copies of the questionnaires of all prospective jurors who completed a questionnaire in this case to counsel for the Defendant and to the United States Attorney at Newport News. See Mem. Order, ECF No. 422.

I hereby certify that the attached two hundred forty-three (243) juror questionnaires are exact copies of the original questionnaires submitted in this case.

Lara Dabbene,
Deputy Clerk