UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

    v.                              Criminal No. 4:08cr16-3

DAVID ANTHONY RUNYON,

           Defendant.

## ACKNOWLEDGMENT OF RECEIPT

I have received copies of the original two hundred forty-three (243) completed juror screening questionnaires in this case, as certified by the Clerk. I understand that these materials are to remain under seal. I further understand that no copies—paper, electronic, or otherwise—are to be made of these materials. I acknowledge that when the habeas litigation is complete, I must return these materials to the Clerk with a signed sworn statement as directed by the court's Memorandum Order of April 7, 2015. ECF No. 422.

Counsel for the United States:

_____        5|19|15
Signature                                 Date

Counsel for the Defendant, David Anthony Runyon:

_____        4/17/2015
Signature                                 Date