# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

_____

UNITED STATES OF AMERICA,

      -v-

DAVID ANTHONY RUNYON,
Defendant/Movant

_____

:
:
:
:
:
:
:
:
:

No. 4:08-CR-00016

**CAPITAL § 2255 PROCEEDINGS**

HON. REBECCA BEACH SMITH

### MOTION FOR APPOINTMENT OF CO-COUNSEL

Comes now, Movant DAVID ANTHONY RUNYON, an indigent federal prisoner under sentence of death, and respectfully moves the Court to appoint a second experienced capital habeas attorney to represent him as co-counsel in pursuing post-conviction remedies, including the investigation, preparation, and prosecution of a motion for post-conviction relief pursuant to 28 U.S.C. § 2255. Runyon respectfully asks the Court to appoint Federal Defender Services of Eastern Tennessee, Inc., and Dana Hansen Chavis, Supervisor of the capital habeas unit within that defender organization, to be co-counsel.

Pursuant to Local Rule 7(f), a Memorandum of Law in Support of Runyon's Motion for Appointment of Co-Counsel accompanies this motion.

Respectfully Submitted,

_____/S/_____

Michele J. Brace
Virginia Capital Representation Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
(434) 817-2970
mbrace@mindsort.com

Dated: May 20, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2015, I have electronically filed the foregoing Motion for

Appointment of Co-Counsel with the Clerk of Court using the CM/ECF system, which will then

send a notification of such filing (NEF) to the following:


Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons
Suite 300
Newport News, VA 23606
(757) 591-4032
Brian.Samuels@usdoj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons
Suite 300
Newport News, VA 23606
(757) 591-4000
Lisa.McKeel@usdoj.gov


_____/S/_____
Michele J. Brace, VSB # 36748
Virginia Capital Representation Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
(434) 817-2970
mbrace@mindsort.com