UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

v.                                      CRIMINAL NO. 4:08cr16

DAVID ANTHONY RUNYON,
          Defendant.

<u>ORDER</u>

This matter comes before the Court on the motion of defendant DAVID ANTHONY RUNYON to appoint co-counsel to represent him in postconviction proceedings under 28 U.S.C. § 2255. The Court has legal authority to appoint more than one lawyer to represent the defendant in a collateral capital case. 18 U.S.C. § 3599(a)(2). The Court previously appointed attorney Michele Brace to represent the defendant. Ms. Brace represents that additional counsel is necessary because of the amount and nature of the work that remains to be done before expiration of the statute of limitations. She further represents that she lacks the capacity to perform all of the necessary work within this timeframe because no lawyer or nonlegal staff member at the Virginia Capital Representation Resource Center has been, or will be, available to assist her in Mr. Runyon's case.

Ms. Brace also represents that highly experienced capital habeas counsel should be appointed as co-counsel because of the

1

nature of the work that remains to be done in Mr. Runyon's case, and because of the limited time that remains available. Ms. Brace further represents that Dana Hansen Chavis, Supervising Assistant Federal Defender at the Federal Defender Services of Eastern Tennessee, Inc., is a highly experienced capital habeas attorney and that Ms. Chavis is immediately available to represent Mr. Runyon in this matter.

Upon these representations, it is ORDERED, pursuant to 18 U.S.C. § 3599(a)(2), that the Federal Defender Service of Eastern Tennessee, Inc., and Dana Hansen Chavis be appointed to serve as co-counsel for the defendant. Because the Federal Defender Service of Eastern Tennessee, Inc., is a Community Defender Organization established under 18 U.S.C. §§ 3006A(a) and 3006A(g)(2)(B), it is further ORDERED that neither the defender organization nor Ms. Chavis be compensated by this Court for their time and expenses in representing Mr. Runyon.

IT IS SO ORDERED.

_____
Rebecca Beach Smith
United States District Judge

May   , 2015

2