# DANA C. HANSEN CHAVIS

9121 Candle Pine Drive • Knoxville, TN 37931 • (865) 670-0304 • dana_hansen@fd.org

| | |
|---|---|
| BAR ADMISSIONS | **United States Supreme Court**, 2000<br>**United States Court of Appeals for the Sixth Circuit**, 1999<br>**United States District Court for the Eastern District of Tennessee**, 1999<br>**United States District Court for the Middle District of Tennessee**, 2007<br>**United States District Court for the Northern District of Ohio**, 2013<br>**Tennessee Bar**, 1998<br>**The Florida Bar**, 1997<br>**New York State Bar**, 1997 |
| EDUCATION | **Albany Law School of Union University**, Albany, NY<br>Juris Doctor, *Cum Laude*, May 1996<br>    • Post-Conviction Remedies Clinic 1994-1996<br>    • Environmental Appellate Moot Court Team, 1994-1995<br><br>**State University of New York at Brockport**, Brockport, NY<br>Bachelor of Science in Political Science, May 1992<br><br>**Finger Lakes Community College**, Canandaigua NY, 1988-1989<br>    • Recipient of the Distinguished Aumni Award, 2010<br>    • 2010 Commencement Speaker |
| EXPERIENCE | **Federal Defender Services of Eastern Tennessee, Inc.**, Knoxville, TN<br>Supervisor, Capital Habeas Unit, 2014-present<br>    • Supervise ten-person habeas unit consisting of attorneys, investigators and paralegals.<br>    • Prepare and provide reports and data to requesting entities.<br>    • Responsibilities as listed below.<br><br>Assistant Federal Community Defender, 2000-2014<br>    • Responsible for litigating capital federal habeas corpus cases.<br>    • Litigation including research and writing of habeas petitions, discovery motions, dispositive motions, applications for certificates of appealability, appellate briefs, petitions for writ of certiorari and FRCP 60(b) motions.<br>    • Presentation of oral arguments to the federal district, appellate and Supreme Court.<br>    • Clemency applications and presentations to Governor's staff, parole board.<br>    • Author articles for the East Tennessee Defender Newsletter.<br>    • Conduct training sessions for inter-office habeas staff and at national conferences; organized psychodrama workshop for habeas staff; initiated an office outreach program to recruit minorities in criminal defense careers.<br>    • Provide assistance and support to panel attorneys.<br><br>Research and Writing Specialist, 1998-2000<br>    • Responsible for researching and writing pleadings for capital federal habeas corpus cases.<br>    • Assist habeas unit attorney at depositions, court appearances and evidentiary hearings.<br>    • Monitor capital cases in state courts and provide assistance to state postconviction counsel.<br><br>**University of Tennessee School of Law**, Knoxville, TN<br>Mentor, 2014-present<br><br>**University of Tennessee, Professional and Personal Development Department, Paralegal Certificate Program**, Knoxville, TN<br>Instructor, 2003-present |

**Office of the District Public Defender, 6th Judicial Circuit**, Knoxville, TN
Assistant Public Defender, 1998
- Responsible for 100-150 cases per month in the General Sessions Court for Knox County, Division I.
- Pre-trial representation included initial client interviews, preliminary investigation, plea bargains, probation revocations, and preliminary hearings.
- Provided penalty phase assistance in capital case.

**Office of the Capital Collateral Regional Counsel**, Tampa, FL
Staff Attorney, 1996 -1997
- Postconviction representation of twelve death-sentenced clients.
- Full postconviction practice including: original postconviction petitions in trial courts; appellate briefs and writs of habeas corpus and extraordinary relief in the Florida Supreme Court; writs of certiorari in the United States Supreme Court; and, writs of habeas corpus in the federal district courts.
- Initiated public records requests and engaged in litigation to obtain public records.
- Conducted evidentiary hearings in state trial court including: motions in limine; oral argument on motions; preparation and presentation of witness testimony; and, written closing arguments.

NOTABLE CASES

*United States v. Widmer*, 2013 U.S. App. LEXIS 1123 (Jan. 14, 2013) (special conditions of release vacated)

*West v. Ray*, No. 10-1675-1 (Tenn. Chancery Ct. Nov. 22, 2010) (order granting declaratory judgment: Tennessee's three-drug protocol violates the prohibition against cruel and unusual punishment)

*West v. Ray*, 2010 Tenn. LEXIS 1072 (Nov. 6, 2010) (granting permission to appeal, vacating chancery court order and remanding for lethal injection hearing)

*Thompson v. Bell*, 580 F.3d 423 (6th Cir. 2009) (reversed both dismissal of habeas petition alleging incompetency for execution and denial of FRCP 60(b) motion and remanded for merits consideration)

*Harbison v. Bell*, 556 U.S. 180 (2009) (establishing right of federally appointed counsel to represent state death-sentenced inmate in state clemency proceedings)

*Harbison v. Little*, 511 F.Supp.2d 872 (M.D.Tenn. 2007) (execution under Tennessee's lethal injection protocol violates the Eighth Amendment because it presents a substantial risk of unnecessary pain, which was known but disregarded by State officials), *reversed,* 571 F.3d 531 (6th Cir. 2009)

