**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

**UNITED STATES OF AMERICA,**

    **v.**                         **CRIMINAL NO. 4:08cr16**

**DAVID ANTHONY RUNYON,
      Defendant.**

<u>**ORDER**</u>

This matter comes before the Court on the motion of defendant DAVID ANTHONY RUNYON for appointment of co-counsel and his motion to expedite the response, if any, of the United States to that motion. The Court does not require the United States to respond to the motion for co-counsel. If the United States chooses to respond, however, it is ORDERD that such response must be filed within three business days after the date on which the motion for appointment of co-counsel was filed.

IT IS SO ORDERED.

_____
Rebecca Beach Smith
United States District Judge

May   , 2015

1