# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 4:08-CR-16_____, Case Name United States v. David Anthony Runyon

Party Represented by Applicant: David Anthony Runyon

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) Dana Catherine Hansen Chavis

Bar Identification Number 019098          State Tennessee

Firm Name Federal Defender Services of Eastern Tennessee, Inc.

Firm Phone # (865) 637-7979          Direct Dial # (865) 595-3473          FAX # (865) 637-7999

E-Mail Address Dana_Hansen@fd.org

Office **Mailing** Address 800 S. Gay Street, Suite 2400, Knoxville, Tennessee 37929

Name(s) of federal court(s) in which I have been admitted USDC Eastern & Middle Districts of Tennessee; Sixth Circuit Court of Appeals USDC Northern District of Ohio; U.S. Supreme Court

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_Dana C Hansen Chavis_
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_Michael Brace_
(Signature)                                                    5/22/2015
                                                               (Date)
Michel J. Brace
(Typed or Printed Name)                                        36748
                                                               (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____          _____
(Judge's Signature)                       (Date)