# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number _4:08-CR-16_____ , Case Name _United States v. David Anthony Runyon_
Party Represented by Applicant: _David Anthony Runyon_____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) _Helen Susanne Bales Levi_____
Bar Identification Number _017868_____   State _Tennessee_____
Firm Name _Federal Defender Services of Eastern Tennessee, Inc._____
Firm Phone # _(865) 637-7979_____   Direct Dial # _(865) 595-3479_____   FAX # _(865) 637-7999____
E-Mail Address _Susanne_Bales@fd.org_____
Office **Mailing** Address _800 S. Gay Street, Suite 2400, Knoxville, Tennessee 37929_____

Name(s) of federal court(s) in which I have been admitted _USDC Eastern, Middle & Western Districts of Tennessee;____
_Sixth Circuit Court of Appeals; U.S Supreme Court_

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____        _5/22/2015_
(Signature)                                                          (Date)
_Michel J. Brace_____        _36748___
(Typed or Printed Name)                             (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____        _____
(Judge's Signature)                                          (Date)