UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

v.                                                    Criminal No. 4:08cr16-3

DAVID ANTHONY RUNYON,

Defendant.

ORDER

This matter comes before the court on the Motion to Appear Pro Hac Vice by Helen Susanne Bales Levi, filed on May 22, 2015. ECF No. 437.

Counsel of record in this case are Ms. Michele Brace, of the Virginia Capital Representation Resource Center ("VCRRC"), and Ms. Dana Chavis, of the Federal Defender Service of Eastern Tennessee, Inc. ("FDSET"). The court appointed Ms. Brace as habeas counsel by Memorandum Order of November 5, 2014. ECF No. 410. Thereafter, upon Ms. Brace's Motion for Appointment of Co-Counsel, ECF No. 432, the court appointed Ms. Chavis as habeas co-counsel, subject to her admission to practice pro hac vice in the Eastern District of Virginia. Order of May 22, 2015, ECF No. 435.[1] In that same Order, the court specifically denied

---

[1] Ms. Chavis moved for her admission to practice pro hac vice before this court after business hours on Friday, May 22, 2015,

Ms. Brace's request that the court appoint FDSET as co-counsel, stating that "[t]he court does not appoint organizations to represent individual criminal defendants." See id. at 5. However, the court noted that "Ms. Chavis is permitted to work on the Defendant's case with her legal colleagues and support staff at FDSET." Id. at 6.

Ms. Levi appears to be such a legal colleague at FDSET. Both Ms. Chavis and Ms. Levi are attorneys at FDSET, and both of them list the same office mailing address on their pro hac vice motions. See ECF Nos. 436, 437. However, neither Ms. Brace nor Ms. Chavis have moved the court to appoint Ms. Levi as a third habeas counsel in this case. The only prior mention of Ms. Levi comes in Ms. Brace's Motion for Appointment of Co-Counsel, in which Ms. Brace refers to her as "Assistant Federal Defender Susanne Bales." Mem. Supp. Mot. Appointment Co-Counsel at 8, ECF No. 433. Ms. Brace did not move for Ms. Levi's appointment as third habeas counsel, but only asserted that Ms. Chavis "is prepared to assign a second experienced capital habeas attorney." Id. Counsel has provided the court no information about Ms. Levi's qualifications, and more importantly, no justification for the appointment of a third habeas counsel at

---

ECF No. 436, which motion the court granted on Tuesday, May 26, 2015. ECF No. 438.

this juncture.[2] The court sees no reason to grant Ms. Levi's Motion, and, accordingly, Ms. Levi's Motion to Appear Pro Hac Vice is **DENIED**.[3] The court again reminds counsel of record that "Ms. Chavis is permitted to work on the Defendant's case with her legal colleagues and support staff at FDSET," May 22, 2015, Order at 6, and that Ms. Brace is likewise permitted to do the same with her colleagues and support staff at VCRRC. See May 8, 2015, Mem. Order at 6.

The Clerk shall forward a copy of this Memorandum Order to Ms. Brace, to Ms. Chavis, to Ms. Levi, and to the United States Attorney at Newport News.

IT IS SO ORDERED.

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

June 3, 2015

---

[2] When the court appointed Ms. Brace as habeas counsel, the court detailed Ms. Brace's extensive knowledge of, and experience with, post-conviction collateral review proceedings. See Nov. 5, 2015, Mem. Order at 4-5, 10. Likewise, when the court appointed Ms. Chavis as habeas co-counsel, the court detailed Ms. Chavis' background and qualifications to serve as counsel in a death penalty habeas case. See May 22, 2015, Order at 3-5.

[3] If Ms. Brace has some specific reason for Ms. Levi to be a third counsel of record in the case, she should so notify the court thereof in writing.