IN THE UNITED STATES DISTRICT COURT FOR

EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Criminal No. 4:08CR16 |
| vs. | ) | |
| | ) | |
| DAVID ANTHONY RUNYON | ) | |
| | ) | |
| Defendant. | ) | |

PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Jeffrey A. Zick, Special Assistant United States Attorney in the Eastern District of Virginia, as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,
DANA J. BOENTE
UNITED STATES ATTORNEY

By:        /s/
Jeffrey A. Zick, SAUSA
Attorney for Government
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: JZick@usa.doj.gov

1

## CERTIFICATE OF SERVICE

I, Jeffrey A. Zick, Special Assistant United States Attorney, do hereby certify that the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) this 19th day of June, 2015, to:

**Michele Jill Brace**
Virginia Capital Representation Resource Center
2421 Ivy Rd
Suite 301
Charlottesville, VA 22903
(434) 817-2970
Email: mbrace@mindsort.com

**Dana Catherine Hansen Chavis**
Federal Defender Services of Eastern Tennessee, Inc.
800 S. Gay St
Suite 2400
Knoxville, TN 37929
(865) 637-7979
Fax: (865) 637-7999
Email: dana_hansen@fd.org

By:  _____/s/_____

Jeffrey A. Zick, SAUSA
Attorney for Government
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: JZick@usa.doj.gov