**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

_____

UNITED STATES OF AMERICA,

-v-

DAVID ANTHONY RUNYON,
Defendant/Movant

_____

:
:
:    No. 4:08-CR-00016
:
:    CAPITAL § 2255 PROCEEDINGS
:
:    HON. REBECCA BEACH SMITH
:

**DEFENDANT'S UNOPPOSED MOTION TO COPY JUROR**
**QUESTIONNAIRES FOR USE BY CO-COUNSEL, AND FOR AN**
**ACCOUNTING AND PRODUCTION OF MISSING JUROR QUESTIONNAIRES**

David Runyon, a federal prisoner under sentence of death, hereby moves the Court for permission to make a copy of the questionnaires completed by prospective jurors at his trial. Runyon further moves the Court to direct the Clerk to provide an accounting to the Court of the juror questionnaires in this case, to reconcile the Court's records with the information about the questionnaires that is contained in the accompanying memorandum, and to provide Attorney Brace with any and all of the questionnaires that were not previously provided to her. The accompanying memorandum sets out the facts and arguments supporting this motion.

Respectfully Submitted,

_____/S/_____
Michele J. Brace
Virginia State Bar No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

1

Dana C. Henson Chavis
Federal Defender Services of
 Eastern Tennessee, Inc.
800 South Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

Dated: July 13, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2015, I have electronically filed the foregoing Defendant's Unopposed Motion to Copy Juror Questionnaires for Use by Co-Counsel, and for an Accounting and Production of Missing Juror Questionnaires, with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
(757) 591-4032
Brian.Samuels@usdoj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons Suite 300
Newport News, VA 23606
(757) 591-4040
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
Phone: (757) 591-4000
JZick@usa.doj.gov

_____/S/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com
*Counsel for Defendant/Movant*
*David Anthony Runyon*

3