UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

v.                                          Criminal No. 4:08cr16-3

DAVID ANTHONY RUNYON,

                    Defendant.

## ORDER

On July 14, 2015, the Defendant's counsel, Michele Brace, filed a "Motion for an Order Authorizing Contact Visits for Expert Evaluations" ("Motion"), together with a Memorandum in Support ("Memorandum"). ECF Nos. 444, 445.

Ms. Brace filed the Motion on the court's electronic filing system, and designated it as ex parte. However, the Motion itself has no indication of being an ex parte submission, and the Motion contains a Certificate of Service to the United States Attorney at Newport News. See Mot. at 3. Likewise, Ms. Brace filed the Memorandum ex parte on the court's electronic filing system, and although the Memorandum is labeled as ex parte and under seal, it also includes a Certificate of Service to the United States Attorney at Newport News. See Mem. at 5. It appears to the court that Ms. Brace either misdesignated the

submissions as _ex parte_, or filed a false certificate of service as to the submissions.

Moreover, Ms. Brace attached a proposed order to the Motion as Exhibit 1, using the same font and formatting as the court uses for its orders, and the proposed order contained the "/s/" symbol above the undersigned's signature line. See Ex. 1 at 2, ECF No. 444-1.[1] The court did not draft the proposed order, ECF No. 444-1, and the court has not signed, nor will it sign, the proposed order as written.

Accordingly, Ms. Brace is **DIRECTED** to clarify, on or before July 17, 2015, the circumstances under which the Motion and Memorandum, ECF Nos. 444, 445, were filed, including whether they were improperly designated as _ex parte_ documents or whether the certificates of service were false. She shall file this clarification on the public docket, as this confusing issue, at best, has been "set in motion" by Ms. Brace herself, thereby resulting in this Order.[2]

---

[1] The court questions why the proposed order was drafted not in the same font as the instant Motion and Memorandum, but rather in the font used by the court. Additionally, the "/s/" symbol above the signature line infers a signed order by the court, which is misleading and potentially improperly used.

[2] This Order and Ms. Brace's clarification do not publicly expose the substance of the Motion and Memorandum, except to the extent Ms. Brace has already done so.

The Clerk shall forward a copy of this Order to counsel for the Defendant and to the United States Attorney at Newport News.[3]

IT IS SO ORDERED.

/s/
Rebecca Beach Smith
Chief Judge
REBECCA BEACH SMITH
CHIEF JUDGE

July 15 , 2015

---

[3] See supra note 2.