**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | No. 4:08-CR-00016 |
| | : | |
| -v- | : | CAPITAL § 2255 PROCEEDINGS |
| | : | |
| DAVID ANTHONY RUNYON, | : | HON. REBECCA BEACH SMITH |
| Defendant/Movant | : | |
| | : | |

**CLARIFICATION REGARDING ERRORS IN MOTION AND**
**SUPPORTING MEMORANDUM FILED AS ECF NOS. 444 and 445**

Undersigned counsel hereby responds to the Court's Order, ECF No. 447, directing counsel to explain several things with respect to the motion filed as ECF No. 444 and the supporting memorandum filed as ECF No. 445. As the Court has noted, there were errors in the motion and memorandum, and undersigned counsel takes full responsibility for the mistakes.

These were the first pleadings that were a joint effort with newly appointed co-counsel, and they were drafted in some haste because of scheduling issues related to an event discussed in the motion. At the time of drafting, counsel and co-counsel were actively discussing whether it was appropriate or necessary to file the pleadings *ex parte*. The drafts included certificates of service because we still contemplated the option of filing on the public docket. The certificates should have been deleted once the decision was made to file *ex parte*. In addition, the motion itself, and not just the memorandum in support, should have indicated on its face that it was filed *ex parte*. Although undersigned counsel was distracted at the time by a serious medical issue in her household that required more time away from the office than anticipated, none of these facts excuse undersigned counsel's failure to review all aspects of the motion and memorandum more carefully before filing. And because undersigned counsel is responsible for overseeing the work

1

done by an attorney admitted *pro hac vice*, any oversight in filing must properly be attributed to undersigned counsel alone.

The motion and memorandum were filed *ex parte* using CM/ECF, and they were not served on opposing counsel. Undersigned counsel's error was the inadvertent inclusion of certificates of service rather than an inaccurate designation of the documents as *ex parte*.

The proposed order was drafted in the font and formatting used by the Court for its orders for only one purpose: as an intended convenience to the Court. Counsel intended to provide, and was trained in private practice to provide, a proposed order in a form the Court could sign without any revision if it wished to do so. Undersigned counsel has previously submitted proposed orders in the font and format used by the Court without objection. *See* ECF Nos. 413-2, 415-1, 425-1, 432-1, 434-1, 442-1.

Undersigned counsel has not previously inserted the "/s/" symbol above the signature line on a proposed order, and she completely agrees that it should not have appeared. Counsel accepts full responsibility for failing to spot the symbol and remove it before filing.

Respectfully Submitted,


_____/s/_____
Michele J. Brace
Virginia State Bar No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dated: July 16, 2015

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2015, I have electronically filed the foregoing Clarification Regarding Errors in Motion and Supporting Memorandum Filed as ECF Nos. 444 and 445 with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
(757) 591-4032
Brian.Samuels@usdoj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons Suite 300
Newport News, VA 23606
(757) 591-4040
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
Phone: (757) 591-4000
JZick@usa.doj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

3