UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

v.                                          Criminal No. 4:08cr16-3

DAVID ANTHONY RUNYON,

        Defendant.

ORDER

This matter comes before the court on the Defendant's "Motion for an Order Authorizing Contact Visits for Expert Evaluations" ("Motion"), and Memorandum in Support, filed on July 14, 2015. ECF Nos. 444, 445.

Although the Motion and Memorandum in Support were designated as ex parte submissions on the court's electronic filing system, the Motion itself had no indication of being an ex parte submission, and both the Motion and the Memorandum included Certificates of Service to the United States Attorney at Newport News. In response to the court's Order of July 15, 2015, ECF No. 447, attorney Ms. Michele Brace filed a Clarification on July 16, 2015. ECF No. 448. In the Clarification, Ms. Brace asserts that counsel intended the submissions to be ex parte documents, and that the inclusion of the certificates of service was inadvertent error. Accordingly,

the court will treat the Motion and Memorandum in Support as <u>ex parte</u> filings. However, counsel of record — both Ms. Brace and Ms. Dana Chavis — are advised that the instant Certificates of Service constitute false certifications to the court, and that counsel should review all future filings more thoroughly before submitting them for the court's consideration. Further, any future proposed orders shall not contain the "/s/" symbol above the undersigned's signature line.

The Clerk shall forward a copy of this Order to counsel for the Defendant and to the United States Attorney at Newport News.

IT IS SO ORDERED.

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

July 20, 2015

2