**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:08-CR-00016 |
| | : | |
| | : | **CAPITAL § 2255 PROCEEDINGS** |
| | : | |
| -v- | : | HON. REBECCA BEACH SMITH |
| | : | |
| DAVID ANTHONY RUNYON, | : | |
| Defendant/Movant | : | |
| | : | |
| | : | |

**Declaration of Michele J. Brace**

1.      My name is Michele J. Brace. I am a resident of Washington D.C. and over the age of 18 years. This declaration is based on my personal knowledge.

2.      On April 17, 2015, I collected two sealed cartons of juror questionnaires from the case of United States v. Runyon, 4:08-cr-16, at the Norfolk Federal Courthouse.

3.      At a later date, in order to inventory the questionnaires, I removed them from the first box in stacks. One such stack contained questionnaires for 12 jurors—136, 138, 139, 142, 143, 144, 145, 148, 153, 158, 159, and 161.

4.      I was interrupted in this process, and I placed the stack I was holding to the side. I then inadvertently placed materials from another capital case on top of that stack, without realizing that I was interleaving papers from a different case.

5.      I inventoried the questionnaires in the boxes multiple times, and each time I discovered the same thing: there were a total of 25 missing questionnaires. I knew that potential

1

jurors had been assigned number 1 through 256, and the numbers for the missing questionnaires appeared to be dispersed more or less at random within that range.

6.    The Court subsequently identified the numbers of 13 jurors who had not completed questionnaires. After excluding those numbers, I realized that the remaining 12 unidentified questionnaires might have constituted a single stack. This led me to look through all stacks of papers in my office. During this review, I discovered the 12 questionnaires I had thought were missing under a document from another case. Previously, I had presumed that all documents in this stack related to the same case as the top document.

7.    Although the questionnaires in this stack had a document from another case placed on top of them, they remained in my office at all times. They were kept fully confidential, and their integrity was not compromised.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 28, 2015.

_____

2