**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

_____                :
                                                  :                   No. 4:08-CR-00016
UNITED STATES OF AMERICA,                         :
                                                  :          **CAPITAL § 2255 PROCEEDINGS**
                         -v-                       :
                                                  :          HON. REBECCA BEACH SMITH
DAVID ANTHONY RUNYON,                             :
                         Defendant/Movant          :
_____

### Petitioner's Motion for Expedited Consideration

Undersigned counsel for David Runyon has today moved the Court to dispense with the meeting regarding he inventory of juror questionnaires, and has submitted a declaration certifying that she now has all of the completed questionnaires. Counsel asks the Court to expedite its consideration of this motion and to rule that a meeting with the Clerk is no longer needed.

The court-ordered meeting is scheduled for 10:30 a.m. on August 3, 2015. See ECF No. 446 at 5-6. If the Court agrees that the meeting is no longer needed, early notice to the participants would be appreciated. Because Attorney Brace must travel the farthest and make hotel and car rental arrangements, she advises the Court that she presently plans to drive from Washington to Norfolk on August 2 to ensure her timely appearance at the Norfolk courthouse on August 3. She further advises the Court that she will be away on business all day on July 31 without e-mail or internet access.

WHEREFORE, counsel asks the Court to expedite its consideration of the motion.

Respectfully Submitted,

_____/S/_____
Michele J. Brace
Virginia Capital Representation Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
(434) 817-2970
mbrace@mindsort.com

Dated: July 28, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2015, I have electronically filed the foregoing Motion to Expedite with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
(757) 591-4032
Brian.Samuels@usdoj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons Suite 300
Newport News, VA 23606
(757) 591-4040
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
Phone: (757) 591-4000
JZick@usa.doj.gov

_____/S/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com
*Counsel for Defendant/Movant*
*David Anthony Runyon*