

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS

**David J. Maland**
U.S. DISTRICT CLERK

211 WEST FERGUSON, ROOM 106
TYLER, TEXAS 75702

(903) 590-1008

Mr. Andrew Goodman
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113

**Re: Request for Jury Records Pursuant to 28 U.S.C. §1868**

Dear Mr. Goodman,

I am writing in response to your letter dated June 20, 2014 requesting jury records. I am including several records with this letter that my staff and our vendor of jury wheel services, Sutera Data Systems of Tobyhanna, PA, were able to copy and download to CD. However, there were several items requested that are too voluminous and must be viewed at the Jack Brooks Federal Building in Beaumont, Texas.

Here is the list of your requests with our comments:

1. The 2006, 2008, 2010 and 2012 Master Jury Wheels for the Beaumont Division. **(Included with this correspondence on CD).**

2. The voter rolls from which names for the 2006, 2008, 2010 and 2012 Master Jury Wheels for the Beaumont Division were selected. **(Included with this correspondence on CD).**

3. The certificates prepared and executed by the persons who randomly selected names for the 2006, 2008, 2010 and 2012 Master Jury Wheels for the Beaumont Division. **(Not available. This certificate was originally prepared by Sutera Data Systems).**

RECEIVED

AUG 0 4 2014

1

4. A brief description of the software employed in the selection process. **(Included with this correspondence).**

5. All qualification forms used in producing the Beaumont Division's 2008 Qualified Jury Wheel, including, but not limited to qualification forms returned as undeliverable, completed qualification forms of those placed in the Qualified Jury Wheel, and qualification forms of those exempted from jury service with the statement of the Clerk as to why such persons were exempted. **These would be actual paper questionnaires that are in storage at the Beaumont Courthouse and can be viewed at that location.**

6. Any written policies from 2006 to the present relating to excluding persons from the Beaumont Division's Qualified Jury Wheel. **Questionnaires are coded as outlined in our Jury Plan on our website. The plan states how we disqualify and excuse in our district.**

7. The 2006, 2008, 2010, and 2012 Qualified Jury Wheels for the Beaumont office. **This basically is the same information that is run as answered in question 13.**

8. Any orders directed to the Marshal between 2006 and the present, requiring the Marshal to summon petit jurors in the Beaumont Division in the event of an unanticipated shortage of available petit jurors drawn from the Qualified Jury Wheel, pursuant to Section 9(c ) of the Jury Plan; and the list of any jurors so summoned. **We have never had to use the Marshal for shortage of jurors.**

9. All petit jury venires drawn from the Beaumont Division's 2008 Qualified Jury Wheel (with names and identifying information redacted, if necessary). **This information is stored at the Beaumont Courthouse and can be made available for inspection.**

10. Any petit jury summons for person drawn from the Beaumont Division's 2008 Qualified Jury Wheel returned as undeliverable. **This information is stored at the Beaumont Courthouse and can be made available for inspection.**

11. All grand jury venires drawn from the Beaumont Division's 2008 Qualified Jury Wheel (with names and identifying information redacted, if necessary). **This information is submitted with this correspondence.**

12. Any grand jury summonses for persons drawn from the Beaumont Division's 2008 Qualified Jury Wheel returned as undeliverable (with names and identifying

2

information redacted, if necessary).  **This information is submitted with this correspondence.**

13. All AO-12 or JS-12 reports relating to the jury compositions of the Beaumont Division created since 2006, and all papers and information that were used to create such reports. **(Included in this report are the JS12 "Entire Source List" and the "Qualified List" Report from the 2007 Jury Wheel,  JS12 "Entire Source List" Report from the 2013 Jury Wheel, and the JS12 "Entire Source List" and  the "Qualified List" from the 2014 Jury Wheel.**

In regards to copy and research fees, a one-time record research fee of $30.00 for the materials on the enclosed CD is due and payable to the United States District Court, Eastern District of Texas.  Please send a check in that amount to:  U.S. District Clerk, 211 West Ferguson, Room 106, Tyler, TX  75702  attn:  Dave Maland.  Please contact me if you have any questions about this.

Sincerely,

David Maland

David J. Maland
U.S .District Clerk, Texas Eastern
Ph. 903-590-1008

3

ITEM-4

The software utilized to create the Court's Master Jury Wheel is written in FoxPro. This software has evolved from a standalone DOS application to what is how Microsoft Visual FoxPro.

FoxPro is the object-oriented relational database management system that makes it possible for you to create database solutions for the desktop to the Web. Visual FoxPro provides powerful data handling capabilities, rapid application development tools for maximum productivity, and the flexibility needed to build all types of database solutions.

For the 2006 and 2008 Master Wheels a stating and increment number was used to select the names for inclusion into the wheel.  Starting in 2010 the purely random method was used.

In the Purely Random selection method, a list of random numbers (equaling the number of names to be selected for a county) is generated and every record on the Voter list equaling those numbers is selected.

Example;

| Voter list | Selected | Random Number list |
|------------|----------|--------------------|
| 1st name | No | 3 |
| 2nd name | No | 6 |
| 3rd name | Yes | |
| 4th name | No | |
| 5th name | No | |
| 6th name | Yes | |

The list of random numbers is generated by utilizing the FoxPro Random number generator function.  The FoxPro Random Number function utilizes a algorithm taken from the "Handbook of Mathematical Functions, National Bureau of Standards, June 1964.
 Equation 26.2.23, page 933. Its error is $< (4.5E\text{-}4 * std)$