United States District Court
Eastern District of Virginia
Norfolk, Virginia 23510

Chambers of
Rebecca Beach Smith
Chief Judge

August 3, 2015

Michele J. Brace, Esquire
Virginia Capital Representation Resource Center
2421 Ivy Road, Suite 301
Charlottesville, Virginia 22903

        Re:   United States v. David Anthony Runyon
              Case No. 4:08cr16-3

Dear Ms. Brace:

        The Clerk of the Court has referred your letter dated July 29, 2015, to me.  I do not agree that the appropriate procedure is to request these materials directly from the Clerk.  Such request must be made through an appropriate motion and memorandum in support, after which the court will consider your request.  Moreover, a copy of both the motion and memorandum should be served on the United States Attorney at Newport News.

                                Very truly yours,

                                Rebecca Beach Smith

                                Rebecca Beach Smith
                                Chief Judge

RBS/dmt

cc: Lisa R. McKeel, Assistant United States Attorney