**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

_____

UNITED STATES OF AMERICA,

           -v-

DAVID ANTHONY RUNYON,
Defendant/Movant

_____

:
:
:
:
:
:
:
:
:

No. 4:08-CR-00016

**CAPITAL § 2255 PROCEEDINGS**

HON. REBECCA BEACH SMITH

**DEFENDANT'S MOTION FOR COPIES OF**
**GRAND AND PETIT JURY SELECTION RECORDS**

Pursuant to 28 U.S.C. §§ 1967(f) and 1868, David Runyon, a federal prisoner under sentence of death, hereby moves the Court for an order directing the Clerk of the Court to provide Runyon's counsel with enumerated documents related to the selection of the venire in his case, including voter registration lists, master jury wheels, certificates, orders, reports, and information about the program used for random selection. The accompanying memorandum sets out the facts and arguments supporting this motion.

Undersigned counsel has consulted with opposing counsel, who indicated that the United States will oppose this motion.

                                Respectfully Submitted,

                                _____/s/_____

Dana Hansen Chavis, *pro hac vice*
Federal Defender Services of
  Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Dana_Hansen@fd.org

Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
mbrace@mindsort.com

August 13, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2015, I have electronically filed the foregoing Defendant's Motion for Copies of Grand and Petit Jury Selection Records with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:


Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
(757) 591-4032
Brian.Samuels@usdoj.gov

Jeffrey A. Zick
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
Phone: (757) 591-4000
JZick@usa.doj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons Suite 300
Newport News, VA 23606
(757) 591-4040
Lisa.McKeel@usdoj.gov


_____/S/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com
*Counsel for Defendant/Movant*
*David Anthony Runyon*

2