```
                              vrl layout.txt

Structure for database: F:\EDTX9\VRL.DBF
Number of data records: 1993105
Date of last update   : 05/01/09
Code Page             : 0
Field  Field Name  Type       Width    Dec    Index  Collate
    1  CNTY        Character      3            Asc    Machine
    2  VID         Character     14
    3  SNME        Character     50
    4  GNME        Character     50
    5  MID         Character     50
    6  FORMSNME    Character     50
    7  SUF         Character      4
    8  SEX         Character      1
    9  DOB         Character      8
   10  HSE         Character      9
   11  DESGIN      Character     12
   12  DIRPRE      Character      2
   13  STR         Character     50
   14  STRTYPE     Character     12
   15  STRDIR      Character      2
   16  UNIT        Character     12
   17  UNITTYPE    Character     12
   18  CITY        Character     50
   19  ZIP         Character      9
   20  MADR1       Character    110
   21  MADR2       Character     50
   22  MCITY       Character     50
   23  MSTATE      Character     20
   24  MZIP        Character     20
** Total **                    651
```