ITEM-4

The software utilized to create the Court's Master Jury Wheel is written in FoxPro. This software has evolved from a standalone DOS application to what is how Microsoft Visual FoxPro.

FoxPro is the object-oriented relational database management system that makes it possible for you to create database solutions for the desktop to the Web. Visual FoxPro provides powerful data handling capabilities, rapid application development tools for maximum productivity, and the flexibility needed to build all types of database solutions.

For the 2006 and 2008 Master Wheels a stating and increment number was used to select the names for inclusion into the wheel.  Starting in 2010 the purely random method was used.

In the Purely Random selection method, a list of random numbers (equaling the number of names to be selected for a county) is generated and every record on the Voter list equaling those numbers is selected.

Example;

| Voter list | Selected | Random Number list |
|------------|----------|--------------------|
| 1st name | No | 3 |
| 2nd name | No | 6 |
| 3rd name | Yes | |
| 4th name | No | |
| 5th name | No | |
| 6th name | Yes | |

The list of random numbers is generated by utilizing the FoxPro Random number generator function.  The FoxPro Random Number function utilizes a algorithm taken from the "Handbook of Mathematical Functions, National Bureau of Standards, June 1964.
 Equation 26.2.23, page 933. Its error is < (4.5E-4 * std)