UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

v.                                          Criminal No. 4:08cr16-3

DAVID ANTHONY RUNYON,

       Defendant.

## ORDER

This matter comes before the court on the Defendant's "Motion for Copies of Grand and Petit Jury Selection Records" ("Motion") and Memorandum in Support, filed through counsel on August 13, 2015. ECF Nos. 465, 466. In the Motion, the Defendant asks for copies of documents related to jury selection, including voter registration lists, master jury wheels, certificates, orders, and reports.

The United States is **ORDERED** to file its response to the Defendant's submission on or before August 27, 2015. Counsel for the Defendant is **ORDERED** to file any reply deemed appropriate on or before September 4, 2015.

The Clerk shall send a copy of this Order to counsel for the Defendant and to the United States Attorney at Newport News.

    **IT IS SO ORDERED.**

August 14, 2015

/s/

Rebecca Beach Smith
Chief Judge