**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

|  |  |  |
|---|---|---|
| _____ | : | |
| UNITED STATES OF AMERICA, | : | No. 4:08-CR-00016 |
|  | : | |
| -v- | : | **CAPITAL § 2255 PROCEEDINGS** |
|  | : | |
| DAVID ANTHONY RUNYON, | : | HON. REBECCA BEACH SMITH |
| Defendant/Movant | : | |
|  | : | |
| _____ | : | |

**DEFENDANT'S MOTION TO FILE UNDER SEAL**
**THREE CLAIMS AND ONE EXHIBIT TO HIS FORTHCOMING MOTION**
**FOR COLLATERAL RELIEF PURSUANT TO 28 U.S.C. §2255**

Not later than October 6, 2015, Defendant David Runyon will file a motion under to 28 U.S.C. § 2255. Three claims for that motion, plus an exhibit supporting one claim, include information that is contained in, or derived from, documents the court has put under seal, and that Runyon believes he is required to keep sealed from public access. For that reason, Runyon hereby moves the court for leave to file the three claims and the exhibit under seal. He further asks the court to treat the claims and exhibit as addenda to his forthcoming § 2255 motion.

Runyon consulted yesterday with opposing counsel and provided them with copies of the three claims. In its response, the United States appears to take the position that Runyon is not required to keep the information in these claims sealed from public access because the claims do not include identifying information. Ex. A. The United States said it believes that the claims should be filed on the public docket. It agrees that the exhibit should be filed under seal.

The only point of contention between the parties appears to be the scope of the seals the

1

court imposed on its own filings and records. This is a matter that only the court can decide. Runyon would be happy to file these claims publicly—in fact he would prefer it—if that is acceptable to the court.

The accompanying memorandum identifies the issues in each of the three claims and describes the types of information in each claim that Runyon believes he is required to keep under seal. It also describes the confidential information in the exhibit that supports one claim.

Respectfully Submitted,

_____/s/_____

Dana Hansen Chavis, *pro hac vice*          Michele J. Brace
Asst. Federal Community Defender          Virginia State Bar No. 36748
Federal Defender Services of          Virginia Capital Representation
 Eastern Tennessee, Inc.           Resource Center
800 S. Gay Street, Suite 2400          2421 Ivy Road, Suite 301
Knoxville, TN 37929          Charlottesville, VA 22903
Telephone (865) 637-7979          Telephone (434) 817-2970
Fax (865) 637-7999          Fax (434) 817-2972
Dana_Hansen@fd.org          mbrace@mindsort.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2015, I have electronically filed the foregoing Defendant's Motion To File Under Seal Three Claims and One Exhibit To His Forthcoming Motion for Collateral Relief Pursuant to 28 U.S.C. §2255 with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
(757) 591-4032
Fax: 757/591-0866
Brian.Samuels@usdoj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons Suite 300
Newport News, VA 23606
(757) 591-4040
Fax: 757/591-0866
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
Phone: (757) 591-4000
Fax: 757/591-0866
JZick@usa.doj.gov


_____/S/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com
*Counsel for Defendant/Movant*
*David Anthony Runyon*