## Michele Brace

| | |
|---|---|
| **From:** | Samuels, Brian (USAVAE) [Brian.Samuels@usdoj.gov] |
| **Sent:** | Thursday, October 01, 2015 1:13 PM |
| **To:** | MBrace@MindSort.com; McKeel, Lisa (USAVAE) |
| **Cc:** | Zick, Jeffrey (CRM) |
| **Subject:** | RE: Runyon - Sealed claims and motion |

Michele -

    We have endeavored to review the documents you provided yesterday evening.  We cannot agree with the sealing of claims S1, S2 and S3 in the motion.  There appears to be no identifying information in these three claims as written, even though certain information is derived from sealed documents.  We believe these claims should be filed publicly.

    Exhibit S-1 does contain identifying juror information and we would not object to sealing that document.  Best, BJS

Brian J. Samuels
Assistant United States Attorney
Eastern District of Virginia
Newport News Division
(757) 591-4032

-----Original Message-----
From: Michele Brace [mailto:MBrace@Mindsort.com]
Sent: Wednesday, September 30, 2015 11:54 PM
To: McKeel, Lisa (USAVAE); Samuels, Brian (USAVAE)
Subject: Runyon - Sealed claims and motion

Dear Lisa and Brian -

I had hoped to get this to you earlier this evening, but I just completed it.

Attached is our motion to seal three claims for Runyon's 2255 motion, plus a supporting memorandum.  Also attached are the three claims we are asking the court to seal, Claims S1, S2, and S3. There is one sealed exhibit to Claim S2, which also is attached.

These are being sent to you in advance of our sending them to the court, in hopes that you will agree not to oppose the motion to seal.  I need to send paper copies of the three claims and exhibit to the court on Thursday by FedEx, which means I would hope to hear from you not later than 5:00 p.m. on Thursday.

I'd be happy to talk to you any time if you have questions or concerns.

Michele

Michele Brace, Senior Staff Attorney
Virginia Capital Representation Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
(202) 223-6380
mbrace@mindsort.com

1

Exhibit A