**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

_____

UNITED STATES OF AMERICA,

        -v-

DAVID ANTHONY RUNYON,
              Defendant/Movant

_____

:
:
:
:
:
:
:

No. 4:08-CR-00016

**CAPITAL § 2255 PROCEEDINGS**

HON. REBECCA BEACH SMITH

## DEFENDANT'S MOTION FOR EXPEDITED CONSIDERATION

Defendant Runyon has today filed a motion to file under seal three claims and one exhibit to his forthcoming motion for collateral relief under 28 U.S.C. §2255. Runyon asks the court to expedite its consideration of his motion to seal, because the statute of limitations for the § 2255 motion expires Tuesday, October 6, 2015. Runyon critically needs to know before that date whether he must file the three claims and one exhibit under seal, or must file them on the public docket.

Runyon has consulted with opposing counsel, and their e-mail exchange is an exhibit to the motion to seal. In light of that exchange, Runyon believes the court can rule promptly on the motion to seal. Runyon notes that the court's ruling will have an effect on the preparation of his § 2255 motion, and that is an additional reason for expedited consideration. The configuration and related aspects of the main § 2255 motion cannot be finalized until it is certain which, if any, of the claims will be filed separately under seal, and which in the § 2255 motion.

Respectfully Submitted,

_____/S/_____

Michele J. Brace
Virginia Capital Representation Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
(434) 817-2970
mbrace@mindsort.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2015, I have electronically filed the foregoing Defendant's Motion for Expedited Consideration with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
(757) 591-4032
Fax: 757/591-0866
Brian.Samuels@usdoj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons Suite 300
Newport News, VA 23606
(757) 591-4040
Fax: 757/591-0866
Lisa McKeel@usdoj.gov

Jeffrey A. Zick
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
Phone: (757) 591-4000
Fax: 757/591-0866
JZick@usa.doj.gov

_____/S/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

*Counsel for Defendant/Movant*
*David Anthony Runyon*

2