# FEDERAL DEFENDER SERVICES
## OF EASTERN TENNESSEE, INCORPORATED
800 S. Gay Street, Suite 2400
Knoxville, Tennessee 37902

Elizabeth B. Ford
Federal Community Defender

Telephone 865-637-7979
Fax        865-637-7999

June 2, 2015

Freedom of Information Act/Privacy Act Section
Office of General Counsel, Room 841
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

Re: David Anthony Runyon, #57997-083
USP - Terre Haute

To Whom It May Concern:

Please regard this as a formal request for any and all medical records, mental health records and central file records, including but not limited to records pertaining to disciplinary actions, classification, correspondence, legal and all other confidential materials. I have enclosed a signed Certification of Identity Form, DOJ-361.

Mr. Runyon is a death-sentenced inmate housed at USP - Terre Haute. Our office was appointed by the United States District Court for the Eastern District of Virginia to represent Mr. Runyon. If you determine that the requested records have been lost, destroyed or transferred to another agency, please notify me of that fact in writing.

If there is anything I can do to **expedite** the processing of this request or if there is a cost for copying the above-requested materials, please contact me immediately.

If you have any questions, please feel free to contact me at 865-637-7979 or at michael_chavis@fd.org.

Yours very truly,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

Michael R. Chavis
Investigator

EXHIBIT 1

Enclosure



**U.S. Department of Justice**
**Federal Bureau of Prisons**

North Central Region Office
Office of the Regional Counsel
400 State Ave., Tower II, Ste. 800
RCVD   Kansas City, KS  66101

June 16, 2015

Michael Chavis, Investigator
Federal Defender Services
800 S. Gay St., Ste. 2400
Knoxville, TN  37902

Dear Requester:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:     2015-05697
Processing Office:          NCR

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined exceptional circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your

EXHIBIT 1

fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount.  At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the NCR at 913-578-1634 or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 Frist Street, NW, Room 936, Washington, D.C. 20534. You can also check the status of your request on line at http://www.bop.gov/PublicInfo/execute/foia.

Sincerely,

B. Heep

Richard W. Schott
Regional Counsel

EXHIBIT 1