## James R. Merikangas, M.D., L.L.C.
*Neurology, Psychiatry, Neuropsychiatry*

September 25, 2015

Dana C. Hansen Chavis
Assistant Federal Community defender
Federal Defender Services of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, Tennessee 37929-9714

RE: David Runyon

Dear Ms. Chavis,

I first examined David Runyon on July 29, 2009 in Norfolk, Virginia before his trial. My brief report of that examination is attached. I did not get to testify at that time, but if I had, I would have testified that in my expert opinion he was a brain damaged individual with migrainous headaches and a disorder of executive functioning with symptoms suggestive of a psychotic thought process.

I have had the opportunity to examine voluminous records, reports and affidavits and interview notes since that time, including the following:

1.  Affidavit of Sheila M. Cronin.
2.  Social history of David Anthony Runyon, prepared by Sheila Cronin, Mitigation Specialist, dated August 8, 2009.
3.  Memo to counsel- report of telephone call to Jon Babineau and Lawrence Woodward re: David Harold Runyon (adoptive Dad), dated August 21, 2008.
4.  David Dombrowski (biological father) trial testimony.
5.  Suk Cha Runyon (mother) trial testimony.
6.  Mark Runyon (brother) trial testimony.
7.  Suk Cha Runyon medical records.
8.  David Dombrowski progress notes dated March 9, 2009 from VA clinic.
9.  Charles Ferguson, high-school friend, interview dated April 4, 2009; trial testimony.
10. Robert Lockwood, childhood friend, interview dated June 14, 2009; trial testimony.

EXHIBIT 2

4938 Hampden Lane, #428 • Bethesda, MD 20814 • *phone:* (301) 654-1934 • *fax:* (301) 654-1834 • *email:* neuropsych2001@hotmail.com

11. Michael Grbic, friend of David's and Michael's parents Andro & Sharon Grbic.
12. Kansas Department of Corrections, employee records.
13. Letter from former employer, Premiere Palace.
14. Letter from David, regarding his voluntary re-enlistment in the Army.
15. Thomas Preston, Army friend, interview dated October 4, 2008.
16. Scott Linker, former brother-in-law interview and trial testimony
17. Robert & Debbie Seeger, friends, interview dated November 9, 2008.
18. Larry Eaglebear, Army friend, interview dated November 22, 2008, trial testimony.
19. Edgar Hannaman, Army supervisor, interview.
20. Maria Runyon, ex-wife, interview dated April 26, 2008; trial testimony.
21. Robin & Jim Carol, friends of ex-wife, Maria & David, interview dated April 27, 2008.
22. Captain Jeffrey Harris, Fayetteville, Georgia, Police Department; David's supervisor, interview dated August 31, 2008.
23. Fayetteville Police Department employment records, including disciplinary records.
24. Robin Carroll, friend of Maria Runyon, interview dated January 27, 2009.
25. Thomas Kumoroswski, friend and coworker, interview dated June 10, 2009; trial testimony.
26. Phyllis Provost, Ph.D., friend; ex-wife of Tom Kumorowski, interview dated June 14, 2009; trial testimony.
27. Police affidavit from Maria Runyon, regarding domestic violence incident on February 7, 2001.
28. David Runyon resume.
29. Virginia Pina, former girlfriend, interview dated December 27, 2008; trial testimony.
30. Handwritten letter from David to Sarah, his girlfriend at the time of his arrest. Estimated the letter was written 2006-2007.
31. Chad Costa, friend, interview dated April 8, 2009.
32. Clinical trial drug list, compiled by trial mitigation specialist, Sheila Cronin; dated April 8, 2009.
33. Statement of George Koski, who sold David a gun.
34. School records.
35. Medical records.
36. Military records.
37. Mental health evaluations, summary of prior testing.
38. Evan Nelson, Ph.D.
39. Raymond Patterson, M.D. evaluation.

EXHIBIT 2

40. Paul Montalbano, Ph.D.
41. Allan Mirsky, Ph.D.
42. James Merikangas, M.D., preliminary report.
43. Presentence report – physical & mental health excerpt.
44. David Runyon writings from journal 2006-2007.
45.  Memos on pre-trial interviews with David Runyon.
46. David Runyon pre-trial correspondence.
47.  Court records. Guilt phase closing arguments, eligibility phase arguments, penalty phase arguments.
48. Direct appeal opinion – facts of the case.

I examined Mr. Runyon again on September 24, 2015, at the Federal Prison in Terre Haute, Indiana.

