**DECLARATION OF CHAD COSTA**

1. My name is Chad Costa. I live in West Virginia and have a degree from West Virginia University.

2. I met David Runyon in the second half of 2007.

3. I took approximately three trips to New Jersey with Runyon to work in drug studies. We had a lot of time to talk during the seven-hour drives.

4. I learned that Runyon was in the Army and had been a police officer for a while, but Runyon didn't like the politics and left that job.

5. Runyon talked a whole lot about his son Little Davey. He didn't talk much about any other family members. I know Runyon had a brother. They weren't speaking because the brother was mad that Runyon hadn't stayed in contact. Runyon said he was never close to his parents and left home as soon as he could. Runyon said his ex-wife, Maria, messed-up his whole life: she broke down his self-esteem and caused him a lot of heartache. He said Maria had many problems in her life and brought problems to their marriage. I heard about Jenny, Runyon's ex-girlfriend, and knew she also caused many problems for Runyon. Runyon told me that both Maria and Jenny had taken out assault warrants against him and he went along with it because he did not want the conflict in court. I met David's girlfriend, Sarah, and knew she was a drug addict and that relationship was also doomed to fail.

6. Runyon told me he liked to brag about things and make-up things to impress women so he would have a chance with them. Runyon wanted people to think he was a "thug" and bought clothes like a hoodie, baggy pants, and boots, to look like a "thug," However, he was so small and thin that he just didn't look the part. An example of one of Runyon's boasts was a story about road rage. Runyon told me that a truck driver cut him off and Runyon was able to pull alongside the driver and have him park alongside the road. The driver exited his truck with a crowbar. Runyon said they fought, he took the crowbar from the driver, and was going to kill him but his friends pulled him away from the man. I didn't believe this story because it appeared to me that Runyon couldn't harm anyone.

7. Throughout those long car rides, Runyon never told me that he had killed anyone. I saw Runyon with a black, six-shot revolver. I am certain it held six bullets because David showed me how to block someone from firing it by putting your hand in front of the firing pin. Two detectives who questioned me about Runyon said the gun I described was definitely the murder weapon and they wanted to find it.

8. The detectives told me that Runyon had never been a police officer. I didn't know anything about the murder and the detectives told me a lot of information over the

EXHIBIT 7

course of two hours. The detectives said Runyon met a man named Michael Draven at a drug study who, along with his girlfriend Catherina Voss, hired Runyon to commit murder for $250,000. The detectives convinced me that Runyon committed the murder and they had the evidence they needed. This influenced my testimony in front of the grand jury and caused me to agree with the prosecutor that Runyon could have committed this crime. When I said anything positive about Runyon in front of the grand jury, the prosecutor gave me a dirty look and changed the subject.

9. Runyon's defense counsel had me flown to Virginia for the trial but never called me as a witness.

10. If asked, I would have testified to all the facts in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 30 day of September 2015.

CHAD COSTA