## Declaration of David Dalton Sr.

1.   My name is David Dalton Sr. and I live in Preston County, West Virginia.

2.   I met David Runyon about 2005 in Morgantown, West Virginia. He was friends with my daughter, Paula Dalton. David and Paula lived together for a while. In the fall of 2007, David rented a room from me and my wife and we lived together for a while.

3.   David and I were good friends during this time. We spent time together doing outdoor things like hunting and fishing. David was a very nice young man. I trusted him to live in my house and was not concerned that he would do anything to harm my family or me.

4.   The entire time I knew David he never said anything about coming into a lot of money or about being hired to kill anyone.

5.   David was involved with drug studies during this time. He went out of town for periods at a time to do these studies. I helped keep David's son, Little Davy, when David went to some of these studies. David loved his son a lot. He made sure his son was taken care of when he went out of town for work.

6.   I was brought to Norfolk Virginia to testify before the grand jury and again at David Runyon's trial.

7.   No one from David's defense team spoke with me about David or the case. If they had, I would have told them about the things I have said here.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on the 24th day of September, 2015.**

**David Dalton, Sr.**

EXHIBIT 10