12/02/2008 11:01 FAX 15738955271        PORTSMOUTH CITY JAIL        ☒001



# F A X

Sheriff Bill Watson
Portsmouth Sheriff's Office
701 Crawford Street
Portsmouth, VA 23704-3888
**Medical Office (PHS)**
(757) 391-3190/ FAX (757) 393-5271
http://portsmouthsheriff.org/



To: Saunders Barlow Riddick Babineau, PC

Fax: 757-934-1318

From: Portsmouth City Jail

Date: 12/2/08

Pages: (Including Cover)  8

RE: Runyon, David

Comments or Special Instructions:

**CONFIDENTIALITY NOTICE:**
This Fax transmittal, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise is protected by law. Any unauthorized review; use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of the document(s) transmitted

EXHIBIT 16

PORTSMOUTH SHERIFF'S OFFICE

## PROGRESS NOTES

| Date/Time | Inmate's Name: Runyon, David | D.O.B.: |
|---|---|---|

3/18/08 — T 98° P 88 R 20 BP 90/50 WT 129

**S** — poss. HIV exposure ≈ 3 wks ago @ Newport News city jail b/c inmate in same cell fell + lacerated head c̄ lots of blood. Pt. grabbed toilet tissue and blotted wound, but hands became covered c̄ blood + Pt. reports having a hangnail + open cuts @ that ✗. Pt. reports ⊖ HIV test within the last year + not known to be Hepatitis positive. Pt. donated blood last since Fall 2007 in Baltimore MD → (158 lbs.) In addition, Pt. reports losing wt., estimated @ 30 lbs since Dec. Says he has a high metabolism + has not been exercising. ⊘ diarrhea, ⊘ night sweats, occ. dizzy + light headed.

**O** — Thin appearing, pharynx clear. Neck — supple, ⊘ LN. H - RRR s̄ m, L - CTA(B). Abd - N.T., Ext - ⊘ edema. No obvious skin lesions.

**A/P** — Possible blood born disease exposure
- ✓ HIV + Hep. panel
? Wt loss
- add PM snack
FM PRN

M. J____ 3/18/08

EXHIBIT 16

| Date/Time | Inmate's Name: Burger, DAVID | D.O.B.: |
|---|---|---|

19 MARCH 09 09:10 — EXAM, #22 TRM — Dr. Sharpe

7/2/08 Annual exam

02 July 08 11:00 — #22 Replaced TRM temp — Dr. Sharpe

T 97.8  P 70  R 16  BP 100/60  wt 130

ear injury, mustard gas

Patient reports that on August 22nd, he had sudden onset of running nose, watery eyes, feeling sick. Patient thinks that he had mustard gas while in the military in 1990 while in training in Kansas. He thinks that the mustard gas is still in his sinuses and there up on and off. As for today patient says that he is fine. The symptoms he reports lasted only 30 minutes and went away after he washed his face. Patient denies anxiety attack or being depressed. Not suicidal.

P/E: NAD

HEENT: PERRLA; No eyes exudate or hemorrhage
[illegible] C T4    Heart: S1 S2, no murmur
Ext: pedema    Neuro: no deficit

A/ 1) Possible anxiety attack caused by old recollection (gas, mustard)

P — Return to clinic if recurrence
— will refer to psych. Pt is clinically stable now. Not depressed —
Nikolaos [illegible]

EXHIBIT 16



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| te/Time | Inmate's Name: RUNYON, DAVID ANTHONY   D.O.B.: |
|---|---|
| /29/08 4:20 | S. THE INMATE WAS SEEN BY DR. KOLONGO BECAUSE HE BELIEVED HE HAS MUSTARD GAS IN HIS HEAD (SIWS) |
| | O. ALTHOUGH HE WAS GENERALLY COOPERATIVE, HE TENDED TO BE SOMEWHAT GRANDIOSE. HIS THOUGHTS WERE FLIGHTY & RAMBLED ON. HE VERBALIZED SOME DELUSIONAL MATERIAL. HE DENIED EXPERIENCING HALLUCINATIONS. HE DENIED USING DRUGS & DRINKING ALCOHOLIC BEVERAGES. HE HAD GOOD EYE CONTACT & WAS A GOOD HISTORIAN. INSIGHT & JUDGEMENT LACKING (POOR). HE IS NOT EXPERIENCING ANY SLEEP DISTURBANCE. HOWEVER, HE DID RE- PORT NOT SLEEPING IN THE LAST 24 HOURS & HE HAS NIGHT SWEATS. APPETITE IS GOOD. HE IS NOT OVERLY DEPRESSED OR SUICIDAL. HE IS ALERT & FULLY ORIENTED. |
| | A. AXIS I : R/O SCHIZO-AFFECTIVE DISORDER R/O BI-POLAR DISORDER AXIS II : DEFER AXIS III : UNKNOWN |
| | P. HE IS NOT GROSSLY PSYCHOTIC. HE WILL BE RE- EVALUATED IN APPROX. ONE (1) WEEK WITH POSS- IBLE REFERRAL TO DR. IGNACIO.   TOM ROBERTSON   M.H. |

Complete Both Sides Before Using Another Sheet

FOR MENTAL HEALTH USE ONLY

EXHIBIT 16