# Progress Notes

Printed On Jun 17, 2009

LOCAL TITLE: Mental Health-Physician Note
STANDARD TITLE: MENTAL HEALTH PHYSICIAN NOTE
DATE OF NOTE: MAR 09, 2009@07:49    ENTRY DATE: MAR 09, 2009@07:49:19
        AUTHOR: BRADLEY,EDWARD      EXP COSIGNER:
        URGENCY:                            STATUS: COMPLETED

30. MINUTES SPENT FACE TO FACE WITH PATIENT


SUBJECTIVE DATA

CHIEF COMPLAINT:"I'M I'M DOING BETTER WITH THE MEDICINES"

59 YO VETERAN FOLLOWED IN MHC WITH SUPPORTIVE PSYCHOTHERAPY AND MEDICATION
MANAGEMENT FOR THE DIAGNOSIS OF MAJOR DEPRESSION. TODAY PATIENT PRESENTS WITH
GOOD CLINICAL EFFECTS, WITHOUT SIDE EFFECTS. HE IS FEELING AMBIVALENT ABOUT THE
PAST DECISION TO NOT HAVE CONFLICT WITH HIS EX WIFE ABOUT ACCESS TO HIS CHILDREN
NOW THAT THEY ARE ADULTS, HE HEARS THINGS WHICH CAUSE HIM TO QUESTION THEIR
PARENTING.VET HAS BEEN COMPLIANT WITH HIS MEDICATIONS,AND DENIES PSYCHOSIS, MOOD
SWINGS. HE ALSO DENIES ANY RECENT ALCOHOL OR SUBSTANCE USE. HE DENIES S/H
IDEATIONS.HE BELIEVES THE BUSPAR IS MORE BALANCED AS SPLIT DOSE REGIMENT.

MEDICATIONS:
Active Outpatient Medications (including Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | BUSPIRONE 10MG TAB TAKE ONE TABLET BY MOUTH THREE TIMES A DAY FOR ANXIETY | ACTIVE |
| 2) | DIVALPROEX 500MG 24HR (ER) SA TAB TAKE TWO TABLETS BY MOUTH ONCE A DAY FOR ANGER AND IRRITABILITY | ACTIVE |
| 3) | FLUOXETINE(PROZAC EQUIV.) 20MG CAP TAKE TWO CAPSULES BY MOUTH ONCE A DAY FOR DEPRESSION | ACTIVE |
| 4) | TRAZODONE (DESYREL) 100MG TAB TAKE ONE AND ONE-HALF TABLETS BY MOUTH AT BEDTIME FOR DEPRESSION | ACTIVE |


PROBLEMS AS IDENTIFIED ON PROBLEM LIST-
Active Problem(s)

| | | |
|---|---|---|
| 272.4 | Hyperlipidemia * (ICD-9-C | 11/05/2008 ROYAL,LORENZA SR MD |
| 472.0 | Rhinitis * (ICD-9-CM 472. | 11/05/2008 ROYAL,LORENZA SR MD |
| 724.5 | Chronic Back Pain (ICD-9- | 06/12/2007 ROYAL,LORENZA SR MD |
| V15.81 | Personal History of Nonco | 09/12/2003 WIGGINS,VALERIE |
| 465.9 | Upper Respiratory Infecti | 04/04/2003 PARKER,ESSIE |
| 786.6 | Swelling, mass, or lump i | 08/15/2002 CHRISTIAN,SHERRE A |
| 780.4 | Dizziness * (ICD-9-CM 780 | 01/11/2002 CHRISTIAN,SHERRE A |
| 799.9 | POSITIVE HEP C SCREEN | 01/11/2002 CHRISTIAN,SHERRE A |

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| DOMBROWSKI, DAVID | |
| | Printed at TUSCALOOSA |

Page 1

EXHIBIT 17

# Progress Notes

Printed On Jun 17, 2009

```
473.9   Sinusitis * (ICD-9-CM 473          11/05/2001 CHRISTIAN,SHERRE A
333.1   TREMOR NEC          08/15/2001 FRANCO,FERNANDO
272.0   PURE HYPERCHOLESTEROLEM          08/06/2001 CLEVELAND,KATIE O
799.9   SP LUMBAR SURGERY          07/11/2001 CHRISTIAN,SHERRE A
799.9   NOCTURNAL DYSPNEA          07/11/2001 CHRISTIAN,SHERRE A
781.0   Tremor          07/11/2001 CHRISTIAN,SHERRE A
492.8   EMPHYSEMA NEC          05/18/2001 BAHAR,DAVID
296.30  Major Depression, recurre          02/20/2001 BAN,MARTHA TUCKER
715.90  Degenerative Joint Diseas          02/20/2001 BAN,MARTHA TUCKER
```

```
VITAL SIGNS:
96 F [35.6 C] (11/06/2008 09:53)
56 (11/06/2008 09:53)
129/58 (11/06/2008 09:53)
18 (11/06/2008 09:53)
```

```
LABORATORY OR OTHER DIAGNOSTIC TESTS DRAWN FOR THIS APPOINTMENT (INCLUDE
No data available
```

```
REASON):NONE NEEDED TODDAY
```

```
Herbal/OTC medicationsN/A
```

```
Non-TVAMC medications:
RXNV - Non VA Meds

        No Non-VA Meds Extracted
```

```
Expired medications:n/a
MENTAL STATUS EXAM/HPI:

APPEARANCE:   __Neatly groomed _X_Casual dress __Disheveled __Other:
DEMEANOR: _X_Cooperative __Uncooperative __Calm __Distant __Guarded
  __Hostile__Manipulative   __Other:
SPEECH: _X_Normal rate, tone, volume   __Slowed __Pressured __Slurred
  __Rambling __Increased latency __Loud __Hostile/Irritable tone
  __Other:
```

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

DOMBROWSKI, DAVID

VISTA Electronic Medical Documentation

Printed at TUSCALOOSA

EXHIBIT 17