JUL-02-2009  13:46          NIMH/DEA/AO                                    301 480 3402      P.01/01

# CENTER FOR PSYCHOLOGICAL EVALUATION AND CONSULTATION

*Allan F. Mirsky, Ph.D., ABPP*

5502 SPRUCE TREE AVENUE, BETHESDA, MD 20814-1623 (301) 530-9332 FAX (301) 564-9562

Stephen A. Hudgins, Esq.
Cope & Olson
11836 Canon Boulevard, Ste. 100
Newport News, VA 23606
Fax: 757 596 5320

July 2, 2009

Dear Mr. Hudgins,

I have spent 6 hours testing your client Mr. David Runyon at the Portsmouth City Jail on Friday June 26, 2009. My review and analysis of the information is not yet complete. However, it is clear from the data that there is strong evidence that he is suffering from a neurological disorder.  It would be essential for Mr. Runyon to be evaluated by a neurologist, and have the necessary tests to establish the nature of his disorder.

Please let me know if you require any additional information on this matter.

Sincerely,

Allan F. Mirsky, Ph.D. ABPP-CN
Diplomate in Clinical Neuropsychology
American Board of Professional Psychology

Cc:  Ms. Sheila Cronin

JUL-02-2009  13:55                301 480 3402

TOTAL P.01
P.01

EXHIBIT 20

Runyon-OAF 0016737