**arla**

**From:**    Allan Mirsky [afmirsky@gmail.com]
**Sent:**    Thursday, July 23, 2009 1:29 AM
**To:**    arla
**Cc:**    afmirsky@gmail.com
**Subject:** Re: David Runyon

Dear Mr. Hudgins,

I am firmly convinced that Mr. Runyon is still suffering from the effects of the two blast injuries he sustained when undergoing training exercises in the ROTC. These were compounded by the effects of the motor vehicle accidents. His impaired attention, seen in the poor Continuous Performance Test scores in my report, is one of the classical symptoms of blast injury and impact injury after a car accident. Other symptoms, such as quickness to anger, and impulsivity, are also well documented in the brain injury literature. The occasional dizziness he shows is also symptomatic of brainstem injury. In some sense, because he suffered the blast injuries while in the ROTC, he can be considered a wounded warrier, and this should be considered in his sentencing.

I should add that I found the additional testing information that was sent to me to be not especially useful or informative. I leave for vacation on Friday, but can be reached on my cell phone 301 792 2971. I will try to send out my raw data to the psychologist you listed in your email to me before I go.

Allan F. Mirsky, Ph.D.

On Wed, Jul 22, 2009 at 5:45 PM, arla <arla@com.hrcoxmail.com> wrote:

> Today the jury determined that David Runyon is eligible for the death penalty and the judge scheduled the trial of that matter for August 19 at 10:00 a.m. She set a deadline for all defense mental health reports for August 6, 2009, and all Government rebuttal reports for August 14, 2009. I will be contacting our mitigation witnesses to notify them of the beginning trial date. The marshall's service will make arrangements for all non-expert witnesses' travel. The Court has said that defense case will begin on Monday, August 24, so we will be bringing our non-expert witnesses in over the weekend. I will keep you informed.
>
> Steve
>
>
> Stephen A. Hudgins, Esquire
> shudgins@com.hrcoxmail.com
> Cope & Olson, PLC
> 11836 Canon Boulevard, Suite 100
> Newport News VA 23606
> Telephone: (757) 596-0316
> Telefax: (757) 596-5320

7/23/2009

EXHIBIT 21