| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: _Derm_

FROM: (Requesting physician or activity) _TMC # 2_

DATE OF REQUEST: _7 aug 95_

REASON FOR REQUEST (Complaints and findings)

24 y/o O° c̄ prob IIC on forehead between brows. pt states cyst becomes inflamed intermit c̄ purulent drainage. Pt first noted prob following MVA @ which time multiple pieces of glass became imbedded — Pt feels may still have foreign body.

PROVISIONAL DIAGNOSIS

EIC

DOCTOR'S SIGNATURE

APPROVED

PLACE OF CONSULTATION: ☐ BEDSIDE  ☐ ON CALL

☐ ROUTINE  ☐ TODAY  ☐ 72 HOURS  ☐ EMERGENCY

_Please Eval + treat_

**CONSULTATION REPORT**

Meds ____ Sulfa Keflex

17 Aug. 95
DATE: DERMATOLOGY CLINIC
MARTIN ARMY COMM HOSPITAL
0820
TIME IN
0815
APPOINTMENT TIME

S) 24 y/o WM c̄ c/o recurrent inflammatory lesions to forehead and nose x 5yrs. Pt was involved in MVA resulting in glass embedded in face 5 yrs ago. Some glass removed p̄ MVA but, pt has had recurrent cyst to forehead since MVA ~ 3 time a year.

O) WM, NAD, A+O x 4.
- 1cm erythematous patch to (L) forehead
- 1.5cm erythematous patch to bridge of nose
- multiple erythematous papules ranging from 0.1cm to 0.3cm to (L) forehead.

A) Acne > Pt foly reaction > EIC

P) ① Retin-A 0.025% to affected areas qHS.  — D/c 2 wk
② Pt counseled about avoiding sunlight + using sunscreen lotion >15.
③ Erythromycin 250mg tab ī PO BID
④ F/U in 1 month

SIGNATURE AND TITLE

_____ T. BURCH
_____ PA-S
IDENTIFICATION NO. _____
ORGANIZATION _____

Philip Chan, MD, COL, MC
Dermatology Svc.
Martin ACH, Ft. Benning
REGISTER NO.

DATE: 17 Aug 95
WARD NO. 10

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle grade; rank; rate; hospital or medical facility)

Runyon, David

c 150 TL.

CONSULTATION SHEET
STANDARD FORM 513 (Rev. 9-77)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505
513-106

EXHIBIT 23

NSN 7540-00-634-4176

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)*

DATE 12 Nov 96 — FAMILY PRACTICE CLINIC MACH

APT. TIME #SC — Pt was in ER Saturday 9 Nov 96

TIME IN 0955 — he was in Auto Accident - was

PHYSICIAN ACC — Seen in Civ ER - was told to

B/P 111/72 — See Army MD Monday AM

P 71 — for Follow-up [illegible] Maj. Ch. Johns

R 18 — CBS-4

T 95.8 — Pt seen in [illegible] Hospital, [illegible]

WT 125 HT 5'3" — Alabama. In motor accident on 9 Nov.

AGE 25 y.o. — Cut out of truck → taken on spine board

ALLERGIES Sulfa Drugs — to hospital. Was told nothing is broken.

[illegible] spot [illegible], [illegible], [illegible]

Driver [illegible] → head on collision. No LOC. (L) leg

[illegible], knee jammed against steering column. Driver's side door

pushed in against calf & knee. Headboard [illegible]

Car totaled. Driving '77 Ford, other driver was in an '87 Toyota

4x4. Estimates he was driving 50 MPH. Other driver ? speed

(had LOC & amnesia - suspected 55 mph @ least).

Currently pt c pain in (L) [illegible], hurts to walk.

(L) calf c [illegible] [illegible] [illegible]. (L) knee c bruising, feels

weak & shakey. (didn't swell much). (R) calf c ache (like a

"Charlie horse"), was swollen. Hurts c attempts to walk. [illegible]

[illegible] in [illegible]. ... (See reverse)

[signature]
MAJ GUY RUNKLE, M.D., M.
[illegible]
Family Practice

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

20 22937 75 40
545-3828
RUNYON, DAVID A.
M AD
PFC 1/507CADRE 1311 TMC2

RECORDS MAINTAINED AT:
PATIENT'S NAME *(Last, First, Middle initial)* | SEX
RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE
SPONSOR'S NAME | ORGANIZATION
DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE — STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | [illegible]: [illegible] yesterday 2° [illegible] in (R) calf. |
| | (R) knee [illegible] & [illegible] up, but feels stiffer than (L). |
| | (R) hip - hit steering wheel - has slight [illegible] on [illegible] |
| | slightly sore. |
| | (L) elbow → hit (L) door. [illegible] → numbness [illegible] |
| | [illegible] elbow. Shoulder OK. |
| | Neck - [illegible] (R) [illegible] → hurts [illegible] to [illegible] [illegible] |
| | on [illegible] (R) side [illegible] neck - ache. |
| | [illegible] |
| | [illegible] |
| | [illegible] [illegible] TTP (R) [illegible] CS. |
| | [illegible] TTP. (-) [illegible] to torso / [illegible] Arm ⇒ FROM of |
| | shoulders (B) [illegible] (L) elbow (+) [illegible] |
| | FROM (-) swelling (-) TTP. |
| | Hips FROM (-) TTP [illegible] +TTP (R) [illegible]. |
| | Thighs [illegible] or TTP's Knees FROM. (-) swelling. |
| | (-) [illegible] (-) [illegible] (-) [illegible] |
| | mild TTP [illegible] (-) [illegible] FROM [illegible] |
| | (-) TTP. |
| | multiple [illegible] (R) [illegible] |
| | A/P: [illegible] calf → (L) - [illegible], (R) 26.5cm |
| | thigh [illegible] discrepancy. (-) [illegible] |
| | A/P (1) MVA - ✓ x-rays of neck, elbow, knee, ankle. |
| Xrays [illegible] | (2) [illegible] - ✓ U/S [illegible] extremity. d/w Dr. Rankle |
| neg for PT | Plan: PT forearm / strengthening exercises |
| [illegible] old [illegible] | - Motrin 800mg c food [illegible] [illegible] |
| fx (L) elbow). | - Robaxin [illegible] |
| C-spine - neg | - F/U c 1° MD p PT or should symptoms [illegible] |
| neg doppler (L) | PT at own pace + distance x [illegible] days. [illegible] |

[illegible] LE, M.D., M.A.
[illegible] 603
[illegible] Practice

[illegible] Renta, MD
CPT, MC

*U.S. Government Printing Office: 1994 — 300-[illegible]10025

STANDARD FORM 600 BACK (REV. 5-84)

13-110                                                                                          NSN 7540-00-634-4

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: *Pt*  |  FROM: (Requesting physician or activity) *BGAA / FPC*  |  DATE OF REQUEST *12 Nov 96*

REASON FOR REQUEST (Complaints and findings)

25 y/o WM s/p Head-on MVA collision - Ofx c/o ® leg weakness - needs strengthening + ROM exercises.

PROVISIONAL DIAGNOSIS

s/p MVA - weakness.

