| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

SCREENING SECTION
USDAH
C. C.
S AND S
DISP
US ___ YES ___ NO

DATE 15 Ap 76

① Chronic sinus problem
Requests refillable Rx for Entep
② Pelvic pain x 8 mo
Pain too severe to wait 3 day.
① AMIC MD
② GYN ①

OB-GYN CLINIC
APR 15 '76
DARNALL ARMY HOSPITAL
FT. HOOD TEXAS

30 gel C₂ P₂ by f ofl.
Dr L..

*(handwritten illegible clinical notes)*

for Pap tet + Pelven.

PATIENT'S IDENTIFICATION (Use this Space for Mechanical Imprint)

30 28646 38 94

RUNYON SUK CHA 26SEP77
1945 D/W AD ARMY
SGT DAVID H

| PATIENT'S NAME (Last, First, Middle initial) | | | SEX |
|---|---|---|---|
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| SPONSOR'S NAME | | | RANK/GRADE |
| SSAN OR IDENTIFICATION NO. | | ORGANIZATION | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600
September 1971
General Services Administration and
Interagency Comm. on Medical Records
FPMR 101-11.809-3
600-104-01

EXHIBIT 25

PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME

Runyon Suk, D/w E-5

| REGISTER NO. | | WARD NO. |
|---|---|---|
| | | ER |

AGE 31  SEX F  (Check one)
☐ BEDSIDE, WHEELCHAIR, OR STRETCHER  ☐ BED PATIENT  ☐ AMBULATORY

EXAMINATION REQUESTED

full pelvis and (L) spine

(Above space for mechanical imprinting, if used)

PERTINENT CLINICAL HISTORY, OPERATIONS, PHYSICAL FINDINGS, AND PROVISIONAL DIAGNOSIS

hit lower back on couch

FILM NO.
RADIOGRAPHIC REPORT

DATE OF REQUEST 6 July 76   REQUESTED BY Dr. Webster

NEGATIVE

DOD F. HAXCEY

MAJOR MC

DATE OF REPORT:

SIGNATURE: (Specify location of laboratory if not part of requesting facility)

Standard Form 519-A (Rev. Aug. 1954)
Promulgated by Bureau of the Budget
Circular A—32 (Rev.)
RADIOGRAPHIC REPORT
519-207

(NAME OF HOSPITAL OR OTHER MEDICAL FACILITY)

---

PATIENT'S IDENTIFICATION
(medical facility)  LAST NAME—FIRST NAME-MIDDLE NAME

RuncrOWSKI, SUKCHA.
D/W
E-5 DAVID

| REGISTER NO. | | WARD NO. |
|---|---|---|
| 30 8562 | | HEA/HC |

AGE 30  SEX F  (Check one)
☐ BEDSIDE, WHEELCHAIR OR STRETCHER  ☐ BED PATIENT  ☑ AMBULATORY

EXAMINATION REQUESTED

(Above space for mechanical imprinting, if used)

PERTINENT CLINICAL HISTORY, OPERATIONS, PHYSICAL FINDINGS, AND PROVISIONAL DIAGNOSIS

PA + LAT CHEST

PT. STATES SHE HAD TUBAL LIGOTAMY. HAS hx of pos. TINE FOR OVER 2 YRS

FILM NO.
RADIOGRAPHIC REPORT

DATE OF REQUEST 2 FEB 76   REQUESTED BY Col WEBB SS

NEGATIVE

DATE OF REPORT.
2/14 KKCP

SIGNATURE: (Specify location of laboratory if not part of requesting facility)

MAJOR MC

Standard Form 519-A (Rev. Aug. 1954)
Promulgated by Bureau of the Budget
Circular A-32 (Rev.)
RADIOGRAPHIC REPORT
519-207

(NAME OF HOSPITAL OR OTHER MEDICAL FACILITY)

EXHIBIT 25

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| **DATE** | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* | |

MAR 13 1977   US ARMY HEALTH CLINIC, HANAU
APO   NEW YORK   09165

31 y.o. Oriental ♀ whose husband is in field and apparently unreachable. C/O being weak all over after 2 month Hx of strep throat. Had several passing out spells at home today prompting neighbors to call ambulance.

~~Associated~~ NO N. or V., D. Coryza, cough, abd pain, mild sore throat.

