## DECLARATION OF DAVID DOMBROWSKI

1. My name is David T. Dombrowski.  I live in Cottondale, Alabama, with my wife Alice.  I work as a courier driver, delivering prescription medicine to medical facilities.  I am David Runyon's biological father.

2. In 1969, I was in the Army and stationed in Korea.  I met Suk Cha, we married, and eventually we returned to the United States.  We had two sons, David and Mark.  After Suk Cha and I divorced, my sons were adopted by Suk Cha's second husband, David H. Runyon.

3. I came to Virginia to testify at my son's trial.  I met with one of the trial attorneys for approximately 10-15 minutes at the hotel.  The attorney said he wanted to touch base and let me know the status of the case.  At the courthouse, I spoke with one of the trial attorneys for approximately 10-15 minutes.  The attorney told me just to answer the questions as best I could.  I was not told the subject matter of the questions.  During my testimony, I tried to answer the questions to the best of my recollection.  I would have testified about the things set forth in this declaration if I had been asked.

4. My mother, Elinore Ruth Birdsell, was born August 6, 1924.  She married my father, Anthony "Tony" Dombrowski when she was 25.  They lived in the mid-west and spent most of their marriage in the Chicago area.  They had five daughters and three sons, including me.

5. I would describe my mother as "slow," meaning she had limited intellectual functioning.  She had to be "lead around."  She was not able to drive and was, therefore, completely dependent on my father to take her anywhere.  My father had to give her constant reminders about almost everything.  My father taught my mother how to cook but had to remind her to take something out of the freezer to let it thaw out, before she could cook it.  My father handled all of the finances.  I do not recall my mother ever paying a bill or handling money.  She never worked outside the home.  My mother was easily persuaded and gullible.  She was almost childlike in the way you could persuade her.  I believe my mother was "handicapped" but was never formally diagnosed.

6. My mother was able to physically care for herself.  My father expected her to care for the children, cook and clean.  She did not have a life outside of the home.  She did not socialize with others and was dependent on my father for everything.

7. My father had a schedule and routine set up for my mother and she could function adequately as long as her routine did not change.  My mother would feed everyone and get the children off to school and as long as nothing

EXHIBIT 26

happened throughout the day she would be fine. If she received a phone call about one of the kids getting in trouble at school or needed to go home early, she had to wait for my father to come home and deal with the problem. If she needed to go to the schools, she would have to wait on my father to drive her to school. This seems minor but any little kink in the day would throw my mother off.

8. My sister, Catherine, has limited intellectual functioning and limited independent living skills. She lives with another sister. Catherine and my mother had very similar levels of functioning.

9. My mother was loving and caring. She tried, as best she could, to protect me and my siblings. My father was very abusive and my mother was the primary target of his abuse. I think this is partly because my mother tried to protect us kids from our father's extremely violent behavior.

10. My father was born November 2, 1914. He grew up without a father. At approximately age 15 he went to prison for murder. My father worked for the mob, more specifically, Anthony "Tony" LaBarbera. My father was an "enforcer" or hit man for LaBarbera. I think the murder that my father went to prison for was a hit for LaBarbera.

11. My father was released from prison early because he volunteered for a medical study, while in Boys Town, Nebraska. He was a "test dummy" for a federal study testing treatment for TB. I don't know what effect this had on my father but, when I was in the military, I had a TB test and had a positive reaction. I had to take medication for over a year.

12. LaBarbera moved his operation to Las Vegas but later returned to Chicago and was looking for men to work for him. LaBarbera found my father and wanted him to return to work for him. Tony refused. By this time, my father was married and had children. LaBarbera threatened to harm our family if my father did not work for him. I was sent t to live with my Aunt Viola. My other siblings were each sent to live with a different relative. At the time, there was no explanation for why this was happening. I'm not sure how long I lived with my Aunt but eventually I and all my siblings returned home. I was around 7 or 8 years old.

