**DECLARATION OF MARK RUNYON**

1. My name is Mark Runyon.  I live in Makawao Hawaii.

2. I am David Anthony Runyon's younger brother.  Our parents are David Runyon, Sr. and Suk Cha Runyon.  David Runyon, Sr. adopted David and me.  Our biological father is David Dombrowski.

3. David and I always knew David Runyon, Sr. was not our biological father.  I don't recall how or when we were told but we always knew our biological father was someone different.

4. Since David's arrest in 2007, I began learning about my family through Sheila Cronin who worked on David's case.  I made contact with my biological dad David Dombrowski.  I learned he had tried calling me and my brother David many times throughout the years but our mother would not let him speak with us.  David and I grew up thinking our biological dad wanted nothing to do with us.

5. David and I grew up in a very cold, repressed, very strict Christian family.  No one showed physical affection – there was no touching, kissing, holding or comforting.  Sex was simply for procreation.  We never saw our mother or father physically touch, hold each other or kiss.  On the rare occasions that my mother sat me upon her lap, it felt weird and unnatural.

6. Our mother and father were emotionally detached from themselves and from us.  There was very little communication between our parents and they spoke very little to us.  Our parents provided food and shelter but the feeling in our house was that we were simply surviving.  Without bonding, attachment, affection, or emotional support from our parents we did not learn how to deal with life, navigate relationships, or cope with stress.

7. As an adult, one of the biggest fears in my life was when my first son was born.  I worried that I would not be able to love him because I did not know how to give love or receive it.

8. Even when my family did spend time together, I still felt no emotional attachment to my parents.  The only activity my family could enjoy together was fishing.  Fishing is generally a quiet activity that one performs somewhat individually.  We would spend 4 hours fishing and maybe say ten words the entire time.  We had

EXHIBIT 27

our own poles, picked our fishing spots and kept to ourselves. To say it was quality family time would be a stretch but this was as close as it got. David and I also enjoyed hunting and going to the shooting range with our father. These activities also involved little communication and limited interaction.

9. Because our father was in the military, we experienced repeated upheaval and moving. David and I learned to not get attached to anything or anyone because we would not be in any one place long. We learned everything changes and often. Moving was commonplace and we learned not to let it bother us. Plus, David and I had each other.

10. My mother made sure that I knew I was the "bad son" and David was the "good son." I never felt love from my parents and my mother told me I was bad and could do nothing right. I learned from an early age that nothing I did would be good enough for my mother so, why try. I challenged my parents much more than David did. For example, David would sneak out of the house when our mother told him not to leave but I would tell her I was leaving so she could watch me walk out. I got in my mother's face. I guess this confirmed in her mind that I was the bad son.

11. David, being the good son, handled our mother differently. He could not please our mother but he kept trying. David was attentive to our mother and tried to do things to make her proud of him. I could tell David wanted some validation that he was good and loved. The problem was that this was never going to happen. Somehow, I knew this at a young age and stopped trying but David did not.

12. I realized very early that I was not loved by my parents as other kids were. I knew something was different. I began to run away from home when I was five years old. I knew no one loved me, so I had no reason to stay. Every time I ran away, I never worried about leaving. It did not scare me. I did not like living in a house where I was not wanted. I believed I would feel better living anywhere else.

13. I remember my mother caught me with her cigarettes when I was about twelve years old. She made me smoke an entire pack of cigarettes, hoping I would get sick, but I did not. She then made me eat the cigarettes, still trying to make me sick. I ran away and stayed one night with a friend. The next day I went to the bus station and planned to buy a ticket to Missouri. I did not know where I would stay in Missouri but I wanted to leave. A police officer saw that I was alone and trying to buy a bus ticket. He took me and called child protective services. I

EXHIBIT 27

remember CPS came to the house and talked with my parents and that was the end of it.

14. Our mother was unstable.  She had mental breakdowns.  The household would feel a buildup of stress and tension and then she just exploded. She would go"postal," screaming and breaking dishes and lost all control.  She could destroy a room in 30 seconds.  During these breakdowns my father would tell David and I to go to our room and shut the door until he said we could come out.

15. Our father would work to calm mother down.  He often physically restrained her.  When she stopped screaming they would go on as if nothing happened.  My parents never discussed these breakdowns.  My family simply did not talk to each other.  David and I were left to deal with it on our own.

16. Our father continually tried to placate and keep our mother happy to prevent her from having one of her breakdowns.  He always sided with our mother and we could not count on him to stand up for us.

17. I remember having contact with my paternal grandparents who live in Akron, Ohio.  The grandparents lived in Akron, Ohio.  David and I went fishing and had fun with our grandfather.  When I was eight years old, our contact with our grandparents ended abruptly.  David and I could not see our grandparents anymore.  I was witness to my grandmother making racist comments to my mother and accused her of marrying my father only for money.

18. When my father was stationed in Korea we met some of my mother's family.  I remember one of my mother's sisters was very angry that my mother was there.  Apparently, there was a clause in my grandfather's estate that required my mother to claim her inheritance in Korea before a specific date.  The sister had planned to receive my mother's share of the inheritance because she thought Suk Cha would not get to Korea in time.  I remember thinking it was strange that my mother's sister reacted so angrily when they had not seen each other for such a long time.

19. My high school years in Virginia were one of the happiest times in my life.  David and I spent a lot of time with each other and I felt really close to him.  I knew we were the only family either one of us had.  David and I were both on the wrestling team.  It was something that strengthened the bond between us.  Wrestling also taught us about discipline and hard work.  During the two years that I wrestled, I remember my parents attended one match.

