## DECLARATION OF MARIA RUNYON

1. My name is Maria Runyon. I am from Wichita, Kansas but now I live in Oklahoma City, Oklahoma.

2. I was married to David Runyon from 1995-2009. Our son Davy was born in January 1996.

3. During the time I met and was married to David I had a drinking problem. I have struggled with drinking since I was a teenager. When I was sixteen years old my best friend shot herself. I have never able to recover from that and I have been in and out of counseling.

4. Scott Linker is my brother. Teresa Linker is my sister. Teresa met David Runyon shortly before I did.

5. I met David Runyon in Wichita around May 1994. He was working as a security guard but had enlisted and had orders to go to Fort Jackson, South Carolina. I was going through a divorce. My son Wren was about six years old and my daughter Kendi was almost two.

6. It was love at first sight. David and I began spending all our time together. Some people in my family, including Teresa, became mad because I spent so much time with David. He was my first true love.

7. In July 1994, there was an incident with my sister Teresa Linker. There was bad blood between us because we had both dated David and he was spending all his time with me. Late one night, Teresa called and said she was coming over to pick up a shirt. David knew Teresa was just asking for trouble so he took the shirt outside to give it to Teresa. I watched from the window and thought I saw shoving but was unsure about who touched who. I ran outside and jumped on Teresa. We started shoving and yelling at each other. Teresa got in her car and left. I thought that was the end of it. A couple of weeks later I learned there were warrants for both me and David. Teresa did not show up for court multiple times. I ended up pleading guilty to a lesser charge. I was told someone had to be held responsible because Teresa had a bloody lip. I don't remember Teresa having a bloody nose when she left my house. David was getting ready to go active duty and his charges were dropped.

8. David was wonderful with Wren and Kendi. He spent as much time with them as he did with me. They instantly loved David and he is really the only father they have ever known.

9. When David left for Fort Jackson, we wrote each other frequently. For a while, I left Wren and Kendi in Wichita with my father and stayed with David in Virginia. We were married on January 20, 1995. I returned to Wichita to wait for David to get out of A.I.T.

EXHIBIT 28

10. When David completed all of his training he was sent to Fort Benning, Georgia. The kids and I moved to Georgia with David. This is where Davy was born. We lived there from about 1995 through 1997.

11. David was a great father. He worshipped the kids. He immediately loved Wren and Kendi like they were his own and never treated them any differently. David was always very hands on with the kids and would hug and kiss them. They knew he loved them. David would get down in the floor and play video games with Wren. Kendi loved cats and David would help her dress the cats up, like her baby dolls, and put them in a stroller. I remember David and Kendi trying to fashion some sort of seat belts to keep the cats in the stroller.

12. David did not talk much about his own family. I met David's mother, Suk Cha, one time. Suk Cha told me she hated me. Suk Cha wanted David to marry a woman that she picked. Suk Cha also hated that I had children from a previous relationship. David's father just followed along with whatever Suk Cha wanted. David's mother and father have never had anything to do with Davy, Wren or Kendi.

13. One thing I remember hearing about David's past is from when he was at Wentworth Academy. David had a bad automobile accident while driving his father's truck.

14. At one point when we were at Fort Benning, David's brother Mark was serving prison time in Fort Knox. Mark asked David to get Mark's truck and his belongings. When David was driving in Dadeville, Alabama, he was hit head on by a drunk driver. David was trapped in the truck and had to be cut out. I can't remember the name of the person who hit David. This person was required to pay restitution, which he did for a few months and then he just stopped.

15. After the wreck, David was in a lot of pain and did not want to take medicine. David's pride often kept him from taking medicine when I knew was feeling really bad. David did not like to take any medicine – even aspirin. He went out of this way to avoid putting anything unnatural in his body. He rarely drank and never did drugs. He even hated the fact that I smoked.

16. As a result of the wreck, David experienced severe vertigo and every time he laid down he felt he would pass out. David went to the emergency room on a couple of different occasions due to the vertigo.

17. I think the wreck was a very significant event in our lives because David's personality changed dramatically. He was meaner and easily frustrated. The guy I married had good morals, discipline and restraint and, for the most part, this changed. He was easily angered and quick tempered.

Page **2** of **5**

EXHIBIT 28

18. When and David and I would fight I sometimes called and talked with his CO (commanding officer) about David's behavior. The CO made us attend counseling. Then, David was barred from re-enlisting in the Army.

19. After David was discharged from the Army we moved to the metro Atlanta area, around Fayetteville. David worked with the Fayetteville Police Department.

