On **10/04/08**, from 7:30 am – 9:30 am, I did computer work trying to find either a **Tracy Ann** or **Terry Ann**. I located one at **726 Roswell Street, Linden, New Jersey**. I left the motel at 10:30 heading on to Athol, Massachusetts. I drove for several hours. At 2:30, I arrived at **53 Oakland Avenue, Athol, Massachusetts**. I sat outside of **Mr. Thomas Preston's house** because I couldn't get anyone to answer the door. I called the house number, 978-249-3847, but nobody answered. His wife had told me that he worked nights and probably wouldn't be up that early. She was not home at that time.

## Persons Interviewed

Name:      **Thomas Preston**
Date:      **October 04, 2008**
Location:  **53 Oakland Avenue, Athol, Massachusetts (Preston Residence)**
Summary:

**I believe Mr. Preston seems like he would be a very good character witness for David Runyon for things in the past and he could shed some light on some of the problems with Maria.**

At approximately 3:30 pm, Mr. Preston came outside. I saw him and approached him. Mr. Preston is a tall slender (over 6 foot), white male, sandy colored hair, glasses. He is working class. He has a job in the evening; he didn't state what that was. He is also in the Army Reserves. We started the interview.

I asked Mr. Preston a series of questions, as follows:

**Q) How long he had known David Runyon?**

**A)** He stated about two and a half years. He met him at Fort Benning and he saw him last in July of 1997.

**Q) During his time at Fort Benning, did he know of a Larry Carr?**

**A)** He said Larry Carr was one of the staff sergeants there. He had heard rumors that Maria Runyon had an affair with Larry Carr. He said that he worked for Larry Carr for about a year to a year and a half.

**Q) What did he know about David Runyon?**

**A)** He said David used to be a police officer, he was a lieutenant in the National Guard in Kansas, and he joined the army as a PFC. He said he couldn't figure out how he had

- 2 -

EXHIBIT 30

done that, but that is what David told him had happened. He said that they were riggers together at Fort Lee, they went to AIT school together at Fort Lee; they were in the same class there. They got to be pretty close. He and David were in charge of the class and that is why they got to be pretty good friends. He and David would go hunting on the weekends and their wives would hang out with each other. He stated that his wife was kind of close to Maria Runyon but his wife also had mental issues.

He supplied me the name of a chief warrant officer, **Mellanbach.** He didn't know much else about him besides he thinks that he is a rigger chief at Fort Bragg. He told me the army depot in Cumberland might be able to tell me where he is at. He told me Mellanbach got to be pretty close with David also.

He said he had never seen David show any anger towards anyone, besides when packing parachutes; it was a very strenuous activity and they had to pack 25 chutes in a week and sometimes it was very frustrating and they would all yell and punch the chutes, but he had never seen David show any anger towards anyone. He said that David liked the army and liked being in the army.

He stated that when he first met Maria, David and Maria were getting along pretty well, and then Maria got pregnant. He said he thinks that Maria got pregnant to keep David around because they had started to have problems in the marriage. After the child was born, you could tell there was a lot of tension between the two of them. David was really close with his child. David always wanted to be a father and he saw it as a good match for him and the child. David wanted to do anything for the child.

He said that David, Maria and the child went home for one weekend (he believed they went home) while David was in the Army. He didn't get back in time so David requested additional time and he was denied. He said when he didn't get back in time; Larry Carr wrote him up and requested that he be punished with an Article 15. He said **Captain Hannaman** was the Captain that gave him the Article 15. He let David explain what had happened. What had actually happened was a car wreck. He said that David, Maria and

- 3 -

EXHIBIT 30

the kid were lucky to be alive from what he understood. He said David finally came back a few days later and this is when the Article 15 occurred. He said Maria didn't come back for at least a week or so later. He said that they kind of messed him up a lot but he didn't know all of the particulars.

He stated that he didn't stay in contact with David after he got out of the army but he thought that right now David was still in the army, however he hadn't heard from him since 1997.

Q) Did he ever know of David to drink or take drugs?

A) He said that David would drink; they would all drink after work, but nothing in excess. He had never seen David take any drugs.

Q) Did David like to have guns around?

A) He stated that David had a gun safe but the only guns he knew David had were hunting rifles. He had never seen any pistols and he didn't have any more guns than any of the other guys in the army. They all wanted these kinds of guns but they were just for hunting.

Q) Was David airborne qualified and did he jump out of airplanes?

A) He said that all riggers had to be.

Q) What did he think about David Runyon being involved?

A) He said the David Runyon he knew would have never been involved in something like this. The David he knew; even if he did get involved in something like this wouldn't have been that stupid. He stated that the David he knew wouldn't have gotten in any kind of conflict like this one.

Q) Would he be willing to take the stand in David's behalf if we needed him to?

A) He stated that he would.

Q) Was he willing to come to Norfolk, Virginia and talk to the lawyers?

A) He said that he would as long as the government would pay for it.

The interview ended at approximately 5:30 pm.

- 4 -

EXHIBIT 30