**Declaration of Deborah Seeger**

1.  My name is Deborah Seeger.  I am married to Robert Seeger.  We presently live in Fairbanks, Alaska.

2.  From 1993 through the beginning of 1997, my husband was in the US Army, stationed in Ft. Benning, Georgia.

3.  While in Ft. Benning, we met David and Maria Runyon.  We lived in the same housing area.  David was also in the Army and did something they called "Pack Chutes."  My husband and I became friends with David and Maria and spent a lot of time together.

4.  During this time, Maria and I did not work outside of the home. We both had elementary-aged children.  We sometimes watched each other's children and occasionally shared meals. Maria and I attended bible study with two other mothers.

5.  Maria had two children from a previous relationship.  David was very close to Maria's children, Wren and Kendie.  He talked about adopting but I knew that was expensive and he didn't have a lot of money.  In 1996, David and Maria had a son they named Davey.

EXHIBIT 32

6. I remember how David interacted with the children. For example, he played catch with Wren after work and encouraged both Wren and Kendie to help their mom.

7. Maria confided in me about her marital problems. Most of David and Maria's problems were about money. I thought this was because David was a PFC and was not paid much. My husband and I tried to help David and Maria with their problems by talking with them. We encouraged them in their personal relationship with the Lord.

8. In November of 1996, David went to Alabama to pick up his brother's truck because his brother was in jail. On the return drive to Ft. Benning David was in a head-on collision with a drunk driver, which totaled the truck. After the accident, David was in a lot of pain. I know he took medication for the pain.

9. After the accident, I began noticing changes in David's behavior. Before the accident David always tried his best to succeed, look sharp and get the job done. He offered a lot of laughter and

EXHIBIT 32

smiles for everyone he met. After the accident I noticed that he became angry more easily. Maria felt it was from the drugs he was taking for the pain he was in.

10. At bible study, our group would talk about any problems we were having. Maria talked about her problems at home and David's change in behavior. David was unpredictable. David had big plans but never completed any of them. He would say he would do something but did not follow through. David would tell the family they would be going to church the next day with us. When it was time to go he would tell them they were not going. After several times of this and everyone being sad about not going to church, Maria would just bring the kids over and we would leave David at home. David also became upset with Maria if dinner wasn't on the table when he wanted it or if Maria moved something in the house that he believed should be kept in a certain place. He also hollered at Maria. David's unpredictability caused tension in their family.

EXHIBIT 32

11. David and Maria sometimes argued to the point that the children came to our house in order to get away. We tried to counsel Maria and David. They were good people going through hard times.

12. In 1997, my husband and I moved to Alaska. We lost touch with David and Maria.

13. In 2008, an investigator spoke with us in Fairbanks. He was part of David's legal team and told us about the charges against David. This affidavit reflects the things I told him.

14. In 2009, my husband and I received subpoenas to testify on David's behalf. We were flown from Fairbanks to Norfolk, Virginia. An attorney spent about thirty minutes talking to my husband and me about testifying. We were at the courthouse ready and waiting to testify. We were then told that our testimony would not be necessary. We were allowed to leave Norfolk without being able to assist in David's case.

EXHIBIT 32

15.    If I had been called to testify at David's trial I would have said

what I have set forth in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 24th day of August, 2015.

_Deborah A Seeger_
Deborah Seeger

EXHIBIT 32