## Persons Interviewed

**Name:**        **Maria Runyon**
**Date:**        **August 30, 2008 (received phone call at 4:03 – lasted 33 minutes)**
**Location:**    **Telephone**
**Summary:**

Maria stated that David was writing letters to her friends blaming her for everything. David was putting her down and saying bad things about her and she wanted it to stop. She said David also stated in the letter that he wasn't afraid to die.

I asked her if she'd send me a copy of the letter and she agreed. She said that she would fax it to me and then send me the letter.

**I asked Maria about Fort Benning, GA.** She gave me David's supervisor's name, a Staff Sergeant, **Larry Carr**. She said that she though he had been transferred and he got out of the Army and he went back to either Arizona or Illinois. She also stated that David was very good friends with a **Specialist Preston**. She knew his wife's first name was **Michelle**. She believed his first name was **Thomas**. She stated that they were also transferred and gone. She stated that anybody David had known at the base had been transferred or moved. She stated that I was wasting my time by going to the base.

Maria stated that David got out on an honorable discharge. He did not reenlist. He had the option to, but he didn't take it. She said that he blamed her for that.

**Name:**        **Captain Jeffery Harris (Fayetteville, GA police department)**
**Date:**        **August 31, 2008**
**Location:**    **760 Jimmy Mayfield Drive, Fayetteville, GA**
**Summary:**

We went into Captain Harris' office and started the interview at approximately 1:30 pm. He told me that at first when we spoke on the phone, he didn't remember David that well right off the bat, so he had done some research. He brought up the articles from the newspaper and then went in his files and did some research. He didn't recognize David from the picture online because David didn't have his glasses on. When he pulled David's jacket, he remembered who he was and most of the things about him.

- 2 -
DCJS 99204534

EXHIBIT 33

Attorney_Files_000930

He stated that David had gone through training and had been with the police department for about three months on the day tour. David had come to his platoon and was there for approximately 6 weeks to two months. A training officer by the name of **Tom Kirkbride** would have gone over the manuals and everything with David before he went on the street with another training officer. He couldn't recall who the other training officer was; he had asked around and nobody could recall who it was. Tom has since left the police department and is a Federal Air Marshall. He said Tom probably wouldn't remember David Runyon because he only sat with him for a day or two to go over the books with him.

He could recall that David was continually late to work. He was late three days in a row and had only been on the job less than 3 - 4 months. David claimed that he and his wife only had one car and they were going through a little problem and she was causing him to be late. He stated that David lived in Clayton County and that it was a normal practice for a lot of the new recruits to get into these apartments and become the resource officer or the security officer for the apartments so that they could get half price rent. In some cases the apartments would let them have rent free.

He stated that along with being late, David had wrecked a police car. He didn't have all the details from that incident. The final straw was when David was living in Clayton County at the apartments and was the security officer; he and the manager of the apartment complex gained entry to a man's house because he had not paid rent. David supposedly confronted the man with his gun on and his badge and was trying to use his authority to get the man to pay rent. The man became very angry and called and complained. When the man complained, they brought David in and they had three internal affairs folders on him. One was for the three times tardy, one for the automobile accident and the third was for complaint. They gave him the option to either wait for the investigations to be over and get fired or to resign. David took the option and resigned.

He stated that what we needed to do at this point was to get the information from City Hall. The information could be obtained from a woman by the name of **Brenda Hall.**

- 3 -
DCJS 99204534

EXHIBIT 33

Attorney_Files_000930

**Her phone number is 770-461-6029.** We could get his employment records and also ask for the internal affairs files. He told me if I had any problems to get back with him.

He looked at the list of names I had and saw the name of **Captain Harold L. Simmons.** Simmons had been a supervisor back then. He told me that Simmons had since then left the police department because he and another person from on my list, **Johnny D. Roberts,** who was Chief of Police, had gotten into some kind of altercation or argument and Roberts fired Simmons and Simmons then set suit to the police department; therefore there was bad blood. He was sure that they didn't have any recollection of David Runyon because even he had to go look him up. He stated that no one from the prosecution side had spoken to him or anyone else in the Fayetteville police department. He wasn't sure if they had obtained his employment records. **Captain Jeff Harris** was trying to be very helpful. He **gave me his cell number 404-867-6342.**

He said he didn't have any problems personally with David Runyon. He couldn't recall David having any friends because he wasn't there for long. He said the way they worked back then was somebody would have off a Sunday and Monday; someone would have off a Tuesday and Wednesday and so on…So you didn't have a platoon where you'd all work together and be off together.

He stated that in his opinion **David had a problem retaining things.** He said every time they would start to go on with the training, they would have to go back to the first day because David couldn't retain what he learned from the first day. They would have to start from scratch just about every day. He stated that there were 50 people on the department and that counts civilians; probably about 42 sworn.

This interview ended at approximately 2:30 pm. I then left there and returned to the motel. I got back to the motel at about 4 pm. I ended my day at this time.

This will conclude this set of notes.

- 4 -
DCJS 99204534

EXHIBIT 33

Attorney_Files_000930