UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

      Petitioner,

                                  ACTION NO. 4:15cv108
v.                   [ORIGINAL CRIMINAL NO. 4:08cr16-3]

UNITED STATES OF AMERICA,

      Respondent.

ORDER

This matter comes before the court on the Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence ("Motion"), filed on October 5, 2015. ECF No. 478. The United States is **ORDERED** to file responsive pleadings to the Petitioner's Motion within sixty (60) days of the date of entry of this Order.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for the Defendant and to the United States Attorney at Newport News.

IT IS SO ORDERED.

                                     /s/
                          Rebecca Beach Smith
                             Chief Judge
                  REBECCA BEACH SMITH
                  CHIEF JUDGE

October 6, 2015