IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Petitioner | ) | CRIMINAL ACTION NO.: 4:08cr16 |
| | ) | CIVIL ACTION NO.: 4:15cv108 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO
PETITIONER'S MOTION UNDER 28 U.S.C. § 2255

The United States of America, by and through its attorneys of record, Dana J. Boente, United States Attorney for the Eastern District of Virginia, Lisa R. McKeel and Brian J. Samuels, Assistant United States Attorneys, and Jeffrey A. Zick, Trial Attorney, United States Department of Justice, respectfully requests an extension until January 11, 2016, in which to file its response in this matter and in support thereof states:

1.      On December 4, 2009, pursuant to the jury's verdict and recommendation under the Federal Death Penalty Act, 18 U.S.C. § 3594, the petitioner, DAVID ANTHONY RUNYON, was sentenced to death.   On February 25, 2013, the petitioner's conviction and sentence were affirmed on direct appeal.   *United States v. Runyon*, 707 F.3d 475 (4th Cir. 2013).   On October 6, 2014, the petitioner's petition for a writ of certiorari was denied.   *Runyon v. United States*, No. 13-254 (Oct. 6, 2014).

2.      Current counsel for the petitioner were appointed on November 5, 2014, and May 22, 2015.   (ECF Nos. 410, 435).   The petitioner filed the instant motion and memorandum on

1

October 5, 2015. (ECF No. 478).   On October 6, 2015, the Court ordered the government to respond to the petitioner's motion within 60 days, therefore, the government's response is due on or before December 5, 2015.   (ECF No. 479).

3.      In his Section 2255 petition and accompanying sealed claim, the petitioner raises some 18 separate claims, concerning the conduct of the prosecution, his trial and appellate counsel and the Court, as well as raising various constitutional challenges to his convictions and sentence.   These claims cover facets of the investigation, voir dire and jury selection, trial, sentencing phases and appeal.   The petition itself is over 100 pages in length and accompanied by over 35 exhibits, which consist of hundreds of additional pages.   Certain of the claims are very fact intensive, addressing aspects of the petitioner's alleged mental health status and references to a trial and sentencing record that spans thousands of pages.

4.      Trial in this matter occurred over several weeks in the Summer of 2009, and involved the presentation of over 300 exhibits and 50 witnesses.   Due to the nature of the case, it was preceded by various pretrial motions hearings, involving the nature of the penalty proceedings, mental health evidence and other matters that have become the subject of the petitioner's claims.

5.      In order for the government to adequately respond to the allegations raised in this petition, it has become necessary for the government to review the extensive record in this matter, including court documents, exhibits and transcripts as well as review the various exhibits that are attached to the petition, many of which contain information previously unavailable to the government. The government is seeking the additional time in order to complete such a review

2

and respond properly.

6.     In the pendency of the 60-day time period in which Court ordered the government to respond, undersigned counsel have various other court matters and litigation assignments. Due to these matters and the press of other business, the undersigned respectfully requests the additional time within which to prepare an appropriate response to the claims raised by the petitioner.

7.     The government believes that the defendant will suffer no prejudice by the Court granting this motion and counsel for the defendant have indicated that they do not object to this request.

WHEREFORE, the United States requests an extension until January 11, 2016, to file its response in this matter.

DANA J. BOENTE
UNITED STATES ATTORNEY


By:     _____/s/_____
Lisa R. McKeel
Assistant United States Attorney
Virginia Bar Number: 28652
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757/591-4000
Fax: 757/591-0866
Email: Lisa.McKeel@usdoj.gov

3

By: _____/s/_____
Brian J. Samuels
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Ph:    (757) 591-4000
Fax: (757) 591-0866
Email: Brian.Samuels@usdoj.gov

By: _____/s/_____
Jeffrey A. Zick
Trial Attorney
United States Department of Just
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Ph:    (757) 591-4000
Fax: (757) 591-0866
Email: Jeffrey.Zick@usdoj.gov

4

CERTIFICATE OF SERVICE

I certify that on October 27, 2015, I electronically filed a copy of the foregoing with the

Clerk of the Court using the CM/ECF system, which will provide notification to:

Michele J. Brace
Counsel for Defendant
Virginia Capital Representation
Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Phone: (434) 871-2970
Fax: (434) 817-2972
Email: mbrace@mindsort.com

Dana Catherine Hansen Chavis
Counsel for Defendant
Federal Defender Services of Eastern Tennessee, Inc.
800 S. Gay St
Suite 2400
Knoxville, TN 37929
Phone: (865) 637-7979
Fax: (865) 637-7999
Email: dana_hansen@fd.org

By:  _____/s/_____

Brian J. Samuels
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757-591-4000
Fax: 757-591-0866
Email: Brian.Samuels@usdoj.gov

5