IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,                )
                                      )
        Petitioner                    )    CRIMINAL ACTION NO.: 4:08cr16
                                      )    CIVIL ACTION NO.: 4:15cv108
        v.                            )
                                      )
UNITED STATES OF AMERICA,             )
                                      )
        Respondent.                   )

## ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITIONER'S MOTION UNDER 28 U.S.C. § 2255

Upon motion of the United States, for additional time within which to file its response in this matter, the Court finds good cause to grant the request of the United States. *and with agreement of Petitioner, RBS*

IT IS THEREFORE ORDERED that the United States file an answer or other pleading in response to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence previously imposed in this matter by January 11, 2016.

Date: 10-27-15
Norfolk, Virginia

                                      /s/
                              Rebecca Beach Smith
                                  Chief Judge   RBS
                     CHIEF UNITED STATES DISTRICT JUDGE

I ASK FOR THIS:

DANA J. BOENTE
UNITED STATES ATTORNEY

By:_____/s/_____
    Brian J. Samuels
    Assistant United States Attorney
    Fountain Plaza Three, Suite 300
    721 Lakefront Commons
    Newport News, VA 23606
    757/591-4000

1