UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 4:08cr16-3

DAVID ANTHONY RUNYON,

          Defendant.

## ACKNOWLEDGMENT OF RECEIPT

I have received the records and CDs containing information about the grand and petit jury selection process in the Defendant's case, as certified by the Clerk, and as set forth in the court's Memorandum Order of October 2, 2015. ECF No. 475. I understand that these materials are to remain under seal. I further understand that no copies — paper, electronic, or otherwise — are to be made of these materials. I also understand that no contact, direct or indirect, is to be made with any juror, grand or petit, who actually served or who was named in any record or CD. I acknowledge that when the habeas litigation is complete, I must return these materials to the Clerk with a signed sworn statement, all as directed by the court's Memorandum Order of October 2, 2015.

United States Attorney for Newport News:

_____                    10/14/15
Signature                                          _____
                                                   Date