UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

Rebecca Beach Smith
CHIEF JUDGE

## CERTIFICATION

TO:         Michele J. Brace, counsel for the Defendant
            Lisa R. McKeel, United States Attorney's Office – Newport News

FROM:       Lara Dabbene, Deputy Clerk

DATE:       October 28, 2015

SUBJECT:    United States v. David Anthony Runyon, 4:08cr16-3

---

The Clerk has been directed to release updated copies of (1) a CD containing the 2005 and 2007 Master Jury Wheels for Newport News and Norfolk in .txt format, with Social Security Numbers and street addresses redacted; and (2) a CD of the 2005 and 2007 Qualified Jury Wheels for Newport News and Norfolk in .txt format, with Social Security Numbers, street addresses, and phone numbers redacted. See Mem. Order, ECF No. 481.

I hereby certify that the attached CDs contain true and accurate copies of the jury information and records for this case.

Lara Dabbene,
Deputy Clerk