UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 4:08cr16-3

DAVID ANTHONY RUNYON,

        Defendant.

ACKNOWLEDGMENT OF RECEIPT

I have received the updated CDs containing information about the grand and petit jury selection process in the Defendant's case, as certified by the Clerk, and as set forth in the court's Memorandum Order of October 26, 2015. ECF No. 481. I understand that these CDs are to remain under seal. I further understand that no copies — paper, electronic, or otherwise — are to be made of these CDs. I also understand that no contact, direct or indirect, is to be made with any juror, grand or petit, who actually served or who was named in any of the updated CDs. I acknowledge that when the habeas litigation is complete, I must return these CDS to the Clerk with a signed sworn statement, all as directed by the court's Memorandum Orders of October 2, 2015, and October 26, 2015.

United States Attorney at Newport News:

_____          10/29/15
Signature                                _____
                                          Date