UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA

    v.                                              CRIMINAL NO. 4:08cr16-3

DAVID ANTHONY RUNYON,

       Defendant.

### SWORN STATEMENT ACCOMPANYING RETURN OF CDS

I hereby swear, under penalty of perjury, that these CDs have been maintained under seal, and that no copies thereof of any nature — paper, electronic, or otherwise — have been made or exist. I further swear that no juror contact has been made, directly or indirectly, through someone else, or by any means.

United States Attorney at Newport News:

_____                    10/29/15
Signature                                          _____
                                                   Date