**Michele Brace**

**From:**      Dana Hansen [Dana_Hansen@fd.org]
**Sent:**      Friday, December 04, 2015 9:25 AM
**To:**        Michele Brace; Susanne Bales
**Subject:**   USAO re the motion to seal


FYI


```
==========================
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services
  of Eastern Tennessee, Inc.
800 South Gay Street Suite 2400
Knoxville, TN 37929
865.637.7979 (office)
865.637.7999 (fax)
Dana_Hansen@fd.org (email)
----- Forwarded by Dana Hansen/TNEG/06/FDO on 12/04/2015 09:24 AM -----

From: Dana Hansen/TNEG/06/FDO
To:    "Zick, Jeffrey (CRM)" <Jeffrey.Zick@usdoj.gov>,
Cc:    "Samuels, Brian (USAVAE)" <Brian.Samuels@usdoj.gov>, "McKeel,
          Lisa (USAVAE)" <Lisa.McKeel@usdoj.gov>
Date: 12/04/2015 09:24 AM
Subject:     RE: David Runyon
```

Got it.  I will include your agreement on the motion to seal.  I wasn't asking for agreement on the discovery motion but for thanks for entertaining the idea without even seeing it! It's always best to try to work things out ourselves :)

I hope you all have a nice holiday season, Dana


```
==========================
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services
  of Eastern Tennessee, Inc.
800 South Gay Street Suite 2400
Knoxville, TN 37929
865.637.7979 (office)
865.637.7999 (fax)
Dana_Hansen@fd.org (email)



From: "Zick, Jeffrey (CRM)" <Jeffrey.Zick@usdoj.gov>
To:    Dana Hansen <Dana_Hansen@fd.org>, "Samuels, Brian (USAVAE)"
          <Brian.Samuels@usdoj.gov>, "McKeel, Lisa (USAVAE)"
          <Lisa.McKeel@usdoj.gov>,
Date: 12/04/2015 08:57 AM
```

1

EXHIBIT 1

Subject:      RE: David Runyon


Hi Dana.  Sorry for the delay in getting back to you.  We will oppose your discovery motion.  Given the sensitive nature of the information you seek, we agree that your addendum should be filed under seal.  Thanks.

Jeff


Jeffrey A. Zick
U.S. Department of Justice
Criminal Division / Capital Case Section
1331 F. Street NW, 6th Floor
Washington, D.C. 20530
Office: (202) 616-3942
iPhone: (202) 330-1791



-----Original Message-----
From: Dana Hansen [mailto:Dana_Hansen@fd.org]
Sent: Wednesday, December 2, 2015 3:30 PM
To: Samuels, Brian (USAVAE) <Brian.Samuels@usdoj.gov>; McKeel, Lisa (USAVAE) <Lisa.McKeel@usdoj.gov>; Zick, Jeffrey (CRM) <Jeffrey.Zick@CRM.USDOJ.GOV>
Subject: David Runyon


Hello, I hope everyone had a nice Thanksgiving.

We are in the process of drafting a discovery motion and will be asking for information related to Michael Draven's history of violence.  We have identified seven people who we believe Draven physically, emotionally or sexually abused or assaulted.  The discovery motion refers to those people by initials.  We would like to attach an addendum, filed under seal, with the full names so that you will be able to identify them and what we are requesting in discovery.  A draft of the addendum is attached.

So I'm wondering if you have a position on the motion to file the addendum under seal and, if so, whether I can indicate that position in the motion to seal?

Thanks, Dana

(See attached file: draft sealed addendum to discovery motion.pdf)


=========================
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services
  of Eastern Tennessee, Inc.
800 South Gay Street Suite 2400
Knoxville, TN 37929
865.637.7979 (office)
865.637.7999 (fax)
Dana_Hansen@fd.org (email)


2

EXHIBIT 1