**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**UNITED STATES OF AMERICA**,

v.                                                           CRIMINAL NO. 4:08cr16-3

**DAVID ANTHONY RUNYON**,

Defendant.

## MEMORANDUM ORDER

This matter comes before the Court on the Defendant's Unopposed Motion for Leave to

File Under Seal an Addendum to Runyon's Motion for Discovery and Consolidated Memorandum

of Law ("Motion to Seal").

In the Motion to Seal, the Defendant states that he is ready to file a motion for leave to

engage in discovery related to his pending Motion under 28 U.S.C. § 2255. The Defendant asks for

leave to file under seal an addendum, designated Addendum S-1, to his forthcoming discovery

motion pursuant to Rule 49(c) & (d), LOCAL RULES OF CRIMINAL PROCEDURE. The Defendant

states that the addendum reveals the full names of persons who will be referenced only by initials

in Defendant's discovery requests III(B) and III(C). The Defendant further represents that those

persons were physically, emotionally, and sexually victimized by Michael Draven, who was

Runyon's co-defendant at trial. The Defendant points out that these victims' full names need to be

provided to the United States so that the requested documents can be produced if this Court grants

the motion for discovery.

The Defendant has attached an email exchange between the government and the

1

Defendant's counsel, in which the government states that it has reviewed the proposed addendum and that "Given the sensitive nature of the information you seek, we agree that your addendum should be filed under seal." The Court agrees that information of this sensitive nature should be filed under seal.

Defendant's Motion to Seal is GRANTED and the Clerk is ORDERED to file Addendum S-1 to Runyon's Discovery Motion under seal, with access granted to the United States Attorney at Newport News.

IT IS SO ORDERED.

_____
REBECCA BEACH SMITH
CHIEF JUDGE

December ___, 2015