U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Murder of Cory VOSS | 768025-07-0112 | 26 |

**SUMMARY OF EVENT:**

Telephonic interview of Suk Cha Runyon

**NARRATIVE:**

1. On February 5, 2008, SA William Banks and Assistant United States Attorney spoke with Suk Cha Runyon {mother of David RUNYON} telephonically from her home in Missouri at approximately 2:00 p.m.

2. Suk Runyon stated her social security number is ⸱           ⸱ and her date of birth is May 20,        . She was told the purpose of the phone call was to talk about David RUNYON and his family background. She stated he was born on January 7,      in Fort Hood, Texas. She was formerly married to David Thomas Debroski {RUNYON's father} from 1970-1976, she also reported RUNYON has a younger brother, Mark Runyon.

3. Suk Runyon stated she had problems during her pregnancy with David and had passed out at the airport when flying to the United States from Korea. She also reported having problems with spot bleeding when having sex with her husband during that time period. She stated she had an emergency room visit following the fainting episode at the airport but that the baby was strong and the baby was fine. She denied any drug or alcohol use during the pregnancy and stated she does not currently consume alcohol. Suk Runyon stated when David was 3-4 years old, his father had pushed her around but there was no hurt or injury as a result. When David was 5-6 years old, Suk stated he became aware of her fear of his biological father.

4. Suk Runyon stated David was a helpful child and kept a watchful eye and looked over his younger brother. She stated when David was 4-5 years old he had been bullied by a daycare woman's son and that he would fight with his brother but none of these resulted in any injuries or trips to the hospital emergency room. After the separation, David had no contact with his biological father and he had been a good student with no reported problems. After David met and was with his wife Maria, Suk spoke with David and he told her that he had a good upbringing and a good childhood.

5. Suk Runyon stated she last spoke with David in 2003. She stated she did not approve of his wife Maria and she thought she was "a drama queen" and that had created a rift between them. She stated: "I was very against her." She believes David was abused by Maria but he never retaliated or hit her. Suk Runyon stated that David: "no

| Prepared by: William J. Banks | Title: Special Agent, Norfolk Field Office | Signature: W. Y. Banks | Date: 2/2/09 |
|---|---|---|---|
| Authorized by: Teresa H. Merhige | Title: Resident Agent in Charge, Norfolk Field Office | Signature: | Date: 2/2/09 |
| Second level reviewer (optional): Edgar A. Domenech | Title: Special Agent in Charge, Washington Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

Exhibit 1

| Title of Investigation | Investigation Number | Report Number. |
|---|---|---|
| Murder of Cory VOSS | 768025-07-0112 | 26 |

smoke, no drink and was not violent and a gentle and kind person." She also said: David had "no mental issues or problems and was a good kid."

6.  Suk Runyon had no contact info for David's younger brother Mark. She only had a phone number of that she believed that was an old number.

ATF EF 3120.2 (10-2004)
For Official Use Only