## USA v. RUNYON
## DISK INDEX

| | | |
|---|---|---|
| 31 | NCIS Video | N/A |
| 32 | Yahoo.com; cvoss2000@yahoo.com   28,410 pgs. | |
| 33 | Yahoo - Runyon   49,000 + pages | |
| 34 | Discovery Documents Beginning Bates 10157 | ✔ |
| 35 | Video - Money Gram - Western Union | ~~N/A~~ |
| 36 | Provided only to Defense Counsel for Voss | N/A |
| 37 | Provided only to Defense Counsel for Draven | N/A |
| 38 | Research Study Info - Runyon | ✔ |
| 39 | Pre-Post Search Video - 881 Katherine Court | N/A |
| 40 | | |

Exhibit 2