JUN. 1.2009  3:57PM    US ATTY. OFC.                              NC. 9805    P. 1



**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Virginia*

| | |
|---|---|
| *Fountain Plaza Three* | *757/591-4000* |
| *721 Lakefront Commons, Suite 300* | *Fax 757/591-0866* |
| *Newport News, VA 23606* | |

## FACSIMILE TRANSMISSION
## COVER PAGE

SEALED

**Date:**           6/01/2009

**To:**            Judge Smith              **Agency:**

**Fax Number:**   222-7021

**From:**
- ☐ Robert E. Bradenham, AUSA
- ☐ Eric M. Hurt, AUSA
- X  Lisa R. McKeel, AUSA 591-4040
- ☐ Timothy R. Murphy, SAUSA
- ☐ Jessica M. Norris, SAUSA
- ☐ Scott W. Putney, AUSA
- X  Brian J. Samuels, AUSA
-     Laura P. Tayman, AUSA
-     Howard J. Zlotnick, AUSA

- ☐ Yolanda Cobbs, Legal Assistant
- ☐ Margaret Jahn, Paralegal
- ☐ Diane Krauss, Legal Assistant
- ☐ Samantha Tsotsoros, Student
- ☐ Ginger Tudor, Receptionist
- X Zaundra, Wyatt, Legal Assistant

**Phone:**   (757) 591-4000
**Fax:**     (757) 591-0866

**Pages:**   ___11___   (including cover sheet)

**Comments:**   RE: DAVID A. RUNYON AND MICHAEL A. DRAVEN, 4:08CR16
Please find attached the Government's Witness List

**Level of Transmitted Information:**

- ☐ **Non-Sensitive Information**
- ☐ **Sensitive But Unclassified (SBU)**
- ☐ **Limited Official Use (LOU - for Official Use Only, DoD version)**
- ☐ **Grand Jury Information**
- ☐ **Tax Information**
- ☐ **Law Enforcement Information**
- ☐ **Victim Witness Information**

Exhibit 3

148.  Lisa Pickett

149.  Virginia Pina

150.  George Popofski

151.  Clifford Posey

152.  Brandon Price

153.  Charles Pruitt

154.  Joseph Purcell

155.  Jennifer Quadro

156.  Ryan Ramaly

157.  Amer Ribic

158.  Arnold Richman

159.  Cara Richman

160.  L. P. Rilee

161.  Douglas Riley

162.  Lorri Lynn Robinson

163.  Teresa Robinson

164.  Richard Rose

165.  P. E. Ruhlen

166.  David H. Runyon

167.  Maria Runyon

168.  Stacey Rush

169.  Eric Sandstedt

8

Exhibit 3