# FEDERAL DEFENDER SERVICES
## OF EASTERN TENNESSEE, INCORPORATED

800 S. Gay Street, Suite 2400
Knoxville, Tennessee 37929-9714

Elizabeth B. Ford
Federal Community Defender

Telephone    865-637-7979
Fax          865-637-7999

October 23, 2015

Portsmouth Sheriff's Department
Custodian of Records
701 Crawford Street
Portsmouth, VA 23704

RE:    *United States v. David Anthony Runyon*
       Our client: **David Anthony Runyon (DOB 1/7/**      **, SSN**          )

To Whom It May Concern:

Please be advised this office represents David Anthony Runyon in the above-referenced matter.

I would appreciate your forwarding to me, **as soon as possible, but not later than Friday, November 6, copies of any and all inmate records, including medical records and mental health records in your possession for David Anthony Runyon**. He was in custody at the Portsmouth City Jail from 3/4/2008 to 1/7/2010.

Enclosed please find a Consent to Release Confidential Medical Information and an Authorization for Release of Records and Information executed by my client for the release of this information.

If you have any questions concerning this request, please telephone me at the above number. Thank you for your attention and assistance in this matter.

Sincerely,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY:

Susanne Bales
Assistant Federal Community Defender

Enclosure

Stephen Kissinger    Dana C. Hansen Chavis    Susanne Bales    Stephen Ferrell
Assistant Federal Defenders

Exhibit 4