# FEDERAL DEFENDER SERVICES
## OF EASTERN TENNESSEE, INCORPORATED

800 S. Gay Street, Suite 2400
Knoxville, Tennessee 37929-9714

Elizabeth B. Ford
Federal Community Defender

Telephone    865-637-7979
Fax          865-637-7999

November 3, 2015

Via Facsimile:  757-393-5271

Portsmouth Sheriff's Department
Paul Bell, Medical Director
701 Crawford Street
Portsmouth, VA 23704

RE:    *United States v. David Anthony Runyon*
       Our client: **David Anthony Runyon (DOB 1/7/!     , SSN             ׀**

To Whom It May Concern:

Please be advised this office represents David Anthony Runyon in the above-referenced matter.

I would appreciate your forwarding to me, **<u>as soon as possible, but not later than Friday, November 6</u>, copies of any and all inmate records, including medical records and mental health records in your possession for David Anthony Runyon.** He was in custody at the Portsmouth City Jail from 3/4/2008 to 1/7/2010.

Enclosed please find a HIPAA Compliant Authorization for Release of Confidential Information and Records executed by my client for the release of this information.

If you have any questions concerning this request, please telephone me at the above number. Thank you for your attention and assistance in this matter.

Sincerely,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY:    _____
       Susanne Bales
       Assistant Federal Community Defender

Enclosure

Stephen Kissinger    Dana C. Hansen Chavis    Susanne Bales    Stephen Ferrell
Assistant Federal Defenders

Exhibit 5

## HIPAA-COMPLIANT AUTHORIZATION FOR RELEASE OF
## CONFIDENTIAL INFORMATION AND RECORDS

To:   Paul Bell, Medical Director, Portsmouth Sheriff's Department

I, DAVID ANTHONY RUNYON, by this release or a copy and/or facsimile thereof, authorize and request you to release to Attorney Michele J. Brace, Attorney Seth C. Farber, **or their designees and other agents**, any and all information and/or records relating to me and/or my deceased family members and/or my minor children, including (but not limited to) vital records including birth, death and marriage, law enforcement, jail and prison (including classification and custody, psychological/medical, disciplinary, parole and probation, counseling, correspondence, etc.) academic, adoption, social service, military, juvenile, employment including Social Security Administration & Worker's Compensation, welfare benefits (food stamps, WIC, housing assistance or any other public assistance programs), financial (including banking records), judicial, medical (including nurse notes, physician notes, progress reports, ward notes, films, reports, charts, invoices for services, discharge summaries and emergency room records, raw data, test scores and notes, Hospital/ Inpatient Records, Clinic/Outpatient Records, Laboratory Reports, Pathology Reports, Radiology Reports, Pharmacy Reports, Clinic Notes), child custody and marriage records, files prepared in connection with prior civil or criminal litigation, as well as any other records whatsoever, including those normally deemed confidential. I realize that the information to be used or disclosed pursuant to this authorization form may include information relating to: (1) Acquired immunodeficiency syndrome ("AIDS") or human immunodeficiency virus ("HIV") infection; (2) diagnosis, test results or treatment for drug or alcohol abuse; (3) mental or behavioral health or psychiatric care; (4) genetic test results (specifically for Factor V Leiden, Prothrombin DNA, Urovysion, Methylenetetrahydrofolate Reductace, Her2/new Fish for breast cancer, Cystic Fibrosis and other genetic test results) and chromosome analysis of blood, bone marrow, CVS, tissue and amniotic fluid. I consent to the disclosure of this information unless specified here: _____.

Initial here _DAR___.

I specifically request that you release all records pertaining to:

Name: David Anthony Runyon _____ DOB: **REDACTED COPY** _____ _____

SSN: **REDACTED COPY** _____ Relationship: Requester/Self _____ _____

DOD (if applicable): N/A _____

You are specifically authorized to photocopy and certify these records, to release copies to and discuss with the above mentioned investigators and attorneys or their designees any and all information pertaining to me, including confidential information. This information can include information obtained from, given to, or exchanged with any and all physicians, experts, attorneys, police officers, witnesses, prosecutors, judges, probation officers, correctional officers, therapists, or any other individual.

In consideration of this disclosure of otherwise confidential information, I hereby release you (in your individual and/or institutional capacity) from any and all liability arising from such disclosure to these designated parties.

These records and this information will be used as background social history information in pending court proceedings. It will not otherwise be re-disclosed. I understand that at any time, I have the right to revoke this authorization in writing. I realize that I am entitled to a copy of this release/authorization. I have been informed that the disclosure of this information will not result in the direct or indirect remuneration of any health care provider. This authorization expires on the 730th day, or 2 calendar years, from the signing.

Signed: _David A. Runyon_____    Date: _5 MAY 2015_____

Witness: _____    Date: _5-5-2015_____

Exhibit 5

## MEMORY TRANSMISSION REPORT

TIME     : NOV-03-2015  04:58PM
TEL NUMBER : +8656377999
NAME     : FEDERAL DEFENDER SERVICES

FILE NUMBER          :  179

DATE                 :  NOV-03 04:57PM

TO                   :  917573935271

DOCUMENT PAGES       :  003

START TIME           :  NOV-03 04:57PM

END TIME             :  NOV-03 04:58PM

SENT PAGES           :  003

STATUS               :  OK

FILE NUMBER    : 179          *** SUCCESSFUL TX NOTICE ***

## FEDERAL DEFENDER SERVICES
### OF EASTERN TENNESSEE, INCORPORATED

800 S. Gay Street, Suite 2400
Knoxville, Tennessee 37929-9714

Elizabeth B. Ford
Federal Community Defender

Telephone 865-637-7979
Fax       865-637-7999

### FAX TRANSMITTAL SHEET

Please deliver the following materials as soon as possible:

TO: Paul Bell, Medical Director, Portsmouth Sheriff's Department

FROM: Susanne Bales, Assistant Federal Defender

FAX NO.: 757-393-5271

DATE: November 3, 2015

NUMBER OF PAGES: ___3___(including cover sheet)

PRIVILEGED AND CONFIDENTIAL information intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient(s), please note that any dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this communication in error should notify us immediately by telephone and return the original message to us at the above address via the U.S. Mail.

DESCRIPTION OF MATERIALS/SPECIFIC INSTRUCTIONS:

Attached is correspondence requesting documents related to David Anthony Runyon and the referenced Authorization for Release of Confidential Information and Records that has been signed by David Anthony Runyon. Please advise if you need any additional information.

ACKNOWLEDGE RECEIPT:    YES_____NO _____

Stephen Kissinger    Dana C. Hansen-Chavis    Stephen Ferrell    Susanne Bales
Assistant Federal Defenders

Exhibit 5