UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

     Petitioner,

                                  ACTION NO. 4:15cv108
v.                 [ORIGINAL CRIMINAL NO. 4:08cr16-3]

UNITED STATES OF AMERICA,

     Respondent.

### ORDER

This matter comes before the court on the Petitioner's "First Motion for Discovery and Consolidated Memorandum of Law" ("Motion"), filed through counsel on December 9, 2015. ECF No. 491. In the Motion, the Petitioner asks for production of documents, interrogatories, and third party subpoenas.

Due to the nature and volume of the discovery requests, the United States is **ORDERED** to file its response to the Petitioner's submission on or before January 6, 2016. Counsel for the Petitioner is **ORDERED** to file any reply deemed appropriate on or before January 20, 2016.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for the Petitioner and to the United States Attorney at Newport News.

    IT IS SO ORDERED.

                                      /s/
                            Rebecca Beach Smith
                               Chief Judge

December 11, 2015