IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,              )
                                   )
        Petitioner                 )    CRIMINAL ACTION NO.: 4:08cr16
                                   )    CIVIL ACTION NO.: 4:15cv108
        v.                         )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
        Respondent.                )

MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO
MOVANT'S FIRST MOTION FOR DISCOVERY

The United States of America, by and through its attorneys of record, Dana J. Boente, United States Attorney for the Eastern District of Virginia, Lisa R. McKeel and Brian J. Samuels, Assistant United States Attorneys, and Jeffrey A. Zick, United States Department of Justice, respectfully requests an extension until January 21, 2016, in which to file its response in this matter and in support thereof states:

1.      On December 4, 2009, pursuant to the jury's verdict and recommendation under the Federal Death Penalty Act, 18 U.S.C. § 3594, the Petitioner, DAVID ANTHONY RUNYON, was sentenced to death.   On February 25, 2013, the Petitioner's conviction and sentence were affirmed on direct appeal.  *United States v. Runyon*, 707 F.3d 475 (4th Cir. 2013).   On October 6, 2014, the Petitioner's petition for a writ of certiorari was denied.  *Runyon v. United States*, No. 13-254 (Oct. 6, 2014).

2.      Current counsel for the petitioner were appointed on November 5, 2014, and May 22, 2015.   (ECF Nos. 410, 435).   The Petitioner filed his § 2255 motion and memorandum on

1

October 5, 2015. (ECF No. 478).   On October 6, 2015, the Court ordered the Government to respond to Petitioner's motion on or before December 5, 2015.   (ECF No. 479).   Due to the voluminous record and amount of claims in the motion, the Government sought and the Court granted an extension of time to file the response on January 11, 2016.   (ECF No. 483).

3.      On December 9, 2015, Petitioner filed a 38-page First Motion for Discovery and Consolidated Memorandum of Law.   (ECF No. 491).   On December 11, 2015, the Court ordered the Government to respond to the motion for discovery on or before January 6, 2016. (ECF No. 492).   In his motion for discovery, Petitioner seeks a high volume of records purportedly related to Claims 1, 2, 12 and 16 in his § 2255 motion.   In addition, Petitioner seeks other records related to his mental health.

4.      The Government is currently drafting its response to the 18 separate claims raised in petitioner's § 2255 motion.   Given the extensive record in this matter, including court documents, transcripts, and exhibits, many of which contain information previously unavailable to the Government, the Government intends to file its response to the § 2255 motion on January 11, 2016.

5.      In order for the Government to adequately respond to the requests for discovery and allegations raised in Petitioner's motion for discovery, the Government requests an additional 15 days—10 days beyond the due date for the answer to the §2255 motion—to respond to the motion for discovery.   The claims and allegations made in the motion for discovery are inexplicably intertwined with the responses to the claims in the § 2255 motion. The Government's response to the discovery requests will depend on its answers, procedurally and on the merits, to claims made in the §2255 motion.   Because the Government's answers to

the claims in the § 2255 motion are not yet complete, the Government requests additional time to respond to the motion for discovery.

6.      Also, in the pendency of the time period in which Court ordered the Government to respond, undersigned counsel have various other court matters and litigation assignments. Due to these matters and the press of other business, the undersigned respectfully requests the additional time within which to prepare an appropriate response to the claims raised by Petitioner.

7.      The Government believes that Petitioner will suffer no prejudice by the Court granting this motion and counsel for Petitioner have indicated that they do not object to this request.

WHEREFORE, the United States requests an extension until January 21, 2016, to file its response to petitioner's motion for discovery in this matter.

DANA J. BOENTE
UNITED STATES ATTORNEY


By:     _____/s/_____

Lisa R. McKeel
Assistant United States Attorney
Virginia Bar Number: 28652
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757/591-4000
Fax: 757/591-0866
Email: Lisa.McKeel@usdoj.gov

By:             /s/

Brian J. Samuels
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Ph:   (757) 591-4000
Fax: (757) 591-0866
Email: Brian.Samuels@usdoj.gov


By:             /s/

Jeffrey A. Zick
Trial Attorney
United States Department of Justice
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Ph:   (757) 591-4000
Fax: (757) 591-0866
Email: Jeffrey.Zick@usdoj.gov

4

CERTIFICATE OF SERVICE

I certify that on December 22, 2015, I electronically filed a copy of the foregoing with the

Clerk of the Court using the CM/ECF system, which will provide notification to:

Michele J. Brace
Counsel for Defendant
Virginia Capital Representation
Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Phone: (434) 871-2970
Fax: (434) 817-2972
Email: mbrace@mindsort.com

Dana Catherine Hansen Chavis
Counsel for Defendant
Federal Defender Services of Eastern Tennessee, Inc.
800 S. Gay St
Suite 2400
Knoxville, TN 37929
Phone: (865) 637-7979
Fax: (865) 637-7999
Email: dana_hansen@fd.org

By:　　　　　　　/s/
Brian J. Samuels
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757-591-4000
Fax: 757-591-0866
Email: Brian.Samuels@usdoj.gov

5