IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,              )
                                   )
        Petitioner                 )        CRIMINAL ACTION NO.: 4:08cr16
                                   )        CIVIL ACTION NO.: 4:15cv108
        v.                         )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
        Respondent.                )

**ORDER FOR EXTENSION OF TIME TO FILE RESPONSE
TO PETITIONER'S MOTION FOR DISCOVERY (ECF No. 491)**

Upon motion of the United States, for additional time within which to file its response in

this matter, the Court finds good cause to grant the request of the United States.

IT IS THEREFORE ORDERED that the United States file an answer or other pleading in

response to Petitioner's Motion for Discovery and Consolidated Memorandum of Law by

January 21, 2016.

Date:_____
Norfolk, Virginia                           CHIEF UNITED STATES DISTRICT JUDGE


I ASK FOR THIS:

DANA J. BOENTE
UNITED STATES ATTORNEY

By:_____/s/_____
     Brian J. Samuels
     Assistant United States Attorney
     Fountain Plaza Three, Suite 300
     721 Lakefront Commons
     Newport News, VA 23606
     757/591-4000

1