IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Petitioner | ) | CRIMINAL ACTION NO.: 4:08cr16 |
| | ) | CIVIL ACTION NO.: 4:15cv108 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**GOVERNMENT MOTION REQUESTING PERMISSION TO FILE SECTION 2255 RESPONSE IN EXCESS OF THIRTY PAGE LIMIT UNDER LOCAL RULE 47(F)(3)**

The United States of America, by and through its attorneys of record, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Lisa R. McKeel and Brian J. Samuels, Assistant United States Attorneys, and Jeffrey A. Zick, Special Assistant United States Attorney, respectfully requests permission to file its' response to Petitioner's Title 28, U.S.C. § 2255 pleading, currently due on or before January 11, 2016, in excess of the page limit set forth under Local Rule 47. In support, the Government submits the following:

1.      Petitioner's Section 2255 pleading, along with attachments, is in excess of 300 pages. ECF 458.

2.      On October 6, 2015, the Court ordered the Government to file a response and on October 27, 2015, the Court granted the Government's request for more time. ECF 479, 483.

3.      The Government's response, not including affidavits and supporting documents, exceeds one hundred pages. While the Government has sought to curtail its response, due to the lengthy history of this case, as well as the volume of the issues raised by the Petitioner, the

Government's response will certainly be in excess of the thirty pages allowed under Local Criminal Rule 47(F)(3).

4. Due to this, the undersigned respectfully requests this Court allow the Government to file its' response in excess of the thirty page limit.

5. The government believes that the defendant will suffer no prejudice by the Court granting this motion.

DANA J. BOENTE
UNITED STATES ATTORNEY


By:_____/s/_____
Lisa R. McKeel
Brian J. Samuels
Assistant United States Attorneys
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Ph: (757) 591-4000
Fax: (757) 591-0866
Email: Lisa.McKeel@usdoj.gov
Email: Brian.Samuels@usdoj.gov


By:_____/s/_____
Jeffrey A. Zick
Special Assistant United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757/591-4000
Fax: 757/591-0866
Email: Jeffrey.Zick@usdoj.gov

2

CERTIFICATE OF SERVICE

I certify that on January 8th , 2016, I electronically filed a copy of the foregoing with the

Clerk of the Court using the CM/ECF system.   I further certify that I caused a true and correct

copy of the foregoing to be mailed to the following non-ECF user:

**Michele Jill Brace**
Virginia Capital Representation Resource Center
2421 Ivy Rd., Suite 301
Charlottesville, VA 22903
Ph:   434-817-2970, 202-223-6380
Email: mbrace@mindsort.com

**Dana Catherine Hansen Chavis**
Federal Defender Services of Eastern Tennessee, Inc.
800 S. Gay St, Suite 2400
Knoxville, TN 37929
Ph:   (865) 637-7979
Fax: (865) 637-7999
Email: dana_hansen@fd.org


By: _____/s/_____
                    Lisa R. McKeel
                    Brian J. Samuels
                    Assistant United States Attorneys
                    Attorney for the United States
                    United States Attorney's Office
                    Fountain Plaza Three, Suite 300
                    721 Lakefront Commons
                    Newport News, Virginia 23606
                    Phone: 757-591-4000
                    Fax: 757-591-0866
                    Email: Lisa.McKeel@usdoj.gov
                    Email: Brian.Samuels@usdoj.gov

3