IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON        )
                            )
      v.                        )   Criminal Action No.: 4:08CR16
                            )   Civil Action No.: 4:15cv108
                            )
UNITED STATES OF AMERICA    )

ORDER GRANTING REQUEST TO FILE RESPONSE TO
PETITIONER'S MOTION UNDER 28 U.S.C. § 2255 IN EXCESS OF THIRTY PAGE LIMIT
SET FORTH UNDER LOCAL RULE 47(F)(3)

Upon motion of the United States, for permission to file its' response in this matter in

excess of the thirty page limit set forth under Local Rule 47, the Court finds good cause to grant

this request.

IT IS THEREFORE ORDERED that the United States is granted permission to file an

oversized response, in excess of the thirty page limit set forth under Local Rule 47 for the United

States District Court.


Date:_____                          _____
Norfolk, Virginia                           UNITED STATES DISTRICT JUDGE

I ASK FOR THIS:

DANA J. BOENTE
UNITED STATES ATTORNEY

By:_____/s/_____
    Lisa R. McKeel
    Assistant United States Attorney
    Fountain Plaza Three, Suite 300
    721 Lakefront Commons
    Newport News, VA 23606
    757/591-4000