IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED

JAN  – 8  2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

DAVID ANTHONY RUNYON            )
                                )
              v.                )   Criminal Action No.: 4:08CR16
                                )   Civil Action No.: 4:15cv108
                                )
UNITED STATES OF AMERICA        )

ORDER GRANTING REQUEST TO FILE RESPONSE TO
PETITIONER'S MOTION UNDER 28 U.S.C. § 2255 IN EXCESS OF THIRTY PAGE LIMIT
SET FORTH UNDER LOCAL RULE 47(F)(3)

Upon motion of the United States, for permission to file its' response in this matter in

excess of the thirty page limit set forth under Local Rule 47, the Court finds good cause to grant

this request.[1]

IT IS THEREFORE ORDERED that the United States is granted permission to file an

oversized response, in excess of the thirty page limit set forth under Local Rule 47 for the United

States District Court.

_____/s/_____
Rebecca Beach Smith
Chief Judge
UNITED STATES DISTRICT JUDGE

Date: 1-8-16
Norfolk, Virginia

I ASK FOR THIS:

DANA J. BOENTE
UNITED STATES ATTORNEY

By:_____/s/_____
Lisa R. McKeel
Assistant United States Attorney
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
757/591-4000

---

[1] Given that the Petitioner's motion was one hundred twenty-six (126) pages, and with exhibits was three hundred eighty-seven (387) pages, this is certainly a reasonable request from the United States.  Further, the court notes that the Petitioner did not ask for permission to file his motion, which included his memorandum in support in excess of thirty (30) pages, as required by the Local Rules.