UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

      Petitioner,

                          ACTION NO. 4:15cv108

v.           [ORIGINAL CRIMINAL NO. 4:08cr16-3]

UNITED STATES OF AMERICA,

      Respondent.

## ORDER

This matter comes before the court on the Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence ("Motion"), filed on October 5, 2015. ECF No. 478. The United States filed its Response on January 11, 2016. ECF No. 497. The Petitioner is now **DIRECTED** to file any reply deemed necessary within thirty (30) days of the date of entry of this Order.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for the Defendant and to the United States Attorney at Newport News.

IT IS SO ORDERED.

                         /s/
                Rebecca Beach Smith
                   Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

January 15 , 2016