**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| | : | |
| DAVID ANTHONY RUNYON, | : | No. 4:15cv108 |
| Petitioner, | : | Original Criminal No. 4:08cr16-3 |
| | : | |
| -v- | : | **CAPITAL § 2255 PROCEEDINGS** |
| | : | |
| UNITED STATES OF AMERICA, | : | HON. REBECCA BEACH SMITH |
| Respondent. | : | |
| | : | |

**PETITIONER'S MOTION FOR MODIFICATION OF**
**ORDERS AND SUGGESTION FOR SCHEDULING ORDER**

Petitioner David Runyon presently is preparing three documents that address interrelated issues but have diverse and in some respects incompatible filing deadlines. To avoid piecemeal filings and to allow matters to proceed in an efficient and logical manner, Runyon asks the Court to modify its current orders and requests that the Court issue a scheduling order that addresses all three of these pleadings. The reasons supporting this motion are set out in the accompanying memorandum.

Respectfully Submitted,

_____/s/_____
Dana Hansen Chavis, *pro hac vice*          Michele J. Brace, VSB No. 36748
Federal Defender Services                         Virginia Capital Representation
 of Eastern Tennessee, Inc.                        Resource Center
800 S. Gay Street, Suite 2400                   2421 Ivy Road, Suite 301
Knoxville, TN 37929                                Charlottesville, VA 22903
Telephone (865) 637-7979                        Telephone (434) 817-2970
Dana_Hansen@fd.org                             mbrace@mindsort.com

Dated: January 21, 2016

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2016, I have electronically filed the foregoing Petitioner's Motion for Modification of Orders and Suggestion for Briefing Order with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
(757) 591-4032
Brian.Samuels@usdoj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons Suite 300
Newport News, VA 23606
(757) 591-4040
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
Phone: (757) 591-4000
JZick@usa.doj.gov

_____/S/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com
*Counsel for Petitioner*
*David Anthony Runyon*

2