**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| _____ | : | |
| DAVID ANTHONY RUNYON, | : | No. 4:15cv108 |
| Petitioner, | : | Original Criminal No. 4:08cr16-3 |
| | : | |
| -v- | : | **CAPITAL § 2255 PROCEEDINGS** |
| | : | |
| UNITED STATES OF AMERICA, | : | HON. REBECCA BEACH SMITH |
| Respondent. | : | |
| _____ | : | |

### DEFENDANT'S MOTION FOR EXPEDITED CONSIDERATION

Defendant Runyon has today filed a motion concerning his filing deadlines for three documents: his motion to amend the § 2254 motion as a matter of course under Fed. R. Civ. P. 15(a), Runyon's reply to the Government's answer to the original § 2255 motion, and Runyon's reply in support of his motion for discovery. In order to allow these matters to proceed in a more efficient and logical manner, Runyon's motion asks the court to modify its current orders and to issue a scheduling order that addresses the filing of these three documents.

Because these documents have overlapping filing deadlines that all fall within a period of 30 days or less, Runyon asks the Court to expedite its consideration of his motion so that the scheduling issues can be resolved quickly. To Runyon's knowledge, the United States has no current filing deadlines in this case, and it will not be affected (or prejudiced) by the proposed scheduling order.

Respectfully Submitted,

_____/s/_____

| | |
|---|---|
| Dana Hansen Chavis, *pro hac vice* | Michele J. Brace, VSB No. 36748 |
| Federal Defender Services | Virginia Capital Representation |
| of Eastern Tennessee, Inc. | Resource Center |
| 800 S. Gay Street, Suite 2400 | 2421 Ivy Road, Suite 301 |
| Knoxville, TN 37929 | Charlottesville, VA 22903 |
| Telephone (865) 637-7979 | Telephone (434) 817-2970 |
| Dana_Hansen@fd.org | mbrace@mindsort.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2016, I have electronically filed the foregoing Defendant's Motion for Expedited Consideration with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
(757) 591-4032
Fax: 757/591-0866
Brian.Samuels@usdoj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons Suite 300
Newport News, VA 23606
(757) 591-4040
Fax: 757/591-0866
Lisa McKeel@usdoj.gov

Jeffrey A. Zick
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
Phone: (757) 591-4000
Fax: 757/591-0866
JZick@usa.doj.gov

_____/S/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

*Counsel for Petitioner*
*David Anthony Runyon*

2