UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED

JAN 2 2 2016

CLERK, US DISTRICT COURT
NORFOLK, VA

DAVID ANTHONY RUNYON,

      Petitioner,

    v.

UNITED STATES OF AMERICA,

      Respondent.

ACTION NO. 4:15cv108
[ORIGINAL CRIMINAL NO. 4:08cr16-3]

## ORDER

This matter comes before the court on the "Motion for Modification of Orders and Suggestion for Scheduling Order" ("Motion for Modification") and corresponding Memorandum in Support, filed by the Petitioner, David Anthony Runyon, on January 21, 2016. ECF Nos. 501, 502. The government responded on January 22, 2016. ECF No. 504. In the Motion, the Petitioner requests that the court modify its current orders and issue a scheduling order establishing new deadlines for the three pleadings that he is currently preparing. Mot. at 1. As the Petitioner has failed to show good cause, the January 29, 2016, deadline for the Petitioner's Reply to the government's Response to his Motion for Discovery and the February 16, 2016, deadline for the Petitioner's Reply to the government's Response to his § 2255 motion stand.[1] Moreover, the February 4, 2016, deadline

---

[1] At this juncture, the court is of the opinion that the Petitioner's counsel has had more than adequate time to make her

set by Federal Rule of Civil Procedure 15(a)(1)(B) for the Petitioner to file an amended § 2255 motion stands. To the extent that scheduling needs to be altered after the filing of any amended § 2255 motion, the court will address it, as necessary, at that time. Accordingly, the Petitioner's Motion for Modification is **DENIED**. The Petitioner also filed a Motion to Expedite. ECF No. 503. As the court has ruled on the Motion for Modification, the Motion to Expedite is now **MOOT**.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for the Defendant and to the United States Attorney at Newport News.

IT IS SO ORDERED.

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

January 22, 2016

---

filings and conduct discovery. The court will not continue to alter or extend deadlines carefully established by the court, the Rules Governing Section 2255 Proceedings, and the Federal Rules of Civil Procedure.