**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

|  |  |  |
|---|---|---|
| | : | |
| DAVID ANTHONY RUNYON, | : | No. 4:15cv108 |
| Petitioner, | : | Original Criminal No. 4:08-CR-00016 |
| | : | |
| -v- | : | **CAPITAL § 2255 PROCEEDINGS** |
| | : | |
| UNITED STATES OF AMERICA, | : | HON. REBECCA BEACH SMITH |
| Respondent. | : | |
| | : | |

**PETITIONER'S MOTION TO FILE UNDER SEAL ONE CLAIM AND
ONE EXHIBIT IN HIS AMENDED MOTION FOR COLLATERAL RELIEF
PURSUANT TO 28 U.S.C. §2255, AND INCORPORATED MEMORANDUM**

Not later than February 4, 2016, Petitioner Defendant David Runyon will file an amended motion under 28 U.S.C. § 2255, pursuant to Fed. R. Civ. P. 15(a). Generally, an amended pleading completely supersedes the original pleading. To make certain that the amended motion is complete, Runyon will file a full Amended § 2255 Motion.

Before filing his original § 2255 motion, Runyon sought leave to file three claims and one exhibit under seal. The court granted the motion in part and denied it in part. It allowed Runyon to file Claim S2 and Exhibit S-1 under seal. ECF No. 476. It denied him leave to seal the other two claims, *id.,* and he filed those claims on the public docket.

Runyon intends to include Amended Claim S2 in his amended motion, and he again seeks permission to file that claim under seal. As with the original version, Amended Claim S2 alleges that the court unlawfully excluded one or more of the potential jurors on "List 2" based solely on their juror questionnaire responses without voir dire, and that trial counsel unreasonably failed to object and unreasonably participated. Amended Claim S2, like the

1

original version of this claim, quotes from ECF 210 (sealed); it quotes or closely describes a number of the questions in the sealed blank questionnaire; and it discusses and analyzes multiple other questions in the blank questionnaire. It identifies five potential jurors by Juror Number and discusses portions of each one's questionnaire responses regarding capital punishment. It also quotes the portions of Exhibit S-1 that discuss those five potential jurors. It further discloses employment information about some potential jurors' families, which was obtained solely from the questionnaires. Runyon identifies individuals in the claim only by Juror Number.

Amended Claim S2 presents the same personal information as the original version of the claim. The reasons for filing this claim under seal have not changed. For these reasons, Runyon asks the Court to issue an order allowing him to file Amended Claim S2 under seal.

Original Claim S2 was supported by sealed Exhibit S-1. This is an internal document, created by defense counsel, that was compiled before Runyon's trial. It lists many of the potential jurors by name and juror number, along with a small amount of information that trial counsel derived from that individual's juror questionnaire. It lists a smaller number of potential jurors only by juror number, again with information that trial counsel derived from the questionnaires.

Runyon intends to support Amended Claim S2 with the exact same exhibit (S-1) that was filed with the original version of Claim S2. For these reasons, he asks the Court to again give him permission to file Exhibit S-1 under seal.

### Conclusion

For the forgoing reasons, the court should allow Runyon to file Amended Claim S2 under seal. It also should allow him to file Exhibit S-1 under seal.

Respectfully Submitted,


_____/s/_____

Dana Hansen Chavis, *pro hac vice*      Michele J. Brace
Asst. Federal Community Defender      Virginia State Bar No. 36748
Federal Defender Services of      Virginia Capital Representation
 Eastern Tennessee, Inc.       Resource Center
800 S. Gay Street, Suite 2400      2421 Ivy Road, Suite 301
Knoxville, TN 37929      Charlottesville, VA 22903
Telephone (865) 637-7979      Telephone (434) 817-2970
Fax (865) 637-7999      Fax (434) 817-2972
Dana_Hansen@fd.org      mbrace@mindsort.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2016, I have electronically filed the foregoing Defendant's Motion To File Under Seal One Claim and One Exhibit To His Forthcoming Amended Motion for Collateral Relief Pursuant to 28 U.S.C. §2255 with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
(757) 591-4032
Fax: 757/591-0866
Brian.Samuels@usdoj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons Suite 300
Newport News, VA 23606
(757) 591-4040
Fax: 757/591-0866
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
Phone: (757) 591-4000
Fax: 757/591-0866
JZick@usa.doj.gov

_____/S/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com
*Counsel for Defendant/Movant*
*David Anthony Runyon*

4