**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

FILED

FEB – 4 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

DAVID ANTHONY RUNYON,
    Petitioner,

    -v-

UNITED STATES OF AMERICA,
    Respondent.

:
:
:
:
:
:
:
:
:
:

No. 4:15cv108
Original Criminal No. 4:08-CR-00016

**CAPITAL § 2255 PROCEEDINGS**

HON. REBECCA BEACH SMITH

## MEMORANDUM ORDER

This matter comes before the court on the "Petitioner's Motion To File Under Seal One Claim and One Exhibit in His Amended Motion for Collateral Relief Pursuant to 28 U.S.C. §2255 and Incorporated Memorandum." The Petitioner says that Amended Claim S2 will contain the same confidential information about jurors, their families, and their responses to jury questionnaires as did the original version of Claim S2, which the court previously allowed him to file under seal. ECF No. 476. Petitioner further says there has been no change to Exhibit S-1, which the court also previously allowed him to file under seal in support of Claim S2. *Id.*

Allowing Amended Claim S2 and Exhibit S-1 to be filed under seal promotes the court's continuing interest in ensuring that confidential and personal information about the jurors and potential jurors in this case is protected from unnecessary disclosure.

For the reasons set forth above, the Petitioner's Motion to Seal is GRANTED, and the Clerk is ORDERED to file Amended Claim S2 and Exhibit S-1 under seal, with access granted to the United States Attorney at Newport News.

/s/
Rebecca Beach Smith
Chief Judge
REBECCA BEACH SMITH
CHIEF JUDGE

February 4, 2016