**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

_____          :
                                         :
**DAVID ANTHONY RUNYON,**                 :      **No. 4:15cv108**
    **Petitioner,**               :      **Original Criminal No. 4:08cr16-3**
                                         :
    **-v-**                      :      **CAPITAL § 2255 PROCEEDINGS**
                                         :
**UNITED STATES OF AMERICA,**             :      **HON. REBECCA BEACH SMITH**
    **Respondent.**               :
_____          :_____


**MOTION FOR PERMISSION TO FILE AMENDED §2255 MOTION**
**IN EXCESS OF THE 30-PAGE LIMIT UNDER THE LOCAL RULES**

David Runyon, through undersigned counsel and out of an abundance of caution,

respectfully requests permission to file his Amended §2255 Motion in excess of the page limit set

forth under Local Civil Rule 7(F)(3) and Local Criminal Rule 47(F)(3).

Runyon is amending his §2255 motion "as a matter of course" under Fed. R. Civ. P.

15(a)(1). His initial §2255 motion was timely filed on October 5, 2015. In preparation for filing its

Answer, the Government requested permission to exceed the 30-page limit under Local Criminal

Rule 47(F)(3). ECF No. 495. For cause, the Government noted the number of issues in Runyon's

§2255 motion and the lengthy history of this case. The Court entered an order finding good cause

to grant the Government's request. ECF No. 496.  In that same order, the Court noted Runyon's

§2255 motion was 126 pages and he had not similarly moved to exceed the page limit.  *Id.* at fn.

1.  The instant motion is being filed contemporaneously with Runyon's Amended §2255 Motion

but without conceding that his pleading is governed by the local rules on motions.

A §2255 motion—like a petition for writ of habeas corpus but unlike an ordinary motion—is treated like a civil pleading and is governed by special rules. *See* RULES GOVERNING SECTION 2255 PROCEEDINGS FOR THE UNITED STATES DISTRICT COURTS. For example, although akin to a civil complaint, a §2255 motion—like a habeas petition—"must allege the factual underpinning" of the claims and "adequately set forth" the grounds for relief. *McFarland v. Scott*, 512 U.S. 849, 860 (1994) (O'Connor, J., concurring in the judgment in part), citing RULES GOVERNING SECTION 2254 PROCEEDINGS IN THE UNITED STATES DISTRICT COURTS. The Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and a court's local rules also may apply, but only to the extent they are not inconsistent with any statutory provisions or the § 2255 RULES. § 2255 RULE 12.

This Court's local rules do not impose a page limit on civil complaints. The rule invoked by the Government (Local Criminal Rule 47) requires motions to be accompanied by briefs that are limited in length, as does Local Civil Rule 7. Runyon's Amended §2255 Motion exceeds the page limit in those local rules.

The initial §2255 motion averaged about seven pages per claim but since that time undersigned have learned additional facts relevant to Runyon's claims. The Amended §2255 Motion is lengthier but undersigned have tried to be concise while pleading the necessary elements of Runyon's claims.

The Government will not be prejudiced by the Court granting this motion.

2

WHEREFORE, Runyon respectfully requests this Court allow him to file his Amended §2255 Motion in excess of the 30-page limit set forth in Local Civil Rule 7(F)(3) and Local Criminal Rule 47(F)(3).


                                                Respectfully Submitted,


                                                _____/s/_____
Dana Hansen Chavis, *pro hac vice*              Michele J. Brace, VSB No. 36748
Federal Defender Services                       Virginia Capital Representation
 of Eastern Tennessee, Inc.                      Resource Center
800 S. Gay Street, Suite 2400                   2421 Ivy Road, Suite 301
Knoxville, TN 37929                             Charlottesville, VA 22903
Telephone (865) 637-7979                        Telephone (434) 817-2970
Dana_Hansen@fd.org                              mbrace@mindsort.com

                        Dated: February 4, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2016, I have electronically filed the foregoing Motion for Permission to File Amended §2255 Motion in Excess of the 30-page Limit Under the Local Rules with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
(757) 591-4032
Brian.Samuels@usdoj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons Suite 300
Newport News, VA 23606
(757) 591-4040
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
(757) 591-4000
Jeffrey.Zick@usdoj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com
*Counsel for Petitioner*
*David Anthony Runyon*

4