Exhibit 1 to the initial §2255 Motion, ECF No. 478-1, is not relevant to this Amended §2255 Motion.  This page is a placeholder to maintain the numbering continuity of the exhibits between the two documents.

Case 4:08-cr-00016-RBS-DEM    Document 511-1    Filed 02/04/16    Page 1 of 1 PageID# 4539