## Declaration of Catherina Voss

1. My name is Catherina Voss. I am incarcerated at Carswell Medical Center in Ft. Worth, Texas. I am serving a life sentence for the death of my husband, Cory Voss.

2. In December of 2007, I was arrested and was charged with the death of my husband, Cory. Michael Draven and David Runyon were also arrested for Cory's death.

3. I did not go to trial. I plead guilty because I did not want the death penalty. I pled guilty in exchange for a life sentence.

4. I had only a short amount of time to accept the government's plea offer or the government said they would seek the death penalty against me. I called my mom and told her what was happening and then decided to plead guilty.

5. I signed the statement of facts to my plea agreement although I had no independent, personal knowledge whether some of the statements were true.

6. I have no personal knowledge of Michael Draven sending an email on January 2, 2007, to a person about a "swipe or hit on someone."

7. I don't know if David Runyon was experienced with firearms. Michael Draven told me David Runyon was a police officer at one time.

8. I don't know if Draven and Runyon discussed killing Cory or made arrangements to discuss killing Cory. I only know what Draven told me.

9. David Runyon and I did not discuss a plan for him to murder Cory. I did not talk with Runyon about the amount of money he would be paid for killing Cory. I did not agree to pay him $20,000. I did not talk with Runyon about the timing of payment or the murder of Cory.

10. David Runyon and I had one telephone conversation. I spoke with him because Draven was in jail at the time that Runyon was supposed to meet with Draven. Draven told me they were meeting so he could re-pay Runyon for a loan. This is the only time I ever spoke with David Runyon. When I spoke to David on the phone, I told him that Michael Draven wanted me to speak with my kids about Cory inappropriately touching them when they were in the shower. When I told David this he started to cry. I don't know if this was true and Draven could have made it up to get a reaction, but I did tell David.

11. I have no personal, independent knowledge of what part, if any, David Runyon played in Cory's death. I only know what Draven told me.

12. I have no personal knowledge of how many times Michael Draven communicated with David Runyon or what they communicated about. I only know what Draven told me.

Page 1 of 3

EXHIBIT 9

13. I have no personal, independent knowledge of David Runyon purchasing a revolver or any other type of gun. Draven did not tell me about this.

14. I have no personal knowledge that David Runyon travelled from Morgantown, West Virginia to Newport News, Virginia, to kill Cory. The police told me that David Runyon's cell phone was traced to Virginia the night of Cory's death.

15. I never communicated with David Runyon by text message, I only spoke to him on the telephone one time, and we did not talk about killing Cory. I have no knowledge about how many times Draven communicated with Runyon on the day Cory was killed. Draven did not tell me about this.

16. On the night Cory was killed, Draven told me by telephone that he was at the Waffle House with David Runyon but I never heard David Runyon in the background nor did I ever speak with him. I have no personal, independent knowledge whether David Runyon was really there. At that time, I had a feeling that David Runyon was not there. I still suspect that David Runyon was not there.

17. The police told me that a map was found in David Runyon's vehicle. I told the police that the handwriting on the map appeared to be Michael Draven's handwriting.

18. I have no personal or independent knowledge that David Runyon entered Cory's truck at the time Cory was killed at the ATM. I have no knowledge that Runyon caused Cory to drive around the LFCU building and reenter the ATM drive up. I have no knowledge about anything that was said to Cory at that time. Draven did not tell me anything about this.

19. I have no personal or independent knowledge about who shot Cory.

20. I have no personal, independent knowledge about what type of weapon was used to kill Cory, or when and where the weapon was purchased. Draven did not tell me about this.

21. I have no personal or independent knowledge that Draven's brother sent David Runyon money through Western Union, or how much money was sent. Draven did not tell me anything about this.

22. I never communicated with David Runyon by email or telephone to coordinate a false alibi, to cover up any relationship with David Runyon, or to provide false information to law enforcement. I had no relationship with David Runyon.

23. When it came to Cory, I let Michael Draven take care of everything. I only know what he told me.

24. One day, Michael Draven called me when Cory was home. Draven wanted to come to the house and kill Cory himself. I said no because my kids were home. I believe Draven could have killed Cory himself.

Page **2** of **3**

EXHIBIT 9

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 10th day of September, 2015.

_Catherina Voss_____

**Catherina Voss**

EXHIBIT 9