## DECLARATION OF PAULA DALTON

1. My name is Paula Dalton. I live in Reedsville, West Virginia.

2. About 2006, I met David Runyon through my friend Matt Long. We were living in Morgantown, West Virginia. David Runyon and I became friends.

3. Matt and I and David Runyon and his girlfriend Ginny were roommates for a few months in the beginning of 2007. Sometime after that, David Runyon lived with my father, David Dalton. David Runyon and my father went hunting and fishing together. David Runyon dated my cousin Sarah Baker during the time that he lived with my father.

4. David Runyon was always very nice and kind. He was polite and the perfect gentleman. He said "yes, ma'am" and "no sir," and opened doors for me and other women.

5. David Runyon's son came to live with him. David Runyon was excited and happy to be reunited with his son, who we called "Little Davy." David tried to be a good father to his son. I was happy to help David Runyon when he worked a drug study and needed a babysitter for Davy.

EXHIBIT 11

6. I was brought to Norfolk Virginia to testify before the grand jury and again at David Runyon's trial.

7. I did not speak to David Runyon's trial attorneys before I testified. If I had, I would have told them the things that I've said in this affidavit.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on the 28th day of September, 2015.**

*Paula Dalton*

**Paula Dalton**

EXHIBIT 11