## Declaration of Matt Long

1.    My name is Matt Long and I live in Kingwood, West Virginia.

2.    I knew David from about 2006-2007. We both lived Morgantown, West Virginia. David and I went deer hunting and spent time together outdoors. We were roommates for a short period. David was an all-around good guy.

3.    David worked doing drug studies. He travelled out of town to participate in the studies. David's son, Davy, came to live with him. David loved his son. I helped keep Davy when David was working out of town because David would help me out when I needed it.

4.    I never feared that David would harm me or anyone else. David never talked about coming into a lot of money or about being hired to kill somebody.

5.    No one from David's defense team ever came to speak with me about David before his trial. If they did, I would have told them about the things I have said here.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 29th day of September, 2015.

_____
Matt Long

EXHIBIT 12