## DECLARATION OF SCOTT LINKER

1. My name is Scott Linker. I live in Viola, Kansas.

2. I have two sisters: Maria and Teresa. Around 1995, I got to know David Runyon because Teresa met David and then my other sister, Maria, met David. Maria and David eventually married. David was hard working, respectful, caring, and a great friend.

3. My sister, Maria, has never wanted to take care of herself or anyone else. She is always looking for a free ride. If she did not have a man around to care for her, she would depend on our father to carry the weight financially.

4. When Maria married David, he was in the military and was in the process of being assigned to Fort Benning. After David completed basic training, Maria, Wren, and Kendi moved to Georgia with David.

5. There came a time that David's commanding officers said he could not re-enlist if he remained with Maria because she had caused so much trouble on the base. Maria called the CO's repeatedly and complained about anything she did not like about David. She also wrote bad checks all over the base. This reflected poorly on David and his CO's wanted her gone. It really bothered David that he could not continue his military career.

6. Eventually, David and Maria moved back to Kansas. My father Fred had a house in Wichita that was broken into apartments. David and Maria lived in one of those apartments.

7. Because they lived in separate apartments but in the same house, my father observed David and Maria's relationship and David's relationship with Maria's children, Wren and Kendi, and with their son, Davy. My father heard Maria yell at and berate David. One time, Maria called David a "ying yang mother fucker." My father thought that David should leave Maria because of how badly she treated him. My father thought highly of David because he not only treated Wren and Kendi like his own, but also worked hard and tried to care for the children whereas their own mother (Maria) did not.

8. It bothered me to see how hard David worked when Maria did not contribute to the family in any manner. Their house was filthy dirty. Dirty laundry and food was everywhere. Maria sat home all day, drank alcohol, and smoked cigarettes.

9. David was passive and not aggressive. I never heard David so much as raise his voice to anyone, including Maria. He was gentle and loving with the kids. David was adamant the kids were respectful and taught them to say, "no sir" and "yes

EXHIBIT 13

ma'am." David shared his love of the outdoors with the kids and took all the kids fishing. David also stressed the safety of guns with Wren and took him hunting.

10. David loved guns. He was a gun enthusiast but not a "gun nut." David was very knowledgeable about guns and he was a responsible gun owner. David respected the power of a gun and did not take it lightly.

11. David collected and traded guns like some people do baseball cards. It is what he knew and loved. It was common for David to buy a gun, turn around, and sell it quickly. I remember David bought a Taurus, Raging Bull revolver. He sold it to me two days later because he did not like the way it fired. David did the same thing with ammunition.

12. David was also an expert marksman. We hunted together a lot. The craziest thing I've ever seen is when David shot a deer from 400 yards away. We were on our way to our hunting spot one day when we saw three deer from the roadway. I wanted to drive closer before taking a shot but David insisted I stop the car. David laid across the car and fired two shots: the first one went through the deer's ear and the second one in his head.

13. It doesn't make sense to me that David committed this crime because the victim was shot five times. To say David would have to shoot anyone more than once (especially from close range) is ludicrous.

14. David was also a smart guy. He was educated but also had common sense. I can't believe that David would leave items in his car that implicated him in a murder, especially after he knew the police had talked to him about a murder. This defies all common sense and David would never be that stupid.

15. I remember talking with David's trial investigator. I also testified at David's trial. I don't remember speaking with David's attorneys before I testified. If I did, it was a very brief conversation.

16. If asked, I would have talked about the things contained in this declaration that were not elicited during my testimony.

EXHIBIT 13

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 24 day of September, 2015.

SCOTT LINKER

EXHIBIT 13