Cell Phone Tracking Evidence

An excerpt from the upcoming book: Cellular Location Evidence for Legal Professionals.

By Larry E. Daniel, EnCE, DFCP, ACE, BCE, CTNS

# Introduction:

We live in a world today where individuals' movements and locations are being recorded in many different ways. These movements and locations are commonly being used as evidence in civil, criminal and domestic litigation. It is of paramount importance that anyone who is involved in litigation that uses cellular location evidence understands the appropriate and inappropriate use of this type of location data.

Recent decisions by some courts have made it possible for government agencies to obtain real time tracking information using an individual's cellular phone or other cellular device without having to show probably cause or obtain a search warrant.

Additionally, the government and courts continue to maintain the position that obtaining historical call detail records for an individual does not require probable cause or a warrant since the person holding the cell phone is voluntarily providing their location data to a third party, namely the cellular service provider. However, obtaining real time geo-location of a cell phone via the emergency 911 (E911) system still requires either a warrant or permission from the cellular carrier.

What this book will cover is how the data for creating location maps for cellular phones and other cellular connected devices is collected, analyzed and presented in court.

## What is Cellular Data Analysis?

Cellular data analysis is the process of collecting, analyzing and presenting the approximate location of a cell phone or other cellular device based on data obtained from the wireless company or in some rare cases, from the device itself.

There are several types of cell phone location data that can be collected and examined;

- Carrier based location data is collected by obtaining historical call detail records for a particular phone from the cellular carrier along with a listing of the cell tower locations for that carrier. This data is then analyzed for the purpose of generally placing a cell phone in a location on a map.
- Cellular data in the form of "pings", which is real time geo-location tracking of a cellular phone or other cellular device by activating the emergency 911 system (E911), which will then use either a network based or handset based method for locating the phone and will provide a location estimate generated via triangulation of the phone handset.
- Law enforcement may issue a warrant to get real-time call detail activity for a phone. This is the same type of data contained in a historical call detail record but is provided in real time.

EXHIBIT 14

- Cellular data may come from the device itself in the form of GPS location data either from an application running on the phone, a geo-tagged picture or some other data point.

What is important to understand about geo-location of a cellular phone or other cellular device is that the accuracy of the geo-location is dependent on a number of factors, not the least of which is the ability of the analyst to properly interpret and present the data and the methods used to present the information.

Throughout the remainder of this book, rather than typing out cellular phone or other cellular device, the author will use the term cell phone or handset unless there is a need to specifically describe a different type of cellular device such as an air card.

## How does Cellular Data Analysis Work?

In a nutshell, cell phone location forensics involving historical call detail records generally progresses in the following way:

1. A phone number is identified as belonging to a person of interest.
2. The cellular phone company for the phone number is determined.
3. A warrant, subpoena or an administrative request is given to the cell phone company requesting the records for the phone.
4. An analyst then takes those records and plots them using mapping software such as Microsoft Street and Trips, Google Earth Professional, Microsoft Map Point, Arc GIS, or PenLink.
5. The maps will then be used to further an investigation or presented during litigation and potentially in a court of law.

The second type of data used in cellular data forensics is real time tracking of a cell phone. This is a different process from analyzing historical call detail records and has a different result since real time tracking uses the Emergency 911 (E911) system.

When the E911 system is used, the location of the phone is determined using various methods that will be described in detail later in this book.  However, it is important to note that the E911 system is not infallible and does not always provide an accurate location of a cell phone.

An additional method that is sometimes used to attempt to locate a cell phone is geo-tagging of photos where the GPS location is recorded in the metadata of the image automatically by the phone. Geo-tagging is also a function of some digital cameras.

There are also applications on cell phones that can provide some information about the location of a phone based on the GPS location of wireless network routers that are recorded by the phone automatically.  Again, the reliability and accuracy of this data is open to interpretation.

## How is Cellular Data Analysis Used?

Cellular data analysis is used quite often in criminal cases to attempt locate a person of interest, either as they go about their criminal enterprises, or in relation to a particular incident or crime.

EXHIBIT 14

This type of analysis is also used in civil litigation involving vehicle accidents, property damage claims and other types of cases where the location of a particular cell phone at a particular time is of interest.

Cell phone location analysis is also used to locate missing persons who may have their phone with them when they go missing.  This type of cell phone location is normally triggered through an exigent circumstances request to the cellular carrier to begin actively "pinging" the cell phone using the E911 location system to attempt to locate the phone.

