## MEMORY TRANSMISSION REPORT

```
                              TIME       : JUL-28-2015  09:47AM
                              TEL NUMBER : +8656377999
                              NAME       : FEDERAL DEFENDER SERVICES
```

FILE NUMBER          :   933

DATE                 :   JUL-28 09:45AM

TO                   :   912568270067

DOCUMENT PAGES       :   002

START TIME           :   JUL-28 09:45AM

END TIME             :   JUL-28 09:46AM

SENT PAGES           :   002

STATUS               :   OK

FILE NUMBER    : 933              ✱✱✱ SUCCESSFUL TX NOTICE ✱✱✱

## FEDERAL DEFENDER SERVICES
### OF EASTERN TENNESSEE, INCORPORATED

530 South Gay Street, Suite 900
Knoxville, Tennessee 37902

Elizabeth Ford
Federal Community Defender

Phone    (865) 637-7979
Fax      (865) 637-7999

July 28, 2015

Lake Martin Community Hospital
ATTN: Medical Records
201 Mariarden Road
Dadeville, AL 36853

RE: David Anthony Runyon
    ss# ___ __ ____
    dob

Dear Medical Records :

David Runyon was involved in a car accident on November 9, 1996. After that accident, Mr. Runyon was transported to your hospital for treatment.

The office of the Federal Defender Services of Eastern Tennessee, currently represents individuals in post conviction litigation in federal court. We are requesting copies of any and all hospital records in your file concerning Mr. Runyon. An authorization for release of records signed and notarized by Mr. Runyon is enclosed.

Please contact me at your earliest convenience in order to facilitate our access to the requested files. Thank you for your time and attention in this matter.

Sincerely,

Michael R. Chavis
Investigator
Federal Defender Services
of Eastern Tennessee

EXHIBIT 18

201 Mariarden Road
Dadeville, AL 36853
Phone: 256-825-7821
Fax: 256-827-0067

# LAKE MARTIN COMMUNITY HOSPITAL

# Fax

| | | | |
|---|---|---|---|
| **To:** | Michael R. Chavis | **From:** | LMCH—Medical Records |
| **Fax:** | 865-637-7999 | **Pages:** | 2 |
| **Phone:** | | **Date:** | 7/28/2015 |
| **Re:** | David Anthony Runyon | **cc:** | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

● **Comments:** The information contained in this facsimile is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and destroy this copy.

EXHIBIT 18

Jul 28 2015 07:57AM LMCH 2568270816

# NO RECORDS CERTIFICATION

My name is ___Tiffany Walton___. I am over the age of 18 years, of sound mind, fully capable of making this Certification, and have personal knowledge of the facts stated herein, and they are true and correct.

I am the Custodian of Records of:

**Lake Martin Community Hospital**

A thorough search of our active and archived files reveals no documents or other materials regarding __David Anthony Runyon__, for the following reason:

( ✓ ) All records have been destroyed in accordance with our policy. Records are destroyed after 7 years.

(   ) We have no records for the dates requested.

( ✓ ) Patient is not in our system.

_____
Custodian of Records

Signed this __28th__ day of __July__, 20__15__.

EXHIBIT 18