**Stephen Hudgins is appointed to Runyon's case on Friday February 20th. ECF No. 161**

## EXHIBIT A

## Stephen A. Hudgins Schedule

| Date | Time | Event |
|---|---|---|
| Feb 25 | 10:00 | Federal Court Sentencing |
| | 1:00 | Newport News (NN) Circuit X 2 |
| | 3:00 | Home Visit (HV)   GAL |
| Feb 26 | 9:00 | York County (YC) J&D |
| | 9:30 | YC J&D |
| | 10:00 | YC J&D X 2 |
| | 1:00 | YC Circuit |
| | 3:00 | Norfolk Federal Conference |
| Feb 27 | 11:00 | Norfolk Federal |
| March 2 | 10:00 | NN Circuit Jury Trial |
| March 3 | 10:00 | Settlement Conference Va. Beach |
| | 1:00 | NN J&D |
| | 2:00 | YC J&D |
| March 4 | 8:30 | NN J&D |
| | 9:00 | Surry Circuit |
| | 2:00 | NN J&D |
| | 4:30 | HV GAL |
| March 5 | 10:00 | NN Circuit |
| March 6 | 10:30 | YC J&D |
| | 12:00 | NN Circuit |
| March 9 | 10:00 | YC General District X2 |
| | 1:30 | YC General District |
| | 3:00 | YC General District |
| | 4:30 | HV GAL |
| March 10 | 10:00 | NN Circuit X2 |
| | 10:30 | NN J&D |
| | 2:00 | NN J&D |
| March 11 | 9:00 | YC General District X 3 |
| | 9:30 | YC General District |
| | 10:00 | YC General District X2 |
| | 2:00 | NN J&D |
| March 12 | 10:00 | YC J&D |
| | 10:30 | YC J&D |
| | 2:00 | NN J&D |
| March 13 | 10:30 | NN J&D |
| | 11:00 | NN J&D |

-5-

EXHIBIT 19

| March 16 | 8:30 | NN Circuit |
| | 9:00 | NN Circuit |
| | 10:00 | NN Circuit |
| March 17 | 8:00 | YC General District |
| | 9:00 | YC J&D |
| | 9:30 | YC General District |
| | 10:00 | YC General District |
| | 2:00 | YC General District |
| March 18 | 8:00 | YC General District |
| | 11:00 | Virginia Beach Circuit |
| | 11:30 | Norfolk Federal |
| | 2:00 | YC General District |
| March 19 | 8:30 | NN J&D X2 |
| | 11:30 | YC J&D |
| | 1:00 | YC Circuit |
| March 23 | **10:00** | **NN Circuit Jury 2-3 day jury trial** |
| March 24 | 9:00 | Suffolk Circuit |
| | 9:00 | NN J&D |
| | 9:30 | NN Federal |
| | 2:00 | YC General District |
| March 25 | 8:00 | YC General District X2 |
| | 10:00 | YC General District |
| March 26 | 8:30 | YC |
| | 10:00 | NN Circuit |
| | 10:30 | NN J&D |
| | 2:00 | James City County |
| March 31 | 10:00 | YC 2 day jury |
| April 1 | 1:00 | NN Circuit |
| April 2 | 10:00 | NN J&D |
| | 10:00 | NN J&D |
| April 3 | all day | Indigent Defense Seminar |
| April 6 | 10:00 | YC General District X2 |
| April 7 | 9:00 | YC Circuit X2 |
| | 10:00 | NN Circuit |
| April 8 | all day | Criminal Law Seminar |
| April 9 | 11:00 | NN Circuit |
| April 10 | | NN Circuit |
| April 13 | 10:00 | NN Circuit |
| April 14 | 9:30 | Hampton Circuit |
| April 15 | 9:00 | YC General District |

-6-

EXHIBIT 19

Case 4:08-cr-00016-RBS-DEM   Document 165   Filed 02/26/09   Page 7 of 8 PageID# 1163

|  |  |  |  |
|---|---|---|---|
| | April 16 | 10:00 | YC J&D |
| | | 10:30 | NN J&D |
| | April 17 | 11:00 | Wmbg J&D |
| | April 20 | 11:00 | YC General District |
| U.S. v. Garries, No. | April 21 | 10:00 | **Newport News Federal 7 day jury trial** |
| 4:08-cr-50 | April 22 | 2:30 | YC General District |
| 14 day trial | April 23 | 10:30 | YC J&D X 4 |
| May 6-May 19 | April 24 | 10:00 | NN Circuit |
| | April 27 | 10:30 | YC General District |
| | | 11:00 | YC General District |
| | | 1:30 | YC General District X2 |
| | | 2:00 | YC General District |
| | April 28 | 8:30 | NN J&D |
| | May 4 | 11:00 | Norfolk Federal |
| | May 5 | 9:00 | YC Circuit X2 |
| | | 11:00 | YC General District |
| | | 2:00 | YC J&D GAL |

18 full days in court
+14 day trial in Garries
32 full days in court          25 days with scehduled court appearances

-7-

EXHIBIT 19