| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: Derm
FROM: (Requesting physician or activity) TMC# 3
DATE OF REQUEST: 7 aug 95

REASON FOR REQUEST (Complaints and findings)

24 Y/O O̅ c̅ prob EIC on forehead between brows. Pt states cysts become inflamed intermit c̅ purulent drainage. Pt first noted prob following MVA @ which time multiple pieces of glass became imbedded — Pt feels may still have foreign body.

PROVISIONAL DIAGNOSIS

EIC

DOCTOR'S SIGNATURE

Please Eval Thank

APPROVED

PLACE OF CONSULTATION: ☐ BEDSIDE  ☐ ON CALL

☐ ROUTINE  ☐ TODAY
☐ 72 HOURS  ☐ EMERGENCY

**CONSULTATION REPORT**

Meds: PMH: PSH: Allergy:
Ø  Ø  Ø  Sulfa
              Keflex

17 Aug 95
DATE — DERMATOLOGY CLINIC
MARTIN ARMY COMM HOSPITAL
0830
TIME IN
0815
APPOINTMENT TIME

S) 24 Y/O WM c̅ C/o recurrent inflammatory lesions to forehead and nose x 5 yrs. Pt was involved in MVA resulting in glass embedded in face 5 yrs ago. Some glass removed P̄ MVA but, pt has had recurrent cyst to forehead since MVA ~ 3 time a year.

O) WM, NAD, A+O x 4.
- 1 cm erythematous patch to ℗ forehead
- 1.5 cm erythematous patch to bridge of nose
- multiple erythematous papules ranging from 0.1 cm to 0.3 cm to ℗ forehead.
A) Acne > Pt foreign reaction > EIC
P) ① Retin-A 0.025% to affected areas qHS.    — D/c 2 wk f/u prn
   ② Pt counseled about avoiding sunlight + using sunscreen lotion >15.
   ③ Erythromycin 250 mg tab i PO BID
   ④ Follow up ___ ___ (Completed or referred)

SIGNATURE AND TITLE
___ T. BURCH
___ PA-S
IDENTIFICATION NO. ___

Philip Chan, MD, COL, MC
Dermatology Svc.
Martin ACH, Ft. Benning
REGISTER NO.

DATE
17 Aug 95
WARD NO.
10

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle grade; rank; rate; hospital or medical facility)

Runyon, David

C/ 150th.

CONSULTATION SHEET
STANDARD FORM 513 (Rev. 9-77)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505
513-108

EXHIBIT 23

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

NSH 7540-00-634-4178

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

DATE _12 Nov 96_    FAMILY PRACTICE CLINIC  MACH

PT. TIME _#2 SC_

TIME IN _0955_

PHYSICIAN _ACC_

B/P _111/72_

P _71_

R _18_

T _98.8_

WT _125_  HT _63"_

AGE _25y.0_

ALLERGIES _Sulfa Drugs_

_Patient was in ER Saturday 9 Nov 96._
_He was in auto accident - w/co_
_Seen in civ ER - was told to_
_See Army MD Monday AM_
_In follow up - May Ht. Johns_
_OS-4_

_Pt. seen in Lake Shore Hospital, Nadesville_
_Alabama. In auto accident on 9 Nov._
_Cut on upper thick → tr on skin head_
_to hospital. Was told pretty is held._
_Afraid I spot a flu, sting, sore, anything_
_Doesn't remember ht yr → head on collision. No LOC. (L) leg.._
_bruised, knee good against steering column. Driver's side door_
_pushed on right calf & knee. Airbag punched._
_Car totaled. Drive '77 Ford, oth driver in in an '87 Toyota_
_4x4. Estimate no was doing, 50 mph. Oth drive ? speed_
_(hd LOC: amnesia - Suspected 55 mph @ least)._
_Currently pt c pain in (R) ankle, thick t calf._
_(R) calf c abrasion further nail. (R) knee c bruising, feels_
_weak & shaky. (didn't swell much). (R) calf c ache (like a_
_"Charlie horse". Was swollen. Hurts c attempts to walk. Worst_
_lines in 5 x's). ... (See reverse)_

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT:

PATIENT'S NAME (Last, First, Middle Initial)

RELATIONSHIP TO SPONSOR    STATUS    SEX

SPONSOR'S NAME    ORGANIZATION

DEPART./SERVICE  SSN/IDENTIFICATION NO.    DATE OF BIRTH

MAJ GUY RUNKLE, M.D., M.
Family Practice

20 22937 75 40
545-3828
RUNYON, DAVID A.
M  AD
1/507 CADRE  1311  TH...
PFC

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

EXHIBIT 23

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | [illegible]: [illegible] yesterday 2° pain in (R) calf. |
| | (R) knee [illegible] & banged up, but feels stronger than (L). |
| | (R) hip - hit steering wheel - has slight red mark on muscle above hip/ |
| | slightly sore. |
| | (L) elbow → hit (L) door. Several small cuts → numbness, [illegible] |
| | Above elbow. Shoulder [illegible]. |
| | neck - [illegible] (R) [illegible] → hurts [illegible] to [illegible]. [illegible] |
| | on [illegible] (R) side of neck - ache. |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | Hips [illegible] |
| | Thighs [illegible] Knees [illegible] |
| | [illegible] |
| | mild [illegible] |
| | [illegible] |
| | multiple [illegible] |
| | A/P: [illegible] calf → (L) [illegible], (R) 26.5 cm |
| | thigh [illegible] |
| | A/P (1) MVA - ✓ x-rays on neck, elbow, knee, ankle. |
| Xrays [illegible] | (2) [illegible] - ✓ U/S [illegible] - d/w Dr. [illegible] |
| req for PT | Plan: PT forearm/strengthening exercises |
| (+) old olecranon fx (L) elbow). | - Motrin 800mg c food [illegible] [illegible] LE, M.D., M.A. [illegible] 603 [illegible] Practice |
| C-spine - neg | - Robaxin [illegible] |
| neg doppler (L) [illegible] | - F/U c [illegible] PT or should symptoms [illegible] [illegible], MD CPT, MC |
| | PT at own pace + distance x 4 days. [illegible] |

*U.S. Government Printing Office: 1994 — 300-[illegible]

STANDARD FORM 600 BACK (REV. 5-84)

EXHIBIT 23

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: Pt

FROM: (Requesting physician or activity) BGAA / FPC

DATE OF REQUEST: 12 Nov 96

ON FOR REQUEST (Complaints and findings)

25 y/o WM s/p Head-on MVA collision - Ø fx c/o ® leg weakness - needs strengthening + ROM exercises.

PROVISIONAL DIAGNOSIS

S/p MVA - weakness.

