Car accident 1996 → on active duty Army

severe injuries, NO BROKEN BONES

BACK MUSCLE DAMAGE & SPINAL ⊳ VERTEBRAE DAMAGE
SEVERE HEAD TRAUMA → EYES BLOODSHOT, BLURRY VISION, CONSTANT
HEADACHE, MEMORY LOSS
SEVERE MUSCLE PAIN THROUGHOUT WHOLE BODY
"U" shaped steering wheel bruise across stomache
seat belt strap bruise across neck & left shoulder
6 months intense therapy on left knee & left elbow & right calf

Army Doctors & NURSES & THERAPISTS refused to talk to me about my head pains, neck & back pains. Therapist ⇒ she told me she would get in trouble if I told anyone ⇒ she lightly rubbed the steroid "heat" cream on my back to help relieve the tension & the pain.
I was given a huge bottle of "cowpill" muscle relaxers to take as needed.

The Army Doctors refused to do an MRI or CAT SCAN on my head or back/body. They ended up doing an MRI at about the 6 month mark.

My wife at the time MARIA was going through severe emotional breakdowns. The Army Doctors talked to her but she wouldn't tell me what they said. I suspected they told her I could or would die. We had marital problems as a result. She was a wreck, extremely unsupportive & unhelpful to me during that time in my life. We ended up at Social Services seeing 2 different psychiatrists & counselors. I was diagnosed with PTSD. I told the dude "whatever." I'm normal, I'm just temporarily broken, & I'm busy trying to fix myself. My wife is unsupportive, won't physically help me, won't talk to me & tell me what the doctor's said, & is demanding time from me so she could weep & cry. She's acting like she's the one that almost died. I'm the one that's broken not her. If she won't help me then all I ask is for her to stay out of my "f___n" way. I'll do it myself!

EXHIBIT 24

I used the muscle relaxers regularly for about the first 2 months then I tapered them off & quit altogether taking them. They helped me when my pain was overwhelming but I didn't like them b/c they turned me into a zombie literally. I think they were called Robaxin or something like that. Feeling the pain was good for me so I could figure out what was broken on me. I was always very "in tune" with my body. At the time of my accident my body was in premium athletic condition, at the age of 25 I was maxing my PT tests at 99% 100% at the 18 year old standard or special forces standards. It took me 10 solid years of year round intense physical training to reach this level of fitness. 100 pushups under 2 minutes, 100 sit ups under 2 minutes & then run 2 miles in less than 12 minutes. In a base wide German exchange competition I was one of 4 that ran the first 10 miles of an 18.6 mile/30km run in 1 hour (6 minute mile pace) in uniform, combat boots & a 40+ pound rucksack on my back.

The drunk driver that hit me in a head-on collision in Oakville, AL in the fall of 1996 almost took my life. I've almost died many times before but God has always protected me & I always came out unscathed. This time I barely lived. My body was broken, my mind was malfunctioning, I couldn't sleep for months, not really sleep. The Robaxin helped me rest enough to get by during these months. At about the 3 month mark I went to the emergency room in the middle of the night. If I laid on my back my spinal cord would get pinched somewhere around the level of my shoulders. I would become nauseous, the room would spin, my body would become highly stressed, short rapid breathing, loss of peripheral vision right before passing out. These effects were instantaneous when my back would move into a straight position. The Army doctors diagnosed me with vertigo & prescribed me Meclizine; told me my inner ear was on the fritz & wouldn't look at my back. I was put on a 1 year waiting list for surgery on my left for a torn ACL. My only son was less than 1 years old at the time of my accident & had just been through a life saving surgery. God saved him too. A warrant was issued for the drunk driver on the charge of attempted vehicular manslaughter. Over one year later I took off of work from the FPD (I was no longer in the Army) & appeared in court to testify. I don't remember much about court, not even his face, reliving the traumatic event was hard on me, but I do remember being asked a question & responding somewhere along the lines of I forgive him & realize that he didn't intentionally plan to kill me, ... I asked the court to show him mercy. He only got probation

EXHIBIT 24