HEALTH RECORD | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |
|---|---|
| SCREENING SECTION USDAH DATE 15 Apr 76 C. C. S AND S DISP US __ YES __ NO | ① Chronic sinus problem Requests refillable Rx for Entex ② Pelvic pain x 8 mo Pain too severe to wait 3 days ① AMIC MD ② GYN Ⓣ |
| OB-GYN CLINIC APR 15 '76 DARNALL ARMY HOSPITAL FT. HOOD TEXAS | [illegible] |

PATIENT'S IDENTIFICATION (*Use this Space for Mechanical Imprint*)

30 28646 38 94

RUNYON SUK CHA 26SEP77
1945 D/W AD ARMY
SGT DAVID H

| PATIENT'S NAME (*Last, First, Middle initial*) | | | SEX |
|---|---|---|---|
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| SPONSOR'S NAME | | | RANK/GRADE |
| SSAN OR IDENTIFICATION NO. | | ORGANIZATION | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600
September 1971
General Services Administration and Interagency Comm. on Medical Records
FPMR 101-11.809-3
600-104-01

PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME

Runyon Suk, D/W E-5

REGISTER NO.

WARD NO. E R

AGE 31  SEX F  (Check one)
☐ BEDSIDE, WHEELCHAIR, OR STRETCHER  ☐ BED PATIENT  ☐ AMBULATORY

EXAMINATION REQUESTED

full pelvis and (L) spine

(Above space for mechanical imprinting, if used)

PERTINENT CLINICAL HISTORY, OPERATIONS, PHYSICAL FINDINGS, AND PROVISIONAL DIAGNOSIS

hit lower back on couch

FILM NO.

RADIOGRAPHIC REPORT

DATE OF REQUEST 6 July 76

REQUESTED BY Dr. Webster

NEGATIVE

DOD F. HAXCEY

MAJOR   MC

DATE OF REPORT:

SIGNATURE (Specify location of laboratory if not part of requesting facility)

Standard Form 519-A (Rev. Aug. 1954)
Promulgated by Bureau of the Budget
Circular A—32 (Rev.)
RADIOGRAPHIC REPORT
519-207

(NAME OF HOSPITAL OR OTHER MEDICAL FACILITY)

---

PATIENT'S IDENTIFICATION (medical facility) FIRST NAME-MIDDLE NAME

RuncrOWSKI, SUKCHA.
D/W
E-5 DAVID

REGISTER NO. 30  8562

WARD NO. HEA/HC

AGE 30  SEX F  (Check one)
☐ BEDSIDE, WHEELCHAIR OR STRETCHER  ☐ BED PATIENT  ☑ AMBULATORY

EXAMINATION REQUESTED

PA + LAT CHEST

(Above space for mechanical imprinting, if used)

PERTINENT CLINICAL HISTORY, OPERATIONS, PHYSICAL FINDINGS, AND PROVISIONAL DIAGNOSIS

PT. STATES SHE HAD TUBAL LIGOTAMY. HAS hx of POS. TINE FOR OVER 2 YRS

FILM NO.

DATE OF REQUEST 2 FEB 76

REQUESTED BY Col WEBB SS

RADIOGRAPHIC REPORT

NEGAT...

SIGNATURE (Specify location of laboratory if not part of requesting facility)

DATE OF REPORT.

2/14 KKCP

MAJOR MC

Standard Form 519-A (Rev. Aug. 1954)
Promulgated by Bureau of the Budget
Circular A-32 (Rev.)
RADIOGRAPHIC REPORT
519-207

(NAME OF HOSPITAL OR OTHER MEDICAL FACILITY)

EXHIBIT 25

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
| MAR 13 1977 | US ARMY HEALTH CLINIC, HANAU APO NEW YORK 09165 |

31 y.o. Oriental ♀ whose husband is in field and apparently unreachable. C/O being weak all over after 2 month Hx of strep throat. Had several passing out spells at home today prompting neighbors to call ambulance. No N. or V., D. cough, coryza, abd pain, mild sore throat.

Rx c erythromycin 3 wks ago for strep throat. Completed 10 d course.

