**Declaration of Robert Seeger**

1.    My name is Robert Seeger and I am married to Deborah Seeger. We live in Fairbanks, Alaska. I retired from the US Army in April 1997, and retired from the Alaska National Guard in July 2012..

2.    From 1993 through the beginning of 1997, I was stationed in Ft. Benning, Georgia. My wife and I lived in an apartment along with our three children. David Runyon and his wife Maria lived in the same apartment complex. My wife and I got to know David and Maria. Maria had two children and then David and Maria had a son together.

3.    Our families became friends. We sometimes shared meals, went to church together, and our kids played together.

4.    David and I were both stationed at Ft. Benning but we were not in the same company and therefore worked on different parts of the base. I sometimes gave David rides but we were not attached to the same area.

EXHIBIT 31

5.   I helped David work on his car because he was not very mechanical.

6.   David was involved with Maria's two children.  He helped care for and raise them as if they were his own.  When Maria became pregnant, he was excited for the child to be born.

7.   David and Maria seemed to have problems in their marriage.  I thought they had money problems.  David was a Private First Class (PFC) and wasn't making a lot so money appeared to be an issue.

8.   David was in a car accident in November of 1996.  He went to Alabama to get his brother's truck.  On his way back to Ft. Benning David was in a bad accident.  The truck was totaled.  I picked him up and brought him back to Ft. Benning.

9.   In 1997, my wife and I moved to Alaska. We lost touch with David and Maria.

10.   In 2008, an investigator spoke with us in Fairbanks.  He was part of David's legal team and told us about the charges against David. This affidavit reflects the things I told him.

EXHIBIT 31

11. In 2009, my wife and I received subpoenas to testify on David's behalf. We were flown from Fairbanks to Norfolk, Virginia. An attorney spent about thirty minutes talking to my wife and me about testifying. We were at the courthouse ready and waiting to testify. We were then told that our testimony would not be necessary. We were allowed to leave Norfolk without being able to assist in David's case.

12. If I had been called to testify at David's trial I would have said what I have set forth in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 24th day of August, 2015.

_Robert Seeger_

Robert Seeger

EXHIBIT 31