## DECLARATION OF JEFFREY HARRIS

1.  My name is Jeffrey Harris.  I am a Captain with the Fayetteville, Georgia police department.

2.  In 1998, David Runyon was employed with the Fayetteville Police Department as a police officer.  He was in my platoon for approximately six weeks to two months.

3.  David Runyon had a problem retaining information.  When it was time to advance in the training sessions, we had to return to the first day's training information because David Runyon couldn't remember what he learned from that first day.  We had to start from scratch just about every day.

4.  In the summer of 2008, a defense investigator spoke with me about David Runyon.  I told him about David Runyon's work problems including what is reflected in this declaration.  I did not speak with David Runyon's attorney.

5.  The prosecution called me as a witness at David Runyon's sentencing.  If I had been asked, I would have testified to what I've stated in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 13 day of January, 2016.

Jeffrey Harris #1209
Jeffrey Harris

# EXHIBIT 33