



**KASPER - OFFENDER POPULATION SEARCH**
**Kansas Adult Supervised Population Electronic Repository**
**Kansas Criminal Justice Information System**



**OFFENDERS SHALL NOT BE ARRESTED SOLELY ON THE BASIS OF INFORMATION DISPLAYED ON THIS SITE**

## FLEMING, SCOTTY  (KDOC# 0087742)

## This information is current as of: Aug 17 2015 5:00AM

### Names

| Name Type | Name |
|---|---|
| Conviction | FLEMING, SCOTTY |
| True | FLEMING, SCOTTY ALLEN |

### Birthdates

| Birthdate Type | Birthdate |
|---|---|
| True | ' |

### Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Green | Blond or Strawberry | 6'-8" | 367 | Male | White |

**XML Document   XML Schema**

### Current Status reported by Dept. of Corrections
Current Status Deceased
Date of Death Apr 14, 2010

### Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Sedgwick | 06CR802 | Mar 12, 2006 | Nov 02, 2006 | N/A | Aggravated Indecent Liberties/Child less than 14;Fondling | 1 | Non Drug-Grid Severity Level 3 | Inactive | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

### KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| Unknown or N/A | Apr 14, 2010 | Deceased |
| Lansing CF-Central | May 01, 2009 | Inter-Facility Movement |

EXHIBIT 34

| Location | Movement Date | Movement Reason |
|---|---|---|
| Lansing CF-East | Jan 04, 2008 | Inter-Facility Movement |
| Lansing CF-Central | Oct 23, 2007 | Inter-Facility Movement |
| Ellsworth CF | Sep 27, 2007 | Inter-Facility Movement |
| Hutchinson CF-Central | Aug 31, 2007 | Inter-Facility Movement |
| Hutchinson CF-East | Jun 13, 2007 | Inter-Facility Movement |
| Hutchinson CF-Central | Apr 10, 2007 | Inter-Facility Movement |
| Winfield CF | Jan 22, 2007 | Inter-Facility Movement |
| El Dorado CF-RDU | Dec 20, 2006 | New Court Commitment |

Main Site:  **Kansas Department of Corrections**

EXHIBIT 34