# mCE NTER FOR PSYCHOLOGICAL EVALUATION AND CONSULTATION

## *Allan F. Mirsky, Ph.D., ABPP*

5502 SPRUCE TREE AVENUE, BETHESDA, MD 20814-1623  ◆  (301) 530-9332 ◆ FAX (301) 564-9562

## NEUROPSYCHOLOGICAL EVALUATION

Name of Patient: David Runyon
Date of Birth:
Age: 44
Interview and Report by: Allan F. Mirsky, Ph.D., ABPP-CN
Date of Evaluation: 08/28/15

REASON FOR REFERRAL

I examined Mr. David Runyon on 08/28/15 at the request of Ms. Dana C. Hansen Chavis, Esq. of the Federal Defender Services of Eastern Tennessee. Mr. Runyon was convicted of first–degree murder in 2009, and was sentenced to death. He is currently confined in a maximum security Federal Penitentiary in Terre Haute, Indiana, where I evaluated him. I saw Mr. Runyon six years ago on 06/26/09, prior to his trial, at the request of Mr. Stephen A. Hudgins, Esq., for a neuropsychological evaluation. Mr. Runyon was seen at that time in the Portsmouth, Virginia City Jail.

Mr. Runyon appeared in a prison jump suit, and was unshackled (at my request) during the entire evaluation. He is a small, slim Asian-American man who speaks softly and without appreciable accent of any kind. As previously, his speech was articulate and free of any sign of defect. Mr. Runyon participated in the testing without complaint, and recalled that he had taken some of the tests earlier. There was only one brief bathroom break. My impression was that he enjoyed participating in the testing, as it is was a relief from the solitary confinement in which he spends most of his days. He stated that he occupies most of his time reading, and has made strenuous efforts to improve his cognitive skills, including attention and memory. This, he reports, is accomplished by working on such tasks as cross word puzzles, and he feels that he has seen some improvement in his ability to remain focused in reading. His appearance was somewhat different from that I recalled from six years ago, in that he had a rather odd-looking small, braided "Fu Manchu" type beard.

The following account is reproduced from my prior report of 06/26/09: *Mr. Runyon's educational background includes an Associate of Arts degree, awarded in 1991 from Wentworth Military Academy. He reported as well that he was trained as a classical pianist as a child. Mr. Runyon reports serving as an officer in the U.S. Army from 1989 to 1997, but his recollection of the exact dates was a bit unclear. He also stated that he reenlisted in the service as an enlisted man, and that his military occupational specialty was parachute rigger. When questioned about this somewhat unusual sequence, he said that his reenlistment was motivated by a "strong sense of responsibility to serve my country." He noted that he had two honorable discharges, and that both his biological and adoptive fathers (and grandfathers) were military men. He reports that his work history in recent years has been varied: law enforcement, construction, and tree work. He did not discuss the fact that (according to other information supplied to me) most recently he had been supported by payments for participating in pharmaceutical drug trials, as a normal control. Mr. Runyon*

EXHIBIT 35

Re:  David Runyon                                                                                 2
08/28/15

*denies that alcohol consumption was ever a problem, and states that he never used illegal drugs.  However, he described extensive alcohol abuse in his wife, from whom he has been separated since 2002.*

Prior injuries of potential relevance to Mr. Runyon's mental status include two incidents of grenades being detonated quite close to him during training exercises while in service.  These occurred between 1989 and 1991.  He also reports two serious car accidents with cognitive sequelae—one in 1990 and the other in 1996. These incidents produced a variety of symptoms, according to Mr. Runyon, including brief unconsciousness, vertigo (from which he still suffers occasionally), temporary deafness, numbness, impaired memory, "jumbled thoughts, " and according to a report from his estranged wife, marked personality changes including a short temper. This account is supported by a large number of sworn affidavits (recently provided to me) of persons who knew him before and after his head injury.  In addition to these reports of traumatic brain injury, Mr. Runyon reported that he was assaulted in prison a number of years ago; as a consequence, he suffers from tinnitus in his right ear.  Some of the medical professionals who saw David have raised the possibility of a post-traumatic stress disorder (PTSD).  These facts are consistent with that diagnosis; the history resembles that of many injured service members diagnosed with mTBI (mild traumatic brain injury) I have seen at Walter Reed National Military Medical Center. Many of these service members develop PTSD, despite the diagnosis of "mild." These incidents, especially the severe automobile accidents, were never followed up, to my knowledge, with brain imaging studies. Such studies, in a number of cases, especially if the imaging reveals demonstrable brain damage, can change the diagnosis to "moderate brain injury."

On the basis of his demeanor and compliance during the evaluation, I believe that the current results are an accurate reflection of Mr. Runyon's cognitive status.

