

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

       Petitioner,

                               ACTION NO. 4:15cv108

    v.                [ORIGINAL CRIMINAL NO. 4:08cr16-3]

UNITED STATES OF AMERICA,

       Respondent.

<u>ORDER</u>

This matter comes before the court on the Petitioner's "Motion for Permission to File Amended § 2255 Motion in Excess of the 30-Page Limit Under the Local Rules" ("Motion"), filed on February 4, 2016. ECF No. 510. For good cause shown, the court **GRANTS** the Motion.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for the Defendant and to the United States Attorney at Newport News.

    IT IS SO ORDERED.

                            /s/
                    Rebecca Beach Smith
                      Chief Judge

                    REBECCA BEACH SMITH
                    CHIEF JUDGE

February 4, 2016