UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

      Petitioner,

                                   ACTION NO. 4:15cv108
v.                   [ORIGINAL CRIMINAL NO. 4:08cr16-3]

UNITED STATES OF AMERICA,

      Respondent.

ORDER

     This matter comes before the court on the Petitioner's Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence ("Amended Motion"), filed on February 4, 2016. ECF No. 511. The government is **ORDERED** to file responsive pleadings to the Petitioner's Amended Motion within sixty (60) days of the date of entry of this Order. The Petitioner is **ORDERED** to file any Reply deemed necessary within thirty (30) days of the government's Response.

     The Clerk is **DIRECTED** to send a copy of this Order to counsel for the Defendant and to the United States Attorney at Newport News.

     **IT IS SO ORDERED.**

                                   /s/
                             Rebecca Beach Smith
                             Chief Judge

                     REBECCA BEACH SMITH
                     CHIEF JUDGE

February 8, 2016