**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

_____

DAVID ANTHONY RUNYON,                    :
    Petitioner,                              :
                            :
            v.                                   :
                            :
UNITED STATES OF AMERICA,                 :
    Respondent.                              :
                            :
_____          :

|  |  |
|---|---|
|  | No. 4:15-cv-108 |
|  | Initial Criminal No. 4:08-cr-16-3 |
|  | CAPITAL §2255 PROCEEDINGS |
|  | HON. REBECCA BEACH SMITH |

_____

### <u>MOTION FOR EXTENSION OF TIME TO FILE REPLY</u>
### <u>UNDER THE ORDERS DATED JANUARY 15 & 22 (ECF NO. 499, 505)</u>

Comes now Petitioner David Runyon, through undersigned counsel, and respectfully requests an extension of time from the February 16, 2016, filing date set forth in ECF No. 499 and 505 for Runyon's reply in support of his §2255 Motion. Specifically, Runyon requests (a) an extension of 30 days, up to and including March 17, 2016, to file a reply to Respondent's initial answer; *or in the alternative*, (b) a ruling that Runyon may file a single consolidated reply to Respondent's initial and amended answers, with the deadline for this reply extended to 30 days after service of Respondent's amended answer, consistent with the Court's order of February 8, 2016, ECF No. 513.

The reasons supporting this motion are set out in the accompanying memorandum.

Respectfully Submitted,


_____ _/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

Dated: February 10, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2016, I have electronically filed the foregoing **Motion For Extension Of Time To File Reply Under The Orders Dated January 15 & 22 (ECF NO. 499, 505)** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com
*Counsel for Petitioner*
*David Anthony Runyon*

3