**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

_____

DAVID ANTHONY RUNYON,

    Petitioner,

        v.

UNITED STATES OF AMERICA,

    Respondent.

_____

:
:
:
:
:
:
:
:
:
:
:
:

No. 4:15-cv-108
Initial Criminal No. 4:08-cr-16-3
CAPITAL §2255 PROCEEDINGS

HON. REBECCA BEACH SMITH

_____

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE REPLY UNDER THE ORDERS DATED JANUARY 15 & 22 (ECF NO. 499, 505)

The Court's orders of January 15 & 22, 2016, provide that Petitioner David Runyon will file any necessary reply to Respondent's initial answer on or before February 16, 2016. (ECF No. 499, 505). Runyon has moved the Court for an extension of time from the February 16, 2016, filing date that is set forth in ECF No. 499 and 505 for a reply in support of his initial §2255 Motion. Runyon's motion specifically requests (a) an extension of 30 days, up to and including March 17, 2016, to file a reply to Respondent's initial answer; *or in the alternative*, (b) a ruling that Runyon may file a single consolidated reply to Respondent's initial and amended answers, with the deadline for this reply extended to 30 days after service of Respondent's amended answer, consistent with the Court's order of February 8, 2016, ECF No. 513.

In support of this request for an extension of time to file a reply, Petitioner states:

1. On January 11, 2016, Respondent filed an answer to Runyon's initial §2255 motion. ECF No. 497. The initial answer raises a substantial number of procedural, legal, and factual issues to be addressed in Runyon's reply. Respondent's initial answer refers to sealed reports of

the prosecution's two experts, *see, e.g.*, ECF No. 497 pp.51-53, and Runyon will be filing (as soon as possible) a motion to unseal those reports because it is necessary to discuss the contents in reply.

2.   Pursuant to this Court's orders, Runyon's reply is due on February 16, 2016, ECF No. 499, 505, however, the Court indicated it would address an alteration in the filing deadline should the need arise. ECF No. 505 p.2.

3.   Undersigned counsel are in need of additional time to adequately prepare a reply to Respondent's initial answer as their time since January 11th—when the Respondent's answer was filed—was dedicated to filing two separate pleadings in this case.[1] The first pleading, filed on January 29th, was a reply in support of Runyon's discovery motion. ECF No. 506. The timing of that filing date followed from Respondent's January 15th response to the discovery motion.[2] ECF No. 500. The second pleading Runyon filed was his amended §2255 motion. By operation of Fed. R. Civ. P. 15(a)(1)(B), Runyon's amendment was duly filed on February 4th. ECF No. 511. Accordingly, undersigned were left with six business days (out of 30 days previously allocated by the Court) to prepare a reply to the initial answer before the due date of February 16, 2016. As mentioned *supra at* ¶1, Runyon's reply will address a number of procedural, legal, and factual issues—some of which may be novel within the Circuit—raised by the initial answer and Runyon must file a motion to unseal expert reports relied upon in Respondent's answer so that he is able to properly reply. Accordingly, undersigned counsel cannot adequately prepare a reply in

---

[1] Along with Runyon's case, undersigned each have full capital habeas caseloads that also require time and attention.

[2] The original due date for the discovery response was January 6, 2016, ECF No. 492, but Respondent sought and was granted a short extension of time. ECF No. 493, 494.

the short amount of time remaining before February 16th.

4.   Runyon, therefore, requests a 30-day extension of time to file a reply to the initial answer, up to and including March 17, 2016.

5.   Respondent does not object to this request for a 30-day extension of the time to file a reply to the initial answer. Att. A, email.

6.   In the alternative, Runyon respectfully suggests a single consolidated reply that addresses points raised in both the initial and amended answers (to the extent the former is not subsumed in the latter) would serve the interests of efficiency in time and resources. Respondent will be filing an amended answer by April 8, 2016, and the Court has provided Runyon 30 days to file a reply. ECF No. 513. Therefore Runyon requests a ruling that he may file a single consolidated reply to Respondent's initial answer and its amended answer. The three pleadings that will then govern future proceedings in this case will be the amended §2255 motion, Respondent's amended answer, and Runyon's consolidated reply.

7.   If Runyon files a reply to Respondent's initial answer, which is what the current sequence calls for, undersigned will be re-writing that reply shortly after its completion, and it will be replaced or superseded by Runyon's reply to the amended answer. Runyon anticipates that the amended answer will contain substantial differences from the initial answer as a result of additional content in Runyon's amended §2255. One purpose served by an amendment as a matter of course is to encourage the pleader "to meet" the responding party's arguments or to address issues raised by the responding party that the pleader had not originally considered. Fed. R. Civ. P. 15, COMMITTEE NOTES 2009. A "responsive amendment may avoid the need to decide [an issue initially raised by the responding party] or reduce the number of issues to be decided, and will

expedite determination of issues that otherwise might be raised seriatim." *Id.* Thus, Respondent's amended answer may vary significantly from the initial answer in response to alterations in Runyon's amended complaint. In turn, Runyon's reply to the amended answer will be definitive, and any reply to the initial answer will be an obsolete docket entry. These proliferating pleadings can be avoided by ruling that Runyon is not required to reply until 30 days after Respondent files a response to the amended §2255 motion, and that this will be a single consolidated reply.

8.   Respondent does not agree to a consolidated reply. Att. A, email. Undersigned believe Respondent will not be prejudiced by the Court granting this motion. Should the Court feel it is appropriate to allow Respondent a further opportunity to state its view regarding a consolidated reply, Runyon asks the Court to promptly grant his unopposed request for a 30-day extension because time is of the essence, *see* ¶5, *supra*, and reserve for itself the right to revisit the question of a consolidated reply after its receives Respondent's response.

WHEREFORE, Runyon respectfully requests an extension of time from the February 16, 2016, filing date for a reply that is set forth in ECF No. 499 and 505 as follows:

(a) an extension of 30 days, up to and including March 17, 2016, to file a reply to Respondent's initial answer; *or in the alternative*,

(b) a ruling that Runyon may file a single consolidated reply to Respondent's initial and amended answers, with the deadline for this reply extended to 30 days after service of Respondent's amended answer, consistent with the Court's order of February 8, 2016, ECF No. 513.

Respectfully Submitted,


_____ _/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services
 of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org


Dated: February 10, 2016

5

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2016, I have electronically filed the foregoing **Memorandum in Support of Motion for Extension Of Time To File Reply Under The Orders Dated January 15 & 22 (ECF NO. 499, 505)** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com
*Counsel for Petitioner*
*David Anthony Runyon*

6