**RE: David Runyon case** 📄

Dana Hansen   to: Zick, Jeffrey (CRM)                                    02/10/2016 02:07 PM
Cc:  "Samuels, Brian (USAVAE)", "McKeel, Lisa (USAVAE)"

---

Thanks.  Dana

---

**Dana Hansen Chavis**
FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.
800 South Gay Street Suite 2400
Knoxville, TN 37929
865.637.7979

Dana_Hansen@fd.org

---

| "Zick, Jeffrey (CRM)" | Yes, no objection to the 30 day extension to r... | 02/10/2016 02:04:17 PM |

| | |
|---|---|
| From: | "Zick, Jeffrey (CRM)" <Jeffrey.Zick@usdoj.gov> |
| To: | Dana Hansen <Dana_Hansen@fd.org>, |
| Cc: | "Samuels, Brian (USAVAE)" <Brian.Samuels@usdoj.gov>, "McKeel, Lisa (USAVAE)" <Lisa.McKeel@usdoj.gov> |
| Date: | 02/10/2016 02:04 PM |
| Subject: | RE: David Runyon case |

---

Yes, no objection to the 30 day extension to reply.

-----Original Message-----
From: Dana Hansen [mailto:Dana_Hansen@fd.org]
Sent: Wednesday, February 10, 2016 2:02 PM
To: Zick, Jeffrey (CRM) <Jeffrey.Zick@CRM.USDOJ.GOV>
Cc: Samuels, Brian (USAVAE) <Brian.Samuels@usdoj.gov>; McKeel, Lisa (USAVAE) <Lisa.McKeel@usdoj.gov>
Subject: RE: David Runyon case

Ok, I know you guys are busy. I think we are going to file the motion today
since our deadline is Tuesday.  Forgetting the consolidated reply, can I say
you don't object to the 30 day extension or do you  need to wait to speak with
the others?

---

Dana Hansen Chavis
FEDERAL DEFENDER SERVICES
  OF EASTERN TENNESSEE, INC.
800 South Gay Street Suite 2400
Knoxville, TN 37929
865.637.7979
Dana_Hansen@fd.org

| | |
|---|---|
| From: | "Zick, Jeffrey (CRM)" <Jeffrey.Zick@usdoj.gov> |
| To: | Dana Hansen <Dana_Hansen@fd.org>, "McKeel, Lisa (USAVAE)" <Lisa.McKeel@usdoj.gov>, "Samuels, Brian (USAVAE)" <Brian.Samuels@usdoj.gov>, |
| Date: | 02/10/2016 01:57 PM |
| Subject: | RE: David Runyon case |

Attachment A

Dana, sorry for the delay, Lisa and Brian were in court yesterday and all day today. I have not had a chance to discuss your request with them and probably won't until tomorrow. We likely will not object to you taking an additional 30 days to reply. We will, however, object to a consolidated reply because the Court has already denied a similar request and any reply to our response to the amended motion will likely be short since the amended motion adds little to the original. I will discuss this with Lisa and Brian tomorrow and confirm our position. Thanks.

Jeff


Jeffrey A. Zick
U.S. Department of Justice
Criminal Division / Capital Case Section
1331 F. Street NW, 6th Floor
Washington, D.C. 20530
Office: (202) 616-3942
iPhone: (202) 330-1791


-----Original Message-----
From: Dana Hansen [mailto:Dana_Hansen@fd.org]
Sent: Wednesday, February 10, 2016 12:39 PM
To: McKeel, Lisa (USAVAE) <Lisa.McKeel@usdoj.gov>; Samuels, Brian (USAVAE) <Brian.Samuels@usdoj.gov>; Zick, Jeffrey (CRM) <Jeffrey.Zick@CRM.USDOJ.GOV>
Subject: Fw: David Runyon case


Hi, all. Have you had a chance to decide whether you oppose an additional 30 days for us to file a reply?

Dana

_____
Dana Hansen Chavis
FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.
800 South Gay Street Suite 2400
Knoxville, TN 37929
865.637.7979
Dana_Hansen@fd.org
----- Forwarded by Dana Hansen/TNEG/06/FDO on 02/10/2016 12:37 PM -----

From:                      Dana Hansen/TNEG/06/FDO
To:                        Lisa.McKeel@usdoj.gov, Brian.Samuels@usdoj.gov,
"Zick, Jeffrey
           (CRM)" <Jeffrey.Zick@usdoj.gov>,
Date:                      02/09/2016 12:36 PM
Subject:                   David Runyon case


Michele and I need more time for our reply since we were busy on the discovery pleadings and the amendment until last Thursday. I am going to ask for 30 days and am wondering if I can represent to the court that you do not oppose the extension?

Also, in the motion for an extension of time I am going to propose that we file a consolidated reply... one that responds to both the initial answer and amended answer. This seems less cumbersome and I think -- but don't presume

Attachment A

-- that one reply will be easier on you all and the court.  If you don't oppose the idea of us filing just one reply I would like your permission to also put that in the extension motion.  Please let me know your thoughts.

Thanks, Dana


===========================
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services
   of Eastern Tennessee, Inc.
800 South Gay Street Suite 2400
Knoxville, TN 37929
865.637.7979 (office)
865.637.7999 (fax)
Dana_Hansen@fd.org (email)

Attachment A