UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

      Petitioner,

                                  ACTION NO. 4:15cv108

v.                [ORIGINAL CRIMINAL NO. 4:08cr16-3]

UNITED STATES OF AMERICA,

      Respondent.

## ORDER

This matter comes before the court on the Petitioner's "Motion for Extension of Time to File Reply Under the Orders Dated January 15 & 22 (ECF No. 499, 505)" ("Motion"), and accompanying Memorandum in Support, both filed on February 10, 2016. ECF Nos. 514, 515.[1] In the Motion, he requests an extension of thirty days to file a Reply to the government's initial Response. Mot. at 1.[2] The government does not object to a thirty-day extension. Mem. Supp. Attach. A, at 1. For good cause shown, as the government's Response is one hundred forty-one (141) pages, the court **GRANTS** the Motion to the extent it gives

_____

[1] Currently, the Petitioner's Reply to the government's Response to the Petitioner's initial Motion Under § 2255 is due on February 16, 2016. ECF No. 499.

[2] In the alternative, the Petitioner requests a ruling that he may file a single consolidated Reply to the government's initial and amended Responses, due thirty days after the deadline for the government's amended Response. Mot. at 1. However, the government does not agree to this proposal, Mem. Supp. Attach. A, at 2, and the court has already denied such a request in its January 22, 2016, Order. ECF No. 505.

the Petitioner an extension of thirty days to file his initial Reply.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for the Defendant and to the United States Attorney at Newport News.

IT IS SO ORDERED.

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

February 11, 2016

2