**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

_____

DAVID ANTHONY RUNYON,            :

    Petitioner,                             :           No. 4:15-cv-108

                                         :      Initial Criminal No. 4:08-cr-16-3

                                         :      CAPITAL §2255 PROCEEDINGS

          v.                              :

                                         :      HON. REBECCA BEACH SMITH

UNITED STATES OF AMERICA,      :

    Respondent.                           :

                                         :

_____    :    _____

## MOTION TO UNSEAL THE GOVERNMENT EXPERTS' REPORTS

Comes now, Petitioner David Runyon, and respectfully requests the Court enter an order

to remove the seal from ECF No. 276 (Dr. Patterson report) and ECF No. 277 (Dr. Montalbano

report). The reasons supporting this motion are set out in the accompanying memorandum.

                              Respectfully Submitted,

                              _____ _/s/_____

                              Michele J. Brace, VSB No. 36748
                              Virginia Capital Representation
                                Resource Center
                              2421 Ivy Road, Suite 301
                              Charlottesville, VA 22903
                              Telephone (434) 817-2970
                              Fax (434) 817-2972
                              mbrace@mindsort.com

                              Dana C. Hansen Chavis, *pro hac vice*
                              Asst. Federal Community Defender
                              Federal Defender Services of
                              Eastern Tennessee, Inc.
                              800 S. Gay Street, Suite 2400
                              Knoxville, TN 37929
                              Telephone (865) 637-7979
                              Fax (865) 637-7999
                              Dana_Hansen@fd.org

                              Dated: February 12, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2016, , I have electronically filed the foregoing **Motion to Unseal the Governments' Expert Reports** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

*Counsel for Petitioner*
*David Anthony Runyon*

2