**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

_____

DAVID ANTHONY RUNYON,           :          No. 4:15-cv-108
    Petitioner,             :      Initial Criminal No. 4:08-cr-16-3
                     :      CAPITAL §2255 PROCEEDINGS
      v.                   :
                     :      HON. REBECCA BEACH SMITH
UNITED STATES OF AMERICA,     :
    Respondent.            :
                     :
_____    :     _____

**MEMORANDUM IN SUPPORT OF
MOTION TO UNSEAL THE GOVERNMENT EXPERTS' REPORTS**

In order to reply to Respondent's answer Petitioner David Runyon needs to discuss in detail the pre-trial reports of the prosecution's experts. Those reports, ECF No. 276 (Dr. Patterson report) and ECF No. 277 (Dr. Montalbano report), were placed under seal in accordance with Fed. R. Crim. P., Rule 12.2 and remain under seal. Runyon has introduced mental health expert evidence in support of his §2255 motion and there is no longer a need to limit access to the pre-trial reports. Accordingly, Runyon respectfully requests the Court enter an order to remove the seal from the reports filed at ECF No. 276 & 277.

In support of this request to unseal the prosecution expert reports, Petitioner states:

1.  Runyon's §2255 motion contains several claims related to his mental health. *See* Claims 4, 5, 6, 13, and 14. Runyon and Respondent agree that the sealed reports of the prosecution's mental health experts are relevant to those claims. *See* Initial Answer, ECF No. 497 p. 51 ("The conclusions of these two experts are certainly relevant[.]"). Claim 6 of Runyon's §2255 motion alleges counsel were ineffective for failing to investigate and present mitigating evidence

regarding Runyon's psycho-social history, brain damage, and mental health. For example, counsel failed to conduct a reasonable investigation based on what the government expert reports revealed. Initial §2255 Motion, ECF No. 478 pp. 44, 47 & n.29; Amended §2255 Motion, ECF No. 511 pp. 50, 53 & n.35. Runyon did not disclose the contents of the prosecution expert report because they are sealed. Runyon alleged, however, that (a) the prosecution and defense experts agreed on certain aspects of Runyon's psycho-social history and (b) the defense expert told counsel that the government experts "suggested that Mr. Runyon suffered from Migraine-like headaches, Attention Deficit Disorder and Post-Traumatic Stress disorder." *Id.*

2. Respondent's initial answer alleged that the prosecution experts "would have contrasted with" any mental health evidence that counsel could have presented and "with other proposed mitigating factors that Runyon had offered[.]" ECF No. 497 p.51. The answer noted that the prosecution expert reports remain under seal but it also revealed information from those reports, including purported conclusions regarding Runyon's mental health and functioning, and the experts' assessment of Runyon's personality traits. ECF No. 497 pp.52-54.

3. In order to adequately reply to Respondent's answer it is necessary to discuss the contents of the prosecution expert reports. Runyon has the reports, but he cannot discuss the contents of those reports without a risk of violating the Court's orders because the reports remain under seal.

WHEREFORE, Runyon respectfully requests the Court enter an order to remove the seal from the expert reports filed at ECF No. 276 & 277.

Respectfully Submitted,


_____ _/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
  Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org


Dated: February 12, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2016, I have electronically filed the foregoing **Memorandum in Support of Motion to Unseal the Government Experts' Reports** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

*Counsel for Petitioner*
*David Anthony Runyon*

4