UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

ACTION NO. 4:15cv108
[ORIGINAL CRIMINAL NO. 4:08cr16-3]

ORDER

This matter comes before the court on the Petitioner's "Motion to Unseal the Government Experts' Reports" ("Motion"), and accompanying Memorandum in Support, both filed on February 12, 2016. ECF Nos. 517, 518. The time for the government to file a Response has passed, and the matter is ripe for review.

The Petitioner asserts that the sealed reports prepared by the government experts prior to his trial are relevant to the claims in his § 2255 Motion concerning his mental health. Mem. Supp. at 1-2. Further, the government referenced information from the reports in its Response to the Petitioner's § 2255 Motion, and the Petitioner argues that he needs to be able to fully discuss the contents of the reports in order to adequately present his Reply. Id. at 2. Accordingly, for good cause shown, the court **GRANTS** the Motion and **ORDERS** that the reports by Dr.

Patterson (ECF No. 276) and Dr. Montalbano (ECF No. 277) be unsealed.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for the Defendant and to the United States Attorney at Newport News.

IT IS SO ORDERED.

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

March 2, 2016

2