# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

_____

DAVID ANTHONY RUNYON,
      Petitioner,

      v.

UNITED STATES OF AMERICA,
      Respondent.

_____

:
:
:
:
:
:
:
:
:
:
:

No. 4:15-cv-108
Initial Criminal No. 4:08-cr-16-3
CAPITAL §2255 PROCEEDINGS

HON. REBECCA BEACH SMITH

_____

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE REPLY

Comes now Petitioner David Runyon, through undersigned counsel, and respectfully requests a ten-day extension of time from the current filing date of March 17, 2016, for Runyon's reply in support of his §2255 Motion. ECF No. 516.

The reasons supporting this motion are set out in the accompanying memorandum.

Respectfully Submitted,

Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7979
Dana_Hansen@fd.org

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dated: March 14, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2016, I have electronically filed the foregoing **Unopposed Second Motion For Extension Of Time To File Reply** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov


_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com
*Counsel for Petitioner*
*David Anthony Runyon*

2