**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

_____

DAVID ANTHONY RUNYON,
    Petitioner,

      -v-

UNITED STATES OF AMERICA,
    Respondent.

_____

:        No. 4:15cv108
:    Original Criminal No. 4:08-CR-00016
:
:    **CAPITAL § 2255 PROCEEDINGS**
:
:    HON. REBECCA BEACH SMITH
:
:
:

## <u>MEMORANDUM ORDER</u>

This matter comes before the court on Petitioner's Unopposed Second Motion For Extension Of Time To File Reply. The court previously granted Petitioner a 30-day extension to March 17, 2016, to file a reply in support of his motion under 28 U.S.C. §2255. ECF No. 516. Petitioner seeks an additional 10-day extension to and including March 27. Petitioner says that a more extensive reply than initially anticipated is necessary to adequately represent Runyon's interests. Petitioner also says that events in other capital cases have required counsels' immediate attention, reducing the time available for the Reply. Petitioner's counsel state that they have consulted with counsel for Respondent, who does not object to this 10-day extension. For good cause shown, the motion for an extension to and including March 27, 2016, is GRANTED.

The Clerk is DIRECTED to send a copy of this Order to counsel for the Defendant and to the United States Attorney at Newport News.

IT IS SO ORDERED

                             _____

                             REBECCA BEACH SMITH
                             CHIEF JUDGE

March ___, 2016