**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

_____

DAVID ANTHONY RUNYON,  :
    Petitioner,  :

      v.  :

UNITED STATES OF AMERICA,  :
    Respondent.  :

 

_____  :

    No. 4:15-cv-108
    Initial Criminal No. 4:08-cr-16-3
    CAPITAL §2255 PROCEEDINGS

    HON. REBECCA BEACH SMITH

_____

### MEMORANDUM IN SUPPORT OF UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE REPLY

Runyon's reply to Respondent's initial answer is currently due on March 17, 2016. ECF No. 516. Runyon has moved the Court for a ten-day extension of time to file his reply in support of his initial §2255 Motion. In support of this request for an additional ten days to file a reply, Petitioner states:

1. On January 11, 2016, Respondent filed an answer to Runyon's initial §2255 motion. ECF No. 497. The initial answer comprises 141 pages and raises a substantial number of procedural, legal, and factual issues to be addressed in Runyon's reply.

2. The Court previously granted a thirty-day extension of time to file Runyon's reply and the current due date is March 17, 2016. ECF No. 516.

3. After undertaking a closer examination of the initial answer, undersigned counsel determined a more extensive reply than initially anticipated is required to adequately represent Runyon's interests. Undersigned counsel have been diligently working to prepare and complete an adequate reply to Respondent's initial answer. Counsel, however, will be unable to meet the current deadline for several reasons. First, the reply must address legal principles which are

implicated by the answer or are raised in a conclusory manner within the answer. Counsel have thus engaged in more legal research than initially anticipated. Second, the reply in support of some of the more fact-driven claims has also set counsel behind schedule of the filing date. As the Court is aware, Runyon's case was tried over 19 days with more than 300 marked government exhibits as well as over 24,000 pages in discovery and Runyon was represented by five attorneys in his direct proceedings. In addition, undersigned have newly discovered pertinent information involving the case. Counsel have continued to devote a substantial amount of time not only working with this volume of facts but also fact-checking to prevent factual mistakes.[1]  Finally, each of Runyon's counsel have had unanticipated events occur in other capital cases that have required immediate time and attention to those cases and reduced the amount of time available to work on Runyon's case. This includes events relating to a capital direct appeal that must be filed in the Fourth Circuit in April.

4.       Runyon, therefore, requests a ten-day extension of time to file a reply to the initial answer, up to and including March 27, 2016. This request is not made for purposes of delay but is based on counsel's good-faith judgment that this short extension of time is required to properly serve Runyon's interests and to adequately present information and argument pertinent to the issues before the Court.

5.       Counsel for Respondent have been consulted and have advised Runyon's counsel that they do not object to this request for a ten-day extension of time.

WHEREFORE, Runyon respectfully requests a ten-day extension of time from the March

---

[1] Respondent's initial answer pointed to a couple facts or record citations in Runyon's initial §2255 motion that counsel have corrected and/or addressed in either the amended §2255 motion or in the initial reply, or both.

17, 2016, filing date up to and including March 27, 2016, to file his reply to the initial answer.

Respectfully Submitted,


Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
  Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7979
Dana_Hansen@fd.org

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com


Dated: March 14, 2016

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2016, I have electronically filed the foregoing **Memorandum in Support of Unopposed Second Motion for Extension Of Time To File Reply** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels                               Lisa R. McKeel
Asst. United States Attorney                   Asst. United States Attorney
United States Attorney's Office                United States Attorney's Office
Fountain Plaza Three, Suite 300                Fountain Plaza Three, Suite 300
721 Lakefront Commons                          721 Lakefront Commons
Newport News, VA 23606                         Newport News, VA 23606
Telephone (757) 591-4032                       Telephone (757) 591-4040
Fax (757) 591-0866                             Fax (757) 591-0866
Brian.Samuels@usdoj.gov                        Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov


                          _____/s/_____
                          Michele J. Brace, VSB No. 36748
                          Virginia Capital Representation
                            Resource Center
                          2421 Ivy Road, Suite 301
                          Charlottesville, VA 22903
                          Telephone (434) 817-2970
                          Fax (434) 817-2972
                          mbrace@mindsort.com
                          *Counsel for Petitioner*
                          *David Anthony Runyon*

4