# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

_____

DAVID ANTHONY RUNYON,                    :            No. 4:15-cv-108
    Petitioner,                          :   Initial Criminal No. 4:08-cr-16-3
                                         :   CAPITAL §2255 PROCEEDINGS
    v.                                   :
                                         :   HON. REBECCA BEACH SMITH
UNITED STATES OF AMERICA,                 :
    Respondent.                          :
                                         :
_____        :   _____

## MOTION FOR PERMISSION TO FILE A REPLY
## IN EXCESS OF THE PAGE LIMIT UNDER THE LOCAL RULES

David Runyon, through undersigned counsel, respectfully requests permission to file his Reply to Response of the United States to Motion to Vacate, Set Aside, or Correct Sentence in excess of the page limit set forth under Local Civil Rule 7(F)(3) and Local Criminal Rule 47(F)(3).

On January 11, 2016, the Government filed its Response to Runyon's initial §2255 Motion. (ECF No. 497). It consists of 141 pages.

The initial pleadings in this capital case (the §2255 Motion, Response, and Amended §2255 Motion) have each been longer than the page limit in the local rules. Runyon's Reply to the Response exceeds the page limit in the local rules. Undersigned have attempted to be concise but must reply to the Government's substantive and procedural responses.

The Government will not be prejudiced by the Court granting this motion.

WHEREFORE, Runyon respectfully requests this Court allow him to file his Reply to Response of the United States to Motion to Vacate, Set Aside, or Correct Sentence in excess of the page limit set forth in Local Civil Rule 7(F)(3) and Local Criminal Rule 47(F)(3).

Respectfully Submitted,


_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

Dated: March 28, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2016, I have electronically filed the foregoing **Motion For Permission To File A Reply In Excess Of The Page Limit Under The Local Rules** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

*Counsel for Petitioner*
*David Anthony Runyon*

3