**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| DAVID ANTHONY RUNYON,  :  | No. 4:15cv108 |
| Petitioner,  :  | Original Criminal No. 4:08-CR-00016 |
| :  | |
| -v-  :  | **CAPITAL § 2255 PROCEEDINGS** |
| :  | |
| UNITED STATES OF AMERICA,  :  | HON. REBECCA BEACH SMITH |
| Respondent.  :  : | |

**PETITIONER'S MOTION TO FILE UNDER SEAL THE REPLY TO**
**CLAIM S2 TO HIS MOTION FOR COLLATERAL RELIEF**

Petitioner David Runyon is filing today the reply in support of his original motion under 28 U.S.C. § 2255. The Court previously authorized Runyon to file Claim S2 under seal. ECF No. 477. That claim contained confidential information about jurors and potential jurors. The Government filed its response to Claim S2 under seal. ECF No. 498. The Clerk's office has advised Runyon's counsel to file a separate motion to seal his reply to Claim S2, which Runyon is doing by the instant motion. Because all previous filings relating to Claim S2 have been sealed, the court should allow Runyon to file his reply in support of that claim under seal.

Respectfully Submitted,

_____/s/_____

| | |
|---|---|
| Dana Hansen Chavis, *pro hac vice* | Michele J. Brace |
| Asst. Federal Community Defender | Virginia State Bar No. 36748 |
| Federal Defender Services of | Virginia Capital Representation |
|  Eastern Tennessee, Inc. |  Resource Center |
| 800 S. Gay Street, Suite 2400 | 2421 Ivy Road, Suite 301 |
| Knoxville, TN 37929 | Charlottesville, VA 22903 |
| Telephone (865) 637-7979 | Telephone (434) 817-2970 |
| Fax (865) 637-7999 | Fax (434) 817-2972 |
| Dana_Hansen@fd.org | mbrace@mindsort.com |

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2016, I have electronically filed the foregoing Defendant's Motion To File Under Seal The Reply To Claim S2 To His Motion For Collateral Relief with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
(757) 591-4032
Fax: 757/591-0866
Brian.Samuels@usdoj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons Suite 300
Newport News, VA 23606
(757) 591-4040
Fax: 757/591-0866
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
Phone: (757) 591-4000
Fax: 757/591-0866
JZick@usa.doj.gov

_____/S/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com
*Counsel for Defendant/Movant*
*David Anthony Runyon*

2