## BRISTOL-MYERS SQUIBB
### Clinical Research Center

## CLINICAL PHARMACOLOGY UNIT
### Screening Information

| Protocol No. | Subject No. | Admission Date/Time | Subject Initials | D | A | R |
|---|---|---|---|---|---|---|
| IM 119-002 | | | | | | |

Name _David A Runyon_

DATE OF SCREENING VISIT _8/30/04_

**MEDICAL HISTORY:**

Past illnesses _Muscle weakness @ midday_

Surgical _Vasectomy 1996 face sinus birth, Wisdom teeth & nadir 1997_

Sensitivities _hay fever cat hair pollen_

_V tabletm flu_
Signature

**SCREENING PHYSICAL ASSESSMENT:**

TEMPERATURE _97.1 oral_     RESPIRATION _18_

PULSE ___ SUPINE    PULSE ___ STANDING    PULSE _73_ SITTING

BP ___ SUPINE    BP ___ STANDING    BP _114/79_ SITTING

HEIGHT _159 cm_    WEIGHT _60.0 kg_    FRAME _S_

BMI _23.73_

COMMENTS _mouth OK_

_plated @ 1340 vi @ 1350_

_⊖ abd o can_

_rectal exam OK per DrLi_

_hands and feet ok u_

IM119-002
SUB: DAR05999
Day 1  0:00
PERIOD: -1

900404412

Sitting Full
Blood Pressure

**REVIEW OF SYSTEM**

CNS —
SENSORIUM —
C/P —
M/S —
—
G/I
G/U
HPTC
ADDENDA

Vitals 30 Aug 04 13:50
13:50 BP mmHg:114/ 79
13:50 MAP  mmHg: 91
13:50 BPM  BPM: 73
SpO₂  :No reading
13:50 Temp °F:  97.1

**PRE-STUDY PHYSICAL EXAMINATION:**

HEENT
H/L
ABDOMEN
EXTREMITIES
GENERAL CONDITION
COMMENTS

H & P NORMAL _____    H & P ABNORMAL _____

Date/Time    Signature of Physician

**Instructions:** Time and initials of individual performing test are to be entered on appropriate line:

Blood _PK_    Urine _PK_    Stool _____    ECG _MKS_

S.I.S./V.I.P. GIVEN _U_    Vital Signs _U_    Height/Weight _MKS_

G:/ROCHELLE/CPU/FORMS/SCREENING PHYSICAL ASSESSMENT.doc/
Revised: 12/16/99

22442

22442

**BRISTOL-MYERS SQUIBB**
Clinical Research Center

**CLINICAL PHARMACOLOGY UNIT**
Generic Screening Questions

| | | YES | NO |
|---|---|---|---|
| 1. | Are you seeing ANY healthcare practitioner at this time for ANY condition? | | ☒ |
| 2. | Do you have ANY problems with your teeth or gums (i.e., dental problems)? | | ☒ |
| 3. | Are you taking ANY drugs from ANY source? | | ☒ |
| 4. | Have you ever had an anxiety or panic attack? | | ☒ |
| 5. | Do you have a history of depression? | | ☒ |
| 6. | Do you have a history of ANY OTHER medical, dental, psychiatric, or psychological problem not previously covered by these forms? | | ☒ |
| 7. | Are there any foods you cannot eat for any reason? | | ☒ |

**IF YOUR ANSWER TO ANY OF THESE QUESTIONS WAS "YES", PLEASE EXPLAIN BELOW:**

muscle weakness @ side of jaw since birth -
ck for this study by Dr Li.    u
8/30/64

I understand that the investigator must know my complete medical, dental, and psychological history in order to protect me from harm during a clinical study. I understand that **failure to reveal my complete history may endanger my health and well-being** during a clinical study.

CPU 31 9/98

22411