UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

      Petitioner,

                               ACTION NO. 4:15cv108
v.                   [ORIGINAL CRIMINAL NO. 4:08cr16-3]

UNITED STATES OF AMERICA,

      Respondent.

### ORDER

This matter comes before the court on the Petitioner's "Motion for Permission to File a Reply in Excess of the Page Limit Under the Local Rules" ("Motion"), filed on March 28, 2016. ECF No. 523. For good cause shown, the court **GRANTS** the Motion.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for the Defendant and to the United States Attorney at Newport News.

     IT IS SO ORDERED.

                             /s/
                       Rebecca Beach Smith
                         Chief Judge
             REBECCA BEACH SMITH
             CHIEF JUDGE

March 29, 2016