

FILED

MAR 3 0 2016

CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,
Petitioner,

       -v-

UNITED STATES OF AMERICA,
Respondent.

:
:
:
:
:
:
:
:
:

No. 4:15cv108

Original Criminal No. 4:08-CR-00016

**CAPITAL § 2255 PROCEEDINGS**

HON. REBECCA BEACH SMITH

## MEMORANDUM ORDER

This matter comes before the court on the "Petitioner's Motion To File Under Seal The Reply To Claim S2 To His Motion For Collateral Relief. Both Claim S2 and the Government's response to Claim S2 have been filed under seal. Because it is reasonable for all filings in this Claim to be treated the same, and because of the court's continuing interest in ensuring that confidential and personal information about potential jurors in this case is protected from unnecessary disclosure, the Petitioner's Motion to Seal is GRANTED, and the Clerk is ORDERED to file Runyon's reply to Claim S2 under seal, with access granted to the United States Attorney at Newport News.

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

March 29, 2016