IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,            )
                                 )
        Petitioner               )      CRIMINAL ACTION NO.: 4:08cr16
                                 )      CIVIL ACTION NO.: 4:15cv108
v.                               )
                                 )
UNITED STATES OF AMERICA,        )
                                 )
        Respondent.              )

MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO
PETITIONERS AMENDED MOTION TO VACATE, SET ASIDE, OR CORRECT A
SENTENCE (ECF 511)

The United States of America, by and through its attorneys of record, Dana J. Boente, United States Attorney for the Eastern District of Virginia, Lisa R. McKeel and Brian J. Samuels, Assistant United States Attorneys, and Jeffrey A. Zick, Special Assistant United States Attorney, respectfully requests an extension until April 22, 2016, in which to file its response to the amended §2255 motion filed on February 4, 2016 (ECF 511), and in support thereof states:

1.      On December 4, 2009, pursuant to the jury's verdict and recommendation under the Federal Death Penalty Act, 18 U.S.C. § 3594, the Petitioner, DAVID ANTHONY RUNYON, was sentenced to death. On February 25, 2013, the Petitioner's conviction and sentence were affirmed on direct appeal. *United States v. Runyon*, 707 F.3d 475 (4th Cir. 2013). On October 6, 2014, Runyon's petition for a writ of certiorari was denied. *Runyon v. United States*, No. 13-254 (Oct. 6, 2014).

2.      Current counsel for Runyon were appointed on November 5, 2014, and May 22,

1

2015.   (ECF Nos. 410, 435).   Runyon filed his § 2255 motion and memorandum on October 5, 2015. (ECF No. 478).   On October 6, 2015, the Court ordered the Government to respond to Runyon's motion on or before December 5, 2015.   (ECF No. 479).   Due to the voluminous record and amount of claims in the motion, the Government sought and the Court granted an extension of time to file the response on January 11, 2016.   (ECF No. 483).

3.   On February 4, 2016, Runyon filed an amended motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. §2255.   Runyon's 139-page amended motion contains additional arguments and claims to the originally filed 18-claim § 2255 motion, and those additional arguments and claims are not separated from the original claims.   The United States' response to the amended motion is due April 8, 2016.   (ECF 513).   In order for the United States to adequately respond to the amended motion, it requests an additional 14 days to April 22, 2016, in which to file its response.   The additional time is necessary in order to review the record in relation to the additional arguments and claims along with the additional exhibits filed with the amended motion.

4.   Also, in the pendency of the time period in which Court ordered the United States to respond, undersigned counsel have various other court matters and litigation assignments.   Due to these matters and the press of other business, the undersigned respectfully requests the additional time within which to prepare an appropriate response to the claims raised by Petitioner.

5.   The United States believes that Runyon will suffer no prejudice by the Court granting this motion and counsel for Runyon have indicated that they do not object to this request.

WHEREFORE, the United States requests an extension until April 22, 2016, to file its

response to petitioner's motion for discovery in this matter.

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____/s/_____
Lisa R. McKeel
       Assistant United States Attorney
       Virginia Bar Number: 28652
       Attorney for the United States
       United States Attorney's Office
       Fountain Plaza Three, Suite 300
       721 Lakefront Commons
       Newport News, Virginia 23606
       Phone: 757/591-4000
       Fax: 757/591-0866
       Email: Lisa.McKeel@usdoj.gov

By: _____/s/_____
       Brian J. Samuels
       Assistant United States Attorney
       Attorney for the United States
       United States Attorney's Office
       Fountain Plaza Three, Suite 300
       721 Lakefront Commons
       Newport News, VA 23606
       Ph:   (757) 591-4000
       Fax: (757) 591-0866
       Email: Brian.Samuels@usdoj.gov

By: _____/s/_____
       Jeffrey A. Zick
       Special Assistant United States Attorney
       Attorney for the United States
       United States Attorney's Office
       Fountain Plaza Three, Suite 300
       721 Lakefront Commons
       Newport News, VA 23606
       Ph:   (757) 591-4000
       Fax: (757) 591-0866
       Email: Jeffrey.Zick@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on March 31, 2016, I electronically filed a copy of the foregoing with the

Clerk of the Court using the CM/ECF system, which will provide notification to:

Michele J. Brace
Counsel for Defendant
Virginia Capital Representation
Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Phone: (434) 871-2970
Fax: (434) 817-2972
Email: mbrace@mindsort.com

Dana Catherine Hansen Chavis
Counsel for Defendant
Federal Defender Services of Eastern Tennessee, Inc.
800 S. Gay St
Suite 2400
Knoxville, TN 37929
Phone: (865) 637-7979
Fax: (865) 637-7999
Email: dana_hansen@fd.org

By:           /s/
Jeffrey A. Zick
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757-591-4000
Fax: 757-591-0866
Email: Jeffrey.zick@usdoj.gov

4