IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,  )
          )
  Petitioner     )  CRIMINAL ACTION NO.: 4:08cr16
          )  CIVIL ACTION NO.: 4:15cv108
  v.       )
          )
UNITED STATES OF AMERICA,  )
          )
  Respondent.    )

**ORDER FOR EXTENSION OF TIME TO FILE RESPONSE
TO PETITIONER'S AMENDED § 2255 MOTION (ECF No. 511)**

Upon motion of the United States, for additional time within which to file its response in

this matter, the Court finds good cause to grant the request of the United States.

IT IS THEREFORE ORDERED that the United States file an answer or other pleading in

response to Petitioner's Amended Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or

Correct a Sentence by April 22, 2016.

Date:_____
Norfolk, Virginia        CHIEF UNITED STATES DISTRICT JUDGE

I ASK FOR THIS:

DANA J. BOENTE
UNITED STATES ATTORNEY

By:_____/s/_____
  Jeffrey A. Zick
  Special Assistant United States Attorney
  Fountain Plaza Three, Suite 300
  721 Lakefront Commons
  Newport News, VA 23606
  757/591-4000