# Attachment A

Letter from Amy M. Curtis.



# COMMONWEALTH of VIRGINIA

### DEPARTMENT OF FORENSIC SCIENCE

OFFICE OF THE DIRECTOR
A Nationally Accredited Laboratory

February 9, 2016

700 NORTH 5TH ST
RICHMOND, VIRGINIA 23219
(804) 786-2281 FAX (804) 786-6857

Susanne Bales, Esquire
Assistant Federal Community Defender
Federal Defender Services
Of Eastern Tennessee, Incorporated
800 S. Gay Street, Suite 2400
Knoxville, Tennessee 37929-9714

    RE:  FS Lab # T07-4553

Dear Ms. Bales:

    The Virginia Department of Forensic Science (DFS or the Department) has received your request, pursuant to the Virginia Freedom of Information Act (FOIA) for "case file documents related to forensic services in FS Lab #T07-4553." The Department does have documents responsive to your request, however, these documents are excluded from FOIA as criminal investigative files pursuant to Virginia Code Section 2.2-3706(A)(2)(a). As such, the Department respectfully declines to provide the requested documents.

    As I discussed with Ms. Stucky via telephone, I understand that the Federal Public Defender Services of Eastern Tennessee, Inc. is representing an individual in the United States District Court for the Eastern District of Virginia. The Department would provide any requested records pursuant to a lawfully served subpoena duces tecum or court order issued as a part of that case.

    Please let me know if you have any further questions or if I can be of any further assistance.

Sincerely,

Amy M. Curtis
Department Counsel

cc: T07-4553

AMC/cms