IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,                )
                                     )
    Petitioner                       )    CRIMINAL ACTION NO.: 4:08cr16
                                     )    CIVIL ACTION NO.: 4:15cv108
v.                                   )
                                     )
UNITED STATES OF AMERICA,            )
                                     )
    Respondent.                      )

<u>GOVERNMENT MOTION REQUESTING PERMISSION TO FILE AMENDED SECTION
2255 RESPONSE IN EXCESS OF THIRTY PAGE LIMIT UNDER LOCAL RULE 47(F)(3)</u>

The United States of America, by and through its attorneys of record, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Lisa R. McKeel and Brian J. Samuels, Assistant United States Attorneys, and Jeffrey A. Zick, Special Assistant United States Attorney, respectfully requests permission to file its' amended response to Petitioner's Title 28, U.S.C. § 2255 pleading, currently due on or before April 22, 2016, in excess of the page limit set forth under Local Rule 47. In support, the Government submits the following:

1.    Petitioner filed an amended Section 2255 pleading, along with attachments, on February 4, 2016 in excess of 300 pages. ECF 511.

2.    On February 8, 2016, the Court ordered the Government to file an amended response on or about on April 11, 2016.

3.    On March 31, 2016, the Government filed for a two week extension of time to complete its amended response and on April 1, 2016, the Court granted the Government's request for more time. ECF 529, 513.

4.     The Government's amended response exceeds one hundred pages. While the Government has sought to curtail its response, due to the lengthy history of this case, as well as the volume of the issues raised by the Petitioner, the Government's response will certainly be in excess of the thirty pages allowed under Local Criminal Rule 47(F)(3).

4.     Due to this, the undersigned respectfully requests this Court allow the Government to file its' response in excess of the thirty page limit.

5.     The government believes that the defendant will suffer no prejudice by the Court granting this motion.

DANA J. BOENTE
UNITED STATES ATTORNEY

By:_____/s/_____
Lisa R. McKeel
Brian J. Samuels
Assistant United States Attorneys
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Ph:   (757) 591-4000
Fax: (757) 591-0866
Email: Lisa.McKeel@usdoj.gov
Email: Brian.Samuels@usdoj.gov

By:_____/s/_____
Jeffrey A. Zick
Special Assistant United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757/591-4000
Fax: 757/591-0866
Email: Jeffrey.Zick@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on April 21st , 2016, I electronically filed a copy of the foregoing with the

Clerk of the Court using the CM/ECF system.   I further certify that I caused a true and correct

copy of the foregoing to be mailed to the following non-ECF user:

**Michele Jill Brace**
Virginia Capital Representation Resource Center
2421 Ivy Rd., Suite 301
Charlottesville, VA 22903
Ph:   434-817-2970, 202-223-6380
Email: mbrace@mindsort.com

**Dana Catherine Hansen Chavis**
Federal Defender Services of Eastern Tennessee, Inc.
800 S. Gay St, Suite 2400
Knoxville, TN 37929
Ph:   (865) 637-7979
Fax: (865) 637-7999
Email: dana_hansen@fd.org

By: _____/s/_____
          Lisa R. McKeel
          Brian J. Samuels
          Assistant United States Attorneys
          Attorney for the United States
          United States Attorney's Office
          Fountain Plaza Three, Suite 300
          721 Lakefront Commons
          Newport News, Virginia 23606
          Phone: 757-591-4000
          Fax: 757-591-0866
          Email: Lisa.McKeel@usdoj.gov
          Email: Brian.Samuels@usdoj.gov

3