IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON  )
)
v.  )   Criminal Action No.: 4:08CR16
)   Civil Action No.: 4:15cv108
)
UNITED STATES OF AMERICA  )

ORDER GRANTING REQUEST TO FILE RESPONSE TO
PETITIONER'S AMENDED MOTION UNDER 28 U.S.C. § 2255 IN EXCESS OF THIRTY
PAGE LIMIT SET FORTH UNDER LOCAL RULE 47(F)(3)

Upon motion of the United States, for permission to file its' amended response in this

matter in excess of the thirty page limit set forth under Local Rule 47, the Court finds good cause

to grant this request.

IT IS THEREFORE ORDERED that the United States is granted permission to file an

oversized amended response, in excess of the thirty page limit set forth under Local Rule 47 for

the United States District Court.

/s/
Rebecca Beach Smith
Chief Judge

Date: April 22, 2016
Norfolk, Virginia

UNITED STATES DISTRICT JUDGE

I ASK FOR THIS:

DANA J. BOENTE
UNITED STATES ATTORNEY

By:_____ /s/_____
Lisa R. McKeel
Brian J. Samuels
Assistant United States Attorneys
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
757/591-4000