**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| _____ | : | |
| | : | |
| DAVID ANTHONY RUNYON, | : | Action No. 4:15-cv-108 |
| Petitioner, | : | Original Criminal No. 4:08-cr-16-3 |
| | : | CAPITAL §2255 PROCEEDINGS |
| v. | : | |
| | : | HON. REBECCA BEACH SMITH |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |
| | : | |
| _____ | : | _____ |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**
**TO RESPONDENT'S RESPONSE TO PETITIONER'S**
**AMENDED MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE**

Comes now Petitioner David Runyon, through undersigned counsel, and respectfully requests an extension of time from the thirty days allowed for in this Court's February 8, 2016 order (ECF No. 513) for Runyon's amended reply in support of his amended §2255 motion (ECF No. 511). Specifically, Runyon requests an extension of 45 days, up to and including Thursday, July 7, 2016, to file a reply to Respondent's answer to Runyon's amended §2255 motion.

The reasons supporting this motion are set out in the accompanying memorandum.

Respectfully Submitted,


_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

Dated: May 17, 2016

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2016, I have electronically filed the foregoing Unopposed Motion for Extension of Time to File Reply to Respondent's Response to Petitioner's Amended Motion to Vacate, Set Aside, or Correct a Sentence with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

*Counsel for Petitioner*
*David Anthony Runyon*

3