**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

_____

DAVID ANTHONY RUNYON,                    :

    Petitioner,                              :         Action No. 4:15-cv-108

                                   :         Original Criminal No. 4:08-cr-16-3

                                   :         CAPITAL §2255 PROCEEDINGS

    v.                                       :

                                   :         HON. REBECCA BEACH SMITH

UNITED STATES OF AMERICA,                :

    Respondent.                              :

                                   :

_____         :         _____

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED REPLY

Runyon's amended reply to Respondent's amended answer is currently due on May 23, 2016. ECF No. 513 (Order dated Feb. 8, 2016, giving Petitioner 30 days from Respondent's response within which to file any reply).[1] Runyon has moved the Court for a 45-day extension of time to file an amended reply in support of his amended § 2255 motion. In support of this request for an additional 45 days to file an amended reply, Petitioner states:

1.      On April 22, 2016, Respondent filed an amended answer to Runyon's amended § 2255 motion. ECF No. 536. The amended answer comprises 159 pages and raises some new procedural, legal, and factual issues to be addressed in Runyon's amended reply.

2.      Since the government filed its amended answer, undersigned counsel Chavis has been singularly engaged in preparing and filing several time-sensitive pleadings in other cases. Four days before Respondent filed the amended answer, the United States Supreme Court

---

[1] Thirty days from April 22, 2016, falls on Sunday, May 22, 2016, therefore, Petitioner's amended reply will be timely filed if filed on Monday, May 23, 2016.

1

announced that its decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015), applies retroactively to cases on collateral review. *Welch v. United States*, 136 S. Ct. 1257 (April 18, 2016). *Johnson* and *Welch* have given rise to new claims in several cases for which counsel Chavis is responsible. The statute of limitations for filing such claims expires on June 26, 2016, one year after *Johnson* was decided. In addition, for cases in a second or successive habeas posture, counsel is responsible for filing motions for authorization at least thirty days before the statute of limitations expires, i.e., not later than May 27, 2016. *See* 28 U.S.C. § 2244(b)(3)(D) (the court of appeals shall grant or deny authorization not later than 30 days after the motion is filed).

3.    The time-sensitive nature of *Johnson/Welch* claims was recognized by the Supreme Court, which expedited oral argument in *Welch* and issued its opinion just 19 days after argument, all in apparent recognition of the fast-approaching deadline for filing claims and/or obtaining authorization for second or successive habeas petitions. *See also In re Robinson*, No. 16-11304-D, 2016 WL 1583616 (11th Cir. Apr. 19, 2016) (Martin., J., concurring in judgment, noting filing deadline of June 26, 2016, and calling the attention of federal public defender offices to 110 known cases in that circuit, in which applicants could now file *Johnson* claims and/or obtain authorization if they did so quickly). Counsel Chavis has been preoccupied with preparing and filing *Johnson* motions before the statute of limitations expires, and as a result she has not been able to work on Runyon's amended reply which is currently due on May 23, 2016.

4.    Sensitive matters also limit the time that undersigned counsel Brace has available for Runyon's amended reply. Two death-sentenced Virginia state prisoners, represented by the Virginia Capital Representation Resource Center ("VCRRC"), were denied habeas relief in the

2

Fourth Circuit under 28 U.S.C. § 2254. Counsel Brace is working with the attorneys in her office on the petitions for writs of certiorari in these cases; one of them is due May 20, 2016, and the other is due May 27, 2016. Under Sup. Ct. R. 13.5, no further extension is available in either case. A third death-sentenced Virginia prisoner was just denied habeas relief by the Fourth Circuit on May 5, 2016. VCRRC is required to provide training and consulting assistance to counsel in Virginia capital cases, and Brace is working closely with the prisoner's attorneys to prepare an application for rehearing en banc, which is due May 19, 2016. Not since 2010 have there been three Virginia death row inmates who might face execution in the same year.

5.      The instant motion is not made solely for purposes of delay but because additional time is needed to adequately represent Runyon's interests. The change in law arising from the Supreme Court's recent decision in *Welch* was an unforeseen event, not within counsel Chavis's control. Counsel has worked diligently but expediently on the *Johnson* motions in other cases knowing that the filing deadline in Runyon's case is fast-approaching. The Fourth Circuit's decisions in the Virginia cases were similarly not within counsel Brace's control. Both of Runyon's attorneys have a good faith belief that a 45-day extension of time will be adequate to competently prepare and complete Runyon's amended reply.

6.      Counsel for Respondent have been consulted and they do not object to this request for a 45-day extension of time.

WHEREFORE, Runyon respectfully requests a 45-day extension of time to file a reply to the amended answer, up to and including Thursday, July 7, 2016.

3

Respectfully Submitted,


_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

Dated: May 17, 2016

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2016, I have electronically filed the foregoing Memorandum in Support of Unopposed Motion for Extension of Time to File Reply with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

*Counsel for Petitioner*
*David Anthony Runyon*

5