UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

       Petitioner,

                                   ACTION NO. 4:15cv108

v.                 [ORIGINAL CRIMINAL NO. 4:08cr16-3]

UNITED STATES OF AMERICA,

       Respondent.

ORDER

This matter comes before the court on the Petitioner's Unopposed Motion for Extension of Time to File Reply to Respondent's Response to Petitioner's Amended Motion to Vacate, Set Aside, or Correct a Sentence ("Motion"), and corresponding Memorandum in Support, both filed on May 17, 2016. ECF Nos. 538, 539. For good cause shown, and as the government does not object, the court **GRANTS** the Motion for a forty-five (45) day extension.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for the Petitioner and to the United States Attorney at Newport News.

IT IS SO ORDERED.

                               /s/
                         Rebecca Beach Smith
                         Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

May 17, 2016