IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Petitioner | ) | CRIMINAL ACTION NO.: 4:08cr16 |
| | ) | CIVIL ACTION NO.: 4:15cv108 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**RESPONSE OF THE UNITED STATES TO PETITIONER'S MOTION FOR LEAVE TO
SUPPLEMENT SECOND MOTION FOR DISCOVERY AND CONSOLIDATED
MEMORANDUM OF LAW**

COMES NOW the United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Lisa R. McKeel and Brian J. Samuels, Assistant United States Attorneys, and Jeffrey A. Zick, Special Assistant United States Attorney, and submits this Response of the United States to Petitioner's Motion for Leave to Supplement Second Motion for Discovery and Consolidated Memorandum of Law, filed by DAVID ANTHONY RUNYON ("Runyon").  (ECF 541)

**I.      Procedural Background**

On October 5, 2015, Runyon filed a timely motion under 28 U.S.C. § 2255 to vacate, set aside, or correct a sentence.  (ECF 478).  Before the United States filed its response to Runyon's § 2255 motion, he filed a motion for discovery seeking the production of documents, leave to propound interrogatories, and leave to issue subpoenas to third parties.  (ECF 491).  The United States responded to Runyon's § 2255 motion on January 11, 2016 (ECF 497), and the discovery motion on January 15, 2016.  (ECF 500).

1

Runyon then filed an amended § 2255 motion on February 4, 2016.  (ECF 511).  Again, before the United States responded to the amended motion, Runyon filed a second motion for discovery on April 1, 2016, seeking records from the Commonwealth of Virginia Department of Forensic Science related to Claim 3 in his amended § 2255 motion.  (ECF 530).  Runyon now seeks to supplement his second discovery request with the declaration of John Nixon, a purported Board Certified Forensic Scientist.  (ECF 541).

## II.    Argument

This Court should deny Runyon's request to supplement his second discovery request.  The discovery Runyon seeks here relates to Claim 3 in his amended § 2255 motion.  (ECF 511, pgs. 32–34; ECF 530).  Specifically, Runyon contends that his trial counsel were ineffective for failing to challenge the ballistics evidence.  But this is a new claim that was added to Claim 3 in his amended motion and is thus untimely since it was not filed within the one-year period required by 28 U.S.C. §§ 2255(f)(1) and (f)(3).  Runyon failed to demonstrate, much less argue, that this claim relates back to any of his previous claims.  For this reason, Runyon's request to supplement his second discovery request should be denied.

Timeliness of his claim notwithstanding, even if this Court considers Runyon's supplemental declaration, Runyon fails to show a prima facie case for relief entitling him to discovery.  *See Bracy v. Gramley*, 520 U.S. 899, 908–09 (1997); *United States v. Roane*, 378 F.3d 382 (4th Cir. 2004) (discussing "good cause" requirement for discovery under Rule 6(a) of the Rules Governing § 2255 Proceedings).  The evidence of guilt against Runyon, even without the ballistics evidence, was overwhelming.  *See Runyon v. United States*, 707 F.3d 475, 521 (4th Cir. 2013) ("There is simply no question that Runyon fired five bullets into the body of an innocent naval officer—at close range and in cold blood.")  Runyon's request to supplement his motion

2

would be futile. *Cf. Equal Rights Center v. Niles Bolton Assocs.*, 602 F.3d 597, 603 (4th Cir. 2010) (finding the court may deny a motion to amend under Fed. R. Civ. P. 15 when the amendment would be futile).

### III.   CONCLUSION

For the reasons stated above and in the Government's response to Runyon's second discovery request (ECF 536), the Court should deny Runyon's motion to supplement his second motion for discovery.

DANA J. BOENTE
UNITED STATES ATTORNEY

By:    _____/s/_____
Lisa R. McKeel
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Ph:  (757) 591-4000
Fax: (757) 591-0866
Email: Lisa.McKeel@usdoj.gov

By:    _____/s/_____
Brian J. Samuels
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Ph:  (757) 591-4000
Fax: (757) 591-0866
Email: Brian.Samuels@usdoj.gov

By: _____/s/_____

Jeffrey A. Zick
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
21 Lakefront Commons
Newport News, Virginia 23606
Phone: 757/591-4000
Fax: 757/591-0866
Email: Jeffrey.Zick@usdoj.gov

4

CERTIFICATE OF SERVICE

I certify that on April 12, 2016, I electronically filed a copy of the foregoing with the

Clerk of the Court using the CM/ECF system.  I further certify that I caused a true and correct

copy of the foregoing to be mailed to the following non-ECF user:

**Michele Jill Brace**
Virginia Capital Representation Resource Center
2421 Ivy Rd., Suite 301
Charlottesville, VA  22903
Ph:  434-817-2970, 202-223-6380
Email: mbrace@mindsort.com

**Dana Catherine Hansen Chavis**
Federal Defender Services of Eastern Tennessee, Inc.
800 S. Gay St, Suite 2400
Knoxville, TN  37929
Ph:  (865) 637-7979
Fax:  (865) 637-7999
Email:  dana_hansen@fd.org

By:    _____/s /_____

Jeffrey A. Zick
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757-591-4000
Fax: 757-591-0866
Email: Jeffrey.Zick@usdoj.gov