**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

|  |  |
|---|---|
| DAVID ANTHONY RUNYON, <br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Respondent. | : <br> :  No. 4:15-cv-108 <br> :  Original Criminal No. 4:08-cr-16-3 <br> :  CAPITAL §2255 PROCEEDINGS <br> :  HON. REBECCA BEACH SMITH <br> : <br> : <br> : <br> : |

**SUPPLEMENT TO SECOND MOTION FOR DISCOVERY**

Pursuant to the Court's authorization (ECF No. 544), David Runyon, by counsel, hereby files the declaration of John Nixon (Attachment A) as a supplement to Runyon's pending second motion for discovery (ECF No. 530). Mr. Nixon's declaration explains that he needs to inspect the records of the forensic examination performed by the Virginia Department of Forensic Sciences related to forensic services in FS Lab #T07-4553 regarding the bullets and/or firearm involved in this case, in order to assist Runyon's counsel.

Respectfully Submitted,

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
  Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

Dated: June 8, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2016, I have electronically filed the foregoing **Supplement to Second Motion for Discovery** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

*Counsel for Petitioner*
*David Anthony Runyon*

3