**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

_____

DAVID ANTHONY RUNYON,               :
                Petitioner,         :          No. 4:15-cv-108
                                    :      Original Criminal No. 4:08-cr-16-3
                                    :      CAPITAL §2255 PROCEEDINGS
        v.                          :
                                    :      HON. REBECCA BEACH SMITH
UNITED STATES OF AMERICA,           :
                Respondent.         :
                                    :
_____   :      _____

### PETITIONER'S UNOPPOSED MOTION TO FILE UNDER SEAL THE REPLY TO AMENDED CLAIM S2 TO HIS AMENDED MOTION FOR COLLATERAL RELIEF

Petitioner David Runyon is filing the reply in support of his amended motion under 28

U.S.C. § 2255. The Court previously authorized Runyon to file his Reply to Claim S2 under seal.

ECF No. 528. That claim contained confidential information about jurors and potential jurors.

The Government filed its response to the amended motion regarding Claim S2 under seal.

Because all previous filings relating to Claim S2 have been sealed, the Court should allow

Runyon to file his reply in support of that claim under seal.

                               Respectfully Submitted,


                               _____/s/_____
                               Michele J. Brace, VSB No. 36748
                               Virginia Capital Representation
                                 Resource Center
                               2421 Ivy Road, Suite 301
                               Charlottesville, VA 22903
                               Telephone (434) 817-2970
                               Fax (434) 817-2972
                               mbrace@mindsort.com

Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
   Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

Dated: July 7, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2016, I have electronically filed the foregoing Petitioner's Unopposed Motion to File Under Seal the Reply to Amended Claim S2 to His Amended Motion for Collateral Relief with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

*Counsel for Petitioner*
*David Anthony Runyon*

3