**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

_____

DAVID ANTHONY RUNYON,       :
     Petitioner,       :
     :
     v.       :
     :
UNITED STATES OF AMERICA,       :
     Respondent.       :
     :
_____       :

No. 4:15-cv-108
Original Criminal No. 4:08-cr-16-3
CAPITAL §2255 PROCEEDINGS

HON. REBECCA BEACH SMITH

_____

**UNOPPOSED MOTION FOR PERMISSION TO FILE A REPLY**
**IN EXCESS OF THE PAGE LIMIT UNDER THE LOCAL RULES**

David Runyon, through undersigned counsel, respectfully requests permission to file his

Reply to Response of the United States to Amended Motion to Vacate, Set Aside, or Correct

Sentence in excess of the page limit set forth under Local Civil Rule 7(F)(3) and Local Criminal

Rule 47(F)(3).

On April 22, 2016, the Government filed its Response to Runyon's amended §2255

Motion. (ECF No. 536). It consists of 159 pages.

The initial pleadings in this capital case (the §2255 Motion, Response, and Amended §2255

Motion, Amended §2255 Response) have each been longer than the page limit in the local rules.

Runyon's Reply to the Response exceeds the page limit in the local rules. Undersigned have

attempted to be concise but must reply to the Government's substantive and procedural responses.

The Government will not be prejudiced by the Court granting this motion.

WHEREFORE, Runyon respectfully requests this Court allow him to file his Reply to Response of the United States to Amended Motion to Vacate, Set Aside, or Correct Sentence in excess of the page limit set forth in Local Civil Rule 7(F)(3) and Local Criminal Rule 47(F)(3).

Respectfully Submitted,


_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
  Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

Dated: July 7, 2016

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2016, I have electronically filed the foregoing Unopposed Motion for Permission to File a Reply in Excess of the Page Limit Under the Local Rules with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

*Counsel for Petitioner*
*David Anthony Runyon*