**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

_____

DAVID ANTHONY RUNYON,
    Petitioner,

    -v-

UNITED STATES OF AMERICA,
    Respondent.

_____

:        No. 4:15cv108
:    Original Criminal No. 4:08-CR-00016
:
:    **CAPITAL § 2255 PROCEEDINGS**
:
:    HON. REBECCA BEACH SMITH
:
:
:

**ORDER**

This matter comes before the court on the Petitioner's Unopposed Motion for Permission to File a Reply in Excess of the Page Limit Under the Local Rules, filed on July 7, 2016. For good cause shown, the court GRANTS the Motion.

The Clerk is DIRECTED to send a copy of this Order to counsel for the Defendant and to the United States Attorney at Newport News.

IT IS SO ORDERED.

                             _____
                             REBECCA BEACH SMITH
                             CHIEF JUDGE

July ___, 2016