**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

|  |  |  |
|---|---|---|
| DAVID ANTHONY RUNYON, Petitioner, | : : : : | No. 4:15cv108 Original Criminal No. 4:08-CR-00016 |
| -v- | : : | **CAPITAL § 2255 PROCEEDINGS** |
| UNITED STATES OF AMERICA, Respondent. | : : : | HON. REBECCA BEACH SMITH |

## MEMORANDUM ORDER

This matter comes before the court on the "Petitioner's Unopposed Motion To File Under Seal The Reply To Amended Claim S2 To His Amended Motion For Collateral Relief." Both Claim S2 and the Government's response to Claim S2 have been filed under seal. Because it is reasonable for all filings in this Claim to be treated the same, and because of the court's continuing interest in ensuring that confidential and personal information about potential jurors in this case is protected from unnecessary disclosure, the Petitioner's Motion to Seal is GRANTED, and the Clerk is ORDERED to file Runyon's reply to Claim S2 under seal, with access granted to the United States Attorney at Newport News.

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

July 1, 2016