**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

DAVID ANTHONY RUNYON,
Petitioner,

  -v-

UNITED STATES OF AMERICA,
Respondent.

:    No. 4:15cv108
:    Original Criminal No. 4:08-CR-00016
:
:    **CAPITAL § 2255 PROCEEDINGS**
:
:    HON. REBECCA BEACH SMITH
:
:

## ORDER

This matter comes before the court on the Petitioner's Unopposed Motion for Permission to File a Reply in Excess of the Page Limit Under the Local Rules, filed on July 7, 2016. For good cause shown, the court GRANTS the Motion.

The Clerk is DIRECTED to send a copy of this Order to counsel for the Defendant and to the United States Attorney at Newport News.

    IT IS SO ORDERED.

                           /s/
                         Rebecca Beach Smith
                         Chief Judge

                         REBECCA BEACH SMITH
                         CHIEF JUDGE

July 1, 2016