**Declaration of John Nixon**
CEng, D-IBFES, BEng(Hons), MBA, FIMechE, FCMI, F-AAFS
Board Certified Forensic Engineering Scientist

1. My name is John Nixon. I am a consultant with Athena Research & Consulting, LLC, PO Box 66, Bippus, Indiana, 46713.

2. I am trained and experienced in weapons systems research, including firearms, ballistics, ammunition, munitions, explosives and crime and accident scene reconstruction.

3. I have been published, presented papers, and provided training in subjects including firearms, ballistics, wound ballistics, tool mark comparison, ammunition, crime and accident scene reconstruction, explosives and destructive devices.

4. I have been qualified and testified as an expert in state and federal courts over 50 times.

5. I have been asked by counsel for David Runyon to review evidence and testimony regarding bullet, toolmark, and firearms identification in connection with Mr. Runyon's case.

6. I have asked to examine the bullets in the case and to review the bench notes and photographs generated by the forensic examination so that I can form a complete opinion on whether the bullets from the crime scene are associated with a Taurus .357 revolver. I have been told that the bullets cannot be located. The bench notes will have measurements of the projectiles such as weight and width and length of markings that will help to identify the caliber.

7. In 2009, experts in my field were cautioned about concluding that bullets were fired from a particular firearm, especially when there was no firearm available for comparison purposes.

8. In my review of materials in Mr. Runyon's case, I noted that the medical examiner identified the bullets as 9mm but John Willmer testified about .38 and .357 handguns.

9. I noted that the testimony regarding the use of a stainless steel bore brush was exaggerated, both in terms of the aggressiveness of such brushes, and their rarity. It is common to use stainless steel bore brushes to clean firearms. Such brushes will not easily affect rifling characteristics.

Page 1 of 2

10. A database search for brands and models of guns of nominal '9mm' bore diameter with 6 lands and grooves and a right twist (as noted on the Certificate of Analysis) revealed 383 brands and models of 9mm / 380 semiautomatic pistols; 67 brands and models of .38 revolvers; and, 36 brands and models of .357 revolvers.

11. I could have provided this information and/or testimony in 2009.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 18th day of May, 2016.

John Nixon