## DECLARATION OF JOSEPH J. KENNEDY

1. My name is Joseph J. Kennedy.  I am a Senior Manager at Cherry Biometrics Corporation in Falls Church, Virginia.  I develop trade-secret, data center and data transmission hacker blocking technologies.  Geolocation, cell phones and biometric identification are some of the components used.  My education and experience incorporates radio frequency and digital communications including mobile, wi-fi, long lines and switching.  I have knowledge of and experience with past, current and future mobile broadband technologies.  I hold an FCC Radio License.

2. I am a member of the Virginia Wireless Association and the Institute of Electrical and Electronic Engineers(IEEE).

3. I have testified as an expert witness for prosecutors and defense attorneys. In particular, I have testified about historical cell site location information.

4. The range of a cell tower is 21.75 miles.  Cell towers must overlap to avoid busy signals.  Cell tower sectors must overlap to avoid zero coverage areas.

5. Cellphone service providers are influenced by customer demand for clear reception.  The industry standard formula for selecting the clearest tower is based is based on Signal, Interference and Noise Ratios (S/(I+N)).  Minus tariffs and other trade secret information a cell phone connects to the clearest tower.

6. When a cell phone connects to a particular tower the phone is most likely

Exhibit 3

within approximately 21 miles of that tower.  A cell phone could be located beyond that distance if repeaters are in use.

7.    Counsel for David Runyon provided me with a map of the Newport News, Virginia area that contained data points for three cell towers and three other locations (labeled Exhibit 135), the testimony of Paul Swartz about Michael Draven's cell tower usage around the time of the crime, and historical call data from Michael Draven's cellphone.

8.    Cellular service providers release call history data in a spread sheet format. The format of the call history data from Michael Draven's cell phone does not appear to be the original data released from nTelos.  The original call data and cell tower information is needed to provide the most accurate opinion.

9.    The signal strength of the three towers indicated on the map (Exhibit 135) is not the industry standard.  I am unable to determine how the signal strength was calculated.  Compared to the industry standard, the signal strengths underrepresent the coverage area of each cell tower.

10.    The map (Exhibit 135) is incorrect as it uses circles to represent the cell tower coverage area.

11.    Based on the scale on the map of the Newport News area, the three cell towers and other three locations indicated on the map are all within approximately ten linear miles.  A person whose cellphone connected with one, or all, of the three cell towers could have been located anywhere within that ten mile area or an area up to twice that size.

Exhibit 3

12.   Historical cell site information cannot place an individual at a specific location.  The fact that Michael Draven's cellphone utilized particular cell towers at particular times does not support Paul Swartz's testimony that Michael Draven was at a certain location at a particular time.

13.   At David Runyon's 2007 trial, a person with education and experience similar to mine could have provided the information I have set forth in this declaration

**I declare under penalty of perjury that the foregoing is true and correct. Executed on the __6__ day of July, 2016.**

*Joseph J. Kennedy*

_____

Joseph J. Kennedy

Exhibit 3