Steve Hudgins - Days in Court Between Appointment to Runyon Trial

| Date | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 |
|---|---|---|---|---|---|
| 1 | | Sunday New Orleans Training | 1:00 NN Cir. | | |
| 2 | | 10:00 NN Circuit Jury Trial | 10:0 NN J&D (2) | Saturday | |
| 3 | | 10:00 Settlement Conf. Va. Beach; 1:00 NN J&D; 2:00 YC J&D | All day Indigent Defense Seminar | Sunday | |
| 4 | | 8:30 & 2:00 NN J&D (2);9:00 Surry Circuit; 4:30 HV Gal | Saturday | 11:00 Norfolk Federal | |
| 5 | | 10:00 NN Circuit | Sunday | 9:00 YC Cir. (2); 11:00 YC Gen. Dist.; 2:00 YC J&D Gal. | |
| 6 | | 10:30 YC J&D; 12:00 NN Cir. | 10:00 YC Gen. Dist. (2) | U.S. v. Garries, No. 4:08-cr-50 - 9 day trial (6 hours) | Saturday |
| 7 | | Saturday | 9:00 YC Cir. (2); 10:00 NN Cir. | U.S. v. Garries, No. 4:08-cr-50 - 9 day trial (4 hrs. 30 min.) | Sunday |
| 8 | | Sunday | All day Criminal Law Seminar | U.S. v. Garries, No. 4:08-cr-50 - 9 day trial (6 hours) | |
| 9 | | 10:00, 1:30, 3:00 YC Gen. Dis.; 4:30 HV GAL | 11:00 NN Cir. | Saturday | U.S. v. Gary Williams, No. 4:08-cr-87, in court for competency hearing as stand-by counsel. |
| 10 | | 10:00 NN Cir. (2); 10:30 & 2:00  NN J&D | NN Cir. | Sunday | |
| 11 | | 9:00, 9:30, 10:00 YC Gen. Dis. (5); 2:00 NN J&D | Saturday | U.S. v. Garries, No. 4:08-cr-50 - 9 day trial (6 hours) | |
| 12 | | 10:00 YC J&D; 10:30 YC J&D; 2:00 NN J&D | Sunday | U.S. v. Garries, No. 4:08-cr-50 - 9 day trial (6 hours) | U.S. v. Erick Rodgers, No. 4:09-cr-2, in court for sentencing. |
| 13 | | 10:30 NN J&D; 11:00 NN J&D | 10:00 NN Cir. | U.S. v. Garries, No. 4:08-cr-50 - 9 day trial (6 hours) | Saturday |
| 14 | | Saturday | 9:30 Hampton Circuit | Set aside for Garries | Sunday |
| 15 | | Sunday | 9:00 YC Gen. Dist. | U.S. v. Garries, No. 4:08-cr-50 - 9 day trial (7 hours) | |
| 16 | | 8:30 NN Cir.; 9:00 NN Cir.; 10:00 NN Cir. | 10:00 YC J&D; 10:30 NN J&D | Saturday | |
| 17 | | 8:00 YC Gen. Dist.; 9:00 YC J&D; 9:30 YC Gen. Dist.; 10:00 YC Gen. Dist., 2:00 YC Gen. Distr. | 11:00 Wmbg J&D Travel to Oklahoma City | Sunday | |
| 18 | | 8:00 YC Gen. Dist.; 11:00 Virginia Beach Cir. 11:30 Norfolk Federal | Saturday Travel to Oklahoma City | U.S. v. Garries, No. 4:08-cr-50 - 9 day trial (5 hours) | |
| 19 | | 8:30 NN J&D (2); 11:30 YC J&D; 1:00 YC Cir. | Sunday Travel to Oklahoma City | U.S. v. Garries, No. 4:08-cr-50 - 9 day trial (7 hrs. 20 min.) | |
| 20 | Stephen Hudgins Appointed | | 11:00 YC Gen. Dist. | Set aside for Garries | Saturday |
| 21 | Saturday | Saturday | NN Federal jury trial (7 days) | Set aside for Garries | Sunday |
| 22 | Sunday | Sunday | 2:30 YC Gen. Dist. | Set aside for Garries | |
| 23 | | 10:00 NN Cir. Jury Trial | 10:30 YC J&D (4) | Saturday | |
| 24 | | 9:00 Suffolk Cir.; 9:00 NN J&D; 9:30 NN Federal; 2:00 YC Gen. Dist. | 10:00 NN Cir. | Sunday | |
| 25 | 10:00 Federal Court Sentencing 1:00 Newport News (NN) Circuit (2);  3:00 Home Visit (HV) | YC Gen. Dist. (2); 10:00 YC Gen. Dist. | Saturday | Set aside for Garries | |
| 26 | 9:00 York Co. (YC) J&D; 9:30 YC J&D (3); 1:00 YC Cir.; 3:00 Federal Court Norfolk. New Orleans training | 8:30 YC; 10:00 NN Cir.; 10:30 NN J&D; 2:00 James City County | Sunday | U.S. v. Kevin Darden, No. 4:08-cr-122, in court for sentencing. | |
| 27 | 11:00 Federal Court Norfolk. New Orleans training | | 10:30 YC Gen. Dist; 11:00 YC Gen. Dist.; 1:30 YC Gen. Dist. (2); 2:00 YC Gen. Dist. | | Saturday |
| 28 | Saturday - New Orleans training | Saturday | 8:30 NN J&D | | Sunday |
| 29 | | Sunday | | Travel to St. Louis | |
| 30 | | | | Saturday Travel to St. Louis | Runyon - First Day of Trial |
| 31 | | 10:00 YC - two day jury trial | | Sunday Travel to St. Louis | |

Exhibit 4