# USA Strikes of Black Veniremen

## Easy Fisher Exact Test Calculator

Success! The Fisher exact test statistic and statement of significance appear beneath the table. Blue means you're dealing with dependent variables; red, independent.

| Results | | | |
|---|---|---|---|
| | Struck by USA | Not Struck by USA | *Marginal Row Totals* |
| Black Veniremen | 0 | 10 | 10 |
| Nonblack Veniremen | 19 | 23 | 42 |
| *Marginal Column Totals* | 19 | 33 | 52  (Grand Total) |

The Fisher exact test statistic value is 0.008572. The result is significant at $p < .05$.

## Easy Fisher Exact Test Calculator

Success! The Fisher exact test statistic and statement of significance appear beneath the table. Blue means you're dealing with dependent variables; red, independent.

| Results | | | |
|---|---|---|---|
| | Struck by USA | Not Struck by USA | *Marginal Row Totals* |
| Black Veniremen | 1 | 9 | 10 |
| Nonblack Veniremen | 18 | 24 | 42 |
| *Marginal Column Totals* | 19 | 33 | 52  (Grand Total) |

The Fisher exact test statistic value is 0.072269. The result is *not* significant at $p < .05$.

## Easy Fisher Exact Test Calculator

Success! The Fisher exact test statistic and statement of significance appear beneath the table. Blue means you're dealing with dependent variables; red, independent.

| Results | | | |
|---|---|---|---|
| | Struck by USA | Not Struck by USA | *Marginal Row Totals* |
| Black Veniremen | 2 | 8 | 10 |
| Nonblack Veniremen | 17 | 25 | 42 |
| *Marginal Column Totals* | 19 | 33 | 52  (Grand Total) |

The Fisher exact test statistic value is 0.292524. The result is *not* significant at $p < .05$.

1

Exhibit 5

## Easy Fisher Exact Test Calculator

Success! The Fisher exact test statistic and statement of significance appear beneath the table. Blue means you're dealing with dependent variables; red, independent.

| Results | | | |
|---|---|---|---|
| | Struck by USA | Not Struck by USA | *Marginal Row Totals* |
| Black Veniremen | 3 | 7 | 10 |
| Nonblack Veniremen | 16 | 26 | 42 |
| *Marginal Column Totals* | 19 | 33 | 52  (Grand Total) |

The Fisher exact test statistic value is 0.728639. The result is *not* significant at p < .05.

## Easy Fisher Exact Test Calculator

Success! The Fisher exact test statistic and statement of significance appear beneath the table. Blue means you're dealing with dependent variables; red, independent.

| Results | | | |
|---|---|---|---|
| | Struck by USA | Not Struck by USA | *Marginal Row Totals* |
| Black Veniremen | 4 | 6 | 10 |
| Nonblack Veniremen | 15 | 27 | 42 |
| *Marginal Column Totals* | 19 | 33 | 52  (Grand Total) |

The Fisher exact test statistic value is 1. The result is *not* significant at p < .05.

## Easy Fisher Exact Test Calculator

Success! The Fisher exact test statistic and statement of significance appear beneath the table. Blue means you're dealing with dependent variables; red, independent.

| Results | | | |
|---|---|---|---|
| | Struck by USA | Not Struck by USA | *Marginal Row Totals* |
| Black Veniremen | 5 | 5 | 10 |
| Nonblack Veniremen | 14 | 28 | 42 |
| *Marginal Column Totals* | 19 | 33 | 52  (Grand Total) |

The Fisher exact test statistic value is 0.46697. The result is *not* significant at p < .05.

Exhibit 5

## Easy Fisher Exact Test Calculator

Success! The Fisher exact test statistic and statement of significance appear beneath the table. Blue means you're dealing with dependent variables; red, independent.

| Results | | | |
|---|---|---|---|
| | Struck by USA | Not Struck by USA | *Marginal Row Totals* |
| Black Veniremen | 6 | 4 | 10 |
| Nonblack Veniremen | 13 | 29 | 42 |
| *Marginal Column Totals* | 19 | 33 | 52  (Grand Total) |

The Fisher exact test statistic value is 0.142449. The result is *not* significant at $p < .05$.

## Easy Fisher Exact Test Calculator

Success! The Fisher exact test statistic and statement of significance appear beneath the table. Blue means you're dealing with dependent variables; red, independent.

| Results | | | |
|---|---|---|---|
| | Struck by USA | Not Struck by USA | *Marginal Row Totals* |
| Black Veniremen | 7 | 3 | 10 |
| Nonblack Veniremen | 12 | 30 | 42 |
| *Marginal Column Totals* | 19 | 33 | 52  (Grand Total) |

The Fisher exact test statistic value is 0.02595. The result is significant at $p < .05$.

## Easy Fisher Exact Test Calculator

Success! The Fisher exact test statistic and statement of significance appear beneath the table. Blue means you're dealing with dependent variables; red, independent.

| Results | | | |
|---|---|---|---|
| | Struck by USA | Not Struck by USA | *Marginal Row Totals* |
| Black Veniremen | 8 | 2 | 10 |
| Nonblack Veniremen | 11 | 31 | 42 |
| *Marginal Column Totals* | 19 | 33 | 52  (Grand Total) |

The Fisher exact test statistic value is 0.002721. The result is significant at $p < .05$.

3

Exhibit 5

## Easy Fisher Exact Test Calculator

Success! The Fisher exact test statistic and statement of significance appear beneath the table. Blue means you're dealing with dependent variables; red, independent.

| Results | | | |
|---|---|---|---|
| | Struck by USA | Not Struck by USA | *Marginal Row Totals* |
| Black Veniremen | 9 | 1 | 10 |
| Nonblack Veniremen | 10 | 32 | 42 |
| *Marginal Column Totals* | 19 | 33 | 52  (Grand Total) |

The Fisher exact test statistic value is 0.000199. The result is significant at $p < .05$.

## Easy Fisher Exact Test Calculator

Success! The Fisher exact test statistic and statement of significance appear beneath the table. Blue means you're dealing with dependent variables; red, independent.

| Results | | | |
|---|---|---|---|
| | Struck by USA | Not Struck by USA | *Marginal Row Totals* |
| Black Veniremen | 10 | 0 | 10 |
| Nonblack Veniremen | 9 | 33 | 42 |
| *Marginal Column Totals* | 19 | 33 | 52  (Grand Total) |

The Fisher exact test statistic value is 6E-06. The result is significant at $p < .05$.

4

Exhibit 5