UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

     Petitioner,

                                         CIVIL NO. 4:15cv108

    v.                    [ORIGINAL CRIMINAL NO. 4:08cr16-3]

UNITED STATES OF AMERICA,

     Respondent.

## ORDER

The court **DIRECTS** the Clerk to prepare a subpoena duces tecum directing the Virginia Department of Forensic Science to produce under seal to the Clerk, on or before July 22, 2016, all records related to the above-captioned case, with corresponding FS Lab #T07-4553, for in camera review by the court. These records shall be maintained under seal, absent further action by the court. The subpoena shall be served by certified mail on the following:

     Amy M. Curtis, Department Counsel
     Virginia Department of Forensic Science
     700 North 5th Street
     Richmond, Virginia 23219

The Clerk is directed to send a copy of this Order to counsel for the Petitioner and the United States Attorney at Newport News.

     IT IS SO ORDERED.

/s/ _____
Rebecca Beach Smith
Chief Judge

July 12, 2016