RBS-DEM Document 553-2 Filed 07/13/16

# U.S. Postal Service
## CERTIFIED MAIL RECEIPT
### (Domestic Mail Only; No Insurance Coverage Provided)

5525

## OFFICIAL USE

| | | Postmark Here |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To  Amy M. Curtis

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

7001 2510 0004 1184 8448

PS Form 3800, January 2001     See Reverse for Instructions

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CLERK U.S. DISTRICT COURT
1st FLOOR, U.S. COURTHOUSE
600 GRANBY STREET
NORFOLK, VA 23510

Attn: 193-C

4:08cr16-3

Case 4:08-cr-00016-RBS-DEM    Document 553-2    Filed 07/13/16    Page 3 of 3 PageID# 5527

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X     ☐ Agent   ☐ Addressee<br>B. Received by ( Printed Name)    C. Date of Delivery |

1. Article Addressed to:

Amy M. Curts, Dept. Counsel
VA Dept. of Forensic Science
700 North 5th St.
Richmond, VA 23219

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service la)    7001 2510 0004 1184 8448

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540