

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CLERK U.S. DISTRICT COURT
1st FLOOR, U.S. COURTHOUSE
600 GRANBY STREET
NORFOLK, VA 23510

Attn. 193-C

4:08cr16-3

U.S. MARSHALS INSPECTED

RECEIVED

2016 JUL 20 A 11: 18

CLERK US DISTRICT COURT
NORFOLK, VIRGINIA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Amy M. Curtis, Dept. Counsel
VA Dept. of Forensic Science
700 North 5th St.
Richmond, VA 23219

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    S. Graves    ☐ Agent    ☐ Addressee

JUL 18 2016

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7001 2510 0004 1184 8448

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540