UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

      Petitioner,

                                CIVIL NO. 4:15cv108

v.                   [ORIGINAL CRIMINAL NO. 4:08cr16-3]

UNITED STATES OF AMERICA,

      Respondent.

## ORDER

The court **DIRECTS** the United States Attorney to file ex parte and under seal the grand jury testimony of Chad Costa, for in camera review by the court, on or before August 1, 2016.

The Clerk is directed to send a copy of this Order to counsel for the Petitioner and the United States Attorney at Newport News.

IT IS SO ORDERED.

/s/
Rebecca Beach Smith
Chief Judge

_____
REBECCA BEACH SMITH
CHIEF JUDGE

July 26, 2016