**Verdict**

**EXHIBIT A**

PENGAD-Bayonne, N. J.

*United States District Court*
*Eastern District of Virginia*
*Newport News Division*

FILED
IN OPEN COURT

Page 1

JUL 17 2009

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | VERDICT |
| v. | CASE NUMBER: 4:08cr16 |
| DAVID ANTHONY RUNYON | |

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

## VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT DAVID ANTHONY RUNYON:

AS TO COUNT 1    ..................................................    _Guilty_
                                                                    Guilty/Not Guilty

AS TO COUNT 2    ..................................................    _Guilty_
                                                                    Guilty/Not Guilty

AS TO COUNT 4    ..................................................    _Not Guilty_
                                                                    Guilty/Not Guilty

AS TO COUNT 5    ..................................................    _Guilty_
                                                                    Guilty/Not Guilty

REDACTED COPY

_____          _7/17/09_
FOREPERSON'S SIGNATURE            DATE