**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

O FILED
IN OPEN COURT

JUL 2 2 2009

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:08cr16 |
| | ) | |
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Defendant | ) | |

### SPECIAL VERDICT FORM - ELIGIBILITY PHASE

I. <u>AGE:</u>  DAVID ANTHONY RUNYON was more than 18 years of age at the time of the offense.

Count One (Conspiracy to Commit Murder for Hire):

YES **X**

NO _____

Count Two (Carjacking Resulting in Death):

YES **X**

NO _____

Count Five (Murder with a Firearm in Relation to a Crime of Violence):

YES **X**

NO _____

    If your finding is "yes," as to Counts One, Two and/or Five, move on to the Threshold Intent/"Gateway" Factors in Section II for that count. If your finding is "no" as to all counts, stop your deliberations and complete Section IV.

## II.  THRESHOLD INTENT / GATEWAY FACTORS

A.    Count One (Conspiracy to Commit Murder for Hire)

Instructions:  If you unanimously find that one of these four factors has been proved beyond a reasonable doubt, place an "X" next to "YES" as to that one factor and move on to Count Two.  You may find only one factor present for the count.  If you do not find any of these four factors present for Count One, move on to Count Two.

1.    DAVID ANTHONY RUNYON intentionally killed Cory Allen Voss.

   YES __X____

2.    DAVID ANTHONY RUNYON  intentionally inflicted serious bodily injury that resulted in the death of Cory Allen Voss.

   YES _____

3.    DAVID ANTHONY RUNYON  intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants of the offense, and Cory Allen Voss died as a direct result of the act.

   YES _____

4.    DAVID ANTHONY RUNYON intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and Cory Allen Voss died as a direct result of the act.

   YES _____

-2-

**B.   Count Two (Carjacking Resulting in Death):**

Instructions: If you unanimously find that one of these four factors has been proved beyond a reasonable doubt, place an "X" next to "YES" as to that one factor and move on to Count Five. You may find only one factor present for the count. If you do not find any of these four factors present for Count Two, move on to Count Five.

1. DAVID ANTHONY RUNYON intentionally killed Cory Allen Voss.

   YES __X__

2. DAVID ANTHONY RUNYON intentionally inflicted serious bodily injury that resulted in the death of Cory Allen Voss.

   YES _____

3. DAVID ANTHONY RUNYON intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants of the offense, and Cory Allen Voss died as a direct result of the act.

   YES _____

4. DAVID ANTHONY RUNYON intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and Cory Allen Voss died as a direct result of the act.

   YES _____

C.    Count Five (Murder with a Firearm in Relation to a Crime of Violence):

Instructions: If you unanimously find that one of these four factors has been proved beyond a reasonable doubt, place an "X" next to "YES" as to that one factor and move to the next set of instructions below. You may find only one factor present for the count. If you do not find any of these four factors present for Count Five, move to the next set of instructions below.

1.    DAVID ANTHONY RUNYON intentionally killed Cory Allen Voss.

YES _X_____

2.    DAVID ANTHONY RUNYON intentionally inflicted serious bodily injury that resulted in the death of Cory Allen Voss.

YES _____

3.    DAVID ANTHONY RUNYON intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants of the offense, and Cory Allen Voss died as a direct result of the act.

YES _____

4.    DAVID ANTHONY RUNYON intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and Cory Allen Voss died as a direct result of the act.

YES _____

Instructions: If you did not find any Threshold Intent Factors in Section II above as to Counts One, Two and Five, then that ends your consideration of whether the defendant is eligible to be considered for the death penalty. You must stop your deliberations, complete Section IV, and advise the Court that you have reached a decision.

If you answered "YES" with respect to one of the Threshold Intent Factors in Section II above as to Counts One, Two and/or Five, then continue your deliberations and proceed to the Section III.

-4-

## III. STATUTORY AGGRAVATING FACTORS

**Instructions:** Answer "YES" or "NO" as to whether you unanimously find that the government has established, beyond a reasonable doubt, the existence of the statutory aggravating factors enumerated below as to Counts One, Two and Five. You should consider each factor separately, and answer "YES" or "NO" as to each count for both factors. In this category, you may answer "yes" to more than one factor for each count.

Factor 1.     The defendant, DAVID ANTHONY RUNYON, committed the offense in consideration for the receipt of, or in expectation of the receipt, of anything of pecuniary value.

Count One (Conspiracy to Commit Murder for Hire):

YES X̲

NO ̲

Count Two (Carjacking Resulting in Death):

YES X̲

NO ̲

Count Five (Murder with a Firearm in Relation to a Crime of Violence):

YES X̲

NO ̲

-5-

Factor 2.      The defendant, DAVID ANTHONY RUNYON, committed the offense after substantial planning and premeditation to cause the death of a person.

Count One (Conspiracy to Commit Murder for Hire):

YES X

NO _____

Count Two (Carjacking Resulting in Death):

YES X

NO _____

Count Five (Murder with a Firearm in Relation to a Crime of Violence):

YES X

NO _____

Instructions: Once you have completed the deliberations associated with Section III, please complete Section IV and advise the Court that you have reached a decision.

## IV. CERTIFICATION

By signing below, each juror certifies that consideration of the race, color, religious beliefs, national origin, or sex of the defendant or the victim was not involved in reaching his or her individual decision, and that the individual juror would have made the same decisions with regard to the age of defendant DAVID ANTHONY RUNYON, the threshold intent factors and the statutory aggravating factors no matter what the race, color, religious beliefs, national origin, or sex of the defendant, or the victim, would have been.


All jurors and foreperson sign below:


REDACTED COPY


_____
FOREPERSON

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

Date: July 1½, 2009.

-7-