UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

    Petitioner,

v.

                           CIVIL NO. 4:15cv108
             [ORIGINAL CRIMINAL NO. 4:08cr16-3]

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT

[X]    **Decision by Court.** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** for the reasons stated herein, the Petitioner's First and Second Motions for Discovery are DENIED, and the Motion to Vacate brought pursuant to 28 U.S.C. § 2255 is DENIED. The court declines to issue a certificate of appealability for the reasons stated in this Opinion. IT IS SO ORDERED.

JAN 19 2017
Date

FERNANDO GALINDO, CLERK

By:_____/s/_____
               Lara Dabbene, Deputy Clerk