# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

_____

DAVID ANTHONY RUNYON,
    Petitioner,

       v.

UNITED STATES OF AMERICA,
    Respondent.

_____

:
:
:
:
:
:
:
:
:
:
:

_____

No. 4:15-cv-108
Original Criminal No. 4:08-cr-16-3
CAPITAL §2255 PROCEEDINGS

HON. REBECCA BEACH SMITH

_____

## PETITIONER'S MOTION FOR ACCESS TO MATERIALS
## SUBPOENAED AND FILED UNDER SEAL

Petitioner David Anthony Runyon, a federal prisoner under sentence of death, hereby moves the Court for an order allowing him access to materials subpoenaed, filed under seal, and reviewed by the Court during the course of adjudicating Runyon's Amended § 2255 Motion (ECF No. 552 & 555, Orders).  Runyon is not seeking to unseal those materials; only to be granted access to review them.  The accompanying memorandum sets out the facts and arguments supporting this motion.

Respectfully Submitted,

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

Dated: February 1, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2017, I have electronically filed the foregoing Petitioner's Motion for Expedited Access to Materials Subpoenaed and Filed Under Seal with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

*Counsel for Petitioner*
*David Anthony Runyon*

3