**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | |
|---|---|
| DAVID ANTHONY RUNYON, | : |
|     Petitioner, | :    No. 4:15-cv-108 |
| | : Original Criminal No. 4:08-cr-16-3 |
| | : CAPITAL §2255 PROCEEDINGS |
|     v. | : HON. REBECCA BEACH SMITH |
| | : |
| UNITED STATES OF AMERICA, | : |
|     Respondent. | : |
| | : |

**MOTION TO ALTER OR AMEND JUDGMENT UNDER FED. R. CIV. P. 59(e)**

Petitioner David Runyon, by counsel, respectfully moves this Court under Rule 59(e) of the

Federal Rules of Civil Procedure to alter or amend its Opinion issued on January 19, 2017 (ECF No.

560), and its Judgment entered on January 20, 2017. ECF No. 561. The accompanying memorandum

sets out the facts and arguments supporting this motion.

Respectfully Submitted,

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
  Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

Dated: February 16, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2017, I have electronically filed the foregoing Motion to Alter or Amend Judgment Under Fed. R. Civ. P. 59(e) with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

*Counsel for Petitioner*
*David Anthony Runyon*

2