## DECLARATION OF PAULA DALTON

1. My name is Paula Dalton. I live in Reedsville, West Virginia.

2. I met David Runyon around 2006 when I was living in Morgantown. This is the second declaration I have signed regarding David Runyon.

3. During 2006-2007, I helped David Runyon by babysitting his son, Davy. David Runyon owned two cellphones. He used one for himself and one for Davy. When I took care of Davy, David Runyon gave me one of the phones so we could contact each other while David was away.

4. The only phone number David Runyon gave me to contact him was the number to his other cell phone.

5. The calls I would receive on Davy's phone were only from David Runyon. I am familiar with and recognize David Runyon's telephone voice. I look at the caller ID to see who is calling when I answer a phone. This is why I would have noticed if I received a call on Davy's phone that was not from David Runyon.

6. If asked, I would have told David Runyon's trial attorneys the things I've said in this declaration and also would have testified to them at trial.

7. If called to testify at an evidentiary hearing I would testify about the facts in this declaration and my first declaration. I would also provide any additional details that I am asked about.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on the 4th day of February, 2017.**

_Paula Dalton_
**Paula Dalton**

Attachment A