**Declaration of John Nixon**
CEng, D-IBFES, BEng (Hons), MBA, FIMechE, FCMI, F-AAFS
Board Certified Forensic Engineering Scientist

1. My name is John Nixon. I am a consultant with Athena Research & Consulting, LLC, PO Box 66, Bippus, Indiana, 46713.

2. I am a mechanical engineer, scientist, and former government employee trained and experienced in weapons systems research; including firearms, ballistics, ammunition, munitions, explosives, and crime and accident scene reconstruction.

3. I have been published, presented papers, and provided training (including continuing legal education courses) in subjects including firearms, ballistics, wound ballistics, tool mark comparison, ammunition, crime and accident scene reconstruction, explosives, and destructive devices.

4. I have been qualified and testified as an expert in state and federal courts over 50 times.

5. I have been asked by counsel for David Runyon to review fired ammunition component evidence in connection with the case of Mr. Runyon.

6. The testing I intend to perform on the evidence in Mr. Runyon's case will be 100% non-invasive, non-destructive, and will not alter the evidence. With regard to the evidence exhibits, I will photograph, weigh, visually examine, and microscopically examine them. I will also obtain microscopic measurements, and photomicrographs as required.

7. In addition to examining the physical evidence, a review of the bench notes and photographs generated during the crime lab forensic examination may enable me to form more accurate opinions regarding what may have transpired and what types of firearms may have been used.

8. The equipment that I use to perform my examinations is large, bulky, heavy and expensive. Consequently, it is unable to be transported from my facility to be used at another location. It has a footprint of several square feet, a volume of several square yards, weighs in excess of 100 pounds, and has a replacement cost of tens of thousands of dollars.

9. I regularly receive items of evidence for examination in my facility, including evidence for death penalty cases. While here they are stored in a walk-in secure vault with permanently monitored electronic security, and armed human security.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 22nd day of February, 2017.


John Nixon


Attachment A