### RE: David Runyon exhibits 📄

**Dana Hansen**  to: Samuels, Brian (USAVAE)                02/08/2017 04:45 PM
Cc:  "Zick, Jeffrey (CRM)", "McKeel, Lisa (USAVAE)"

Okay, thanks for letting me know.
Dana

_____

**Dana C. Hansen Chavis**
Asst. Federal Community Defender
FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.
800 South Gay Street Suite 2400
Knoxville, TN 37929
865.637.7979

Dana_Hansen@fd.org

---

"Samuels, Brian (USAVAE)"      Dana - We have considered the postur...      02/08/2017 04:40:57 PM

| | |
|---|---|
| From: | "Samuels, Brian (USAVAE)" <Brian.Samuels@usdoj.gov> |
| To: | Dana Hansen <Dana_Hansen@fd.org> |
| Cc: | "Zick, Jeffrey (CRM)" <Jeffrey.Zick@usdoj.gov>, "McKeel, Lisa (USAVAE)" <Lisa.McKeel@usdoj.gov> |
| Date: | 02/08/2017 04:40 PM |
| Subject: | RE: David Runyon exhibits |

Dana – We have considered the posture of this matter as well as custodial issues of these exhibits and we would not be willing to agree to such a motion.  Thanks, BJS

Brian J. Samuels
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
Newport News Division
757-591-4032

**From:** Dana Hansen [mailto:Dana_Hansen@fd.org]
**Sent:** Monday, February 06, 2017 10:13 AM
**To:** Samuels, Brian (USAVAE) <BSamuels1@usa.doj.gov>
**Cc:** Zick, Jeffrey (CRM) <Jeffrey.Zick@usdoj.gov>; McKeel, Lisa (USAVAE) <LMcKeel@usa.doj.gov>
**Subject:** RE: David Runyon exhibits

I understand.  More than an eyeball review of the bullets is required for an expert examination.  Would you be willing to agree to a motion seeking a court order that provides for transporting the bullets to Mr. Nixon for a non-destructive examination?

Dana

_____

**Dana C. Hansen Chavis**
Asst. Federal Community Defender
FEDERAL DEFENDER SERVICES
  OF EASTERN TENNESSEE, INC.
800 South Gay Street Suite 2400
Knoxville, TN 37929
865.637.7979

Dana_Hansen@fd.org

"Samuels, Brian (USAVAE)" ---02/06/2017 09:37:51 AM---Dana – I checked with Agent Banks and understand that there is not laboratory or other examining equ

"Samuels, Brian (USAVAE)" ---02/06/2017 09:37:51 AM---Dana – I checked with Agent Banks and understand that there is not laboratory or other examining equ

From: "Samuels, Brian (USAVAE)" <Brian.Samuels@usdoj.gov>
To: Dana Hansen <Dana_Hansen@fd.org>
Cc: "Zick, Jeffrey (CRM)" <Jeffrey.Zick@usdoj.gov>, "McKeel, Lisa (USAVAE)" <Lisa.McKeel@usdoj.gov>
Date: 02/06/2017 09:37 AM
Subject: RE: David Runyon exhibits

Dana – I checked with Agent Banks and understand that there is not laboratory or other examining equipment available.  He could, however, review the exhibits at ATF offices.  Thanks, BJS

**From:** Dana Hansen [mailto:Dana_Hansen@fd.org]
**Sent:** Friday, February 03, 2017 5:02 PM
**To:** Samuels, Brian (USAVAE) <BSamuels1@usa.doj.gov>
**Cc:** Zick, Jeffrey (CRM) <Jeffrey.Zick@usdoj.gov>; McKeel, Lisa (USAVAE) <LMcKeel@usa.doj.gov>
**Subject:** Re: David Runyon exhibits

A review in Norfolk might work if there's equipment he can use. Do you know what  would be available for him to use?
Dana
Sent from my iPhone

On Feb 3, 2017, at 4:21 PM, Samuels, Brian (USAVAE) <Brian.Samuels@usdoj.gov> wrote:
> Dana – We'd have no issues with a review/inspection of the evidence locally here, as I believe we have done before, but we would not be in agreement with an examination where the exhibits are sent to Indiana.  Thanks, BJS

Attachment B                                             2

**From:** Dana Hansen [mailto:Dana_Hansen@fd.org]
**Sent:** Friday, February 03, 2017 3:08 PM
**To:** Samuels, Brian (USAVAE) <BSamuels1@usa.doj.gov>
**Cc:** Zick, Jeffrey (CRM) <Jeffrey.Zick@usdoj.gov>; McKeel, Lisa (USAVAE) <LMcKeel@usa.doj.gov>
**Subject:** RE: FW: David Runyon exhibits


Sorry I was too vague.  Mr. Nixon is in Indiana and would need to examine the bullets there.  My understanding is that the examination consists of taking measurements which requires several hours.  Does that work for you?

