IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,            )
                                 )
        Petitioner               )        CRIMINAL ACTION NO.: 4:08cr16
                                 )        CIVIL ACTION NO.: 4:15cv108
v.                               )
                                 )
UNITED STATES OF AMERICA,        )
                                 )
        Respondent.              )

MOTION OF THE UNITED STATES FOR EXTENSION OF TIME
TO RESPOND TO PETITIONER'S MOTIONS (ECF NO. 566, 569, 570)

COMES NOW the United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Lisa R. McKeel and Brian J. Samuels, Assistant United States Attorneys, and Jeffrey A. Zick, Special Assistant United States Attorney, and respectfully requests an extension of time in which to respond to the following motions filed by the petitioner, DAVID ANTHONY RUNYON: (1) *Motion to Alter or Amend Judgment Under Fed. R. Civ. P. 59(e)* (ECF No. 566); (2) *Motion to Hold Petitioner's Rule 59(e) Motion in Abeyance* (ECF No. 569); and (3) *Third Motion for Discovery* (ECF No. 570). For the reasons to follow, the United States seeks an extension of time until March 31, 2017, in which to file a response to each of the aforementioned motions.

1.      On October 5, 2015, the petitioner filed a *Motion to Vacate under 28 U.S.C. § 2255* ("the 2255 motion"), challenging his convictions and sentence. (ECF No. 478). The petitioner has also filed various other motions, seeking discovery. Following extensive briefing by the petitioner and the United States, the Court denied the 2255 motion in a comprehensive opinion issued on January 19, 2017.

1

2.      On February 16, 2017, the petitioner filed a *Motion to Alter or Amend Judgment Under Fed. R. Civ. P. 59(e)*, along with an accompanying twenty-one page memorandum or law. (ECF Nos. 566, 567) ("the Rule 59(e) motion").  The Rule 59(e) motion alleges various legal errors in the Court's denial of the 2255 motion.  Although much of this motion appears to cover the same territory as the 2255 motion, the United States requests the opportunity to properly respond.  Doing so may require reference to the various relevant pleadings, including the 2255 motion, the United States response thereto and the Court's opinion as well as to the developed record in this case.  Given the comprehensive nature of these pleadings and the record, the United States will require additional time to review and respond.

3.      In a related pleading, on February 22, 2017, the petitioner filed a *Motion to Hold Petitioner's Rule 59(e) Motion in Abeyance* (ECF No. 569).  This motion seeks to hold the Rule 59(e) motion in abeyance pending the outcome of a case currently before the Supreme Court.  The United States can respond to this motion as it addresses the Rule 59(e) motion.

4.      Finally, on February 24, 2017, the petition filed a *Third Motion for Discovery* (ECF No. 570), seeking to conduct a forensic examination of evidence introduced at trial.

5.      In the time that the petitioner has filed these three motions, counsel for the United States have been engaged in other litigation, including various sentencings and other capital litigation.  In the next month, counsel for the United States will be engaged in out of town training and in a trial beginning March 21st (*United States v. Birchette*, 4:16cr57).  In order to properly review and coordinate responses for these three motions, the United States respectfully additional time to file any responses.

6.      Counsel for the United States has communicated with counsel for the petitioner and understands there is no objection to the requested extension.

2

Accordingly, the United States respectfully requests an extension of time until March 31, 2017, to file responses to the aforementioned motions of the petitioner.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____ /s/

Lisa R. McKeel
Assistant United States Attorneys
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Ph:  (757) 591-4000
Fax: (757) 591-0866
Email: Lisa.McKeel@usdoj.gov

By: _____ /s/

Brian J. Samuels
Assistant United States Attorneys
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Ph:  (757) 591-4000
Fax: (757) 591-0866
Email: Brian.Samuels@usdoj.gov

By: _____ /s/ _____

Jeffrey A. Zick
Special Assistant United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
21 Lakefront Commons
Newport News, Virginia 23606

3

Phone: 757/591-4000
Fax: 757/591-0866
Email: Jeffrey.Zick@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on March 1, 2017, I electronically filed a copy of the foregoing with the

Clerk of the Court using the CM/ECF system who will send notice of such filing to the following

ECF users:

**Michele Jill Brace**
Virginia Capital Representation Resource Center
2421 Ivy Rd., Suite 301
Charlottesville, VA  22903
Ph:  434-817-2970, 202-223-6380
Email: mbrace@mindsort.com

**Dana Catherine Hansen Chavis**
Federal Defender Services of Eastern Tennessee, Inc.
800 S. Gay St, Suite 2400
Knoxville, TN  37929
Ph:  (865) 637-7979
Fax:  (865) 637-7999
Email:  dana_hansen@fd.org

By:         /s/
Lisa R. McKeel
Brian J. Samuels
Assistant United States Attorneys
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757-591-4000
Fax: 757-591-0866
Email: Lisa.McKeel@usdoj.gov
Email: Brian.Samuels@usdoj.gov