IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,        )
                             )
        Petitioner           )        CRIMINAL ACTION NO.: 4:08cr16
                             )        CIVIL ACTION NO.: 4:15cv108
v.                           )
                             )
UNITED STATES OF AMERICA,     )
                             )
        Respondent.          )

## ORDER

This matter comes before the Court on the motion of the United States for an extension of time to respond to the following motions filed by the petitioner, DAVID ANTHONY RUNYON: (1) *Motion to Alter or Amend Judgment Under Fed. R. Civ. P. 59(e)* (ECF No. 566); (2) *Motion to Hold Petitioner's Rule 59(e) Motion in Abeyance* (ECF No. 569); and (3) *Third Motion for Discovery* (ECF No. 570). The United States seeks an extension of time until March 31, 2017, in which to file responses to all three of the aforementioned motions.

The petitioner does not object to the requested extension. Accordingly, and for good cause shown, the Court grants the motion of the United States for an extension of time.

IT IS HEREBY ORDERED that the United States shall be granted an extension of time, until March 31, 2017, within which to file responses to the three aforementioned motions of the petitioner.

Date:_____
Norfolk, Virginia                          _____
                                           CHIEF UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

DANA J. BOENTE
UNITED STATES ATTORNEY


By:                    /s/
        Lisa R. McKeel
        Brian J. Samuels
        Assistant United States Attorneys
        Jeffrey A. Zick
        Special Assistant United States Attorney