IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Petitioner | ) | CRIMINAL ACTION NO.: 4:08cr16 |
| | ) | CIVIL ACTION NO.: 4:15cv108 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ADDENDUM TO RESPONSE OF THE UNITED STATES TO PETITIONER'S MOTION TO ALTER OR AMEND UNDER FED. R. CIV. P. 59(e) AND PETITIONER'S MOTION IN ABEYANCE

COMES NOW the United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Lisa R. McKeel and Brian J. Samuels, Assistant United States Attorneys, and Jeffrey A. Zick, Special Assistant United States Attorney, and submits this Addendum to the Response of the United States (ECF 573) to Petitioner's Motion to Alter or Amend the Judgment under Fed. R. Civ. P. 59(e) (ECF 567) and Motion to hold Petitioners' Rule 59 (e) in Abeyance (ECF 569), filed by DAVID ANTHONY RUNYON ("Petitioner").

In submitting its Response to the Petitioner's Rule 59(e) Motion on March 31, 2017, the United States does not waive any *Teague* retroactivity arguments that were previously offered in its Response to the Petitioner's amended Section 2255 motion, which Response was filed on April 22, 2016. (ECF 536). Specifically, as to Claim 9 of his amended Section 2255 motion that is addressed further in the Response to the Rule 59(e) motion, the United States submits that

1

Petitioner's argument is barred under the retroactivity analysis set forth in *Teague v. Lane*, 489

U.S. 288, 310 (1989).

DANA J. BOENTE
UNITED STATES ATTORNEY

By:  _____/s/_____

Lisa R. McKeel
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Ph:  (757) 591-4000
Fax: (757) 591-0866
Email: Lisa.McKeel@usdoj.gov

By:  _____/s/_____

Brian J. Samuels
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Ph:  (757) 591-4000
Fax: (757) 591-0866
Email: Brian.Samuels@usdoj.gov

By: _____/s/_____

Jeffrey A. Zick
Special Assistant United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
21 Lakefront Commons
Newport News, Virginia 23606
Phone: 757/591-4000
Fax: 757/591-0866
Email: Jeffrey.Zick@usdoj.gov

2

CERTIFICATE OF SERVICE

I certify that on March 31, 2017, I electronically filed a copy of the foregoing with the

Clerk of the Court using the CM/ECF system who will send notice of such filing to the following

ECF users:

**Michele Jill Brace**
Virginia Capital Representation Resource Center
2421 Ivy Rd., Suite 301
Charlottesville, VA  22903
Ph:  434-817-2970, 202-223-6380
Email: mbrace@mindsort.com


**Dana Catherine Hansen Chavis**
Federal Defender Services of Eastern Tennessee, Inc.
800 S. Gay St, Suite 2400
Knoxville, TN  37929
Ph:  (865) 637-7979
Fax:  (865) 637-7999
Email:  dana_hansen@fd.org


By:                      /s /
    Brian J. Samuels
    Assistant United States Attorney
    Attorney for the United States
    United States Attorney's Office
    Fountain Plaza Three, Suite 300
    721 Lakefront Commons
    Newport News, VA 23606
    Ph:  (757) 591-4000
    Fax: (757) 591-0866
    Email: Brian.Samuels@usdoj.gov