**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Petitioner, | ) | No. 4:15-cv-108 |
| | ) | Original Criminal No. 4:08-cr-16-3 |
| v. | ) | CAPITAL §2255 PROCEEDINGS |
| | ) | HON. REBECCA BEACH SMITH |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE**
**IN OPPOSITION TO THIRD MOTION FOR DISCOVERY**

Runyon submits this brief reply to the Government's opposition to his third discovery

motion that requests access to the bullets and bullet jacket for non-destructive examination by his

expert. ECF No. 570, Third Motion for Discovery.

The conclusory argument in opposition that "[t]here was nothing unreliable about the

validity" of the analysis performed on the bullets or the trial testimony (ECF No. 574, p.6)

contradicts the Justice Department's acknowledgment that there are wide-spread testimonial

inaccuracies of forensic examiners, including firearms/ballistics examiners. ECF No. 533, pp.4-

5. Runyon previously provided scholarship and studies on the unscientific nature of ballistics and

toolmark comparison and testimony. ECF No. 533, pp.3-5 & ECF No. 533-1, 533-2 and 533-3.

The declaration of John Nixon addresses issues regarding the testimony presented in Runyon's

case. ECF No. 545-1; see also ECF No. 530, pp.4-5 (discussing inaccuracies in the forensic

evidence presented at his trial).

The Government states that the discovery request should be denied for the same reasons

that the Court previously denied discovery of the ballistics examination records and denied

Runyon's IAC claim based on deficiencies regarding the ballistics evidence. Counsel is unable to

address those rulings without access to the information relied upon by the Court. See ECF Nos.

564 & 565 (motion for access).

Respectfully Submitted,

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
  Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

Dated: April 6, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2017, I have electronically filed the foregoing Petitioner's Reply to the Government's Response in Opposition to Third Motion for Discovery filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

*Counsel for Petitioner*
*David Anthony Runyon*

3