**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

DAVID ANTHONY RUNYON,        )
                             )
          Petitioner,        )      No. 4:15-cv-108
                             )      Original Criminal No. 4:08-cr-16-3
          v.                 )      CAPITAL §2255 PROCEEDINGS
                             )      HON. REBECCA BEACH SMITH
UNITED STATES OF AMERICA,    )
                             )
          Respondent.        )

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF RUNYON'S**
**MOTION TO ALTER OR AMEND JUDGMENT UNDER FED. R. CIV. P. 59(e)**

Petitioner David Runyon, by counsel, respectfully submits as authority in support of altering the Court's Opinion of January 19, 2017 (ECF No. 560) a recent order by the United States Supreme Court granting certiorari on the lawfulness of the Government's warrantless seizure and search of historical cell phone records revealing the location and movements of a cell phone user. *Carpenter v. United States*, No. 16-402, 2017 WL 2407484 (June 5, 2017) (Mem). It is also noteworthy that the Supreme Court is holding a petition for a writ of certiorari to the Fourth Circuit Court of Appeals that presents the same issue.[1] *United States v. Graham*, 824 F.3d 421 (4th Cir. 2016 (en banc), *petition for cert. filed*, Graham *v. United States*, No. 16-6308.

Runyon alleged trial counsel was ineffective for failing to challenge the scientific validity of testimony from an investigator with the U.S. Attorney's office

---

[1] Runyon's §2255 Reply noted that the Fourth Circuit in *Graham* stated that cell site location information does not provide the specific location of an individual. (ECF No. 551, p.28 n.14).

which asserted that cellphone signals from the co-defendant's phone to cell towers indicated that the co-defendant was travelling away from the scene at the time of the crime. (Amended §2255 Motion, ECF No. 511, pp.29-31; Exhibit 14, Expert Cell Phone Tracking Evidence, ECF No. 511-14; §2255 Reply, ECF No. 551, pp.28-32; Exhibit 3, Declaration of Joseph J. Kennedy, ECF No. 551-3). The investigator's testimony was prejudicial because he said that the co-defendant was at home during the time of the crime and the prosecution argued Runyon alone committed the actual shooting.

Although the Court has initially rejected Runyon's expert declaration and denied this claim (Opinion, ECF No. 560-1, p.58), the Supreme Court will shortly rule upon the constitutionality of obtaining cell site location information without a warrant. Runyon has alleged that the testimony based on cell site location information is unreliable and inadmissible and that his Sixth Amendment right to effective counsel was violated when counsel failed to challenge that testimony. Now, the Supreme Court seems ready to determine whether, when that information is obtained without a warrant, there is a Fourth Amendment violation. This Court should, therefore, await a decision from the Supreme Court before ruling upon Runyon's motion to alter or amend. *See Rosenberg v. United States*, 346 U.S. 273, 321 (1953) (Douglas, J., dissenting) ("It is … important that before we allow human lives to be snuffed out we be sure—emphatically sure—that we act within the law.").

{2}

Respectfully Submitted,

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
   Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
   Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

Dated: June 6, 2017

{3}

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2017, I have electronically filed the foregoing Notice of Supplemental Authority in Support of Runyon's Motion to Alter or Amend Judgment Under Fed. R. Civ. P. 59(e) with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

*Counsel for Petitioner*
*David Anthony Runyon*

{4}