IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,                    )
                                         )
        Petitioner                       )    CRIMINAL ACTION NO.: 4:08cr16
                                         )    CIVIL ACTION NO.: 4:15cv108
v.                                       )
                                         )
UNITED STATES OF AMERICA,                )
                                         )
        Respondent.                      )

**RESPONSE OF THE UNITED STATES TO PETITIONER'S NOTICE OF
SUPPLEMENTAL AUTHORITY IN SUPPORT OF RUNYON'S MOTION TO ALTER
OR AMEND JUDGMENTUNDER FED. R. CIV. P. 59(e)**

COMES NOW the United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Lisa R. McKeel and Brian J. Samuels, Assistant United States Attorneys, and Jeffrey A. Zick, Special Assistant United States Attorney, and submits this Response to Petitioner's Notice of Supplemental Authority in Support of Petitioner's Motion to Alter or Amend Judgment Under Fed. R. Civ. P. 59(e), filed by DAVID ANTHONY RUNYON ("Petitioner"). (ECF 581)

Petitioner asks this Court to delay ruling on his Motion to Alter or Amend the Judgment based on the Supreme Court's decision to grant review in *Carpenter v. United States*, No. 16–402, 2017 WL 2407484 (June 5, 2017) (Mem). The sole issue presented in *Carpenter* is whether the warrantless search and seizure of historical cell-site location records violates the Fourth Amendment.

In his amended § 2255 motion, Petitioner alleged that his trial counsel was constitutionally ineffective for failing to challenge the scientific validity of the cell-site location evidence presented by the government at trial. ECF 511 at 29–31. He did not challenge the government's acquisition

1

of cell-site location records as in *Carpenter*. This Court denied Petitioner's claim that trial counsel was ineffective in handling the cell tower evidence. ECF 560 at 58.

There is no reason for this Court to delay deciding the issues presented in Petitioner's Rule 59(e) motion. The Fourth Amendment issue presented in *Carpenter* is unrelated to the Sixth Amendment claim Petitioner raised in his amended § 2255 motion regarding cell-site location evidence. Petitioner did not challenge the government's acquisition of historical cell-site location records, he only raised a claim that trial counsel failed to challenge the scientific validity of such evidence. The Supreme Court's decision in *Carpenter* will thus have no effect on this Court's resolution of Petitioner's ineffective assistance of counsel claim.

Likewise, *Carpenter* will have no effect on this collateral proceeding because Fourth Amendment claims are not cognizable on collateral review as long as the defendant had a "full and fair" opportunity to litigate the claim on direct appeal. *Stone v. Powell*, 428 U.S. 465, 494–95 (1976). Petitioner did not raise a Fourth Amendment claim on direct appeal and, thus, cannot collaterally raise a claim similar to the one in *Carpenter* in his § 2255 proceeding. *Bousley v. United States*, 523 U.S. 614, 621 (1998).

For the above reasons, this Court should deny Petitioner's request to await a decision in *Carpenter* before deciding his Rule 59(e) motion.

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____/s/_____
Lisa R. McKeel
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606

2

Ph:  (757) 591-4000
Fax: (757) 591-0866
Email: Lisa.McKeel@usdoj.gov


By:            /s/
    Brian J. Samuels
    Assistant United States Attorney
    Attorney for the United States
    United States Attorney's Office
    Fountain Plaza Three, Suite 300
    721 Lakefront Commons
    Newport News, VA 23606
    Ph:  (757) 591-4000
    Fax: (757) 591-0866
    Email: Brian.Samuels@usdoj.gov


By:            /s/
    Jeffrey A. Zick
    Special Assistant United States Attorney
    Attorney for the United States
    United States Attorney's Office
    Fountain Plaza Three, Suite 300
    21 Lakefront Commons
    Newport News, Virginia 23606
    Phone: 757/591-4000
    Fax: 757/591-0866
    Email: Jeffrey.Zick@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on June 8, 2017, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system.  I further certify that I caused a true and correct copy of the foregoing to be mailed to the following non-ECF user:

**Michele Jill Brace**
Virginia Capital Representation Resource Center
2421 Ivy Rd., Suite 301
Charlottesville, VA  22903
Ph:  434-817-2970, 202-223-6380
Email: mbrace@mindsort.com

**Dana Catherine Hansen Chavis**
Federal Defender Services of Eastern Tennessee, Inc.
800 S. Gay St, Suite 2400
Knoxville, TN  37929
Ph:  (865) 637-7979
Fax:  (865) 637-7999
Email:  dana_hansen@fd.org

By: _____/s /_____

Jeffrey A. Zick
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757-591-4000
Fax: 757-591-0866
Email: Jeffrey.Zick@usdoj.gov

4