UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

    Petitioner,

                                        CIVIL NO. 4:15cv108
    v.                        [ORIGINAL CRIMINAL NO. 4:08cr16-3]

UNITED STATES OF AMERICA,

    Respondent.

## RECORD NOTATION ORDER

This matter comes before the court on the Notice of Supplemental Authority filed by the Petitioner on June 6, 2017. ECF No. 581.[1] Said supplemental authority is noted for the record and requires no action on the part of this court.[2] All previous Opinions, Orders, and rulings of the court remain in full force and effect, with attendant appellant deadlines running.

The Clerk is **DIRECTED** to send a copy of this Record Notation Order to counsel for the parties.

---

[1] The United States responded to the Notice of Supplemental Authority on June 8, 2017. ECF No. 582. See infra note 2 and accompanying text.

[2] The court has already ruled on the Petitioner's Rule 59(e) Motion in its Memorandum Order of April 27, 2017, ECF No. 579, and the court agrees with the United States that the Supreme Court's decision to grant review in Carpenter v. United States, No. 16-402, 2017 WL 2407484 (June 5, 2017) is not applicable to, and has no effect on, this court's resolution of the Petitioner's Rule 59(e) Motion.

2

**IT IS SO ORDERED.**

_____/s/_____
Rebecca Beach Smith
Chief Judge
_____
REBECCA BEACH SMITH
CHIEF JUDGE

June 16, 2017

2