2255,CLOSED,DEATHP

# U.S. District Court
## Eastern District of Virginia - (Newport News)
### CRIMINAL DOCKET FOR CASE #: 4:08-cr-00016-RBS-DEM-3

Case title: USA v. Voss et al
Related  Case: 4:15-cv-00108-RBS

Date Filed: 02/13/2008
Date Terminated: 12/04/2009

Assigned to: Chief District Judge
Rebecca Beach Smith
Referred to: Magistrate Judge Douglas
E. Miller

Appeals court case number: '09-11'
'Beth Walton, Case Manager'

**Defendant (3)**

**David Anthony Runyon**
*TERMINATED: 12/04/2009*

represented by **Michele Jill Brace**
Virginia Capital Representation
Resource Center
2421 Ivy Rd
Suite 301
Charlottesville, VA 22903
434-817-2970 202-223-6380
Email: mbrace@mindsort.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Dana Catherine Hansen Chavis**
Federal Defender Services of Eastern
Tennessee, Inc.
800 S. Gay St
Suite 2400
Knoxville, TN 37929
**NA**
(865) 637-7979
Fax: (865) 637-7999
Email: dana_hansen@fd.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jennifer Tope Stanton**
J. T. Stanton, P. C.

Attachment A

| | | |
|---|---|---|
| | | MEMORANDUM ORDER Granting 546 Motion to Seal as to David Anthony Runyon (3). The Petitioner's Motion to Seal is GRANTED, and the Clerk is ORDERED to file Runyon's reply to Claim S2 under seal, with access granted to the United States Attorney at Newport News. Signed by Chief District Judge Rebecca Beach Smith and filed on 7/7/16. Copies distributed to all parties 7/7/16. (ldab, ) (Entered: 07/07/2016) |
| 07/07/2016 | 550 | ORDER Granting 547 Motion for Leave to File Excess Pages as to David Anthony Runyon (3). This matter comes before the court on the Petitioner's Unopposed Motion for Permission to File a Reply in Excess of the Page Limit Under the Local Rules, filed on July 7, 2016. For good cause shown, the court GRANTS the Motion. IT IS SO ORDERED. Signed by Chief District Judge Rebecca Beach Smith and filed on 7/7/16. Copies distributed to counsel for the Defendant and to the United States Attorney at Newport News 7/7/16. (ldab, ) (Entered: 07/07/2016) |
| 07/07/2016 | 551 | REPLY TO RESPONSE to by David Anthony Runyon re 536 Response *of the United States to Amended Motion to Vacate, Set Aside, or Correct Sentence* (Attachments: # 1 Exhibit 1: Stephen Hudgins Declaration, # 2 Exhibit 2: John Nixon Declaration, # 3 Exhibit 3: Joseph Kennedy Declaration, # 4 Exhibit 4: S. Hudgins Calendar from Appointment to Runyon's Case to Beginning of Trial, # 5 Exhibit 5: USA Strikes of Black Veniremen Fisher Exact Test) (Brace, Michele) (Entered: 07/07/2016) |
| 07/12/2016 | 552 | ORDER: The court DIRECTS the Clerk to prepare a subpoena duces tecum directing the Virginia Department of Forensic Science to produce under seal to the Clerk, on or before July 22, 2016, all records related to the above-captioned case, with corresponding FS Lab #T07-4553, for in camera review by the court. These records shall be maintained under seal, absent further action by the court. The subpoena shall be served by certified mail on the following: as to David Anthony Runyon. Signed by Chief District Judge Rebecca Beach Smith and filed on 7/12/16. Copies distributed to counsel for the Petitioner and the United States Attorney at Newport News 7/12/16. (ldab, ) (Entered: 07/12/2016) |
| 07/13/2016 | 553 | Issued subpoena duces tecum and served by certified mail on Amy M. Curtis, Department Counsel Virginia Department of Forensic Science 700 North 5th Street Richmond, Virginia 23219. (Attachments: # 1 Order, # 2 Certified Mail Receipt) (ldab, ) (Entered: 07/13/2016) |
| 07/20/2016 | 554 | Certified Mail Receipt received for Subpoena Duces Tecum issued to Amy M. Curtis, with Virginia Department of Forensic Science (signed by S. Graves on July 18, 2016) as to David Anthony Runyon. (ldab, ) (Entered: 07/20/2016) |
| 07/26/2016 | 555 | ORDER as to David Anthony Runyon. The court DIRECTS the United States Attorney to file ex parte and under seal the grand jury testimony of Chad Costa, for in camera review by the court, on or before August 1, 2016. IT IS SO ORDERED. Signed by Chief District Judge Rebecca Beach Smith and filed on 7/26/16. Copies distributed to counsel for the Petitioner and the United States Attorney at Newport News 7/26/16. (ldab, ) (Entered: 07/26/2016) |
| 01/19/2017 | 560 | |

