Activity in Case 4:08-cr-00016-RBS-DEMVAED USA v. Voss et al Order on Ex Parte cmecf
to:
Courtmail
06/19/2017 04:04 PM
Bcc:
Dana Hansen
Hide Details
From: cmecf@vaed.uscourts.gov
To: Courtmail@vaed.uscourts.gov
Bcc: Dana Hansen/TNEG/06/FDO
History: This message has been forwarded.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Eastern District of Virginia -

## Notice of Electronic Filing

The following transaction was entered on 04/27/2017 at 5:17:15 PM EDT and filed on 04/27/2017
**Case Name:**      USA v. Voss et al
**Case Number:**    4:08-cr-00016-RBS-DEM
**Filer:**
**WARNING: CASE CLOSED on 12/04/2009**
**Document Number:** 579

**Docket Text:**
**MEMORANDUM ORDER re: [566] MOTION TO ALTER OR AMEND JUDGMENT UNDER FED. R. CIV. P. 59(e) as to David Anthony Runyon (3); [569] MOTION to Hold Petitioner's Rule 59(e) Motion in Abeyance and Incorporated Memorandum in Support as to David Anthony Runyon (3); [570]Third MOTION for Discovery and Consolidated Memorandum of Law as to David Anthony Runyon (3). The Petitioner's Rule 59 Motion, Abeyance Motion, and Discovery Motion are DENIED. The court declines to issue a certificate of appealability for the reasons stated herein, and in the § 2255 Opinion. IT IS SO ORDERED. Signed by Chief District Judge Rebecca Beach Smith and filed on 4/27/17. Copies distributed to counsel for the Petitioner and to the United States Attorney at Newport News 4/27/17. (ldab, )**

**4:08-cr-00016-RBS-DEM- 3 Notice has been electronically mailed to:**

Attachment C

Lisa Rae McKeel     Lisa.McKeel@usdoj.gov, usavae.nnews.ecf.crim@usdoj.gov

Michele Jill Brace     mbrace@mindsort.com

Brian James Samuels     brian.samuels@usdoj.gov, USAVAE.NNEWS.ECF.CRIM@usdoj.gov

Dana Catherine Hansen Chavis     dana_hansen@fd.org

**4:08-cr-00016-RBS-DEM- 3 Notice has been delivered by other means to:**

Blair C. Perez
United States Attorney's Office
101 W Main St
Suite 8000
Norfolk, VA 23510
NA

Gerald Thomas Zerkin
Gerald T. Zerkin
Attorney at Law
2025 E. Main Street
Suite 108
Richmond, VA 23223

James Stephen Ellenson
Law Office of James Stephen Ellenson
2600 Washington Ave
Suite 1007
Newport News, VA 23607

Jeffrey A. Swartz
Swartz, Taliaferro, Swartz & Goodove, P.C.
220 West Freemason St
Norfolk, VA 23510

Jeffrey A. Zick
United States Attorney Office - Newport News
Fountain Plaza Three
721 Lake Front Commons
Suite 300
Newport News, VA 23606
**NA**

Katherine Siereveld
USP Terre Haute
4700 Bureau Road South
Terre Haute, IN 47802

Larry Mark Dash
Office of the Federal Public Defender
150 Boush St

Attachment C

Suite 403
Norfolk, VA 23510

Paul Geoffrey Gill
Office of the Federal Public Defender (Richmond)
701 E Broad Street
Suite 3600
Richmond, VA 23219

Timothy Gerard Clancy
Clancy & Walter PLLC
544 Settlers Landing Rd
Hampton, VA 23669

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091796605 [Date=4/27/2017] [FileNumber=7176551-0
] [9baf85e169de103a3b1ac62af4839c723bb7316391a4869f73b19dcb12678c6ab35
c75a63c486175eef63157806ef3e98728c1c9218ecb328e6c4e9f487854b9]]

*This is a re-generated NEF. Created on 6/19/2017 at 4:02 PM EDT*

Attachment C