**ECF**     **Query**     **Reports**   6344     **Utilities**     **Logout**

| | | |
|---|---|---|
| | | 561 CLERK'S JUDGMENT *Under Fed. R. Civ. P. 59(e)*, 570 Third MOTION for Discovery *and Consolidat* Brian) (Entered: 03/01/2017) |
| 03/01/2017 | 572 | ORDER Granting 571 Motion for Extension of Time to File Response/Reply as to David Anthony Runyon (3 31,2017, within which to file responses to the three aforementioned motions of the petitioner. Signed by Chie (Entered: 03/01/2017) |
| 03/31/2017 | 573 | RESPONSE in Opposition by USA as to David Anthony Runyon re 569 MOTION to Hold Petitioner's Rule Motion, 566 MOTION to Amend/Correct 560 Order on Motion to Vacate (2255),, Order on Motion for Disco Discovery,,,,,,,,,, 561 CLERK'S JUDGMENT *Under Fed. R. Civ. P. 59(e)* (Zick, Jeffrey) (Entered: 03/31/201 |
| 03/31/2017 | 574 | RESPONSE to Motion by USA as to David Anthony Runyon re 570 Third MOTION for Discovery *and Con* |
| 03/31/2017 | 575 | Supplemental Memorandum by USA as to David Anthony Runyon re 566 MOTION to Amend/Correct 560 *Fed. R. Civ. P. 59(e)* (Samuels, Brian) (Entered: 03/31/2017) |
| 04/06/2017 | 576 | REPLY TO RESPONSE to by David Anthony Runyon re 574 Response to Motion, 570 Third MOTION for |
| 04/27/2017 | 579 | MEMORANDUM ORDER re: 566 MOTION TO ALTER OR AMEND JUDGMENT UNDER FED. R. CIV Abeyance and Incorporated Memorandum in Support as to David Anthony Runyon (3); 570 Third MOTION 59 Motion, Abeyance Motion, and Discovery Motion are DENIED. The court declines to issue a certificate o District Judge Rebecca Beach Smith and filed on 4/27/17. Copies distributed to counsel for the Petitioner and |
| 06/06/2017 | 581 | NOTICE *of Supplemental Authority in Support* by David Anthony Runyon re 566 MOTION to Amend/Corre *Under Fed. R. Civ. P. 59(e)* (Brace, Michele) (Entered: 06/06/2017) |
| 06/08/2017 | 582 | RESPONSE by USA as to David Anthony Runyon re 581 Notice (Other), (Zick, Jeffrey) (Entered: 06/08/201 |
| 06/16/2017 | 583 | RECORD NOTATION ORDER re: 581 NOTICE of Supplemental Authority in Support by David Anthony June 6, 2017. ECF No. 581. Said supplemental authority is noted for the record and requires no action on the attendant appellant deadlines running. Signed by Chief District Judge Rebecca Beach Smith and filed on 6/16 |

| PACER Service Cen | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/19/2017 16:28:26 | | |
| **PACER Login:** | fd0385:2548123:0 | **Client Code** |
| **Description:** | Docket Report | **Search Criteria:** |
| **Billable Pages:** | 30 | **Cost:** |

Attachment D