**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

DAVID ANTHONY RUNYON,           )
                                )
  Petitioner,                   )       No. 4:15-cv-108
                                )       Original Criminal No. 4:08-cr-16-3
       v.                       )       CAPITAL §2255 PROCEEDINGS
                                )       HON. REBECCA BEACH SMITH
UNITED STATES OF AMERICA,        )
                                )
  Respondent.                   )

## PETITIONER'S MOTION FOR EXPEDITED CONSIDERATION

Petitioner David Runyon has today filed an unopposed Rule 60(b) motion asking the Court to withdraw ECF No. 579, which was not timely served on counsel for either party or timely entered on the public docket, and to re-issue that order with the current date. As shown in Runyon's motion, the Fourth Circuit approved this remedy in very similar circumstances in *Correll v. Thompson*, 63 F.3d 1279 (4th Cir. 1995).

Runyon hereby seeks expedited consideration of his Rule 60(b) motion, and specifically asks that the Court grant his Rule 60(b) motion before June 26, 2017. That is because June 26 is the last day on which Runyon can timely file a notice of appeal, counting from April 27, 2017. If the Court does not expedite its consideration and does not grant the Rule 60(b) motion before June 26, the remedy Runyon seeks will be unavailable.

Runyon could not have filed his Rule 60(b) motion earlier because the errors of service and/or entry precluded him from even learning that ECF No. 579 was filed on April 27, 2017. Once put on notice, Runyon acted as quickly as possible.

WHEREFORE, Runyon asks the Court to expedite its ruling on the unopposed Rule 60(b) motion and to grant relief before June 26, 2017.

Respectfully Submitted,

_____/s/_____

Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

Dated: June 20, 2017

CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2017, I have electronically filed the foregoing PETITIONER'S MOTION FOR EXPEDITED CONSIDERATION using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866

Jeffrey.Zick@usdoj.gov
Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817 2970
Fax (434) 817 2972