**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| Petitioner, | ) | No. 4:15-cv-108 |
| | ) | Original Criminal No. 4:08-cr-16-3 |
| v. | ) | |
| | ) | CAPITAL §2255 PROCEEDINGS |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |

**PETITIONER'S UNUPPOSED MOTION TO EXPAND THE RECORD**

Petitioner David Runyon, by counsel, hereby moves to expand the record to ensure that all documents in this case are included in the record on appeal. Counsel for the government does not oppose this motion. Ex. A. Runyon's motion is based on communications with the Clerk's Office for the Fourth Circuit Court of Appeals. The clerk's staff advised counsel that the record on appeal is limited to items that were placed on the district court's docket. According to the clerk, if an item does not have a docket number, it is not considered part of the record on appeal.

At least one issue that Runyon expects to appeal relies on juror questionnaires from his capital trial. This Court granted Runyon's motion for access to the juror questionnaires and to the lists of peremptory strikes. ECF No. 422. Although this Court provided the parties' attorneys with paper copies of the juror questionnaires, *see* ECF No. 427, it is undersigned counsel's understanding that the questionnaires do not have a docket number. By contrast, the peremptory strike lists were made a part of the record on appeal because this Court put them on the docket. ECF No. 424. On inquiry, the clerk's office of this Court previously advised Runyon's counsel that there is no docket number for the juror questionnaires. To ensure that the questionnaires are included in the record on appeal, Runyon hereby moves the Court to expand the record to include the juror questionnaires (under seal).

This Court also provided the parties' counsel with materials relating to jury selection, including redacted copies of certain master jury wheels and qualified jury wheels, a statistical breakdown of the grand jury, a statistical breakdown of the individuals drawn for the petit jury venire, and a list of reasons for any disqualifications, excusals, or exemptions from the petit jury venire. ECF No. 475. These materials were provided to counsel on CD or on paper, *see* ECF No. 486, and there is no indication that any of them were given a docket number. To ensure that these materials are included in the record on appeal, Runyon hereby moves the Court to expand the record to include these materials (under seal).

WHEREFORE, Runyon asks the Court to expand the record so these materials are included in the record on appeal.

Respectfully Submitted,

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

Dated: August 18, 2017

2

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I have electronically filed the foregoing PETITIONER'S UNOPPOSED MOTION TO EXPAND THE RECORD using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817 2970
Fax (434) 817 2972