**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| Petitioner, | ) | No. 4:15-cv-108 |
| | ) | Original Criminal No. 4:08-cr-16-3 |
| v. | ) | |
| | ) | CAPITAL §2255 PROCEEDINGS |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |

**PETITIONER'S UNOPPOSED MOTION TO PERMIT THE
COPYING AND DISTRIBUTION OF PROTECTED DOCUMENTS**

Counsel for Petitioner David Runyon acknowledged, in ECF Nos. 431-1 and 486-1, that she received certain documents from this Court, including juror questionnaires and jury selection records, and that "no copies–paper, electronic, or otherwise–are to be made of these materials." Counsel for the United States acknowledged the same. In an abundance of caution, Runyon now moves the Court to permit him to copy those materials for subsequent legal proceedings. Counsel for the government does not oppose this motion with respect to use for appeal. Ex. A.

Fed. R. App. P. 30(a) requires counsel for the appellant to prepare and file an appendix to the briefs containing, *inter alia*, the "parts of the record to which the parties wish to direct the court's attention." Either party may designate documents covered by ECF Nos. 431-1 and/or 486-1 for inclusion in the appendix. To comply with Rule 30(a), Runyon may need to make copies of at least some of these documents. For example, Runyon's lead counsel customarily uses a commercial legal printer in Richmond for appellate briefs and appendices. If the appendix in Runyon's case is prepared by such a printer, counsel will need to make paper or electronic copies of protected documents in order to transmit them to the printer. Counsel also will have to authorize the printer to make both paper and electronic copies of the appendix as needed for filing in the court of appeals. *See* Fourth Circuit Local Rule 30(b)(4). Even if counsel prepares the appendix

in-house, this will involve making and filing both paper and electronic copies of documents covered by ECF Nos. 431-1 and/or 486-1.

Although the Court may not have intended its prohibition to extend to copies made for use in subsequent legal proceedings, it would be imprudent for Runyon's counsel to simply assume that ECF Nos. 431-1 and 486-1 do not mean precisely what they say: "no copies–paper, electronic, or otherwise." Consequently, Runyon's counsel ask the Court to clarify that both parties may copy the protected documents for use on appeal.[1]

WHEREFORE, Runyon asks the Court to clarify that the parties may copy documents referenced in ECF Nos. 431-1 and 486-1 for use on appeal.

Respectfully Submitted,

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

Dated: August 18, 2017

---

[1] Runyon presumes that all documents referenced in ECF No. 431-1 and ECF No. 486-1 are, or will be, sealed by this Court. Consequently, any copies of these documents that are used will be printed in a sealed volume of the appellate appendix.

2

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I have electronically filed the foregoing PETITIONER'S UNOPPOSED MOTION TO PERMIT THE COPYING AND DISTRIBUTION OF PROTECTED DOCUMENTS using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817 2970
Fax (434) 817 2972