## Michele Brace

**From:** Zick, Jeffrey (CRM) [Jeffrey.Zick@usdoj.gov]
**Sent:** Friday, August 18, 2017 9:35 AM
**To:** MBrace@Mindsort.com
**Cc:** Samuels, Brian (USAVAE); McKeel, Lisa (USAVAE)
**Subject:** Re: Runyon - Update

Michele, we do not oppose the request to expand the record by having the district court docket under seal the jury selection material and questionnaires for purposes if appeal, and the request to copy those materials for the appeal.

Jeff

> On Aug 18, 2017, at 9:23 AM, Michele Brace <MBrace@Mindsort.com> wrote:
>
> Thanks so much, Jeff, for the quick response.  In terms of our
> schedule, I need to file the motions this morning (actually, had hoped
> to file them yesterday but got sidetracked by another matter).  If you
> are able to give me an answer by noon today at the very latest, that
> would be great.  If not, I will just file a motion for expedited
> consideration and inform the court that all counsel for the government are currently out of the office.
>
> Michele
>
> -----Original Message-----
> From: Zick, Jeffrey (CRM) [mailto:Jeffrey.Zick@usdoj.gov]
> Sent: Friday, August 18, 2017 8:59 AM
> To: MBrace@MindSort.com
> Subject: RE: Runyon - Update
>
> Hi Michele.  I am also out of the office until Monday.  I have read
> your draft motions and while I don't see a problem with what you are
> asking for, I am going to want to discuss it with Brian and Lisa.
> Since they will not be in next week, let me talk to someone in their
> office and get back to you on Monday (Tuesday at the latest).  Does that work?
>
> Jeff
>
> -----Original Message-----
> From: Michele Brace [mailto:MBrace@Mindsort.com]
> Sent: Thursday, August 17, 2017 5:43 PM
> To: Zick, Jeffrey (CRM) <Jeffrey.Zick@CRM.USDOJ.GOV>
> Subject: Runyon - Update
>
> Jeff -
>
> I cc'd you on my e-mail to Lisa and Brian, and I just got auto replies
> that they are both out of town through the end of next week.  Can you
> respond and let me know if you consent to the motions referenced in my
> message?  If you want to discuss, you can call the (202) number at any time.
>
> Thanks.
>
> Michele

Exhibit A

1

> 
> 
> Michele Brace, Senior Staff Attorney
> Virginia Capital Representation Resource Center
> 2421 Ivy Road, Suite 301
> Charlottesville, VA 22903
> (202) 223-6380 or (434) 817-2970
> mbrace@mindsort.com
> 
> 
> 
> 
> -----Original Message-----
> From: Michele Brace [mailto:MBrace@Mindsort.com]
> Sent: Thursday, August 17, 2017 5:30 PM
> To: 'McKeel, Lisa (USAVAE)'; 'Samuels, Brian (USAVAE)'
> Cc: 'Zick, Jeffrey (CRM)'
> Subject: Two short Runyon motions
> 
> Lisa and Brian -
> 
> I tried to call earlier today but you were both out. I've attached two
> very short motions that I wanted to file this evening, but I may have
> to wait until tomorrow.  I think they are noncontroversial, and I'm
> hoping you will quickly consent to them.
> 
> The first motion asks the district court to expand the record by
> entering the juror questionnaires and the jury selection materials on
> the docket--under seal, of course.
> This is apparently a technical correction.  The district court gave
> both parties paper or CD copies of these materials, but unless these
> materials also are put on the docket and given a docket number, the
> Fourth Circuit apparently does not consider them part of the record on
> appeal.  We expect to designate some of those documents for inclusion
> in a sealed volume of the J.A., and you may want to designate some of
> them, too.  So I want to take the necessary steps to get them entered on the docket.
> 
> The second motion asks the district court to allow the parties to copy
> those same documents for purposes of subsequent litigation.  Lisa and
> I each signed receipts stating that we would make "no copies--paper,
> electronic, or otherwise"--of the juror questionnaires or jury
> selection materials.  Runyon will want to put some of the
> questionnaires, and possibly other materials, in a sealed volume of
> the J.A., and this process will require us to make both paper and
> electronic copies of those documents, especially if we decide to use a commercial legal
printer.
> The language in the receipts is very explicit, and I don't want to
> presume that Judge Smith meant something other than what is written in
> those receipts.
> 
> If you have questions, feel free to call me any time--and I meant that
> literally--at the (202) number below.
> 
> Michele
> 
> 
> Michele Brace, Senior Staff Attorney        Exhibit A

2

> Virginia Capital Representation Resource Center
> 2421 Ivy Road, Suite 301
> Charlottesville, VA 22903
> (202) 223-6380 or (434) 817-2970
> mbrace@mindsort.com
>
>
>
>
>
>

Exhibit A