**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

DAVID ANTHONY RUNYON,            )
                                 )
    Petitioner,                  )        No. 4:15-cv-108
                                 )        Original Criminal No. 4:08-cr-16-3
        v.                       )        CAPITAL §2255 PROCEEDINGS
                                 )        HON. REBECCA BEACH SMITH
UNITED STATES OF AMERICA,        )
                                 )
    Respondent.                  )

NOTICE OF APPEAL

COMES NOW the Petitioner, David Anthony Runyon, by and through counsel, and hereby

gives notice of his intention to appeal to the United States Court of Appeals for the Fourth Circuit

the following rulings of the United States District Court for the Eastern District of Virginia:

1.      The Judgment (ECF No. Doc. 561) entered on January 20, 2017, and the attendant

Opinion (ECF No. 560) entered on January 19, 2017, denying Petitioner's Amended Motion to

Vacate under 28 U.S.C. §2255; and,

2.      The Memorandum Order (ECF No. 587) denying Petitioner's timely Motion to

Alter or Amend Under Fed. R. Civ. P. 59(e), which the District Court signed on April 27, 2017,

but did not enter until June 21, 2017, *see* explanatory Order (ECF No. 586).

The District Court denied a certificate of appealability ("COA"), and Runyon plans to

request that the Fourth Circuit grant a COA on multiple issues. *See* Fed. R. App. P. 22(b) & Fourth

Circuit Local Rule 22(a)(2).

Respectfully Submitted,

_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
 Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
 Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

Dated: August 18, 2017

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2017, I have electronically filed the foregoing NOTICE OF APPEAL using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Jeffrey A. Zick
Special Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4000
Fax (757) 591-0866
Jeffrey.Zick@usdoj.gov


_____/s/_____
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

*Counsel for Petitioner*
*David Anthony Runyon*

3