**APPEAL TRANSMITTAL SHEET (Death Penalty)**

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** ___08/18/17___<br><br>___ First NOA in Case<br><br>✓ Subsequent NOA-same party<br><br>___ Subsequent NOA-new party<br><br>___ Subsequent NOA-cross appeal<br><br>___ Paper ROA   ___ Paper Supp.<br><br>Vols: _____<br><br>Other: _____ | **District:**<br>Eastern District of Virginia<br><br>**Division:**<br>Newport News<br><br>**Caption:**<br>USA v. David Anthony Runyon | **District Case No.:**<br>4:08cr16<br><br>**4CCA No(s). for any prior NOA:**<br>09-11<br>**4CCA Case Manager: RJ Warren**<br><br>Direct notification of capital appeal also sent by:<br><br>___ **phone call to 804-916-2738 or**<br><br>✓ **email to rj_warren@ca4.uscourts.gov** |

**Capital Appeal Type:**

___ § 2254 appeal

___ Direct appeal from conviction

✓ § 2255 appeal

___ Pretrial appeal in federal case

**District Judge:**

Chief District Judge Smith

**Court Reporter** (list all):

Stacey Halbert, Penny Wile, Gloria Smith, and Jody Stewart

**Coordinator:**
Richard Banke

**Fee Status:**

___ No fee required (USA appeal)    ___ Appeal fees paid in full    ✓ Fee not paid

**Criminal Cases:**

✓ District court granted & did not revoke CJA status (continues on appeal)

___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)

___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**

___ Court granted & did not revoke IFP status (continues on appeal)

___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)

___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**

___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)

___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply):

✓ Portions of record under seal

___ Entire record under seal

___ Party names under seal

___ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):

___ Assembled electronic record transmitted

___ Additional sealed record emailed to 4cca-filing

___ Paper record or supplement shipped to 4CCA

___ No in-court hearings held

___ In-court hearings held – all transcript on file

___ In-court hearings held – all transcript not on file

___ Other:

**Record Status for Counseled Appeals** (check any applicable):

✓ Assembled electronic record available if requested

___ Additional sealed record available if requested

___ Paper record or supplement available if requested

___ No in-court hearings held

___ In-court hearings held – all transcript on file

___ In-court hearings held – all transcript not on file

___ Other:

Deputy Clerk: ___Lara Dabbene___    Phone: 757-222-7214    Date: 08/21/17

08/2012