FILED:  August 21, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

Defendant - Appellant

_____

O R D E R

_____

The court appoints Michele Jill Brace as lead counsel and Dana Catherine

Hansen Chavis as co-counsel for the appellant pursuant to the provisions of 18

U.S.C. § 3599(c) and the Criminal Justice Act effective 08/18/2017.

In light of this appointment, appellate counsel is granted access to sealed

district court material, with the exception of ex parte or in camera material to which

defense counsel did not have access in the district court.

Counsel is referred to the **Case Budgeting and Payment Memorandum** for

information on budgeting requirements, appointment terms, obtaining a fee exempt PACER account for electronic access to documents in CJA cases, redacting private and sensitive data from transcripts and other documents, and maintaining time and expense records.

If counsel believes the costs of representation will exceed the court's average costs, as set forth in the memorandum, counsel must file a CJA budget proposal (ex parte) within 21 days of appointment using the entry SEALED DOCUMENT. If counsel does not believe the costs of representation will exceed the court's average costs, counsel must file a statement to this effect within 21 days of appointment using the entry SEALED DOCUMENT.

CJA authorization for preparation of transcript is obtained by submitting an AUTH-24 request in the district eVoucher system. New appellate counsel must contact district eVoucher staff for appointment to the underlying district court case in order to submit the AUTH-24 request for district judge approval and the CJA 24 voucher for transcript payment. Counsel must also submit a Transcript Order Form to the court reporter and district court and file the same in the court of appeals with the docketing statement. Upon filing of the Transcript Order Form, the Fourth Circuit will set deadlines for completion of the transcript.

CJA 30 and 31 vouchers are submitted for payment through the Fourth Circuit's CJA eVoucher system. Upon receiving email notification of this appointment from eVoucher, counsel may create CJA 30 and 31 vouchers for use in

maintaining time and expense records and paying for expert services. See **CJA eVoucher**.

All case filings must be made using the court's Electronic Case Filing system (CM/ECF). Counsel not yet registered for electronic filing should proceed to the court's web site to register as an ECF filer. See **Required Steps for Registration as an ECF Filer**.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk