IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| Petitioner, | ) | No. 4:15-cv-108 |
| | ) | Original Criminal No. 4:08-cr-16-3 |
| v. | ) | |
| | ) | CAPITAL §2255 PROCEEDINGS |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |

## ORDER

Upon the motion of the Petitioner, DAVID ANTHONY RUNYON, by and through his attorneys, and with the agreement of the Government, by and through its counsel, it is hereby,

ORDERED that:

1. The record on appeal in this matter is hereby expanded to include the following documents:

    a. The completed questionnaires of all prospective jurors who returned a questionnaire prior to the Petitioner's trial. See Order at 3, ECF No. 422.

    b. The following documents related to selection of the grand and petit juries for Petitioner's trial: (1) a CD of the 2005 and 2007 Master Jury Wheels for Newport News and Norfolk in .txt format, with Social Security Numbers and addresses redacted; (2) a CD of the 2005 and 2007 Qualified Jury Wheels for Newport News and Norfolk in .txt format, with Social Security Numbers, addresses, and phone numbers redacted; (3) a statistical breakdown of the grand jury by race, gender, and age; (4) a statistical breakdown of the individuals drawn for the petit jury venire by race, gender, and age; and (5) a list of the reasons for any disqualifications, excusals, or exemptions from the petit jury venire, and the race, gender, and age of

1

those individuals, but omitting any personal identifying information. See Order at 15, ECF No. 475.

The Court has previously provided each of the above-listed documents to the parties' counsel on CD or on paper. See Certifications, ECF Nos. 431 and 486. The parties agree that this stipulation ensures that the documents are within the scope of the record on appeal, as that term is defined in Fed. R. App. P. 10(a) and in Fourth Circuit Local Rule 10(d). Thus, these documents will be available to both parties and to the Court of Appeals for use on appeal, as needed.

2. The parties agree that if either of them designates a listed document for inclusion in the Joint Appendix on appeal, the volume of the Appendix containing that document must be filed under seal.

The Clerk is directed to send a copy of this Order to counsel for the Petitioner and to the United States Attorney at Newport News.

IT IS SO ORDERED.

_____/s/_____
Rebecca Beach Smith
Chief Judge
Rebecca Beach Smith
Chief Judge

September 15, 2017

We ask for this:

/s/
Michele J. Brace
Virginia Bar No. 36748
Senior Staff Attorney
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Phone: (434) 817 2970
Fax: (434) 817 2972
Email: mbrace@mindsort.com
*Counsel for David Anthony Runyon*

Dana C. Hansen Chavis
*Pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
  Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Phone: (865) 637 7979
Fax: (865) 637-7999
E-mail: Dana_Hansen@fd.org
*Counsel for David Anthony Runyon*

/s/
Lisa R. McKeel
Virginia Bar No. 28652
Assistant United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: Lisa.McKeel@usdoj.gov
*Attorney for the United States of America*

/s/
Brian J. Samuels
Virginia Bar No. 65898
Assistant United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: Brian.Samuels@usdoj.gov
*Attorney for the United States of America*

/s/
Jeffrey A. Zick
Special Assistant United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: Jeffrey.Zick@usdoj.gov
*Attorney for the United States of America*

3