**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division**

DAVID ANTHONY RUNYON,  )
    Petitioner,  )  No. 4:15-cv-108
        )  Original Criminal No. 4:08-cr-16-3
    v.  )
        )  CAPITAL §2255 PROCEEDINGS
UNITED STATES OF AMERICA,  )  HON. REBECCA BEACH SMITH
    Respondent.  )

## ORDER

Upon the motion of the Petitioner, DAVID ANTHONY RUNYON, by and through his attorneys, and with the agreement of the Government, by and through its counsel, it is hereby,

ORDERED that:

1.    Notwithstanding the Court's prior direction to the parties that they make "no copies—paper, electronic, or otherwise" of certain documents, the Court recognizes that the parties may make paper and electronic copies of these documents as necessary for appeal. It is the Appellant's responsibility to prepare and file the Appendix on appeal. Fed. R. App. P. 30(a). If either party designates listed documents for the Appendix, it will be necessary for Runyon's counsel to make copies of those documents in order to provide them to a commercial legal printer if one is used, to authorize the printer to print copies of those document in the Appendix, to file both paper and electronic copies of the Appendix in the quantities ordered by the court of appeals, and to serve paper copies of the sealed volumes on all counsel of record.

2.    The listed documents, which the parties were previously directed not to copy at all, and which the Court agrees they may copy as necessary for appeal, are as follows:

    a.  The completed questionnaires of all prospective jurors who returned a questionnaire prior to the Petitioner's trial. See Order at 3, ECF No. 422.

b. The following documents related to selection of the grand and petit juries for Petitioner's trial: (1) a CD of the 2005 and 2007 Master Jury Wheels for Newport News and Norfolk in .txt format, with Social Security Numbers and addresses redacted; (2) a CD of the 2005 and 2007 Qualified Jury Wheels for Newport News and Norfolk in .txt format, with Social Security Numbers, addresses, and phone numbers redacted; (3) a statistical breakdown of the grand jury by race, gender, and age; (4) a statistical breakdown of the individuals drawn for the petit jury venire by race, gender, and age; and (5) a list of the reasons for any disqualifications, excusals, or exemptions from the petit jury venire, and the race, gender, and age of those individuals, but omitting any personal identifying information. See Order at 15, ECF No. 475.

The parties agree that each of these documents are, and must be treated as being, under seal. If they are reprinted in an Appendix or other pleading, the parties agree that the volume or pleading will be filed under seal.

The Clerk is directed to send a copy of this Order to counsel for the Petitioner and to the United States Attorney at Newport News.

IT IS SO ORDERED.

/s/
Rebecca Beach Smith
Chief Judge
Rebecca Beach Smith
Chief Judge

September 15, 2017

We ask for this:

_____/s/_____
Michele J. Brace
Virginia Bar No. 36748
Senior Staff Attorney
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Phone: (434) 817 2970
Fax: (434) 817 2972
Email: mbrace@mindsort.com
*Counsel for David Anthony Runyon*


Dana C. Hansen Chavis
*Pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
  Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Phone: (865) 637 7979
Fax: (865) 637-7999
E-mail: Dana_Hansen@fd.org
*Counsel for David Anthony Runyon*

_____/s/_____
Lisa R. McKeel
Virginia Bar No. 28652
Assistant United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: Lisa.McKeel@usdoj.gov
*Attorney for the United States of America*


_____/s/_____
Brian J. Samuels
Virginia Bar No. 65898
Assistant United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: Brian.Samuels@usdoj.gov
*Attorney for the United States of America*


_____/s/_____
Jeffrey A. Zick
Special Assistant United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757/591-4000
Fax: 757/591-0866
Email: Jeffrey.Zick@usdoj.gov
*Attorney for the United States of America*

3