# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

September 11, 2020

_____

## SUPPLEMENTAL RECORD REQUEST
_____

No. 17-5,        US v. David Runyon
**4:08-cr-00016-RBS-DEM-3**

TO:        Fernando Galindo

Please transmit to this office a supplemental record in the above-referenced case, consisting of the following:

**All available transcript and audio exhibits**

If there is any problem with transmission of the supplemental record, please notify me.

Emily Borneisen, Deputy Clerk
804-916-2704