**APPEAL TRANSMITTAL SHEET (Death Penalty)**

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 08/18/17<br><br>___ First NOA in Case<br>✓ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>✓ Paper ROA   ✓ Paper Supp.<br>Vols: _____<br>Other: _____ | **District:**<br> Eastern District of Virginia<br>**Division:**<br> Newport News<br>**Caption:**<br>USA v. David Anthony Runyon | **District Case No.:**<br> 4:08cr16<br>**4CCA No(s). for any prior NOA:**<br> 09-11<br>**4CCA Case Manager: RJ Warren**<br><br>Direct notification of capital appeal also sent by:<br><br>___ **phone call to 804-916-2738 or**<br><br>✓ **email to rj_warren@ca4.uscourts.gov** |

| | |
|---|---|
| **Capital Appeal Type:**<br><br>___ § 2254 appeal<br><br>___ Direct appeal from conviction<br><br>✓ § 2255 appeal<br><br>___ Pretrial appeal in federal case<br><br><br>**District Judge:**<br><br>Chief District Judge Smith<br><br>**Court Reporter** (list all):<br><br>Stacey Halbert, Penny Wile, Gloria Smith, and Jody Stewart<br><br><br><br>**Coordinator**:<br>       Richard Banke | **Fee Status:**<br><br>___ No fee required (USA appeal)   ___ Appeal fees paid in full   ✓ Fee not paid<br>**Criminal Cases:**<br><br>✓ District court granted & did not revoke CJA status (continues on appeal)<br><br>___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br><br>___ District court never granted CJA status (must pay fee or apply to 4CCA)<br>**Civil, Habeas & 2255 Cases:**<br><br>___ Court granted & did not revoke IFP status (continues on appeal)<br><br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br><br>___ Court never granted IFP status (must pay fee or apply to 4CCA)<br>**PLRA Cases:**<br><br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br><br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)<br>**Sealed Status** (check all that apply)**:**<br><br>✓ Portions of record under seal<br><br>___ Entire record under seal<br><br>___ Party names under seal<br><br>___ Docket under seal |

| | |
|---|---|
| **Record Status for Pro Se Appeals** (check any applicable)**:**<br><br>___ Assembled electronic record transmitted<br><br>___ Additional sealed record emailed to 4cca-filing<br><br>___ Paper record or supplement shipped to 4CCA<br><br>___ No in-court hearings held<br><br>___ In-court hearings held – all transcript on file<br><br>___ In-court hearings held – all transcript not on file<br><br>___ Other: | **Record Status for Counseled Appeals** (check any applicable)**:**<br><br>✓ Assembled electronic record available if requested<br><br>___ Additional sealed record available if requested<br><br>___ Paper record or supplement available if requested<br><br>___ No in-court hearings held<br><br>___ In-court hearings held – all transcript on file<br><br>___ In-court hearings held – all transcript not on file<br><br>✓ Other: Govt. Ex- 2 Binders; Paper Transcripts-3 Folders |

Deputy Clerk: B.Boyd _____   Phone: 757-222-7202   Date: 09/11/20 _____

08/2012