FILED:  February 12, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

UNITED STATES OF AMERICA

　　　Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

　　　Defendant - Appellant

_____

O R D E R

_____

The Government has filed a petition for panel rehearing for the limited purpose of deleting the sentence on page 10, lines 7-8 of the current opinion, reading: "And if one predicate offense does not qualify, we would be required to vacate the conviction."

The court grants rehearing for the limited purpose of withdrawing the current opinion and issuing in its place an Amended Published Opinion from which the above-referenced sentence has been deleted.

Upon filing the Amended Published Opinion, the clerk shall re-enter judgment in the case.  Because the amendment does not affect the reasoning of the opinion or change the court's judgment, no additional rehearing period is needed. Accordingly, the clerk shall issue the mandate seven days after re-entry of judgment.

For the Court

/s/ Patricia S. Connor, Clerk