# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 22, 2021

---

## RECORD RETURN

---

No.  17-5,      <u>US v. David Runyon</u>

4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO:  Fernando Galindo
UNITED STATES DISTRICT COURT
Eastern District of Virginia
Walter E. Hoffman United States Courthouse
600 Granby Street
Norfolk, VA 23510-0000

The original record on appeal is returned herewith. The enclosed record consists of:

[X] Volumes of transcripts (including sealed transcript) from United States District Court for the Eastern District of Virginia at Newport News

[X] Volumes of exhibits 147-204B and 1-157A from United States District Court for the Eastern District of Virginia at Newport News

**[1] TOTAL NUMBER OF BOXES**

Emily Borneisen, Deputy Clerk
804-916-2704