## APPEAL TRANSMITTAL SHEET (Death Penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** __08/18/17__<br><br>____ First NOA in Case<br><br>✓ Subsequent NOA-same party<br><br>____ Subsequent NOA-new party<br><br>____ Subsequent NOA-cross appeal<br><br>✓ Paper ROA   ✓ Paper Supp.<br><br>Vols: _____<br><br>Other: _____ | **District:**<br><br> Eastern District of Virginia<br><br>**Division:**<br><br> Newport News<br><br>**Caption:**<br><br>USA v. David Anthony Runyon | **District Case No.:**<br><br> 4:08cr16<br><br>**4CCA No(s). for any prior NOA:**<br><br> 09-11<br><br>**4CCA Case Manager: RJ Warren**<br><br>Direct notification of capital appeal also sent by:<br><br>____ **phone call to 804-916-2738 or**<br><br>✓ **email to rj_warren@ca4.uscourts.gov** |

| | |
|---|---|
| **Capital Appeal Type:**<br><br>____ § 2254 appeal<br><br>____ Direct appeal from conviction<br><br>✓ § 2255 appeal<br><br>____ Pretrial appeal in federal case<br><br><br><br><br>**District Judge:**<br><br>Chief District Judge Smith | **Fee Status:**<br><br>____ No fee required (USA appeal)    ____ Appeal fees paid in full    ✓ Fee not paid<br><br>**Criminal Cases:**<br><br>✓ District court granted & did not revoke CJA status (continues on appeal)<br><br>____ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br><br>____ District court never granted CJA status (must pay fee or apply to 4CCA)<br><br>**Civil, Habeas & 2255 Cases:**<br><br>____ Court granted & did not revoke IFP status (continues on appeal)<br><br>____ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br><br>____ Court never granted IFP status (must pay fee or apply to 4CCA)<br><br>**PLRA Cases:**<br><br>____ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br><br>____ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |

| | |
|---|---|
| **Court Reporter** (list all):<br><br>Stacey Halbert, Penny Wile, Gloria Smith, and Jody Stewart<br><br><br><br><br><br>**Coordinator:**<br>      Richard Banke | **Sealed Status** (check all that apply)**:**<br><br>✓ Portions of record under seal<br><br>____ Entire record under seal<br><br>____ Party names under seal<br><br>____ Docket under seal |

| | |
|---|---|
| **Record Status for Pro Se Appeals** (check any applicable)**:**<br><br>____ Assembled electronic record transmitted<br><br>____ Additional sealed record emailed to 4cca-filing<br><br>____ Paper record or supplement shipped to 4CCA<br><br>____ No in-court hearings held<br><br>____ In-court hearings held – all transcript on file<br><br>____ In-court hearings held – all transcript not on file<br><br>____ Other: | **Record Status for Counseled Appeals** (check any applicable)**:**<br><br>✓ Assembled electronic record available if requested<br><br>____ Additional sealed record available if requested<br><br>____ Paper record or supplement available if requested<br><br>____ No in-court hearings held<br><br>____ In-court hearings held – all transcript on file<br><br>____ In-court hearings held – all transcript not on file<br><br>✓ Other: Govt. Ex- 2 Binders; Paper Transcripts-3 Folders |

Deputy Clerk: __B.Boyd_____   Phone: __757-222-7202__   Date: __09/11/20_____