UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

CIVIL NO. 4:15cv108
[ORIGINAL CRIMINAL NO. 4:08cr16]

<u>ORDER</u>

On October 5, 2015, the Petitioner filed the "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence" ("Motion to Vacate"). ECF No. 478. The Motion to Vacate raised eighteen (18) claims for relief. <u>Id.</u> On January 19, 2017, the court entered an Opinion denying the Motion to Vacate in its entirety. ECF No. 560. The Petitioner filed a Motion to Alter or Amend the Judgment on February 16, 2017. ECF No. 566. The court denied the Motion to Alter in a Memorandum Order dated June 21, 2017. ECF No. 579.

On August 18, 2017, the Petitioner filed a Notice of Appeal. ECF No. 590. The Fourth Circuit published an Opinion on December 23, 2020, and amended its Opinion on February 12, 2021. ECF Nos. 619, 623. In the Amended Opinion, the Fourth Circuit affirmed the court's January 19, 2017, Opinion, except as to one issue: whether the Petitioner's counsel "failed to provide him with effective assistance, in violation of the Sixth Amendment, by

failing to investigate adequately his brain injury and potential mental illness and introduce such evidence in mitigation during the penalty phase of trial." ECF No. 623 at 16. On this issue, the Fourth Circuit remanded for an evidentiary hearing on whether the Petitioner's counsel was ineffective. Id. at 26.

The mandate issued on February 19, 2021, ECF No. 625, and the time to file a petition for certiorari expired on July 13, 2021. No such petition was filed. Accordingly, counsel are **DIRECTED** to contact the Calendar Clerk to schedule a status conference to address the Fourth Circuit's remand, such conference to take place within ninety (90) days of the entry of this Order. The Petitioner shall be present for this status conference.

The Clerk is **DIRECTED** to forward a copy of this Order to the United States Attorney at Newport News and counsel for the Petitioner.

      **IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

August 20, 2021

2