**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON,<br>Petitioner, | :<br>:<br>: | No. 4:15-cv-108<br>Original Criminal No. 4:08-cr-16-3<br>CAPITAL §2255 PROCEEDINGS |
| v. | :<br>: | HON. REBECCA BEACH SMITH |
| UNITED STATES OF AMERICA,<br>Respondent. | :<br>:<br>:<br>: | |

### MOTION FOR PETITIONER RUNYON TO
### PARTICIPATE VIA VIDEO-CONFERENCE AT STATUS CONFERENCE

Petitioner, David Anthony Runyon, after consultation with counsel and of his own accord, pursuant to Rule 12 of the RULES GOVERNING §2255 PROCEEDINGS ("2255 RULES"), and to Fed.R.Crim.P. 43(b)(3), moves this Court for an order allowing him to waive his physical presence and to participate by video-conference at the upcoming status conference.

On August 20, 2021, the Court directed the parties to contact the Calendar Clerk to schedule a status conference in this matter. (ECF No.638 p.2). The Court ordered that Petitioner Runyon "shall be present for this status conference." *Id.*

After consultation with his counsel, Mr. Runyon voluntarily requests to be physically absent from the courtroom during the status conference. He does not waive his attendance at the status conference but requests that the Court allow for his attendance via video conferencing for the following reasons:

1)  There is a reasonable expectation that the length of the status conference will be relatively short and will not address Mr. Runyon's substantive or Constitutional rights;

2) Mr. Runyon seeks to avoid the unnecessary risk of exposure to COVID-19 given current infection and positivity rates and the extensive travel and points of contact between Terre Haute, Indiana, and the courthouse in Norfolk, Virginia. Mr. Runyon is at greater risk because he is vulnerable: he is without freedom to control his environment, maintain distance from other people, or freely engage in sanitary practices like hand-washing, using hand sanitizer, and sanitizing surfaces.

3) Additionally, Mr. Runyon has balanced concerns for his physical safety against the nature of the status conference in making the instant request. Mr. Runyon is now legally blind in both eyes. One eye is correctible with glasses but he remains without peripheral vision and depth perception. His poor eyesight, coupled with other physical ailments, creates balance problems. He is at risk for falls and physical injury especially when he is in unfamiliar surroundings. In a prison or jail setting, he is vulnerable to being taken advantage of or physically harmed by others.

Counsel for the government have been consulted about this motion and, if the Court is willing to permit a remote appearance through the use of technology, the government has advised that it does not object.

Mr. Runyon does not waive his right to physically appear at any future proceedings, specifically and including, any and all proceedings that will address his substantive and/or Constitutional rights.

WHEREFORE, Mr. Runyon respectfully respects the Court enter an order allowing him to waive his physical appearance at the upcoming status conference hearing and permit his appearance via video conference.

2

Respectfully Submitted,

Dated: 10 SEP 2021

DAVID ANTHONY RUNYON
Petitioner


/s/Michele J. Brace
Michele J. Brace, VSB No. 36748
Virginia Capital Representation
Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
mbrace@mindsort.com

/s/Dana C. Hansen Chavis, *pro hac vice*
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of
Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2021, I have electronically filed the foregoing MOTION FOR PETITIONER RUNYON TO PARTICIPATE VIA VIDEO-CONFERENCE AT STATUS CONFERENCE with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

/s/Nancy Hernandez
Nancy Hernandez
Paralegal, Capital Habeas Unit
Federal Defender Services of
Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Nancy_Hernandez@fd.org