IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 4:08-cr-16_____, Case Name David A. Runyon_____
Party Represented by Applicant: United States of America_____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Carrie Lee Ward_____
Bar Identification Number 57581_____ State Missouri_____
Firm Name Department of Justice, Capital Case Section
Firm Phone # 202-923-7154_____ Direct Dial # 202-923-7154_____ FAX # 202-305-9779_____
E-Mail Address carrie.ward@usdoj.gov
Office **Mailing** Address 1331 F Street, NW Rm. 650, Washington, D.C. 20530 (mail) 20004 (FedEx)

Name(s) of federal court(s) in which I have been admitted Eastern District, California; Eastern District, Oklahoma; Tenth Circuit

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _×_ am not ____ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

Carrie L. Ward     Digitally signed by Carrie L. Ward
                   Date: 2021.11.01 10:46:33 -04'00'
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Brian J. Samuels                          11/10/2021
(Signature)                                   (Date)
Brian J. Samuels
                                              65898
(Typed or Printed Name)                       (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____     _____
(Judge's Signature)                   (Date)