Reset Form    Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 4:08-cr-16 _____, Case Name David A. Runyon _____
Party Represented by Applicant: United States of America _____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Carrie Lee Ward _____
Bar Identification Number 57581 _____ State Missouri _____
Firm Name Department of Justice, Capital Case Section
Firm Phone # 202-923-7154 _____ Direct Dial # 202-923-7154 _____ FAX # 202-305-9779 _____
E-Mail Address carrie.ward@usdoj.gov
Office **Mailing** Address 1331 F Street, NW Rm. 650, Washington, D.C. 20530 (mail) 20004 (FedEx)

Name(s) of federal court(s) in which I have been admitted Eastern District, California; Eastern District, Oklahoma; Tenth Circuit

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am X am not ____ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    11/15/21 (Date)
Brian J. Samuels    65898
(Typed or Printed Name)    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted ✓

The motion for admission is GRANTED ✓ or DENIED _____

/s/
Rebecca Beach Smith    11-15-21
Senior United States District Judge
(Judge's Signature)    (Date)