# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Monday, November 15, 2021

MINUTES OF PROCEEDINGS IN  Open Court

PRESENT: THE HONORABLE    Rebecca Beach Smith, USDJ

Deputy Clerk: Susan Cherry                    Reporter: Jody Stewart, OCR

| Set: 2:00 p.m. | Started:  2:00 p.m. | Ended: 2:40 p.m. |
|---|---|---|

4:08cr16                    USA
                           v. David Anthony Runyon

Brian Samuels, Lisa McKeel, Carrie Ward present on behalf of USA.

Michele Brace, Dana Chavis present on behalf of Mr. Runyon.  Mr. Runyon present by video conference.

Matter came on for Status Conference pursuant to the limited remand from the Fourth Circuit on 2/12/2021.

Comments of the court and counsel heard.

Counsel will submit an agreed order detailing the schedule for the future evidentiary hearing.

Court adjourned.