**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
|       Petitioner, | ) | No. 4:15-cv-108 |
| | ) | Original Criminal No. 4:08-cr-16-3 |
|       v. | ) | |
| | ) | CAPITAL §2255 PROCEEDINGS |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
|       Respondent. | ) | |

**PETITIONER'S MOTION TO ALLOW ATTORNEY BRACE TO WITHDRAW,**
**AND TO APPOINT SUBSTITUTE COUNSEL**

In this matter, undersigned counsel Michele Brace is one of petitioner David Anthony Runyon's two appointed attorneys for federal habeas proceedings under 28 U.S.C. §2255, and the only one of Mr. Runyon's counsel who is currently a member of the Virginia bar. A recently developed medical problem impairs Attorney Brace's ability to continue representing Mr. Runyon competently at this time. Counsel has undergone medical testing, and her physician has referred her to a clinical program at a major medical center for further examination and treatment. Counsel had hoped to "push through" the completion of Mr. Runyon's federal habeas proceedings but has found herself unable to competently do so. Attorney Brace already has withdrawn from her representation of the petitioner in her other active habeas matter, and she seeks leave to do the same for her representation of Runyon.

Attorney Brace is pleased to inform the court that her law firm colleague, Elizabeth Peiffer, is highly qualified and available to be appointed as Runyon's substitute counsel. As shown in her appended resume, Attorney Peiffer has roots in this district, having obtained her J.D. at William and Mary School of Law, and also having had a semester-long externship with now-retired United

1

States Federal Magistrate Judge Tommy Miller.  Prior to her current focus on habeas litigation, Peiffer represented pretrial capital defendants at state capital public defender offices in Virginia and Georgia, and she has conducted mitigation investigations.  She is admitted to practice in this Court as well as the U.S. Court of Appeals for the Fourth Circuit and the U.S. Supreme Court.

Attorney Peiffer has a very general knowledge of Runyon's case, but she has not previously worked on it.  Thus, she will need an initial accommodation to allow her to come up to speed while still attending to her other clients.  Because the parties in Runyon's case are working through the pre-hearing tasks of investigation, discovery, and development of evidence, Attorney Peiffer's appointment is unlikely to have any effect on the ultimate date for the evidentiary hearing in Runyon's matter.

Wherefore, Petitioner asks this Court to grant Petitioner's Motion to Withdraw and asks the Court to appoint Attorney Peiffer as substitute counsel.

Respectfully Submitted,

/s/_____
Elizabeth J. Peiffer
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Phone (434) 817-2970
Fax: (434) 817-2972
epeiffer@vcrrc.org

/s/_____
Michele J. Brace
Virginia Capital Representation
  Resource Center Michele J. Brace
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Work from Home: (202) 223-6380
Phone: (434) 817-2970
mbrace@mindsort.com

Dated: November 16, 2021

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2021, I have electronically filed the foregoing Petitioner's Motion To Allow Attorney Brace to Withdraw And To Appoint Substitute Counsel with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, VA 23606
(757) 591-4032
Brian.Samuels@usdoj.gov

Lisa Rae McKeel
U.S. Attorney's Office
Fountain Plaza Three
721 Lakefront Commons Suite 300
Newport News, VA 23606
(757) 591-4040
Lisa.McKeel@usdoj.gov

Respectfully submitted,


_/s/_____
Michele J. Brace, VSB 36748
VIRGINIA CAPITAL REPRESENTATION
    RESOURCE CENTER
2421 Ivy Road, Suite 301
Charlottesville, Virginia 22903
Work from Home: (202) 223-6380
Phone: (434) 817-2970
Fax: (434) 817-2972
mbrace@mindsort.com