# ELIZABETH J. PEIFFER

2421 Ivy Road, Suite 301
Charlottesville, Virginia 22903

(434) 906-6525
epeiffer@vcrrc.org

**EXPERIENCE**

*Virginia Capital Representation Resource Center,* Charlottesville, Virginia
Senior Staff Attorney                                                                 January 2010-Present
- Represented petitioners in all aspects of state habeas corpus proceedings, federal habeas corpus proceedings, and executive clemency proceedings before the governor of Virginia.
- Appointed as counsel in federal habeas corpus proceedings in the Western District of Virginia and the United States Court of Appeals for the Fourth Circuit.
- Investigated guilt and penalty phases of capital trials—including interviewing witnesses, experts, trial counsel, jurors, and clients.

*Office of the Capital Defender, Commonwealth of Virginia,* Richmond, Virginia
Assistant Capital Defender                                                      August 2008-January 2010
- Served as statutorily-mandated appointed counsel for indigent capital defendants in nine cases in which the Commonwealth sought death sentences.

*Office of the Georgia Capital Defender,* Atlanta, Georgia
Fellowship Attorney                                                             August 2007-August 2008
- Researched legal issues and wrote motions and supporting memoranda.
- Compiled information for social histories and identified and supported mitigation themes, as a mitigation specialist in three cases.
- Completed a concentrated mitigation investigation focused on client's paranoid schizophrenia and history of mental illness to obtain a plea of guilty but mentally ill prior to indictment as a capital case.
- Investigated facts and mitigation, including identifying and locating witnesses and experts.

*The Honorable Glen E. Conrad, United States District Judge,* Roanoke, Virginia
Law Clerk                                                                       August 2005-August 2007
- Researched legal issues and assisted in drafting opinions and orders in civil and criminal cases, including a capital case.
- Assisted in trial preparation for civil and criminal cases.

**BAR ADMISSIONS**
Supreme Court of the United States, United States Court of Appeals for the Fourth Circuit, United States District Court for the Eastern District of Virginia, United States District Court for the Western District of Virginia, Commonwealth of Virginia, State of Georgia

**AWARDS, EDUCATION, AND TRAINING**
**Bill Geimer Award**
Awarded for dedicated capital defense, presented by the Virginia Capital Case Clearinghouse, Washington and Lee University School of Law.

**Planning Committee Member, Virginia Bar Association Capital Defense Workshop**
Solicited to serve on committee planning annual capital defense workshop presented by the Virginia Bar Association, and served as Chair of the planning committee. Completion of the workshop satisfies Virginia statutory requirements for appointment of counsel in capital cases.

*William and Mary School of Law,* Williamsburg, Virginia                        J.D., May, 2005
*Honors and Activities:*
Notes Editor, William and Mary Law Review; Recipient of 2005 Nominee Commendation Letter—Virginia State Bar's Oliver White Hill Law Student Pro Bono Award; Legal Skills Scholar Award; Highest Grades in Death Penalty Seminar, Criminal Justice Ethics; Finalist, Bill of Rights Moot Court Competition; Graduate Research Fellow and Teaching Assistant for Legal Skills

*University of Richmond,* Richmond, Virginia             B.A., *summa cum laude,* Political Science, May, 2002