**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

DAVID ANTHONY RUNYON,    )
      Petitioner,        )    No. 4:15-cv-108
                         )    Original Criminal No. 4:08-cr-16-3
      v.                )
                         )    CAPITAL §2255 PROCEEDINGS
UNITED STATES OF AMERICA,    )    HON. REBECCA BEACH SMITH
      Respondent.      )

**ORDER OF SUBSTITUTION**

Came this day the petitioner, by counsel, on the previous motion of Attorney Michele J. Brace to withdraw, and upon request that Attorney Elizabeth Peiffer be substituted for Attorney Brace as counsel of record for the petitioner;

Upon consideration whereof, it is hereby ORDERED that the motion is GRANTED and Elizabeth Peiffer is hereby substituted as counsel of record for petitioner, David Anthony Runyon.

The Clerk is requested to send copies of this Order to the parties.

ENTER:

_____
**United States District Court Judge**

1