**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| _____ | : | |
| DAVID ANTHONY RUNYON, | : | No. 4:15-cv-108 |
| Petitioner, | : | Original Criminal No. 4:08-cr-16-3 |
| | : | CAPITAL §2255 PROCEEDINGS |
| v. | : | |
| | : | HON. REBECCA BEACH SMITH |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |
| | : | |
| _____ | : | _____ |

### PARTIES JOINT MOTION FOR AGREED PROTECTIVE ORGER

The parties in this matter jointly submit to this Court the following:

1.     On February 12, 2021, the United States Court of Appeals for the Fourth Circuit issued its published opinion in which it vacated the dismissal of Petitioner's claim "that his counsel was constitutionally ineffective for failing to investigate mitigating evidence of brain injury and potential mental illness and remand[ed] that claim for an evidentiary hearing." *United States v. Runyon*, 994 F.3d 192, 197 (4th Cir. 2021); [Dkt 623].

2.     Subsequently, this Court ordered counsel for both parties to contact the calendar clerk to schedule a status conference to address the remand as ordered by the Fourth Circuit. [Dkt 638].  A status conference was subsequently set and held on November 15, 2021, at 2:00 p.m. [Dkt 646].

4.     The parties are actively engaging in voluntary discovery. To help facilitate the continued disclosure of information by Petitioner's attorneys to counsel for the government, the parties hereby jointly request that the Court enter the proposed agreed protective order.

Respectfully Submitted,


/s/Elizabeth Peiffer
Elizabeth Peiffer
Virginia Capital Representation
Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

/s/Dana C. Hansen Chavis, *pro hac vice*
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of
Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org


/s/
Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

/s/
Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov


/s/
Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov


2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2021, I have electronically filed the foregoing PARTIES JOINT MOTION FOR AGREED PROTECTIVE ORDER with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

/s/Nancy Hernandez
Nancy Hernandez
Paralegal, Capital Habeas Unit
Federal Defender Services of
Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Nancy_Hernandez@fd.org

3