CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE 0422 | 2. PERSON REPRESENTED DAVID ANTHONY RUNYON | | VOUCHER NUMBER |
|---|---|---|---|

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 4:08-CR-00016-3-RBS | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF   (Case Name) USA V DAVID ANTHONY RUNYON | 8. TYPE PERSON REPRESENTED Adult Defendant | 9. REPRESENTATION TYPE Habeas (capital) § 2255 federal |
|---|---|---|

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*
18:924J.F

**11. ATTORNEY'S NAME   AND MAILING ADDRESS**
*(First Name, M. I., Last Name, including any suffix)*

Elizabeth J Peiffer - Bar Number:

2421 Ivy Road
Suite 301
Charlottesville, VA 22903
Phone: 4348172970

**13. NAME AND MAILING ADDRESS OF LAW FIRM**
*(Only provide per instructions)*

- TIN: XX-XXXXXXX

Phone: 4348172970

**12. COURT ORDER**

- [X] O Appointing Counsel
- [ ] F Subs For Federal Defender
- [ ] P Subs For Panel Attorney
- [ ] C Co-Counsel
- [ ] R Subs For Retained Attorney
- [ ] Y Standby Counsel

Prior Attorney's  Michele J. Brace            Appointment Date: 11/5/14 - 11/19/21

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11 is appointed to represent this person in this case.

(B) The attorney named in Item 11 is appointed to serve as:   [X] LEAD COUNSEL   [ ] CO-COUNSEL

Name of Co-Counsel
or Lead Counsel:   Elizabeth J Peiffer            Appointment Date: 11/19/2021

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead counsel or co-counsel).

- [ ] (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

Signature of Presiding Judge or By Order of the Court
11/19/2021
Date of Order                    Nunc Pro Tunc Date

(E)Repayment or partial repayment ordered from the person represented for this service at time appointment.
[ ] YES   [X] NO

## CLAIM FOR SERVICES AND EXPENSES

14. STAGING OF PROCEEDING   Check the box which corresponds to the stage of the proceeding during which the work claimed at item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a seperate voucher for each stage of the proceeding.

**CAPITAL PROSECUTION**
- a. [ ] Pre-Trial
- b. [ ] Trial
- c. [ ] Sentencing
- d. [ ] Other Post Trial
- e. [ ] Appeal
- f. [ ] Petition for the U.S. Supreme Court Writ of Certiorari

**HABEAS CORPUS**
- g. [ ] Habeas Petition
- h. [ ] Evidentiary Hearing
- i. [ ] Dispositive Motions
- j. [ ] Appeal
- k. [ ] Petition for the U.S. Supreme Court Writ of Certiorari
- gg [ ] State Court Appearance

**OTHER PROCEEDING**
- l. [ ] Stay of Execution
- m. [ ] Appeal of Denial
- n. [ ] Petition for Writ of Certiorari to the U.S. Supreme Court
- o. [ ] Other
- p. [ ] Clemency

| **15.** HOURS AND COMPENSATION CLAIMED | | **FOR COURT USE ONLY** | | | |
|---|---|---|---|---|---|
| CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| a. In-Court Hearings    (RATE PER HOUR = $ | | | | IN COURT TOTAL *Category a* | IN COURT TOTAL *Category a* |
| b. Interviews and Conferences with Client | | | | | |
| c. Witness Interviews | | | | | |
| d. Consultation with Investigators & Experts | | | | | $0.00 |
| e. Obtaining and Reviewing the Court Record | | | | | |
| f. Obtaining and Reviewing Documents and Evidence | | | | | |
| g. Consulting with Expert Counsel | | | | OUT OF COURT TOTAL | OUT OF COURT TOTAL |
| h. Legal Research and Writing | | | | | |
| i. Travel | | | | *Categories b-j* | *Categories b-j* |
| j. Other    *(Specify on additional sheets)* | | | | | $0.00 |
| TOTALS: Categories b thru j   (RATE PER HOUR = $ | | | | | |

**CLAIM FOR TRAVEL AND EXPENSES** *(Attach itemization of expenses with dates)*

| 16. Travel    *(lodging, parking, meals, mileage, etc)* | | | | | |
|---|---|---|---|---|---|
| 17. Other    *(other than expert, transcripts, etc)* | | | | | |

**GRAND TOTALS (CLAIMED AND ADJUSTED)**

| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM: _____   TO: _____ | 19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION |
|---|---|---|

21. CLAIM STATUS   [ ] Final Payment   [ ] Interim Payment Number ___   [ ] Supplemental Payment   [ ] Withholding Payment   (---)   (---)

Have you previously applied to the court for compensation and/or reimbursement for this case?   [ Yes   [ ] No   If yes, were you paid?   [ ] Yes   [ ] No

Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?   ] Yes   [ ] No   If yes, give details on additional sheets

I swear or affirm   the truth or correctness of the above statements.

Signature of Attorney _____                    Date _____

## APPROVED FOR PAYMENT - COURT USE ONLY

| 22. IN COURT COMP | 23. OUT OF COURT COMP | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| 27. SIGNATURE OF THE PRESIDING JUDGE /S/ | DATE | 27a. JUDGE CODE | CERTIFIED AMT |