IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,    )
    Petitioner,    )    No. 4:15-cv-108
    )    Original Criminal No. 4:08-cr-16-3
    )
    v.    )
    )    CAPITAL §2255 PROCEEDINGS
UNITED STATES OF AMERICA,    )    HON. REBECCA BEACH SMITH
    Respondent.    )

## AGREED PROTECTIVE ORDER

Upon the motion of the Petitioner, DAVID ANTHONY RUNYON, by and through his attorneys, and with the agreement of the Government, by and through its counsel, it is hereby,

ORDERED that:

David Runyon has waived the attorney-client privilege limited to the ineffective assistance of counsel claim which is the subject of the Fourth Circuit Court of Appeals opinion dated February 12, 2021, and Claim 6 of Runyon's § 2255 Motion. The information disclosed to Respondent's counsel in the course of this remand proceeding and for the purpose of responding to the allegations concerning trial counsel's representation of the Petitioner is protected as described herein.

1. Documents redacted as irrelevant to, or exceeding the scope of, the pending evidentiary hearing.

Documents shall be redacted if they address other aspects of counsel's representation of the Petitioner that are not necessary for resolution of the Petitioner's claims about counsel's conduct.

2. Matters involving the alleged ineffective assistance and limited waiver of the attorney-client privilege.

The attorney-client privilege, which attaches to the communications between the Petitioner and his counsel, including his former counsel, shall not be deemed automatically waived in any other federal or state proceeding.

The affidavits and documents supplied by the Petitioner's former counsel shall be limited to use in this § 2255 proceeding, as shall any interviews the government conducts with potential witnesses.

Outside of this § 2255 proceeding, the United States is prohibited from otherwise using the interviews and information from potential witnesses, and/or the affidavits, information, and documents possessed by the Petitioner's former counsel, without further order of a court of competent jurisdiction or a written waiver by the Petitioner. The United States reserves its rights in connection with any retrial or prosecution of David Runyon to challenge whether the materials disclosed to it, pursuant to this Order, are protected by the attorney-client or other privilege.

The Court retains the authority to vacate or modify this Protective Order, as appropriate and/or necessary.

The Clerk is directed to send a copy of this Order to counsel for the Petitioner and to the United States Attorney at Newport News.

IT IS SO ORDERED.

/s/
Rebecca Beach Smith
**Senior United States District Judge**

The Hon. Rebecca Beach Smith
Senior United States District Court Judge

November 30, 2021

2

We ask for this:

_____/s/_____
Elizabeth Peiffer
Senior Staff Attorney
Virginia Capital Representation
  Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Phone: (434) 817 2970
Fax: (434) 817 2972
Email: mbrace@mindsort.com
*Counsel for David Anthony Runyon*

_____/s/_____
Lisa R. McKeel
Virginia Bar No. 28652
Assistant United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: Lisa.McKeel@usdoj.gov
*Attorney for the United States of America*

_____/s/_____
Dana C. Hansen Chavis
*Pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
  Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Phone: (865) 637 7979
Fax: (865) 637-7999
E-mail: Dana_Hansen@fd.org
*Counsel for David Anthony Runyon*

_____/s/_____
Brian J. Samuels
Virginia Bar No. 65898
Assistant United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: Brian.Samuels@usdoj.gov
*Attorney for the United States of America*

3