**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| Petitioner, | ) | No. 4:15-cv-108 |
| | ) | Original Criminal No. 4:08-cr-16-3 |
| v. | ) | |
| | ) | CAPITAL §2255 PROCEEDINGS |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |

**JOINT MOTION FOR ENTRY PRE-EVIDENTIARY HEARING**
**SCHEDULING ORDER**

The United States of America and the Petitioner, DAVID ANTHONY RUNYON, by and

through counsel, hereby move this honorable Court for the entry of the attached Pre-Evidentiary

Hearing Scheduling Order that will address certain scheduling and discovery matters in

anticipation of an evidentiary hearing and other proceedings pertaining to the Petitioner's Section

2255 motion.

Respectfully submitted,

DAVID ANYTHONY RUNYON                    JESSICA D. ABER
Petitioner                               United States Attorney


_____/s/_____                      _____/s/_____
Elizabeth J. Peiffer                     Lisa R. McKeel
Virginia Bar No. 71353                   Virginia Bar No. 28652
Virginia Capital Representation          Assistant United States Attorney
 Resource Center                         United States Attorney's Office
2421 Ivy Road, Suite 301                 Fountain Plaza Three, Suite 300
Charlottesville, VA 22903                721 Lakefront Commons
Phone: (434) 817-2970                    Newport News, Virginia 23606
Fax: (434) 817-2972                      Phone: (757) 591-4000
Email: epeiffer@vcrrc.org                Fax: (757) 591-0866
*Counsel for David Anthony Runyon*       Email: Lisa.McKeel@usdoj.gov
                                         *Attorney for the United States of America*

1

_____/s/_____
Dana C. Hansen Chavis
*Pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of
Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Phone: (865) 637-7979
Fax: (865) 637-7999
E-mail: Dana_Hansen@fd.org
*Counsel for David Anthony Runyon*

_____/s/_____
Brian J. Samuels
Virginia Bar No. 65898
Assistant United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: Brian.Samuels@usdoj.gov
*Attorney for the United States of America*

2

<u>CERTIFICATE OF SERVICE</u>

I certify that on January 27, 2022, I electronically filed a copy of the foregoing with the

Clerk of the Court using the CM/ECF system who will send notice to the current and former

counsel of record.

By:              /s/
Brian James Samuels
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: 757-591-4000
Fax: 757-591-0866
Email: Brian.Samuels@usdoj.gov

4