**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

DAVID ANTHONY RUNYON,          )
     Petitioner,          )    No. 4:15-cv-108
          )    Original Criminal No. 4:08-cr-16-3
     v.          )
          )    CAPITAL §2255 PROCEEDINGS
UNITED STATES OF AMERICA,          )    HON. REBECCA BEACH SMITH
     Respondent.          )

ORDER PERMITTING AND DIRECTING FORMER TRIAL COUNSEL TO
RESPOND TO PETITIONER'S CLAIMS IN SECTION 2255 MOTION

Upon motion of the United States, for former trial counsel to be permitted to respond to

the ineffective assistance of counsel claims outlined in petitioner's Section 2255 motion,

specifically, Claim 6 of the Section 2255 motion, the Court finds good cause to grant the motion.

IT IS THEREFORE ORDERED that Lawrence H. Woodward, Jr., and Stephen A

Hudgins, are permitted and directed to respond to the inquiry of the United States concerning

Claim 6 in the Section 2255 motion.


Date:_____
Norfolk, Virginia              UNITED STATES DISTRICT JUDGE



I ASK FOR THIS:

JESSICA D. ABER
UNITED STATES ATTORNEY

By:           /s/
     Lisa R. McKeel
     Brian J. Samuels
     Assistant United States Attorneys
     Carrie Ward
     Trial Attorney, Department of Justice