**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | : | |
| Petitioner, | : | Original Criminal No. 4:08-cr-16-3 |
| | : | Original Civil No. 4:15-cv-108 |
| v. | : | **CAPITAL §2255 PROCEEDINGS** |
| | : | |
| UNITED STATES OF AMERICA, | : | HON. REBECCA BEACH SMITH |
| Respondent. | : | |

NOTICE OF INTENT TO RESPOND

Petitioner, David Anthony Runyon, gives notice of his intent to respond to the Government's Motion to Permit Trial Counsel to Respond to Petitioner's Ineffective Assistance of Counsel Claims Filed Pursuant to Title 28 U.S.C. § 2255 (ECF No. 658) within fourteen days, by February 11, 2022. This is the time permitted under the local rules governing civil and criminal cases. Local Rules Governing Civil Cases 7(F)(1); Local Rules Governing Criminal Cases 12. *See also* Rule 12 of the RULES GOVERNING § 2255 PROCEEDINGS ("2255 RULES") (Both the Rules of Civil and Criminal Procedure apply.). In support of this Notice, Mr. Runyon states as follows:

1.  Initially, this Court's Local Rules plainly provide that a party may have fourteen days to respond to a motion. *See infra*. The fourteen days expires on February 11, 2022. This notice is filed out of an abundance of caution.

2.  On January 27, 2022, this Court entered an agreed pre-evidentiary hearing scheduling order providing that the parties would disclose certain discoverable matters by January 31, 2022. (ECF No. 657). The agreed scheduling order also provided that the

deadline to file motions related to discovery would be February 21, 2022. (ECF No. 657).

3. One day later, on January 28, 2022, and before the first discovery production deadline had passed, the Government filed a discovery motion seeking to interview Mr. Runyon's trial counsel and to gain access to trial counsel's files.

4. This is a serious matter. Mr. Runyon's counsel should be permitted to adequately research and respond to this motion to ensure the disclosures are consistent with Virginia's Rules of Professional Conduct, and that only legally relevant material is disclosed. *See generally* VSB Standing Comm. on Legal Ethics, Formal Op. 1859 (2012) (https://www.vacle.org/opinions/1859.htm). In *Courtade v. United States,* 243 F. Supp. 3d 699, 705-06 (E.D. Va. 2017), this Court noted the process by which trial counsel provides information should be "orderly" and should minimize "concerns about disclosures occurring outside of 'formal' proceedings." A reasonable amount of time is necessary so that counsel may adequately research and address this matter in an "orderly" fashion to ensure that the attorney-client privilege is protected.

5. Mr. Runyon anticipates responding to the Government's motion within the time normally allowed for a response, fourteen days.

WHEREFORE, Mr. Runyon respectfully provides notice of his intent to respond to the Government's motion within fourteen days.

Respectfully Submitted,


/s/Elizabeth J. Peiffer
2

Elizabeth J. Peiffer, VSB No. 71353
Virginia Capital Representation
Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org


/s/Dana C. Hansen Chavis, *pro hac vice*
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

3

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2022, I have electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

/s/Elizabeth J. Peiffer
Elizabeth J. Peiffer, VSB No. 71353
Virginia Capital Representation
Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org