**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | : | |
| Petitioner, | : | Original Civil No. 4:15-cv-108 |
| | : | Original Criminal No. 4:08-cr-16-3 |
| v. | : | |
| | : | **CAPITAL §2255 PROCEEDINGS** |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | HON. REBECCA BEACH SMITH |
| | : | |

## JOINT MOTION TO EXTEND DEADLINE

The Petitioner, David Anthony Runyon, and the Respondent, United States of America, by and through counsel, hereby move this honorable Court for a two-week extension of the February 21, 2022, deadline in scheduling order ECF No. 657 to file motions related to the recent exchange of discovery disclosures. Additional time will allow counsel to complete review of the voluminous disclosures and attempt informal dispute resolution before filing formal discovery motions, if necessary.

1

Should the Court grant this request, the parties further request that the Court reset the deadline for responses to any such motions.

Respectfully Submitted,

<table>
<tr><td>/s/Brian J. Samuels</td><td>/s/Elizabeth J. Peiffer</td></tr>
<tr><td>Brian J. Samuels, VSB No. 65898</td><td>Elizabeth J. Peiffer, VSB No. 71353</td></tr>
<tr><td>Assistant US Attorney</td><td>Virginia Capital Representation</td></tr>
<tr><td>US Attorney's Office</td><td>Resource Center</td></tr>
<tr><td>721 Lakefront Commons</td><td>2421 Ivy Road, Suite 301</td></tr>
<tr><td>Newport News, VA 23606</td><td>Charlottesville, VA 22903</td></tr>
<tr><td>Telephone: (757) 591-4000</td><td>Telephone: (434) 817-2970</td></tr>
<tr><td>Facsimile: (757) 591-0866</td><td>Facsimile: (434) 817-2972</td></tr>
<tr><td>Email: Brian.Samuels@usdoj.gov</td><td>Email: epeiffer@vcrrc.org</td></tr>
<tr><td>Attorney or United States of America</td><td>Attorney for David Anthony Runyon</td></tr>
</table>

<table>
<tr><td>/s/Lisa R. McKeel</td><td>/s/Dana C. Hansen Chavis, <em>pro hac vice</em></td></tr>
<tr><td>Lisa R. McKeel, VSB No. 28652</td><td>Dana C. Hansen Chavis</td></tr>
<tr><td>Assistant US Attorney</td><td>Assistant Federal Defender</td></tr>
<tr><td>US Attorney's Office</td><td>Federal Defender Services of Eastern Tennessee</td></tr>
<tr><td>721 Lakefront Commons</td><td>800 S. Gay Street, Suite 2400</td></tr>
<tr><td>Newport News, VA 23606</td><td>Knoxville, TN 37929</td></tr>
<tr><td>Telephone: (757) 591-4000</td><td>Telephone: (865) 637-7979</td></tr>
<tr><td>Facsimile: (757) 591-0866</td><td>Facsimile: (865) 637-7999</td></tr>
<tr><td>Email: Lisa.McKeel@usdoj.gov</td><td>Email: Dana_Hansen@fd.org</td></tr>
<tr><td>Attorney or United States of America</td><td>Attorney for David Anthony Runyon</td></tr>
</table>

/s/Carre L. Ward
Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW, Rm 650
Washington, DC 20530
Telephone: (202) 923-7154
Facsimile: (202) 305-9779
Email: Carrie.Ward@usdoj.gov
Attorney for United States of America

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2022, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to counsel of record.

/s/Nancy Hernandez
Nancy Hernandez
Paralegal, Capital Habeas Unit
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Email: Nancy_Hernandez@fd.org