## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

DAVID ANTHONY RUNYON,      :
    Petitioner,             :     Original Civil No. 4:15-cv-108
                          :     Original Criminal No. 4:08-cr-16-3
      v.               :
                          :     **CAPITAL §2255 PROCEEDINGS**
UNITED STATES OF AMERICA,    :
    Respondent.           :     HON. REBECCA BEACH SMITH
                          :

### ORDER

Upon the joint motion of the parties and for good cause shown, it is hereby,

ORDERED that:

The Agreed Pre-Evidentiary Hearing Scheduling Order, ECF No. 657, is modified to extend the February 21, 2022, deadline to file motions related to the exchange of discovery disclosures to date pursuant to Rule 6(a) of the Rules Governing § 2255 Cases and the Federal Rules of Civil Procedure to <u>March 7, 2022</u>. Any responses shall be filed seven days after the filing of any such motions.

The Clerk is DIRECTED to forward a copy of this Order to the Warden at the US Penitentiary at Terre Haute, Indiana, and to counsel for all parties.

IT IS SO ORDERED.

                                     /s/
                              Rebecca Beach Smith
                              Senior United States District Judge

Dated: February 18, 2022

REBECCA BEACH SMITH
Senior United States District Judge