IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| Petitioner, | ) | No. 4:15-cv-108 |
| | ) | Original Criminal No. 4:08-cr-16-3 |
| v. | ) | |
| | ) | CAPITAL §2255 PROCEEDINGS |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |

## ORDER CONTINUING STATUS HEARING DATE AND EXTENDING MOTIONS DATE

Upon the joint motion of the parties for a brief continuance in the status hearing in this matter currently scheduled for March 16, 2022, and a corresponding extension of the motions deadline in the Agreed Pre-Evidentiary Hearing Scheduling Order (ECF 657 and, as extended, ECF 663) from March 7, 2022, to March 21, 2022, the Court finds good cause to grant the motion.

IT IS THEREFORE ORDERED that the status hearing currently scheduled for March 16, 2022, is continued.   The parties are directed to contact the Courtroom deputy to arrange for a new hearing date.   Additionally, the motions deadline previously extended by prior order (ECF 663) is further extended from March 7, 2022, to March 21, 2022.

The Clerk is directed to forward a copy of this Order to the Warden at the United States Penitentiary at Terre Haute, Indiana, and to counsel for all parties.

IT IS SO ORDERED.

/s/
Rebecca Beach Smith
Senior United States District Judge

Date:_ March 4, 2022
Norfolk, Virginia

The Hon. Rebecca Beach Smith
Senior United States District Judge