## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Newport News Division

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| Petitioner, | ) | No. 4:15-cv-108 |
| | ) | Original Criminal No. 4:08-cr-16-3 |
| v. | ) | |
| | ) | CAPITAL §2255 PROCEEDINGS |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |

### ORDER PERMITTING AND DIRECTING FORMER TRIAL COUNSEL TO RESPOND TO PETITIONER'S CLAIMS IN SECTION 2255 MOTION

Upon motion of the United States, for former trial counsel to be permitted to respond to the ineffective assistance of counsel claims outlined in petitioner's Section 2255 motion, specifically, Claim 6 of the Section 2255 motion, the Court finds good cause to grant the motion.

IT IS THEREFORE ORDERED that Lawrence H. Woodward, Jr., and Stephen A Hudgins, are permitted and directed to respond to the inquiry of the United States concerning Claim 6 in the Section 2255 motion.

/s/ -RBS-
_____
Rebecca Beach Smith
Senior United States District Judge

Date: March 8, 2022
Norfolk, Virginia

_____
UNITED STATES DISTRICT JUDGE

I ASK FOR THIS:

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/s/_____
Lisa R. McKeel
Brian J. Samuels
Assistant United States Attorneys
Carrie Ward
Trial Attorney, Department of Justice