**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

DAVID ANTHONY RUNYON,                        :
     Petitioner,                        :        Original Criminal No. 4:08-cr-16-3
                                        :        Original Civil No. 4:15-cv-108
     v.                        :        **CAPITAL §2255 PROCEEDINGS**
                                          :
UNITED STATES OF AMERICA,                        :        HON. REBECCA BEACH SMITH
     Respondent.                        :

**MOTION FOR PETITIONER RUNYON TO**
**PARTICIPATE VIA VIDEO-CONFERENCE AT APRIL 13 STATUS CONFERENCE**

Petitioner, David Anthony Runyon, after consultation with counsel and of his own accord, pursuant to Fed.R.Crim.P. 43(b)(3) and Rule 12 of the RULES GOVERNING §2255 PROCEEDINGS ("2255 RULES") moves this Court for an order allowing him to waive his physical presence and to participate by video-conference at the upcoming status conference.

Mr. Runyon appeared by video-conference at a previous status conference and he seeks the same for the next scheduled status conference.

On August 20, 2021, the Court directed the parties to contact the Calendar Clerk to schedule a status conference in this matter. (ECF No.638 p.2). The Court ordered that Petitioner Runyon "shall be present for this status conference." *Id.*   Shortly thereafter a status conference was scheduled for November 15, 2021, at 2:00 p.m., at the United States District Court for the Eastern District of Virginia, Norfolk.   On September 17, 2021, Mr. Runyon filed a motion seeking to participate at the November status conference via video-conference.   (ECF No. 641).[1]

---

[1] On September 21, 2021, a Notice of Correction was entered on the docket sheet by the clerk's office to modify the original filed text to reflect the correct case/filer of the document.

The government did not oppose this motion. The Court granted Mr. Runyon's motion on September 21, 2021.   (ECF No. 642).

On November 15, 2021, a status conference was held before the Honorable Rebecca Beach Smith at the United States District Court for the Eastern District of Virginia, Norfolk.   On December 1, 2021, a follow-up status conference was scheduled for March 16, 2022.   Mr. Runyon voluntarily requested to be physically absent from the courtroom during the March 16th status conference.   The Court granted his motion. (ECF No. 655).

On March 4, 2022, a motion to continue the status conference was filed, which explained that Mr. Runyon would not be returned to USP Terre Haute by March 16th, and would be in the transport process on that date.   (ECF No. 664).   The Court granted the motion. (ECF No. 665). The status conference was reset for April 13, 2022, at 2:00 p.m.

Mr. Runyon does not waive his attendance at the status conference but requests that the Court allow for his attendance via video-conferencing for the following reasons:

1) There is a reasonable expectation that the length of the status conference will be relatively short and will not address Mr. Runyon's substantive or Constitutional rights;

2) Mr. Runyon seeks to avoid additional unnecessary risk of exposure to COVID-19. Mr. Runyon is at greater risk because he is vulnerable: he is without freedom to control his environment, maintain distance from other people, or freely engage in sanitary practices like handwashing, using hand sanitizer, and sanitizing surfaces.

3) Additionally, Mr. Runyon has weighed concerns for his physical safety against the nature of the status conference in making the instant request. In addition to the substantial risk posed by the pandemic Mr. Runyon is now legally blind in both eyes. One eye is correctible with glasses,

2

but he remains without peripheral vision and depth perception. This, coupled with other physical ailments, creates balance problems. He is at risk for falls and physical injury especially when he is in unfamiliar surroundings. In a new prison or jail setting, he is vulnerable to being taken advantage of or physically harmed by others.

Counsel for the government have been consulted about this motion and, if the Court is willing to permit a remote appearance through the use of technology, the government has advised that it does not object.

Mr. Runyon does not waive his right to physically appear at any future proceedings, specifically and including, any and all proceedings that will address his substantive and/or Constitutional rights.

WHEREFORE, Mr. Runyon respectfully requests the Court enter an order allowing him to waive his physical appearance at the upcoming status conference hearing and permit his appearance via video conference.

Respectfully Submitted,

Dated: *11 JAN 2o 22*

*David A. Runyon*

DAVID ANTHONY RUNYON
Petitioner


/s/Elizabeth J. Peiffer

Elizabeth J. Peiffer, VSB No. 71353
Virginia Capital Representation
Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org


/s/Dana C. Hansen Chavis, *pro hac vice*

Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

I hereby certify that on March 11, 2022, I have electronically filed the foregoing MOTION FOR PETITIONER RUNYON TO PARTICIPATE VIA VIDEO-CONFERENCE AT APRIL 13 STATUS CONFERENCE with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

/s/Elizabeth J. Peiffer
Elizabeth J. Peiffer, VSB No. 71353
Virginia Capital Representation
Resource Center
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

5