**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

DAVID ANTHONY RUNYON,

      **Petitioner,**

v.

                                **CIVIL NO. 4:15cv108**
                          **[ORIGINAL CRIMINAL NO. 4:08cr16]**

UNITED STATES OF AMERICA,

      **Respondent.**

## ORDER

This matter comes before the court on Petitioner's Motion to participate remotely at the status conference scheduled for April 13, 2022 ("Motion"). ECF No. 667. Though Petitioner's signature appears on the Motion, it is dated January 11, 2022, roughly two months before the April 13 status conference was scheduled. See ECF No. 667 at 4.[1] Petitioner could not "request[] the Court to enter an order allowing him to waive his physical appearance at the upcoming status conference" referenced in the Motion before it was placed on the calendar. See id.

Accordingly, Petitioner is **DIRECTED** to resubmit the Motion with a proper signature, including a date indicating that Petitioner executed the Motion with knowledge of the date of the hearing. The Clerk is **DIRECTED** to forward a copy of this Order to

---

[1] It appears that the signature page of the Motion is a photocopy of the signature page from a similar motion Petitioner filed on January 21, 2022. Compare ECF No. 667 at 4, with ECF No. 654 at 4.

counsel for Petitioner, the United States Attorney at Newport News, and the Bureau of Prisons.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge
REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

March 17 , 2022