# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK/NEWPORT NEWS DIVISION

Wednesday, April 13, 2022

MINUTES OF PROCEEDINGS IN __Open Court__

PRESENT: THE HONORABLE __Rebecca Beach Smith, USDJ__

Deputy Clerk: __Susan Cherry__                    Reporter: __Jody Stewart, OCR__

| Set: 2:00 p.m. | Started: 3:50 p.m. | Ended: 4:30 p.m. |
|---|---|---|
| 4:08cr16 | USA v. David Anthony Runyon | |

Brian Samuels, Lisa McKeel, Carrie Ward present on behalf of USA.

Elizabeth Peiffer, Dana Chavis present on behalf of Mr. Runyon. Mr. Runyon present by audio conference (not video conference), for the reasons stated on the record.

Molly Kincaid from Federal Defender Services of Eastern Tennessee present with Mr. Runyon in Terre Haute facility.

Matter came on for hearing re all outstanding matters.

Comments of the court and counsel heard re the presence of defendant by audio, rather than video.

For the reasons stated on the record, the court declined to go forward today with the hearing.

The court directed that the hearing on all outstanding matters will be rescheduled to a date that Mr. Runyon can be present. The court further directed that the defendant be present for all future hearings.

Court adjourned.