DAVID RUNYON
57997-083
USP Terre Haute - SCU
PO Box 33
Terre Haute, IN 47808-0033





28 CFR 540.18-19
SPECIAL MAIL
LEGAL MAIL

USMS
CSO INSPECTED

Attn: Clerk of the Court
US District Court
2400 West Ave. Suite 100
Newport News, VA 23607





UNITED STATES
POSTAL SERVICE ®

USPS TRACKING #

9114 9022 0078 9646 1482 90

Label 400 Jan. 2013
7690-16-000-7948



28 CFR 540.18-19
SPECIAL MAIL
LEGAL MAIL

