## UNITED STATES DISTRICT COURT
### for the Eastern District of Virginia
### Newport Division

DAVID ANTHONY RUNYON,

     Petitioner,

v.

     CIVIL NO.   4:15cv108
     [ORIGINAL CRIMINAL NO.:  4:08cr16-3]

UNITED STATES OF AMERICA,

     Respondent.

## ORDER STRIKING PLEADINGS

The Clerk has received your Motion to Vacate, ECF No. 676; however, it is deficient in the area(s) checked below:

[ ]  Document does not have an address where notice can be served [Local CR Rule 47 (B)]

[ ]  Document is not signed. [F.R. Crim. P. 49(d), Civil P. 11(a)]

[ ]  Attorney not admitted to practice in Eastern District of Virginia [Local Rule 57.4 (D)]

[ ]  Local attorney has not signed [Local Civil Rule 83.1 (3)]

[ ]  No Certificate of Service on the U.S. Attorney, Fountain Plaza Three, 721 Lake Front Commons, Suite 300, Newport News, VA 23606; or explanation why service is not required (and F.R. Crim. P. 49(a) and (b) and F.R.Civ.P. 5(d)).

[X]  Other:  Petitioner is represented by counsel and filed Motion to Vacate pro se.

The defendant is advised that if he wishes the court to consider his submission, it must be resubmitted with the deficiency corrected within thirty (30) days of the date of this order or it will be stricken from the record.

The Clerk is **DIRECTED** to forward a copy of this Order to the Petitioner, to counsel for Petitioner, and the United States Attorney at Newport News.

**IT IS SO ORDERED.**

     /s/
     Rebecca Beach Smith
     Senior United States District Judge

     Rebecca Beach Smith, U.S. District Judge

Dated: May | | , 2021