AO 450  Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

DAVID ANTHONY RUNYON,

      Petitioner,

v.

                                 [Original Criminal Number:   4:08CR16-03]
                                         Civil Case Number: 4:15CV108

UNITED STATES OF AMERICA,

      Respondent.

## JUDGMENT

[X]    **Decision by Court.**   This action came on for decision before the Court.
        The issues have been decided and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** the court CONSTRUES Petitioner's Supplement as a successive 2255 motion, which the court DENIES for lack of the requisite Circuit Court authorization.

                                   FERNANDO GALINDO, CLERK

Entered: June 29, 2022

                                 By:          /s/
                                     A. Farlow, Deputy Clerk