# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Wednesday, July 20, 2022

MINUTES OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE    Rebecca Beach Smith, USDJ

Deputy Clerk: Tammy Armstrong              Reporter: Jody Stewart, OCR

| Set: 4:30 p.m. | Started: 4:40 p.m. | Ended: 5:30 p.m. |
| --- | --- | --- |
| 4:08cr16 | USA v. David Anthony Runyon | |

Brian Samuels, Lisa McKeel, Carrie Ward present on behalf of USA.

Elizabeth Peiffer and Dana Chavis present on behalf of Mr. Runyon. Defendant present in custody.

Matter came on for status conference and hearing on the Motion for Discovery (ECF #670).

Comments of the court heard.

Counsel for defendant reported that certain issues in the motion have been resolved.  Counsel argued remaining issue of the motion.

The court takes the matter under advisement.

Defendant remanded to custody of USM.

Defendant remanded to custody of USM.