**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | : | |
| Petitioner, | : | No. 4:15-cv-108 |
| | : | Original Criminal No. 4:08-cr-16-3 |
| v. | | |
| | : | **CAPITAL § 2255 PROCEEDINGS** |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | HON. REBECCA BEACH SMITH |
| | : | |

**PETITIONER'S SUPPLEMENT TO OPPOSITION TO**
**RESPONDENT'S PROPOSAL FOR A BIFURCATED EVIDENTIARY HEARING**

Mr. Runyon has submitted an Opposition to the Respondent's Proposal for a Bifurcated

Evidentiary Hearing. ECF No. 682. Mr. Runyon supplements his pleading as follows.

Below is a list of cases brought pursuant to 28 U.S.C. § 2255 by death-sentenced

petitioners in which evidentiary hearings have been held. From a search of the publicly

accessible dockets of these cases, it appears that none of the hearings were furcated based upon

the various prongs of a legal claim.

- *Allen v. United States*, No. 4:07-cv-27 (E.D. Mo.)
- *Barrett v. United States*, No. 6:09-cv-105 (E.D. Okla.)[1]
- *Basham v. United States*, No. 4:02-cr-992 (D. S.C.)
- *United States v. Battle*, No. 1:95-cr-528 (N.D. Ga.)
- *United States v. Bourgeois*, No. 2:02-cr-216 (S.D. Tex.)
- *Chandler v. United States*, No. 1:90-cr-266 (N.D. Ala.)
- *United States v. Fell*, No. 5:01-cr-12 (D. Vt.)
- *United States v. Fulks*, No. 4:02-cr-992 (D. S.C.)

---

[1] In this case, the court originally ordered that the hearing be bifurcated by prong of *Strickland v. Washington*, 466 U.S. 668 (1984), but the petitioner objected to bifurcation and the hearing was ultimately not bifurcated.

1

- *United States v. Hall*, No. 4:94-cr-121 (N.D. Tex.)
- *United States v. Hammer*, No. 4:96-cr-239 (M.D. Pa.)
- *Holder v. United States*, No. 4:03-cv-923 (E.D. Mo.)
- *United States v. Honken*, No. 3:01-cr-3047 (N.D. Iowa)
- *Johnson v. United States*, No. 3:09-cv-3064 (N.D. Iowa)
- *United States v. Jones*, No. 5:95-cr-47 (N.D. Tex.)
- *United States v. Lecroy*, No. 2:02-cr-38 (N.D. Ga.)
- *Montgomery v. United States*, No. 4:12-cv-8001 (W.D. Mo.)
- *Nelson v. United States*, 4:04-cv-08005 (W.D. Mo.)
- *Ortiz v. United States*, No. 4:04-cv-08001 (W.D. Mo.)
- *Roane v. United States*, No. 3:92-cr-68 (E.D. Va.)
- *United States v. Rodriguez*, No. 2:04-cr-55 (D. N.D.)
- *United States v. Sampson*, No. 1:01-cr-10384 (D. Mass.)
- *United States v. Stitt*, No. 2:98-cr-47 (E.D. Va.)

The hearing on whether Mr. Runyon was denied the effective assistance of sentencing counsel should not be bifurcated by prong of *Strickland*.

Respectfully Submitted,

/s/Elizabeth J. Peiffer
Elizabeth J. Peiffer, VSB No. 71353
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

/s/Dana C. Hansen Chavis, *pro hac vice*
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2022, I have electronically filed the foregoing PETITIONER'S SUPPLEMENT TO OPPOSITION TO RESPONDENT'S PROPOSAL FOR A BIFURCATED EVIDENTIARY HEARING with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

/s/Elizabeth J. Peiffer
Elizabeth J. Peiffer, VSB No. 71353
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
epeiffer@vcrrc.org