## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

|  |  |  |
|---|---|---|
| DAVID ANYHONY RUNYON, | ) | |
| Petitioner, | ) | Original Criminal No. 4:08-cr-16-3 |
| | ) | Original Civil No. 4:15-cv-108 |
| vs. | ) | **CAPITAL § 2255 PROCEEDINGS** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |
| | ) | |

### MOTION FOR APPOINTMENT OF CO-COUNSEL

Comes now, DAVID ANTHONY RUNYON, an indigent federal prisoner under sentence of death, and respectfully moves the Court to appoint a third experienced capital habeas attorney to represent him in pursuing post-conviction remedies, including the investigation, preparation, prosecution of a motion for post-conviction relief pursuant to 28 U.S.C. § 2255, and in preparing for and conducting an evidentiary hearing. Mr. Runyon specifically asks the Court to appoint Helen Susanne Bales[1] Assistant Federal Defender, of the Federal Defender Services of Eastern Tennessee, Inc. (FDSET), as additional co-counsel.

---

1 Ms. Bales is admitted to practice before the Fourth Circuit Court of Appeals as Helen Susanne Bales, which is also the name that appears on her Tennessee State Bar Card.

Pursuant to Local Rule 7(f), a Memorandum of Law in Support of Mr. Runyon's Motion for Appointment of Co-Counsel accompanies this motion.

Respectfully Submitted,

/s/Elizabeth J. Peiffer
Elizabeth J. Peiffer, VSB No. 71353
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

/s/Dana C. Hansen Chavis, *pro hac vice*
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2022, I have electronically filed the foregoing Motion for Appointment of Co-Counsel and Memorandum of Law with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax (202) 305-9779
Carrie.Ward@usdoj.gov

/s/Nancy Hernandez
 Nancy Hernandez
 Paralegal, Capital Habeas Unit
 nancy_hernandez@fd.org