**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

|  |  |  |
|---|---|---|
| DAVID ANYHONY RUNYON, | ) | |
| Petitioner, | ) | Original Criminal No. 4:08-cr-16-3 |
| | ) | Original Civil No. 4:15-cv-108 |
| vs. | ) | **CAPITAL § 2255 PROCEEDINGS** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |
| | ) | |

**ORDER GRANTING APPOINTMENT OF CO-COUNSEL**

DAVID ANTHONY RUNYON, an indigent federal prisoner under sentence of death, has moved the Court to appoint a third experienced capital habeas attorney to represent him as co-counsel in the matters currently before this Court, pursuant to 18 U.S.C. § 3599. Mr. Runyon specifically asks the Court to appoint Helen Susanne Bales, Assistant Federal Defender, of the Federal Defender Services of Eastern Tennessee, Inc. (FDSET) as additional co-counsel.

THEREFORE, IT IS ORDERED, based upon the motion and the supporting memorandum of law that Helen Susanne Bales, Assistant Federal Defender, of the Federal Defender Services of Eastern Tennessee, Inc. (FDSET) is hereby appointed to represent Mr. Runyon as additional co-counsel in all matters currently pending before this Court, subject to her admission to practice pro hac vice in the Eastern District of Virginia.

IT IS SO ORDERED.

October ____, 2022

_____
REBECCCA BEACH SMITH
CHIEF JUDGE