**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | | |
|---|---|---|
| DAVID ANYHONY RUNYON, | ) | |
| Petitioner, | ) | Original Criminal No. 4:08-cr-16-3 |
| | ) | Original Civil No. 4:15-cv-108 |
| vs. | ) | |
| | ) | **CAPITAL § 2255 PROCEEDINGS** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | HON. REBECCA BEACH SMITH |
| | ) | |

**MEMORANDUM IN SUPPORT OF
MOTION FOR APPOINTMENT OF CO-COUNSEL**

DAVID ANTHONY RUNYON by and through habeas counsel of record, Elizabeth Peiffer, asks the Court to appoint Helen Susanne Bales (Levi) of Federal Defender Services of Eastern Tennessee, Inc., as third habeas counsel of record in the case.[1]

This Court originally appointed as habeas counsel Michele J. Brace of the Virginia Capital Representation Resource Center to represent Mr. Runyon "on collateral review in this court." ECF 410. Elizabeth Peiffer was appointed when Ms. Brace retired from the practice of law. ECF 649. She had not previously been involved in Mr. Runyon's representation. This Court also appointed a second qualified attorney, Dana Hansen Chavis, of the Capital Habeas Unit of Federal Defender Services of Eastern Tennessee, Inc. (FDSET). The order appointing Ms. Chavis stated, "Ms. Chavis is permitted to work on the Defendant's case with her legal colleagues and support staff at FDSET." ECF 435 p.6.

---

1 In its Order of June 3, 2015, ECF 439, the Court noted that, "[i]f [counsel] has some specific reason for Ms. Levi to be a third counsel of record in the case, she should so notify the court thereof in writing." Mr. Runyon's Motion and Memorandum are filed in compliance with the Court's Order.

In the request for appointment of Ms. Chavis, it was conveyed to the Court that Ms. Chavis would assign attorney Susanne Bales, who is also a qualified capital habeas attorney from FDSET, to work on Mr. Runyon's case. ECF 433 p.8. After appointing Ms. Chavis to represent Runyon, this Court accepted Ms. Chavis's application for pro hac vice admission. ECF 436 and 438. Ms. Bales also filed an application for pro hac vice admission, however, the Court denied that application. ECF 437 and 439. In denying Ms. Bales's application the Court noted that "neither Ms. Brace nor Ms. Chavis have moved the court to appoint" her as third habeas counsel, ECF 439 p.2. The Court also reminded counsel of record that they could "work on" Mr. Runyon's case with legal colleagues, ECF 439 p.3, and this would include attorney Bales.

Subsequently, attorney Bales assisted Ms. Brace and Ms. Chavis with research and writing for the written submissions to this Court. There were no in-person court proceedings before Mr. Runyon's § 2255 motion was summarily denied. Next, attorneys Bales, Brace, and Chavis represented Mr. Runyon before the Fourth Circuit Court of Appeals. Ms. Bales participated in the briefing process, appeared as a counsel of record, and argued the case to the panel.

Mr. Runyon's case has been remanded for an evidentiary hearing which will be soon set on the Court's calendar. In light of the upcoming evidentiary hearing, the large number of witnesses and exhibits to be presented to the Court, and the anticipated length of in-court proceedings, undersigned counsel finds it appropriate to request the appointment of a third habeas counsel. Ms. Bales is the ideal co-counsel due to her knowledge of and involvement in the case thus far.

Since 2015, when counsel Chavis was appointed, the habeas attorneys working on Mr. Runyon's case have been: Ms. Brace/Ms. Peiffer, Ms. Chavis, and Ms. Bales. Formal in-court proceedings are imminent, and Mr. Runyon needs the assistance of all three of his current attorneys

in court. Mr. Runyon has provided pre-hearing notice that he either expects or may present at the evidentiary hearing 23 witnesses and 141 exhibits. Mr. Runyon's three attorneys are dividing responsibilities for the upcoming hearing and for presentation of the proof. The upcoming work is critical to Mr. Runyon's case and it requires the continued work of attorneys Peiffer, Chavis, and Bales. The three attorneys need to be able to prepare for and fully participate in the evidentiary hearing to provide adequate representation to Mr. Runyon. Notably, the government has had three attorneys of record fully participating in the pre-hearing in-court proceedings.

Mr. Runyon respectfully asks the court to appoint Susanne Bales, Assistant Federal Defender, to represent Mr. Runyon.  Ms. Bales is an assistant federal defender within FDSET's 11-person Capital Habeas Unit (CHU). She is fully qualified for appointment under 18 U.S.C. § 3599.  She has more than fifteen years of experience representing capital habeas petitioners in federal court. She has served as lead counsel on two capital habeas cases that proceeded to evidentiary hearings. She not only has extensive experience representing capital habeas petitioners in federal courts, but Ms. Bales has already worked extensively on Mr. Runyon's case, including working closely with one of the expert witnesses who will testify at the upcoming evidentiary hearing.

Moreover, as with Ms. Chavis, having Ms. Bales represent Mr. Runyon is both efficient and cost-effective. First, she has extensive experience representing defendants in precisely this kind of case. Second, consistent with each district's Criminal Justice Act Plan, the CHU employees are on salary from their defender organization, and they cannot seek payment from the Court for any staff member's time or litigation expenses, or for any other case-related services.

Ms. Bales is not currently a member of the Virginia Bar. She has, however, assembled the necessary paperwork and is prepared to petition for her admission *pro hac vice* should the Court

enter an order granting Ms. Bales's appointment.

The circumstances exist for the appointment of a third habeas counsel, and therefore Mr. Runyon asks the Court to appoint Susanne Bales, Assistant Federal Defender, Federal Defender Services of Eastern Tennessee, Inc.

WHEREFORE, Mr. Runyon respectfully requests that the Court appoint Ms. Bales to represent him in collateral proceedings under § 2255. Ms. Bales's contact information is:

Susanne Bales
Assistant Federal Defender
Federal Defender Services of Eastern Tennessee, Inc.
800 South Gay Street, Suite 2400
Knoxville, TN 37929-9714
Phone (865) 637-7979
Fax (865) 637-7999
Susanne_Bales@fd.org

Respectfully Submitted,

/s/Elizabeth J. Peiffer
Elizabeth J. Peiffer, VSB No. 71353
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

/s/Dana C. Hansen Chavis, *pro hac vice*
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2022, I have electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF)

to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax (202) 305-9779
Carrie.Ward@usdoj.gov

/s/Nancy Hernandez
 Nancy Hernandez
 Paralegal, Capital Habeas Unit
 nancy_hernandez@fd.org