# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Tuesday, October 18, 2022

MINIMUM OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE   Rebecca Beach Smith, USDJ

Deputy Clerk: Tammy Armstrong          Reporter: Jody Stewart, OCR

| Set: 11:00 a.m. | Started: 11:00:00 a.m. | Ended:  11:55 a.m. |
|---|---|---|

4:08cr16                    USA v. David Anthony Runyon

Brian Samuels present on behalf of USA.

Elizabeth Peiffer and Dana Chavis present on behalf of Mr. Runyon. Defendant present in custody.

Matter came on for Status Conference.

Comments of the court and counsel heard.

Evidentiary Hearing set to begin 2/7/2023, at 11:00 a.m.

The Court directed that Ms. Chavis provide the Court with information regarding the expert witness that is not available for the duration of the evidentiary hearing.

The Court directed that counsel provide a list of exchanges between the parties with regard to witnesses and exhibits to the Court by 11/1/2022.

Comments of the court and counsel heard regarding ECF #691, Motion to Appoint Counsel, by David Anthony Runyon.  The court noted Attorney Susanne Bales' presence in the courtroom.  The Court takes the motion under advisement and directed that the motion can be renewed closer to the hearing date.

Court adjourned.

Defendant remanded to the custody of the USM.