UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

        Petitioner,

v.

                                                                                CIVIL NO. 4:15cv108
                                        [ORIGINAL CRIMINAL NO. 4:08cr16]

UNITED STATES OF AMERICA,

        Respondent.

## ORDER

This matter comes before the court on the Fourth Circuit's limited remand of Petitioner's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence" ("Motion to Vacate"). ECF No. 478. The Fourth Circuit remanded the matter for an evidentiary hearing to explore a single issue, raised in Claim Six of the Motion to Vacate: whether Petitioner's counsel "failed to provide him with effective assistance, in violation of the Sixth Amendment, by failing to investigate adequately his brain injury and potential mental illness and introduce such evidence in mitigation during the penalty phase of trial." United States v. Runyon, 994 F.3d 192, 204-209 (4th Cir. 2021); ECF No. 478 at 34-75.

A status conference was held on October 18, 2022, to resolve scheduling issues and to set the evidentiary hearing. For the reasons stated from the bench, the Calendar Clerk is **DIRECTED** to schedule the evidentiary hearing to begin on February 7, 2023, at 11:00 AM, to continue through February 28, 2023, or until

completion. Counsel are **DIRECTED** to provide the court with copies of exhibits, witness lists, and pre-hearing disclosures exchanged between the parties on or before November 1, 2022.

At the status conference, the court also took Petitioner's Motion to Appoint Co-Counsel, ECF No. 691, under advisement. Petitioner may renew his motion before the evidentiary hearing, should the need arise. The parties are hereby **ORDERED** to comply with the court's instructions at the hearing, and the Clerk is **DIRECTED** to forward a copy of this Order to counsel for Petitioner, the United States Attorney at Newport News, and the Bureau of Prisons ("BOP").

    **IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

October 18, 2022

2