**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| Petitioner, | ) | Original Criminal No. 4:08-cr-16-3 |
| | ) | Original Civil No. 4:15-cv-108 |
| v. | ) | **CAPITAL §2255 PROCEEDINGS** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |

**PETITIONER'S AMENDED PRE-HEARING DISCLOSURES**

COMES NOW, Petitioner David Anthony Runyon, by counsel, pursuant to the Memorandum Order (ECF No. 685 at 25) and provides the following Pre-Hearing Disclosures in advance of the evidentiary hearing to be scheduled at a date to be determined by the Court.

**Petitioner's Witness Designations**

Petitioner designates the following witnesses to be called at the evidentiary hearing. Petitioner expects that any witness he calls will testify in person or, if unavailable, by video conference. Petitioner expressly reserves the right to forgo the testimony and to not call any of the witnesses listed below in the interest of time, necessity, or other factors that may arise before or during the hearing. Petitioner reserves the right to call any witness designated by Respondent, and any witnesses not included on this list as necessary for rebuttal, impeachment, or any other purpose the law allows.

- Patty Ann Aaron (E)

- Jon Babineau (M)

- Jean Barrett (E)

- Sheila Cronin (E)

- Dr. Mark Cunningham (E)

- David Dombrowski (M)

- Wren Fleming (E)

- Robert Glenn Ford (M)

- Jeffrey Harris (E)

- Judge Stephen Hudgins (E)

- Patty Kent (M)

- Scott Linker (E)

- Tiffany Linker (E)

- Dr. James R. Merikangas (E)

- Dr. Siddartha Nadkarni (E)

- Dr. Evan Nelson (M)

- Dr. Raymond Patterson (M)

- Davy Runyon* (M)

- Maria Runyon (E)

- Mark Runyon (E)

- Suk Cha Runyon (M)

- Deborah Seeger (E)

- Robert Seeger (E)

- Lawrence Woodward (E)

* The son of Petitioner David Anthony Runyon

**PETITIONER'S AMENDED EXHIBIT LIST**

Petitioner's amended exhibit list is attached hereto as Attachment A. Petitioner may introduce an item in its entirety or introduce an excerpt of an item listed. Petitioner may not use or introduce all of the items listed. Petitioner reserves the right to withdraw any exhibit identified in Attachment A, and to decide which to use in the interest of time, necessity, or other factors that may arise before or during the hearing.  The order in which a document is listed is not the order in which the items will be used or introduced.

Petitioner further reserves the right to use additional exhibits for the purpose of impeachment, rebuttal, or any other purpose allowed by law, and to use any exhibits designated by Respondent. By listing a particular version of a document, Petitioner in no way waives his right to refer to other versions of the same document at the hearing.

Petitioner only designates those exhibits that he expects to use at the hearing and does not designate other items in the record before the Court upon which he may rely.

Petitioner also notes Federal Rule of Civil Procedure 26(a)(2) governing disclosure of expert testimony sets forth specific matters that must be disclosed, including exhibits that summarize or support testimony. This disclosure is separate and, if not previously disclosed, Petitioner will disclose those materials in a timely manner.

Respectfully Submitted,

/s/Elizabeth J. Peiffer
Elizabeth J. Peiffer, VSB No. 71353
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

/s/Dana C. Hansen Chavis, *pro hac vice*
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2022, I electronically emailed the foregoing document with Attachment A to the following individuals:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax (202) 305-9779
Carrie.Ward@usdoj.gov

/s/Nancy Hernandez
 Nancy Hernandez
 Paralegal, Capital Habeas Unit
 nancy_hernandez@fd.org

| Petitioner's Exhibit # | Exhibit Date | AMENDED Exhibit Description | Expected May Use |
|---|---|---|---|
| 001 | 08/27/2009 | Transcript 2707-2709 – July 27, 2009 - Nineteenth Day of Trial (Penalty Phase) | E |
| 002 | 04/13/2009 | ECF No. 179 – Defendant's Motion to Continue Trial Date | E |
| 003 | 07/20/2009 | ECF No. 247 – Supplemental Motion to Continue Capital Sentencing Hearing | E |
| 004 | 02/04/2016 | ECF No. 511-05 – Stephen Hudgins Declaration (09/22/2015) | E |
| 005 | 02/04/2016 | ECF No. 511-06 – Lawrence Woodward Declaration (09/24/2015) | E |
| 006 | 12/12/2008 | ECF No. 135 – Notice Pursuant to Fed.R.Crim.P. 12.2 | E |
| 007 | 02/20/2009 | ECF No. 160 – Motion to Continue Trial | E |
| 008 | 02/23/2009 | ECF No. 162 – Court Order | E |
| 009 | 02/04/2016 | ECF No. 511-18 – Lake Martin Community Hospital Response | E |
| 010 | 02/26/2009 | ECF No. 165 – Memorandum in Support of Motion for Continuance and for Hearing to Schedule Trial | E |
| 011 | 02/04/2016 | ECF No. 511-19 – Stephen Hudgins Time Schedule with mark-ups (ECF No. 165) | E |
| 012 | 04/21/2009 | ECF No. 181 – Response of United States to Defendant Runyon's Motion to Continue | E |
| 013 | 05/07/2009 | ECF No. 194 – Court Order | E |
| 014 | 02/04/2016 | ECF No. 511-20 – Letter from Allan Mirsky to Stephen Hudgins (07/02/2009) | E |
| 015 | 07/22/2009 | ECF No. 257 – Court Order | E |
| 016 | 06/29/2009 | ECF No. 230 – Supplemental Notice Regarding Mental Health Experts | E |
| 017 | 07/17/209 | ECF No. 240 – Supplemental Motion to Continue Capital Sentencing Hearing | E |
| 018 | 07/17/2009 | ECF No. 242 – Statement of Counsel | E |
| 019 | 07/22/2009 | ECF No. 254 – Court Order | M |

