IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Petitioner | ) | CRIMINAL ACTION NO.: 4:08cr16 |
| | ) | CIVIL ACTION NO.: 4:15cv108 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **CAPITAL § 2255 PROCEEDINGS** |
| | ) | |
| Respondent. | ) | HON. REBECCA BEACH SMITH |

## NOTICE

COMES NOW the United States of America, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and Lisa R. McKeel and Brian J. Samuels, Assistant United States Attorneys, and Carrie L. Ward, Dept. of Justice Trial Attorney, pursuant to this Court's order of October 18, 2022, and submits a copy of its current witness and exhibit lists.

With respect to the government's proposed witness list, there exists overlap between certain of these proposed witnesses and the witness list provided by the petitioner. For example, the government references all former trial counsel, as does petitioner. Should the petitioner call Messrs. Woodward, Babineau and Hudgins at the evidentiary hearing in February 2023, it would be unlikely that the government would need to recall these witnesses.

With respect to the government's proposed exhibit list, this list has been furnished in the same substantive form as previously provided to petitioner's counsel, but has been re-formatted in chronological order with assigned exhibit numbers. To that end, certain internal references to the record or to the location of a document in the Original Attorney File (OAF) have been provided for ease of location, when available during the government's review. The government may not

1

use all of the referenced exhibits at the hearing.  Additionally, the government submits that the Court may consider additional exhibits and information already in the record.  Finally, the government reserves the right to submit additional exhibits in rebuttal, should the need arise.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY


By:_____/s/_____
     Lisa R. McKeel
     Assistant United States Attorney
     Brian J. Samuels
     Assistant United States Attorney
     Carrie Ward, Trial Attorney, Department of Justice
     Attorney for the United States
     United States Attorney's Office
     Fountain Plaza Three, Suite 300
     721 Lakefront Commons
     Newport News, VA 23606
     Ph:  (757) 591-4000
     Fax: (757) 591-0866
     Email: Lisa.McKeel@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on November 1, 2022, I electronically filed a copy of the foregoing with the

Clerk of the Court using the CM/ECF system who will send notice to all filers.

By:                    /s/
    Brian J. Samuels
    Assistant United States Attorney
    Attorney for the United States
    United States Attorney's Office
    Fountain Plaza Three, Suite 300
    721 Lakefront Commons
    Newport News, Virginia 23606
    Phone: 757-591-4000
    Fax: 757-591-0866
    Email: Brian.Samuels@usdoj.gov