IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Petitioner | ) | CRIMINAL ACTION NO.: 4:08cr16 |
| | ) | CIVIL ACTION NO.: 4:15cv108 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **CAPITAL § 2255 PROCEEDINGS** |
| | ) | |
| Respondent. | ) | HON. REBECCA BEACH SMITH |

## WITNESS LIST

1. Dr. Geoffrey Aguirre
2. Attorney Jon M. Babineau
3. The Honorable Stephen A. Hudgins
4. Dr. Daniel Martel
5. Dr. Paul Montalbano
6. Dr. Evan Nelson
7. Dr. Raymond Patterson
8. Attorney Lawrence H. Woodward, Jr.

JESSICA D. ABER
UNITED STATES ATTORNEY

By:               /s/               
Brian J. Samuels
Lisa R. McKeel
Assistant United States Attorneys
Carrie L. Ward
Trial Attorney

1