DAVID ANTHONY RUNYON )
)          **CRIMINAL NO. 4:08-cr-16-RBS**
v.                         )          **CIVIL NO. 4:15-cv-108**
)
UNITED STATES OF AMERICA )

## 2255 EVIDENTIARY HEARING
## GOVERNMENT EXHIBIT LIST

| Exhibit No. | Exhibit Description | Admitted |
|---|---|---|
| 1 | Kendall International Inc., Case Study Records | Witness: Date: Admitted: |
| 2 | Parexel Case Study Records | Witness: Date: Admitted: |
| 3 | Bristol Myers Squibb Co. Case Study Records | Witness: Date: Admitted: |
| 4 | Covance Case Study Records | Witness: Date: Admitted: |
| 5 | Kansas Dept. of Corrections Records (GX 318) | Witness: Date: Admitted: |
| 6 | Runyon Army Records (GX 319) | Witness: Date: Admitted: |
| 7 | Fayetteville PD Records (GX 320) | Witness: Date: Admitted: |
| 8 | Requests for Expert Appointments: Drs. Cunningham, Nelson, Bender, Mirsky and Merikangas (2008/2009) | Witness: Date: Admitted: |
| 9 | Dr. Nelson letter to Atty. Babineau (12-2-2008) (OAF 5585) | Witness: Date: Admitted: |
| 10 | Sealed Motion for Neuropsych Eval. (2-5-2009) | Witness: Date: Admitted: |

1

| 11 | Dr. Nelson Letter (2-2-2009) | Witness: Date: Admitted: |
|---|---|---|
| 12 | Atty. Babineau email Re: Scott Bender (2-5-2009) (OAF 6314) | Witness: Date: Admitted: |
| 13 | Dr. Cunningham Report w/accompanying Aug. 2009 digital exhibits (2-5-2009) (OAF 6630) | Witness: Date: Admitted: |
| 14 | Atty. Babineau email string with Dr. Nelson (2-6-2009) (OAF 6639) | Witness: Date: Admitted: |
| 15 | Email from Atty. Woodward to Atty. Babineau (2-7-2009) (OAF 6524) | Witness: Date: Admitted: |
| 16 | Atty. Babineau Letter to AUSA's (2-10-2009) | Witness: Date: Admitted: |
| 17 | Audio of Runyon interview with Dr. Montalbano (Feb. 2009) | Witness: Date: Admitted: |
| 18 | Audio of Runyon interview with Dr. Patterson (Feb. 2009) | Witness: Date: Admitted: |
| 19 | Letter from S. Cronin to counsel (4-7-2009) | Witness: Date: Admitted: |
| 20 | Notice of Mental Health Experts (4-8-2009) | Witness: Date: Admitted: |
| 21 | Motion to Continue the Trial (4-13-2009) | Witness: Date: Admitted: |
| 22 | Letter from S. Cronin to Atty's. Hudgins and Woodward (5-5-2009) | Witness: Date: Admitted: |
| 23 | Dr. Nelson Email (5-22-2009) (OAF 16787) | Witness: Date: Admitted: |
| 24 | S. Cronin email to Atty's. Woodward and Hudgins (6-2-2009) (OAF 16792) | Witness: Date: Admitted: |
| 25 | Atty. Woodward Email (6-4-2009) (OAF 13782) | Witness: Date: Admitted: |

| 26 | Dr. Mirsky email to Atty. Hudgins (6-5-2009) (OAF 16806) | Witness: Date: Admitted: |
|---|---|---|
| 27 | Dr. Nelson Email (6-7-2009) ( OAF 13558) | Witness: Date: Admitted: |
| 28 | Dr. Merikangas Email (6-7-2009) (OAF 18452) | Witness: Date: Admitted: |
| 29 | Exparte Supplemental Motion (6-8-2009) | Witness: Date: Admitted: |
| 30 | Dr. Patterson Report (6-24-2009) | Witness: Date: Admitted: |
| 31 | Dr. Montalbano Report (6-27-2009) | Witness: Date: Admitted: |
| 32 | Dr. Mirsky Report (6-26-2009) (OAF 16738) | Witness: Date: Admitted: |
| 33 | Supplemental Notice (6-29-2009) | Witness: Date: Admitted: |
| 34 | Dr. Mirsky Email/Letter (7-2-2009) (OAF 16737) | Witness: Date: Admitted: |
| 35 | Dr. Mirsky Letter to Attorney Hudgins (7-2-2009) | Witness: Date: Admitted: |
| 36 | Dr. Merikangas Email (7-6-2009) (OAF 18425) | Witness: Date: Admitted: |
| 37 | Bruck/S. Cronin Email (7-9-2009) (OAF 11034) | Witness: Date: Admitted: |
| 38 | Dr. Merikangas Email (7-9-2009) (OAF 18451) | Witness: Date: Admitted: |
| 39 | Dr. Nelson email (7-10-2009) (OAF 14078, 18428) | Witness: Date: Admitted: |
| 40 | Atty. Hudgins Email to Dr. Merikangas (7-13-2009) (OAF 13554) | Witness: Date: Admitted: |

