# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

DAVID ANTHONY RUNYON,        )
      Petitioner,             )         Original Criminal No. 4:08-cr-16-3
                             )         Original Civil No. 4:15-cv-108
      v.                 )         **CAPITAL §2255 PROCEEDINGS**
                             )
UNITED STATES OF AMERICA,    )         HON. REBECCA BEACH SMITH
      Respondent.         )

## JOINT PROPOSED SCHEDULING ORDER

As previously determined, the evidentiary hearing in this matter shall commence on February 7, 2023. The parties thus propose the following prehearing scheduling order:

### (1) Expert disclosures

The parties are to exchange expert witness information pursuant to Fed. R. Cr. P. 16 (as amended, effective December 1, 2022), no later than December 2, 2022.

Any motions for discovery related to expert disclosures shall be filed with the Court no later than December 16, 2022.

### (2) Discovery deadlines

The duty to disclose is ongoing.

Parties shall disclose any testimony they intend to offer via declaration by December 9, 2022.

The Respondent shall disclose any Jencks material by January 6, 2023.

### (3) All other disclosures

The parties are to exchange all remaining disclosures no later than December 30, 2022.

{1}

### (4) Motions and objections deadline

Any remaining motions or objections shall be filed with the Court <u>on January 6, 2023</u>. Any motions *in limine* or other motions regarding substantive evidence disclosed after December 30, 2022, shall be filed within 10 days of receipt of said disclosure.

### (5) Pre-hearing statements and stipulations

The parties shall exchange information and file a joint pre-hearing statement on <u>January 13, 2023</u>. Such statement shall include the following information:

a)  Identify the parties and counsel whose appearance at the hearing is anticipated;

b)  Identify all stipulated exhibits;

c)  Identify all uncontested facts and uncontested issues or statements of law;

d)  Identify final witness lists. Such disclosures shall identify the name, address, and telephone number for each witness, with a summary of anticipated testimony;

e)  Identify final exhibit lists of evidence to be presented for consideration in the hearing, other than those offered solely for purposes of impeachment of lay witnesses. Exhibits shall be properly marked for identification, noting any outstanding objections, if applicable.

### (6) Proposed expansion of the record

In accordance with Rule 7 (Rules Governing § 2255 Procedures), if either party desires to expand the record with additional materials relevant to the determination of the merits of Claim 6, such additional materials shall be filed on <u>January 20, 2023</u>. Any objections to requested expansion shall be filed within 10 days thereafter.

### (7) Evidentiary hearing

The evidentiary hearing shall be held before the United States District Court beginning on <u>February 7, 2023</u>, and will be conducted in the United States Courthouse, 600 Granby, Norfolk, Virginia. The hearing will continue until completion.

**(8) Relief from deadlines**

The parties may request extension for good cause, no later than one week (7 days) prior to the expiration of a deadline at issue.

Respectfully submitted,

/s/Elizabeth J. Peiffer
Elizabeth J. Peiffer, VSB No. 71353
Virginia Capital Representation
Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

/s/Dana C. Hansen Chavis
Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of Eastern
Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

/s/Brian J. Samuels
Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

/s/Lisa R. McKeel
Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

/s/Carrie L. Ward
Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov