**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| Petitioner, | ) | Original Criminal No. 4:08-cr-16-3 |
| | ) | Original Civil No. 4:15-cv-108 |
| v. | ) | **CAPITAL §2255 PROCEEDINGS** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |

**PETITIONER'S SECOND AMENDED PRE-HEARING DISCLOSURES**

COMES NOW, Petitioner David Anthony Runyon, by counsel, pursuant to the Memorandum Order (ECF No. 685 at 25) and provides the following Pre-Hearing Disclosures in advance of the evidentiary hearing scheduled to commence on February 7, 2023.

**Petitioner's Witness Designations**

Petitioner designates the following witnesses to be called at the evidentiary hearing. Petitioner expects that any witness he calls will testify in person or, if unavailable, by video conference. Petitioner expressly reserves the right to forgo the testimony and to not call any of the witnesses listed below in the interest of time, necessity, or other factors that may arise before or during the hearing. Petitioner reserves the right to call any witness designated by Respondent, and any witnesses not included on this list as necessary for rebuttal, impeachment, or any other purpose the law allows.

- Patty Ann Aaron (E)

- Jon Babineau (M)

- Jean Barrett (E)

- Sheila Cronin (E)

- Dr. Mark Cunningham (E)

- David Dombrowski (M)

- Wren Fleming (E)

- Robert Glenn Ford (M)

- Jeffrey Harris (E)

- Judge Stephen Hudgins (E)

- Patty Kent (M)

- Scott Linker (E)

- Tiffany Linker (E)

- Dr. Daniel Martell (M)

- Dr. James R. Merikangas (E)

- Dr. Siddartha Nadkarni (E)

- Dr. Evan Nelson (M)

- Dr. Raymond Patterson (M)

- Davy Runyon* (M)

- Maria Runyon (E)

- Mark Runyon (E)

- Suk Cha Runyon (M)

- Deborah Seeger (E)

- Robert Seeger (E)

- Lawrence Woodward (E)

* The son of Petitioner David Anthony Runyon

**Petitioner's Exhibit List**

Petitioner's second amended exhibit list is attached hereto as Attachment A. Petitioner may introduce an item in its entirety or introduce an excerpt of an item listed. Petitioner may not use or introduce all of the items listed. Petitioner reserves the right to withdraw any exhibit identified in Attachment A, and to decide which to use in the interest of time, necessity, or other factors that may arise before or during the hearing.  The order in which a document is listed is not the order in which the items will be used or introduced.

Petitioner further reserves the right to use additional exhibits for the purpose of impeachment, rebuttal, or any other purpose allowed by law, and to use any exhibits designated by Respondent. By listing a particular version of a document, Petitioner in no way waives his right to refer to other versions of the same document at the hearing.

Petitioner only designates those exhibits that he expects to use at the hearing and does not designate other items in the record before the Court upon which he may rely.

Respectfully Submitted,

/s/Elizabeth J. Peiffer
Elizabeth J. Peiffer, VSB No. 71353
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

/s/Dana C. Hansen Chavis, *pro hac vice*
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2022, I electronically emailed the foregoing document with Attachment A to the following individuals:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax (202) 305-9779
Carrie.Ward@usdoj.gov

/s/Nancy Hernandez
 Nancy Hernandez
 Paralegal, Capital Habeas Unit
 nancy_hernandez@fd.org