**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| Petitioner, | ) | Original Criminal No. 4:08-cr-16-3 |
| | ) | Original Civil No. 4:15-cv-108 |
| vs. | ) | **CAPITAL § 2255 PROCEEDINGS** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |
| | ) | |

**APPLICATION FOR ISSUANCE OF RULE 17(b) SUBPOENA**

Petitioner DAVID ANTHONY RUNYON, an indigent federal prisoner under sentence of death, pursuant to the Due Process Clause of the Fifth Amendment, the Compulsory Process Clause of the Sixth Amendment, and Federal Criminal Rule of Procedure 17(b), hereby applies for the issuance of a Rule 17(b) subpoena <u>ad testificandum</u> for the following witness:

> Dr. Daniel Martell
> 64 Fairlake
> Irvine, CA  92614

Anticipated testimony by experts will include those experts who actually informed trial counsel of matters relevant to Petitioner's Claim 6, by experts who possessed but did not notify trial counsel about relevant information but could have if asked during trial, and by experts with relevant information bearing on the issue of prejudice. These experts will be relevant to both prongs of the *Strickland* inquiry.

The presence of this witness, Dr. Daniel Martell, is necessary for Mr. Runyon to support both *Strickland* prongs regarding Claim 6, and Dr. Martell will provide relevant evidence. Counsel learned just last week that Dr. Martell, an expert retained by Respondent, has an opinion favorable

to Mr. Runyon. Because Dr. Martell agrees with Mr. Runyon's experts it is important to secure Dr. Martell's attendance at the evidentiary hearing.

It is respectfully requested that the Court direct the Marshals to serve the subpoena on the witness.

The Guide to Judiciary Policy, Volume 7, § 320.40.10, which focuses on the fees and expenses of fact witnesses, explains that, generally speaking, fees and expenses for fact witnesses in cases proceeding under the Criminal Justice Act are paid by the U. S. Department of Justice (DOJ). The Guide specifically cites to Federal Rule of Criminal Procedure 17(b) and 28 U.S.C. § 1825 in support of this practice.

Federal Rule of Criminal Procedure 17(b) provides in pertinent part:

Defendant unable to pay. Upon a defendant's ex parte application, the court must order that a subpoena be issued for a named witness if the defendant shows an inability to pay the witness's fees and the necessity of the witness's presence for an adequate defense. If the court orders a subpoena to be issued, the process costs and witness fees will be paid in the same manner as those paid for witnesses the government subpoenas.

According to the Guide to Judiciary Policy:

Section 1825 of 28 U.S.C. specifically provides for the payment of witness fees by the DOJ in all federal criminal proceedings, and in proceedings for a writ of habeas corpus or in proceedings under section 2255 of that title upon certification of a federal public defender or assistant federal public defender, or clerk of court upon the affidavit of other counsel appointed under the CJA.

Guide to Judiciary Policy, Volume 7, § 320.40.10(b).

The presence of this witness, Dr. Daniel Martell, is necessary for Mr. Runyon to properly present evidence in support of Claim 6.

**CONCLUSION**

For the reasons stated above, Mr. Runyon, respectfully requests that the Court authorize the issuance of the Rule 17(b) subpoenas as requested.

Respectfully Submitted,

/s/Elizabeth J. Peiffer
Elizabeth J. Peiffer, VSB No. 71353
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

/s/Dana C. Hansen Chavis, *pro hac vice*
Dana C. Hansen Chavis
Asst. Federal Community Defender
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

/s/Nancy Hernandez
    Nancy Hernandez
    Paralegal, Capital Habeas Unit
    nancy_hernandez@fd.org

4