**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

|  |  |  |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| Petitioner, | ) | Original Criminal No. 4:08-cr-16-3 |
| | ) | Original Civil No. 4:15-cv-108 |
| vs. | ) | **CAPITAL § 2255 PROCEEDINGS** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |
| | ) | |

**ORDER AUTHORIZING RULE 17(b) SUBPOENA
FOR WITNESS**

The Court has before it Petitioner David Anthony Runyon's application for issuance of a Rule 17(b) subpoena for a witness whom he intends to call at the evidentiary hearing currently set for February 07, 2023 to February 28, 2023. (ECF 695).  Mr. Runyon asks the Court to direct the United States Marshals Service to timely serve a subpoena on the individual listed in his application and is listed below.  Mr. Runyon has attached a subpoena for the listed individual as an exhibit to his application.  Based upon the information contained in the Petitioner's application, the Court finds good case for the request.

Accordingly, the application for issuance and service of the attached subpoena for the subpoenaed witnesses is hereby **GRANTED.**  The Court DIRECTS the Clerk to sign the subpoena and deliver said subpoena for the following witness to the United States Marshals Service as soon as possible.  The witness is:

Dr. Daniel Martell
64 Fairlake
Irvine, CA  92614

**IT IS HEREBY ORDERED** that the United States Marshals shall serve the subpoena upon the named witness in a manner that will ensure the witness has the time to travel to and from

the evidentiary hearing scheduled for February 07, 2023 to February 28, 2023, in the Eastern District of Virginia, Norfolk Division.

**IT IS SO ORDERED.**