AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

COPY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  4:08-cr-016-3-RBS |
| DAVID ANTHONY RUNYON | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Dr. Daniel Martell
      64 Fairlake
      Irvine, CA 92614

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman Federal Courthouse 600 Grandby Street Norfolk, VA 23518 | Courtroom No.: | Courtroom #1 |
|---|---|---|---|
| | | Date and Time: | 02/07/2023 11:00 am - 02/28/2023 10:00 am |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:


(SEAL)

Date:  12/9/22

CLERK OF COURT

Brandt

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    David Anthony Runyon
_____ , who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2972
epeiffer@vcrrc.org

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:08-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Dr. Daniel Martell _____

was received by me on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____ 0.00 ____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: