UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

        Petitioner,

v.

                              CIVIL NO. 4:15cv108
                    [ORIGINAL CRIMINAL NO. 4:08cr16]

UNITED STATES OF AMERICA,

        Respondent.

## ORDER

This matter comes before the court on Petitioner's Second Amended Pre-Hearing Disclosures ("Disclosures"), filed on December 6, 2022. See ECF No. 713. In the Disclosures, Petitioner submitted a list of witnesses for the upcoming evidentiary hearing, see ECF No. 695, and stated that he "expects that any witness he calls will testify in person or, if unavailable, by video conference," ECF No. 713 at 1. To the extent that any witness will testify by video conference, the court must approve such in advance, upon a proper showing under Federal Rule of Civil Procedure 43(a). The Rule states, in pertinent part: "For good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location." Id. (emphasis added).

The parties are hereby **ORDERED** to comply with the court's instructions, and the Clerk is **DIRECTED** to forward a copy of this Order to counsel for Petitioner and the United States Attorney at Newport News.

    **IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

December 12 , 2022

2