**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| | : | |
| DAVID ANTHONY RUNYON, | : | Original Civil No. 4:15-cv-108 |
| Petitioner, | : | Original Criminal No. 4:08-cr-16-3 |
| | : | CAPITAL §2255 PROCEEDINGS |
| v. | : | |
| | : | HON. REBECCA BEACH SMITH |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |
| | : | |
| | : | |

## ORDER

The Court has before it Petitioner David Runyon's Motion for Limited Unsealing of the Record and for Leave to Use the Materials During the Scheduled Evidentiary Hearing and Memorandum in Support thereof filed through his attorneys in which he seeks access to a limited number of pleadings that were filed in this case either ex parte and/or under seal. Mr. Runyon additionally seeks leave to use said pleadings during the evidentiary hearing scheduled to begin on February 07, 2023.

Mr. Runyon asserts that anticipated witness testimony related to those pleadings will provide proof for Claim 6. They are especially relevant as to the *Strickland* performance prong regarding what trial counsel knew, what they did or did not investigate, why they did or did not investigate a particular issue or investigate said issue further, and what their overall approach was in developing mitigation evidence for Mr. Runyon's trial.

WHEREFORE IT IS HEREBY ORDERED that:

The motion is granted and counsel for both parties shall have access to the following ex parte and/or under seal documents: ECF No. 104, ECF No. 178, ECF No. 206, ECF No. 240-1 and 240-2, ECF No. 259, and ECF No. 278.

IT IS FURTHER ORDERED that both parties may use the documents as exhibits in the February 07, 2023, evidentiary hearing and may use the documents to elicit testimony from witnesses.

The Clerk shall forward a copy of documents in question along with a copy of this order to counsel for both parties.

IT IS SO ORDERED.


Dated:_____          _____
                                 REBECCA BEACH SMITH
                                 Senior United States District Judge