**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| Petitioner, | ) | Original Criminal No. 4:08-cr-16-3 |
| | ) | Original Civil No. 4:15-cv-108 |
| v. | ) | **CAPITAL §2255 PROCEEDINGS** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED
UNSEALING OF THE RECORD AND FOR LEAVE TO USE THE
MATERIALS DURING THE SCHEDULED EVIDENTIARY HEARING**

In order to adequately and fully represent Mr. Runyon in the upcoming evidentiary hearing, which is currently scheduled for February 07, 2023, to February 28, 2023, counsel will be presenting evidence and testimony that will support both *Strickland* prongs regarding Claim 6—that trial counsel rendered ineffective assistance of counsel by failing to investigate and present mitigating evidence regarding Mr. Runyon's psycho-social history, brain damage, and his mental health.

Mr. Runyon has filed with this Court Petitioner's Second Amended Pre-Hearing Disclosures and Second Amended Exhibit List (ECF No. 713, 713-1). The Second Amended Exhibit List describes each exhibit, with corresponding exhibit number, that Mr. Runyon expects to present during the hearing. Some of those designated exhibits are pleadings which were placed under seal during the original criminal trial, some in accordance with Federal Rule of Criminal Procedure, Rule 12.2, and they currently remain under seal.

1

Mr. Runyon requests that this Court unseal six pleadings for the limited purpose of allowing them to be used and introduced back into the record during the upcoming evidentiary hearing currently scheduled for February 07, 2023, to February 28, 2023. The requested documents are:

1.  ECF No. 104 – Ex Parte and Sealed Motion (Exhibit 130),

2.  ECF No. 178 – Ex Parte and Sealed Motion (Exhibit 131),

3.  ECF No. 206 – Ex Parte and Sealed Motion (Exhibit 132),

4.  ECF No. 240-1 & 240-2 – Exhibit A and B to Supplemental Motion to Continue Capital Sentencing Hearing (Exhibit 017),

5.  ECF No. 259 – Ex Parte and Sealed Motion (Exhibit 133), and

6.  ECF No. 278 – Sealed Memorandum Order (Exhibit 134).

In support of this request to unseal the above referenced pleadings, Petitioner states:

Anticipated testimony by witnesses will include information that will impact both prongs of the *Strickland* inquiry. There are a number of pleadings filed in this case that were filed either ex parte or under seal. Those pleadings provide relevant information as to the *Strickland* performance prong and what trial counsel knew, what they did or did not investigate, why they did or did not investigate a particular issue or investigate said issue further, and what their overall approach was in developing mitigation evidence for Mr. Runyon's trial. Witness testimony related to those pleadings will provide proof for Claim 6.

In order to show that trial counsel was ineffective and failed to investigate and present mitigating evidence regarding Mr. Runyon's brain damage and his mental health, and to provide information that is relevant to both prongs of the *Strickland* inquiry before the Court, it is necessary to discuss the contents of the above-referenced pleadings.

WHEREFORE, Mr. Runyon respectfully requests that the Court enter an order to remove the seal from the documents filed as ECF Nos. 104, 178, 206, 240-1, 240-2, 259, and 278.

Respectfully Submitted,

/s/Elizabeth J. Peiffer
Elizabeth J. Peiffer, VSB No. 71353
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

/s/Dana C. Hansen Chavis
Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

/s/Nancy Hernandez
Nancy Hernandez
Paralegal, Capital Habeas Unit
nancy_hernandez@fd.org

4