AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| | ) | Case No. | 4:08-cr-016-3-RBS |
| DAVID ANTHONY RUNYON | ) | | |
| Defendant | ) | | |

**ORIGINAL**

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Dr. Daniel Martell
       64 Fairlake
       Irvine, CA 92614

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman Federal Courthouse 600 Grandby Street Norfolk, VA 23518 | Courtroom No.: | Courtroom #1 |
|---|---|---|---|
| | | Date and Time: | 02/07/2023 11:00 am - 02/28/2023 10:00 am |

     You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 12/9/22

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    David Anthony Runyon
_____ , who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2972
epeiffer@vcrrc.org

ORIGINAL

CONTROLLED CHRI

**U.S. Department of Justice**
United States Marshals Service

**Process 083-4:2008-CR-00016-16 | Cost Worksheet**
Printed on: 12/23/2022

## PROCESS INFORMATION

| | | | |
|---|---|---|---|
| **Case Type** | **Origin District** | **Serving District** | **Case Caption** |
| CR - Criminal | E/VA - NORFOLK | C/CA - SANTA ANA | United States of America v. David Anthony Runyon |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Criminal | Government | Subpoena | Dr. Daniel Martell |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 12/12/2022 15:09 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 12/14/2022 15:24 EST | Forward | | $0.00 | $8.00 |
| 12/20/2022 11:14 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 12/22/2022 12:30 EST | Served | | $0.00 | $84.38 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $19.38 | | |

| **Total Costs** | | | **$0.00** | **$92.38** |
|---|---|---|---|---|

| | |
|---|---|
| **Remaining Balance** | **$0.00** |
| **Amount Owed** | **$1,437.51** |
| **Remaining Process to Serve:** | 083-4:2008-CR-00016-7 |
| | 083-4:2008-CR-00016-8 |
| | 083-4:2008-CR-00016-12 |
| | 083-4:2008-CR-00016-13 |
| | 083-4:2008-CR-00016-14 |
| | 083-4:2008-CR-00016-15 |
| | 083-4:2008-CR-00016-16 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:08-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Dr. Daniel Martell

was received by me on *(date)*   12/20/22 .

☑ I served the subpoena by delivering a copy to the named person as follows:

DR. DANIEL MARTELL

on *(date)*   12/22/2022 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/22/2022
9:30 AM

_____   4821
Server's signature

Deputy U.S. Marshal M. Castillo
Printed name and title

31 miles
1 Deputy
1 HR.

411 W 4th St. Suite 2150 Santa Ana Ca.
Server's address

Additional information regarding attempted service, etc: