COPY

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAVID ANTHONY RUNYON | ) | Case No.  4:08cr16 |
| | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: UNITED STATES DISTRICT COURT 600 Granby Street Norfolk, Virginia 23510 | Courtroom No.: |
|---|---|
| | Date and Time:    02/07/2023 11:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:    01/09/2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
LISA R. MCKEEL, AUSA _____ , who requests this subpoena, are:

Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000