# Memorandum

**Eastern District of Virginia**

***United States Attorneys Office***

| Subject | Date |
|---|---|
| Request for Blank Trial Subpoenas | January 9, 2023 |

| To | From |
|---|---|
| Fernando Galindo<br>Clerk, U.S. District Court<br>EDVA, Newport News, VA | LISA R. MCKEEL<br>AUSA |

Please issue 1 blank subpoenas for February 7, 2023 at 11:00 a.m., in Norfolk, VA in the case <u>United States v. David Anthony Runyon 4:08cr16.</u>

Thank you.