UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

        Petitioner,

v.

                                      CIVIL NO. 4:15cv108
                            [ORIGINAL CRIMINAL NO. 4:08cr16]

UNITED STATES OF AMERICA,

        Respondent.

### ORDER

This matter comes before the court on the Petitioner's "Motion for Limited Unsealing of the Record and for Leave to Use the Materials During the Scheduled Evidentiary Hearing." ECF No. 719 ("Motion"). In his Motion, Petitioner requests that "the Court enter an order unsealing ECF Nos. 104, 178, 206, 240-1, 240-2, 259, and 278." Id. The time for the government to file a Response has passed, and the matter is ripe for review.

In support of his Motion, Petitioner asserts that unsealing the requested documents is necessary "in order to show that trial counsel was ineffective and failed to investigate and present mitigating evidence regarding [Petitioner]'s brain damage and his mental health, and to provide information that is relevant to both prongs of the Strickland inquiry before the Court." ECF No. 720 at 2. Upon review, the court has determined that two of the seven documents are not filed in the CM/ECF system under ECF

Nos. 240-1, 240-2; no such entries exist.[1] However, the remaining documents are related to trial counsels' representation of Petitioner and thus relevant "to both prongs of the Strickland inquiry before the Court." ECF No. 720 at 2.

Accordingly, for good cause shown, the court **GRANTS IN PART** the Motion and **ORDERS** that ECF Nos. 104, 178, 206, 259, and 278 be unsealed. See Fed. R. Crim. P. 49.1(d) (permitting, but not requiring the court to later unseal a previously sealed filing). To the extent that Petitioner requires additional documents be unsealed, he may make such request in a future motion and, absent the appropriate electronic filing reference, may provide the court with copies of the physical documents.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for Petitioner and to the United States Attorney at Newport News.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

January 18, 2023

---

[1] The court notes that ECF No. 240, Supplemental Motion to Continue Capital Sentencing Hearing, is not filed under seal.

2