# Ruhnke & Barrett

ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000

29  BROADWAY, SUITE 1412
NEW YORK, N.Y.  10006
212-608-7949

973-746-1490 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)    ◇    JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

RESUME OF JEAN deSALES BARRETT
[HIGHLIGHTING DEATH-PENALTY EXPERIENCE]

| GOVERNMENT EXHIBIT |
|---|
| **2** |
| 4:08cr16 / 4:15cv108 |

| | |
|---|---|
| Education: | B.A., Political Science, Manhattanville College, 1970 |
| | Master of Urban Planning Graduate School of Public Administration New York University, 1975 |
| | J.D., Rutgers Law School, Newark, NJ, 1979 Editor, Rutgers Law Review, 1977-1979 Editor, Women's Rights Law Reporter, 1978-79 |
| Employment: | 1983-present:  Partner Ruhnke & Barrett, Montclair, NJ & New York, NY Specializing in federal criminal defense and death penalty litigation. |
| | 2006-2017:  Federal Death Penalty Resource Counsel Provide training, consultation & support to attorneys appointed to represent persons charged with federal capital crimes on a contract basis with the Defender Services Division of the Administrative Office of the U.S. Courts. |
| | 1982 - 1983:  Assistant Deputy Public Defender Office of the Public Defender Appellate Section East Orange, NJ |
| | 1980 - 1982:  Assistant Deputy Public Defender Trial Office Elizabeth, NJ |
| | 1979-1980:  Law Clerk, Hon. Aurel M. Kelly Colorado Court of Appeals Denver, Colorado |

RUHNKE & BARRETT
ATTORNEYS AT LAW

RESUME OF JEAN D. BARRETT
March 19, 2021
Page 2

| | | |
|---|---|---|
| 1977-1979: | Law Clerk | |
| | Office of the Public Defender | |
| | Essex County Adult Region | |
| | Newark, NJ | |

1975-1976:   Assignment Clerk and Intake Director
Juvenile & Domestic Relations Court
Hudson County, NJ

1973-1975:   Criminal Justice Planner
City of Jersey City, NJ

1972-1973:   Assistant Criminal Justice Planner
City of Jersey City, NJ

1970-1972:   Elementary School Teacher
Jersey City, NJ

Bar Admissions:
State of Colorado, 1979
District of Colorado, 1979
Tenth Circuit, 1979
State of New Jersey, 1980
District of New Jersey, 1980
Third Circuit, 1985
Southern District of New York, 1996
Eastern District of New York, 1999
Second Circuit, 2003
Supreme Court of the United States, 2003
State of New York, 2006
District of Vermont, 2010
Western District of Michigan, 2011
Eastern District of Michigan, 2015

Memberships:
National Association of Criminal Defense Lawyers
New York State Association of Criminal Defense Lawyers
Association of Criminal Defense Lawyers of New Jersey; past trustee; past chair, amicus committee; member, death penalty committee
American Bar Association
National Legal Aid & Defender Association
Association of the Federal Bar of the State of New Jersey
Supreme Court of New Jersey, District VB Ethics Committee, 1999-2003
DNJ CJA Panel, 1999-2018
EDNY CJA Panel, 2008-present

2

SDNY CJA Panel, 2009-present

## FEDERAL CAPITAL CASES

Authorized by the Attorney General:

*United States v. Brandon Hardison*, (M.D. TN 2017). Appointed as learned counsel in double murder-in-aid-of-racketeering case by Hon. Waverly D. Crenshaw, Jr., Chief Judge. In July, 2017. Attorney General Session authorized seeking death as punishment on November 8, 2018. On November 21, 2019, the government withdrew its notice of intent to seek death as punishment.

*United States v. Edwin Mills* (E.D. MI. 2016) Appointed as learned counsel in this murder in aid of racketeering, assault in aid of racketeering and firearms case by Hon. Mark A. Goldsmith in August, 2016. In March 2018, Attorney General Sessions authorized seeking death as punishment. Trial is currently scheduled for October 2021.

