# Forensic Psychology Associates, P.C.

5900 Harbour Park Drive, Midlothian, Virginia 23112
Voice: (804) 739-4669
Fax: (804) 739-6725

GOVERNMENT
EXHIBIT
3
4:08cr16 / 4:15cv108

**Evan S. Nelson, Ph.D., ABPP, CSOTP**
E-mail: esnelson@psylaw.com

**Michele Killough Nelson, Ph.D.**
E-mail: mknelson@psylaw.com

December 2, 2008

Jon M. Babineau, Esq.
705 West Washington Street
Suffolk, VA 23434
Fax: (757) 934-1318

RE: Runyon, David Anthony

Dear Mr. Babineau:

Based upon my evaluation of Mr. Runyon thus far, **I recommend that you ask the U.S. District Court to authorize a neuropsychological evaluation of your client.** Given his reported history of losing consciousness, a long-standing problem with sagging on the right side of his face (a potential soft neurological sign), and repeated failures to achieve at a level commensurate with his intellectual ability, it is plausible that neuropsychological deficits are a defining element of his personality and behavior. If so, that would be relevant to mitigation if there is a death penalty hearing.

Neuropsychology is a specialty beyond the scope of my expertise as a forensic clinical psychologist. I have provided you with the names of several in-state neuropsychologists with good reputations and who extensive experience with the courts. Please be advised that, in all likelihood, the neuropsychologist will need Mr. Runyon to be transported to his or her office for the completion of most or all of the tests.

Evan S. Nelson, Ph.D.
Licensed Clinical Psychologist
Diplomate in Forensic Psychology, ABPP
Certified Sex Offender Treatment Provider

*Licensed Clinical Psychologists Specializing in the Evaluation of Competency, Sanity, Capital Sentencing, Sex Offenders, Disability, Custody, and Juvenile Court Issues*

Runyon-OAF 0005585



Page 1 of 2

## Kay Holland

| | |
|---|---|
| **From:** | Jon Babineau |
| **Sent:** | Thursday, February 05, 2009 9:36 AM |
| **To:** | Kay Holland |
| **Cc:** | Windley Hofler Walden |
| **Subject:** | Fw: CV and fee schedule |
| **Attachments:** | Abbreviated CV-2009.doc; Legal Fees per HSF.doc; Terms of Agreement Letter.DOC; Terms of Engagement Contract.DOC |

We need to file ex parte motion to employ him asap. Also in same motion we need 300 more hours of paralegal time due to continued volume of discovery being provided and need for assistance during trial with discovery witness coordination etc. Thanks. Jon

---

From: "Bender, Scott *HS"
Date: Thu, 5 Feb 2009 09:24:13 -0500
To: 'jbabineau@saundersbarlow.com'<jbabineau@saundersbarlow.com>
Subject: CV and fee schedule

Mr. Babineau,

I spoke with Evan Nelson about the Runyon case and agree that a neuropsychological evaluation might be useful. Please see attached for my CV, terms of agreement and engagement, and fee schedule, and return the agreement with your signature if it is acceptable to you.

Please let me know what works best for you regarding scheduling Mr. Runyon's evaluation. And when you get a chance, please mail all medical records, crime scene reports, and any related materials to:

Scott D. Bender, Ph.D.
P.O. Box 800203
Neurocognitive Assessment Lab
Psychiatry & Neurobehavioral Sciences
University of Virginia
Charlottesville, VA 22908

If you **overnight** the materials please use the following address:

Scott D. Bender, PhD
Neurocognitive Assessment Lab
UVA – 1300 Jefferson Park Ave
West Complex – Davis Wing – Rm: 4334
Charlottesville, VA 22908

Let me know if you need more information. I look forward to working with you.

Sincerely,

-Scott

Scott D. Bender, Ph.D., ABPP-CN
Assistant Professor
Psychiatry & Neurobehavioral Sciences
University of Virginia
434.924.2718

2/5/2009

Runyon-OAF 0006314