**arla**

---

**From:**    Evan S. Nelson, Ph.D., ABPP, CSOTP [ESNelson@PsyLaw.com]

**Sent:**    Thursday, July 16, 2009 2:32 PM

**To:**      shudgins@com.hrcoxmail.com

**Subject:** Runyon, David Anthony

Just touching base – I have not heard back how the trial is going, if there is a strategy for mitigation in the event he is found guilty of capital murder, what if anything you need from my by way of paperwork or preparation, etc.

Thanks.

GOVERNMENT
EXHIBIT
**4**
4:08cr16 / 4:15cv108

============================

Evan S. Nelson, Ph.D., ABPP, CSOTP

Forensic Psychology Associates, Ph.D.

Midlothian, VA

ESNelson@PsyLaw.com

CONFIDENTIALITY NOTICE: This e-mail communication and any attachments may contain confidential and privileged information. Depending upon the content, redisclosing it to other parties might violate federal or state law. If you received this email in error, please delete the message and advise our office of the error via email or by calling 804.739.4669. Thank you.

7/17/2009

**2**

July 17, 2009


Change your records to reflect correct address for Dr. Nelson:

Evan S. Nelson, Ph.D., ABPP, CSOTP
5900 Harbour Park Drive
Midlothian VA 23112

Phone: 1-804-739-4669
Fax: 1-804-739-6725

Message                                                                                      Page 1 of 1

**arla**

**From:** arla [arla@com.hrcoxmail.com]

**Sent:** Friday, July 17, 2009 11:26 AM

**To:** Evan S. Nelson, Ph.D., ABPP, CSOTP

**Subject:** David Runyon

afmirsky@gmail.com

I apologize. I am just getting around to looking at emails since I have been in trial all this week in the Runyon matter. The matter has gone to the jury as of 4:30 p.m. yesterday and we are thinking we will probably get a verdict back either today, being Friday, or Monday. I will let you know how that goes. Thank you for your help with both of these cases.


Stephen A. Hudgins, Esquire
shudgins@com.hrcoxmail.com
Cope & Olson, PLC
11836 Canon Boulevard, Suite 100
Newport News VA 23606
Telephone: (757) 596-0316
Telefax: (757) 596-5320


7/17/2009

## arla

**From:** Evan S. Nelson, Ph.D., ABPP, CSOTP [ESNelson@PsyLaw.com]
**Sent:** Friday, July 10, 2009 2:52 PM
**To:** 'arla'
**Cc:** 'Lisa Fitzhugh'
**Subject:** RE: David Runyon

What is the status of Runyon?  How has it gone so far?  Will do on paperwork, early nexet week.  Do you have his email – we can PDF and send it to Dr. Mirsky.

As for Mr. Gaulding, Lisa says that some paperwork just arrived. Be advised that I'm having a little tiff with WTRJ because they are so restrictive about access; the judges' office is actually going to call them on the carpet to fix the problem for me.  So, I can't see him for about two to three weeks.

If he's NOT in WTRJ, please provide contact information. Thanks.

Evan


==============================
Evan S. Nelson, Ph.D., ABPP, CSOTP
Forensic Psychology Associates, Ph.D.
Midlothian, VA
ESNelson@PsyLaw.com


CONFIDENTIALITY NOTICE: This e-mail communication and any attachments may contain confidential and privileged information.  Depending upon the content, redisclosing it to other parties might violate federal or state law.  If you received this email in error, please delete the message and advise our office of the error via email or by calling 804.739.4669.  Thank you.


**From:** arla [mailto:arla@com.hrcoxmail.com]
**Sent:** Friday, July 10, 2009 1:26 PM
**To:** Evan S. Nelson, Ph.D., ABPP, CSOTP
**Subject:** David Runyon


Dr. Nelson,

Re: David Runyon case

I would appreciate it if you could forward the raw data from the Government's neuropsychological evaluation to Dr. Allan F. Mirsky at 5502   Spruce Tree

7/13/2009

Avenue, Bethesda, Maryland 20814. He is our neuropsychologist and has requested that information.

On another matter, I have a case in the Suffolk General District Court, the gentleman's name is Edward R. Gaulding, Jr. that requires an evaluation for competency and sanity at the time of the offense. I have requested that order from the Court and would ask if you would be able to accomplish that. The case is currently set for preliminary hearing on July 14, but that will not be the preliminary date because as you know I am in the Runyon trial so it will be continued. Please let me know if you are willing to help out with that and if so I will send the order on to you.

Thank you for your assistance in these matters.

Steve


Stephen A. Hudgins, Esquire
shudgins@com.hrcoxmail.com
Cope & Olson, PLC
11836 Canon Boulevard, Suite 100
Newport News VA 23606
Telephone: (757) 596-0316
Telefax: (757) 596-5320

7/13/2009

5

## arla

**From:** Evan S. Nelson, Ph.D., ABPP, CSOTP [ESNelson@PsyLaw.com]

**Sent:** Friday, July 17, 2009 11:15 AM

**To:** 'arla'

**Subject:** RE: David Runyon

OK, it's out to the jury, but I am unsure what is on the horizon – is there something I need to be prepared to produce in writing, or to testify about? Or, as we predicted, did the trial portray him as a highly scheming individual and therefore you don't want expert testimony? Please give me some preview of which way we're going.

