**arla**

---

**From:** Evan S. Nelson, Ph.D., ABPP, CSOTP [ESNelson@PsyLaw.com]
**Sent:** Wednesday, September 02, 2009 3:37 AM
**To:** 'Stephen Hudgins'
**Subject:** RE: Runyon, David Anthony

GOVERNMENT
EXHIBIT
**5**
4:08cr16 / 4:15cv108

Steve:

Alas, this is not a surprise. It's what all of us had been trying to tell him for months – he would likely lose the trial, and if he did then the jury's perception of him for the penalty phase was that he a cold blooded, planful hired gun. As they say, you can lead a horse to water but you cannot make him drink, and that is what happened when Mr. Runyon was given good advise but competently chose to gamble on refusing it.

Typically, we sent our bill directly to the clerk of court because I am appointed by the court. However, I think this case was special because I was to be paid from the defense attorney's budget. We'll go back through our paperwork and get back to you.

Evan

```
================================
```
Evan S. Nelson, Ph.D., ABPP, CSOTP
Forensic Psychology Associates, Ph.D.
Midlothian, VA
ESNelson@PsyLaw.com

CONFIDENTIALITY NOTICE: This e-mail communication and any attachments may contain confidential and privileged information. Depending upon the content, redisclosing it to other parties might violate federal or state law. If you received this email in error, please delete the message and advise our office of the error via email or by calling 804.739.4669. Thank you.

---

**From:** Stephen Hudgins [mailto:shudgins@com.hrcoxmail.com]
**Sent:** Tuesday, September 01, 2009 10:52 AM
**To:** 'Evan S. Nelson, Ph.D., ABPP, CSOTP'
**Subject:** RE: Runyon, David Anthony

Evan:

The penalty phase ended with two death sentences and one sentence of life in prison. We did not present a mental health defense, per se, but did put on evidence of his childhood and life as we had previously discussed. Since I was not around when you were retained, let me know if you were paid for your

9/2/2009

                                                          Runyon-OAF 0012525

services. Thank you.

Steve


Stephen A. Hudgins, Esquire
shudgins@com.hrcoxmail.com
Cope & Olson, PLC
11836 Canon Boulevard, Suite 100
Newport News VA 23606
Telephone: (757) 596-0316
Telefax: (757) 596-5320

-----Original Message-----
**From:** Evan S. Nelson, Ph.D., ABPP, CSOTP [mailto:ESNelson@PsyLaw.com]
**Sent:** Monday, August 31, 2009 7:59 AM
**To:** shudgins@com.hrcoxmail.com
**Subject:** Runyon, David Anthony

Hello, what's the status of things on this case?

Thanks.

Evan


==============================
Evan S. Nelson, Ph.D., ABPP, CSOTP
Forensic Psychology Associates, Ph.D.
Midlothian, VA
ESNelson@PsyLaw.com


CONFIDENTIALITY NOTICE: This e-mail communication and any attachments may contain confidential and privileged information. Depending upon the content, redisclosing it to other parties might violate federal or state law. If you received this email in error, please delete the message and advise our office of the error via email or by calling 804.739.4669. Thank you.

9/2/2009

Runyon-OAF 0012526