**arla**

| | |
|---|---|
| **From:** | Bruck, David [BruckD@wlu.edu] |
| **Sent:** | Wednesday, August 05, 2009 8:46 AM |
| **To:** | Bruck, David; arla |
| **Cc:** | scronin2007@gmail.com; lwoodward@srgslaw.com; shudgins@com.hrcoxmail.com |
| **Subject:** | RE: Follow-up on Merikangas |

And here is how Lisa Greenman, who has worked on several cases involving this same duo of government evaluators  (and has seen them when they were really loaded for bear), reacted:

Wow -- these are really not such scary reports, given what we sometimes see, eh?  You almost think Montalbano and Patterson were soft on the guy. Patterson says there's nothing aggravating in the personality traits (23) and, as you (David B) pointed out, Montalbano suggests the existence of mitigation in the history he's unaware of (30).  He also cites  "low risk for violence" in the view of correctional staff, and "positive adjustment to
his correctional setting" (20).   There's no suggestion of malingering, and
even the personality disorder diagnosis isn't really damning.  Hell, these prosecution expert witnesses could end up being more helpful than the defense witnesses.

. . .  Clearly there's an interesting story here.  You see all the pieces of it (again, as David noted) but without any way to know the story.  I'm intrigued by his desire to be a hero -- both in how he describes thinking about himself and as reflected in the law enforcement jobs he sought -- and how that might relate to the offense. Patterson's report notes that Voss told him the victim was abusing his children and cheating on her.  It can't be easy being 5 foot 3 and Asian in
the places he was.

 There really isn't a big attack to be mounted on this stuff, the work that needs doing is putting together a defense presentation.

I guess the good news is that these reports don't seem to add any force to a government request for death beyond what's already there.  It sure doesn't sound like Montalbano or Patterson would be inciting the jury in favor of death.  It doesn't sound like their hearts would be in it.  -- Lisa

GOVERNMENT
EXHIBIT
**6**
4:08cr16 / 4:15cv108

Runyon-OAF 0013563