**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| David Anthony Runyon,<br>　　　　　Petitioner,<br><br>v.<br><br>United States of America,<br>　　　　　Respondent. | Original Criminal No. 4:08-cr-16-3<br>Original Civil No. 4:15-cv-108<br>**Capital § 2255 PROCEEDINGS**<br><br>HON. REBECCA BEACH SMITH |

**<u>Petitioner's Motion for Witness to Testify by Video Conference</u>**

Petitioner David Anthony Runyon, by and through undersigned counsel, hereby moves this

Court for an order permitting Dr. James Merikangas to testify at the upcoming evidentiary hearing

"in open court by contemporaneous transmission from a different location."  Fed. R. Civ. P. 43(a).

The reasons supporting this motion are set out in the accompanying memorandum of law.

Respectfully Submitted,

/s/<u>Elizabeth J. Peiffer</u>
Elizabeth J. Peiffer, VSB No. 71353
Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

/s/<u>Dana C. Hansen Chavis</u>
Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2023, I have electronically filed the foregoing

Petitioner's Motion for Witness to Testify via Video Conference with the Clerk of Court using the

CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax (202) 305-9779
Carrie.Ward@usdoj.gov

/s/Nancy Hernandez
  Nancy Hernandez
  Paralegal, Capital Habeas Unit
  nancy_hernandez@fd.org

2