

**KRISTIN E. THOMAS, M.D.**
**INTERNAL MEDICINE**

3301 New Mexico Avenue, NW, #202
Washington, DC 20016

Phone: 202-243-0271
Fax: 202-537-0075

www.foxhallmedicine.com
info@foxhallmedicine.com

January 17, 2023

RE: James Merikangas
DOB: 02/27/1939

To whom it may concern:

Please be advised that I am the internist to Mr. James Merikangas.  Due to health concerns, it would not be advisable for Mr. Merikangas to travel at this time.  We are kindly requesting that he be allowed to testify via zoom.  If you have any questions or concerns please feel free to contact our office.

Sincerely,

Kristin E. Thomas MD

Kristin Thomas, M.D.