August 5, 2009

Stephen A. Hudgins, esq.
Cope & Olson, PLC
11836 Canon Blvd., suite 100
Newport News, VA 23606

Re: Runyon, David
Date of birth: July 1, 1971

Dear Mr. Hudgins,

I examined Mr. Runyon at the Portsmouth City Jail on 7/29/2009 in regard to his Neuropsychiatric condition. He had undergone extensive psychological examination by Paul Montalbano, PhD on June 27, 2009, and by Raymond F. Patterson, M.D. on February 4, 2009. These evaluations suggested that Mr. Runyon suffered from Migraine-like headaches, Attention Deficit Disorder and Post-Traumatic Stress disorder.

Therefore, I conducted a neurological examination and ordered an MRI scan of the brain, A PET scan of the brain, and an electroencephalogram (EEG). These test have yet to be accomplished, and therefore this is a preliminary report.

On examination he was a 5'3" tall slight of build Korean-American left handed male in no acute distress. His blood pressure was elevated at 170/102, and his pulse was 100. His head circumference was abnormally small at 57 1/2 cm. He had multiple scars on his head and face from trauma, including an automobile accident that rendered him unconscious and contributed to his PTSD. His right forehead does not wrinkle with facial expression and his right lip sags from a peripheral nerve injury, which may be congenital or the result of beatings he sustained in childhood. There is a lump on the vertex of his scalp from trauma. His cranial nerves, including sense of smell were normal except as noted above. His deep tendon reflexes were symmetrically increased at 3+ and his palmomental and Babinski reflexes were absent. The distal phalanges of the thumbs were hyper-extensible. Gait, strength coordination and tone were normal, as was his sensory examination.

Impression: Because of his history of multiple head injuries, beatings in childhood, and his current severe headaches, he requires brain imaging and an EEG. His psychiatric evaluations, including my own, suggest that at the time of the crime in question he was suffering from the effects of, or withdrawal from, the experimental drugs that he was

EXHIBIT 2

taking as a paid experimental subject. I await the chronology and details of the drugs involved. He presently is either in a fantasy world of grandiose wishful thinking, or suffering from delusions. He clearly has impaired executive functioning suggestive of frontal lobe brain impairment. Full report will follow the results of his brain imaging.

Sincerely yours.

Signed, James R. Merikangas, M.D.
Clinical Professor of Psychiatry, Virginia Commonwealth University School of Medicine
Clinical Professor of Psychiatry and Behavioral Neuroscience, The George Washington University School of Health Sciences

EXHIBIT 2