Case 4:08-cr-00016-RBS-DEM Document 517-3 Filed 02/04/23 Page 1 of 4 PageID# 7563

**James R. Merikangas, M.D., L.L.C.**

*Neurology, Psychiatry, Neuropsychiatry*

September 25, 2015

Dana C. Hansen Chavis
Assistant Federal Community defender
Federal Defender Services of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, Tennessee 37929-9714

RE: David Runyon

Dear Ms. Chavis,

I first examined David Runyon on July 29, 2009 in Norfolk, Virginia before his trial. My brief report of that examination is attached. I did not get to testify at that time, but if I had, I would have testified that in my expert opinion he was a brain damaged individual with migrainous headaches and a disorder of executive functioning with symptoms suggestive of a psychotic thought process.

I have had the opportunity to examine voluminous records, reports and affidavits and interview notes since that time, including the following:

1. Affidavit of Sheila M. Cronin.
2. Social history of David Anthony Runyon, prepared by Sheila Cronin, Mitigation Specialist, dated August 8, 2009.
3. Memo to counsel- report of telephone call to Jon Babineau and Lawrence Woodward re: David Harold Runyon (adoptive Dad), dated August 21, 2008.
4. David Dombrowski (biological father) trial testimony.
5. Suk Cha Runyon (mother) trial testimony.
6. Mark Runyon (brother) trial testimony.
7. Suk Cha Runyon medical records.
8. David Dombrowski progress notes dated March 9, 2009 from VA clinic.
9. Charles Ferguson, high-school friend, interview dated April 4, 2009; trial testimony.
10. Robert Lockwood, childhood friend, interview dated June 14, 2009; trial testimony.

EXHIBIT 2

---

4938 Hampden Lane, #428 • Bethesda, MD 20814 • *phone:* (301) 654-1934 • *fax:* (301) 654-1834 • *email:* neuropsych2001@hotmail.com

11. Michael Grbic, friend of David's and Michael's parents Andro & Sharon Grbic.
12. Kansas Department of Corrections, employee records.
13. Letter from former employer, Premiere Palace.
14. Letter from David, regarding his voluntary re-enlistment in the Army.
15. Thomas Preston, Army friend, interview dated October 4, 2008.
16. Scott Linker, former brother-in-law interview and trial testimony
17. Robert & Debbie Seeger, friends, interview dated November 9, 2008.
18. Larry Eaglebear, Army friend, interview dated November 22, 2008, trial testimony.
19. Edgar Hannaman, Army supervisor, interview.
20. Maria Runyon, ex-wife, interview dated April 26, 2008; trial testimony.
21. Robin & Jim Carol, friends of ex-wife, Maria & David, interview dated April 27, 2008.
22. Captain Jeffrey Harris, Fayetteville, Georgia, Police Department; David's supervisor, interview dated August 31, 2008.
23. Fayetteville Police Department employment records, including disciplinary records.
24. Robin Carroll, friend of Maria Runyon, interview dated January 27, 2009.
25. Thomas Kumoroswski, friend and coworker, interview dated June 10, 2009; trial testimony.
26. Phyllis Provost, Ph.D., friend; ex-wife of Tom Kumorowski, interview dated June 14, 2009; trial testimony.
27. Police affidavit from Maria Runyon, regarding domestic violence incident on February 7, 2001.
28. David Runyon resume.
29. Virginia Pina, former girlfriend, interview dated December 27, 2008; trial testimony.
30. Handwritten letter from David to Sarah, his girlfriend at the time of his arrest. Estimated the letter was written 2006-2007.
31. Chad Costa, friend, interview dated April 8, 2009.
32. Clinical trial drug list, compiled by trial mitigation specialist, Sheila Cronin; dated April 8, 2009.
33. Statement of George Koski, who sold David a gun.
34. School records.
35. Medical records.
36. Military records.
37. Mental health evaluations, summary of prior testing.
38. Evan Nelson, Ph.D.
39. Raymond Patterson, M.D. evaluation.

EXHIBIT 2

40. Paul Montalbano, Ph.D.
41. Allan Mirsky, Ph.D.
42. James Merikangas, M.D., preliminary report.
43. Presentence report – physical & mental health excerpt.
44. David Runyon writings from journal 2006-2007.
45. Memos on pre-trial interviews with David Runyon.
46. David Runyon pre-trial correspondence.
47. Court records. Guilt phase closing arguments, eligibility phase arguments, penalty phase arguments.
48. Direct appeal opinion – facts of the case.

I examined Mr. Runyon again on September 24, 2015, at the Federal Prison in Terre Haute, Indiana.

On examination he was alert, oriented and cooperative. He reported that he was receiving Zoloft 50 mg per day since March. He complained of tinnitus in his right ear, reportedly caused by a concussion in 2009 when he was assaulted in jail. He has severe headaches predominately on the left side of his forehead with sharp pain behind his left eye. Pressure to that area helps relieve the pain. His blood pressure was 100/80 with a pulse rate of 80, and regular. He had no heart murmur. His face is asymmetrical with his lip drooping down on the right and with slight ptosis of the left eye. On examination of the cranial nerves: I, he could distinguish cloves and vanilla. II. Pupils round, regular and reactive to light and accommodation. Discs and fundi appear normal. He is myopic. III, IV, VI, Extraocular movements full and symmetrical, Opticokinetic nystagmus intact. V, VII, trouble closing the right eye independent of the left. Left brow and forehead wrinkles and right does not. Left lip raises more than right. VIII, weber to the left, acuity reduced on the right. IX, X, XII, XII, normal. High round palate is noted.

Deep tendon reflexes are abnormal. Biceps 4+ on right, 3+ on left. Triceps 3+ on right, 2+ on left. Brachioradialis 3+ on right, 2+ on left. Both ankles and Patellar reflexes 4+ with ankle clonus right greater than left. Plantar reflexes down-going, Palmomental negative. Romberg is positive with falling back and to the right. Abdominal reflexes diminished on the left lower quadrant. No drift of the outstretched arms. Sensory examination intact to vibration, with some hyper - aesthesia of the left sole of the foot. He is right handed. Examination of the left shoulder suggests a torn rotator cuff. MRI of that joint is recommended. A 5-hour glucose tolerance test is also recommended for the evaluation of his mental state. The glucose tolerance test may reveal reactive hypoglycemia that would impinge upon his ability to have rational thought.

EXHIBIT 2

I reviewed the MRI and Pet scans of the brain done in August 2009. They revealed multiple white matter hyperintensities on the MRI consistent with his history of head injures and migraine. The PET scan was non-diagnostic.

Impression: Brain damage from age 3, exacerbated by auto accident that resulted in a personality and mood change on November 9, 1996. He had an additional head injury when assaulted in jail. His brain injury has resulted in impaired executive functioning and decision making. His psychological testing suggests paranoia and delusions. He also has a history of post-traumatic stress disorder (PTSD) diagnosed previously. PTSD may account for some of his disordered mood and cognition. The paranoia and delusions may represent a formal thought disorder, which may be a consequence of his brain injuries, mood disorder, and PTSD.

Please let me know if I may provide further information.

Sincerely yours,

James R. Merikangas M.D.
Clinical Professor of Psychiatry and Behavioral Sciences
The George Washington University School of Medicine

EXHIBIT 2