# ORIGINAL

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DAVID ANTHONY RUNYON | ) | Case No.  4:08cr16 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Dr. Geoffrey Aguirre

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT 600 Granby Street Norfolk, Virginia 23510 | Courtroom No.: |
|---|---|---|
| | | Date and Time:   02/07/2023 11:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   01/04/2023

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
LISA R. MCKEEL, AUSA _____ , who requests this subpoena, are:

Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:08cr16

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*    Dr.  Geoffrey Aguirre
was received by me on *(date)*   1/6/2023   .

☒ I served the subpoena by delivering a copy to the named person as follows:   Delivered in Person

To   515 S. 10TH St , Apt 1 , Phila PA 19147

on *(date)*                                              ; or

☐ I returned the subpoena unexecuted because:  _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   1/12/2023 ___

_____
*Server's signature*

Dominic Racuz    SA 5654
_____
*Printed name and title*

200  Chestnut St  Ste 504 , Phila  PA
_____
*Server's address*

Additional information regarding attempted service, etc: