**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

DAVID ANTHONY RUNYON,          )
    Petitioner,          )          Original Criminal No. 4:08-cr-16-3
              )          Original Civil No. 4:15-cv-108
    v.          )          **CAPITAL §2255 PROCEEDINGS**
              )
UNITED STATES OF AMERICA,          )          HON. REBECCA BEACH SMITH
    Respondent.          )

### <u>Motion Requesting Early Production of Jencks Material</u>

Petitioner hereby moves under 18 U.S.C. § 3500, the Due Process Clause of the Fifth Amendment, and the Eighth Amendment, for this Court to order that the government provide Jencks materials by February 2, 2023. This includes any and all prior statements of government witnesses as defined in 18 U.S.C. § 3500.

1

The reasons supporting this motion are set out in the accompanying memorandum of law.

Respectfully Submitted,

/s/Elizabeth J. Peiffer
Elizabeth J. Peiffer, VSB No. 71353
Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

/s/Dana C. Hansen Chavis
Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov


Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov


Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov


/s/Nancy Hernandez
    Nancy Hernandez
    Paralegal, Capital Habeas Unit
    nancy_hernandez@fd.org

3