UNITED STATES OF AMERICA )
 )
v. ) **CRIMINAL No. 4:08-cr-16-RBS**
 ) **CIVIL No. 4:15-cv-108-RBS**
 )
DAVID ANTHONY RUNYON ) **CAPITAL § 2255 PROCEEDINGS**

## GOVERNMENT EXHIBIT LIST

| Exhibit No. | Exhibit Description | Admitted |
|:---:|---|---|
| 1 | Sheila Cronin Email to Atty. Babineau (April 10, 2008) | Witness:<br>Date:<br>Admitted: |
| 2 | Sheila Cronin Master Interview Lists (8-8-2008, 8-13-2008) | Witness:<br>Date:<br>Admitted: |
| 3 | Motion for Support Services and Approval of Litigation Budget (9-26-2008) | Witness:<br>Date:<br>Admitted: |
| 4 | Request for Army Military Records | Witness:<br>Date:<br>Admitted: |
| 5 | Bruck email to Atty's. Babineau and Woodward (10-1-2008) | Witness:<br>Date:<br>Admitted: |
| 6 | Atty. Babineau letter to Major Benzie (11-17-2008) | Witness:<br>Date:<br>Admitted: |
| 7 | Atty. Babineau Letter to Dr. Nelson (12-9-2008) | Witness:<br>Date:<br>Admitted: |
| 8 | Dr. Cunningham emails to Atty. Babineau (12-11-2008) | Witness:<br>Date:<br>Admitted: |
| 9 | Notice Pursuant to Fed. R. Crim. P. 12.2 (12-12-2008) | Witness:<br>Date:<br>Admitted: |
| 10 | Dr. Nelson letter to Atty. Babineau (12-2-2008) | Witness:<br>Date:<br>Admitted: |



GOVERNMENT EXHIBIT

PENGAD 800-631-6989

| | | |
|---|---|---|
| 11 | Dr. Nelson Letter (2-2-2009) | Witness:<br>Date:<br>Admitted: |
| 12 | Curriculum Vitae and Terms of Agreement Dr. Scott Bender (2-4-2009) | Witness:<br>Date:<br>Admitted: |
| 13 | Atty. Babineau email Re: Scott Bender (2-5-2009) | Witness:<br>Date:<br>Admitted: |
| 14 | Dr. Cunningham Report w/accompanying Aug. 2009 digital exhibits (2-5-2009) | Witness:<br>Date:<br>Admitted: |
| 15 | Atty. Babineau email with Dr. Nelson (2-6-2009) | Witness:<br>Date:<br>Admitted: |
| 16 | Email from Atty. Woodward to Atty. Babineau (2-7-2009) | Witness:<br>Date:<br>Admitted: |
| 17 | (*Audio*) Runyon interview with Dr. Montalbano (Feb. 2009) | Witness:<br>Date:<br>Admitted: |
| 18 | (*Audio*) Runyon interview with Dr. Patterson (Feb. 2009) | Witness:<br>Date:<br>Admitted: |
| 19 | Motion to Continue the Trial (2-20-2009) | Witness:<br>Date:<br>Admitted: |
| 20 | Sheila Cronin – Confidential Memo to Counsel – Govt's Psychological Evaluation (2-24-2009) | Witness:<br>Date:<br>Admitted: |
| 21 | Sheila Cronin – Updated Mitigation Interview List (4-7-2009) | Witness:<br>Date:<br>Admitted: |
| 22 | Notice Regarding Mental Health Experts (4-8-2009) | Witness:<br>Date:<br>Admitted: |
| 23 | Sheila Cronin – Clinical Trial Drug List (4-8-2009) | Witness:<br>Date:<br>Admitted: |
| 24 | Ex Parte Motion to Seal Exhibits (4-13-2009) | Witness:<br>Date:<br>Admitted: |
| 25 | Defendant's Motion to Continue Trial Date (4-13-2009) | Witness:<br>Date:<br>Admitted: |

