

Siddhartha S. Nadkarni, MD
Siddhartha Center for Clinical Neuroscience
66 Park Street, Montclair, NJ. 07042
siddhu@mindspring.com
646-868-9999 (phone)
909-417-1422 (fax)

Dana Hansen

Re: **Runyon**, David
DOB 1/7/1971

11/9/22

Dear Ms. Hansen,

I write at your request to provide my assessment of Mr. Runyon. I am a neuropsychiatrist and epileptologist practicing in New Jersey and holding licensure in New Jersey and New York as well as working as an attending physician at Hackensack University Medical Center and Hackensack Meridian Medical School where I teach medical students and residents. I completed my undergraduate education at Brown University and subsequently graduated from the Miller School of Medicine at the University of Miami in 1997. Following medical school, I matriculated in the first class of the double board Neurology and Psychiatry Residency Training Program at NYU School of Medicine. This training was 6 years in duration and was completed in 2003. I then did a year of Clinical Neurophysiology Epilepsy/EEG track fellowship at NYU as well. Subsequently, I became board certified by the American Board of Psychiatry and Neurology in both Neurology and Psychiatry. I am further board certified in Clinical Neurophysiology, Epilepsy, and Neuropsychiatry & Behavioral Neurology. I currently have a private practice half-time in Montclair, New Jersey, and work at Hackensack Regional Medical Center in New Jersey half-time on an inpatient Epilepsy team. Until March of this year I had been at NYU Medical School and Center for 25 years, where I was the Program Director of the Combined Residency in Neurology and Psychiatry, the Program Director of the Clinical Neurophysiology Fellowship (for many years), the Program Director of the Epilepsy Research Fellowship (for many years), and am still the Director of the Neuroscience Curriculum for the Psychiatry Residency Training Program.

I have reviewed a number of records and documents in relation to his case, provided to me by his counsel, including:

1. Sheila Cronin Affidavit (Mitigation Specialist)
2. Social History of David Runyon prepared by Sheila Cronin



GOVERNMENT
EXHIBIT
2
PENGAD 800-631-6989

3. David Dombrowski (biological father) Trial Testimony
4. David Runyon (adoptive father) Trial Testimony
5. Suk Cha Runyon (biological mother) Trial Testimony
6. Suk Cha Runyon Interview Notes
7. Mark Runyon (brother) Trial Testimony
8. Mark Runyon (brother) Interview Notes
9. Suk Cha Runyon Medical Records
10. David Dombrowski Mental Health Physician Note
11. Charles Ferguson (high school friend) Interview Notes
12. Charles Ferguson Trial Testimony
13. Robert Lockwood, Jr. (school friend) Interview Notes
14. Robert Lockwood, Jr. Trial Testimony
15. Andro and Sharon Grbic (parents of school friend) Interview Notes
16. Michael Grbic (friend from school) Interview Notes
17. David Runyon Kansas Department of Corrections Employee Records
18. Recommendation Letter for David Runyon from Premier Palace Movie Theater
19. David Runyon Letter re-sign commission with KSANG to enlist in Army
20. Thomas Preston (friend from Army) Interview Notes (knew him before car accident)
21. Scott and Tiffany Linker (former brother- and sister-in-law) Interview Notes
22. Scott Linker Trial Testimony
23. Scot Linker Declaration
24. Robert Seeger (friend from Army) Interview Notes
25. Debbie Seeger (friend from Army) Interview Notes
26. Debbie Seeger Declaration
27. Robert Seeger Declaration
28. Larry Eaglebear (former Sergeant of David Runyon) Interview Notes
29. Edgar Hannaman (army supervisor) Interview Notes
30. Larry Eaglebear Trial Testimony
31. Maria Runyon (ex-wife) Interview Notes (4/08)
32. Maria Runyon Interview Notes (8/08)
33. Robin Carol (friend of ex-wife) Interview Notes
34. Maria Runyon Trial Testimony
35. Maria Runyon Interview Notes (Habeas)
36. Maria Runyon Declaration (9/15)
37. Wren Fleming (stepson) Interview Notes
38. Captain Jeffrey Harris (Fayetteville Police Department former Supervisor) Interview Notes
39. Fayetteville Police Department Employment Records
40. Robin Carol (friend of ex-wife) Interview Notes
41. Thomas Kumorowski (friend and former coworker) Interview Notes
42. Thomas Kumorowski Trial Testimony
43. Phyllis Provost, Ph.D. (friend, ex-wife of Thomas Kumorowski) Interview Notes
44. Maria Runyon Affidavit regarding domestic violence
45. David Dalton Declaration
46. Paula Dalton Declaration
47. Matt Long Declaration
48. Piney Ridge Center Disciplinary Action Documentation
49. David Runyon Resume (5/28/2003)
50. Virginia "Jenny" Pina (former girlfriend) Interview Notes
51. Virginia Pina Trial Testimony
52. Letter from David Runyon to Sarah Baker (girlfriend at time of arrest)
53. Chad Costa (former friend) Interview Notes

