Virginia Capital Representation Resource Center Mail - RE: Runyon case                                    1/31/23, 12:07 PM

 Gmail

Elizabeth Peiffer <epeiffer@vcrrc.org>

# RE: Runyon case

1 message

---

**Ward, Carrie (CRM)** <Carrie.Ward@usdoj.gov>                                    Wed, Jan 4, 2023 at 3:07 PM
To: "Hansen.Dana" <Dana_Hansen@fd.org>
Cc: "epeiffer_vcrrc.org" <epeiffer@vcrrc.org>

Dana,

I'm catching up and spoke with Dr. Martell just a moment ago, and realize now I left this question unanswered. We were waiting to hear how you wanted to proceed, I think budget-wise, as far as Dr. Martell's travel. When we talked after you first had the chance to hear his opinions, the intent was for us to keep him as a consultant. However, now that you're notified him he will be called as a witness, I think our contract creates an issue for you and I don't want our consultation to create an impediment for your witness prep.  Talking with Dr. Martell and his concerns, I think it best for us to release him from his contract, so he can communicate freely with you as we do the lead up, his prep as you need him, and the dates you need him present. Let me know if there are issues with you just absorbing him as your expert?

For the discussion dates – I'm going to go to Norfolk the week of 1/10 – are you free anytime on the 11th or 12th? I'll be with Brian and Lisa, so we can sit down and review all that we need to cover.

I will have about one hour on the 12th where I have to present at some career fair for military transitions, but its virtual and easy to work around, as soon as they give me my time slot.

Dr. Aguirre said last night that his report is coming soon, as soon as I receive it I will forward. I'm having some issues with the Box drop from your team yesterday – IT is trying to get my account back online to access it, not sure what happened but if it takes more than a day or so, then I'll reach back out. Brian/Lisa were told they could not use the program, so they do not have access, but I'll take lead on figuring this out.

v/r,

Carrie

202-923-7154

---

**From:** Hansen.Dana <Dana_Hansen@fd.org>

**Sent:** Tuesday, December 27, 2022 11:33 AM
**To:** Ward, Carrie (CRM) <Carrie.Ward@usdoj.gov>
**Cc:** epeiffer_vcrrc.org <epeiffer@vcrrc.org>
**Subject:** [EXTERNAL] RE: Runyon case


Hi Carrie,


I hope you are feeling better and you and your family had a good holiday. I am glad we have a schedule leading up to the hearing. I think it will make things run smoother for the hearing. Since Dr. Aguirre cannot provide his report until January 3rd, we will adjust the first date (the catch-up date) to January 3rd and leave the rest as they are.


You have indicated that the only report you are disclosing is one from Dr. Aguirre so we want to verify that you are not calling Dr. Martell to testify. He has been subpoenaed for the hearing. We had previously inquired about his status as your expert and whether you are arranging his transportation to the hearing – could you please let us know about this? Dr. Martell is unclear about his role but he assumes he remains your expert until you release him.


Regarding my request for Dr. Cunningham to testify by videoconference, that is no longer an issue as Dr. Cunningham advised us last week that he will travel in February.


Thank you for securing a time during the week of January 8 for us to talk about stipulations.


Thanks,

Dana


---


**From:** Ward, Carrie (CRM) [mailto:Carrie.Ward@usdoj.gov]
**Sent:** Monday, December 26, 2022 8:12 AM
**To:** Hansen.Dana <Dana_Hansen@fd.org>
**Cc:** epeiffer_vcrrc.org <epeiffer@vcrrc.org>
**Subject:** RE: Runyon case


Dana,


I'm playing catch up today and trying to lock down specific answers for most of the questions. As for discovery due on 12/30, I think all we have outstanding and due to you is Dr. Aguirre's preliminary report. He's said he can provide by 1/3/23 but has asked if there is a copy of the clinical radiologist's report to accompany the MRI?


I don't have any issues with the remaining dates, but let me try and get time on everyone's calendar the week of the

8th as far as the discussion re: stipulations. I'll ask again this week about their thoughts on travel for your elderly experts, and get that to you in advance of that conversation.

v/r,

Carrie

---

**From:** Hansen.Dana <Dana_Hansen@fd.org>
**Sent:** Tuesday, December 20, 2022 9:15 AM
**To:** Ward, Carrie (CRM) <Carrie.Ward@usdoj.gov>
**Cc:** epeiffer_vcrrc.org <epeiffer@vcrrc.org>
**Subject:** [EXTERNAL] Runyon case

Hi Carrie,

I hope you are well. I wanted to reach out again because, with the holidays upon us, I am concerned that the matters in Runyon's case won't be addressed until January.

• Were you able to speak with Brian and Lisa about a conference call so we can review the evidence in the case for admissibility/stipulations? Can we do this the week of January 8?

• Although the judge has not entered the proposed scheduling order we think the issues are important and we should be following the schedule we agreed to. Since time has passed, we propose the following dates:

- a "catch up" date of <u>December 30</u> as the deadline for items in the scheduling order (1) – (3). A you may recall, these items include all information pursuant to R. 16 on any expert expected to testify at the hearing; all testimony to be offered via declaration; Jencks material; and all other disclosures regarding witnesses.
- <u>January 13</u> deadline for motions for discovery related to expert disclosures with one week to file a response
- <u>January 13</u> pre-hearing statements and stipulations (this deadline assumes we have a conference call the week of January 8)
- <u>January 23</u> deadline for objections and motions in limine with one week to file a response
- <u>January 30</u> deadline for proposed expansion of the record

• Regarding Dr. Martell, I wanted to let you know that I scheduled a follow up call with him and I offered to compensate him for his time as I would any other professional. We are having the Marshals serve Dr. Martell for the hearing but I want to verify that you are arranging his travel and accommodations for the hearing as well as compensating his time.

I hope to hear from you soon.

Thanks,

Dana

_____

## Dana C. Hansen Chavis

Asst. Federal Defender

Federal Defender Services

 Of Eastern Tennessee Inc.

800 S Gay St Ste 2400

Knoxville TN 37929

(865) 637-7979

Dana_Hansen@fd.org