*Thompson v. Bell*, 373 F.3d 688 (6th Cir. 2004) (vacating grant of summary judgment and remanding for evidentiary hearing on habeas petition), *reversed, Bell v. Thompson*, 545 U.S. 794 (2005)

COMMITTEE WORK

**Court Technology Advisory Committee**, U.S. Court, Eastern District of Tennessee
2009-present

**CHU-TEP**, A defender committee overseeing CHU national trainings.
2010

**Administrative Office of the U.S. Courts, Defender Services, Clemency Sub-Committee**
2009

CONTINUING
EDUCATION/
PRESENTATIONS

**Federal Defender Supervisors Training**, Las Vegas, NV
March 2015
Presented: "How do we address good staff who lack communication skills?  How do we referee personality conflicts/disputes among staff?"  with Sean Kennedy

**Criminal Defense and Mental Health**, Knoxville, TN
August 2014

**Sixth Circuit Practice Institute**, Cincinnati, OH
May 2014

**When Technology and the Fourth Amendment Collide**, Knoxville TN
April 2014

**Mentor Training, Tennessee Lawyer to Lawyer Mentoring Program**, Knoxville, TN
October 2013

**How to Find Your Way in the Ethics Jungle**, Chattanooga, TN
April 2013
Presented: "Is This Frivolous?  Appeals & Motions to Suppress"

**Padilla v. Kentucky and the Immigration Consequences of Criminal Convictions**, Knoxville, TN
March 2013

**Federal Court Practice Mandatory Seminar**, Akron OH (online)
November 2012

**Capital Habeas Unit National Conference**, Portland, OR
May 2012
Presented: "Using Mental Health Materials in Clemency" with Helen Marino & Karl Schwartz

**TACDL's 2011 Capital Defense Training, Traversing the Recesses of the Mind: Mental Health & Capital Cases**, Knoxville, TN
May 2011
Presented: "The Evolution of the Greg Thompson Case" with Steve Kissinger

**Capital Habeas Unit National Conference**, Austin, TX
April 2011
Presented: "Habeas Corpus 101: Intro for Lawyers" with Scott Braden & Jennifer Garcia

**Jail House Rock - Understanding the Bureau of Prisons**, Chattanooga, TN
April 2011

**7th National Seminar on the Development and Integration of Mitigation Evidence: New Science, New Strategies**, Seattle, WA
April 2010

**Capital Habeas Unit National Conference**, Chicago, Ill
April 2010
Presented: "End Game Strategies/How to Use 18 U.S.C. §3599 (e) & (f) to Develop Facts for Your Case" with Carol Wright

**Train the Trainers**, Santa Fe, NM
November 2009

**Fourteenth Annual Federal Habeas Corpus Seminar**, Pittsburgh, PA
August 2009
Presented: "Clemency Campaigns Post-*Harbison v. Bell*" with Mark Olive

**Supreme Court Practice Institute**, New York, NY
June 2009

**FDSET** "**Lunch and Learn**," Knoxville, TN
April 2009
Presented: "Supreme Court Practice"

**Capital Habeas Corpus Unit Conference**, New Orleans, LA
April 2009
Presented: "*Harbison* & Clemency"

**The Capital Habeas In Ohio Seminar**, Cleveland, OH
February 2009
Presented: "Clemency in Light of *Harbison*; Running a Clemency Campaign" with Mark Olive

**Capital Habeas Corpus Unit Conference**, Fort Lauderdale, FL
April 2008
Presented: "Media Matters: The importance of the message, ethical considerations & strategy"

**Federal Judicial Center, Appellate Writing Workshop for Federal Defenders**, Washington, D.C.
February 2008

**National Defender Training Project, 2007 Public Defender Trial Advocacy Program**, Dayton, OH
2007

**Issues Facing Capital Habeas Units**
2005-2007

**The Persuasion Institute**, Chicago IL
2005

**Proofreading 101**, UT Professional & Personal Development, Knoxville TN
April 2005

**NAACP Legal Defense Fund Capital Punishment Conference**, Airlie VA
July 2004

**Issues Facing Capital Habeas Units**, Ponte Vedra, FL
May 2004
Facilitator: "Performance Standards"

**1st National Seminar on the Development and Integration of Mitigation Evidence**
New Orleans, LA
April 2004

**Issues Facing Capital Habeas Units**, San Antonio, TX
March 2003
<u>Presented</u>: "Data and Document Collection, Storage and Management - implementing and using *Summation*"

**Trial Lawyer's College, Death Penalty Seminar**, Dubois, WY
June 2002

**NITA**, **The Habeas Institute**: Representing a death-sentenced client in federal post-conviction proceedings, Knoxville, TN & New York, NY
January 1999 & June 2000

**National Seminar on Mental Illness and the Criminal Law**, Washington, D.C.
June 1999

**National Federal Habeas Corpus Conference**
August 1998 - 2003, 2006

**The Fight for Life: Mitigation that wins**, Nashville, TN
April 1998