On examination he was alert, oriented and cooperative. He reported that he was receiving Zoloft 50 mg per day since March. He complained of tinnitus in his right ear, reportedly caused by a concussion in 2009 when he was assaulted in jail. He has severe headaches predominately on the left side of his forehead with sharp pain behind his left eye. Pressure to that area helps relieve the pain. His blood pressure was 100/80 with a pulse rate of 80, and regular. He had no heart murmur. His face is asymmetrical with his lip drooping down on the right and with slight ptosis of the left eye. On examination of the cranial nerves: I, he could distinguish cloves and vanilla. II. Pupils round, regular and reactive to light and accommodation. Discs and fundi appear normal. He is myopic. III, IV, VI, Extraocular movements full and symmetrical, Opticokinetic nystagmus intact. V, VII, trouble closing the right eye independent of the left. Left brow and forehead wrinkles and right does not. Left lip raises more than right. VIII, weber to the left, acuity reduced on the right. IX, X, XII, XII, normal. High round palate is noted.

Deep tendon reflexes are abnormal. Biceps 4+ on right, 3+ on left. Triceps 3+ on right, 2+ on left. Brachioradialis 3+ on right, 2+ on left. Both ankles and Patellar reflexes 4+ with ankle clonus right greater than left. Plantar reflexes down-going, Palmomental negative. Romberg is positive with falling back and to the right. Abdominal reflexes diminished on the left lower quadrant. No drift of the outstretched arms. Sensory examination intact to vibration, with some hyper - aesthesia of the left sole of the foot. He is right handed. Examination of the left shoulder suggests a torn rotator cuff. MRI of that joint is recommended. A 5-hour glucose tolerance test is also recommended for the evaluation of his mental state. The glucose tolerance test may reveal reactive hypoglycemia that would impinge upon his ability to have rational thought.

EXHIBIT 2

I reviewed the MRI and Pet scans of the brain done in August 2009. They revealed multiple white matter hyperintensities on the MRI consistent with his history of head injures and migraine. The PET scan was non-diagnostic.

Impression: Brain damage from age 3, exacerbated by auto accident that resulted in a personality and mood change on November 9, 1996. He had an additional head injury when assaulted in jail. His brain injury has resulted in impaired executive functioning and decision making. His psychological testing suggests paranoia and delusions. He also has a history of post-traumatic stress disorder (PTSD) diagnosed previously. PTSD may account for some of his disordered mood and cognition. The paranoia and delusions may represent a formal thought disorder, which may be a consequence of his brain injuries, mood disorder, and PTSD.

Please let me know if I may provide further information.

Sincerely yours,

James R. Merikangas M.D.
Clinical Professor of Psychiatry and Behavioral Sciences
The George Washington University School of Medicine

EXHIBIT 2

August 5, 2009

Stephen A. Hudgins, esq.
Cope & Olson, PLC
11836 Canon Blvd., suite 100
Newport News, VA 23606

Re: Runyon, David
Date of birth: July 1, 1971

Dear Mr. Hudgins,

I examined Mr. Runyon at the Portsmouth City Jail on7/29/2009 in regard to his Neuropsychiatric condition. He had undergone extensive psychological examination by Paul Montalbano, PhD on June 27, 2009, and by Raymond F. Patterson, M.D. on February 4, 2009. These evaluations suggested that Mr. Runyon suffered from Migraine-like headaches, Attention Deficit Disorder and Post-Traumatic Stress disorder.

Therefore, I conducted a neurological examination and ordered an MRI scan of the brain, A PET scan of the brain, and an electroencephalogram (EEG). These test have yet to be accomplished, and therefore this is a preliminary report.

On examination he was a 5'3" tall slight of build Korean-American left handed male in no acute distress. His blood pressure was elevated at 170/102, and his pulse was 100. His head circumference was abnormally small at 57 1/2 cm. He had multiple scars on his head and face from trauma, including an automobile accident that rendered him unconscious and contributed to his PTSD. His right forehead does not wrinkle with facial expression and his right lip sags from a peripheral nerve injury, which may be congenital or the result of beatings he sustained in childhood. There is a lump on the vertex of his scalp from trauma. His cranial nerves, including sense of smell were normal except as noted above. His deep tendon reflexes were symmetrically increased at 3+ and his palmomental and Babinski reflexes were absent. The distal phalanges of the thumbs were hyper-extensible. Gait, strength coordination and tone were normal, as was his sensory examination.

Impression: Because of his history of multiple head injuries, beatings in childhood, and his current severe headaches, he requires brain imaging and an EEG. His psychiatric evaluations, including my own, suggest that at the time of the crime in question he was suffering from the effects of, or withdrawal from, the experimental drugs that he was

EXHIBIT 2

taking as a paid experimental subject.  I await the chronology and details of the drugs involved.  He presently is either in a fantasy world of grandiose wishful thinking, or suffering from delusions. He clearly has impaired executive functioning suggestive of frontal lobe brain impairment.  Full report will follow the results of his brain imaging.

Sincerely yours.

Signed, James R. Merikangas, M.D.
Clinical Professor of Psychiatry, Virginia Commonwealth University School of Medicine
Clinical Professor of Psychiatry and Behavioral Neuroscience, The George Washington University School of Health Sciences

EXHIBIT 2