DOCTOR'S SIGNATURE *Renta* Dana K. Renta, MD CPT, MC  |  APPROVED  |  PLACE OF CONSULTATION ☐ BEDSIDE ☒ ON CALL  |  ☒ ROUTINE ☐ 72 HOURS ☐ TODAY ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☒ NO    PATIENT EXAMINED ☐ YES ☐ NO

PHYSICAL THERAPY CLINIC
MACH  FT. BENNING, GA
544-3308 / 3318

S: 25 y.o. ♂ c/o ® calf min pain c on/off
Swelling S/P MVA x 4 days. Pt in civilian hospital
x-rays knees/legs ⊖ by Rpt. Taking Motrin

O: ⊕ ecchymosis & calf min
Girth: 8" ↑ medial malleolus    R 14½
                                 L 13¼
⊕ TTP Lat band of gastrocs
⊖ Thompson test
⊖ defect of calf
Gait moderately antalgic

A: ® calf min or tear / contusion
P: ① ℅ℇ ℅ ② pw B ② ltsm Soer ③ rev 2 wks ④ profile

ARE YOU INTERESTED IN GOING TO ANOTHER ☒ foot wrap/heel lift
YES ☒  NO ☐

(Continue on reverse side)

STG - LW Gait Ind
LTG RTD 4wks

NOV 13 1996

SIGNATURE AND TITLE

IDENTIFICATION NO.  |  ORGANIZATION  |  PROVIDER/REGISTER NO.  |  WARD NO.

PHYSICAL THERAPY

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

RUKER, DAVID A.
M AD
PFC  1/507 CADRE 1311  THC2

214 Logan St.
Ft. Benning, GA.
545-7050 WORK
687-1221 HOME

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

EXHIBIT 23

NSH 7540-00-634-4178

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

PHYSICAL THERAPY CLINIC — WALTER ARMY HOSPITAL 544-3808/3318

S: F/U @ calf mm tear / contusion. 9 Nov 96. Pnt has been performing HEP of open-chain AROM able to swim x 15 min c̄ some pain which quickly disappeared. Also c̄ ® knee / ® shldr pain. Feels ® LE getting stronger.

O: Amb c̄ min antalgia ® LE. AROM/GMT ® ankles nl, painless. AROM ® knees WNL c̄ pain ®; GMT nl ® quads, HS. Girth 5" above med malleolus: ® 13¼" ① 12¼" ⊝ TTP. ⊝ ecchymosis noted.

A: resolving contusion / tear ® gastroc; eval of ® shldr/® knee deferred.

P: progress to all Phase I and non-impact phase II ankle exercises; pnt advised to report to TMC for 1° evaluation of ® shldr /® knee pain. Profile for no run/jump/march x 3 wks and F/U c̄ MD Clutter CWA prn
STG: nl gait/girth / 3 wks.
LTG: ⊝ sx c̄ nl ADL's) 6-8 wks.
Cara/ ____ MPT

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

22937 75 40
-192B
Y  DAVID A.
M AD
1/507 CADRE 1311  THC2
*C

| RECORDS MAINTAINED AT: ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

EXHIBIT 23

## PHYSICAL PROFILE

For use of this form, see AR 40-501; the proponent agency is the Office of The Surgeon General

**1. MEDICAL CONDITION**

s/p (R) calf tear / contusion

**2.**

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| | | | | | | |

**CODES**

**ASSIGNMENT LIMITATIONS ARE AS FOLLOWS —**

No running, jumping or marching

**4. THIS PROFILE IS** ☐ PERMANENT    ☐ TEMPORARY EXPIRATION DATE: 18 Dec 96

**5. THE ABOVE STATED MEDICAL CONDITION SHOULD NOT PREVENT THE INDIVIDUAL FROM DOING THE FOLLOWING ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| ☑ Groin Stretch | ☑ Thigh Stretch | ☐ Lower Back Stretch | ☑ Neck & Shoulder Stretch | ☐ Neck Stretch |
| ☐ Hip Raise | ☐ Quads Stretch & Bal. | ☐ Single Knee to Chest | ☐ Upper Back Stretch | ☐ Ankle Stretch |
| ☑ Knee Bender | ☐ Calf Stretch | ☐ Straight Leg Raise | ☑ Chest Stretch | ☐ Hip Stretch |
| ☐ Side-Straddle Hop | ☐ Long Sit | ☑ Elongation Stretch | ☐ One-Arm Side Stretch | ☐ Upper Body Wt Tng |
| ☐ High Jumper | ☐ Hamstring Stretch | ☑ Turn and Bounce | ☑ Two-Arm Side Stretch | ☑ Lower Body Wt Tng |
| ☐ Jogging In Place | ☑ Hams. & Calf Stretch | ☑ Turn and Bend | ☑ Side Bender | ☐ All |

**6. AEROBIC CONDITIONING EXERCISES**

- ☑ Walk at Own Pace and Distance
- ☐ Run at Own Pace and Distance
- ☑ Bicycle at Own Pace and Distance
- ☑ Swim at Own Pace and Distance
- ☑ Walk or Run in Pool at Own Pace

- ☐ Unlimited Walking
- ☐ Unlimited Running
- ☐ Unlimited Bicycling
- ☐ Unlimited Swimming

- ☐ Run at Training Heart Rate for ___ Min.
- ☐ Bicycle at Training Heart Rate for ___ Min.
- ☐ Swim at Training Heart Rate for ___ Min.

**OTHER**

**7. FUNCTIONAL ACTIVITIES**

- ☐ Wear Backpack (40 Lbs.)
- ☑ Wear Helmet
- ☑ Carry Rifle
- ☐ Fire Rifle
- ___ With Hearing Protection
- ☐ KP/Mopping/Mowing Grass
- ☑ Marching Up to ___ Miles
- ☐ Lift Up to ___ Pounds
- ☐ All

**PHYSICAL FITNESS TEST**

- ☐ Two Mile Run     ☐ Walk
- ☐ Push-Ups          ☐ Swim
- ☐ Sit-Ups            ☐ Bicycle

**8. TRAINING HEART RATE FORMULA**

MALES 220     FEMALES 225

MINUS (−) AGE
MINUS (=) RESTING HEART RATE
TIMES (x) % INTENSITY
PLUS (+) RESTING HEART RATE

50% EXTREMELY POOR CONDITION
60% HEALTHY, SEDENTARY INDIVIDUAL
70% MODERATELY ACTIVE, MAINTENANCE
80% WELL TRAINED INDIVIDUAL

| TYPED NAME AND GRADE OF PROFILING OFFICER | SIGNATURE | DATE |
|---|---|---|
| CAROL HOGG MAJ, SP PHYSICAL THERAPY | Carol Hogg MAJ | 27 Nov 96 |
| TYPED NAME AND GRADE OF PROFILING OFFICER | SIGNATURE | DATE |
| | | |