Rx c̄ erythromycin 3 wks ago for strep throat. Completed PO'd course.

T = 100°F EXAM - Alternately active and loud O ♀ in WAD and droopy and semi-stuporous Oriental ♀

| PATIENT'S IDENTIFICATION *(Use this Space for Mechanical Imprint)* | PATIENT'S NAME *(Last, First, Middle initial)* | | SEX |
|---|---|---|---|
| | YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| | SPONSOR'S NAME | | RANK/GRADE |
| | SSAN OR IDENTIFICATION NO. | ORGANIZATION | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600
September 1971
General Services Administration and
Interagency Comm. on Medical Records
FPMR 101-11.809-3
600-104-01

EXHIBIT 25

Standard Form 600
General Services Administration and
Interagency Committee on Medical Records
FPMR 101-11.806-8    Exception Approved by NARS
October 1975    1 Aug 79

0800
13 NOV 85
Dr Dell

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

OCT 21 1985  Orthopedic Clinic
DeWitt Army Community Hospital
Fort Belvoir, VA 22060

OCT 22 85  s/ Flu  Multiple joint Pains.  Pains improved

Pt also c/o not  although still present in WRISTS.
Impact diet + not  Also c/o abd burning pain
acw Dr put
h11on    O/  NO PE
         LAB    ESR 21        Hct 39.1
                RF NEG

                ANA pending
         A/  ARTHRITIS-  improved.  Etiology unclr
             r/o SLE    Doubt Gout
         P/  Liberalize diet
             ✓ FBS, Uric Acid
             Flu ANA
             Δ to Ecotrin
             Flu Dr Dell  3 wks.

PATIENT'S IDENTIFICATION (Use this Space for Mechanical Imprint)

| PATIENT'S NAME (Last, First, Middle initial) RUNYON  Suk Cha | | SEX F |
|---|---|---|
| YEAR OF BIRTH 1945 | RELATIONSHIP TO SPONSOR WIFE | COMPONENT/STATUS RA | DEPART/SERVICE O R?20 |
| SPONSOR'S NAME DAVID H. RUNYON | | RANK/GRADE SFC |
| SSAN OR IDENTIFICATION NO. | | ORGANIZATION Co A, 3nd BN |

E7 DAVID 4-3632

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600
600-106-01

EXHIBIT 25

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: _Urology_

FROM: *(Requesting physician or activity)*

DATE OF REQUEST: _10/31/87_

REASON FOR REQUEST *(Complaints and findings)*

42 y/o F, G2 P2 Ab0

CC: Urinary incontinence, chronic

PROVISIONAL DIAGNOSIS

R/O Bladder prolapse

DOCTOR'S SIGNATURE: ART SUTHERLAND, PA-C

APPROVED

PLACE OF CONSULTATION: ☐ BEDSIDE ☐ ON CALL

☒ ROUTINE ☐ TODAY

☐ 72 HOURS ☐ EMERGENCY

**CONSULTATION REPORT**

D/P: SG 1.005 PH 6.0 Micro: clean PVT W/day 9/4/0

NOV 13 1987   42 y/o ♀ c/o frequency, urgency, & urgency

UROLOGY SERVICE
US DEWITT ARMY HOSPITAL
FT. BELVOIR, VA  22060

incontinence & nocturia x2 yrs — pt. wears pads most of the time — is usually damp - sometimes wet - incontinence occurs not only c stress although there is a stress component as well. No dysuria - no recent episodes of gross hematuria. No DM, HTN — no recent UTIs —

PMH: No med. prob-s, NKA, NS, No meds —

PE: no ext. genitalia
Small cystocele —
No SUI
(Continued on reverse side)

SIGNATURE AND TITLE

Joseph M. Khoury, MD
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

IDENTIFICATION NO

ORGANIZATION

imp/ urge incontinence c stress component

Plan: voiding diary

DeWitt Appt —

13 NOV ③ CME
1300  ④ LTC c above studies

PRIMUS 1519 DAVIS FORD RD, WOODBRIDGE, VA 22191

RUNYON, SUKCHA
SEX: F  DOB:
SSN:          FMP: 30
SPON: RUNYON, DAVID H
  VISIT DATE: 31 OCT 1987

POAT: A51

RANK: SFC
NO. 056

**CONSULTATION SHEET**
STANDARD FORM 513 (Rev 9-77)
Prescribed by GSA/ICMR
FPMR 101-11.808-8
513-107

4-2854/4291

EXHIBIT 25

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

| TO: PT | FROM: *(Requesting physician or activity)* Rheum WRAMC | DATE OF REQUEST 10/17/88 |
|---|---|---|

REASON FOR REQUEST *(Complaints and findings)*

Pt c̄ diffuse musculoskeletal pain & stiffness c̄ completely negative rheumatological evals. Please instruct in daily ROM exercises & daily exercise program.