13. I learned that my father was continually asked to work for LaBarbera and refused. In order to make the point that he was not going to work for the mob, my father went after and beat the men who were working for LaBarbera to send the message that he was not going to help. After he beat each person, he would ask if LaBarbara would leave him alone. If the answer was no, my father would hunt down another of LaBarbera's men and beat them. Finally, LaBarbera left my father alone.

EXHIBIT 26

14. My father never spoke of his mob ties (or really anything for that matter) while sober, but when he got drunk, he would tell me almost anything. I believe what he told me 100% true. My father was a very violent and aggressive man who operated under a mob mentality. There were strong themes which ran through the family: protect your family at all costs, never let anyone disrespect you or your home, stand by your beliefs and morals no matter the costs, and the man of the house protects his family. My father was very matter of fact and to the point. All problems were solved with violence, usually beating.

15. I have contact with only three of the eight children in my family. Those three siblings are living in Georgia. I have no idea where any of my other siblings are residing. I was the protector of the family and peace keeper. My twin, Jimmy, was a "con man," "swindler," and "ladies man." At one point when we were adults, he used my social security number and ran up debt in my name. My sister, Joyce, had mental health problems as a result of not being able to have children. My sister, Patricia, has power of attorney over two of our sisters who have intellectual disabilities. Our sister, Freida, was born severely handicapped. I don't think she ever came home from the hospital and was instead sent to an institution or group home. I remember going with my mother to a group home and visiting Freida. No one ever talked about what was wrong with Freida. I assumed the problem resulted from my father drinking too much and there were "bad genes." My father also beat my mother when she was pregnant and I think this could have impacted the child. Our sister, Catherine, was also born intellectually disabled, although not to the degree of Freida. Catherine was able to live in the home but she was very slow. Catherine did attend school but was in special education classes. Catherine has some independent living skills, in that she can dress and feed herself and is able to stay alone for extended periods of time. Her speech is very broken. It is as if Catherine knows what she wants to say but cannot get the words out. She is also very impressionable and gullible. My mother and Catherine were very much alike. They both were very impressionable and easy to take advantage of. They did really well if they had a routine but could not figure out what to do if there was a variance. They also both required constant reminders.

16. My father became a certified engineer while he was in prison. He spent the majority of his life working in the construction business. Despite receiving no formal training, except for some training while in prison, my father could build or construct just about anything. My family moved around the city of Chicago many, many times. My father refused to travel more than 15 or 20 minutes to a job site. If he learned that a job was going to last any longer than three months and we were living more than 15 minutes away, he would move the family closer to that particular job site.

EXHIBIT 26

17. My father ruled the family with an iron fist.  He was a severe alcoholic and regularly beat my mother.  My father was a "functional drunk."  He worked during the day but got very drunk at night and on the weekends.  I cannot recall a time in my childhood when my father was not an abusive alcoholic.  I think my father did not have a positive male role model when he was a child and he really did not know how to love.  Instead, he had the role as "enforcer" and "Billy Bad Ass" and he treated his family the same way.  When he was drunk, his "evil side" came out.

18. My father always made sure that he beat my mother when we kids could not see it.  We still knew what was happening.  My father would come home and tell us to go into another room and then he would start beating my mother.  I could hear what was happening and hear him hitting her.  Later, I would see bruises all over my mother.  I remember my father beating my mother in their bedroom and one time he pinned her in the pantry and hit her so we did not actually see him physically strike her.

19. When I was around the age of 12 or 13, I started interceding to try and protect my mother from my father.  I was the unofficial protector of my siblings and took it upon myself to try and protect my mother, even if it meant I was beaten.  My father would begin by telling us to get the hell out of the room.  I could not take the sounds of my mother being beaten or the sounds of her crying.  I would run into my father and yell at him to leave her alone or I pulled on his clothing to try and get him to stop.  I knew I ran the risk of also being beaten but it was worth it to try and help my mom.  It was stupid to think I was going to stop my father from beating my mother but I thought it would save her some hits if he started chasing me.

20. Usually what happened is that my father yelled at me to get away and if I did not leave, he chased me. I learned I was usually quick enough to get away from my father.  I ran away from the house and returned later.  There were times when my father caught me and beat me.