EXHIBIT 27

20. I feel like I have always had more of the older brother role than David has. I always knew I had mental toughness and could survive anywhere. That's why I never worried about running away. David, on the other hand, was soft. He tried to gain acceptance from people. He had little self-worth and tried to impress people in order to feel good about himself. David would act as if he was tough and aggressive but in reality, David was very passive. I felt like this put David in unhealthy situations and I wanted to protect him.

21. After David graduated high school, he was accepted at Wentworth Military Academy in Kansas. At the same time, my father was assigned to Korea. This was the first move I was making without David and I did not want to go.

22. While in Korea, I met an American soldier. I was fifteen years old but I had a fake I.D. and she thought I was eighteen. My parents found out that we had sex and reported her to authorities. She received a six-month jail sentence and was labeled a sexual predator. This made me furious and I began talking about going back to Virginia. My parents agreed to let me go. When I boarded the airplane, I cried because I was so happy to be away from parents.

23. Ever since leaving Korea I have been on my own and I have had very sporadic contact with my parents. Initially, I bounced from job to job and then enlisted in the military.

24. When I learned that David was graduating from Wentworth I thought it was a major accomplishment and wanted to be there to support him. I ended up attending his graduation and transferring to the Kansas Reserves so we could be together again.

25. While in active duty in the Army I was stationed in Korea and deployed to Haiti when stationed at Fort Campbell, in Kentucky. I ended up being court marshalled for discharging my firearm inside the barracks. I had a disagreement with another solider, instead of it being one-on-one his friends jumped in, and it became a five-on-one fight. I fired a shot in the air to get everyone to disperse. I know it was wrong. The difficultly with being immersed in military training is that you are constantly told to take into account the people around you and your surroundings. You don't have much time to judge and you always have to protect yourself and your fellow soldiers.

EXHIBIT 27

26. After serving my sentence, I went to see David who was in Georgia. I had asked David to retrieve my truck and my possessions in it for safekeeping while I was incarcerated. I learned that a drunk driver hit David head-on, totaling my truck. The drunk driver was from a prominent family and he was able to escape major trouble. I remember this well because strangely, some of my guns which were in the truck at the time of the wreck ended up in local pawnshops. I think someone, not David, took my guns either during or after the wreck. I tried to talk to the driver about my missing possessions but, instead, the driver sent his girlfriend to meet me and have sex with me. This seemed to be a ploy to get me to stop asking questions.

27. Following the car accident, David suffered dizzy spells and "saw stars." I noticed David's personality had changed but I thought it was because of his marriage to Maria which was very high conflict.

28. In Hawaii there is a crab called an A'ama crab. If you put it in a bucket with another crab, it will not let the other crab climb out of the bucket. It will spend its time continuing to pull down the other crab to keep it from crawling out. This is how I viewed Maria. She had a terrible drinking problem and was concerned only with herself and no one else.

29. David was wonderful to Maria's two kids and treated them as if they were his own. David wanted badly to provide for his family but Maria made that difficult. She did not contribute financially and instead wrote bad checks all over the base. She complained about the housing and how many hours David worked. She did not want him to be gone from the home. If she did not like something David was doing, she called his commanding officer and complained. This, in turn, created problems for David and his military career.

30. David really wanted to continue his military career; he seemed to function well in the military but the issues with Maria kept him from reenlisting. David was barred from re-enlistment because of Maria.

31. When David was discharged from the Army he tried working as a police officer but was not able to complete his probationary period because of Maria interfering with his work and the volatility of their relationship. One time, Maria stabbed David with a pen. Since it punctured his department issue bullet proof vest he reported it and subsequently was terminated by his command. David kept moving around and each place they lived was worse than the last. One of the last times I saw David in Georgia, he and the family were living in a trailer with no

EXHIBIT 27

running water.  David just wasn't together anymore and he stopped being my big brother.

32. When I learned that David had left Maria I believed that the constant stress of his marriage and being the only partner pulling any weight took its toll on David.  I think David got to the point that the only way he could better the situation was to leave.

33. Women who needed to be taken care of and who had no sense of independence were always a draw for David.  I think David believed that if he took care of a woman she would value him for it.  The problem is, he chose women (much like our mother) who expected to be taken care of and did not validate David's efforts.  I think this was the only way David knew how to function.  David was caught in a cycle of trying to please someone who could never be pleased in order to feel he was worth something.

34. Eventually I married and moved to Hawaii.  I didn't know where David was or how to reach him.  I called my parents to see if they knew where David was living.  My parents said they had no idea where David was.  I later learned that David had separated from Maria and was staying with my parents at the time of my phone call.  The only explanation I have as to why my parents would lie to me about David is that my mother may have wanted to keep David isolated in order to control his life.

35. I was able to make contact with David in 2007 when he was living in West Virginia.  Davy was living with him and David sounded happy.

36. Sheila Cronin contacted me after David was charged with murder.  I was flown to Norfolk for David's trial.  David's trial attorneys didn't talk with me before I was called to the stand to testify.  I would have testified about the things in this affidavit that David's attorney did not elicit.

37.  After the jury voted for death, I went to my mother's hotel room.  She told me that David was dead to her and that I was now the "good son."

EXHIBIT 27

**I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 25th day of September, 2015.**

_____
MARK RUNYON

EXHIBIT 27