20. I think sometimes David did not think things through before he did them. When he was a police officer he helped the apartment manager at our complex with a tenant who owed back rent. David was not on duty and it was not his jurisdiction but he took his badge and service weapon. Those things are bad ideas yet it never occurred to David that he could get in trouble.

21. We had financial problems and we were not getting along. David could be controlling. I think that maybe because of his military and police training David felt he had a right to tell people what to do.

22. My father had a home, in Wichita, which was broken up into apartments. He said we could live there so we moved back to Wichita around September of 2000.

23. David acted paranoid and was very vigilant of his surroundings. If we went to a restaurant he would not sit down unless he could sit with his back to the wall. He did not like the fact that I smoked because he said it put me in contact with "unsavory characters." When I went outside to smoke people sometimes approached me and asked for a cigarette. David did not like this. I remember David saying that you had to "watch your six and twelves."

24. One time I was outside of our house smoking. The house was close to the street and man came walking down the sidewalk. The man then started walking toward our house. Out of nowhere David appeared and had his gun at his hip. I don't remember if David said anything to the man but he got back on the sidewalk and kept walking. I think the man was probably just going to ask for a cigarette. David describes this episode as saving my life from a would-be rapist.

25. David worked two jobs in Wichita. He worked at a gun shop and at a hotel. He was away from the home more than he was there and this took a toll on the family. My drinking increased and it was an all-around bad situation. There were periods of time when David was working long hours and every night. I would make him stop and get a bottle of liquor to bring home and then I would drink the whole thing.

26. There were times when David and I fought and became physical with each other. I would say that each of us were to blame for these incidents "50/50." Most of the incidents were a result of my drinking and David trying to calm me down. I was never afraid of David nor did he ever do anything to that made me fear for my life.

Page 3 of 5

EXHIBIT 28

27. In regards to the domestic violence incident on February 7, 2001, I remember that my daughter Wren was sick and I was late getting home because I had to pick up medications. David was upset because he needed the car to go to work. I wanted David to put oil in the car before driving it because it needed oil every few days. David refused. We began fighting over the keys. David grabbed my arm to try to take the keys. At some point, David grabbed me by the neck. I was never scared or worried David was really going to hurt me. I called the police because I was mad that David wanted the car and refused to put oil in it. I did not want to press charges and recanted later because I was not hurt, I was just mad. After this incident, we briefly separated because a restraining order was issued.

28. David and I separated and got back together a few times. In July 2002, David left me and the kids. Wren was eleven, Kendi was eight and Davy was around five years old. I had no idea where David was or how to get in touch with him. He sent no money. I now realize that David was desperate to get away and he could not handle my drinking. I wish he would've supported the kids but he doesn't hold all the blame for leaving.

29. In February 2003, I learned that David was living in Missouri. I went to see him and hoped to get back together. That did not happen and David wanted to see me just so we could get our income taxes filed.

30. When David was living in West Virginia, Davy went to stay with him in February 2007. We talked about Davy living with David. We agreed that Davy would stay with David for the school year and I would get him in the summer. David had a plan to move to Colorado and he was going to pick Davy up at the end of the summer and move to Colorado.

31. Kendi's father, Scotty Fleming, molested her when she was about thirteen years old. In 2006, Kendi testified against him at trial and he was convicted. He died in prison.

32. When I found out that David was arrested for murder I was surprised to learn that he was involved in drug trials. When I met David he had an aversion to taking medicine. He went to extreme lengths to avoid taking even an aspirin. It was hard to believe David would volunteer for drug trials. David never told me that the reason he went out of town was for drug trials. He told me he was doing some sort of computer work for a hospital.

33. I was also very surprised that David would even associated with, what he would probably call, "unsavory characters." I can't count the number of times David talked about not hanging around or associating with people with a questionable background or shady characters. I was amazed to hear that David had been associating with the type of people who would be involved in a murder.

EXHIBIT 28

34. I did not want to testify before the grand jury because I was still married to David. The prosecutor said I had to testify because David and I were separated. Our divorce was finalized in 2009 before David's trial.

35. I spoke with David's investigators, Ford and Cronin, before the trial. I told them about the car wreck David had in 1997 because I considered it significant and felt it changed David forever. The night before I testified I met with David's attorney, Hudgins. I think Shelia Cronin was also there.

36. If asked, I would have testified to all the facts in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the ___ 16 day of September, 2015.

MARIA RUNYON

Page **5** of **5**

EXHIBIT 28