## What is the Basis for Cell Phone Tracking Using Call Detail Records?

The process of cell phone tracking using call detail records and tower locations is based on the concept of radio frequency reuse planning.  This is the method that cellular companies use to determine when to add cell towers to an area to accommodate increases in user demand.

At the basic level a cell phone is just a two way radio.  It requires one channel or frequency to transmit and one channel or frequency to receive.  Cell phones can both send and receive at the same time, unlike a walkie-talkie that uses a single channel to send and receive where you have to wait your turn and push the button to send.



The reason that there is a requirement for radio frequency reuse planning is both simple and practical:

The Federal Communications Commission, (FCC) allots a limited number of radio frequencies to each wireless company.  The number of frequencies available is far too small to accommodate millions of phone calls at the same time.

In order to compensate for this lack of radio frequencies, wireless companies use technology that allows them to split the frequencies into small sections so to speak, to allow more phones to use the frequencies than would be possible if a phone took up the entire radio channel.

The two primary methods for "sharing" radio channels are Time Division Multiple Access (TDMA) which is used in the Global System for Mobile Communications (GSM) network and Code Division Multiple Access (CDMA) which is used in the CDMA network.  AT&T is a GSM wireless company and Sprint is a CDMA wireless company.

EXHIBIT 14

For our purposes the methods used to split up radio channels is not important. What is important to understand is that the wireless system needs to support a huge amount of demand for radio channels at any given time and the wireless companies had to figure out a way to do that.

Even with the current technology for splitting up radio channels to handle more calls; that alone is not enough to cover a large number of cell phone users. To overcome that limitation, the wireless companies re-use those same radio frequencies over and over by putting them into clusters of cells, (hence the name cellular), and then separating sets of frequencies by distance so they will not interfere with each other.



The idea to be efficient and to cover lots of cell phone users is to go small. In other words, each of the 7 cells shown in the image above is a cell tower or more properly a cell site. Each of the seven cell sites would have a set of radio frequencies that is different from all the other cell sites around it. This is important since you can only have so many callers on a set of frequencies and on a single cell site due to technical limitations on capacity.

EXHIBIT 14



As the number of cell phone users grows in an area, the wireless company has to figure out how to accommodate the new customers. The easiest way for the wireless company to do that is to add additional, smaller cell sites that cover a smaller geographic area. As shown in the figure above, rather than having one huge cell site represented by the red circle, it is more efficient to have seven smaller cell sites that cover more people.



EXHIBIT 14

It is this concept of radio frequency reuse planning that has been turned into a forensic method and is what is primarily used today in the United States for showing how a cell phone would have to be located in a particular area.

## What about Triangulation?

The term triangulation is often misused and applied to the analysis of historical call detail records. Call detail records only contain information about a single cell tower that was used when a call was made.  To triangulate the location of any phone or object, for best accuracy you have to have three points of reference.

## Is There an Accurate Way to Track a Cell Phone Location?

Yes, but it can only be done in real time by using the cellular system or the cellular phone's GPS unit to track the phone.

There are basically two ways to locate a phone using technology:  Handset based GPS and network based triangulation.

By law, cell phones are supposed to contain a GPS chip for the purpose of location the phone in an emergency.  However, even today, not every phone has GPS capability.

The most accurate way to locate a phone is by activating the phone's GPS unit and allowing that to provide the phone's location back to the wireless company for transmittal to authorities.  GPS location is supposed to be accurate within 50 feet.

The second way to locate a cell phone is by triangulating the phone using network based location services.  What this does is calculate the position of the cell phone relative to three or more cell towers and provides that location information back to the wireless company.

When a cell phone user calls 911 on their cell phone, the 911 operator will get a cell tower location, a sector and in some cases a GPS location for the phone.

However, these locations can be off up to several thousand feet from the actual location of the phone.

## How Is Cellular Data Analysis Presented?

The location of a cell phone as evidence is typically presented using mapping software to plot the approximate location and movement of the phone.   These maps will then show the location and times of any events of interest such as a bank robbery, shooting, arson or other type of crime or activity.

These maps may also be used to show the location of a person's phone relative to a traffic accident, or to show the movements of a person before or after a traffic accident, fire, or other property incident.