DOCTOR'S SIGNATURE: Renta [Dana K. Renta, MD / CPT, MC]

APPROVED:

PLACE OF CONSULTATION: ☐ BEDSIDE ☒ ON CALL

☒ ROUTINE ☐ TODAY ☐ 72 HOURS ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☒ NO    PATIENT EXAMINED ☐ YES ☐ NO

PHYSICAL THERAPY CLINIC
MACI FT. BENNING, GA
544-3308 / 3318

S: 25 y.o. ♂ c/o ® calf more pain ē on/off
Swelling S/P MVA x 4 days. Pt in civilian hospital
x-rays knees/legs ⊖ by Rpt. Taking Motrin

O: ⊕ ecchymosis ℓ calf more
Girth: 8" ↑ medial malleolus   R 14½  L 13¼
⊕ TTP Lat head of gastrocnemius
⊖ Thompson test
⊖ defect palpable
Gait moderately antalgic

A: ℓ calf minor tear / contusion

P: ① L/W ② DU B ② Atrom Soer ③ Rev 2 wks ④ Profile

ARE YOU INTERESTED IN GOING TO ANOTHER MTF    ☒ YES  ☐ NO
Arza Wrap / heel lift

STG - LN Gait Ind
LTG - RTD 4 wks

NOV 13 1996

SIGNATURE AND TITLE

IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO.

PATIENT'S IDENTIFICATION

...40

20... DAVID A.
M AD
PFC   1/507 CADRE 1311   THC2

214 Logan St.
Ft. Benning, GA.
545-7050 WORK
687-1221 HOME

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

EXHIBIT 23

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| NSN 7540-00-634-4176 | |
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

7 Nov 96

PHYSICAL THERAPY CLINIC
WALTER ARMY HOSPITAL
544-3808/3318

S: F/U @ cal/ mm tear / contusion.
9 Nov 96. Pnt has been performing HEP of open-chain AROM able to swim x 15 min c̄ some pain which quickly disappeared. Also c̄ ⒧ knee / ⓡ shldr pain. Feels ⓡLE getting stronger.

O: Amb c̄ min antalgia ⓡLE. AROM/GMT Ⓑ ankles nl, painless. AROM Ⓑ knees WNL c̄ pain ⒧; GMT nl Ⓑ quads, HS. Girth 8" above med malleolus: ⓡ 13¼" ⒧ 12¼". ⊖ TTP. ⊖ ecchymosis noted.

A: resolving contusion / tear ⓡ gastroc.; eval of ⓡ shldr / ⒧ knee deferred.

P: progress to all Phase I and non-impact phase II ankle exercises; pnt advised to report to TMC for 1° evaluation of ⓡ shldr / ⒧ knee pain. Profile for no run/jump/march x3 wks and F/U c̄ MD afterward, CWA prn.
STG: nl gait/girth/3 wks.
LTG: ⊖ sx c̄ nl ADL's/6-8 wks.

Caro/ [signature] MPT

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

22937  75  40
-1978
Y  DAVID A.
M AD
1/507 CADRE  1311  THC2

| RECORDS MAINTAINED AT: | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

EXHIBIT 23

## PHYSICAL PROFILE
For use of this form, see AR 40-501, the proponent agency is the Office of The Surgeon General

**1. MEDICAL CONDITION** s/p (R) calf tear / contusion

**2.**

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| | | | | | | |

ASSIGNMENT LIMITATIONS ARE AS FOLLOWS — No running, jumping or marching

**CODES**

**4. THIS PROFILE IS** ☐ PERMANENT ☑ TEMPORARY EXPIRATION DATE: 18 Dec 96

**5. THE ABOVE STATED MEDICAL CONDITION SHOULD NOT PREVENT THE INDIVIDUAL FROM DOING THE FOLLOWING ACTIVITIES**

- ☑ Groin Stretch
- ☑ Hip Raise
- ☑ Knee Bender
- ☐ Side-Straddle Hop
- ☐ High Jumper
- ☐ Jogging in Place
- ☑ Thigh Stretch
- ☐ Quads Stretch & Bal.
- ☐ Calf Stretch
- ☐ Long Sit
- ☐ Hamstring Stretch
- ☑ Hams. & Calf Stretch
- ☐ Lower Back Stretch
- ☐ Single Knee to Chest
- ☐ Straight Leg Raise
- ☑ Elongation Stretch
- ☑ Turn and Bounce
- ☑ Turn and Bend
- ☑ Neck & Shoulder Stretch
- ☐ Upper Back Stretch
- ☑ Chest Stretch
- ☐ One-Arm Side Stretch
- ☑ Two-Arm Side Stretch
- ☑ Side Bender
- ☐ Neck Stretch
- ☐ Ankle Stretch
- ☐ Hip Stretch
- ☐ Upper Body Wt Tng
- ☑ Lower Body Wt Tng
- ☐ All

**6. AEROBIC CONDITIONING EXERCISES**

- ☑ Walk at Own Pace and Distance
- ☐ Run at Own Pace and Distance
- ☑ Bicycle at Own Pace and Distance
- ☑ Swim at Own Pace and Distance
- ☑ Walk or Run in Pool at Own Pace
- ☐ Unlimited Walking
- ☐ Unlimited Running
- ☐ Unlimited Bicycling
- ☐ Unlimited Swimming
- ☐ Run at Training Heart Rate for ____ Min.
- ☐ Bicycle at Training Heart Rate for ____ Min.
- ☐ Swim at Training Heart Rate for ____ Min.

OTHER

**7. FUNCTIONAL ACTIVITIES**

- ☐ Wear Backpack (40 Lbs.)
- ☑ Wear Helmet
- ☑ Carry Rifle
- ☐ Fire Rifle
- ____ With Hearing Protection____
- ☐ KP/Mopping/Mowing Grass
- ☑ Marching Up to ____ Miles
- ☐ Lift Up to ____ Pounds
- ☐ All

**PHYSICAL FITNESS TEST**

- ☐ Two Mile Run      ☐ Walk
- ☐ Push-Ups          ☐ Swim
- ☐ Sit-Ups           ☐ Bicycle

**8. TRAINING HEART RATE FORMULA**

MALES 220          FEMALES 225

MINUS (−) AGE
MINUS (=) RESTING HEART RATE
TIMES (x) % INTENSITY
PLUS (+) RESTING HEART RATE

50% EXTREMELY POOR CONDITION
60% HEALTHY, SEDENTARY INDIVIDUAL
70% MODERATELY ACTIVE, MAINTENANCE
80% WELL TRAINED INDIVIDUAL

| TYPED NAME AND GRADE OF PROFILING OFFICER | SIGNATURE | DATE |
|---|---|---|
| CAROL HOLLIS MAJ, SP PHYSICAL THERAPY | Carol Hollis MAJ | 27 Nov 96 |
| TYPED NAME AND GRADE OF PROFILING OFFICER | SIGNATURE | DATE |
| | | |

**ACTION BY APPROVING AUTHORITY**

PERMANENT CHANGE OF PROFILE    ☐ APPROVED    ☐ NOT APPROVED

| TYPED NAME, GRADE & TITLE OF APPROVING AUTHORITY | SIGNATURE | DATE |
|---|---|---|
| | | |

**ACTION BY UNIT COMMANDER**

THIS PERMANENT CHANGE IN PROFILE SERIAL    ☐ DOES    ☐ DOES NOT REQUIRE A CHANGE IN MEMBERS
☐ MILITARY OCCUPATIONAL SPECIALTY    ☐ DUTY ASSIGNMENT    BECAUSE:

| TYPED NAME AND GRADE OF UNIT COMMANDER | SIGNATURE | DATE |
|---|---|---|
| | | |

**PATIENTS IDENTIFICATION** (For typed or written entries give: Name last, first, middle; grade; SSN; hospital or medical facility)