$T = 100°F$  Exam - Alternately active and loud O♀ in WAD and droopy and semi-stuporous Oriental ♀

| PATIENT'S IDENTIFICATION (Use this Space for Mechanical Imprint) | PATIENT'S NAME (Last, First, Middle initial) | | SEX |
|---|---|---|---|
| | YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| | SPONSOR'S NAME | | RANK/GRADE |
| | SSAN OR IDENTIFICATION NO. | ORGANIZATION | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600
September 1971
General Services Administration and
Interagency Comm. on Medical Records
FPMR 101-11.809-3
600-104-01

EXHIBIT 25

0800
13 NOV 85
Dr Dell

Standard Form 600
General Services Administration and
Interagency Committee on Medical Records
FPMR 101-11.806-8    Exception Approved by NARS
October 1975    1 Aug 79

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

OCT 21 1985  Orthopedic Clinic
DeWitt Army Community Hospital
Fort Belvoir, VA 22060

OCT 22 85  s/ Flu multiple joint Pains. Pains improved
Pt also c/o not although still present in WRISTS.
improved diet put  Also c/o abd burning pain
acw Dr put  o/ NO PE
when  LAB  ESR 21  Uct 39.1
RF NRG

ANA pending

A/ ARTHRITIS - improved. Etiology curr
2/0 SLE Doubt Gout

p/ Liberalize diet
✓ FBS, Uric Acid
FW ANA
Δ to Ecotrin
FW Dr Dell 3 wks.

| PATIENT'S IDENTIFICATION (Use this Space for Mechanical Imprint) | PATIENT'S NAME (Last, First, Middle initial) | | SEX |
|---|---|---|---|
| 280435834 | RUNYON Suk Cha | | F |
| .31 | YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| RENYON S      A | 1945  WIFE  RA  ORTHO |
| 1945 I/W A   SA | SPONSOR'S NAME | | RANK/GRADE |
| 1945 | DAVID H. RUNYON  SFC |
| E7 DAVID 4-3632 | SSAN OR IDENTIFICATION NO. | ORGANIZATION  Co A, 3rd BN |
| | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| | Standard Form 600  600-106-01 |

EXHIBIT 25

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: _urology_

FROM: (Requesting physician or activity)

DATE OF REQUEST: _10/31/87_

REASON FOR REQUEST (Complaints and findings)

42 yo f, G2 P2 A60

CC: Urinary incontinence, chron...

PROVISIONAL DIAGNOSIS: R/O Bladder prolapse

DOCTOR'S SIGNATURE: ART SUTHERLAND, PA-C

APPROVED

PLACE OF CONSULTATION: ☐ BEDSIDE  ☐ ON CALL

☒ ROUTINE  ☐ TODAY
☐ 72 HOURS  ☐ EMERGENCY

**CONSULTATION REPORT**

DIP-SG 1.005 PH6.0 Micro: clean PVT W/day 9/4/10

NOV 13 1987   42 yo f c/o frequency, urgency, & urgency incontinence & nocturia x2 yrs — pt.

UROLOGY SERVICE
US DEWITT ARMY HOSPITAL
FT. BELVOIR, VA  22060

wears pods most of the time — is usually damp - sometimes wet - incontinence occurs not only c stress although there is a stress component as well — no dysuria - no recent episodes of gross hematuria. No DM, HTN — no recent UTIs —

PMH/ No med. prob - f, NKA, NB, no meds —

VA only —

PE / no ed. genitalia    no pelvic exam —
Small cystocele —      some S-P tenderness
No SUI

(Continued on reverse side)

SIGNATURE AND TITLE

Joseph M. Khoury, MD
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

IDENTIFICATION NO          ORGANIZATION

Imp/ urge incontinence c stress component

Non C Voiding diary

② DVR

DewITt Appt —
13 NOV ③ CME
1300 ④ LTC c above studies

PRIMUS 1519 DAVIS FORD RD, WOODBRIDGE, VA 2219
RUNYON, SUKCHA
SEX: F  DOB:              PCAT: A51
SSN:              FMP: 30
SPON: RUNYON, DAVID H      RANK: SFC
VISIT DATE: 31 OCT 1987    NO. 056

CONSULTATION SHEET
STANDARD FORM 513 (Rev 9-77)
Prescribed by GSA/ICMR
FPMR 101-11.808-B
513-107

4-2854/4291

EXHIBIT 25

**MEDICAL RECORD** | **CONSULTATION SHEET**

### REQUEST

TO:
PT

FROM: (Requesting physician or activity)
Rheum  WRAMC

DATE OF REQUEST
10/17/88

REASON FOR REQUEST (Complaints and findings)

Pt c̄ diffuse musculoskeletal pain & stiffness c̄ completely negative rheumatological eval. Please instruct in daily ROM exercises & daily exercise program.