TESTS ADMINISTERED             SCORE             INTERPRETATION

(Note that in scores below, SD refers to Standard Deviation, a measure of dispersion about the mean or average score. A score 2 or more SDs below the mean is worse than approximately 99% of the age-matched healthy population. Positive, i.e., +SD scores indicate performance *better* than comparable controls).

*Wechsler Adult Intelligence Scale-III
(WAIS-III) Subtests**

| Test | Score | Interpretation |
|---|---|---|
| Vocabulary | 13  14 | -Superior vocabulary (+ 1 S.D.) |
| Arithmetic | 13  14 | -Superior score (+ 1 S.D.) |
| Digit Span | 17  14 | - Superior memory for digit strings (+ 1 S.D.) |
| Information | 11  10 | -Normal general knowledge |

EXHIBIT 35

Re:  David Runyon                                                    3
08/28/15

| | | | |
|---|---|---|---|
| Similarities | _14_ | 8 | -Marked loss of conceptual skill |
| Digit Symbol Substitution (Coding) | _11_ | 10 | -Good visual-motor coordination |
| Cancellation ** | | 7 | -Impaired visual-motor coordination (-1 S.D.) |
| Symbol Search ** | | 8 | -Poor visual-motor coordination |

*Expected standard score = 10;  Verbal IQ = Very Superior;  Processing Speed = Impaired. _2009 scores_  _Changes, if any, noted._

**New tests.  Note marked difference between scores on verbal tests: (Vocabulary 14, Arithmetic 14, Digit Span 14 , Information 10) and conceptual or visual-motor coordination tests: (Similarities 8, Digit Symbol Substitution 10, Cancellation 7 and Symbol Search 8).

*Tests of Attention/Concentration*

Continuous Performance Tests (CPT)**

Visual X task                    *81.6% correct* 100% correct

-Marked improved score in simple visual sustained attention; normal response speed and response variability

Visual  AX  task                 *86% correct* 97.3%correct

- Improved score in more complex visual attention task; *high response time variability remains (circa -1 S.D.)*

Degraded X task                  *45% correct* 96% correct

-Very marked improvement in difficult visual attention task; significant number of erroneous responses (-3.5 S.D.)

Auditory (tones) task            *92% correct* 94.7% correct

-Normal accuracy in auditory attention task, but *very high response time variability (circa -1 S.D.)*

EXHIBIT 35

Re:  David Runyon                                                                                   4
08/28/15

**Scores are % correct responses; expected scores X, AX and Auditory  tasks >95%;
Degraded X task, circa 88% correct.

Trail Making Test

| | | |
|---|---|---|
| Part A | *15 sec*  20 sec | -Very fast on this visual-spatial task; +1 SD |
| Part B | *40 sec*  55 sec | -Normal score on this more complex visual-spatial task; somewhat slower |

Wisconsin Card Sorting Test (WCST)*                        -Identical very good
                                                                                   performance; grasped
                                                                                   concept of task early = 6
                                                                                   categories; 88% correct
                                                                                   responses, no
                                                                                   perseverative errors

Reciprocal Motor Programs Test*, **                        -Perfect score

* Two tests of the ability to shift attention; perfect scores

Cancellation Test
(Shaffer-Mirsky)                        *71 (mean correct)*
                                                 62 (mean correct)    -Score is now -1 S.D. below
                                                                                    age-matched norms

*Tests of Memory*

Wechsler Memory Scale-III

<u>Verbal Memory Subtests</u> (Expected standard score = 10)

| | | |
|---|---|---|
| Logical Memory I | *13*  13 | -All Verbal Memory scores are superior  (+ 1 S.D.) (Unchanged or improved 2009-2015) |
| Logical Memory II | *11*  13 | |
| Verbal Paired Associates I | *11*  13 | |
| Verbal Paired Associates II | 13  13 | |

EXHIBIT 35

Re: David Runyon                                                                5
08/28/15

<u>Visual-Spatial memory</u>

| | | |
|---|---|---|
| Rey-Osterrieth Complex Figure | (36, 32, 32)+ (35, 34, 34)+ | -Good appreciation of gestalt; superior immediate and delayed recall (Unchanged 2009-2015) |

+ = raw scores for copy, Recall I, Recall II;

*Tests of Verbal Fluency (Raw Scores)*

| | | |
|---|---|---|
| Boston Naming Test | 56 | -Normal score again (2015) |
| Controlled Oral Word Association | 34  50 | -Normal Score (now High Normal) again |

*Test of Symptom Magnification*

| | |
|---|---|
| TOMM** | -Perfect score 50/50 correct |

*Tests of Personality/Adjustment*

| | |
|---|---|
| Brief Symptom Inventory** | -"symptom profile reveals a pattern and magnitude… in the clinical range, and qualifies him as a positive clinical case. (his) intensity of distress is extremely high." |
| MMPI-2 | -"Individuals with this extreme MMPI-2 clinical profile tend to be quite disturbed psychologically…. Such clients may be overtly paranoid with delusions and clear ideas of reference…He apparently holds some unusual beliefs that appear to be disconnected from reality…A diagnosis of Paranoia or Acute Delusional Disorder should be considered. An underlying Paranoid Personality Disorder is quite possible." |