Dana

---

**Dana C. Hansen Chavis**
Asst. Federal Community Defender
FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.
800 South Gay Street Suite 2400
Knoxville, TN 37929

865.637.7979

Dana_Hansen@fd.org

<image001.jpg>"Samuels, Brian (USAVAE)" ---02/03/2017 02:57:20 PM---Dana -  Could you provide some clarification on this request please?  Do you mean to have your exper

<image001.jpg>"Samuels, Brian (USAVAE)" ---02/03/2017 02:57:20 PM---Dana -  Could you provide some clarification on this request please?  Do you mean to have your exper

From: "Samuels, Brian (USAVAE)" <Brian.Samuels@usdoj.gov>
To: Dana Hansen <Dana_Hansen@fd.org>
Cc: "Zick, Jeffrey (CRM)" <Jeffrey.Zick@usdoj.gov>, "McKeel, Lisa (USAVAE)" <Lisa.McKeel@usdoj.gov>
Date: 02/03/2017 02:57 PM
Subject: RE: FW: David Runyon exhibits


Dana –  Could you provide some clarification on this request please?  Do you mean to have your expert just inspect/review this evidence at ATF?  Thanks, BJS

**From:** Dana Hansen [mailto:Dana_Hansen@fd.org]
**Sent:** Friday, February 03, 2017 2:37 PM
**To:** Samuels, Brian (USAVAE) <BSamuels1@usa.doj.gov>
**Cc:** Zick, Jeffrey (CRM) <Jeffrey.Zick@usdoj.gov>; McKeel, Lisa (USAVAE) <LMcKeel@usa.doj.gov>
**Subject:** Re: FW: David Runyon exhibits


Brian,

Thanks for letting me know the bullets have been found.  I would like to arrange for my expert to examine them (no destructive testing).  What is the best way to go about doing that?

Thanks,

Attachment B                                    3

Dana

_____

**Dana C. Hansen Chavis**
Asst. Federal Community Defender
FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.
800 South Gay Street Suite 2400
Knoxville, TN 37929

865.637.7979

Dana_Hansen@fd.org

<image001.jpg>"Samuels, Brian (USAVAE)" ---02/02/2017 01:43:42 PM---Hey Dana - Hope you are well.  We wanted to advise that, per your below inquiry, ATF did recently lo

<image001.jpg>"Samuels, Brian (USAVAE)" ---02/02/2017 01:43:42 PM---Hey Dana - Hope you are well.  We wanted to advise that, per your below inquiry, ATF did recently lo

From: "Samuels, Brian (USAVAE)" <Brian.Samuels@usdoj.gov>
To: "Dana Hansen <Dana_Hansen@fd.org> (Dana_Hansen@fd.org)" <Dana_Hansen@fd.org>
Cc: "McKeel, Lisa (USAVAE)" <Lisa.McKeel@usdoj.gov>, "Zick, Jeffrey (CRM)" <Jeffrey.Zick@usdoj.gov>
Date: 02/02/2017 01:43 PM
Subject: FW: David Runyon exhibits

Hey Dana - Hope you are well.  We wanted to advise that, per your below
inquiry, ATF did recently locate government trial exhibits 5 and 22 (in
their marked packaging I believe) at the ATF offices in Norfolk.  Let us
know if we can provide additional information.  Best, BJS


Brian J. Samuels
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
Newport News Division
757-591-4032



-----Original Message-----
From: Dana Hansen [mailto:Dana_Hansen@fd.org]
Sent: Wednesday, October 05, 2016 8:42 AM
To: McKeel, Lisa (USAVAE) <LMcKeel@usa.doj.gov>
Subject: RE: David Runyon exhibits

Thanks for the information.  At this point it seems they are lost and
will not be found.
Take care,
Dana


_____

Dana C. Hansen Chavis
Asst. Federal Community Defender
FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

Attachment B                                                                          4

800 South Gay Street Suite 2400
Knoxville, TN 37929

865.637.7979

Dana_Hansen@fd.org


From: "McKeel, Lisa (USAVAE)" <Lisa.McKeel@usdoj.gov>
To: Dana Hansen <Dana_Hansen@fd.org>,
Date: 10/05/2016 07:51 AM
Subject: RE: David Runyon exhibits


Good morning Dana,
I apologize for not getting back to you sooner. I am almost positive
that Chip has not located the items. I emailed Chip but haven't heard
back from him yet.
Lisa

-----Original Message-----
From: Dana Hansen [mailto:Dana_Hansen@fd.org]
Sent: Monday, October 03, 2016 2:11 PM
To: McKeel, Lisa (USAVAE) <LMcKeel@usa.doj.gov>
Subject: David Runyon exhibits


Hi, Lisa.