Attachment A

| | | |
|---|---|---|
| | | OPINION re: 478 Motion to Vacate (2255) ; 491 First MOTION for Discovery ; 511 Motion to Vacate (2255); 530 Second Motion for Discovery as to David Anthony Runyon (3). For the reasons stated herein, the Petitioner's First and Second Motions for Discovery are DENIED, and the Motion to Vacate brought pursuant to 28 U.S.C. § 2255 is DENIED. The court declines to issue a certificate of appealability for the reasons stated in this Opinion. IT IS SO ORDERED. Signed by Chief District Judge Rebecca Beach Smith and filed on 1/19/17. Copies distributed to counsel for the Petitioner and to the United States Attorney at Newport News 1/19/17. (Attachments: # 1 Opinion Part 2, # 2 Opinion Part 3, # 3 Opinion Part 4, # 4 Opinion Part 5, # 5 Exhibit A, # 6 Exhibit B, # 7 Exhibit C, # 8 Exhibit D) (ldab, Civil Case 4:15-cv-00108-RBS closed. (Entered: 01/19/2017) |
| 01/20/2017 | 561 | CLERK'S JUDGMENT. Signed by Clerk on 1/19/17 and filed 1/20/17. Copies distributed to all parties 1/20/17. (ldab, ) (Entered: 01/20/2017) |
| 02/01/2017 | 564 | MOTION for Access to Materials Subpoenaed and Filed Under Seal re 552 Order,, 555 Order, by David Anthony Runyon. (Brace, Michele) (Entered: 02/01/2017) |
| 02/01/2017 | 565 | Memorandum in Support by David Anthony Runyon re 564 MOTION for Access to Materials Subpoenaed and Filed Under Seal re 552 Order,, 555 Order, (Brace, Michele) (Entered: 02/01/2017) |
| 02/16/2017 | 566 | MOTION TO ALTER OR AMEND JUDGMENT UNDER FED. R. CIV. P. 59(e) re: 560 Order on Motion to Vacate (2255),, Order on Motion for Discovery,,,,,,,,,, 561 CLERK'S JUDGMENT *Under Fed. R. Civ. P. 59(e)* by David Anthony Runyon. (Brace, Michele) (Entered: 02/16/2017) |
| 02/16/2017 | 567 | Memorandum in Support by David Anthony Runyon re 566 MOTION to Amend/Correct 560 Order on Motion to Vacate (2255),, Order on Motion for Discovery,,,,,,,,,, 561 CLERK'S JUDGMENT *Under Fed. R. Civ. P. 59(e)* (Attachments: # 1 Attachment A: Paula Dalton Declaration 2/4/17)(Brace, Michele) (Entered: 02/16/2017) |
| 02/21/2017 | 568 | ORDER Denying 564 MOTION for Access to Materials Subpoenaed and Filed Under Seal as to David Anthony Runyon. Accordingly, the court DENIES the Petitioner's Motion for Access to Materials with respect to the grand jury testimony of Chad Costa. For the reasons stated herein, the Petitioner's Motion for Access to Materials Subpoenaed and Filed under Seal, ECF No. 564, is DENIED. The Petitioner has simply received all documents to which he is entitled, and the court finds no reason to revisit its previous rulings. Signed by Chief District Judge Rebecca Beach Smith and filed on 2/21/17. Copies distributed to counsel for the Petitioner and to the United States Attorney at Newport News 2/21/17. (ldab, ) (Entered: 02/21/2017) |
| 02/22/2017 | 569 | MOTION to Hold Petitioner's Rule 59(e) Motion in Abeyance and Incorporated Memorandum in Support re 567 Memorandum in Support of Motion, 566 MOTION to Amend/Correct 560 Order on Motion to Vacate (2255),, Order on Motion for Discovery,,,,,,,,,,, 561 CLERK'S JUDGMENT *Under Fed. R. Civ. P. 59(e)* by David Anthony Runyon. (Brace, Michele) (Entered: 02/22/2017) |