1

| Petitioner's Exhibit # | Exhibit Date | AMENDED Exhibit Description | Expected May Use |
|---|---|---|---|
| 020 | 02/04/2016 | ECF No. 511-21 – Email from Allan Mirsky to Stephen Hudgins (07/22-23/2009) | E |
| 021 | 02/04/2016 | ECF No. 511-02 – Letter/Report from James Merikangas (09/25/2015) | E |
| 022 | 08/10/2009 | ECF No. 269 – Motion to Allow Defendant to Supplement his Mental Health Reports | E |
| 023 | 07/22/2009 | Transcript 1770 – July 22, 2009 - Thirteenth Day of Trial (Eligibility Phase) | E |
| 024 | 08/20/2009 | Transcript 2084-2092 – August 20, 2009 - Fifteenth Day of Trial (Penalty Phase) | E |
| 025 | 08/24/2009 | Transcript 2199-2242 – August 24, 2009 - Sixteenth Day of Trial (Penalty Phase) | E |
| 026 | 08/20/2009 | Transcript 2158 - August 20, 2009 - Fifteenth Day of Trial (Penalty Phase) | E |
| 027 | 08/27/2009 | ECF No. 291 – Special Verdict Form – Selection Phase | E |
| 028 | 08/20/2009 | Transcript 2079 – August 20, 2009 - Fifteenth Day of Trial (Penalty Phase) | E |
| 029 | 08/24/2009 | Transcript 2399-2401 - August 24, 2009 - Sixteenth Day of Trial (Penalty Phase) | E |
| 030 | 08/24/2009 | Transcript 2411 - August 24, 2009 - Sixteenth Day of Trial (Penalty Phase) | E |
| 031 | 02/04/2016 | ECF No. 511-08 – Mark Cunningham Declaration (09/25/2015) | E |
| 032 | 08/26/2009 | Transcript 2622 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 033 | 08/26/2009 | Transcript 2640-2650 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 034 | 02/04/2016 | ECF No. 511-04 – Sheila Cronin Declaration (09/26/2015) | E |
| 035 | 08/26/2009 | Transcript 2652 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 036 | 08/26/2009 | Transcript 2651 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 037 | 08/26/2009 | Transcript 2645 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 038 | 08/25/2009 | Transcript 2521 – August 25, 2009 - Seventeenth Day of Trial (Penalty Phase) | E |

| Petitioner's Exhibit # | Exhibit Date | AMENDED Exhibit Description | Expected May Use |
|---|---|---|---|
| 039 | 2000 | Diagnostic and Statistical Manual of Mental Disorders, IV-TR, pp. 14, 84 (2000) | M |
| 040 | 08/26/2009 | Transcript 2618 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 041 | 02/04/2016 | ECF No. 511-22 – Letter from Allan Mirsky to Stephen Hudgins (09/18/2009) | E |
| 042 | 0204/2016 | ECF No. 511-23 – Army Medical Records for David A. Runyon | E |
| 043 | 02/04/2016 | ECF No. 511-24 – Handwritten Notes from David Runyon Re: 1996 Car Accident | E |
| 044 | 02/04/2016 | ECF No. 511-16 – Portsmouth Jail Record (2008) | E |
| 045 | 06/30/2009 | ECF No. 277 – Expert Report of Paul Montalbano | E |
| 046 | 06/29/2009 | ECF No. 276 – Expert Report of Raymond Patterson | E |
| 047 | 02/04/2016 | ECF No. 511-17 – David Dombrowski Progress Notes | E |
| 048 | 02/04/2016 | ECF No. 511-25 – Medical Records for Suk Cha Runyon | E |
| 049 | 02/04/2016 | ECF No. 511-26 – David Dombrowski Declaration (09/23/2015) | E |
| 050 | 02/04/2016 | ECF No. 511-27 – Mark Runyon Declaration (09/25/2015) | M |
| 051 | 02/04/2016 | ECF No. 511-13 – Scott Linker Declaration (09/24/2015) | M |
| 052 | 02/04/2016 | ECF No. 511-28 – Maria Runyon Declaration (09/16/2015) | M |
| 053 | 02/04/2016 | ECF No. 511-29 – Richard Dudley Report (09/29/2015) | E |
| 054 | 02/04/2016 | ECF No. 511-31 – Robert Seeger Declaration (08/24/2015) | M |
| 055 | 02/04/2016 | ECF No. 511-32 – Deborah Seeger Declaration (08/24/2015) | M |
| 056 | 06/18/2009 | ECF No. 220 – Application for Issuance of Witness Subpoenas and Payment of Witness Expenses | E |
| 057 | 02/04/2016 | ECF No. 511-33 – Jeffrey Harris Declaration (01/13/2016) | E |