| 41 | Dr. Nelson Email (7-16-2009) (OAF 14075) | Witness: Date: Admitted: |
|---|---|---|
| 42 | Supplemental Motion to Continue with Statement of Counsel (7-17-2009) | Witness: Date: Admitted: |
| 43 | Dr. Nelson Email (7-17-2009) | Witness: Date: Admitted: |
| 44 | Dr. Nelson email to Attorney Hudgins (7-17-2009) (OAF 14077) | Witness: Date: Admitted: |
| 45 | Supplemental Motion to Continue (7-20-2009) | Witness: Date: Admitted: |
| 46 | Atty. Hudgins Email to Dr. Nelson (7-20-2009) (OAF 14085) | |
| 47 | Notice of Intent to Introduce Mental Health Testimony (7-20-2009) | Witness: Date: Admitted: |
| 48 | Atty. Hudgins Email to Dr. Merikangas (7-20-2009) (OAF 14083) | Witness: Date: Admitted: |
| 49 | Atty. Hudgins Email to S. Cronin (7-20-2009) | Witness: Date: Admitted: |
| 50 | Court Order Re: Motion to Continue (7-22-2009) | Witness: Date: Admitted: |
| 51 | Court Order on Motion to Appoint Dr. Merikangas (7-22-2009) | Witness: Date: Admitted: |
| 52 | Receipt of Report of Government Experts (7-22-2009) | Witness: Date: Admitted: |
| 53 | Atty. Hudgins Email to Experts (7-22-2009)(OAF 18510) | Witness: Date: Admitted: |
| 54 | Dr. Nelson Email to Atty. Hudgins (7-22-2009) (OAF 18512) | Witness: Date: Admitted: |
| 55 | Dr. Merikangas Email to Atty. Hudgins (7-22-2009)(OAF 18511) | Witness: Date: Admitted: |

| | | |
|---|---|---|
| **56** | Dr. Mirsky Email to Atty. Hudgins (7-23-2009)(OAF 18514) | Witness:<br>Date:<br>Admitted: |
| **57** | Forms for MRI (7-30-2009) (OAF 13518), and results and related correspondence with Merikangas | Witness:<br>Date:<br>Admitted: |
| **58** | MRI / PET Scans August 2009 | Witness:<br>Date:<br>Admitted: |
| **59** | Bruck Emails to Atty's. Hudgins, Woodward, and S. Cronin (8-5-2009) (OAF 13563-64) | Witness:<br>Date:<br>Admitted: |
| **60** | Dr. Merikangas Report 2009 (8-6-2009) (OAF14379) | Witness:<br>Date:<br>Admitted: |
| **61** | S. Cronin Email to Atty's. Hudgins, Woodward and to Bruck (8-7-2009)(OAF 732, 13569) | Witness:<br>Date:<br>Admitted: |
| **62** | S. Cronin Social History of David Runyon (8-9-2009) | Witness:<br>Date:<br>Admitted: |
| **63** | Motion to Supplement Mental Health Reports (8-10-2009) | Witness:<br>Date:<br>Admitted: |
| **64** | Defendant's List of Mitigating Factors (8-21-2009)(ECF 285) | Witness:<br>Date:<br>Admitted: |
| **65** | Attorney Hudgins and Dr. Nelson email exchange (9-2-2009) (OAF 12525) | Witness:<br>Date:<br>Admitted: |
| **66** | Dr. Mirsky letter to Attorney Hudgins (9-18-2009)(OAF 12451) | Witness:<br>Date:<br>Admitted: |
| **67** | Letter to Counsel from Experts (7-7-2015) | Witness:<br>Date:<br>Admitted: |
| **68** | L. Woodward Declaration (9-24-2015) | Witness:<br>Date:<br>Admitted: |
| **69** | S. Hudgins Declaration (9-22-2015) | Witness:<br>Date:<br>Admitted: |

| 70 | S. Hudgins Declaration (6-22-2016) | Witness:<br>Date:<br>Admitted: |
|---|---|---|
| 71 | Runyon letter to Cronin (undated) | Witness:<br>Date:<br>Admitted: |
| 72 | Runyon letters to counsel (may be missing page after 688) | Witness:<br>Date:<br>Admitted: |
| 73 | Runyon Penalty Phase Exhibits (as needed and to extent not a part of record) (Government Exhibit #s 311-335, Defense Exhibit #s 1 and 2) | Witness:<br>Date:<br>Admitted: |