*United States v. Michael Jacques*, (D. VT 2008). Appointed by Hon. William K. Sessions III, Chief Judge in August, 2008, to serve as co-counsel with the Federal Defender for a defendant charged with rape and kidnaping resulting in the death of his 12-year-old step-niece. The Attorney General authorized seeking the death penalty as punishment in 2009, however, on the eve of trial the defendant was allowed to plead guilty to life without release. Sentence was imposed in May 2014.

*United States v. Maurice Phillips, et al.* (E.D. PA 2007). Appointed by Hon. J. Curtis Joyner, U.S.D.J. in February, 2008 to represent Mr. Phillips in a narcotics conspiracy murder case, involving the murder of a government witness and an innocent bystander. After a four month trial and penalty phase, the jury returned a life verdict on April 28, 2010.

*United States v. Kenneth McGriff, et al.*, (E.D.N.Y.2005). Appointed by Hon. Edward R. Korman, Chief Judge as learned counsel for Mr. McGriff who was charged with two murders in a racketeering and narcotics conspiracy and money laundering indictment. After a four-week trial and penalty phase, the jury returned a life verdict for on February 9, 2007.

*United States v. Elijah Williams, et al.*, (S.D.N.Y. 2004). Appointed by Hon. Naomi Reice Buchwald, U.S.D.J. to represent Elijah Bobby Williams who, along with his son and his brother, was charged with a triple murder in a racketeering and narcotics conspiracy case. After a four-week trial and the first half of a bifurcated penalty phase, the jury found no statutory aggravating factors on May 9, 2005, resulting in a life verdict.

RUHNKE & BARRETT
ATTORNEYS AT LAW

*United States v. Alan Quinones, et al.,* (S.D.N.Y. 2001). Appointed by Hon. Jed S. Rakoff, U.S.D.J. in November 2001 to represent Diego Rodriguez in this multi-defendant racketeering, drug-conspiracy and murder case. Jury imposed unanimous life verdict on August 5, 2004.

*United States v. Gurmeet Singh Dhinsa,* (E.D.N.Y. 1998). Firm retained to develop and present mitigation for an businessman charged with murder for hire of an employee who threatened to report fraudulent activity in the business. I worked on the investigation of the case, traveling with mitigation specialist to India to investigate defendant's social history. The trial went to a penalty phase and the jury returned a life verdict.

Other Federal Capital Cases:

*United States v. Ramiro Gutierrez*, (E.D.N.Y. 2020). Appointed as learned counsel by Hon. Sterling Johnson in October 2020 in this MS-13 racketeering-murder case. On February 22, 2021, the Attorney General authorized the United States Attorney not to seek death as punishment.

*United States v. Joshua Luyanda-Gonzalez,* (D.P.R. 2020). Appointed as learned counsel by Hon. Francisco Besosa in February 2020 in this kidnaping-murder case. On June 25, 2020, the Attorney General authorized the United States Attorney not to seek death as punishment.

*United States v. John Welch*, (D.Vt. 2020). Appointed as learned counsel by Hon. Christina Reiss in this potential narcotics-conspiracy-murder case in February 2020. On August 11, 2020 the Attorney General authorized the United States Attorney not to seek death as punishment.

*United States v. Richard Montalvo-Ortiz*, (D.P.R. 2019). Appointed as learned counsel in November 2019 by Hon. Raul M. Arias-Marxuach in this carjacking-murder case. The Attorney General's Capital Case Committee has requested defense counsel to meet which is scheduled for September 20, 2021.

*United States v. Freddie Ramos-Ortiz*, (D.P.R. 2019). Appointed as learned counsel in August 2019 by Hon. Carmen C. Cerezo in this carjacking-murder case. In November 2019 the Attorney General authorized the United States Attorney not to seek death as punishment.

*United States v. Alex Burgos-Amaro*, (D.P.R. 2019). Appointed as learned counsel in May 2019 by the Hon. Francisco A. Besosa in this murder-for-hire case. In October 2019 the Attorney General authorized the United States Attorney not to seek death as punishment.

*United States v. William Fennell*, (S.D.N.Y. 2018). Appointed as learned counsel in February 2018 by Hon. Cathy Seibel in this RICO-murder case. In June 2018 the Attorney General authorized the United States Attorney not to seek death as punishment.