==============================

Evan S. Nelson, Ph.D., ABPP, CSOTP
Forensic Psychology Associates, Ph.D.
Midlothian, VA
ESNelson@PsyLaw.com

CONFIDENTIALITY NOTICE: This e-mail communication and any attachments may contain confidential and privileged information. Depending upon the content, redisclosing it to other parties might violate federal or state law. If you received this email in error, please delete the message and advise our office of the error via email or by calling 804.739.4669. Thank you.

**From:** arla [mailto:arla@com.hrcoxmail.com]
**Sent:** Friday, July 17, 2009 12:26 PM
**To:** Evan S. Nelson, Ph.D., ABPP, CSOTP
**Subject:** David Runyon

afmirsky@gmail.com

I apologize. I am just getting around to looking at emails since I have been in trial all this week in the Runyon matter. The matter has gone to the jury as of 4:30 p.m. yesterday and we are thinking we will probably get a verdict back either today, being Friday, or Monday. I will let you know how that goes. Thank you for your help with both of these cases.

Stephen A. Hudgins, Esquire
shudgins@com.hrcoxmail.com
Cope & Olson, PLC
11836 Canon Boulevard, Suite 100
Newport News VA 23606
Telephone: (757) 596-0316
Telefax: (757) 596-5320

7/17/2009

 HEALTH SYSTEM

*The* DEPARTMENT *of* PSYCHIATRIC MEDICINE
*Division of Medical Psychology and Neuropsychology*

Stephen A. Hudgins
Attorney at Law
11836 Canon Blvd., Suite 100
Newport News, VA 23606

Dear Mr. Hudgins,

Enclosed please find the invoice for neuropsychological expert services rendered by Dr. Scott D. Bender in the case of *United States v. David A. Runyon*. A signed W-9 is included as well. Please send payment to:

Scott D. Bender, Ph.D.
960 Kelsey Dr.
Charlottesville, VA 22903

Do not hesitate to contact me if you have questions about the invoice (ph: 434.924.2718). Also, please feel free to contact me if you would like to discuss potential neuropsychological factors in criminal cases in the future. It was a pleasure working with you.

Sincerely,

Scott D. Bender, Ph.D., ABPP-CN

7

## Invoice of Charges

## Scott D. Bender, Ph.D., ABPP-CN

Page _____

Case: U.S. v. David A. Runyon (Capital Murder: 82625-01) _____    No.: _____

| Date | Staff Person | Function | Time | Amount |
|---|---|---|---|---|
| 3/4/09 | SDB | Record review (DR interviews with police) | 60 minutes | $250 |
| 3/5/09 | SDB | Record review (Motions re: mental health evidence, City of Newport News police medical protocols '07 – '08, and Dr. Paul Montalbano's records) | 120 minutes | $500 |
| 3/30/2009 | SDB | Meeting with defendant's attorney, Stephen Hudgins, Esp (Chriscelyn Tussey, Psy.D. present) | 30 minutes | $125 |
| 5/01/09 | SDB | Review of records from Veterans Administration | 60 minutes | $250 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTALS: | 4 ½ hours | $1125.00 |

8

| Form **W-9**<br>(Rev. October 2007)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification** | Give form to the<br>requester. Do not<br>send to the IRS. |

**Name** (as shown on your income tax return)
Scott D Bender

Business name, if different from above

Check appropriate box: ☒ Individual/Sole proprietor  ☐ Corporation  ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ .......
☐ Other (see instructions) ▶    ☐ Exempt payee

Address (number, street, and apt. or suite no.)
760 KELSEY DR

Requester's name and address (optional)

City, state, and ZIP code
CHARLOTESVILLE, VA. 22903

List account number(s) here (optional)

*Print or type — See Specific Instructions on page 2.*

## Part I    Taxpayer Identification Number (TIN)

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Employer identification number

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**   Signature of U.S. person ▶     Date ▶ 7/4/09

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

● An individual who is a U.S. citizen or U.S. resident alien,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

● An estate (other than a foreign estate), or

● A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

● The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X    Form **W-9** (Rev. 10-2007)

**9**

**arla**

| | |
|---|---|
| **From:** | Stephen Hudgins [shudgins@com.hrcoxmail.com] |
| **Sent:** | Monday, July 20, 2009 10:33 AM |
| **To:** | 'sheila cronin' |
| **Subject:** | RE: Affidavit |

Sheila

As far as the affidavit goes, if you could drop that off by Woody's office that
would be fine. I went ahead and filed the motion last week with what I had and
as long as I have the notarized version on Wednesday when we have the
hearing, I should be fine. Thanks for taking care of that. The hearing on
Wednesday is the eligibility part of the case which is just whether or not David
is eligible for the death penalty based on the statute. He clearly is because one
of the aggravating factors that makes his eligible is a murder for hire and that
is what he was convicted of. So that hearing will not really be much of an
event. We will at that point determine when the sentencing hearing will take
place and whether or not the judge is going to appoint the psychiatrist, Dr.
Merikangas. She gave an indication on Friday that she was leaning toward
granting our motions but she didn't address them specifically and didn't say
how much time she was looking at granting us. We will find that out on
Wednesday. Thanks for your continued help.