| 26 | Sheila Cronin letter to Atty's. Hudgins and Woodward – Review of Military Medical Records (5-5-2009) | Witness: Date: Admitted: |
|---|---|---|
| 27 | Dr. Nelson Email (5-22-2009) | Witness: Date: Admitted: |
| 28 | Sheila Cronin email exchange with Dr. Merikangas, and Atty's. Woodward and Hudgins (6-1-2009/6-2-2009)) | Witness: Date: Admitted: |
| 29 | Sheila Cronin email to Atty's. Woodward and Hudgins (6-2-2009) | Witness: Date: Admitted: |
| 30 | Atty. Woodward Email (6-4-2009) | Witness: Date: Admitted: |
| 31 | Atty. Hudgins Letters to Dr. Mirsky and Dr. Merikangas (6-5-2009) | Witness: Date: Admitted: |
| 32 | Dr. Mirsky email to Atty. Hudgins (6-5-2009) | Witness: Date: Admitted: |
| 33 | Dr. Nelson Email (6-7-2009) | Witness: Date: Admitted: |
| 34 | Dr. Merikangas Email (6-7-2009) | Witness: Date: Admitted: |
| 35 | Supp. Motion for Psychiatrist and to Change Designation of the Neuropsychologist Expert Previously Approved by the Court (6-9-2009) (Motion only) | Witness: Date: Admitted: |
| 36 | Dr. Mirsky Report (6-26-2009) | Witness: Date: Admitted: |
| 37 | Supplemental Notice Regarding Mental Health Experts (6-29-2009) | Witness: Date: Admitted: |
| 38 | Dr. Mirsky Letter to Attorney Hudgins (7-2-2009) | Witness: Date: Admitted: |
| 39 | Scott Bender Invoice and W-2 to Atty. Hudgins (July 2009) | Witness: Date: Admitted: |

| | | |
|---|---|---|
| **40** | Dr. Merikangas Email<br>(7-6-2009) | Witness:<br>Date:<br>Admitted: |
| **41** | Bruck/Sheila Cronin Email<br>(7-9-2009) | Witness:<br>Date:<br>Admitted: |
| **42** | Dr. Merikangas Email<br>(7-9-2009) | Witness:<br>Date:<br>Admitted: |
| **43** | Dr. Nelson email<br>(7-10-2009) | Witness:<br>Date:<br>Admitted: |
| **44** | Atty. Hudgins Email to Dr. Merikangas<br>(7-13-2009) | Witness:<br>Date:<br>Admitted: |
| **45** | Dr. Nelson Email<br>(7-16-2009) | Witness:<br>Date:<br>Admitted: |
| **46** | Dr. Nelson / Attorney Hudgins Email exchange<br>(7-17-2009) | Witness:<br>Date:<br>Admitted: |
| **47** | Supplemental Motion to Continue Capital Sentencing Hearing and Statement of Counsel<br>(7-17-2009) | Witness:<br>Date:<br>Admitted: |
| **48** | Supplemental Motion to Continue<br>(7-20-2009) | Witness:<br>Date:<br>Admitted: |
| **49** | Atty. Hudgins Email to Dr. Nelson<br>(7-20-2009) | Witness:<br>Date:<br>Admitted: |
| **50** | Notice of Intent to Introduce Mental Health Testimony (7-20-2009) | Witness:<br>Date:<br>Admitted: |
| **51** | Atty. Hudgins Email to Dr. Merikangas<br>(7-20-2009) | Witness:<br>Date:<br>Admitted: |
| **52** | Atty. Hudgins Email to Sheila Cronin<br>(7-20-2009) | Witness:<br>Date:<br>Admitted: |
| **53** | Court Order Re: Motion to Continue<br>(7-22-2009) | Witness:<br>Date:<br>Admitted: |
| **54** | Court Order on Motion to Appoint Dr. Merikangas (7-22-2009) | Witness:<br>Date:<br>Admitted: |