54. Clinical Trial Drug List completed by Sheila Cronin, Mitigation Specialist
55. Catherina Voss Declaration
56. Letter from David Runyon regarding goatee (8/15)
57. Statement of George Koski (sold David a gun)
58. Hayfield Secondary School Records 7th Grade
59. Pensacola Christian Correspondence School Records 8th Grade
60. Fairfax County Public Schools Transcripts 9th, 10th, 11th, and 12th Grades
61. Wentworth Military Academy (Junior College) Records
62. Wichita State University Transcript
63. Upper Iowa University Transcript
64. Troy State Academic Record
65. Columbia College Academic Record
66. David Runyon Military Medical Record Review (1994-1997)
67. David Runyon handwritten account of car accident
68. Thomas Preston Interview Notes re: car accident
69. Debbie Seeger Interview Notes re: car accident
70. Medical Records re: car accident
71. Newport News Jail Medical Records
72. Portsmouth Jail Medical Records
73. Military Records
74. Summary of Prior Testing of David Runyon
75. Evan Nelson, Ph.D. preliminary evaluation report (2/09)
76. Minnesota Multiphasic Personality Inventory (11/08)
77. Dr. Raymond Patterson Evaluation (6/09)
78. Paul Montalbano, Ph.D. Forensic Psychiatric/Neuropsychiatric Evaluation of David Runyon
79. Allan Mirsky, Ph.D. preliminary report (6/09)
80. Email from Dr. Mirsky to Stephen Hudgins, Trial Attorney (7/09)
81. Letter from Dr. Mirsky to Stephen Hudgins, Trial Attorney (9/09)
82. James Merikangas, M.D. Preliminary Report
83. David Runyon Journal Writings (2006-2007)
84. Investigator R. Glenn Ford Investigation Notes
85. Sheila Cronin Notes on meetings with David Runyon
86. List of Lives Saved
87. Investigator R. Glenn Ford Case Notes Summary Discussion
88. David Runyon letter to biological father David Dombrowski (4/09)
89. David Runyon letter to Sheila Cronin (mitigation specialist)
90. David Runyon letter to Trial Attorney Woodward (10/08)
91. Guilt Phase Arguments
92. Eligibility Phase Arguments
93. Penalty Phase Arguments
94. Direct Appeal Opinion Facts from the case – U.S. v. Runyon
95. Fourth Circuit Court of Appeals Opinion remanding case back to District Court
96. Richard Dudley, Jr., M.D. Psychiatric Evaluation of David Runyon 9/29/2015
97. BOP Medical Records listing health problems (4 pages) – MRI Brain 4/18 reported to have "encephalomalacia" and CT brain in 7/17 report states left cerebellar infarct.

**David Runyon Medical Interview and Examination:**
7.25.22 10 am
Western Tidewater Regional Jail
Suffolk, VA

Date of Birth:  1/7/1971

Identifying Data:  51 y.o. switched to right-handed as a kid by his mother.  Started hooking when he started writing.

Asked to evaluate Mr. Runyon from a Neuropsychiatric perspective

History of Present Illness:

Symptoms:
1.  Seizures.  He has nocturnal episodes.  He has episodes of waking up and a vague memory of shaking while waking and no motor control for a little bit, and with a waking dream feeling.  The "waking dream" situation is stereotypical.  The guard had apparently seen him shaking, and told the doctor, and he had been seen and put on "nerve medication" for it.  He thought they were "night terrors."  He just lays there to gather his wits and when he comes out of the shaking, he thinks he is still shaking a little bit.  In 2008, when he was in pre-trial confinement, he had a spell where his eyes start burning, and is painful and the pain is reminiscent of getting chemical burns (like pepper spray/tear gas), and then he can't really see or open his eyes, and it had happened to him many times before even when he was much younger, though can't say how young.
    a.  He has very frequent episodes of déjà vu with a dream-like state.
    b.  At night often he has a feeling that "he has dreamed ahead of time" and then next day it happens and he realizes he had the experience in his mind before.
    c.  He has had episodes where "gravity is not really affecting me anymore, like a weird floating feeling."
    d.  He has had visions as a child of "an Angel."  He saw a tall figure that was blonde with blue eyes, and he stopped doing his mischief (pranks), and then the figure disappeared.  He went to the Protestant services all the time with his family at the Army and he remembers making small Bibles to sneak into Russia.
2.  Migraines:  Since his 20's.  He still gets them. Can be variable, sometimes behind one eye, sometimes behind both, sometimes in the front of the head.  Frequency varies, but he can get them several times a month.
3.  He has had rare episodes of weakness on wakening, where he woke up and couldn't really move on the left side of his body. After immobility subsided, his body would stay weak for a couple minutes.
4.  Psychiatry:
    a.  1991 at Fort Benning, Georgia, one year after his fiancée had broken up with him and he had not been in a relationship for a while and he was in his infantry class but was still under age and couldn't drink.  So he would drink by himself and he became very depressed.  He was never suicidal.
    b.  Since college he has had an irregular sleep schedule and he could go two nights in a row without sleep but still feel full of energy during the day.  "A lot of times it has to do with my mind, which is racing and trying to analyze stuff at night and don't sleep."
    c.  He believes in the supernatural and believes he can feel negative energy and sometimes actually "can see something" physical that represents this energy.  Sometimes he can see a "black shadow" attached to the back of someone and recognizes that is a bad sign.  In Atlanta one time, he was looking at a house, pulled into a driveway and saw/felt something "evil" from this guy walking by to the point where he took out his gun and placed it in the car where it could be seen.. This

fellow then came to the window apparently and when David rolled it down, he pulled a "switchblade" on David and the man saw David's gun. He has learned to trust this instinct to sense or perceive negative energy and sometimes he can see or feel the black emanation without being attached to anything. He has seen the black emanation in his room on death row. At the jail in Virginia, he saw it in the cell of an inmate who had recently died. David described this as "the absence of light." He says when he was a child he saw a transparent pitcher (real) move across the counter by itself and he had to catch it as it went over the edge of the counter. "When the supernatural thing happens, I'm not scared of it, but I've learned not to talk about it because people look at me weird."

    d. He says "There are plenty of times I've done things physically that I'm not supposed to be able to do," and explains this by his "spirit being engaged," and then he can be unnaturally fast, strong, or agile.

Brain Injuries:

1. Age 3 years old. They were living in Panama where his biological father was stationed. His parents would fight when his father would come home drunk too late at night. Mother would ask David to watch his little brother in the back room and not to come out, and David would hear them violently fight. One time around age three, David heard glass break and heard someone being thrown against the wall and his mother's screams sounded worse this time. David recalled that he worried his mother was going to die. When he came out of the back room, David saw his mother curled up between the coffee table and the wall and his father was stepping over the coffee table to attack her. David apparently jumped at his father and bit him as hard as he could on the back of his father's leg just behind his knee. David's father squeezed David's head and hit him to try to get him to let go. Then his father choked him and threw him across the room into a wall. David's head hit the floor and he passed out. The last thing he remembers he was in the dining room with his face on the floor, having been thrown from the living room. His mother reports that this incident resulted in facial asymmetry.

2. Age 5 years old. David was playing football, and he was running to catch a ball that he caught and ran straight into a telephone pole. David lost consciousness and was "out for a while." When he came to, he was laying on the ground holding the ball tight. He saw that the kids he had been playing with had just gotten another ball and continued playing nearby. David did not know how long he was out on the ground.

3. High School. During high school, David played a lot of back yard football and was knocked out several times. .

4. He was at Wentworth Military Academy aged 18 or 19. He was concussed by a hand grenade simulator and then banged his head many times as he was dragged by his legs from the area by other students. The grenade went off right at his feet when he was bending over it. David remembers flying back and the flash blinding him. When he came to, his head was bouncing on the roots of the trees as his fellow students were dragging him through the woods.

5. That same year, he had an episode involving "pyrotechnics." David was selected to be the "explosive" guy responsible for managing explosives to be used in a training operation. The explosives had a short detonation cord. David said the person in charge of the operation "picked me because he knew I had big balls." He was still close enough to be concussed by the explosion which picked him up and threw him into a tree.

6. Summer of 1990. He passed out while suffocating from tear gas. This injury required care from a special forces medic for a few hours.

7. Fall of 1990. In school, he fell asleep at the wheel of his car and ran head on into the end of a semi-truck. The windshield burst into shards that cut his face and left lacerations, some of which

stayed for years and caused infections, etc.  He was unconscious for some of the accident, but he remembers some parts of the ordeal well.

8. He has also had concussions in the military, including being hit in the head with a butt of a rifle.
9. Records show David graduated high school with a 3.0 GPA but he graduated from Wentworth Military Academy with a 2.1 GPA. David reports he was academically driven but after the head injuries he was having migraines and problems focusing, staying awake, and remembering things. He tried to compensate by using coffee and NoDoze.
10. In 1996, a drunk driver collided head-on with David's vehicle. The "jaws of life" were used to extract David from the vehicle. Military medical records note pain, abrasions, and bruises to his knee, hip, elbow, shoulder, and neck. He had a torn calf muscle. He was eventually diagnosed with ACL insufficiency, vertigo, and PTSD. He was prescribed muscle relaxants, Meclizine, and physical therapy. He complained of memory loss, headaches, insomnia, dizziness, and awakening to the room spinning. Informants (family members, friends) report a change in personality following this head injury.

Active Brain Injury Symptoms:
1. Sometimes he feels his "thoughts collide" and he can't get them out
2. He used to parallel process and multi-task and can't do that anymore
3. Processing speed is a problem
4. Complex problem solving.  In chess, he can now no longer look past two moves ahead when planning his strategy
5. Short-tempered
6. "Irritable" with poor frustration tolerance
7. Changes in comportment
8. Short-term memory issues
9. Word-finding issues
10. Tinnitus in the right ear from a head injury where he hit the back of his head right behind that ear.  Ringing that is constant and never stopped
11. Also has C3/C4 issues and nerve/radicular symptoms in right arm/hand

Developmental History:   David's mother did not gain weight during pregnancy. She had periodic bleeding and abdominal pain. His mother did not have prenatal care, making the pregnancy a high-risk pregnancy. She did not receive medical care until she fainted and suffered a near-miscarriage. David's mother was punched in the stomach by his biological father when she was pregnant with David. David was thrown across the room into a wall when he was 3 years old, and tried to stop his father from beating his mother. Since being thrown into a wall at the age of three, David has had a "crooked smile" and facial asymmetry.  David first walked and talked at times within normal development ranges.  He was short for his age and was prescribed growth hormones.  There is no history of encephalitis or meningitis, though he had a spinal tap between the ages of 5 and 8 for unclear reasons, and which he cannot remember.. David doesn't know if the doctors figured out what was going on with him.

Past Medical History:  Hyperlipidemia, Head Injuries

Past Surgical History:  Vasectomy 1996, 2009 collapsed lung (fights) with chest tube

Family History:  Biological Father suffers PTSD, Major Depression, and alcoholism.  Mother was beaten as a child and she has chronic musculoskeletal pain..  Mother has significant PTSD, Depression or other mood disorder, likely Bipolar Disorder.

Past Psychiatric History:  He has never seen a psychiatrist in treatment, but he was sent to a counselor by his commanding officer for "PTSD" after his "personality change" according to his wife, with his

"aggression being more, and [David] snapping at people" after that injury. He had comportment issues and he was rude to his commanding officer. He is currently taking Zoloft for his symptoms. He was never psychiatrically hospitalized. He never tried to hurt himself.

Developmental/Social History:  Born in Fort Hood Texas Army Hospital. David was a "military brat" and went everywhere. He spent , and four years in German K-3, and the whole of high school in Virginia. He also lived in places all over the United States. David described his childhood as "good and culturally diverse." He attended Korean school while in Korea, including the 8th grade in Korea. He finished a total of 3.5 to 4 years of college, but never completed a degree program.  He had three significant brain injuries in his first two years of college. After he got out of the military, David did a three-month long course training in a police academy, and then served as a police officer for four months., but he was having trouble with his Sergeant and David feels he was very idealistic. He was engaged in his 20's, but his fiancé left him after his head injury suffered in the military. He was married for 6 years and she divorced him when he was awaiting trial in this case. His wife had two children from a previous relationship, and the couple had one biological child together. He believes he had a child with his wife's sister, but paternity has never been established. David also claims he had two children with a woman named Kimberly West although she does not acknowledge the same. David feels he "gets bored easily," and recognizes he has had conflict with others at work who believes take credit for his work. He says people always feel he is coming for their job because of how good he is at the work he does. In terms of drugs, he has only drunk alcohol, and had a "strong tolerance" for it, and has not really used other drugs.

Allergies: Sulfa Drugs → rash

Medications:
Sertraline
Hypercholesterolemia med that he can't remember
"nerve medication that I can't remember."

He was on Neurontin in the past but that was then switched to something else.

Crime:  He was arrested December 11, 2007, about eight months after the crime he was charged with committing.  David was told the victim was killed in the summer, in July, but the victim was actually killed in April. David was the first one arrested.  He claims he was at his home in West Virginia when the crime happened and his cell phone pinged.  David talked about the prosecution's use of his Asian heritage as a way to "attack my honor." He talked about the prosecution's use of a photograph of his codefendants that was found in the center console of his car. He said the police got a search warrant for his car and found this photo which led to his conviction and sentencing to death row. The other two defendants got life without parole. He says he never met the victim, but he met the victim's wife (one of the codefendants) when he was already in jail. He met the second codefendant working at the same clinical drug trials.

Examination:

General:  Well groomed, in no apparent distress, scars on forehead, face, punctate and linear, face is asymmetrical. Lungs Clear to auscultation, Cor: no gallops/rubs/heaves/snaps/thrills, no murmurs. Abdomen:  soft, Bowel Sounds x 4.  No clubbing, cyanosis, edema.  Neck is supple, No bruits in neck or at eyes.

Mental Status Examination:  Well groomed, forthright, cooperative man, in prison jumpsuit appearing slightly younger than stated age.  Psychomotor neutral.  Speech somewhat pressured, if not increased in volume or rate.

Mood: "ok, depressed, I'm on death row."

Affect: euthymic, full range, appropriate, congruent, and mildly expansive

Thought Content: no suicidal ideation/homicidal ideation/hallucinations currently. Somewhat grandiose, but in a non-intrusive fashion, and with a strong component of what sounds like confabulation. Confabulation is consistent with his head injuries and frontotemporal dysfunction.

Thought Process: sequential

Cognition: MOCA 26 (missed two on recall, one on date and one on abstraction)

Cranial Nerves: Facial asymmetry with left eyelid closure slower, less excursion of left Nasolabial Fold on smiling, uvula, tongue midline. Pupils equally round and reactive to light, sensation intact. Visual fields full.

Motor: 4/5 left biceps, 5-/5 left triceps, 4+/5 left Abductor Digiti Minimi, 5-/5 left Abductor Pollicis Brevis, rest 5/5 on confrontation. No clear atrophy. No adventitious movements/tremor. No drift.

Sensory: Grossly intact to pinprick, light touch, vibration, with rare inconsistencies in responses, physiologic.

Coordination: intact

Gait: Tandem gait is intact

Romberg: negative

Reflexes: Diffuse hyperreflexia at 3+. Hoffman's in both hands, left more than right. Toes mute. There is a left palmomental reflex as well. JJ was not exaggerated.

Impression: David Runyon is a 51 year-old man who is multiply and severely brain injured starting at a very young age and carrying a genetic burden of mood disorders in both parents, as well as being the product of an unmonitored pregnancy during which his mother sustained trauma to the abdomen. He has several areas of his brain that are not functioning properly and that produce several identifiable symptom clusters for several diagnoses. It is my belief that many of these diagnoses, both psychiatric and neurologic either stem directly from his head injuries or are greatly exacerbated by brain injuries. These diagnoses include:

1. Traumatic Brain Injuries with chronic sequelae
2. Post-Traumatic Stress Disorder
3. Cyclic Mood Disorder, namely Schizoaffective Disorder, Bipolar Type
4. Migraines, Post-Traumatic
5. Organic Personality Syndrome
6. Frontal Lobe Syndrome
7. R/O Epilepsy, likely focal

His examination reveals pressured speech, grandiosity, confabulation, left hemiparesis involving face and arm, diffuse hyperreflexia, Hoffman's signs bilaterally, and a left palmomental sign. He also has a certain indifference when describing events.

Other objective testing was also abnormal. Neuropsychological testing has revealed a right-left brain split that is significant, with right hemisphere functioning being significantly lower than left hemisphere functioning. He has impaired ability to perform on non-verbal tasks in the category of "processing speed" which is consistent with damage to the right cerebral hemisphere. Testing shows evidence of marked impulsiveness and high response time variability which can be attributed to frontal lobe damage, especially of the right ventrolateral prefrontal cortex. Marked impulsiveness is a noted characteristic of frontal lobe injury in which the individual may not appreciate the consequences of his actions. Of relevance in this respect is his low score on the Similarities subtest of the WAIS-IV, a measure of conceptual skill.

An MRI from 2009 shows multiple white matter hyperintensities consistent with David Runyon's history of head injuries. Bureau of Prison records report an MRI (2018) finding of encephalomalacia with history of traumatic brain injury. A brain CT is also noted from 7/17 that reports left cerebellar lacunar infarct.

These objective findings, taken together, reveal a markedly abnormal brain, with primary deficits involving the frontal lobes and fronto-temporal circuits, more affecting the right hemisphere. The structures affected are crucial in emotional assessment of inputs from the world, emotional regulation, reality testing, executive functioning, comportment, inhibition, processing, attention, initiation, planning, vision, judgment, and impulse control, to name a few. At the time of the crime, these were all very active and he was working from a brain-injured perspective.

David Runyon's brain injuries have been severe, early, and several. One closed-head injury may cause a person lifelong problems. Multiple insults to the brain both intensify damage and hasten cell degradation causing greater impairment in a shorter amount of time. Bureau of Prisons records report MRI findings in 2018 of encephalomalacia associated with a history of traumatic brain injury. This type of "softening" of the brain is consistent with Mr. Runyon's history of head injuries. Multiple brain injuries both create new deficits and worsen deficits accrued from prior injuries creating a sort of compounded deficit structure. There is both a cumulative and logarithmic aspect to multiple brain injuries, in that the effect of subsequent injuries on prior deficits amplify these deficits while at once creating new deficits as well.

David Runyon's first identified brain injury at the age of 3 or 4 years old left him with weakness involving his face, a sign of direct and severe injury to the frontal lobe. He reports additional head injuries with loss of consciousness during childhood (playing football and wrestling) as well as head injuries incurred during military training exercises. Medical records document two car accidents: one resulting in glass being embedded in his face and the other resulting in multiple physical injuries and personality change. It is important to note he did not really have treatment for any of these conditions. They impaired his ability to assess the world appropriately and act appropriately in response to these assessments. They resulted in underperformance in academics (compared to IQ) and an inability to maintain employment or engage in long-term, healthy interpersonal relationships. Because David Runyon's brain injuries affected areas of the brain associated with executive processes, as reflected by neurological test results, he is and was unable to exercise appropriate decision-making and judgment

To a reasonable degree of medical certainty, it is my conviction that Mr. Runyon is severely brain injured and suffers from chronic sequelae of these injuries including major psychiatric syndromes and marked frontal lobe dysfunction, all of which are supported by objective evidence in his testing and

examination findings. It is my opinion, to a reasonable degree of medical certainty, that David Runyon's brain abnormalities and psychiatric difficulties constitute a severe mental or emotional disturbance. It is also my opinion, to a reasonable degree of medical certainty, that as a result of brain dysfunction and psychiatric difficulties, Mr. Runyon's capacity to conform to the requirements of law was significantly impaired at the time of the crime.

Finally, I have been asked to comment on what the defense team might have said when the prosecutor instructed the jury to look at Mr. Runyon's face (as seen in his interrogation video and as seen in court) and see that he lacks remorse. The asymmetry in his face is a direct result of brain injury, reflecting weakness of the muscles on the left side of his face and making it impossible for him to move his face on that side well. This weakness in facial muscles can produce what looks like a "flat affect" but really is not a true flat affect, rather a consequence of central nervous system injury. Although a flat affect is often associated with psychotic illnesses like schizophrenia, in his case assessing his affect by facial expression is a fraught exercise given underlying facial weakness.

Sincerely,

Siddhartha S. Nadkarni, M.D.