**ACTION BY APPROVING AUTHORITY**

PERMANENT CHANGE OF PROFILE    ☐ APPROVED    ☐ NOT APPROVED

| TYPED NAME, GRADE & TITLE OF APPROVING AUTHORITY | SIGNATURE | DATE |
|---|---|---|
| | | |

**ACTION BY UNIT COMMANDER**

THIS PERMANENT CHANGE IN PROFILE SERIAL    ☐ DOES    ☐ DOES NOT REQUIRE A CHANGE IN MEMBERS
☐ MILITARY OCCUPATIONAL SPECIALTY    ☐ DUTY ASSIGNMENT    BECAUSE:

| TYPED NAME AND GRADE OF UNIT COMMANDER | SIGNATURE | DATE |
|---|---|---|
| | | |

**PATIENTS IDENTIFICATION** (For typed or written entries give: Name last, first, middle; grade; SSN; hospital or medical facility)

Runyon, David

PFC

**UNIT**

**ISSUING CLINIC AND PHONE NUMBER**

TROOP MC 4-3508

**DISTRIBUTION**
UNIT COMMANDER — ORIGINAL & 1 COPY
HEALTH RECORD JACKET — 1 COPY
CLINIC FILE — 1 COPY
MILPO — 1 COPY

**DA FORM 3349, MAY 86**    REPLACES DA FORM 3302-R (TEST) DATED FEB 84 AND DA FORM 3349 DATED 1 JUN 80, WHICH ARE OBSOLETE.

EXHIBIT 23

## SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see AR 40-66; the proponent agency is the TSG

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | | SCREENER LOCATION | | |
|---|---|---|---|---|
| | TIME PATIENT ARRIVES 1135 | TIME ENCOUNTER BEGINS | | TIME PATIENT LEAVES |
| DATE DEC 2 1996 | SCREENER LOCATION | CHIEF COMPLAINT MVA 9 NOV 96 F/UP | | DURATION |
| PATIENT RESIDENCE [ ] BARRACKS   [ ] POST HOUSING [ ] OFF POST   [ ] TRANSIENT | | VITAL SIGNS TEMPERATURE 96.2   ALLERGIES NO SOLICETED PULSE ___ BP ___ RESP ___ | | |
| FIRST VISIT FOR THIS COMPLAINT [ ] YES [ ] NO. IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER? [ ] YES [ ] NO | | | | |

| ALGORITHM/CODE | ALGORITHM/CODE |
|---|---|
| ALGORITHM SUMMARY | ALGORITHM SUMMARY |

25 yo M c/o ® shoulder, ® wrist, ® knee, ® thm
onset p̄ MVA 9 Nov 96, head on collision, ⊕ LOC
had lt Ray, seen by PT

mod
motion
Robinson

Ṡ n AD, wd un
shoulder → symmetd, ⊕ swell, ⊕ ... ...

pmbb
⅜ ⅘

COMMENTS (Reasons for referral, method of referral, hospital appointments, self-care protocols, and patient instructions/precautions)
⊕ Dⁿᵖ ...
wrist → ⊕ swell, ⊕ tic tenderness, FARM
knee → ⊕ Efft⅘, ⊕ tic tenderness,
       ⊕ McMurr, ⊕ drawer ⊕ lachman
LE → TTP ℓ ... mid-tibl border

tøc ℓ
⊕ swell

⑨ ⊕ shoulder ⊕ wrist ⊕ knee sprain ⊕ ⅜ thm splint

| PATIENT'S IDENTIFICATION (Use mechanical imprint if available; for typed or written entries give: Name, SSN, Unit, Sex, Birthdate and Duty Phone) | FINAL DISPOSITION |
|---|---|
| Runyon, DAVID A | [ ] I—PHYSICIAN STAT  [ ] IV—SELF CARE PROTOCOL [ ] II—PA STAT  [ ] V—HOSP CLINIC REFERRAL [ ] III—PA |
| E4 RA ... E¹ CADRE | ⑨ cont ē adry mod ☐ .... |
| | AIDMAN'S SIGNATURE AND CODE   William L. Randall 259-88- .... AUDITORS INITIALS PT AND DATE SC |

DA FORM 5181-R, OCT 86          EDITION OF DEC 84 IS OBSOLETE

EXHIBIT 23

16 DEC

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

SN 7540-00-634-4178

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|

DATE 12 DEC 96          FAMILY PRACTICE CLINIC   MACH

APPT. TIME 0900

TIME IN 0930          (S) S/P MVA 9 [...] HEAD

PHYSICIAN Amader          ON COLLISION (HIGH SPEED),

B/P 105/73          (+) SEATBELT, (-) AIRBAG.

P 72          C/O MILD MYALGIAS - NECK,

R 18          SHOULDERS, KNEES. ALSO S2

T 97.0          OF VERTIGO. WAS SEEN ID ENT.

WT 102 lbs   HT 63"          COUPLE OF DAYS AGO - STARTED ON

AGE 25 (4.0          MECLAZINE. SENSATIONS OF

ALLERGIES Sulfa Keflex  NUMBNESS WHICH START IN

Allegra          BOTH HANDS & RADIATE INTO

          SHOULDERS & ENTIRE UPPER TRUNK.

ALSO   SHOOTING SENSATIONS ACROSS BODY.

(O) VS

C-SPINE : FROM, NON-TENDER   5/5 STRENGTH   2+ DTR's

L-SPINE : FROM STANDING   (-) SLR

          SITTING - 2+ DTR's   5/5 STRENGTH

          (-) SITTING SLR.

          SUPINE - (-) SLR,  (-) PATRICKS

(A) S/P MVA  - NL. NEURO EXAM

(P) CONT P.T.          F/U 1° MD ON 16 DEC FOR

    CONT MOTRIN.          W/U VERTIGO, PARASTHESIAS.

PATIENT'S IDENTIFICATION (Use this space for Mechanical print)

20 22937 75 40
545-3828
RUNYON, DAVID A.
M AD
PFC    1/507CADRE 1311   TMC 2

RECORDS MAINTAINED AT:
PATIENT'S NAME (Last, First, Middle Initial)          SEX
RELATIONSHIP TO SPONSOR   STATUS          RANK/GRADE
SPONSOR'S NAME          ORGANIZATION
DEPART./SERVICE   SSN/IDENTIFICATION NO.          DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

EXHIBIT 23

NSN 7540-00-634-4178

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| DATE *16 Dec 96* | FAMILY PRACTICE CLINIC   MACH |
| APPT. TIME *1130* | F/U on MUA |
| TIME IN *1145* | |
| PHYSICIAN *Newton* | 25 yo w/ ♀ involved in serious |
| B/P *108/69* | MVA and b/ was evacuated @ |
| P *85* | another facility pt c̄ some musculoskeletal |
| R | pain x several days then resolved. |
| T *96.0* | ~ 2 weeks ago pt states began |
| WT *125*  HT *63"* | having positional c/o room spinning / |
| AGE *25* | lip numbness progressing to hands then |
| ALLERGIES *Keflex* | up arms to chest down to waist. |
| *Sulpha  o/ VSS* | PT given meclizine c̄ some |
| | improvement |
| *plain films* | Neuro  CN II - XII intact |
| *cervical ne* | muscular 5/5 all major muscle groups |
| | Sensory intact |
| | Cerebellar intact  Rhomberg neg |
| | A/P 1. BPV - c̄ anxiety  probable hyperventilation c̄ |
| | subsequent paresthesies |
| | - pt given reassurance this not consistent |
| | c̄ neurologic injury - probable BPV resolving |
| | continue meclizine TID x 30 days then |
| | F/U |

Terry J. Newton, M.D.