PROVISIONAL DIAGNOSIS

MS pain

| DOCTOR'S SIGNATURE sexton #708 | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE  ☐ ON CALL | ☒ ROUTINE  ☐ TODAY ☐ 72 HOURS  ☐ EMERGENCY |
|---|---|---|---|

**CONSULTATION REPORT**

PHYSICAL THERAPY SVC.
DEWITT ARMY COMMUNITY HOSPITAL
FT. BELVOIR, VA  22060

S: 43 yo ♀ c/o diffuse musculoskeletal pain ↑'d c̄ damp-cold weather
Reports ankle pain, knee pain, wrist + hand pain + shoulder pain. Not on an exercise program.

O: FROM BUE + BLE. GMMT All 4 extremities WNL.
Pain c̄ all resisted motions everywhere.
Diffuse body tenderness.

A: WBA

P: Instruct in strengthening exs. Counsel on aerobic exer. benifits.

G: ↓ pain, ↑ strength                    *(Continued on reverse side)*

| SIGNATURE AND TITLE  P Caneras OCPT-SP | | | OCT 20 1988 |
|---|---|---|---|
| IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION  *(For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)*

CONSULTATION SHEET
STANDARD FORM 513 (Rev. 9-77)
Prescribed by GSA/ICMR
FPMR 101-11 806-8
513-107

✰U.S. GOVERNMENT PRINTING OFFICE: 1987-176-314

Runyon, Suk·cha
DW/AD/A

CHRONOLOGICAL RECORD OF MEDICAL CARE       STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR

EXHIBIT 25

PERSONAL DATA — PRIVACY ACT OF 1974 — 5USC522a

Walter Reed Army Medical Center
RADIOGRAPHIC REPORT

                              Date Report Printed: 88/09/27
                              Date Initially Printed: 88/09/27
Runyon, Suk Cha                           30-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
DOB:
Sex: Female
Exam Date: 88/09/26     Patient ward:
Exam: HA031  bilat hands (pa, obliq, lat)
Requesting Location: Rheumatology Clinic
Patient Response to Pregnancy Question: Negative
Provisional Diagnosis or Clin History:
          home                work

Request Entry Date: 88/09/26     Requestor: Seiken
Scheduler: Holley, LaTreaviette
Exam: LS022  l-spine series (5)

DICTATED:     26SEP88
TRANSCRIBED:  27SEP88

BILATERAL HANDS AND LS SERIES, 26SEP88.

HISTORY: Arthralgias.

FINDINGS: Frontal and lateral views of the lumbosacral spine are obtained and
these do not reveal any gross abnormalities. Of note, however, is that due to
the significant kyphosis of the sacrum and due to patient positioning, the
inferiormost aspect of the sacrum is not well evaluated. There is no other
evidence of degenerative change, fracture or soft tissue swelling.

Frontal, oblique and 'ball catcher's" views of both hands are obtained and the
do not reveal any evidence of arthritis, fracture or dislocation.

IMPRESSION:  1. GIVEN THE TECHNICAL LIMITATIONS OF THE LUMBOSACRAL SPINE AS
DESCRIBED, ESSENTIALLY NORMAL STUDY.
          2. NORMAL HAND SERIES.

PRN/AM/VB

                              s/Allen Meglin, M.D.