21. Our family environment was very violent and very volatile.  Every time my father drank there was a high probability he would become violent.  I walked on eggshells all the time with a constant feeling of dread about what was to come.  I think my mother took the abuse, and maybe even provoked it, to keep my father from abusing me and my brothers and sisters.  My mother would tell me not to get involved in their fighting and to stay away.

22. My father kept my mother isolated and alone, which made it nearly impossible to report the abuse – not that she would have done that anyway.  She was

EXHIBIT 26

completely dependent on him for everything. Even if she did everything the way he wanted it, my father still got drunk and beat her. On top of being physically abusive, my father degraded my mother. There were times when he came home late from the bar and demanded to know why his supper was not waiting on the table for him. Although my mother had his plate of food in the oven or the refrigerator my father would demand to know why it was not on the table, waiting for him. He made my mother sit down in the kitchen and watch him get his plate out and heat it up. He would yell at her saying things like – do you see how I'm doing this, does this look too hard for you? He kept my mother beat down in every way possible.

23. My father's violence did not stop with our family. When I was in fifth grade, two bullies picked on me at school. One day I had had enough and I beat one of the bullies until he couldn't move. Later that day, the boy's father came to our apartment, opened the door and walked inside without asking. My father took this as a major insult and a sign of disrespect. The boy's father began to tell my father that he had to pay for his son's medical bills. My father beat the man and continued beating him until he was outside the apartment and then he kicked the man down the apartment steps.

24. My father had poker parties, almost weekly. I would pull my little red wagon down to the local bar, load up on beer, and take it back to sell at the poker parties. I was probably 12 or 13 years old. As a means to make money, I also hung out in the bar and shined shoes. This put me in contact with a lot of drunk people making bad decisions. It was a crude lifestyle that became commonplace to me. I remember that when I was as young as age 10, my father took me to the bar with him so that I could drive him home after he got drunk. We lived about ten minutes away from the bar.

25. At one of my father's hangouts, where we got the beer for his poker parties, he had a disagreement with the bar owner. The owner was trying to blackmail my father or tell people about his prison past. My father told the bar owner he was going to regret this. Around this time, my father started making pipe bombs at our home. He had all the parts laid out and he showed me how to assemble a bomb. He said something to the effect of – "if you are going to sit there and watch, you might as well help." About two weeks later, that bar burned down. My father was never implicated or charged. I don't know how it happened but I assumed my father blew it up. This is how vengeful my father could be and he never made a threat he did not follow through with. You might say his threats were really a promise and warning of things to come.

26. I started running away from home when I was about ten years old. Many times I ran in reaction to my father beating my mother or me. I made it a point to attend

EXHIBIT 26

school so even when I ran away I went to school the next day in the same clothes from the day before. I was not worried about running away or what I would do. I always had the sense I could take care of myself and that I was better off anywhere but home. Eventually children services got involved because I was a chronic run away. I was placed in foster care. I spent two years in a group home and then went to live with a foster family, in Waukegan, Illinois. My twin, Jimmy, was already living with that foster family. Jimmy was also involved with children services due to running away from home and minor juvenile offenses. I stayed in contact with my mother by receiving passes to visit my family. My behavior and school grades were good and I was rewarded with passes.

27. The foster parents, Robert and Sally Alger, were good people who tried to help. I was working at a movie theatre and stole a gun from the manager's office. I hid the gun in my bedroom and the son of the foster family found it. I walked in the room while the kid had the gun and he accidentally shot me. I was in the hospital for a couple of weeks. The foster family felt it best that I not return to their home. I went back to live with my mother and father, in Chicago. As soon as the doctor cleared me, I entered the service. My military career began in August, 1967 and ended on December 10, 1987

28. After enlistment, my contact with my family was sporadic. Around 1968, my mother left my father and moved to California. My three siblings, still left in the home – Catherine, Freida and Michael - also went with my mother to California. There was a brief period, when I was stationed in Fort Leonard Wood that I brought my mother to live with me. She did not like it and, in 1977, moved back to California. My sister, Catherine remained with me for an extra summer, but decided she wanted to live back with our mother.