EXHIBIT 14

**Here are some of the issues with the way cell tower tracking evidence is presented:**

1. Cell phone tracking is based on an assumption that the location of the user of a cell phone can be determined merely by the location of the cell tower with which the cell phone connects when it is in use.

2. Expert's reports are based upon the faulty assumption that a cell phone connects to the closest cell tower at the time a call is placed on a nearly 1 to 1 causal basis. While it is true that this is *normally* the case, it is not definitive enough to state that it occurs a particular percentage of the time, nor is there any way to determine this information from call detail records, if the tower connected to was in fact the closest tower to the phone at the time of the call.

3. The circles and sectors (pie wedges) drawn on maps to present this evidence are based on the idea that an "expert" can demonstrate the area covered by a cell phone by drawing circles or pie shapes on a map where the circles or pie shapes represent the approximate coverage area of a cell tower and that the cell phone will be in the area defined by the circle or pie shape. The idea is that the expert can determine the approximate coverage of a cell tower by comparing the distance between two cell towers, account for a theoretical overlap of tower coverage, and then draw a circle to represent the coverage area of each tower. The basis for this method is that cell towers are sectorized, meaning that a cell tower has more than one antenna, that each of the antennas points in a compass direction defined in degrees, and that the analyst can determine how far those signals reach based on comparing the locations of the adjacent cellular towers. However, data regarding the actual coverage area of the any tower at the time of the incident is *not* provided by the cellular carrier and there is no method that can be used to determine the coverage of a cell tower at the time of the incident based on historical call detail records. It is not possible to reliably determine the coverage area of a cell tower antenna as it relates to a particular cell phone at the time of a call simply by comparing the distance between cell towers.

4. Cell phones attempt to connect with the tower emitting the strongest and highest quality signal at a given moment, not the closest. The actual determination of which cell tower is used is complex and hinges on a multitude of factors that are not memorialized in the call detail records. There is no data provided to determine **why** that particular tower was used for the call, only that a particular tower was recorded in the call detail records as having been used at the time for the call. Many factors come into play in the selection of a tower to handle a cellular phone call, and these factors are specific to the moment in time when the call is connected. Such factors include:

    a.   the loading of the towers in the area, which means, which tower has the available capacity at that moment in time to handle the call

EXHIBIT 14

b.  the  health of the towers in the area at the moment in time, which means, are all towers fully functioning at the time of the call

c.  line of sight to the tower from the cellular phone itself

d.  radio signal interference from other cell towers in the area

e.  the make and model and condition of the particular cell phone being used

f.  multi-pathing which is a function of the terrain as well as both natural and  man-made clutter in the area such as trees, hills, buildings and signs that cause radios waves to be either reflected or absorbed, also referred to as Rayleigh fading.

g.  the strength and quality of signal from the towers around the cell phone

h.  whether the phone is inside a building or outside at the time the call was recorded, where structural materials may block the signal from one tower, forcing the cell phone to select a different tower than one it would be able to connect with if it were outdoors.

*"1.3. Selection of a servicing cell*

*If a handset is directly in front of, and with line of site to, the antenna for a given cell and with no other cells of greater or equivalent power close by, it would be unlikely to select any other cell.  This means that within the service area of a given cell, there will be regions where a phone could not be reasonably expected to initiate (or respond to) a call on any other cell.  The location in question could be termed as the 'dominant' region of the cell.  Elsewhere, the received signal strength of other cells will be closer to or supersede that of the cell in question.  The effects of clutter (either by line of sight or the effects of localized interference, or 'fast fading') will mean that there may be marked differences of signal strength over very many small distances.  If there are other cells serving the area with similar signal strengths, the cell selected as serving by the handset may change frequently.  This (usually much larger) region is termed a 'non-dominant' area."* (Source: Journal of Digital Investigation, Volume 8, 2012, "Historical cell site analysis – Overview of principles and survey methodologies", Matthew Tart, Iain Brodie, Nicholas Gleed, James Matthews.)

8.      When preparing expert maps, analysts are trained to use the following methods for determining the approximate coverage area of a cell tower antenna sector:

a.  Using a standard radius of 1 mile or 3 miles projected from the tower at the center, to the edge of the coverage area or,

EXHIBIT 14

b. Drawing the circles on the map after plotting the locations of cell towers where the circles are drawn to overlap each other based on the distance between the cell towers.

c. The compass direction of the tower sector antenna used for a phone call.

d. The beamwidth of the radio signal projected by the sector antenna, if known.