Runyon, David
PFC            1/502

**UNIT**

**ISSUING CLINIC AND PHONE NUMBER** 4-5508

**DISTRIBUTION**
UNIT COMMANDER — ORIGINAL & 1 COPY
HEALTH RECORD JACKET — 1 COPY
CLINIC FILE — 1 COPY
MILPO — 1 COPY

**DA FORM 3349, MAY 86**    REPLACES DA FORM 3302-R (TEST) DATED FEB 84 AND DA FORM 3349 DATED 1 JUN 80, WHICH ARE OBSOLETE

EXHIBIT 23

## SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see AR 40-58; the proponent agency is the TSG

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | | SCREENER LOCATION | | |
|---|---|---|---|---|
| | TIME PATIENT ARRIVES 1735 | TIME ENCOUNTER BEGINS | | TIME PATIENT LEAVES |
| DATE DEC 2 1996 | SCREENER LOCATION | CHIEF COMPLAINT MVA 9 Nov 96 F/UP | | DURATION |
| PATIENT RESIDENCE { } BARRACKS    { } POST HOUSING { } OFF POST    { } TRANSIENT | | VITAL SIGNS TEMPERATURE 96.2   ALLERGIES NSOL/KETS PULSE ___ BP ___ RESP ___ | | |

FIRST VISIT FOR THIS COMPLAINT { } YES { } NO. IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER?
{ } YES { } NO

| ALGORITHM/CODE | ALGORITHM/CODE |
|---|---|
| ALGORITHM SUMMARY | ALGORITHM SUMMARY |

25 yo M c/o (R) shoulder, (R) wrist, (L) knee, (L) shin
onset p MVA 9 nov 96, hood on vehicle, ⊖ LOC
had di Ray, seen by PT

med
motor
Robuxin

S n AD, wg in
shoulder → symmetr, ⊖ swell, ⊖ Ar wds nlm

pm lly
⊕ Lylly

**COMMENTS** (Reasons for referral, method of referral, hospital appointments, self-care protocols, and patient instructions/precautions)

⊖ grip AM
wrist → ⊖ swell, ⊖ discoloration, FAROM
knee → ⊕ effusion, ⊖ discoloration,
⊖ McMury, ⊖ drawer, ⊕ Lachman
LE → TTP L ⊕ mid-tibal border

A) ⊕ shoulder ⊕ wrist + L knee sprain ⊖ L shin splint

hoc 4
⊖ swell

| PATIENT'S IDENTIFICATION (Use mechanical imprint if available; for typed or written entries give: Name, SSN, Unit, Sex, Birthdate and Duty Phone) | FINAL DISPOSITION |
|---|---|
| Runyon, DAVID A EY RH E /CADRE | { } I—PHYSICIAN STAT   { } IV—SELF CARE PROTOCOL { } II—PA STAT      { } V—HOSP CLINIC REFERRAL { } III—PA  P) cont c above med & proches |
| | AIDMAN'S SIGNATURE AND CODE      William L. Randall 259-88      AUDITORS INITIALS PT AND DATE SC |

DA FORM 5181-R, OCT 85      EDITION OF DEC 84 IS OBSOLETE

EXHIBIT 23

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

16 DEC

DATE: 12 DEC 96 — FAMILY PRACTICE CLINIC  MACH

APPT. TIME 0900
TIME IN 0930
PHYSICIAN: Amador
B/P 105/73
P 12
R 18
T 97.0
WT 102 lbs   HT 63"
AGE 25 (y.o.)
ALLERGIES: Sulfa, Keflex, ...

(S) S/P MVA 9 ... HEAD ON COLLISION (HIGH SPEED).
(+) SEATBELT, (-) AIRBAG.
c/o musc. myalgias — neck, shoulders, knees. Also S2
of vertigo. Was seen in ENR
couple of days ago — started on
meclazine. Sensations of
numbness which start in
both hands & radiate into
shoulders & entire upper trunk.
Also shooting sensations across body.

(O) VSS
C-spine: FROM, non-tender    5/5 strength   2+ DTR's UE
L-spine: FROM standing, (-) SLR
sitting — 2+ DTR's   5/5 strength
(-) sitting SLR.
supine — (-) SLR, (-) Patricks

(A) S/P MVA — NL. neuro exam
(P) cont. P.T.   F/U 1° MD on 16 DEC for
cont. motrin.   w/u vertigo, parasthesias.

PATIENT'S IDENTIFICATION (Use this space for Mechanical print)

20 22937 75 40
545-3828
RUNYON, DAVID A.
M AD
PFC    1/507CADRE 1311   TMC2

RECORDS MAINTAINED AT:
PATIENT'S NAME (Last, First, Middle Initial)    SEX
RELATIONSHIP TO SPONSOR   STATUS   RANK/GRADE
SPONSOR'S NAME   ORGANIZATION
DEPART./SERVICE   SSN/IDENTIFICATION NO.   DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

EXHIBIT 23

NSN 7540-00-634-4178

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

DATE 16 Dec 96                    FAMILY PRACTICE CLINIC   MACH

APPT. TIME 1130                F/U on MVA

TIME IN 1145

PHYSICIAN Newton   s/ 25 yo w/ ♂ involved in serious

B/P 108/69                     MVA and he was evacuated @

P 85                           another facility pt c some musculoskeletal

R                              pain x several days then resolved.

T 96.0                         ~ 2 weeks ago pt states began

WT 125   HT 63"                having positional c/o room spinning/

AGE 25                         LUP numbness progressing to hands then

ALLERGIES Keflex               up arms to chest down to waist.

Sulpha   o/ VSS                PT given meclizine c some

plain films                   improvement

cervical nl        Neuro  CN II - XII intact

                   muscular 5/5 all major muscle groups

                   Sensory intact

                   Cerebellar intact Rhomberg neg

A/P 1. BPV - c anxiety probable hyperventilation c

   subsequent paresthesias

   - pt given reassurance this not consistent

   c neurologic injury - probable BPV resolving

   continue meclizine TID x 30 days then

   F/U

Terry J. Newton
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
CPT, MD

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: | |
| --- | --- | --- |
| | PATIENT'S NAME (Last, First, Middle Initial) | |
| 20 22937 75 40 | | CPT, MD   SEX |
| 545-3828 | RELATIONSHIP TO SPONSOR | STATUS   RANK/GRADE |
| RUNYON, DAVID A. | | |
| M AD | SPONSOR'S NAME | ORGANIZATION |
| PFC   1/507 CADRE 1311   THC | DEPART./SERVICE  SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE     STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

EXHIBIT 23

513-110                                                                         NSN 7540-00-834-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

*Ortho-Sports Clinic* | FROM: (Requesting physician or activity) | DATE OF REQUEST: 23 Dec 96

REASON FOR REQUEST (Complaints and findings)
25 y/o 81 AD s/p MVA 97 w 96. % giving way @ knee. Story
c/w ACL sprain. Please assess to confirm and recommend
surg vs conservative intervention