PROVISIONAL DIAGNOSIS

MS pain

DOCTOR'S SIGNATURE
senten  #708

APPROVED

PLACE OF CONSULTATION
☐ BEDSIDE    ☐ ON CALL

☒ ROUTINE    ☐ TODAY
☐ 72 HOURS   ☐ EMERGENCY

### CONSULTATION REPORT

PHYSICAL THERAPY SVC.
DEWITT ARMY COMMUNITY HOSPITAL
FT. BELVOIR, VA  22060

S: 43 yo ♀ c/o diffuse musculoskeletal pain ↑d c̄ damp-cold weather. Reports ankle pain; knee pain, wrist + hand pain + shoulder pain. Not on an exercise program.

O: FROM BUE + BLE. GMMT All 4 extremities WNL. Pain c̄ all resisted motions everywhere. Diffuse body tenderness.

A: WBA

P: Instruct in strengthening exs. Counsel on aerobic exer. benifits.

G: ↓ pain, ↑ strength

*(Continued on reverse side)*

SIGNATURE AND TITLE

P Cairesa  OCPT-SP

OCT 20 1988

IDENTIFICATION NO.

ORGANIZATION

REGISTER NO.

WARD NO.

PATIENT'S IDENTIFICATION  (For typed or written entries give. Name—last, first, middle; grade; rank; rate; hospital or medical facility)

CONSULTATION SHEET
STANDARD FORM 513 (Rev. 9-77)
Prescribed by GSA/ICMR
FPMR 101-11 806-8
513-107

✩ U.S. GOVERNMENT PRINTING OFFICE: 1987-176-314

Runyon, Suk-cha
DW/AD/A

CHRONOLOGICAL RECORD OF MEDICAL CARE     STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR

EXHIBIT 25

PERSONAL DATA - PRIVACY ACT OF 1974 - 5USC522a

Walter Reed Army Medical Center
RADIOGRAPHIC REPORT

Date Report Printed: 88/09/27
Date Initially Printed: 88/09/27
Runyon, Suk Cha                        30-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
DOB:
Sex: Female
Exam Date: 88/09/26     Patient ward:
Exam: HA031  bilat hands (pa, obliq, lat)
Requesting Location: Rheumatology Clinic
Patient Response to Pregnancy Question: Negative
Provisional Diagnosis or Clin History:
         home                  work

Request Entry Date: 88/09/26      Requestor: Seiken
Scheduler: Holley, LaTreaviette
Exam: LS022  l-spine series (5)

DICTATED:     26SEP88
TRANSCRIBED:  27SEP88

BILATERAL HANDS AND LS SERIES, 26SEP88.

HISTORY:  Arthralgias.

FINDINGS:  Frontal and lateral views of the lumbosacral spine are obtained and
these do not reveal any gross abnormalities.  Of note, however, is that due to
the significant kyphosis of the sacrum and due to patient positioning, the
inferiormost aspect of the sacrum is not well evaluated.  There is no other
evidence of degenerative change, fracture or soft tissue swelling.

Frontal, oblique and "ball catcher's" views of both hands are obtained and the
do not reveal any evidence of arthritis, fracture or dislocation.

IMPRESSION:  1. GIVEN THE TECHNICAL LIMITATIONS OF THE LUMBOSACRAL SPINE AS
DESCRIBED, ESSENTIALLY NORMAL STUDY.
         2. NORMAL HAND SERIES.

PRN/AM/VB

                       s/Allen Meglin, M.D.