EXHIBIT 35

Re:  David Runyon                                                                          6
08/28/15

## SUMMARY AND CONCLUSIONS

As was clear in the evaluation of David Runyon in 2009, he possesses superior verbal skills, as is evident in conversing with him. His memory skills are also of a very high order. On the other hand, however, his ability to perform on non-verbal tasks falling in the category of "Processing Speed", i.e., Coding, Cancellation, Symbol Search, Shaffer-Mirsky Cancellation Test, are generally in the impaired range.  This type of verbal-performance discrepancy is consistent with damage to the *right* cerebral hemisphere, which may result from the numerous instances of head trauma, he has suffered over the years.  As noted above, he still suffers from tinnitus in the *right* ear, a possible consequence of *right*-sided head injury.

It was noted above that many of his scores on the CPT have shown marked improvement since 2009. It seems reasonable that this can be attributed to his strenuous efforts (by his report) to improve memory and concentration by self-study in his years-long incarceration in solitary confinement. Such improvement, on the basis of training, has been reported in patients with schizophrenia (e.g., Medalia, et al., 1998).  A diagnosis of psychosis, possibly schizophrenia, is consistent with his responses on the MMPI-2 and BDI ("Paranoia or Acute Delusional Disorder;" "positive clinical case").  It is also of considerable interest that although his accuracy on the CPT has improved, he still shows evidence of marked impulsiveness and high response time variability.  The latter, according to research by Stuss and colleagues can be attributed to frontal lobe damage (Picton et al., 2007; Stuss et al., 2003) especially of the *right* ventrolateral prefrontal cortex. Note again evidence of injury to the *right* side of the brain.

The question arises as to whether brain damage and schizophrenia are mutually exclusive.  Can they be present in the same individual? Yes, according to one of the pre-eminent experts in the study of schizophrenia, Dr. Nancy Andreason (e.g., Andreason, 2010). Her extensive research has noted the frequent if not typical co-occurrence of abnormal brain tissue and schizophrenia.  Moreover, marked impulsiveness is a noted characteristic of frontal lobe injury, in which the individual may not appreciate the consequences of his actions. Of relevance in this respect is David's low score on the Similarities subtest of the WAIS-IV, a measure of conceptual skill.

In conclusion, the test results of David Runyon, supported by the relevant scientific literature, indicate the presence of significant damage to the right side of the brain, as well as a psychotic disorder.  The numerous affidavits strongly suggest that there was a marked change in his behavior subsequent to a significant head injury.  It is entirely possible that the injuries contributed to the development of a psychotic disorder. While the association between cerebral injury and psychosis is complex, traumatic brain injury and the onset of psychosis was early documented in the classic text of Lishman (1998) and has been the subject of considerable research efforts. Review of the family histories of David's relatives suggest strongly that a genetic precursor for psychosis could have been present as well; in effect the psychosis was "released" or expressed by the cumulative effect of the head injuries.

EXHIBIT 35

Re: David Runyon                                                                7
08/28/15

These considerations, in my view, are strongly mitigating and should be considered in the possible revision/reduction of David Runyon's current sentence.

*Allan F. Mirsky*

Allan F. Mirsky, Ph.D., ABPP
Diplomate in Clinical Neuropsychology
American Board of Professional Psychology

References

Andreason, N. (2010). The lifetime trajectory of schizophrenia and the concept of neurodevelopment. *Dialogues Clin Neurosci.* 12(3):409-15.

Lishman WA. (1998). *Organic Psychiatry: The Psychological Consequences of Cerebral Disorder.* 3rd ed. Malden, MA: Blackwell Science; 922 pp.

Medalia, A., Aluma, M., Tryon, W. & Merriam, A.E. (1998). Effectiveness of attention training in schizophrenia. *Schiz. Bull.*,24 (1) 147-152.

Mirsky, A.F., Anthony, B.J., Duncan, C.C., Ahearn, M.B., & Kellam, S.G. (1991). Analysis of the elements of attention: A neuropsychological approach. *Neuropsychology Review*, , 2, 109-145.

Picton, T. W., Stuss, D. T., Alexander, M. P., Shallice, T., Binns, M. A., & Gillingham, S. S. (2007). Effects of focal frontal lesions on response inhibition. *Cerebral Cortex*, 17(4), 826-838.

Stuss, D.T., Kelly J. ,Murphy, K.J., Binns, M.A., & Alexander, M.P. (2003). Staying on the job: the frontal lobes control individual performance variability. *Brain*, 2363-2380.

EXHIBIT 35