In February, I think you and Agent Banks were looking for exhibits 5 &
22.
(Time has flown by)  Can you tell me the status of the exhibits?  Have
they been located?

Thanks,
Dana


_____
Dana C. Hansen Chavis
Asst. Federal Community Defender
FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.
800 South Gay Street Suite 2400
Knoxville, TN 37929

865.637.7979

Dana_Hansen@fd.org
----- Forwarded by Dana Hansen/TNEG/06/FDO on 10/03/2016 02:07 PM -----

From:  Dana Hansen/TNEG/06/FDO
To:   "McKeel, Lisa (USAVAE)" <Lisa.McKeel@usdoj.gov>,
Cc:   "Jahn, Margaret (USAVAE)" <Margaret.Jahn@usdoj.gov>, Michael
        Chavis <Michael_Chavis@fd.org>, "Banks, William J. (ATF)"
        <William.J.Banks@usdoj.gov>
Date:  02/01/2016 12:27 PM
Subject:  RE: Exhibits in Cory Voss Case....


Thanks.  Please let us know what you come up with.  Dana

```
==========================
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services
of Eastern Tennessee, Inc.
800 South Gay Street Suite 2400
Knoxville, TN 37929
865.637.7979 (office)
```

865.637.7999 (fax)

Dana_Hansen@fd.org (email)

```
From:  "McKeel, Lisa (USAVAE)" <Lisa.McKeel@usdoj.gov>
To:  Dana Hansen <Dana_Hansen@fd.org>,
Cc:  "Jahn, Margaret (USAVAE)" <Margaret.Jahn@usdoj.gov>, Michael
        Chavis <Michael_Chavis@fd.org>, "Banks, William J. (ATF)"
        <William.J.Banks@usdoj.gov>
Date:  02/01/2016 12:20 PM
Subject:  RE: Exhibits in Cory Voss Case....
```

Chip I still in the process of looking for it.

```
-----Original Message-----
From: Dana Hansen [mailto:Dana_Hansen@fd.org]
Sent: Monday, February 01, 2016 12:12 PM
To: McKeel, Lisa (USAVAE)
Cc: Jahn, Margaret (USAVAE); Michael Chavis; Banks, William J. (ATF)
Subject: RE: Exhibits in Cory Voss Case....
```

Thanks for this information. Are exhibits 5 and 22 still missing?  Dana

```
==========================
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services
of Eastern Tennessee, Inc.
800 South Gay Street Suite 2400
Knoxville, TN 37929
865.637.7979 (office)
```

865.637.7999 (fax)

Dana_Hansen@fd.org (email)

```
From:     "McKeel, Lisa (USAVAE)" <Lisa.McKeel@usdoj.gov>
To:     Michael Chavis <Michael_Chavis@fd.org>, "Banks,
William J.
        (ATF)" <William.J.Banks@usdoj.gov>,
Cc:     Dana Hansen <Dana_Hansen@fd.org>, "Jahn, Margaret
(USAVAE)"
        <Margaret.Jahn@usdoj.gov>
Date:     02/01/2016 11:59 AM
Subject:     RE: Exhibits in Cory Voss Case....
```

Mr. Chavis,
We have confirmed that exhibits 3 and 135 are maps located in the US
Atty's office in Newport News. Exhibits 237 and 238 are in the ATF vault
in Norfolk.
Lisa

-----Original Message-----
From: Michael Chavis [mailto:Michael_Chavis@fd.org]
Sent: Thursday, January 28, 2016 2:16 PM
To: Banks, William J. (ATF)
Cc: McKeel, Lisa (USAVAE); Dana Hansen
Subject: Exhibits in Cory Voss Case....


Agent Banks,

Lara Dabbene from the clerk's office gave us a list of exhibits that
were returned and being maintained by your office. That list consist of
exhibits 3, 5, 22, 135, 212, 212a, 213, 237, and 238. I looked at
exhibits 212 and
213 last week in your office. Exhibits 5 and 22 were not there. Can you
let us know if you have the other exhibits on this list. Those would be
3, 135,
237 and 238. Thanks so much.



Michael Chavis
Investigator
Federal Defender Services of Eastern Tennessee, Inc.
800 South Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979

Attachment B                                                    7