Attachment A

| 02/24/2017 | 570 | Third MOTION for Discovery *and Consolidated Memorandum of Law* by David Anthony Runyon. (Attachments: # 1 Attachment A: Declaration of John Nixon, # 2 Attachment B: Email string regarding examination of bullets) (Brace, Michele) (Entered: 02/24/2017) |
|---|---|---|
| 03/01/2017 | 571 | MOTION for Extension of Time to File Response/Reply as to 569 MOTION to Hold Petitioner's Rule 59(e) Motion in Abeyance and Incorporated Memorandum in Support re 567 Memorandum in Support of Motion, 566 MOTION to Amend/Correct 560 Order on Motion to Vacate (2255),, Order on Motion for Discovery, 566 MOTION to Amend/Correct 560 Order on Motion to Vacate (2255),, Order on Motion for Discovery,,,,,,,,,, 561 CLERK'S JUDGMENT *Under Fed. R. Civ. P. 59(e)*, 570 Third MOTION for Discovery *and Consolidated Memorandum of Law* by USA as to David Anthony Runyon. (Attachments: # 1 Proposed Order)(Samuels, Brian) (Entered: 03/01/2017) |
| 03/01/2017 | 572 | ORDER Granting 571 Motion for Extension of Time to File Response/Reply as to David Anthony Runyon (3). IT IS HEREBY ORDERED that the United States shall be granted an extension of time, until March 31,2017, within which to file responses to the three aforementioned motions of the petitioner. Signed by Chief District Judge Rebecca Beach Smith and filed on 3/1/17. Copies distributed to all parties 3/1/17. (ldab, ) (Entered: 03/01/2017) |
| 03/31/2017 | 573 | RESPONSE in Opposition by USA as to David Anthony Runyon re 569 MOTION to Hold Petitioner's Rule 59(e) Motion in Abeyance and Incorporated Memorandum in Support re 567 Memorandum in Support of Motion, 566 MOTION to Amend/Correct 560 Order on Motion to Vacate (2255),, Order on Motion for Discovery, 566 MOTION to Amend/Correct 560 Order on Motion to Vacate (2255),, Order on Motion for Discovery,,,,,,,,,, 561 CLERK'S JUDGMENT *Under Fed. R. Civ. P. 59(e)* (Zick, Jeffrey) (Entered: 03/31/2017) |
| 03/31/2017 | 574 | RESPONSE to Motion by USA as to David Anthony Runyon re 570 Third MOTION for Discovery *and Consolidated Memorandum of Law* (Samuels, Brian) (Entered: 03/31/2017) |
| 03/31/2017 | 575 | Supplemental Memorandum by USA as to David Anthony Runyon re 566 MOTION to Amend/Correct 560 Order on Motion to Vacate (2255),, Order on Motion for Discovery,,,,,,,,,, 561 CLERK'S JUDGMENT *Under Fed. R. Civ. P. 59(e)* (Samuels, Brian) (Entered: 03/31/2017) |
| 04/06/2017 | 576 | REPLY TO RESPONSE to by David Anthony Runyon re 574 Response to Motion, 570 Third MOTION for Discovery *and Consolidated Memorandum of Law* (Brace, Michele) (Entered: 04/06/2017) |
| 06/06/2017 | 581 | NOTICE *of Supplemental Authority in Support* by David Anthony Runyon re 566 MOTION to Amend/Correct 560 Order on Motion to Vacate (2255),, Order on Motion for Discovery,,,,,,,,,, 561 CLERK'S JUDGMENT *Under Fed. R. Civ. P. 59(e)* (Brace, Michele) (Entered: 06/06/2017) |
| 06/08/2017 | 582 | RESPONSE by USA as to David Anthony Runyon re 581 Notice (Other), (Zick, Jeffrey) (Entered: 06/08/2017) |
| 06/16/2017 | 583 | |

## Attachment A

RECORD NOTATION ORDER re: 581 NOTICE of Supplemental Authority in Support by David Anthony Runyon. This matter comes before the court on the Notice of Supplemental Authority filed by the Petitioner on June 6, 2017. ECF No. 581. Said supplemental authority is noted for the record and requires no action on the part of this court. All previous Opinions, Orders, and rulings of the court remain in full force and effect, with attendant appellant deadlines running. Signed by Chief District Judge Rebecca Beach Smith and filed on 6/16/17. Copies distributed to all parties 6/16/17. (ldab, ) (Entered: 06/16/2017)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/16/2017 17:10:55 | | | |
| PACER Login: | va0083:2657503:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:08-cr-00016-RBS-DEM |
| Billable Pages: | 30 | Cost: | 3.00 |

Attachment A