| Petitioner's Exhibit # | Exhibit Date | AMENDED Exhibit Description | Expected May Use |
|---|---|---|---|
| 058 | 08/26/2009 | Transcript 2621-2623 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 059 | 08/26/2009 | Transcript 2658 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 060 | 08/26/2009 | Transcript 2659 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 061 | 02/04/2016 | ECF No. 511-35 - Allan Mirsky Report (08/28/2015) | E |
| 062 | 08/26/2009 | Transcript 2623 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 063 | 08/26/2009 | Transcript 2588 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 064 | 08/26/2009 | Transcript 2591 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 065 | 08/26/2009 | Transcript 2593 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 066 | 08/26/2009 | Transcript 2615 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 067 | 08/26/2009 | Transcript 2616 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 068 | 08/26/2009 | Transcript 2617 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 069 | 08/26/2009 | Transcript 2657 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 070 | 08/26/2009 | Transcript 2660 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 071 | 07/22/2009 | Transcript 1781-1785 - July 22, 2009 - Thirteenth Day of Trial (Eligibility Phase) | E |
| 072 | 01/11/2016 | ECF No. 497 – Response of the United States to Defendant's §2255 Motion | E |
| 073 | 07/22/2009 | ECF No. 252 – USA Acknowledgment of Receipt | E |
| 074 | 08/26/2009 | Transcript 2614 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 075 | 08/26/2009 | Transcript 2608 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |
| 076 | 08/26/2009 | Transcript 2611 - August 26, 2009 - Eighteenth Day of Trial (Penalty Phase) | E |

| Petitioner's Exhibit # | Exhibit Date | AMENDED Exhibit Description | Expected May Use |
|---|---|---|---|
| 077 | 02/04/2016 | ECF No. 511-09 – Catherina 'Cat' Voss Declaration (09/10/2015) | E |
| 078 | 07/07/2016 | ECF No. 551-01 – Stephen Hudgins Declaration (06/22/2016) | E |
| 079 | 07/07/2016 | ECF No. 551-04 – Stephen Hudgins Calendar from Appointment to Beginning of Runyon Trial | E |
| 080 | 07/20/2009 | ECF No. 248 – Notice of Intent to Introduce Mental Health Testimony | E |
| 081 | 12/09/2008 | Video of Debbie Seeger | E |
| 082 | 07/24/2009 | Government Expert Reports sent to Sheila Cronin | M |
| 083 | 1994-1997 | David Runyon's Army Medical Records 1994-1997 | E |
| 084 | 08/08/2009 | David Runyon Social History | E |
| 085 | 11/00/2008 | David Runyon Case Notes – Summary Alaska | E |
| 086 | 05/12/2008 | Mtg w David (05/12/2008) | E |
| 087 | 08/06/2008 | Mtg w David (08/06/2008) | E |
| 088 | 09/23/2008 | Mtg w David (09/23/2008) | E |
| 089 | 06/03/2009 | Runyon Updated Records List.doc | E |
| 090 | 07/07/2015 | Merikangas Cover Letter (070715) | E |
| 091 | 07/23/2009 | Runyon-OAF 0018514 Mirsky Email to Hudgins | E |
| 092 | 09/18/2009 | Runyon-OAF 0012451 Mirsky Letter to Hudgins | E |
| 093 | 07/30/2009 | Runyon-OAF 0013518 Merikangas Fax to Hudgins | E |
| 094 | 08/06/2009 | Runyon-OAF 014379 Hudgins Ltr to Court w/Merikangas Report | M |
| 095 | 07/07/2015 | Cunningham Background Pack Cover Letter | E |