*United States v. James Wesley Frazier,* (M.D. TN 2018). Appointed in January 2018 by Hon. Waverly Crenshaw in this RICO-murder case. After a meeting with the Capital Case Committee of the Department of Justice, in July 2018, the Attorney General authorized the United States Attorney not seek the death penalty as punishment In July 2019.

*United States v. Juan L. Pedro-Vidal*, (D.P.R. 2017). Appointed as learned counsel in February 2017 by Hon. Gustavo A. Gelpí, Chief Judge, in this kidnapping case which resulted in death. The Attorney General decided not to seek the death penalty in June 2018.

*United States v. Franklyn Sterling*, (S.D.N.Y. 2017). Appointed by Hon. Naomi Reice Buchwald in August 2017 in this Hobbes Act-murder case. In March 2019, the Government notified the Court that the Attorney General had decided not to seek death as punishment in the case.

*United States v. Tameco Cargill,* (S.D.N.Y. 2017). Appointed in July 2017 by the Hon. Raymond Dearie in this RICO-murder case. The Attorney General decided not to seek the death penalty in August 2018..

*United States v. James Felton* (S.D.N.Y. 2017). Appointed as learned counsel by Hon. William H. Pauley in January 2017 in this narcotics conspiracy and murder case. After a meeting with the Capital Case Committee of the Department of Justice, in the Fall of 2017, the Attorney General authorized the United States Attorney not seek the death penalty on the condition that Mr. Felton accept a 40-year plea. Mr. Felton decided not to plead guilty and, after further written submissions, the Attorney General decided not to seek the death penalty in August, 2018.

*United States v. Jaime Rivera* (E.D.N.Y. 2017). Appointed by the Hon. Sandra J. Feuerstein in this RICO murder case. The Attorney General decided not to seek the death penalty in July 2017.

*United States v. Calvin Starks* (M.D. TN 2017). Appointed as learned counsel by Hon. Kevin H. Sharp, Chief Judge in this Hobbes Act and 924(j) murder case. The Attorney General decided not to seek death as punishment in May 2017.

*United States v. Corey Brown* (S.D.N.Y. 2016). Appointed in August 2016 as learned counsel by Hon. Denise L. Cote in this RICO murder case. The Attorney General decided not to seek death as punishment in January 2017.

*United States v. Ruben Pizzaro* (S.D.N.Y. 2016). Appointed in August 2016 as learned counsel by Hon. Denise L. Cote in this RICO murder case. The Attorney General decided not to seek death as punishment in October 2016.

*United States v. Andre Watson* (E.D. MI 2016). Appointed by Hon. Avern Cohn in this murder-for-hire witness killing case in May 2016. The Attorney General decided not to seek death as punishment in June 2017.

*United States v. Chai Green* (S.D.N.Y. 2016). Appointed by Hon. Vernon Broderick in this kidnaping-murder case in March 2016. The Attorney General decided not to seek death as punishment in May 2016.

*United States v. Kyle Voltz et al.,* (E.D. MI. 2015). Appointed by Hon. Judith E. Levy in a racketeering, murder case. The Attorney General decided not to seek the death penalty in December, 2016.

*United States v. Oscar Martinez-Hernandez* (D. P.R 2015). Appointed by Hon. Jose A Fusté in February, 2015 in this case involving the murder for hire of a BOP SIS lieutenant. After submissions and meetings with both the United States Attorney for the District of Puerto Rico and the Attorney General's Capital Review Committee, the Attorney General authorized the government not to seek death as punishment in July 2016.

*United States v. Leon Whitfield* (S.D.N.Y. 2014). Appointed as learned counsel by Hon. Gregory H. Woods in this Hobbes Act murder case. The Attorney General decided not to seek death as punishment in October 2014.

*United States v. Rodrigo Ramirez* (D.ME 2014) (D.CT 2015). Originally appointed in the District of Maine to represent client charged with narcotics distribution in Maine, but under investigation for a homicide in Connecticut. Once case was transferred to Connecticut, appointed by Hon. Janet C. Hall to represent client on the RICO murder case in Connecticut. The Attorney General decided not to seek the death penalty as to Mr. Ramirez.

*United States v. Gill, et al.*, (E.D.N.Y. 2014). Appointed by Hon. Carol B. Amon, Chief Judge in March 2014 to represent David Gill in a multi-defendant narcotics conspiracy murder case. In April, 2014, the Attorney General decided not to seek death as punishment.

*United States v. Kenneth Ubiles-Rosario, et al.*, (D.P.R. 2014). Appointed by Hon. Carmen C. Cerezo, U.S.D.J. to represent Mr. Ubiles-Rosario in a carjacking murder case. In February, 2014, the Attorney General decided not to seek death as punishment.

*United States v. Marquis Jacobs, et al.*, (S.D.N.Y. 2013). Appointed by Hon. Edgardo Ramos to represent Mr. Jacobs in a narcotics conspiracy, robbery and murder case. In October, 2013, the Attorney General decided not to seek death as punishment.

*United States v. Babilonia-Torres, et al.,* (D.P.R. 2013). Appointed by Hon. Carmen C. Cerezo, U.S.D.J. to represent Xavier Melecio-Ramirez in a RICO murder case. In June, 2013, the Attorney General decided not to seek death as punishment.

*United States v. Ruben Delgado-Ortiz, et al.*, (D.P.R. 2013). Appointed by Hon. Daniel R. Dominguez, U.S.D.J. to represent Mr. Delgado-Ortiz in a kidnaping torture murder case. After mitigation submissions and meetings with the United States Attorney for the District of Puerto Rico and the Attorney Generals Capital Case Committee, in June, 2014, the Attorney General decided not to seek death as punishment.

*United States v. Sanchez-Martinez, et al.*, (D.P.R. 2012). Appointed by Hon. Carmen C. Cerezo, U.S.D.J. to represent Estevan Claudio-Hernandez in a narcotics conspiracy murder case. In January, 2012, the Attorney General decided not to seek death as punishment.

*United States v. Ramos-Piniero, et al.*, (D.P.R. 2012). Appointed by Hon. Jose A. Fusté, U.S.D.J. to represent Edwin Bernard Astacio-Espino who was charged in a multi-defendant RICO conspiracy with multiple counts of murder involving four victims. After mitigation submissions and meetings with the United States Attorney for the District of Puerto Rico and the Attorney Generals Capital Case Committee, in August, 2013, the Attorney General decided not to seek death as punishment.

*United States v. Andre Collier*, (E.D.N.Y. 2012). Appointed by Hon. Nicholas G. Garaufis, U.S.D.J. to represent Mr. Collier in a narcotics conspiracy murder case. In August, 2012, the Attorney General decided not to seek death as punishment.

*United States v. Shamierria Smith*, (D.N.J. 2011). Appointed by Hon. Joel Schneider, U.S.M.J. in October, 2011 to represent Ms. Smith in a witness-killing case. After a mitigation submission and meeting with the Attorney General's Capital Case Committee, in June, 2013, the Attorney General decided not to seek death as punishment.

*United States v. Carmelo Velazquez-Aponte*, (D.P.R. 2011). Appointed in August, 2011 by the Hon. Daniel R. Domínguez, U.S.D.J. to represent defendant charged with carjacking resulting in death and wounding of a police officer and various firearms violations. In May, 2014, after mitigating evidence had been submitted to the United States Attorney for the District of Puerto Rico, the Attorney General decided not to seek the death penalty in the case.

*United States v. Anthony Boykin*, (S.D.N.Y. 2011). Appointed by Hon. Colleen McMahon, U.S.D.J. in October, 2011 to represent Justin Simmons in a RICO murder case. In January, 2012, the Attorney General decided not to seek death as punishment.

*United States v. Al-Din, et al.*, (W.D. MI 2011). Appointed in June 2011 by the Hon. Robert J. Jonker, U.S.D.J. to represent Nick Brown in a narcotics conspiracy murder case. In June, 2013, the Attorney General decided not to seek death as punishment.

*United States v. Roberto Rodriguez*, (E.D.N.Y. 2010). Appointed by the Hon. Dora L. Irizarry, U.S.D.J. in November, 2010 to represent defendant facing possible capital charges. In June, 2011, the Attorney General decided not to seek death as punishment.

*United States v. Rounds, et al.*, (W.D.N.Y. 2010). Appointed by the Hon. Hugh B. Scott, U.S.M.J. in November, 2010 to represent Damario Stewart charged in a RICO murder. In April, 2013, prior to the superseding indictment charging the murder, the Attorney General decided not to seek death as punishment..

*United States v. Prado et al.*, (E.D.N.Y. 2010). Appointed by the Hon. Joseph F. Bianco, U.S.D.J. in August, 2010 to represent Jimmy Sosa charged with an MS-13 gang-related murder. After mitigation submission to local United States Attorney, the Attorney General decided not to seek death as punishment.

*United States v. Battle, et al.*, (M.D. Tenn. 2009). Appointed in October, 2009 by the Hon. Todd J. Campbell, Chief Judge, to represent Christopher Imes, in gang-related racketeering murder case. The Attorney General decided not to seek the death penalty in January 2011.

*United States v. Rivera-Rodriguez*, (D.P.R. 2009). Appointed by the Hon. Jay A. Garcia Gregory, U.S.D.J. in August 2009, to represent a defendant charged in a carjacking murder. The Attorney General decided against seeking the death penalty in September, 2009.

*United States v. Ricardo Juan Lebron-Berrios*, (D.P.R. 2009). Appointed by Hon. Bruce J. McGiverin, U.S.M.J. in August 2009 to represent Mr. Lebron-Berrios in a carjacking murder case. The complaint was dismissed a month later in deference to the local prosecution.

*United States v. Larry Reddick*, (D.N.J. 2009). Appointed by Hon. Joel Schneider, U.S.M.J. in February, 2009, to represent a defendant charged with causing death with a firearm possessed in connection with drug trafficking (18 U.S.C. § 924(j)). The Attorney General decided not to seek the death penalty in June 2011.

*United States v. Samuel Ortiz-Garcia, et al*. (D.P.R. 2007). Appointed by Hon. Francisco A. Besosa, U.S.D.J. in April, 2008 to represent lead defendant in a carjacking murder case. Following written submissions and a meeting with the United States Attorney, the case was forwarded to the Department of Justice. On March 19, 2010, the Attorney General authorized the United States Attorney not to seek the death penalty.

*United States v. Roger Aletras*, (D.VT 2008). Appointed by Hon. William K. Sessions III, Chief Judge in February, 2008, to represent defendant charged with a drug-related homicide. Attorney General declined to authorize capital prosecution in April, 2008.

*United States v. Alton Davis, et al*, (S.D.N.Y. 2007). Appointed by Hon. Leonard B. Sand, U.S.D.J. in October, 2007 to represent Ronald Knibbs in a robbery-murder case. The Attorney General decided not to authorize pursuing the death penalty as punishment.

*United States v. Serrano, et al.*, (M.D. Tenn. 2007). Appointed in June, 2007 by the Hon. Todd J. Campbell, Chief Judge, to represent Omar Gomez, in a racketeering and murder case involving the gang MS-13. The Attorney General decided not to seek the death penalty on November 19, 2007.

*United States v. Hakeen Davis*, (S.D.N.Y. 2006). Appointed by Hon. Richard C. Casey, U.S.D.J., as learned counsel for a defendant facing murder and narcotics charges. Attorney General declined to authorize a capital prosecution in January, 2007.

*United States v. Ahmed Judge*, (D.N.J. 2006). Appointed by Hon. Joseph E. Irenas, U.S.D.J. as learned counsel for a defendant accused of being a hit-man for a druglord. Attorney General declined to authorize capital prosecution in February, 2007.

*United States v. Marco Boniton*, (S.D.N.Y. 2005). Appointed by Hon. Shira Scheindlin, U.S.D.J. as learned counsel for defendant in a case involving a narcotics conspiracy and the murder in a robbery. In 2006, the Attorney General decided not to seek the death penalty in the case.

*United States v. Mark Brown,* (S.D.N.Y. 2005). Appointed by Hon. P. Kevin Castel, U.S.D.J., to represent defendant who faced murder and narcotics charges arising out of a marijuana distribution conspiracy. Attorney General declined to authorize a capital prosecution in February, 2006.

*United States v. Stone, et als.*, (E.D.N.Y.2005). Appointed by Hon. I. Leo Glasser, U.S.D.J. in a gang and racketeering case involving several murders. Attorney General declined to authorize the death penalty against my client in December, 2006.

*United States v. Lopez, et als.*, (E.D.N.Y. 2005).  Appointed by Hon. Leonard D. Wexler, U.S.D.J to represent defendant charged with killing a suspected informant in a racketeering case concerning the El-Salvadoran gang MS-13.  Attorney General declined to authorize a capital prosecution in August, 2006.

*United States v. Monteiro, et als.* (D. MA 2004).  Appointed by Hon. Patti B. Saris, U.S.D.J. to represent defendant charged with murder in a multi-defendant racketeering and narcotics conspiracy case involving Boston street gangs.  Attorney General declined to authorize a capital prosecution in January, 2005.

*United States v. Butler, et als.,*  (D.N.J. 2004).  Appointed in August,  2004, by Hon. Katharine S. Hayden, U.S.D.J., to represent defendant charged in a 23-defendant indictment with a gang-related shooting in the City of Newark. Attorney General declined to authorize capital prosecution in February, 2006.

*United States v. Massino, et als*., (E.D.N.Y. 2003). Appointed by Hon. Nicholas G. Garaufis, U.S.D.J. in October 2003 to represent Patrick DiFilippo charged with murder as part of a multi-defendant racketeering conspiracy connected with the Bonanno crime family. Attorney General declined to seek the death penalty in late 2004.

*United States v. Caicedo*, (E.D.N.Y. 2003).  Appointed by Hon. Steven M. Gold, U.S.M.J. in January, 2003 to represent the defendant who had been charged in a complaint with murder in connection with the operation of an international drug cartel. In August, 2003, the Attorney General decided against seeking a capital indictment.

*United States v. Caraballo, et als.,* (E.D.N.Y. 2002). Appointed by Hon. Raymond J. Dearie, U.S.D.J. in  January,  2003,  to  represent  Armando  Molina  in  a multi-defendant drug conspiracy murder case.  Attorney General decided not to seek the death penalty in March, 2004.

*United States v. Garcia, et als.*, (S.D.N.Y. 2002).  Appointed by Hon. Gerald E. Lynch, U.S.D.J. in December, 2002 to represent Manuel Roman, one of four defendants charged in a drug conspiracy murder case involving the killing of four men over the course of ten years. Attorney General decided against seeking the death penalty in July, 2004.

*United States v. D'Angelo*, (E.D.N.Y. 2002).  Appointed in May, 2002 by the Hon. John Gleeson, U.S.D.J. in a drug-related murder case. Attorney General decided against seeking the death penalty in December, 2002.

*United States v. Johnson, et als.* (S.D.N.Y.2002). Appointed by the Hon. Loretta A. Preska, U.S.D.J. IN March, 2002 to represent defendant in a multi-defendant drug-conspiracy, murder case.  Attorney General decided against seeking the death penalty in May 2003.

*United States v. Martinez-Martinez, et al.*, (S.D.N.Y. 2001). Appointed by Hon. Alan G. Schwartz, U.S.D.J. in November, 2001 to represent the lead defendant in §848 case alleging a 1991 homicide.  Attorney General decided against seeking the death penalty.

*United States v. Delvi*, *et als*. (S.D.N.Y. 2001).  Appointed by Hon. Shira A. Scheindlin, U.S.D.J., in September, 2001 to represent a defendant charged in a multi-defendant §848 homicide indictment. Attorney General decided against seeking the death penalty in March, 2002.

*United States v. McAllister*, (S.D.N.Y. 2001). Appointed by Hon. John S. Martin, U.S.D.J. in § 848 homicide case. Attorney General decided against seeking the death penalty in April, 2002.

*United States v. Marcinski*, (D.N.J. 2001). Appointed by Hon. Garrett E. Brown, Jr. in April, 2001, in a §3591 case in which defendant was alleged to have killed a romantic rival while posing as a federal agent. In September, 2001, the Attorney General approved resolution of the case with a guilty plea prior to authorization.

*United States v. Rodriguez*, *et als.* (E.D.N.Y., 2000). Appointed by Hon. Joanna Seybert in February, 2001 in a § 3591 case alleging gang-related homicides. Attorney General decided against seeking the death penalty in October, 2001.

*United States v. Benitez-Zapata*, (E.D.N.Y., 2000).  Appointed by Hon. Nina Gershon, U.S.D.J. in January, 2001, in a case charging seven counts of murder-for-hire. The defendant pled guilty during the authorization process and received a life sentence January 2, 2002.

*United States v. Lopez*, (E.D.N.Y., 2000).  Appointed by Hon. John Gleeson, U.S.D.J. in November, 2000 in a §848 case. Attorney General decided against seeking the death penalty in October, 2001.

*United States v. Monsalve,* (E.D.N.Y., 2000). Appointed by Hon. Joanna Seybert, U.S.D.J. in March, 2000 to represent defendant in a  §3591 case. Attorney General decided against seeking the death penalty.

*United States v. Santiago, et als.*, (S.D.N.Y., 1998). Appointed by Hon. Colleen McMahon, U.S.D.J. in November, 1998 to represent defendant in a §3591 case. Attorney General decided against seeking the death penalty.

*United States v. Bryant, et als.*, (S.D.N.Y., 1998). Appointed by Hon. Barbara S. Jones, U.S.D.J. in January, 1999 to represent defendant in a §3591 case which was resolved during the capital authorization process.

*United States v. Prieto*, (S.D.N.Y., 1998). Appointed by Hon. Sidney H. Stein, U.S.D.J. in May 1998 in a § 3591 case which was resolved during the capital authorization process.

*United States v. Guzzi, et als.*, (E.D.N.Y., 1998). Appointed by Hon. Sterling Johnson, U.S.D.J. in April 1998 to represent a defendant in a §3591 case which was resolved during the capital authorization process.

*United States v. Cruz, et als.* (D.N.J. 1997). Appointed by Hon. Anne E. Thompson, Chief Judge in April, 1997 to represent lead defendant charged with conspiracy and murder of a DEA informant. Attorney General decided against seeking the death penalty.

*United States v. Chen* (S.D.N.Y. 1997). Appointed by the Hon. John E. Sprizzo in a gang-related murder case. Attorney General declined to seek the death penalty.

*United States v. Sepulveda, et als.* (D.R.I. 1995). Appointed by Hon. Mary M. Lisi, U.S.D.J., in October, 1995 to represent a defendant in a § 3591 case. Attorney General decided against seeking the death penalty.

NJ Capital Trials:

*State v. David Jones,* (New Jersey Superior Court, Bergen County 1996). Life verdict in 2000.

*State v. James Minett* (New Jersey Superior Court, Union County, 1998). Unanimous life verdict in 1998.

*State v. Eddie Lee Oliver.* (New Jersey Superior Court, Essex County 1993). Life verdict in 1995.

*State v. John DeMarco,* (New Jersey Superior Court, Somerset County 1991). Life verdict in 1994.

*State v. Anthony McDougald.* (New Jersey Superior Court, Essex County 1990). Penalty-only retrial after New Jersey Supreme Court vacated the death verdict. *See State v. McDougald,* 120 N.J. 523, 577 A.2d 419 (1990). In 1994, the jury returned a verdict for life.

*State v. James Gerald Koedatich.* (New Jersey Superior Court, Morris County1990). Penalty-phase only re-trial in a case in which the New Jersey Supreme Court granted penalty phase relief on appeal which I litigated. *See State v. Koedatich, infra.* Life verdict in 1990.

*State v. Eneida Berrios.* (New Jersey Superior Court, Essex County1986.) Defendant found not guilty at conclusion of guilt phase in April, 1986.

Capital Appeals:

*United States v. Michael Jacques*, 684 F.3d 324 (2d Cir. 2012). Co-author of brief on government's interlocutory appeal of district court's order striking certain aggravating factors.

*United States v. Dustin Honken*, 541 F.3d 1146 (8th Cir. 2008). Appointed by the Court of Appeals in December 2005 to represent a defendant convicted and sentenced to death in the Northern District of Iowa.

*United States v. Alan Quinones, et al*, 313 F.3d 49 (2d Cir. 2002). Co-author, with Professor Samuel R. Gross of the University of Michigan Law School, of briefs on appeal of trial court decision that the Federal Death Penalty Act was unconstitutional because of the risk of executing innocent persons.

*State v. David Cooper*, Docket No. 51,553 (N.J. 2004). Designated by NJ Public Defender to represent death row inmate on appeal of denial of his petition for post-conviction relief. After oral argument, NJ Supreme Court remanded for hearings. Hearings were concluded and case was pending before the Supreme Court when NJ Legislature abolished the death penalty in December, 2007.

*State v. Anthony DiFrisco*, 174 N.J. 195 (2002). Argued appeal of the denial of the post-conviction in a capital case with an ineffective assistance of counsel claim. Court affirmed in a 4-3 decision. The NJ Supreme Court finally set aside the death sentence on the appeal of the denial of a second petition for post-conviction relief, 187 N.J. 156 (2006), and the defendant received a life sentence.

*State v. Muhammad*, 145 N.J. 23 (1996). Argued on behalf of *amicus curiae* Association of Criminal Defense Lawyers of New Jersey in case addressing the constitutionality of victim impact evidence in death penalty proceedings in NJ.

*State v. Robert Marshall*, 130 N.J. 109 (1992). Co-counsel on the brief for *amicus curiae* ACLU of NJ in first proportionality review case before the New Jersey Supreme Court.

*State v. James Gerald Koedatich,* 112 N.J. 225, (1988), *cert. denied* 488 U.S.1017, 109 S.Ct. 813, 102 L.Ed.2d 803 (1989). NJ Supreme Court affirmed defendant's underlying convictions by4-3 vote but unanimously vacated the death penalty.

Capital Post-Conviction Cases:

*State v. DiFrisco*, (New Jersey Superior Court, Essex County1996). Counsel on state postconviction relief.  New Jersey Supreme Court set aside the death sentence on the appeal of the denial of a second petition for post-conviction relief, 187 N.J. 156 (2006), and the defendant received a life sentence.

*State v. Robert Morton,* (New Jersey Superior Court, Burlington County 2000). Counsel on state post-conviction relief. After a 6-day hearing, the trial court granted penalty-phase relief.  Morton was sentenced to life imprisonment in October, 2005.

*State v. David Cooper*, (New Jersey Superior, Monmouth County2004). Designated by New Jersey Public Defender to represent death row inmate on appeal of denial of his petition for postconviction relief. After oral argument, Supreme Court of New Jersey remanded for hearings.  Hearings were concluded and case was pending before the Supreme Court when NJ Legislature abolished the death penalty in December, 2007.

Capital Federal Habeas Corpus:

*DiFrisco v. Hendricks*. (D.N.J. 2003). Appointed in March, 2003 by the Hon. Katharine S. Hayden, U.S.D.J., to represent Anthony DiFrisco on his petition for a writ of habeas corpus challenging his death sentence. Case was dismissed following the December 2007 repeal of the death penalty by the N.J. Legislature.

Relevant Training:

Presenter in federal capital training for CJA panels in SDNY and WDNY, DPR, the staff of the Federal Defender's Office in Puerto Rico and the Bar Association of the City of New York.

Bryan R. Shechmeister Death Penalty College, Santa Clara University School of Law– Faculty member 2006, 2008, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020 (remotely).

Federal Death Penalty Resource Counsel Strategy Sessions and Authorized Case Trainings – Participant and occasional lecturer nearly annually since 1996.

RUHNKE & BARRETT
ATTORNEYS AT LAW

NAACP Legal Defense Fund Death Penalty Conference – Participant and occasional lecturer, Summers, 1995, 1996, 1997, 1998, 1999, 2000, 2002, 2003, 2005, 2006, 2007, 2008, 2011, 2014, 2015, 2016, 2017, 2018.

NACDL Life in the Balance Death Penalty Conference – Participant almost annually for about 10 years beginning in 1999 and, in later years, faculty member.

Association of Criminal Defense Lawyers–New Jersey – Numerous criminal trial training programs as both organizer, lecturer and attendee.

Habeas Assistance Training Project Training – Participant almost annually through 2006, including the "Persuasion Institute" program conducted in Philadelphia, September 2004.

Lecturer for training programs conducted by New Jersey Office of the Public Defender.

C:\RESUME\RESUME 3-19-21.wpd