Steve

Stephen A. Hudgins, Esquire
shudgins@com.hrcoxmail.com
Cope & Olson, PLC
11836 Canon Boulevard, Suite 100
Newport News VA 23606
Telephone: (757) 596-0316
Telefax: (757) 596-5320

-----Original Message-----
**From:** sheila cronin [mailto:scronin2007@gmail.com]
**Sent:** Sunday, July 19, 2009 10:12 PM
**To:** shudgins@com.hrcoxmail.com; sahudginspc@aol.com; lwoodward@srgslaw.com; Bruck, David
**Subject:** Affidavit

Steve,

I got your message Friday but was a little confused about what is to take place on
Wednesday. Should I get the affidavit notarized and get it to you tomorrow some time? Let
me know.

--
Sheila Cronin
Capital Case Mitigation
330 W. Brambleton Avenue, #1104
Norfolk, VA 23510
Phone: (757) 963-7782
Cell: (415) 516-6183
Email: scronin2007@gmail.com

7/20/2009

Message                                                                                    Page 1 of 1

## arla

**From:**     arla [arla@com.hrcoxmail.com]
**Sent:**     Monday, July 20, 2009 10:35 AM
**To:**       James Merikangas MD (neuropsych2001@hotmail.com)
**Subject:** David Runyon

Dr. Merikangas:


I wanted to notify you that the jury came back on Friday and found David
Runyon guilty of two capital counts. We will go back to Court on Wednesday for
some hearings one of which will be to determine whether or not the court is
going to appoint you to help us with the psychiatric phase of this case. Once I
have gotten that word on Wednesday, I will get in touch with you and let you
know. Thank you for your continued willingness to work in this matter.

Steve


Stephen A. Hudgins, Esquire
shudgins@com.hrcoxmail.com
Cope & Olson, PLC
11836 Canon Boulevard, Suite 100
Newport News VA 23606
Telephone: (757) 596-0316
Telefax: (757) 596-5320

7/20/2009

**arla**

| | |
|---|---|
| **From:** | arla [arla@com.hrcoxmail.com] |
| **Sent:** | Monday, July 20, 2009 10:35 AM |
| **To:** | Allan F. Mirsky Ph. D. (afmirsky@gmail.com) |

**Subject:** David Runyon

Dr. Mirsky:


I am contacting you to let you know that the jury came back in David Runyon's case on Friday and found him guilty of two capital counts. We have a hearing this coming Wednesday to set the sentencing date and to take care of some other matters. Once I have gotten the sentencing date from the Court, I will forward it on to you. Thank you for your continued willingness to work in this matter.



Steve


Stephen A. Hudgins, Esquire
shudgins@com.hrcoxmail.com
Cope & Olson, PLC
11836 Canon Boulevard, Suite 100
Newport News VA 23606
Telephone: (757) 596-0316
Telefax: (757) 596-5320

7/20/2009

**12**

Message                                                                         Page 1 of 1

**arla**

| | |
|---|---|
| **From:** | arla [arla@com.hrcoxmail.com] |
| **Sent:** | Monday, July 20, 2009 10:34 AM |
| **To:** | Evan S. Nelson, Ph.D., ABPP, CSOTP |

**Subject:** David Runyon

Dr. Nelson:

I am writing to keep you updated on the David Runyon matter. On Friday, the jury returned a verdict finding David guilty of two capital counts. We will have a hearing on Wednesday to determine when the sentencing will be and some other matters. I still do not anticipate calling you as a witness, but I may want to consult with you on how best to handle some of their witnesses once I have more information on them. Thank you for your continued willingness to work with us in this matter.

Steve

Stephen A. Hudgins, Esquire
shudgins@com.hrcoxmail.com
Cope & Olson, PLC
11836 Canon Boulevard, Suite 100
Newport News VA 23606
Telephone: (757) 596-0316
Telefax: (757) 596-5320

7/20/2009

13

**LAW OFFICES**

# COPE & OLSON, P.L.C.

**SUITE 100**

JOHNNY C. COPE

DAVID B. OLSON

STEPHEN A. HUDGINS

**11836 CANON BOULEVARD**
**NEWPORT NEWS, VIRGINIA 23606**
TELEPHONE: (757) 596-0316
TELEFAX:    (757) 596-5320

ELMO L. STEPHENSON

1927 - 2009

July 20, 2009

**HAND DELIVERED**

Clerk of Court
United States District Court
Walter E. Hoffman U.S. Courthouse
600 Granby Street, 1st Floor, Room 193C
Norfolk, VA 23510

Dear Sir or Madam:

   Re:   United States v. David Runyon

   Pursuant to defendant's Notice to Offer Mental Health Evidence during the penalty phase of this case, I am enclosing reports from Mark D. Cunningham, Ph.D. and Allan F. Mirsky, Ph.D.

Very truly yours,

Stephen A. Hudgins

akh
Encl.

**14**