| 55 | Receipt of Report of Government Experts (7-22-2009) | Witness:<br>Date:<br>Admitted: |
|---|---|---|
| 55A | Dr. Patterson Report (6-24-2009) | Witness:<br>Date:<br>Admitted: |
| 55B | Dr. Montalbano Report (6-27-2009) | Witness:<br>Date:<br>Admitted: |
| 56 | Atty. Hudgins Email to Experts (7-22-2009) | Witness:<br>Date:<br>Admitted: |
| 57 | Dr. Nelson Email to Atty. Hudgins (7-22-2009) | Witness:<br>Date:<br>Admitted: |
| 58 | Dr. Merikangas Email to Atty. Hudgins (7-22-2009) | Witness:<br>Date:<br>Admitted: |
| 59 | Dr. Mirsky Email to Atty. Hudgins (7-23-2009) | Witness:<br>Date:<br>Admitted: |
| 60 | Motion for MRI and Pet Scan (7-30-2009) | Witness:<br>Date:<br>Admitted: |
| 61 | Forms for MRI (7-30-2009), and MRI results (August 2009) | Witness:<br>Date:<br>Admitted: |
| 62 | Bruck Emails to Atty's. Hudgins, Woodward, and Sheila Cronin (8-5-2009) | Witness:<br>Date:<br>Admitted: |
| 63 | Dr. Merikangas Report 2009 (8-6-2009) | Witness:<br>Date:<br>Admitted: |
| 64 | Sheila Cronin Email to Atty's. Hudgins, Woodward and to Bruck (8-7-2009) | Witness:<br>Date:<br>Admitted: |
| 65 | Sheila Cronin Memo to Counsel – Penalty Phase Theme (8-9-2009) | Witness:<br>Date:<br>Admitted: |
| 66 | Motion to Allow Defendant to Supplement Mental Health Reports (8-10-2009) | Witness:<br>Date:<br>Admitted: |
| 67 | Motion to Release Test Results to Counsel (8-14-2009) | Witness:<br>Date:<br>Admitted: |

| 68 | Memorandum Order – Granting request for Supplemental Reports from Dr. Merikangas and Dr. Mirsky (8-17-2009) | Witness: <br> Date: <br> Admitted: |
|----|----|----|
| 69 | Defendant's List of Mitigating Factors (8-21-2009) | Witness: <br> Date: <br> Admitted: |
| 70 | Attorney Hudgins and Dr. Nelson email exchange (9-2-2009) | Witness: <br> Date: <br> Admitted: |
| 71 | Atty. Hudgins letter to Dr. Mirsky (9-10-2009) | Witness: <br> Date: <br> Admitted: |
| 72 | Atty. L. Woodward Declaration (9-24-2015) (Identification Only) | Witness: <br> Date: <br> Admitted: |
| 73 | Judge S. Hudgins Declaration (9-22-2015)(Identification Only) | Witness: <br> Date: <br> Admitted: |
| 74 | Judge S. Hudgins Declaration (6-22-2016) (Identification Only) | Witness: <br> Date: <br> Admitted: |
| 75 | Dr. Aguirre Report (1-19-2023) | Witness: <br> Date: <br> Admitted: |
| 76 | Runyon Penalty Phase Exhibits (as needed and to extent not a part of record) (Gov't. Exh's. 311-335) | Witness: <br> Date: <br> Admitted: |
| 77 | Kendall International Inc., Case Study Records | Witness: <br> Date: <br> Admitted: |
| 78 | Parexel Case Study Records | Witness: <br> Date: <br> Admitted: |
| 79 | Bristol Myers Squibb Co. Case Study Records | Witness: <br> Date: <br> Admitted: |
| 80 | Covance Case Study Records | Witness: <br> Date: <br> Admitted: |
| 81 | Kansas Dept. of Corrections Records (GX 318) | Witness: <br> Date: <br> Admitted: |
| 82 | Runyon Army Records (GX 319) | Witness: <br> Date: <br> Admitted: |

| 82A | Army Recommendation for Award – Ft. Benning, GA (8-25-1997) | Witness:<br>Date:<br>Admitted: |
|---|---|---|
| 83 | Georgia Peace Officer Records (GX 320) | Witness:<br>Date:<br>Admitted: |
| 84 | Fayetteville PD Records (GX 321) | Witness:<br>Date:<br>Admitted: |
| 85 | Columbia College Records (GX 322) | Witness:<br>Date:<br>Admitted: |