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

20 22937 75 40
545-3828
RUNYON, DAVID A.
H AD
, PFC   1/507 CADRE 1311  THC

RECORDS MAINTAINED AT:

PATIENT'S NAME (Last, First, Middle Initial)

Terry J. Newton
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
CPT, MD   SEX

RELATIONSHIP TO SPONSOR      STATUS      RANK/GRADE

SPONSOR'S NAME      ORGANIZATION

DEPART./SERVICE  SSN/IDENTIFICATION NO.      DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE     STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

EXHIBIT 23

513-110                                                                    NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

Ortho-Sports Clinic | FROM: (Requesting physician or activity) | DATE OF REQUEST 23 Dec 96

REASON FOR REQUEST (Complaints and findings)

25 y/o [illegible] s/p MVA 9/1/96. % giving way L knee. Story c/w ACL sprain. Please assess to confirm and recommend surg vs conservative intervention.

PROVISIONAL DIAGNOSIS

① ACL sprain

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | ROUTINE | ☐ TODAY |
|---|---|---|---|---|
| | CAROL HOBBS MAJ. SP | ☐ BEDSIDE  ☒ ON CALL | ☐ 72 HOURS | ☐ EMERGENCY |

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO

25 y/o [illegible] sustained direct valgus stress to L knee ① 2 subsequent episodes of buckling ⊕ lat localized swelling p̄ XS activity. No locking poor-grain localization. Has [illegible] rehab x 2 weeks c̄ good results

Exam - L knee - no effusion; no focal pts of tenderness no laxity to valgus/varus stress ⊕ lt lachman's c̄ [illegible] endpoint trace ant drawer ⊖ pivot shift

XR no abnl

A - mild ACL insufficiency

P - cont rehab
RTC in 2 months for re-eval

(Continue on reverse side)

| SIGNATURE AND TITLE | DATE 9 Jan 97 |
|---|---|
| IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)    *U.S. GPO: 1994-377-624

Runyon

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

EXHIBIT 23

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|---------------------------------------------------------------------------|
| DEC 23 1996 | PHYSICAL THERAPY CLINIC  S: F/U ® calf contusion/tear (resolving) |
| | MACH  FT. BENNING, GA.  and ℅ ® shld/® knee pain p̄ 9 Nov 96. |
| | 544-3308 / 3318  Has been working out at gym; feels ® calf and |

Denies ® buckling but given way

hip "get tired" easily but are getting better. ® shld and ® knee still bothering him. Seen by TMC for these problems on 2 Dec. X-rays ® knee taken 12 Dec; ⊖ films ® shld. Still taking motrin/robaxin PRN. X-rays ® knee WNL.

O: Gait no longer antalgic; mild overpronation ℗ > ® SUTWR, painless ® quads/HS. Girth 18 cm ↑ med malleolus ® 30 cm, ® 30.5 cm. AROM ® knee WNL and painless c̄ "popping" noted ® on full flex. Lachman's: mild laxity noted ® c̄ firm endfeel ® and soft endfeel ℗. V/V stress WNL ® ⊖ jt line pain; ⊖ McMurray's. ® shld: AROM WNL c̄ pain localized to post corner of rot cuff at edge of acromion, esp c̄ horizontal abd, ER/IR. GMT WNL painless ® shlds. ⊖ impingement sign/A-C provocation. ⊖ sulcus sign, ⊖ apglide.

A: 1. resolved ® calf/contusion tear.
2. R/O ACL sprain ℗ knee.
3. poss contusion ® rot cuff.

P: 1) to 7th floor PT clinic for supervised rehab/gen strengthening 3x/wk. 2) f/u appt to clinic 9 Jan 97. 3) Profile for no RTD/run/PU 4) Instructed in RT/isometric shldr exercises/icing. 5) Rev 3-4 wks.

STG: decr discomfort/painless shldr AROM /3-4 wks.
LTG: RTD/6-8 wks.

EXHIBIT 23

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE** | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| DATE | Ʞ 0 9 1997 |
| APPT. TIME | 1335 |
| TIME IN | 1335 |
| PHYSICIAN | R. Newton |
| B/P | 107/66 |
| P | 76 |
| R | 18 |
| T | 98.2 |
| WT | 120 | HT | 63" |
| AGE | 26y/o |
| ALLERGIES | Killox Sulfa Rule |

FAMILY PRACTICE CLINIC  MACH.

Follow Up s/p Auto Accident
1 Month Johns GS4

S: 26y/o w/♂ s/p auto accident on 9 Nov 96,
Previously complaining of vertigo. Currently symptoms
have resolved after a course of meclizine. Currently
complains of some short term memory loss and insomnia.
MEDS: Motin 800mg prn   Sochx: ∅ Tob. ∅ ETOH
Sxhx: Vasectomy-96

O: GEN: A:O x 3, NAD  EYES: EOMI PERLA ~ 3 mm
MOUTH/PHARYNX: ∅ sores/clear
Neck: ∅ lymphadenopathy
NEURO: CN II-XII intact, UE nl to pain, press, light touch
and graphesthesia, rapid alternating movements intact
Rhomberg steady, gait normal.

30/30 on MMSE

EXTR: .75cm bump on ⓡ UE 5th metatarsal

A/P: Insomnia - Pt. claims to follow good sleep hygiene - not
reading in bed, not eating late at night, etc. Also explained
PTSD and life stressors as possible etiology for insomnia
and memory loss. Explore possible symptoms of depression and
antidepression meds at next visit.   Wendell Men MS-III

- PT ℅ wife
See MS Sweeny @ Family Life
Center will contact him + ask him to speak ē pt
+ couple if not improved ē 1-2 visits consider
SSRI for 3-6 mo. for snoring/

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: |
|---|---|
| | PATIENT'S NAME (Last, First, Middle Initial) |
| ...-J626    15 40 | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| YD4. DAVID A. | SPONSOR'S NAME | | ORGANIZATION |
| H AD | DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |
| 1/507CADRE 1311  TMC2 | | | |

CHRONOLOGICAL RECORD OF MEDICAL CARE     STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

EXHIBIT 23

MASTER PROBLEM LIST

For use of this form. 10-66; the proponent agency is the Office of ... on General

## MAJOR PROBLEMS

| PROBLEM NUMBER | DATE ONSET | DATE ENTERED | PROBLEM | DATE RESOLVED |
|---|---|---|---|---|
| 1. | | Apr 95 | Health Maint | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |

## TEMPORARY (MINOR) PROBLEMS

| PROBLEM LETTER | PROBLEM | DATES OF OCCURRENCES | | | | | |
|---|---|---|---|---|---|---|---|
| A. | Trouble Breathing | 13 Jan 95 | | | | | |
| B. | LOH | 24 May 95 | | | | | |
| C. | Allergic Reaction Septra | June 95 | | | | | |
| D. | Pneumonia | 95 June | | | | | |
| E. | Acne | Aug 95 | | | | | |
| F. | URTS | Lo Apl 96 | 4 Jun 96 | | | | |
| G. | Situational Depression | 1/57 | | | | | |
| H. | | | | | | | |

PATIENT'S IDENTIFICATION (Use mechanical imprint if available; for typed or written entries give: Name, SSN, Unit, Sex, Birthdate, and Duty Phone)

```
20 22937 75 40
545-3828
RUNYON, DAVID A.
        M AD
PFC     1/507CADRE 1311   FHC2
```

SUMMARY OF PROBLEMS, ALLERGIES, MEDICATIONS, SURGERIES AND TRAUMAS:

SULFA

NOTE: DO NOT DISCARD FROM CHART

DA FORM 5571. CCT 83

EXHIBIT 23

**PHYSICAL PROFILE**

For use of this form, see AR 40-501; the proponent agency is the Office of The Surgeon General

| 1. MEDICAL CONDITION | 2. | | | | | | |
|---|---|---|---|---|---|---|---|
| S/p (L) knee ACL sprain | | P | U | L | H | E | S |
| | | | | | | | |

| 3. ASSIGNMENT LIMITATIONS ARE AS FOLLOWS | CODES |
|---|---|
| No running, jumping, marching or pushups | |

**4. THIS PROFILE IS:** ☐ PERMANENT   ☒ TEMPORARY EXPIRATION DATE 4 Feb 97

**5. THE ABOVE STATED MEDICAL CONDITION SHOULD NOT PREVENT THE INDIVIDUAL FROM DOING THE FOLLOWING ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| ☒ Groin Stretch | ☒ Thigh Stretch | ☒ Lower Back Stretch | ☐ Neck & Shoulder Stretch | ☒ Neck Stretch |
| ☐ Hip Raise | ☐ Quads Stretch & Bal. | ☐ Single Knee to Chest | ☐ Upper Back Stretch | ☐ Ankle Stretch |
| ☐ Knee Bender | ☐ Calf Stretch | ☐ Straight Leg Raise | ☐ Chest Stretch | ☒ Hip Stretch |
| ☐ Side-Straddle Hop | ☒ Long Sit | ☐ Elongation Stretch | ☐ One-Arm Side Stretch | ☐ Upper Body Wt Tng |
| ☐ High Jumper | ☐ Hamstring Stretch | ☒ Turn and Bounce | ☐ Two-Arm Side Stretch | ☒ Lower Body Wt Tng |
| ☐ Jogging in Place | ☒ Hams. & Calf Stretch | ☒ Turn and Bend | ☐ Side Bender | ☐ All |

**6. AEROBIC CONDITIONING EXERCISES**

| |
|---|
| ☒ Walk at Own Pace and Distance |
| ☐ Run at Own Pace and Distance |
| ☒ Bicycle at Own Pace and Distance |
| ☐ Swim at Own Pace and Distance |
| ☐ Walk or Run in Pool at Own Pace |
| |
| ☐ Unlimited Walking |
| ☐ Unlimited Running |
| ☐ Unlimited Bicycling |
| ☐ Unlimited Swimming |
| |
| ☐ Run at Training Heart Rate for ___ Min. |
| ☐ Bicycle at Training Heart Rate for ___ Min. |
| ☐ Swim at Training Heart Rate for ___ Min. |

**7. FUNCTIONAL ACTIVITIES**

| |
|---|
| ☐ Wear Backpack (40 Lbs.) |
| ☒ Wear Helmet |
| ☐ Carry Rifle |
| ☐ Fire Rifle |
| With Hearing Protection |
| ☐ KP/Mopping/Mowing Grass |
| ☐ Marching Up to Ø Miles |
| ☒ Lift Up to 1.0 Pounds |
| ☐ All |
| PHYSICAL FITNESS TEST |
| ☐ Two Mile Run   ☐ Walk |
| ☐ Push-Ups   ☐ Swim |
| ☐ Sit-Ups   ☐ Bicycle |

**8. TRAINING HEART RATE FORMULA:**

MALES 220     FEMALES 225

MINUS (-) AGE

MINUS (-) RESTING HEART RATE

TIMES (x) % INTENSITY

PLUS (+) RESTING HEART RATE

60% EXTREMELY POOR CONDITION

60% HEALTHY, SEDENTARY INDIVIDUAL

70% MODERATELY ACTIVE, MAINTENANCE

80% WELL TRAINED INDIVIDUAL

**OTHER** No lifting > 10#, situps @ own pace tolerance, no rucksack #70 7th Floor PT CLINIC 3x WK FOR REHAB

| TYPED NAME AND GRADE OF PROFILING OFFICER | SIGNATURE | DATE |
|---|---|---|
| CAPT. [illegible] MAJ PHYSICAL THERAPY | [signature] MAJ | 9 Jan 97 |

| TYPED NAME AND GRADE OF PROFILING OFFICER | SIGNATURE | DATE |
|---|---|---|
| | | |

**ACTION BY APPROVING AUTHORITY**

| PERMANENT CHANGE OF PROFILE | ☐ APPROVED   ☐ NOT APPROVED |
|---|---|

| TYPED NAME, GRADE & TITLE OF APPROVING AUTHORITY | SIGNATURE | DATE |
|---|---|---|
| | | |

**ACTION BY UNIT COMMANDER**

| THIS PERMANENT CHANGE IN PROFILE SERIAL: ☐ DOES   ☐ DOES NOT REQUIRE A CHANGE IN MEMBER'S ☐ MILITARY OCCUPATIONAL SPECIALTY   ☐ DUTY ASSIGNMENT   BECAUSE: |
|---|

| TYPED NAME AND GRADE OF UNIT COMMANDER | SIGNATURE | DATE |
|---|---|---|
| | | |

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name (last, first, middle); grade; SSN; hospital or medical facility) | UNIT: |
|---|---|
| Runyon, David | |
| | ISSUING CLINIC AND PHONE NUMBER: PT Clinic 4-5308 |
| SPC   1/507 CADRE | DISTRIBUTION: UNIT COMMANDER – ORIGINAL & 1 COPY / HEALTH RECORD JACKET – 1 COPY / CLINIC FILE – 1 COPY / MILPO – 1 COPY |

**DA FORM 3349, MAY 86**   REPLACES DA FORM 8302-R (TEST) DATED FEB 84 AND DA FORM 3349 DATED 1 JUN 80, WHICH ARE OBSOLETE

EXHIBIT 23

Personal Data — Privacy Act of 1974 (PL 93-579)          Page 1

Automated Version of DA5008/USAF & USN 600 Overprint

Telephone Consultation
--------------------------

●nted Date: 05 Feb 97 @ 1010                 Division: MARTIN ARMY COMMUNITY HO

Clinic: MACH FAMILY PRACTICE                 Workload DOES Count

Provider: NEWTON,TERRY J

Allergies:
 SULFA-DRUGS
 CEPHALEXIN

Clerk's Note:
Clerk: AINSWORTH,JEANNE A                                    04 Feb 97 @ 1337
PHONE:545-7050/HM:685-9653
INRE:POST TRAMATIC STESS SYNDROME/NEEDS RECOMMENDATION/STATES URGENT/1SGT
WANTS PAPER WORK ASAP.

---

Problem List:


Provider's Note:
Provider: NEWTON,TERRY J                                     05 Feb 97 @ 1008
Spoke with wife and counseller Mr Sweeny.  I will recommend/refer patient for
further psych eval and notify company commander that I recommend no job
change or profile at this time until psych eval is complete.  Will call
p●ient and inform him of this after notifying CO.

                                            TERRY J. NEWTON, CPT, MC

                    *** END OF REPORT ***

---

●ON,DAVID                       20/            USA ACTIVE DUTY ENLISTED
D●:                             H: 706-685-9653        W: 706-545-6364
Spon: RUNYON,DAVID              Rank: PRIVATE FIRST CLASS
Unit: 507 IN BN 1 ABN CO E      RR: TMC #2 RECORD ROOM




                              EXHIBIT 23

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

**FEB 18 1997**

PHYSICAL THERAPY CLINIC
MACH, FT. BENNING, GA 31905
(706) 544-3308/3318

S: F/U mild ACL insuff ®
per ortho. Seen @ Sports Clinic
9 Jan 97. sched for 7th floor rehab but has
been unable to attend 2° to unit; now able
to begin. Wishes to jump to maintain
jump status. To pain. (B) knees.
O: Lachmans: ® 1+ laxity c firm end-feel;
1+ – 2+ laxity ⊘ = firm end-feel. Further
eval deferred.
A: ACL laxity ® ; ⊘ rehab.
P: discussed case c ortho; no vigorous activity
such as jumping until documented good
strength, and rehab compliance. To 7th
floor for rehab / Kinecom / KT-1000 ; rev
4 wks. Con't profile
STG: compliance c rehab prg. / 1 mo
LTG: defin mgmt / 2 mos.

[signature]

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

20 22937 75 40
545-3828
RUNYON, DAVID A.
M AD
1/507 CADRE 131
PFC

| RECORDS MAINTAINED AT: | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME THC2 | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

EXHIBIT 23

# PHYSICAL PROFILE

For use of this form, see AR 40-501; the proponent agency is the Office of The Surgeon General

**1. MEDICAL CONDITION**

(1) ACL insufficiency

**2.**

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|

**ASSIGNMENT LIMITATIONS ARE AS FOLLOWS:** Sitop, downpace, no ruck
No running, jumping, marching or pushups  no lifting > #  **CODES**

**4. THIS PROFILE IS:** ☐ PERMANENT  ☒ TEMPORARY EXPIRATION DATE: 19 May 09

**5. THE ABOVE STATED MEDICAL CONDITION SHOULD NOT PREVENT THE INDIVIDUAL FROM DOING THE FOLLOWING ACTIVITIES**

- ☐ Groin Stretch
- ☐ Hip Raise
- ☐ Knee Bender
- ☐ Side-Straddle Hop
- ☐ High Jumper
- ☐ Jogging In-Place
- ☐ Thigh Stretch
- ☐ Quads Stretch & Bal.
- ☐ Calf Stretch
- ☐ Long Sit
- ☐ Hamstring Stretch
- ☐ Hams. & Calf Stretch
- ☐ Lower Back Stretch
- ☐ Single Knee to Chest
- ☐ Straight Leg Raise
- ☐ Elongation Stretch
- ☐ Turn and Bounce
- ☐ Turn and Bend
- ☒ Neck & Shoulder Stretch
- ☐ Upper Back Stretch
- ☐ Chest Stretch
- ☐ One-Arm Side Stretch
- ☐ Two-Arm Side Stretch
- ☐ Side Bender
- ☐ Neck Stretch
- ☐ Ankle Stretch
- ☐ Hip Stretch
- ☐ Upper Body Wt Tng
- ☐ Lower Body Wt Tng
- ☐ All

**6. AEROBIC CONDITIONING EXERCISES**

- ☐ Walk at Own Pace and Distance
- ☐ Run at Own Pace and Distance
- ☐ Bicycle at Own Pace and Distance
- ☐ Swim at Own Pace and Distance
- ☐ Walk or Run in Pool at Own Pace
- ☐ Unlimited Walking
- ☐ Unlimited Running
- ☐ Unlimited Bicycling
- ☐ Unlimited Swimming
- ☐ Run at Training Heart Rate for ___ Min.
- ☐ Bicycle at Training Heart Rate for ___ Min.
- ☐ Swim at Training Heart Rate for ___ Min.

**7. FUNCTIONAL ACTIVITIES**

- ☐ Wear Backpack (40 Lbs.)
- ☐ Wear Helmet
- ☐ Carry Rifle
- ☐ Fire Rifle
  - With Hearing Protection
- ☐ KP/Mopping/Mowing Grass
- ☐ Marching Up to ___ Miles
- ☐ Lift Up to 10 Pounds
- ☐ All

**PHYSICAL FITNESS TEST**

- ☐ Two Mile Run
- ☐ Push-Ups
- ☐ Sit-Ups
- ☐ Walk
- ☐ Swim
- ☐ Bicycle

**8. TRAINING HEART RATE FORMULA**

MALES 220    FEMALES 225

MINUS (−) AGE
MINUS (−) RESTING HEART RATE
TIMES (×) % INTENSITY
PLUS (+) RESTING HEART RATE

50% EXTREMELY POOR CONDITION
60% HEALTHY; SEDENTARY INDIVIDUAL
70% MODERATELY ACTIVE, MAINTENANCE
80% WELL TRAINED INDIVIDUAL

**OTHER** To 7th Floor PT CLINIC 3X wk for REHAB
Cannot run until cleared by PT

| TYPED NAME AND GRADE OF PROFILING OFFICER CAROL HOBBS MAJ, SP PHYSICAL THERAPY | SIGNATURE | DATE 19 Feb 09 |
|---|---|---|
| TYPED NAME AND GRADE OF PROFILING OFFICER | SIGNATURE | DATE |

**ACTION BY APPROVING AUTHORITY**

PERMANENT CHANGE OF PROFILE  ☐ APPROVED  ☐ NOT APPROVED

| TYPED NAME, GRADE & TITLE OF APPROVING AUTHORITY | SIGNATURE | DATE |
|---|---|---|

**ACTION BY UNIT COMMANDER**

THIS PERMANENT CHANGE IN PROFILE SERIAL ☐ MILITARY OCCUPATIONAL SPECIALTY  ☐ DOES ☐ DOES NOT REQUIRE A CHANGE IN MEMBER'S ☐ DUTY ASSIGNMENT BECAUSE:

| TYPED NAME AND GRADE OF UNIT COMMANDER | SIGNATURE | DATE |
|---|---|---|

**PATIENTS IDENTIFICATION** (For typed or written entries give: Name (last, first, middle); grade; SSN; hospital or medical facility)

Runyon, David
SPC   1/507 CABRE

**UNIT**

**ISSUING CLINIC AND PHONE NUMBER** PT Clinic 4-3308

**DISTRIBUTION**
UNIT COMMANDER — ORIGINAL & 1 COPY
HEALTH RECORD JACKET — 1 COPY
CLINIC FILE — 1 COPY
MILPO — 1 COPY

**DA FORM 3349, MAY 86**  REPLACES DA FORM 5302-R (TEST) DATED FEB 84 AND DA FORM 3349 DATED 1 JUN 80, WHICH ARE OBSO

EXHIBIT 23

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
| 20 Feb 97 | PHYSICAL THERAPY CLINIC, MACH, FT. BENNING, GA 544-3308/3318  S/ Pt. to clin for KT 1000, Kincom & Rehab |
|  | O/ Kincom Test Results: |
|  | 90°/sec  (L) Quad 105% of (R) |
|  | (L) HS 109% of (R) |
|  | 180°/sec  (L) Quad 96% of (R) |
|  | (L) HS 123% of (R) |
|  | KT 1000 Max force 6 mm (R)  7 mm (L) |
|  | Single Leg Jump distance: 80" (B), Single Leg Lat Hop force: 35 (R) 35 (L) |
|  | A/ no deficits noted on the above tests. |
|  | P/ Cont c rehab - Discuss (c) RTD c Dr Zumwalt |
|  | G/ 98° (L) (c) (L) Q/HS |
|  | *[signature]* Killian T Maggart LCSP MIT |
| 21 Feb 97 | P.T. Note Outby MACH Ft Benning, GA RTD, above study *[signature]* |

EXHIBIT 23

513-110                                                                              NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: Family Practice Physician | FROM: (Requesting physician or activity) TMC #2 | DATE OF REQUEST 8-21-97

N FOR REQUEST (Complaints and findings):
26 y/o WM c̄ hx of positional vertigo, lying supine, X-3 episodes
S/P MVA Nov 96. PE unremarkable. Skull films taken @
time of MVA were normal. Please eval. ? does this pt
need head CT ? current PT on meclizine 25mgm q8°

PROVISIONAL DIAGNOSIS,
Positional Vertigo

DOCTOR'S SIGNATURE _____ | APPROVED G. L. HATFIELD PA-C  GS-11 | PLACE OF CONSULTATION ☐ BEDSIDE  ☐ ON CALL | ☑ ROUTINE  ☐ TODAY  ☐ 72 HOURS  ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO

26 y/o ♂ S/P MVA ~ Nov96 who describes 3 episodes of vertigo upon awakening.
Pt describes sleeping on back and awakens c̄ room spinning. Pt also has
associated HA's that last 3-4 days. Most recent episode was ~10d
ago. Sx alliviated c̄ meclizine.

∅ tinnitus & N/V/D   ∅ photophobia    ∅ recent travel.
MVA Nov96- c̄ ∅ LOC seen in civilian Hosp ∅ fx or abn noted

PMHx                 MEDS                  PSHx          Allergies      Tobacco ∅
positional       -meclizine 25mgTID      ∅            NKDA          EtOH ∅
vertigo                                                 Keflex
                                                        sulfa meds

PE:  WDWN ∅ NAD
     HEENT: ATNC PERRL EOMI TMs clear o/c
     Neck - Supple ∅ LAD                              A: positional vertigo
     Lungs: CTAB                                         2° to vestibular dist
     CVS: RRR
     Abd: soft NT/ND   ⊕ Hall pike                    P: ① CT scan of head
     Ext: ∅ c/c/e                                        c̄ & s̄ contrast
     Neuro - A + O + 3  CN II-XII intact bilat         ② continue meclizine25
         Motor 5/5 ⊗ cyn  Sensory intact to L-t touch  ③ F/u after CT scan will
         Cereb- upper/lower not fully NL                  consider LP

SIGNATURE AND TITLE                                                          DATE

dict Dr. Sato

IDENTIFICATION NO. | ORGANIZATION | RUSSELL G. TREME, MD CPT, MC  REGISTER NO. 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 | WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Runyon, David A  PFC/RA
20-
E Co. 1/507

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

*U.S. GPO: 1994-377-624

EXHIBIT 23

## SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see AR 40-64; the proponent agency is the TSG

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | SCREENER LOCATION | | |
|---|---|---|---|
| | TIME PATIENT ARRIVES *1045* | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |
| **DATE** AUG 27 1997 | SCREENER LOCATION TMC #2 FT. BENNING, GA 31905 | CHIEF COMPLAINT *Visit 'd.* | DURATION |
| **PATIENT RESIDENCE** ( ) BARRACKS  ( ) POST HOUSING  ( ) OFF POST  ( ) TRANSIENT | | **VITAL SIGNS** TEMPERATURE _95.5_  ALLERGIES _____ PULSE ___ BP ___ RESP ___ | |

FIRST VISIT FOR THIS COMPLAINT ( ) YES ( ) NO. IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER?
( ) YES ( ) NO

| ALGORITHM/CODE | ALGORITHM/CODE |
|---|---|
| ALGORITHM SUMMARY | ALGORITHM SUMMARY |

S→ 26 y/o WM c̄ c/o positional dizziness → while lying down, see prev chart entries dated: 12 Dec, 16 Dec 96 and Jan 97. Has new FP physician whom he has seen.

O→ afebrile NAD    OX3, good historian.

COMMENTS (Reasons for referral, method of referral, hospital appointments, self-care protocols, and patient instructions/precautions)

H - normocephaly s̄ thyromegaly, s̄ bruits
E- PERRLA, IEOm, fundi - wnl
E- TM's intact, Weber L>R, Rinne : AC > BC
N - Deviated nasal septum, sinuses are nontender
T - clear s̄ adenopathy, dentition - good
neck - Supple; FROM s̄ diff.           (OVER)
H - RR s̄ m̄ Ⓡ Ⓡ

| PATIENT'S IDENTIFICATION (Use mechanical imprint if available; for typed or written entries give: Name, SSN, Unit, Sex, Birthdate and Duty Phone) | FINAL DISPOSITION |
|---|---|
| EU 22937 75 40 545-3828 RUNYON, DAVID A. M AD PFC   1/507 CADRE 1311  TMC2 | ( ) I—PHYSICIAN STAT    ( ) IV—SELF CARE PROTOCOL  ( ) II—PA STAT    ( ) V—HOSP CLINIC REFERRAL  ( ) III—PA |
| | AIDMAN'S SIGNATURE AND CODE | AUDITOR'S INITIALS AND DATE |

DA FORM 5181-R, OCT 85        EDITION OF DEC 84 IS OBSOLETE

EXHIBIT 23

**RECORD OF ACUTE MEDICAL CARE**

(Entries on this record should be restricted to further evaluation and treatment of complaint(s) screened)

| DATE | 2ND CARE LOCATION | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |
|---|---|---|---|---|

O→ Cont.    Neuro: Sensory - s̄ Paresthesia's

motor - FAROM of extrems

Cerebellar - Station - neg

Romberg - neg

heel to toe Walk - nl

heel Walk - nl

Toe Walk - nl

Finger to nose - nl

CN II - XII° - nl

DTR's 2+

A→ ? positional Vertigo

P→ Refer to Family Practice MD

H̄ Medicine 25 mg 38h #12

RTD

G. L. HATFIELD
PA-C    GS-11

| SIGNATURE OF HEALTH CARE PROVIDER | SIGNATURE OF MEDICAL SUPERVISOR | | AUDITOR'S INITIALS AND DATE |
|---|---|---|---|

**SPECIAL INSTRUCTIONS**

This form will be utilized in lieu of SF 600 (Health Record-Chronological Record of Medical Care) at the BAS level and above when care is initiated by an DTMC screener. The record of acute medical care will accompany the patient to the next level of care or remain in the BAS depending on disposition reached. This form will be filed in the HREC when evaluation and audit are completed.

REVERSE OF DA FORM 5181-R

EXHIBIT 23



EXHIBIT 23

STANDARD FORM 93
REV. OCTOBER 1974
PRESCRIBED BY GSA/ICMR
FPMR (41 CFR) 201-45.505

APPROVED
OFFICE OF MANAGEMENT AND BUDGET No. 29-R0191

# REPORT OF MEDICAL HISTORY

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY-CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

1. LAST NAME—FIRST NAME—MIDDLE NAME
Runyon, David Anthony

2. SOCIAL SECURITY OR IDENTIFICATION NO.

3. HOME ADDRESS (No. street or RFD, city or town, State, and ZIP CODE)
FT. BENNING, GA

4. POSITION (title, grade, component)
E-3

5. PURPOSE OF EXAMINATION
ETS

6. DATE OF EXAMINATION
9 SEP 90

7. EXAMINING FACILITY OR EXAMINER, AND ADDRESS (Include ZIP Code)
MACH. FT BENNING, GA 31905-6100

8. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint exists)

Poor health. Presently on Meclizine for some kind of postiional vertigo. Sleeplessness & constant pain in joints.

### 9. HAVE YOU EVER (Please check each item)
(Check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| | ✓ | Bled excessively after injury or tooth extraction |
| | ✓ | Attempted suicide |
| | ✓ | Been a sleepwalker |

### 10. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Wear glasses or contact lenses |
| | ✓ | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

### 11. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever, erysipelas | | ✓ | | Cramps in your legs | | ✓ | | "Trick" or locked knee |
| | ✓ | | Rheumatic fever | ✓ | | | Frequent indigestion | | ✓ | | Foot trouble |
| | ✓ | | Swollen or painful joints | | ✓ | | Stomach, liver, or intestinal trouble | | | ✓ | Neuritis |
| ✓ | | | Frequent or severe headache | | ✓ | | Gall bladder trouble or gallstones | | ✓ | | Paralysis (include infantile) |
| ✓ | | | Dizziness or fainting spells | | ✓ | | Jaundice or hepatitis | | ✓ | | Epilepsy or fits |
| | ✓ | | Eye trouble | ✓ | | | Adverse reaction to serum, drug, or medicine | | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Ear, nose, or throat trouble | | ✓ | | Broken bones | ✓ | | | Frequent trouble sleeping |
| | ✓ | | Hearing loss | | ✓ | | Tumor, growth, cyst, cancer | ✓ | | | Depression or excessive worry |
| | ✓ | | Chronic or frequent colds | ✓ | | | Rupture/hernia | ✓ | | | Loss of memory or amnesia |
| | ✓ | | Severe tooth or gum trouble | | ✓ | | Piles or rectal disease | | ✓ | | Nervous trouble of any sort |
| | ✓ | | Sinusitis | | ✓ | | Frequent or painful urination | | ✓ | | Periods of unconsciousness |
| ✓ | | | Hay Fever | | ✓ | | Bed wetting since age 12 | | | | |
| ✓ | | | Head injury | | ✓ | | Kidney stone or blood in urine | | | | |
| | ✓ | | Skin diseases | | ✓ | | Sugar or albumin in urine | | | | |
| | ✓ | | Thyroid trouble | | ✓ | | VD—Syphilis, gonorrhea, etc. | | | | |
| ✓ | | | Tuberculosis | | ✓ | | Recent gain or loss of weight | | | | |
| | ✓ | | Asthma | | ✓ | | Arthritis, Rheumatism, or Bursitis | | | | |
| ✓ | | | Shortness of breath | | ✓ | | Bone, joint or other deformity | | | | |
| ✓ | | | Pain or pressure in chest | | ✓ | | Lameness | | | | |
| ✓ | | | Chronic cough | | ✓ | | Loss of finger or toe | | | | |
| ✓ | | | Palpitation or pounding heart | | ✓ | | Painful or "trick" shoulder or elbow | | | | |
| ✓ | | | Heart trouble | ✓ | | | Recurrent back pain | | | | |
| ✓ | | | High or low blood pressure | | | | | | | | |

### 12. FEMALES ONLY: HAVE YOU EVER

| | | (Check each item) |
|---|---|---|
| | | Been treated for a female disorder |
| | | Had a change in menstrual pattern |

13. WHAT IS YOUR USUAL OCCUPATION?

### 14. ARE YOU (Check one)
| ✓ Right handed | | Left handed |
|---|---|---|

93-103

EXHIBIT 23

CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT

**YES | NO**

15. Have you been refused employment or been unable to hold a job or stay in school because of:
A. Sensitivity to chemicals, dust, sunlight, etc.
B. Inability to perform certain motions.
C. Inability to assume certain positions.
D. Other medical reasons (If yes, give reasons.)

16. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details).

17. Have you ever been denied life insurance? (If yes, state reason and give details.)

18. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occurred.)

19. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.)

20. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.)

21. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.)

22. Have you ever been rejected for military service because of physical, mental, or other reasons? (If yes, give date and reason for rejection.)

23. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability.)

24. Have you ever received, is there pending, or have you applied for pension or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.)

→ Knee surgery for torn ACL Left knee

→ Motor Vehicle Accident - Alabama Summer of 96. Torn right rotary cuff, torn right calf muscle

→ Physical therapy for above MVA injuries

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service.

TYPED OR PRINTED NAME OF EXAMINEE
Runyon, David A.

SIGNATURE
David A. Runyon

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY."

25. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in items 9 through 24. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

(R) Knee surgery for ACL - 1996 - painful, trick
(R) Rotary cuff shoulder. physical therapy -
still hurts. Allergic to sulfa + Keflex.
frequent + severe headaches tx
dizziness - meds - vertigo memory loss.
wears glasses - vertigo - blurry vision from accidents -
Hayfever - seasonal - blurry vision
Head injury - whiplash - no meds
shortness of breath - vertigo. 9 months ago
out for sleeping - Requested dk - post traumatic
stress syndrome

TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER
EMIL ROMITAN, MD

DATE
9 Sep 97

SIGNATURE

NUMBER OF ATTACHED

REVERSE OF STANDARD FORM 93

000440

EXHIBIT 23