EXHIBIT 25

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| FEB 10 1989 | TRIAGE DeWitt Army Hospital Fort Belvoir, Va. 22060 — 44 y/o ♀ c/o chest pain radiating down ⓡ shoulder & arm x 6-8 mos |
| 1115 hrs | (Intermittent) assoc c/o ⓡ breast pain x 3 days |
| BP - 102/70 | Meds: Estrin |
| T - 98.8 | Aller Meds: PCN |
| | TO GOPC for eval |
| 1315 Dr Angel | General OutPatient Clinic DeWitt Army Hospital Fort Belvoir, Va. 22060 |
| | S - 44 y/o ♀ [illegible] complaint of discomfort at |
| Meds | ⓡ shoulder and ⓡ chest wall x 6-8 [illegible] |
| Estrogen | [illegible]. [illegible] polyarthralgia [illegible] on Estrogen |
| Allergies: PCN | for it. Complains also pain at ⓡ breast x |
| | 3 days - ∅ mass felt. |
| CA: Mas | |
| Pars | O - Alert in NAD, afebrile |
| Smoke ⊕ | HEENT - ∅ JVD, ∅ Bruits |
| 4-5 cigarettes/d | Lungs - CTA |
| | Heart - RR, ∅ mur - |
| | Breast - ∅ mass felt, nodular, tender |
| | at area of areola at ⓡ breast. |
| | A: R/O Fibrocystic Disease of Breast - |
| | ⓡ Musculoskeletal pain |
| | Plan: Referral to Breast clinic |
| | Mammogram - |
| | Estrogen [illegible] ∅ [illegible] #240 Rx 3 |
| | Mylanta [illegible] #6 [illegible] Rx 3 |
| | Pablo Ayala MAJ MC |

U.S. Government Printing Office: 1986—491-083/43152 STANDARD FORM 600 BACK (REV. 5-84)

EXHIBIT 25

NSN 7540-00-634-4176                                                                          600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**13 FEB 1990**
FAMILY PRACTICE CLINIC
121 EVAC HOSPITAL
APO SF 96301-0017

TEMP _____  WT _16/_
PULSE ____  BP ____
ALLERGIES _____
MEDICATION _____

*(handwritten clinical note)*

S) c/o (R) cheek skin problem
Very talkative pt complains
of (R) zygomatic rash x 1/52. Also
ears & forehead have been itching
c bumps. Pt has long hx of
various allergies. No records available.
Pt denies any new contacts ie soaps,
jewelry, foods. Has never had this problem
before.

O) VSS  44 Y/O F A/0 x3 NAD
erythematous, scaling, macular area
over (R) zygomatic. No evidence
of infection. Measures 2.5 x 2.5 cm
KOH ⊖   Skin dry.

A) Contact dermatitis
P) 1) HC cream 1% Apply to area TIT
2) Eucerin cream apply to face BID
3) Seldane 60mg BID
4) Obtain records from allergist.
5) F/U 2 wks or PRN

PETER V. WEBER, CPT MC
53?-60-5?50
FAMILY PRACTICE, 121 EVAC HOSP

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

3 O
PUNYCN, SUK C

| RECORDS MAINTAINED AT: | | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | | SEX |
| RELATIONSHIP TO SPONSOR | | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| | | | DATE OF B. |

EXHIBIT 25

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: _Int. Med_   FROM (Requesting physician or activity): _____   DATE OF REQUEST: _12/18/9_

REASON FOR REQUEST (Complaints and findings): _[handwritten] 45 yo cold ... diarrhea ... eat for 10 mos ... Would you evaluate & treat her please thanks_

PROVISIONAL DIAGNOSIS: _[handwritten]_

DOCTOR'S SIGNATURE: _[handwritten]_   APPROVED: _____

PLACE OF CONSULTATION: ☐ BEDSIDE   ☐ ON CALL   ☑ ROUTINE   ☐ TODAY   ☐ 72 HOURS   ☐ EMERGENCY

**CONSULTATION REPORT**

DEC 18 1990   MEDICAL CLINIC BAXA
USAH SEOUL 121 EVAC HOSP
APO SF 96301 #737-8396

A 0900

P. Diarrhea since 6/88. 3 + 4 x a day watery. No drinks, no food. Used to have constipation.

O. ( / ) Tender.

A. Irritable bowel syndrome

P. Zantac, Bid.
Donnatal
Metamucil.

(Continued on reverse side)

SIGNATURE AND TITLE: _____   DATE: _____

IDENTIFICATION — ORGANIZATION:   KUKYON, SUK C

PATIENT'S IDENTIFICATION (For typed or written entries give Name—last, first, rate, hospital or medical facility)

CONSULTATION SHEET
STANDARD FORM 513 (Rev. 8-7
Prescribed by GSA/ICMR
FPMR 101-11.806-8
513-107

EXHIBIT 25

MEDICAL RECORD                    NARRATIVE SUMMARY

Date of Admission        Date of Discharge
27 APR 92                29 APR 92

CHIEF COMPLAINT: Chest pain.

HISTORY OF PRESENT ILLNESS: This is a 46-year-old Korean female with no known history of atherosclerotic heart disease who has a two to three day history of pressure-like chest pain. She stated at the time of admission that the pain becomes more intense and sharp in nature, but does not radiate. It is not related to activity, but taking a deep breath does aggravate the pain. She has not had any recent trauma to her chest. There has not been any recent cough, fever, or chills. No known history of asthma or reactive airway disease. She does report a bronchitis with a questionable pneumonia in the past. The pain is not associated with vomiting. There is the question of mild nausea and mild shortness of breath associated with the pain, however, the patient denies any radiation or any diaphoresis. Cardiac risk factors include a positive family history, unknown cholesterol, and a history of tobacco abuse when she smoked up to three packs a week for 25 years. She has no known history of peptic ulcer disease although she states that she had a couple of episodes of coughing up blood when she was pregnant. She has a history of a positive PPD skin test, but has not been treated for active tuberculosis. She denies any recent swelling of her lower extremities. She is recently status post a vaginal hysterectomy which she tolerated well and was sent home on iron. There is no history of diabetes or gout. It should be noted, however, that the pain resolved in the Emergency Room after the patient was given nitroglycerin.

PAST MEDICAL HISTORY: She has an allergy to penicillin. Surgeries - bilateral tubal ligation, transvaginal hysterectomy, and bilateral salpingo-oophorectomy. Her medical history is otherwise noncontributory.

FAMILY HISTORY: Positive for heart disease and hypertension. There is no known cancer.

HABITS: She smoked one third to one half pack a day times 25 years. She uses alcohol occasionally.

REVIEW OF SYSTEMS: Noncontributory.

(continued)

STEVEN LANGE, M.D.                    E-3-10        ISG

| | | NAME<br>RUNYON, SUK C. | |
|---|---|---|---|
| ☐ HISTORY & PHYSICAL<br>EXAMINATION<br>(SF 504, SF 505, & SF 506) | ☐ OPERATION REPORT<br>(SF 516) | | |
| ☐ CONSULTATION SHEET<br>(SF 513) | ☒☒ NARRATIVE SUMMARY<br>(SF 502) | REGISTER NO.<br>664959 | SSN<br>30 |
| ☐ CHRON RECORD OF<br>MEDICAL CARE - (SF 600) | ☐ AUTOPSY PROTOCOL<br>(SF 503) | UNIT | |
| ☐ PROGRESS NOTE<br>(SF 509) | ☐ | DATE DICT<br>1 MAY 92 | DATE TYPED<br>1 MAY 92/mls |

GLWACH, FT LEONARD WOOD, MO    65473

OPTIONAL FORM 2

EXHIBIT 25

MEDICAL RECORD    -2-        NARRATIVE SUMMARY

PHYSICAL EXAMINATION:  The patient was alert, oriented, and in no acute
distress; but she was mildly anxious.  Her blood pressure was 112/88, pulse
75, respirations 16, temperature 98.2.  HEENT was unremarkable.  Her chest
wall was tender to pressure, particularly in the midline.  There were no
palpable lesions.  The breasts were without masses.  Her lungs were clear.
Heart was S-1 and S-2 without murmurs or gallops.  Her abdomen has a well
healed umbilical scar.  There were no masses or organomegaly.  Rectal,
pelvic, and neurologic examinations were deferred on admission.

DIAGNOSTIC STUDIES:  Her chest x-ray was unremarkable.  EKG was within
normal limits.  ABGs were within normal limits.  Cardiac enzymes showed CPK
to be 49 on admission and decreased throughout her stay.  B bands were 4.
cholesterol was 172, SGOT was normal.  CBC showed a white count of 10,600,
H&H of 13.1 and 38.4 with normal chromic normocytic indices and normal
platelets at 288,000.  PT and PTT within normal limits.

HOSPITAL COURSE:  The patient was admitted to the Intensive Care Unit for
cardiac monitoring and treatment.  She developed a couple of episodes of
pain that responded to nitroglycerin.  She was placed on transdermal
nitroglycerin.  At one time, she did require a couple of milligrams of
morphine for her pain; but she then remained pain free throughout the rest
of her examination.  Cardiac enzymes were negative.  The patient was
discharged on 28 Apr 92.  She was to followup in two days for a treadmill
stress test or earlier if she had a return of her pain.

DISCHARGE MEDICATIONS:  Transdermal nitroglycerin 0.2 q one hour q day;
enteric coated aspirin, one q day; tolmentin 400 mg tid; nitroglycerin
sublingual prn.  She was instructed in light activity until the time of her
treadmill.

STEVEN LANGE, M.D.

| | | NAME<br>RUNYON, SUK C. | |
|---|---|---|---|
| ☐ HISTORY & PHYSICAL<br>EXAMINATION<br>(SF 504, SF 505, & SF 506) | ☐ OPERATION REPORT<br>(SF 516) | | |
| ☐ CONSULTATION SHEET<br>(SF 513) | ☒ NARRATIVE SUMMARY<br>(SF 502) | REGISTER NO. | SSN |
| ☐ CHRON RECORD OF<br>MEDICAL CARE - (SF 600) | ☐ AUTOPSY PROTOCOL<br>(SF 503) | UNIT | |
| ☐ PROGRESS NOTE<br>(SF 509) | ☐ | DATE DICT | DATE TYPED |
| GLWACH, FT LEONARD WOOD, MO    65473 | | 1 MAY 92 | 1 MAY 92/mls |

0275-102

**MEDICAL RECORD REPORT**

OPTIONAL FORM 27

EXHIBIT 25

558-102       (See Instructions on Back of this Sheet)      NSN 7540-01-075-3786

**EMERGENCY CARE AND TREATMENT** (Medical Record)

| TREATMENT FACILITY (Stamp) | LOG NUMBER |
|---|---|

**ARRIVAL**

| DATE | TIME | TRANSPORTATION TO HOSPITAL (Attach care en route sheet) | CURRENT MEDS, (tetanus immunization and other data) | HISTORY OBTAINED FROM |
|---|---|---|---|---|
| DAY / MONTH / YR | 14.07 | ☑ PRIVATE VEHICLE ☐ AMBULANCE ☐ OTHER (Specify) | | ☑ PATIENT ☐ OTHER (Specify) |

ALLERGIES: PCN

PATIENT'S HOME ADDRESS OR DUTY STATION (City, State and ZIP Code) — Box 20X22

HOME PHONE: 336-7104

CHIEF COMPLAINT(S) (Include symptom(s), duration): Chest pressure — Left + Chest

SEX: F   AGE: 47

POSSIBLE THIRD PARTY PAYER? ☐ YES ☑ NO

**VITAL SIGNS**

| | | |
|---|---|---|
| TIME | 1407 | 1425 |
| BP | 98/60 | 117/80 |
| PULSE | 76 | 95 |
| RESP. | 18 | |
| TEMP. | 98.9 | |
| WT. (Child) | | |

TIME SEEN BY PROVIDER: 1425

DESCRIBE (1) Subjective data (Partinent History); (2) Objective data (Examination - include results of tests and x-rays); (3) Assessment (Diagnosis); (4) Plan (Treatment/Procedures - include medication given and follow-up):

EKG x 20 days ... Stress Test, Holter monitor ... See prior records ...

Patient has had left chest pressure/pain since March of 92 - had hysterectomy at that time. Since then has had daily left chest pressure. Pain there almost all the time, not related to activity level. Also feel weak all over + nausea all the time. Had treadmill which was inconclusive because of no exercise tolerance. Did not keep appt for persantine thallium stress test because she didn't really want to know if her heart was acting up. ⊕ Smoker. Has Esophageal Motility Disorder

Exam - oriental female who speaks too much ... fluttering of eyelids. No pre-tibial edema

Lungs - clear

COR - RR, S1 split ā (i.e.)

EKG - n.l.    HCT — 37

CXR - n.l.

A. I suspect she's most likely esophageal disease as demonstrated in 1990

P/u ī Dr Large to get Persantine Thallium test

(CONTINUE ON SF 507, IF NEEDED)

**CATEGORY** (See reverse)

| EMERGENT | |
|---|---|
| URGENT | |
| NON-URGENT | |

| ORDERS | INITS. | TIME |
|---|---|---|
| EKG, monitor | | 1425 |
| CXR | | 1510 |
| CBC | | 1510 |

**ASSESSMENT/DIAGNOSIS**

Esophageal motility disorder, Anxiety

**DISPOSITION** (Check all that apply)

| HOME | FULL DUTY |
|---|---|

QUARTERS

| 24 Hrs. | 48 Hrs. | 72 Hrs. |
|---|---|---|

MODIFIED DUTY UNTIL:

| DAY | MONTH | YEAR |
|---|---|---|

REFERRED TO (Indicate clinic)

| EMERGENCY | TODAY |
|---|---|
| 72 HOURS | ROUTINE |

ADMIT. TO HOSP. UNIT/SERVICE

**CONDITION UPON RELEASE**

| IMPROVED | UNCHANGED |
|---|---|
| DETERIORATED | |

TIME OF RELEASE:

PATIENT'S IDENTIFICATION (Mechanical imprint) For written entries give Name - last, first, middle; SSN; DOB; service status; name and relation of sponsor; next of kin:

MOUNT? BOX   C
USA DEP AO
FORT LEONARD W MO 65473
M031   FT WOOD MEDDAC
MEDICAL DATA/PRIV ACT 4

SIGNATURE OF PROVIDER AND ID STAMP: WILLIAM HARDMAN M.D. 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

INSTRUCTIONS TO PATIENT (Include medications ordered, any limitations and follow-up plans)

EMERGENCY CARE AND TREATMENT
Medical Record Copy

STANDARD FORM 558 (REV. 6-82)
Prescribed by GSA and ICMR
FPMR (41 CFR) 101-11.906-8

EXHIBIT 25

NSN 7540-00-634-4178

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | 600-1 |
|---|---|---|

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)*

1 Mar 93

47 y/o female
Presents for "no
flu" Marie Ste

Family Practice Clinic
T.97  P74  18   96
98#  70
PCN

MPL

The patient is a 47-year-old oriental female here for
followup on her peptic acid disease.  She continues to have
some epigastric burning and pain.  She denies any
hematemesis, hematochezia or melena.  She is sleeping a
little bit better after being placed on the Trazodone.

O:  Patient is alert, oriented in no acute distress. Abdomen
is soft and nontender.

A:    Peptic acid disease

     Moderate depression

PLAN:  Will go ahead and refill her Zantac 150 mg bid.  Will
change her to Doxepin 50 mg qhs because of its H2 antagonist
affect and will also request a consultation with Internal
Medicine for an EGD to evaluate her endoscopically.  She is
to followup after having her EGD.

DARWIN L. DAVIS JR, MAJ, MC/LMA
1 Mar 93 FPC  Runnion

---

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

30
RUNYON, SUK C
F
GA DEP AD
ORT LEONARD W MO 65473
... RSONAL DATA/PRIV ACT

RECORDS
MAINTAINED
AT:

| PATIENT'S NAME (Last, First, Middle Initial) | | | SEX |
|---|---|---|---|
| RELATIONSHIP TO SPONSOR | | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

EXHIBIT 25

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|-----|

*(handwritten)* 27 Jan 97

Family Practice Clinic
T. 97² P. 72 R. 20 B/P 100/70
Ht. _____ Wt. 101 #
Allergies (PCN) (illegible)
Meds
  Prilosec
  Zantac

*(handwritten right side)* (S) 47 yo female presents for F/U for stomach problem — Shirley Butler

SUBJECTIVE: The patient is a 46-year-old white female here for follow-up on her peptic acid disease and work-up on her chronic fatigue. She is not sleeping, has anhedonism. She is not suicidal or homicidal at this time. She has inability to concentrate and has a very pessimistic mood about the future.

OBJECTIVE: Patient is alert and oriented in no acute distress today. Her abdomen is soft and nontender.

ASSESSMENT:  1.  Peptic acid disease, responding well to Zantac.

2.  Depression.

PLAN: Will start her on Trazodone, 50 mg q hs, and have her continue on Zantac. She is to follow-up in approximately three weeks. She is to call if she has any problems with the medication.

DARWIN L. DAVIS, JR, MAJ, MC
D&T:  27 Jan 83/pb

STANDARD FORM 600 BACK (REV. 5-84)

000182

EXHIBIT 25