29. When I was on leave, I would return to Chicago and visit with my father. My father eventually had to quit construction work because his body could not keep up. He took on maintenance positions at apartment complexes and a veterinarian's office. My father stopped drinking, very late in life. He died, around age 66, mainly due to cirrhosis of the liver. My mother died June 22, 1993, due to heart failure.

30. I have come to realize that I mirrored my father's bad behavior, including his quick temper and aggressiveness. Around 1991, I admitted to myself that I had a problem. I began seeing a psychiatrist at the VA hospital. It took a while to get my medication regulated but once it was, I benefitted greatly. Currently, I take Prozac and Buspar. I see the psychiatrist every three months for check-ins and medication management. There have been times when I feel better and think I can manage without medication and will stop taking it. My wife can tell immediately if I've skipped a dose. She says I'm like "night and day." Without

EXHIBIT 26

medication, I am easily frustrated and very quick tempered; with medication, I am easy going and pleasant to be around. I do not know my exact diagnosis but my problems stem from anxiety and depression.

31. I was 20 years old when I met Suk Cha while I was stationed in Korea. I didn't learn much about her family because she had little contact with them. I know that they escaped North Korea and that her sister died sometime during the escape. I heard her sister essentially died of exhaustion, while in Suk Cha's arms.

32. I have always wondered if Suk Cha and/or members of her family were providing some sort of information to the United States government. When we were in Korea, Suk Cha made frequent trips to see her brother in Seoul. She was very secretive about these trips and she and her brother never appeared particularly close. After we moved to the United States, she continued to write her brother very, very long letters and she spent large amounts of money talking with him on the phone. I remember receiving $150 phone bills, which was substantial at that time. Suk Cha rarely talked about her family but I gathered that they were prominent in North Korea and were targets due to information they may have had regarding the North Korean government.

33. Suk Cha as very, very paranoid. She was constantly looking over her shoulder and fearful people were coming after her. I thought that some of this behavior might be attributed to the country and environment she grew up. But, I also wondered if her paranoia was influenced by any work she may have provided the government. In hindsight, I have wondered whether I was used by Suk Cha as a ticket to the United States.

34. Our marriage was very good up until we had children. Suk Cha refused to get prenatal care while pregnant with David because she did not trust the American military doctors. When she was about six months pregnant, Suk Cha began spotting and experiencing abdominal pain. I made her see a doctor. I do not remember if David was born vaginally or by caesarian. The hospital staff would not let me in the delivery room. David was possibly breach because I recall that the hospital staff were irritated that Suk Cha had waited so long to see the doctor, otherwise they could have tried to turn David.

35. David was a sickly child and I attribute that to Suk Cha not getting the prenatal care she needed. Suk Cha did not want to breast feed and David was fed formula.

36. Suk Cha did not know what to do with David. It seemed like her behavior was much deeper than just first-time mom anxiety. She did not bond with David or Mark. She was not emotionally connected to them in any way. She did not know how, and did not try, to sooth David when he cried. She exhibited no maternal nurturing; she was cold as a fish and David and Mark could sense this. I

EXHIBIT 26

remember walking in the house and seeing Suk Cha holding David while he cried and wondering who was more scared of who?  She held David with semi-outstretched arms; not in any sort of close or connective way.  Although Suk Cha would hold David while he cried, she did not try to soothe him.  I could walk over to David and simply rub his head or kiss him and he would stop crying, but he would resume crying when I walked away.  I always felt like the babies knew their mother was afraid and they- even as infants – picked up on that.  I think this was a big part of the reason why David cried a lot.

37.  As the children aged, Suk Cha's treatment or discipline of them became excessive and borderline physically abusive.  Suk Cha wanted them to act as adults.  When David was barely old enough to walk, Suk Cha would yank him up and start spanking him if he touched something on the coffee table.  I did not think that it was appropriate to spank children at that age for touching something on a table.  Also, Suk Cha's spankings were hard and she hit David several times in a row.  It was excessive.  Suk Cha would not allow the kids to be kids.  She wanted to keep a very, very clean home with all her home decorations displayed in their proper places.  I thought that was unrealistic with young children in the house but Suk Cha made it a point to try.

38.  One time when David was two or three years old, Suk Cha instructed David to finish his dinner and he did not want to.  Suk Cha force-fed him until he threw up.  She pinned David and forced food down his mouth.  David was upset and was crying.  A combination of the crying and the food being shoved down his throat caused David to throw up.  Suk Cha then got mad and spanked him because he threw up.  I tried to intercede and console David but Suk Cha became very angry at me.

39.  There were many instances of normal kid behavior that made Suk Cha very irate.  On one occasion, Suk Cha put collared shirts on the boys and one of them ran outside to play and came back with his collar messed up.  Suk Cha immediately slapped him across the face and fixed the collar.  The boys were terrified of her and they would stop, at the drop of a hat, when they heard her voice.

40.  Suk Cha was extremely difficult to live with.  Every little occurrence was blown out of proportion.  She wanted everything in her control and if things were not exactly how she envisioned them, she quickly became agitated and spun out of control.  Any little thing would send Suk Cha over the edge.  If she did not like something I said, she picked up a dish and threw it at me.  If the David or Mark touched something she wanted left alone, she grabbed their hand and hit it with a ruler until it was almost bleeding.  If she tried to open a can and the can opener was not fast enough, she threw it across the room.  It made for a miserable home environment and left everyone anxious and walking on eggshells.

EXHIBIT 26

41. Nothing anyone did was ever good enough or pleased Suk Cha. There came a point in time when I did not want to go home. I began staying out late until so I could avoid having to see Suk Cha.

42. David was the son who tried to keep the peace. He was a "clinger." When Suk Cha and I would argue, David tried to physically hold onto his mother and calm her down – saying things such as "I'm here mommy," "it's okay." David would do anything to get Suk Cha to calm down. When Suk Cha was hitting the children, David would say, "please stop" and "don't hurt us anymore." At times when I came home from work, David would tell me that their mother had been hitting them. If I tried to take up for the kids or confront Suk Cha, it only seemed to make things worse.

43. We lived in Texas until David was around three-years-old, at which time I received orders to Panama. Things did not go well in Panama. Suk Cha was worried I was not going to get a position I had been promised so she took it upon herself to bust into the Battalion Commanders office and start raising hell. She was escorted out and my commanders warned me about my wife's behavior. Suk Cha continued to call and harass my superiors. One day, I was called into the Battalion Commander's office and told that Suk Cha had three days to leave the base. Suk Cha and the kids moved back to Texas. It was not long after that when Suk Cha sent me divorce papers.

44. I feel guilty about not being involved with my children. I should have fought for more time with them but, at the time of the divorce, I was so frustrated with Suk Cha, I could not fathom fighting with her anymore.

45. At one point, I was stationed at Fort Leonard Wood, Missouri, at the same time as Suk Cha and her husband, David H. Runyon. I found their address and phone number. I called David H. Runyon to let him know we were on the same base and I asked if I could see David and Mark. My request was okay with him but he said I had to check with Suk Cha. I called and spoke with Suk Cha and she refused to allow me to see my boys. For a couple weeks after that, I parked my car where I could see the Runyon's house and watch David and Mark play outside. I had a limited view which did not tell him everything about their lives but I felt the boys looked happy and had fun playing together. I wanted them to be okay and to be happy.

46. A few years before David was arrested, I tried to find him. I searched on the internet and phone books. I thought I found him at one residence in West Virginia but the landlord told me David had just moved out.

47. I was reunited with David when Shelia Cronin contacted me and told me he had been arrested for murder and was facing the death penalty.

EXHIBIT 26

I declare under penalty of perjury that the foregoing is true and correct.
Executed on the 23rd day of September, 2015.

David Dombrowski

EXHIBIT 26