There is no factual basis for drawing coverage circles or pie shapes on a map and the cellular company does not provide such data to experts in cases. The physical location of the cell tower masts is factual in basis because cellular carriers maintain the geo-location (GPS) coordinates of cell towers and provide those GPS locations to the expert for use in his plotting of the locations of the towers. However, there are no published set of principles or methods governing the estimation of cell tower coverage based on simply drawing circles on a map where the circles overlap based on the distance from one tower to other adjacent towers, the size of the circles being determined by the distance between cell towers. In fact, the distance between cell towers on a map have no real bearing on the coverage area of the cell tower at all for the following reasons:

a. Cell towers are placed based on anticipated load, which is the maximum number of cell phone calls anticipated at peak load times for the cell tower. Thus the expected coverage area can vary widely between cell towers.

b. Cell towers are not always configured to provide the same amount of antenna power output, which determines the maximum range of the signal produced by the antennas.

c. Cell towers are placed to cover specific areas by either mechanically or electronically tilting the antennas toward the ground and are not configured to cover an area shown as a perfect circle on a map.

d. Not all tower antennas have the same beamwidth. Beamwidth is the width of the antenna signal defined in degrees. The most widely used analogy to describe beamwidth is to think of the antenna as projecting a beam of light, in the same way that a flashlight beam projects. As the beam exits the flashlight it spreads out in a pattern. In the same say that some flashlights can adjust the width of the beam of light to become wider or narrower, the antennas on a cell tower can be adjusted to project a wider or narrower beam of radio signals. In the absence of the beamwidth being provided by the carrier for each sector, it is common to "assume" a beamwidth of 120 degrees. This is an assumption and should not be allowed to be used as evidence when such data is not provided by the cellular company.

e. Each cell tower that contains sector antennas can have 2 or more of these antennas pointing in different compass directions. Each of the antennas can be configured independent of the other antennas to suit the coverage need for that particular tower. In other words, the antennas can each have a different down tilt, beamwidth and a specified direction for the antenna. While the azimuth, which is the direction the antenna points, may be provided in

EXHIBIT 14

the tower locations records, the actual coverage area of the sector antenna can vary widely even between sector antennas on the same tower mast.

f.  In today's cellular system environment, many cell towers contain more than a single set of antennas for a carrier, making it even more difficult to use the standard three sector antenna idea to estimate the coverage area.

9.      There are no principles or methods to determine the coverage area of a cell tower or cell tower sector without applying complex engineering formulae to known parameters for each cell tower sector antenna. It is not possible for anyone to reliably determine the particular coverage area of a cell tower or cell tower antenna after the fact based solely on historical cell tower location data or historical call detail records.  While some analysts will perform drive tests to attempt to make their presentations more "scientific", this is not a reliable method for determining the coverage of a cell tower or sector at the time of an incident.  In order for a drive testing to even be remotely accurate, it would have to be done within a few hours of the incident, every environmental and engineering factor would have to be exactly the same as it was at the time of the incident and this is rarely the case for drive testing in cell phone location cases.  The drive test is normally done weeks, months and even years after the fact.  Additionally, the drive test would have to be done at a minimum on the same day of the week, the same time of the year in areas that have large foliage variations, at the same time of day and under the same weather and cellular traffic conditions.  It is simply not possible to exactly duplicate the conditions of the cellular system at some future time when the analyst gets involved in the case.

10.     Cell tower coverage does not fit into neatly drawn circles or pie shapes.  The inherent issue with using maps with circles and pie shapes drawn in to illustrate the approximate location of a cell phone is that it gives **the incorrect impression, bolstered by expert testimony, that the cell phone location is limited to the area defined by the circle or pie shape**.  Since it is impossible to determine the distance the phone is from a cell tower at any particular time, suggesting that the phone is within an arbitrary boundary drawn on a map is inherently false. While some analysts will attempt to use per call measurement (PCM) data to show the distance of the phone from the tower at the time the call was made, in my experience, PCM data can be off as much as four miles when actually measured against the tower locations and the PCM global positioning (GPS) coordinates provided for that particular phone call.

The image below demonstrates the difference between an idealized layout of a cell network, and the theoretical service areas of 3 sectors within the network. (Source: Journal of Digital Investigation, Volume 8, 2012, "Historical cell site analysis – Overview of principles and survey methodologies", Matthew Tart, Iain Brodie, Nicholas Gleed, James Matthews.)

EXHIBIT 14

186                                                                    *M. Tart et al. / Digital In*



**Fig. 1.** Idealised layout of a network (a) and theoretical service areas of 3 sectors located on the same mast (b).

As shown in the Fig 1 above, cell sectors do not conform to a pie shape. Nor is the coverage area a circle.

*"A single cell site (usually a mast or building) can contain the hardware for several cells, which are then also known as sectors. Typically, there will be three sectors per cell site and each sector will usually point in a different direction (known as the azimuth) but this can vary, usually between one and six. The sectors will operate independently of each other, having unique Cell IDs usually related to each other and similar to the code for the covering cell site. Each sector will provide service over a particular geographical area, and this area will not be uniform (i.e. it will not be a circle, a triangle or any other regular shape); there may be many different shapes according to geography and the need of the network (e.g. long thin cells on motorways). There may also be disconnected areas of service known as hotspots."* (Source: Journal of Digital Investigation, Volume 8, 2012, "Historical cell site analysis – Overview of principles and survey methodologies", Matthew Tart, Iain Brodie, Nicholas Gleed, James Matthews.)

The maps below are from an AT&T Mobility propagation map created by an AT&T engineer of the area around Olathe, Kansas. AT&T Mobility engineers, as well as all cellular company engineers, use industry standard methods for measuring the coverage area, via the use of radio frequency prediction and measurement software to create coverage maps in the normal course of business. These coverage maps are created as a normal function of the cellular companies' management of their cellular networks. Such maps can be generated either by entering the specific engineering data for all cell towers in the area and / or performing measurement tests in the field to determine the actual coverage of cellular towers in the carrier's market. Note that using propagation maps to show the coverage area of a cell phone in relation to a phone is not good science unless the propagation map is created and drive testing is performed to validate the

EXHIBIT 14

coverage areas.  And if that is to work, all the conditions mentioned above about drive testing would apply.

The maps show that the radio coverage of cell towers and sectors is not limited to a precise circle or pie shape and in fact, that the radio coverage varies a great deal from tower to tower and sector to sector and from day to day.  While Olathe, Kansas is not going to be exactly the same as the conditions in another location, the principles of radio propagation are consistent. (Maps used by permission of the Johnson County, KS, Public Defender's office.)



The map illustrates the wide variation in radio coverage at ground level for cell tower sectors in an area.

EXHIBIT 14

**How cell phone tracking analysis works in a nutshell:**

While there are variations and some analysts will make different claims, the predominant method used to show the approximate location of a phone is to simply draw circles on a map.

Build a Case Step 1: Plot the locations of cell towers on a map.



Build a Case Step 2: Guesstimate the coverage area of the towers by drawing some circles



EXHIBIT 14

Build a Case Step 3: Draw in the sector coverage areas for phone calls



Build a Case Step 4: Put in the call information



EXHIBIT 14

Build a Case Step 5: Put in the time and location of the incident



Build a Case Step 6: Testify that the phone has to be in one of the pie shapes shown on the map.

As you can see from the example, no science or engineering was used to perform the analysis or to verify the results.  Nor is there any method for verifying the results or for predicting what an analyst will draw on the map.

EXHIBIT 14

Applying the method used above to the propagation map shows in greater detail that this method is not reliable for illustrating the coverage of a cell tower or cell sector.



Further applying the method used for estimating the sector coverage area:



EXHIBIT 14

If you study the propagation map above with the cell sectors drawn, it is easy to see that the circles and pie shapes have little to no relationship to the way that radio waves actually work. In fact, if you look at the yellow area in the map, you can see not only an irregular shape for the cell sector, a large portion of the cell sector's coverage is disconnected from the tower creating hot spots where a phone can make a call without being anywhere near the tower.

Many companies and agencies use drive testing to bolster their claims of accuracy as to the location of a phone. Drive testing evidence usually looks like a propagation map as shown in the following image:



Note that the drive test area of coverage outlined in black has a vastly different shape than the pie slice shown in yellow for the coverage area. The yellow pin represents a location where the suspect was supposed to have been, but the map shows that the phone could have been in the coverage area of a different cell tower at the time of the call.

Another way to show drive testing results is to show a map with a trail or route that the car and equipment doing the drive testing drove along during the test. The issue with this type of drive testing is exactly the same as any other drive testing methods; if performed months to years after the fact, it has no relationship to the conditions present at the time a phone call was made. In the map below, the green lines and dots show places where the subject phone would have received a signal from the South Goldenrod tower. It immediately begs the question: If the phone is not precisely in one of the green spots, it could not possible make a phone call? Of course it could. But this looks impressive to the layperson.

EXHIBIT 14

Single Cell Sector 22292 Coverage Area Map:



# Is cell tower tracking evidence junk science?

If your definition of junk science is presenting evidence that is supposed to be based on some scientific method or forensically sound practice, then I think it would qualify as such.

One of the key principals of determining a method meets the Daubert standard for science is that it is generally accepted in the scientific community.

There is no scientific community for cell phone location evidence outside of law enforcement, those who train law enforcement and some individual practitioners.

To say it is generally accepted does not mean it is valid unless those who are accepting it has tested it and published those results in some type of peer-review journal.  To date, I have seen no evidence that any government or non-government agency has ever commissioned a scientific study to determine the accuracy or efficacy of using the methods shown in this paper to determine the location of a cell phone.  Members of the FBI Cellular Analysis Survey Team (CAST) have testified in courts that the FBI has used this method in hundreds of cases to locate persons, alive and dead.  However, outside of this anecdotal testimony, no evidence has been presented to show the success rate, the standardization of the protocol employed, the error rates of determining a phone location based on drawing circles and pie slices on a map, the entire methodology used to locate these persons via their cell phones, or the error rates in determining that a phone used the closest tower for a particular phone call.

EXHIBIT 14

## Is cell tower tracking a forensically sound method?

In order for a method or process to be forensically sound, it should meet three criteria:

1.  It must be predictable.  In other words, if the variables are known, then the method should always yield a predicted result within an acceptable error range.
2.  It must be repeatable.  The same method repeated x number of times should always yield the same result.
3.  It must be verifiable.  The method should be able to be used by any trained person and should produce the same result for every person who uses the method.

Cell phone tracking from call detail records and tower locations would not meet the criteria to be a forensically sound method; nor would drive testing or propagation modeling as both of these methods would produce a different result over a period of time.

## Is there a good use for cellular location evidence?

Properly applied and interpreted cell phone location evidence can be helpful in many cases.  The issue is the overstatement of the accuracy of the phone's location.

For instance, if the phone is using a cell tower in a particular town where an incident occurred and the person who was in possession of the phone claims to have been in a different town, it is a simple presentation to dispute the person's claim.

Another good use is for tracking a phone across a distance based on cell tower usage.  While the analyst cannot claim a particular road was used, the cellular evidence can certainly illustrate for a jury that the phone did in fact travel from one city to another or some area to another.

In a recent case cell tower evidence was used to show that a phone call was made near the location of the defendant's home and a subsequent call was located near his place of employment.  At issue was whether or not it would be possible for the defendant to travel to another location, commit a burglary and still make it to the location near his work in the time span between the calls.  By combining the cell phone locations, time estimates from Google Maps and the location of the burglary, the jury was convinced that the defendant could not have committed the burglary and still made it to the location of his work in rush hour traffic in Washington, DC.

Cellular evidence can also be used to show that a phone was near a particular area of interest with some reasonable confidence.   And the more data points used can be helpful in showing that even if the analyst cannot determine why the phone picked a particular tower, dozens of uses of the same tower in a short time would lend itself to showing that the phone was using that tower over other towers nearby on a consistent basis.

The other side of cellular evidence is the use of call detail records to show communications via voice, data or text in the context of a timeline.  In a recent case involving a tractor trailer truck

EXHIBIT 14

involved in an accident it was clear from the call detail records that the driver was not using his cell phone near the time of the accident for phone calls or text messages.  The issue for the attorneys who brought in an expert in the case was the time stamps on the cell detail records.  Initially it appeared at the times for the phone calls were within minutes of the accident.  However, once it was determined that the time stamps were dependent on the time zone of the cellular switch used to handle the call, the time was over an hour prior to the accident.  In this case, the truck driver was in the Eastern Time zone when the accident occurred, but the switch that processed the calls was in the Central Time zone and some of the calls reflected the time from the switch. Once the time stamps from the call detail records were moved an hour earlier, the issue was resolved.

End of Excerpt

EXHIBIT 14