PROVISIONAL DIAGNOSIS
① ACL sprain

| DOCTOR'S SIGNATURE | APPROVED CAROL HOBBS MAJ SP | PLACE OF CONSULTATION ☐ BEDSIDE ☒ ON CALL | ☒ ROUTINE ☐ 72 HOURS | ☐ TODAY ☐ EMERGENCY |
|---|---|---|---|---|

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO     PATIENT EXAMINED ☐ YES ☐ NO

25 y/o ♂ sustained direct valgus stress to ① knee
⊕ 2 subsequent episodes of buckling ⊕ lat localized swelling
p̄ KS activity No locking poor-given localization. Has undergone
rehab X 2 weeks c̄ good results

Exam- ① knee - no effusion. no focal points of tenderness
No laxity to valgus/varus stress ⊕ It lachman's c̄ firm
endpoint trace ant drawer ⊖ pivot shift

XR     no abnl

A - mild ACL insufficiency
P - Cont rehab
RTC in 2 weeks for reval

(Continue on reverse side)

| SIGNATURE AND TITLE | DATE 9 Jan 97 |
|---|---|
| IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)     *U.S. GPO: 1994-377-624

Runyon

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-82)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

EXHIBIT 23

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

DEC 23 1996

PHYSICAL THERAPY CLINIC
MACH  FT. BENNING, GA
544-3308 / 3318

S: F/U ®calf contusion/tear (resolving) and c̄ ® shld/ (L) knee pain p̄ 9 Nov 96. Has been working out at gym; feels ®calf and hip "get tired" easily but are getting better. ® shld and (L) knee still bothering him. Seen by TMC for these problems on 2 Dec. X-rays (L) knee taken 12 Dec; ⊖ films ® shld. Still taking motrin/robaxin PRN. X-rays (L) knee WNL.

O: Gait no longer antalgic; mild overpronation (L) > ® subtular, painless ® quads/HS. Girth 18 cm Times malleolus. (L) 30 cm, ® 30.5 cm. AROM (B) knees WNL and painless c̄ "popping" noted (L) on full flex. Lachman's: mild laxity noted (B) c̄ firm endfeel ® and soft endfeel (L). V/V stress WNL (B) ⊖ jt line pain; ⊖ McMurray's. ® shld: AROM WNL c̄ pain localized to post corner of rot cuff at edge of acromion, esp c̄ horizontal abd, ER/IR. GMT WNL painless ® shlds. ⊖ impingement sign/A-C provocation. ⊖ sulcus sign, ⊖ glide.

A: 1 resolved ® calf/contusion tear.
② R/O ACL sprain (L) knee.
③ poss contusion ® rot cuff.

P: 1) to 7th floor PT clinic for supervised rehab/gen strengthening 3x wk. 2) to Sports Clinic 9 Jan 97. 3) Profile for no R/U/m/PU 4) Instructed in RT/isometric shldren/adduc. 5) Rev 3-4 wks.

STG: defined ROM/painless shldr AROM / 3-4 wks.
LTG: RTD / 6-8 wks

NSN 7540-00-634-4176

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- | --- |
| **DATE** | | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

DATE ☆ N 0 9 1997 ☆

FAMILY PRACTICE CLINIC  MACH

APPT. TIME  13⅝5

TIME IN  1335

PHYSICIAN  R. Newton

B/P  107/6.6

P  76

R  18

T  98.2

WT  120  HT  63"

AGE  28 y/o

ALLERGIES  Killyox Sulfa Rule

S: 26 y/o w/o s/p auto accident on 9 Nov 96, Previously complaining of vertigo. Currently symptoms have resolved after a course of meclizine. Currently complains of some short term memory loss and insomnia.

MEDS: Motrin 800mg prn    Soc hx: Ø Tob. Ø ELOH

Sx hx: Vasectomy - 96

O: GEN: A & O x 3, NAD  EYES: EOMI PERLA ~ 3 mm
       mouth/pharynx: Ø sores / clear
       Neck: Ø lymphadenopathy

NEURO: CN II-XII intact, UE nl to pain, press, light touch and graphesthesia, rapid alternating movements intact Rhomberg steady, gait normal.

51 GE CAPS

⊕⊕⊕ ⊕⊕⊕⊖

C/o

30/30 on MMSE

EXTR: .75 cm bump on (R) UE 5th metatarsal

A/P: Insomnia - Pt. claims to follow good sleep hygiene - not reading in bed, not eating late at night, etc. Also explained PTSD and life stressors as possible etiology for insomnia and memory loss. Explore possible symptoms of depression and antidepression meds at next visit. Wendell Men MS III

- pt & wife
see mr sweeny @ family life center will contact him + ask him to work c pt + couple if not improved p 1-2 visits consider

SSRI for 3-6 mo for snoring/

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: | |
| --- | --- | --- |
| | PATIENT'S NAME (Last, First, Middle Initial) | |
| ...-J626  15 40  YON. DAVID A.  H AD  1/507 CADRE 1311  TMC2 | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | SPONSOR'S NAME | ORGANIZATION |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

EXHIBIT 23

## MASTER PROBLEM LIST

For use of this form. 10-66; the proponent agency is the Office of Surgeon General

### MAJOR PROBLEMS

| PROBLEM NUMBER | DATE ONSET | DATE ENTERED | PROBLEM | DATE RESOLVED |
|---|---|---|---|---|
| 1. | | Apr 95 | Health Maint | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |

### TEMPORARY (MINOR) PROBLEMS

| PROBLEM LETTER | PROBLEM | DATES OF OCCURRENCES | | | | | |
|---|---|---|---|---|---|---|---|
| A. | Trouble Breathing | 13 Jan 95 | | | | | |
| B. | LOH | 24 May 95 | | | | | |
| C. | Allergic Reaction Septra | June 95 | | | | | |
| D. | Pneumonia | 95 June | | | | | |
| E. | Acne | Aug 95 | | | | | |
| F. | URTS | Lo Apl 96 | 4 Jan 96 | | | | |
| G. | Situational Depression | 1/97 | | | | | |
| H. | | | | | | | |

**PATIENT'S IDENTIFICATION** (Use mechanical imprint if available; for typed or written entries give: Name, SSN, Unit, Sex, Birthdate, and Duty Phone)

```
20 22937 75 40
545-3828
RUNYON, DAVID A.
       M AD
PFC    1/507CADRE 1311  FHC2
```

**SUMMARY OF PROBLEMS, ALLERGIES, MEDICATIONS, SURGERIES AND TRAUMAS:**

SULFA

NOTE: DO NOT DISCARD FROM CHART

DA FORM 5571. CC F 83

EXHIBIT 23

# PHYSICAL PROFILE
For use of this form, see AR 40-501; the proponent agency is the Office of The Surgeon General

**1. MEDICAL CONDITION**

S/p (L) knee ACL sprain

**2.**

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| | | | | | | |

**3. ASSIGNMENT LIMITATIONS ARE AS FOLLOWS**

No running, jumping, marching or pushups

**CODES**

**4. THIS PROFILE IS:** ☐ PERMANENT ☒ TEMPORARY EXPIRATION DATE 4 Feb 97

**5. THE ABOVE STATED MEDICAL CONDITION SHOULD NOT PREVENT THE INDIVIDUAL FROM DOING THE FOLLOWING ACTIVITIES**

☒ Groin Stretch  ☒ Thigh Stretch  ☒ Lower Back Stretch  ☐ Neck & Shoulder Stretch  ☒ Neck Stretch
☐ Hip Raise  ☐ Quads Stretch & Bal.  ☐ Single Knee to Chest  ☐ Upper Back Stretch  ☐ Ankle Stretch
☐ Knee Bender  ☐ Calf Stretch  ☐ Straight Leg Raise  ☐ Chest Stretch  ☒ Hip Stretch
☐ Side-Straddle Hop  ☒ Long Sit  ☐ Elongation Stretch  ☐ One-Arm Side Stretch  ☐ Upper Body Wt Tng
☐ High Jumper  ☐ Hamstring Stretch  ☒ Turn and Bounce  ☐ Two-Arm Side Stretch  ☒ Lower Body Wt Tng
☐ Jogging in Place  ☒ Hams. & Calf Stretch  ☒ Turn and Bend  ☐ Side Bender  ☐ All

**6. AEROBIC CONDITIONING EXERCISES**

☒ Walk at Own Pace and Distance
☐ Run at Own Pace and Distance
☒ Bicycle at Own Pace and Distance
☐ Swim at Own Pace and Distance
☐ Walk or Run in Pool at Own Pace

☐ Unlimited Walking
☐ Unlimited Running
☐ Unlimited Bicycling
☐ Unlimited Swimming

☐ Run at Training Heart Rate for ___ Min.
☐ Bicycle at Training Heart Rate for ___ Min.
☐ Swim at Training Heart Rate for ___ Min.

**7. FUNCTIONAL ACTIVITIES**

☐ Wear Backpack (40 Lbs.)
☒ Wear Helmet
☐ Carry Rifle
☐ Fire Rifle

With Hearing Protection
☐ KP/Mopping/Mowing Grass
☐ Marching Up to ___ Miles
☒ Lift Up to 10 Pounds
☐ All

PHYSICAL FITNESS TEST
☐ Two Mile Run  ☐ Walk
☐ Push-Ups  ☐ Swim
☐ Sit-Ups  ☐ Bicycle

**8. TRAINING HEART RATE FORMULA:**

MALES 220    FEMALES 225

MINUS (−) AGE
MINUS (−) RESTING HEART RATE
TIMES (×) % INTENSITY
PLUS (+) RESTING HEART RATE

50% EXTREMELY POOR CONDITION
60% HEALTHY, SEDENTARY INDIVIDUAL
70% MODERATELY ACTIVE, MAINTENANCE
80% WELL TRAINED INDIVIDUAL

**OTHER**

No lifting >10#, sit-ups @ own pace tolerance, no rucksack #70 7th Flor PT CLINIC 3xWK FOR REHAB

**TYPED NAME AND GRADE OF PROFILING OFFICER** (CAPT ___ MAJ ___ PHYSICAL THERAPY)
**SIGNATURE** ___ **DATE** 9 Jan 97

**TYPED NAME AND GRADE OF PROFILING OFFICER**
**SIGNATURE** ___ **DATE**

**ACTION BY APPROVING AUTHORITY**

**PERMANENT CHANGE OF PROFILE** ☐ APPROVED ☐ NOT APPROVED
**TYPED NAME, GRADE & TITLE OF APPROVING AUTHORITY** **SIGNATURE** **DATE**

**ACTION BY UNIT COMMANDER**

THIS PERMANENT CHANGE IN PROFILE SERIAL: ☐ DOES ☐ DOES NOT REQUIRE A CHANGE IN MEMBER'S
☐ MILITARY OCCUPATIONAL SPECIALTY ☐ DUTY ASSIGNMENT BECAUSE:

**TYPED NAME AND GRADE OF UNIT COMMANDER** **SIGNATURE** **DATE**

**PATIENT'S IDENTIFICATION** (For typed or written entries give: Name (last, first, middle); grade; SSN; hospital or medical facility)

Runyon, David

SPC    1/507 CADRE

**UNIT:**

**ISSUING CLINIC AND PHONE NUMBER** PT Clinic 4-5308

**DISTRIBUTION**
UNIT COMMANDER — ORIGINAL & 1 COPY
HEALTH RECORD JACKET — 1 COPY
CLINIC FILE — 1 COPY
MILPO — 1 COPY

**DA FORM 3349, MAY 86**    REPLACES DA FORM 8302-R (TEST) DATED FEB 84 AND DA FORM 3349 DATED 1 JUN 80, WHICH ARE OBSOLETE

EXHIBIT 23

Personal Data - Privacy Act of 1974 (PL 93-579)          Page 1

Automated Version of DA5008/USAF & USN 600 Overprint

Telephone Consultation
------------------------

⬤nted Date: 05 Feb 97 @ 1010                 Division: MARTIN ARMY COMMUNITY HO

Clinic: MACH FAMILY PRACTICE                 Workload DOES Count

Provider: NEWTON,TERRY J

Allergies:
 SULFA-DRUGS
 CEPHALEXIN

Clerk's Note:
Clerk: AINSWORTH,JEANNE A                                 04 Feb 97 @ 1337
PHONE:545-7050/HM:685-9653
INRE:POST TRAMATIC STESS SYNDROME/NEEDS RECOMMENDATION/STATES URGENT/1SGT
WANTS PAPER WORK ASAP.

--------------------------------------------------------------------------------

Problem List:


Provider's Note:
Provider: NEWTON,TERRY J                                  05 Feb 97 @ 1008
Spoke with wife and counseller Mr Sweeny.  I will recommend/refer patient for
further psych eval and notify company commander that I recommend no job
change or profile at this time until psych eval is complete.  Will call
p⬤ent and inform him of this after notifying CO.

                                          TERRY J. NEWTON, CPT, MC

                     *** END OF REPORT ***

--------------------------------------------------------------------------------
⬤ON,DAVID                         20/          USA ACTIVE DUTY ENLISTED
D⬤:                               H: 706-685-9653       W: 706-545-6364
Spon: RUNYON,DAVID                Rank: PRIVATE FIRST CLASS
Unit: 507 IN BN 1 ABN CO E        RR: TMC #2 RECORD ROOM


EXHIBIT 23

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

**FEB 18 1997**

PHYSICAL THERAPY CLINIC  S: F/U mild ACL insuff ®
MACH, FT. BENNING, GA 31905
(706) 544-3308/3318  per ortho. Seen @ Sports Clinic
9 Jan 97. sched for 7th floor rehab but has
been unable to attend 2° to unit; now able
to begin. Wishes to jump to maintain
jump status. To pain. ® knees.
O: Lachmans: ® 1+ laxity c firm endfeel;
1+ — 2+ laxity ⊕ c firm endfeel. Further
eval deferred.
A: ACL laxity ⊕; ⊕ rehab.
P: discussed case c ortho; no vigorous activity
such as jumping until documented good
strength, and rehab compliance. 7&7th
floor for rehab / Kincon / KT-1000; rev
4 wks. Con't profile
STG: compliance c rehab prog. / 1 mo
LTG: defin mgmt / 2 mos.
_____ Carol Hoffs MAJ

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

20 22937 75 40
545-3828
RUNYON, DAVID A.
M AD
1/507 CADRE 131
PFC

| RECORDS MAINTAINED AT: | | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME  THC2 | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

EXHIBIT 23

## PHYSICAL PROFILE
For use of this form, see AR 40-501; the proponent agency is the Office of The Surgeon General

**1. MEDICAL CONDITION**

(1) ACL insufficiency

**2.**

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| | | | | | | |

**ASSIGNMENT LIMITATIONS ARE AS FOLLOWS:** Sit up, town pace, no ruck

No running, jumping, marching or pushups, no lifting > N#

**CODES**

**4. THIS PROFILE IS:** ☐ PERMANENT  ☒ TEMPORARY EXPIRATION DATE: 19 Mar 9_

**5. THE ABOVE STATED MEDICAL CONDITION SHOULD NOT PREVENT THE INDIVIDUAL FROM DOING THE FOLLOWING ACTIVITIES**

☒ Groin Stretch  ☒ Thigh Stretch  ☐ Lower Back Stretch  ☒ Neck & Shoulder Stretch  ☐ Neck Stretch
☐ Hip Raise  ☐ Quads Stretch & Bal.  ☐ Single Knee to Chest  ☐ Upper Back Stretch  ☐ Ankle Stretch
☐ Knee Bender  ☐ Calf Stretch  ☐ Straight Leg Raise  ☐ Chest Stretch  ☐ Hip Stretch
☐ Side-Straddle Hop  ☐ Long Sit  ☐ Elongation Stretch  ☐ One-Arm Side Stretch  ☐ Upper Body Wt Tng
☐ High Jumper  ☐ Hamstring Stretch  ☐ Turn and Bounce  ☐ Two-Arm Side Stretch  ☐ Lower Body Wt Tng
☐ Jogging In-Place  ☒ Hams. & Calf Stretch  ☐ Turn and Bend  ☐ Side Bender  ☐ All

**6. AEROBIC CONDITIONING EXERCISES**

☒ Walk at Own Pace and Distance
☐ Run at Own Pace and Distance
☐ Bicycle at Own Pace and Distance
☐ Swim at Own Pace and Distance
☐ Walk or Run in Pool at Own Pace

☐ Unlimited Walking
☐ Unlimited Running
☐ Unlimited Bicycling
☐ Unlimited Swimming

☐ Run at Training Heart Rate for ___ Min.
☐ Bicycle at Training Heart Rate for ___ Min.
☐ Swim at Training Heart Rate for ___ Min.

**7. FUNCTIONAL ACTIVITIES**

☐ Wear Backpack (40 Lbs.)
☐ Wear Helmet
☐ Carry Rifle
☐ Fire Rifle
    With Hearing Protection
☐ KP/Mopping/Mowing Grass
☐ Marching Up to ___ Miles
☐ Lift Up to 10 Pounds
☐ All

**PHYSICAL FITNESS TEST**

☐ Two Mile Run  ☐ Walk
☐ Push-Ups  ☐ Swim
☐ Sit-Ups  ☐ Bicycle

**8. TRAINING HEART RATE FORMULA**

MALES 220    FEMALES 225

MINUS (−) AGE
MINUS (−) RESTING HEART RATE
TIMES (×) % INTENSITY
PLUS (+) RESTING HEART RATE

─────────────────────────

50% EXTREMELY POOR CONDITION
60% HEALTHY; SEDENTARY INDIVIDUAL
70% MODERATELY ACTIVE, MAINTENANCE
80% WELL TRAINED INDIVIDUAL

**OTHER** To 7th Floor PT CLINIC 3X WK for REHAB
Cannot jump until cleared by PT _____

| TYPED NAME AND GRADE OF PROFILING OFFICER | SIGNATURE | DATE |
|---|---|---|
| CAROL HOBBS MAJ, SP PHYSICAL THERAPY | _signature_ MAJ | 19 Feb 97 |
| TYPED NAME AND GRADE OF PROFILING OFFICER | SIGNATURE | DATE |
| | | |

**ACTION BY APPROVING AUTHORITY**

| PERMANENT CHANGE OF PROFILE | ☐ APPROVED | ☐ NOT APPROVED | |
|---|---|---|---|
| TYPED NAME, GRADE & TITLE OF APPROVING AUTHORITY | SIGNATURE | | DATE |

**ACTION BY UNIT COMMANDER**

THIS PERMANENT CHANGE IN PROFILE SERIAL
☐ MILITARY OCCUPATIONAL SPECIALTY    ☐ DOES  ☐ DOES NOT REQUIRE A CHANGE IN MEMBER'S
☐ DUTY ASSIGNMENT    BECAUSE:

| TYPED NAME AND GRADE OF UNIT COMMANDER | SIGNATURE | DATE |
|---|---|---|
| | | |

**PATIENTS IDENTIFICATION** (For typed or written entries give: Name (last, first, middle); grade; SSN; hospital or medical facility)

Runyon, David

**UNIT**

**ISSUING CLINIC AND PHONE NUMBER**
PT Clinic 4-5308

**DISTRIBUTION**
UNIT COMMANDER — ORIGINAL & 1 COPY
HEALTH RECORD JACKET — 1 COPY
CLINIC FILE — 1 COPY
MILPO — 1 COPY

SPC    1/507 CABRC

**DA FORM 3349, MAY 86**    REPLACES DA FORM 5302-R (TEST) DATED FEB 84 AND DA FORM 3349 DATED 1 JUN 80, WHICH ARE OBSO

COPY MADE BY VA POST, ST. LOUIS FROM A RECORD IN ITS POSSESSION

EXHIBIT 23

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 20 Feb 97 | PHYSICAL THERAPY CLINIC, MACH, FT. BENNING, GA 544-3308/3318   S/ Pt. to clin for KT1000, Kincom & Rehab |
| | O/ Kincom Test Results: |
| | 90°/sec  ⓁQuad 105% of Ⓡ |
| | ⓁHS 109% of Ⓡ |
| | 180°/sec  ⒻQuad 96% of Ⓡ |
| | ⓁHS 123% of Ⓡ |
| | KT1000 Max three 6mm Ⓡ  7mm Ⓛ |
| | Single Leg Jump distance: 80" Ⓑ, Single Leg Lat Hop future: 35 Ⓡ 3Ⓛ |
| | A/ no deficits noted on the above tests. |
| | P/ Cert c rehab - Discuss Ⓡ RTD c Dr Zuault |
| | G/ 98L/C Ⓔ Q/HS |
| | [signature] William T Maggart LTSP MS |
| 21 Feb 97 | P.T. Note - Ortho |
| | MACH |
| | Ft Benning, GA |
| | RTD, above study |

EXHIBIT 23

513-110                                                          NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: Family Practice Physician    FROM: (Requesting physician or activity) TMC #2    DATE OF REQUEST 8-27-97

REASON FOR REQUEST (Complaints and findings):
26 y/o WM ē h/ of positional vertigo, lying supine, X 3 episodes
s/p MVA Nov 96. PE unremarkable, Skull films taken @
time of MVA were normal. Please eval, ? does this pt
need head CT? Current Rx in meclizine 25mgm qd.

PROVISIONAL DIAGNOSIS,
Positional Vertigo

DOCTOR'S SIGNATURE

APPROVED
G. L. HATFIELD
PA-C    GS-11

PLACE OF CONSULTATION
☐ BEDSIDE    ☐ ON CALL

☑ ROUTINE    ☐ TODAY
☐ 72 HOURS   ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED, ☐ YES ☐ NO

26 y/o ♂ s/p MVA ~ Nov 96 who describes 3 episodes of vertigo upon awakening.
Pt describes sleeping on back and awakens ē room spinning. Pt also has
associated HA's that last 3-4 days. Most recent episode was ~10d
ago. Sx alleviates ō meclizine.

ø tinnitus  ø N/V/D  ø photophobia    ø recent travel.

MVA Nov 96 - ē ø LOC seen in civilian Hosp ø Fx or abn noted

PMHx                 MEDS            PSHx       Allergies      Tobacco ø
  positional         - meclizine 25mg TID   ø       NKDA         EtOH ø
  Vertigo                                             Keflex
                                                      Sulfa meds

PE: WDWM ō NAD
  HEENT: ATNC PERRL EOMI TM's clear op clear
  Neck - Supple ø LAD
  Lungs: CTAB
  CVS: RRR
  Abd: soft NT/ND    ⊖ Hallpike
  Ext: ø c/c/e
  Neuro - A+O+3  CN II-XII intact to exam
    Motor 5/5 © CN  Sensory intact to LT touch
    Cerb - upper/lower not fully R/L

A: positional vertigo
   2° to vestibular dysfxn

P: ① CT scan of head
      ē & ō contrast
   ② continue meclizine 25
   ③ f/u after CT scan will
      consider LP

SIGNATURE AND TITLE                                    DATE
disc Dr. Soto

IDENTIFICATION NO.    ORGANIZATION      _____ MD
                                        CPT, MC  REGISTER NO.    WARD NO.
                                        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

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Runyon, David A PFC/RA
20-
E Co, 1/507

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

EXHIBIT 23

## SCREENING NOTE OF ACUTE MEDICAL CARE

For use of this form, see AR 40-66; the proponent agency is the TSG

| TIME PATIENT DEPARTS UNIT (From DD Form 689) | SCREENER LOCATION | | | |
|---|---|---|---|---|
| | TIME PATIENT ARRIVES 1045 | TIME ENCOUNTER BEGINS | | TIME PATIENT LEAVES |
| DATE AUG 27 1997 | SCREENER LOCATION TMC #2 FT. BENNING, GA 31905 | CHIEF COMPLAINT Vertigo. | | DURATION |

PATIENT RESIDENCE
( ) BARRACKS    ( ) POST HOUSING
( ) OFF POST    ( ) TRANSIENT

VITAL SIGNS
TEMPERATURE 95.5    ALLERGIES _____
PULSE _____ BP _____ RESP _____

FIRST VISIT FOR THIS COMPLAINT ( ) YES ( ) NO. IF NO, WAS RETURN SCHEDULED/REQUESTED BY CARE PROVIDER?
( ) YES ( ) NO

ALGORITHM/CODE    ALGORITHM/CODE
ALGORITHM SUMMARY    ALGORITHM SUMMARY

S→ 26y/o WM c̄ c/o positional dizziness → while
lying down. See prev. chart entry's dated:
12 Dec, 16 Dec 96 and Jan 97. Has new
FP physician whom he has seen.
O→ afebrile NAD    OX3, good historian.

COMMENTS (Reasons for referral, method of referral, hospital appointments, self-care protocols, and patient instructions/precautions)

H - Normocephaly s̄ thyromegaly, s̄ Bruits
E - PERRLA, IEOM, fundi - nl
E - TM's intact, Weber L>R, Rinne : AC > BC
N - Deviated nasal septum, sinuses are nontender
T - clear s̄ adenopathy, dentition - good
neck - Supple, FROM s̄ diff.
H - RR s̄ m̄ ® (OVER)

PATIENT'S IDENTIFICATION (Use mechanical imprint if available; for typed or written entries give: Name, SSN, Unit, Sex, Birthdate and Duty Phone)

ED 22937 75 40
545-3828
RUNYON, DAVID A.
M AD
PFC    1/507CADRE 1311    TMC2

FINAL DISPOSITION
( ) I—PHYSICIAN STAT    ( ) IV—SELF CARE PROTOCOL
( ) II—PA STAT    ( ) V—HOSP CLINIC REFERRAL
( ) III—PA

AIDMAN'S SIGNATURE AND CODE    AUDITOR'S INITIALS AND DATE

DA FORM 5181-R, OCT 86    EDITION OF DEC 84 IS OBSOLETE

EXHIBIT 23

## RECORD OF ACUTE MEDICAL CARE

(Entries on this record should be restricted to further evaluation and treatment of complaint(s) screened)

| DATE | 2ND CARE LOCATION | TIME PATIENT ARRIVES | TIME ENCOUNTER BEGINS | TIME PATIENT LEAVES |
|------|-------------------|----------------------|-----------------------|---------------------|
| O→Cont. | Neuro: Sensory - s̄ Paresthesia's | | | |
| | moter - FAROM of extrms | | | |
| | Cerebellar - Station - neg | | | |
| | Romberg - neg | | | |
| | heel to toe Walk - nl | | | |
| | heel Walk - nl | | | |
| | Toe Walk - nl | | | |
| | Finger to nose - nl | | | |
| | CN II - XII - nl | | | |
| | DTR's 2+ | | | |
| A→ | ? positional Vertigo | | | |
| P→ | Refer To Family practice MD | | | |
| | H/ Meclizine 25 mg q8h #12 | | | |
| | RTD | | | |

G. L. HATFIELD
PA-C    GS-11

| SIGNATURE OF HEALTH CARE PROVIDER | SIGNATURE OF MEDICAL SUPERVISOR | AUDITOR'S INITIALS AND DATE |
|-----------------------------------|--------------------------------|-----------------------------|
| | | |

**SPECIAL INSTRUCTIONS**

This form will be utilized in lieu of SF 600 (Health Record-Chronological Record of Medical Care) at the BAS level and above when care is initiated by an DTMC screener. The record of acute medical care will accompany the patient to the next level of care or remain in the BAS depending on disposition reached. This form will be filed in the HREC when evaluation and audit are completed.

REVERSE OF DA FORM 5181-R

EXHIBIT 23

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE** | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
| DATE _2 Sept 8_ | FAMILY PRACTICE CLINIC   MACH |
| APPT. TIME _4500_ | _See Consultation for Vertigo_ |
| TIME IN _510_ | _from TMC # 2_ |
| PHYSICIAN _Roxy_ | |
| B/P _111/83_ | |
| P _93_ | |
| R _18_ | |
| T _97.2_ | |
| WT _125_  HT _5' 5"_ | |
| AGE _26 yro_ | |
| ALLERGIES _① Keflex_ | |
| _② Sulfur drugs_ | |

COPY MADE BY VA RMC, ST. LOUIS, FROM A RECORD IN ITS POSSESSION

| PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)* | RECORDS MAINTAINED AT ► | | |
|---|---|---|---|
| | PATIENT'S NAME *(Last, First, Middle Initial)* | | SEX |
| TCZP | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| OS, DAVID A. | SPONSOR'S NAME | | ORGANIZATION |
| M AG | DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |
| 1/507CADRE 1311   1MC2 | | | |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

EXHIBIT 23

STANDARD FORM 93
REV. OCTOBER 1974
PRESCRIBED BY GSA/ICMR
FPMR (41 CFR) 201-45.505

APPROVED
OFFICE OF MANAGEMENT AND BUDGET No. 29-R0191

## REPORT OF MEDICAL HISTORY

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY-CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

1. LAST NAME—FIRST NAME—MIDDLE NAME
Runyon, David Anthony

2. SOCIAL SECURITY OR IDENTIFICATION NO.

3. HOME ADDRESS (No. street or RFD, city or town, State, and ZIP CODE)
FT. BENNING, GA

4. POSITION (title, grade, component)
E-3

5. PURPOSE OF EXAMINATION
ETS

6. DATE OF EXAMINATION
9 SEP 90

7. EXAMINING FACILITY OR EXAMINER, AND ADDRESS (Include ZIP Code)
MACH. FT BENNING, GA 31905-6100

8. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint exists)

Poor health. Presently on Meclizine for some kind of positional vertigo. Sleeplessness & constant pain in joints.

| 9. HAVE YOU EVER (Please check each item) | | | |
|---|---|---|---|
| | | (Check each item) | |
| YES | NO | | |
| | ✓ | Lived with anyone who had tuberculosis | |
| | ✓ | Coughed up blood | |
| | ✓ | Bled excessively after injury or tooth extraction | |
| | ✓ | Attempted suicide | |
| | ✓ | Been a sleepwalker | |

| 10. DO YOU (Please check each item) | | |
|---|---|---|
| YES | NO | (Check each item) |
| | ✓ | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

### 11. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever, erysipelas | | ✓ | | Cramps in your legs | | ✓ | | "Trick" or locked knee |
| | ✓ | | Rheumatic fever | ✓ | | | Frequent indigestion | | ✓ | | Foot trouble |
| ✓ | | | Swollen or painful joints | | ✓ | | Stomach, liver, or intestinal trouble | | | ✓ | Neuritis |
| ✓ | | | Frequent or severe headache | | ✓ | | Gall bladder trouble or gallstones | | ✓ | | Paralysis (include infantile) |
| ✓ | | | Dizziness or fainting spells | | ✓ | | Jaundice or hepatitis | | ✓ | | Epilepsy or fits |
| | ✓ | | Eye trouble | ✓ | | | Adverse reaction to serum, drug, or medicine | | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Ear, nose, or throat trouble | | ✓ | | Broken bones | ✓ | | | Frequent trouble sleeping |
| | ✓ | | Hearing loss | | ✓ | | Tumor, growth, cyst, cancer | | ✓ | | Depression or excessive worry |
| ✓ | | | Chronic or frequent colds | ✓ | | | Rupture/hernia | | ✓ | | Loss of memory or amnesia |
| | ✓ | | Severe tooth or gum trouble | | ✓ | | Piles or rectal disease | | ✓ | | Nervous trouble of any sort |
| | ✓ | | Sinusitis | | ✓ | | Frequent or painful urination | | ✓ | | Periods of unconsciousness |
| ✓ | | | Hay Fever | | ✓ | | Bed wetting since age 12 | | | | |
| ✓ | | | Head injury | | ✓ | | Kidney stone or blood in urine | | | | |
| | ✓ | | Skin diseases | | ✓ | | Sugar or albumin in urine | | | | |
| | ✓ | | Thyroid trouble | | ✓ | | VD—Syphilis, gonorrhea, etc. | | | | |
| | ✓ | | Tuberculosis | | ✓ | | Recent gain or loss of weight | | | | |
| | ✓ | | Asthma | | ✓ | | Arthritis, Rheumatism, or Bursitis | | | | |
| ✓ | | | Shortness of breath | | ✓ | | Bone, joint or other deformity | | | | |
| | ✓ | | Pain or pressure in chest | | ✓ | | Lameness | | | | |
| ✓ | | | Chronic cough | | ✓ | | Loss of finger or toe | | | | |
| ✓ | | | Palpitation or pounding heart | ✓ | | | Painful or "trick" shoulder or elbow | | | | |
| ✓ | | | Heart trouble | | ✓ | | Recurrent back pain | | | | |
| ✓ | | | High or low blood pressure | | | | | | | | |

| 12. FEMALES ONLY: HAVE YOU EVER | | |
|---|---|---|
| | | Been treated for a female disorder |
| | | Had a change in menstrual pattern |

13. WHAT IS YOUR USUAL OCCUPATION?

| 14. ARE YOU (Check one) | |
|---|---|
| ✓ Right handed | ☐ Left handed |

93-103

EXHIBIT 23

**CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT**

| YES | NO | |
|---|---|---|
| | | 15. Have you been refused employment or been unable to hold a job or stay in school because of: |
| | | A. Sensitivity to chemicals, dust, sunlight, etc. |
| | | B. Inability to perform certain motions. |
| | | C. Inability to assume certain positions. |
| | | D. Other medical reasons (If yes, give reasons.) |
| | | 16. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details). |
| | | 17. Have you ever been denied life insurance? (If yes, state reason and give details.) |
| | | 18. Have you had, or have you been advised to have, any operations? (If yes, describe and give age of which occurred.) |
| | | 19. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) |
| | | 20. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | | 21. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | | 22. Have you ever been rejected for military service because of physical, mental, or other reasons? (If yes, give date and reason for rejection.) |
| | | 23. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge; whether honorable, other than honorable; for unfitness or unsuitability.) |
| | | 24. Have you ever received, is there pending, or have you applied for pension or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

→ Knee surgery for torn ACL Left knee

→ Motor Vehicle Accident - Alabama Summer of 96. Torn right rotary cuff, torn right calf muscle

→ Physical therapy for above MVA injuries

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service.

**TYPED OR PRINTED NAME OF EXAMINEE**
Runyon David A.

**SIGNATURE**
David A. Runyon

**NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY."**

25. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in Items 9 through 24. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

(R) Knee surgery for ACL-1996-Painful trick
(R) Rotary cuff shoulder. physical therapy-
Still hurts, allergic to sulfa + Keflex,
frequent + severe headaches
dizziness - reading - writing - memory loss
wears glasses - writing - blurry vision from
Hayfever - seasonal - bl vision - accidents-
Head injury - whiplash - no meds,
shortness of breath - vertigo 1996,
cut pt of heart beats - no problems, 9 months ago
drink pt of beats requested dk - post traumatic
sleeping stress syndrome

**TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER**
EMIL ROMITAN, MD

**DATE**
9 Sep 97

**SIGNATURE**

**NUMBER OF ATTACHMENTS**

REVERSE OF STANDARD FORM 93

000440

EXHIBIT 23