EXHIBIT 25

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| FEB 10 1989 | TRIAGE DeWitt Army Hospital Fort Belvoir, Va. 22060 44 y/o F c/o chest pain radiating down L shoulder & arm x 6-8 mos (intermittent) assoc c/o L breast pain x 3 d |
| 1115 hrs | |
| BP 102/70 | |
| T- 98.8 | Meds: Estrin |
| | Allergies: PCN |
| | To GOC for eval |
| 1315 Dr Angel | General OutPatient Clinic DeWitt Army Hospital Fort Belvoir, Va. 22060 |
| | S- 44 y/o F [illegible] complains of discomfort at |
| Meds | L shoulder and L chest wall x 6-8 months |
| Ecotrin | [illegible]. Hx of polyarthralgia [illegible] on Ecotrin |
| Allergies | for it. Complains also pain at L breast x |
| PCN | 3 days - Ø masses felt. |
| CC: Meds | |
| Pain | O- Alert in NAD, afebrile |
| Smoke (+) | HEENT - Ø JVD, Ø Bruits |
| 4-5 cigarettes/day | Lungs - CTA |
| | Heart - RR, Ø murmur |
| | Breast - Ø masses felt, nodular, tenderness |
| | at area of areola at L breast. |
| | A/D: R/O Fibrocystic Disease of Breast - |
| | L Muscle skeletal pain |
| | Plan: Referred to Breast clinic |
| | Mammogram - |
| | Ecotrin [illegible] Ø [illegible] #240 RF 3 |
| | Mylanta [illegible] # 6 A solution RF 3 |
| | Pablo Ayala 5[illegible] MAJ MC |

EXHIBIT 25

NSN 7540-00-634-4176                                                                      600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**13 FEB 1990**

FAMILY PRACTICE CLINIC
121 EVAC HOSPITAL
APO SF 96301-0017

TEMP _____ WT _16/_
PULSE _____ BP _____
ALLERGIES _____ PCN
MEDICATION _____

_in: 8/5_

O) oo IOk Weber

Very talkative pt complains of ® zygomatic post × 1 yr. Also ears & forehead have been itching ē bumps. Pt has long hx of allergies no records available. Both PT denies any new contacts ie soaps, jewelry, foods. Has never had this problem before.

O) USS 44 y/o F A/0×3 NAD

erythematous, scaling, macular area over ® zygomatic no evidence of infection Measures 2.5×2.5cm KOH ⊖ Skin dry.

A) Contact dermatitis

P) 1) HC cream 1% Apply to area Ttt
2) Eucerin Cream apply to face BID
3) Seldane 60mg BID
4) Obtain records from allergist.
5) F/U 2 wks or PRN

PETER V. WEBER, CPT MC
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
FAMILY PRACTICE, 121 EVAC HOSP

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

3 0
PURYCN, SUK C

| RECORDS MAINTAINED AT: ▶ | | |
|---|---|---|
| PATIENT'S NAME *(Last, First, Middle Initial)* | | SEX |
| PI 14 85 | | |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| | | DATE OF B |

EXHIBIT 25

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: *Int. Med*

FROM (Requesting physician or activity): *RNC*

DATE OF REQUEST: *12/18/9*

REASON FOR REQUEST (Complaints and findings):

*45 yo old RN ī hrs diarrhea*
*ē g eat for 10 mos*
*Would you evaluate & treat him please thanks*

PROVISIONAL DIAGNOSIS: *ZRS*

DOCTOR'S SIGNATURE

APPROVED

PLACE OF CONSULTATION | ☑ ROUTINE  ☐ TODAY
☐ BEDSIDE  ☐ ON CALL | ☐ 72 HOURS  ☐ EMERGENCY

**CONSULTATION REPORT**

DEC 18 1990  MEDICAL CLINIC BAXA
USAH SEOUL 121 EVAC HOS
APO SF 96301 #737-8396

A 0900

(P) Diarrhea since 6/90. 3*4X a day watery.
No drinks, no food.
used to have constipation.

O- (' "/") . Tender.

A- Irritable bowel syndrome

P- Zantac, Bid.
Dompat...
metamucil.

(Continued on reverse side)

SIGNATURE AND TITLE

IDENTIFICATION — ORGANIZATION
RUKYCN, SUK C

PATIENT'S IDENTIFICATION (For typed or written entries give Name— last, first, rate, hospital or medical facility)

CONSULTATION SHEET
STANDARD FORM 513 (Rev. 8-7
Prescribed by GSA/ICMR
FPMR 101-11.806-8
513-107

EXHIBIT 25

MEDICAL RECORD          NARRATIVE SUMMARY

| Date of Admission | Date of Discharge |
|---|---|
| 27 APR 92 | 29 APR 92 |

CHIEF COMPLAINT: Chest pain.

HISTORY OF PRESENT ILLNESS: This is a 46-year-old Korean female with no known history of atherosclerotic heart disease who has a two to three day history of pressure-like chest pain. She stated at the time of admission that the pain becomes more intense and sharp in nature, but does not radiate. It is not related to activity, but taking a deep breath does aggravate the pain. She has not had any recent trauma to her chest. There has not been any recent cough, fever, or chills. No known history of asthma or reactive airway disease. She does report a bronchitis with a questionable pneumonia in the past. The pain is not associated with vomiting. There is the question of mild nausea and mild shortness of breath associated with the pain, however, the patient denies any radiation or any diaphoresis. Cardiac risk factors include a positive family history, unknown cholesterol, and a history of tobacco abuse when she smoked up to three packs a week for 25 years. She has no known history of peptic ulcer disease although she states that she had a couple of episodes of coughing up blood when she was pregnant. She has a history of a positive PPD skin test, but has not been treated for active tuberculosis. She denies any recent swelling of her lower extremities. She is recently status post a vaginal hysterectomy which she tolerated well and was sent home on iron. There is no history of diabetes or gout. It should be noted, however, that the pain resolved in the Emergency Room after the patient was given nitroglycerin.

PAST MEDICAL HISTORY: She has an allergy to penicillin. Surgeries - bilateral tubal ligation, transvaginal hysterectomy, and bilateral salpingo-oophorectomy. Her medical history is otherwise noncontributory.

FAMILY HISTORY: Positive for heart disease and hypertension. There is no known cancer.

HABITS: She smoked one third to one half pack a day times 25 years. She uses alcohol occasionally.

REVIEW OF SYSTEMS: Noncontributory.

(continued)

STEVEN LANGE, M.D.

E-3-10      ISG

| | | NAME<br>RUNYON, SUK C. | |
|---|---|---|---|
| ☐ HISTORY & PHYSICAL EXAMINATION<br>(SF 504, SF 505, & SF 506) | ☐ OPERATION REPORT<br>(SF 516) | | |
| ☐ CONSULTATION SHEET<br>(SF 513) | ☐ NARRATIVE SUMMARY<br>XX   (SF 502) | REGISTER NO.<br>664959 | SSN<br>30? |
| ☐ CHRON RECORD OF MEDICAL CARE - (SF 600) | ☐ AUTOPSY PROTOCOL<br>(SF 503) | UNIT | |
| ☐ PROGRESS NOTE<br>(SF 509) | ☐ | DATE DICT<br>1 MAY 92 | DATE TYPED<br>1 MAY 92/mls |

GLWACH, FT LEONARD WOOD, MO   65473

OPTIONAL FORM 2

EXHIBIT 25

MEDICAL RECORD    -2-        NARRATIVE SUMMARY

PHYSICAL EXAMINATION:  The patient was alert, oriented. and in no acute distress; but she was mildly anxious.  Her blood pressure was 112/88, pulse 75. respirations 16. temperature 98.2.  HEENT was unremarkable.  Her chest wall was tender to pressure, particularly in the midline.  There were no palpable lesions.  The breasts were without masses.  Her lungs were clear. Heart was S-1 and S-2 without murmurs or gallops.  Her abdomen has a well healed umbilical scar.  There were no masses or organomegaly.  Rectal, pelvic, and neurologic examinations were deferred on admission.

DIAGNOSTIC STUDIES:  Her chest x-ray was unremarkable.  EKG was within normal limits.  ABGs were within normal limits.  Cardiac enzymes showed CPK to be 49 on admission and decreased throughout her stay.  B bands were 4. cholesterol was 172, SGOT was normal.  CBC showed a white count of 10,600, H&H of 13.1 and 38.4 with normal chromic normocytic indices and normal platelets at 288,000.  PT and PTT within normal limits.

HOSPITAL COURSE:  The patient was admitted to the Intensive Care Unit for cardiac monitoring and treatment.  She developed a couple of episodes of pain that responded to nitroglycerin.  She was placed on transdermal nitroglycerin.  At one time, she did require a couple of milligrams of morphine for her pain; but she then remained pain free throughout the rest of her examination.  Cardiac enzymes were negative.  The patient was discharged on 28 Apr 92.  She was to followup in two days for a treadmill stress test or earlier if she had a return of her pain.

DISCHARGE MEDICATIONS:  Transdermal nitroglycerin 0.2 q one hour q day; enteric coated aspirin, one q day; tolmentin 400 mg tid; nitroglycerin sublingual prn.  She was instructed in light activity until the time of her treadmill.

STEVEN LANGE, M.D.

| | | NAME | |
|---|---|---|---|
| ☐ HISTORY & PHYSICAL EXAMINATION (SF 504, SF 505, & SF 506) | ☐ OPERATION REPORT (SF 516) | RUNYON, SUK C. | |
| ☐ CONSULTATION SHEET (SF 513) | ☐ NARRATIVE SUMMARY XX (SF 502) | REGISTER NO. | SSN |
| ☐ CHRON RECORD OF MEDICAL CARE - (SF 600) | ☐ AUTOPSY PROTOCOL (SF 503) | UNIT | |
| ☐ PROGRESS NOTE (SF 509) | ☐ | DATE DICT | DATE TYPED |
| GLWACH, FT LEONARD WOOD, MO   65473 | | 1 MAY 92 | 1 MAY 92/mls |

**MEDICAL RECORD REPORT**

OPTIONAL FORM 27

EXHIBIT 25

558-102
(See Instructions on Back of this Sheet)
NSN 7540-01-075-3786

**EMERGENCY CARE AND TREATMENT** (Medical Record)

| TREATMENT FACILITY (Stamp) | LOG NUMBER |
|---|---|
| GLWAC H ER | |

**ARRIVAL**

TRANSPORTATION TO HOSPITAL (Attach care en route sheet)
☑ PRIVATE VEHICLE  ☐ AMBULANCE  ☐ OTHER (Specify)

DATE — DAY / MONTH / YR: 20 Nov 92   TIME: 14.07

CURRENT MEDS, (tetanus immunization and other data)

HISTORY OBTAINED FROM: ☑ PATIENT  ☐ OTHER (Specify)

ALLERGIES: PCN

PATIENT'S HOME ADDRESS OR DUTY STATION (City, State and ZIP Code)

HOME PHONE: 336-7104

CHIEF COMPLAINT(S) (Include symptom(s), duration)
Chest Pressure — Left + Chest

SEX: F   AGE: 47

POSSIBLE THIRD PARTY PAYER: ☐ YES  ☑ NO

**VITAL SIGNS**

| TIME | 1407 | 1425 |
|---|---|---|
| BP | 98/60 | 117/80 |
| PULSE | 76 | 95 |
| RESP. | 18 | |
| TEMP. | 98.9 | |
| WT. (Child) | | |

DESCRIBE (1) Subjective data (Pertinent History); (2) Objective data (Examination - include results of tests and x-rays); (3) Assessment (Diagnosis); (4) Plan (Treatment/Procedures - include medication given and follow-up)

TIME SEEN BY PROVIDER: 1425

**CATEGORY** (See reverse)
EMERGENT
URGENT
NON-URGENT

| ORDERS | INITS. | TIME |
|---|---|---|
| EKG, monitor | KR | 1425 |
| CXR | KR | 1510 |
| CBC | KR | 1510 |
| | | |
| | | |

**ASSESSMENT/DIAGNOSIS**
Esophageal motility disorder, Anxiety

**DISPOSITION** (Check all that apply)

| HOME | FULL DUTY |
|---|---|

QUARTERS
24 Hrs. | 48 Hrs. | 72 Hrs.
MODIFIED DUTY UNTIL:
DAY | MONTH | YEAR

REFERRED TO (Indicate clinic)

| EMERGENCY | TODAY |
| 72 HOURS | ROUTINE |

ADMIT. TO HOSP. UNIT/SERVICE

**CONDITION UPON RELEASE**
IMPROVED | UNCHANGED
DETERIORATED

TIME OF RELEASE:

Exercise X 20 days ...
... Stress test, Holter monitor ...
See prior records. Dr Watson ...

Patient has had left chest pressure/pain since March of 92 - had hysterectomy at that time. Since then has had daily left chest pressure. Pain there almost all the time, not related to activity level. Also feel weakness ... all the time. Had treadmill which was inconclusive because of no exercise tolerance. Did not keep appt for persantine thallium stress test because she didn't really want to know if her heart was acting up. ⊕ Smoker. Has Esophageal Motility Disorder

Exam - oriented female who speaks ... fluttering of eyelids. No pre-tibial edema
Lungs - clear
cor - RR, S₁ split ⊼ (M E).
EKG - nl   HCT - 37
CXR - nl

A. I suspect she ... chest esophageal disease as demonstrated in 1990
Plan ī Dr Lange to get Persantine thallium test

(CONTINUE ON SF 507, IF NEEDED)

SIGNATURE OF PROVIDER AND ID STAMP
WILLIAM HARDMAN M.D.
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

INSTRUCTIONS TO PATIENT (Include medications ordered, any limitations and follow-up plans)

PATIENT'S IDENTIFICATION (Mechanical imprint) ...

BUX   C
USA DEP AO
FORT LEONARD W MO 65473
031   FT WOOD MEDDAC
MEDICAL DATA/PRIV ACT 74

1S6

EXHIBIT 25

NSN 7540-00-634-4178

600-1

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

1 Mar 93

47 y/o female
Presents for "no
flu" Marie St

Family Practice Clinic
T 97  P 74  18  96
98#  70

PCN

MPL

The patient is a 47-year-old oriental female here for
followup on her peptic acid disease.  She continues to have
some epigastric burning and pain.  She denies any
hematemesis, hematochezia or melena.  She is sleeping a
little bit better after being placed on the Trazodone.

O:  Patient is alert, oriented in no acute distress. Abdomen
is soft and nontender.

A:   Peptic acid disease

Moderate depression

PLAN:  Will go ahead and refill her Zantac 150 mg bid.  Will
change her to Doxepin 50 mg qhs because of its H2 antagonist
affect and will also request a consultation with Internal
Medicine for an EGD to evaluate her endoscopically.  She is
to followup after having her EGD.

DARWIN L. DAVIS JR, MAJ, MC/LMA
1 Mar 93 FPC  Runnion

| PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)* | RECORDS MAINTAINED AT: ▶ | | |
|---|---|---|---|
| 30 | PATIENT'S NAME *(Last, First, Middle Initial)* | | SEX |
| RUNYON, SUK  C  F | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| GA DEP AD | SPONSOR'S NAME | | ORGANIZATION |
| ORT LEONARD W MO 65473 | DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |
| RSONAL DATA/PRIV ACT | | | |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

EXHIBIT 25

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|------|

(S) 47 yo *female presents for*
*F/U for stomach problem*
*Shirley Butler*

Family Practice Clinic
T. 97² P. 72 R. 20 B/P 100/70
Ht. _____ Wt. 101 #
Allergies (PCN)
Med's
Premarin
Zantac

SUBJECTIVE: The patient is a 46-year-old white female here for follow-up on her peptic acid disease and work-up on her chronic fatigue. She is not sleeping, has anhedonism. She is not suicidal or homicidal at this time. She has inability to concentrate and has a very pessimistic mood about the future.

OBJECTIVE: Patient is alert and oriented in no acute distress today. Her abdomen is soft and nontender.

ASSESSMENT:   1.   Peptic acid disease, responding well to Zantac.

2.   Depression.

PLAN: Will start her on Trazodone, 50 mg q hs, and have her continue on Zantac. She is to follow-up in approximately three weeks. She is to call if she has any problems with the medication.

DARWIN L. DAVIS, JR, MAJ, MC
D&T:   27 Jan 83/pb

'U.S. Government Printing Office: 1991 — 312-071/40202

STANDARD FORM 600 BACK (REV. 5-84)

000182

EXHIBIT 25