| Petitioner's Exhibit # | Exhibit Date | AMENDED Exhibit Description | Expected May Use |
|---|---|---|---|
| 096 | 07/10/2015 | Dudley Background Pack Cover Letter | M |
| 097 | 07/10/2015 | Merikangas Background Pack Correction Cover Letter | E |
| 098 | 07/10/2015 | Mirsky Background Pack Cover Letter | M |
| 099 | 00/00/0000 | Mirsky Background Pack | M |
| 100 | 03/09/2022 | Background Pack Merikangas Scans (0309022) | E |
| 101 | | Cunningham Trial File Binders 1-6 | M |
| 102 | 12/16/2008 | Runyon-OAF 0000736 Cronin Report of Mark Runyon Interview | E |
| 103 | 08/19/2015 | Background Pack #2 Cunningham Merikangas Mirsky Dudley | E |
| 104 | 09/09/2015 | Background Pack #3 Cunningham Merikangas Mirsky Dudley | E |
| 105 | 09/18/2015 | Background Pack #4 Cunningham Merikangas Mirsky Dudley | E |
| 106 | 00/00/0000 | Background Pack Index Cunningham Merikangas Dudley | E |
| 107 | 00/00/2009 | SW-Image_DD002114 Mirsky Trial File (Letter from Mirsky) | E |
| 108 | 12/09/2008 | Runyon-OAR 0005590 Babineau Letter to Nelson | E |
| 109 | 12/12/2008 | Runyon-OAF 0012675 Babineau Letter to Runyon | E |
| 110 | 08/05-07/2009 | Runyon-OAF 0013552 Hudgins and Mirsky Email | E |
| 111 | 08/05/2009 | Runyon-OAF 0013564 Bruck Email to Defense Team | E |
| 112 | 06/04/2009 | Runyon-OAF 0013782 Woodward Email to Cronin | M |
| 113 | 07/16/2009 | Runyon-OAF 0014075 Nelson Email to Hudgins | E |
| 114 | 07/20/2009 | Runyon-OAF 0014083 Hudgins Email to Merikangas | M |

6

| Petitioner's Exhibit # | Exhibit Date | AMENDED Exhibit Description | Expected May Use |
|---|---|---|---|
| 115 | 07/02/2009 | Runyon-OAF 0016737 Mirsky Fax to Hudgins | E |
| 116 | 05/22/2009 | Runyon-OAF 0016787 Nelson Email to Hudgins & Woodward | M |
| 117 | 07/22/2009 | Runyon-OAF 0018510Email to Nelson, Mirsky, Merikangas, Cronin | E |
| 118 | 03/17/2009 | Runyon-OAF 0012104 Cronin Email to Hudgins | M |
| 119 | 00/00/0000 | Runyon-OAF 0000393 Writings from David Runyon | E |
| 120 | 05/02/2009 | Runyon-OAF 0000735 Subpoena List | E |
| 121 | 12/22/2008 | Runyon-OAF 0000760 Cronin Report of Suk Cha Runyon Interview | M |
| 122 | 05/05/2009 | Runyon-OAF 0000801 Cronin Report of Arms Records Review | E |
| 123 | 12/28/2008 | Runyon-OAF 0001054 Cronin Report of David H. Runyon Interview | M |
| 124 | 08/22/2008 | Runyon-OAF 0005514 Babineau Letter to Nelson | M |
| 125 | 11/12/2008 | Runyon-OAF 0005541 Babineau Letter to Cunningham | M |
| 126 | 12/02/2008 | Runyon-OAF 0005585 Nelson Letter to Babineau | E |
| 127 | 12/19/2008 | Runyon-OAF 0005624 Babineau Letter to Cunningham | E |
| 128 | 12/11/2008 | Runyon-OAF 0006525 Cunningham Email to Babineau | E |
| 129 | 04/13/2009 | Runyon-OAF 0007436 Woodward Letter to Hudgins | E |
| 130 | 09/26/2008 | ECF No. 104 - Sealed & Ex Parte Motion | E |
| 131 | 04/13/2009 | ECF No. 178 - Sealed & Ex Parte Motion | E |
| 132 | 06/06/2009 | ECF No. 206 – Sealed Motion | E |
| 133 | 07/30/2009 | ECF No. 259 – Sealed & Ex Parte Motion | E |

| Petitioner's Exhibit # | Exhibit Date | AMENDED Exhibit Description | Expected May Use |
|---|---|---|---|
| 134 | 08/17/2009 | ECF No. 278 – Sealed Memorandum Order | E |
| 135 | 02/09/2009 | Runyon-OAF 0012316 "0383-0001" Dept of Veterans Affairs Letter to Babineau | E |
| 136 | 00/00/0000 | Runyon-OAF 0000347 Additional Runyon Notes Attorney_Files | E |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |