UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

     Petitioner,

v.                              CIVIL NO. 4:15cv108
                      [ORIGINAL CRIMINAL NO. 4:08cr16]

UNITED STATES OF AMERICA,

     Respondent.

### ORDER

This matter comes before the court on Petitioner's "Renewed Motion for Attorney Bales to Appear Pro Hac Vice," filed January 13, 2023, and its accompanying memorandum in support. See ECF Nos. 725-26. In his motion, Petitioner requests that Ms. Helen Susanne Bales ("Bales") either be admitted pro hac vice or be appointed, pursuant to 18 U.S.C. § 3599, to assist with Petitioner's ongoing habeas representation, with particular attention to the upcoming evidentiary hearing. See ECF No. 726 at 1. Bales serves as an attorney with the Federal Defender Services of Eastern Tennessee, Inc. ("FDSET"), for which one of Petitioner's appointed counsel, Ms. Dana Hanson Chavis, is the supervising attorney. Id. at 1-2.

This court took Petitioner's first motion to this effect under advisement at the October 18, 2022, status conference. See ECF Nos. 691, 692, 700. In the instant motion, Petitioner now submits various arguments to show good cause for Bales to be admitted pro

hac vice; the court finds unnecessary an appointment under § 3599. Pro hac vice admission will allow Bales to assist, as Petitioner requests, with the presentation of specific witnesses with exhibits at Petitioner's evidentiary hearing.[1]

Accordingly, Petitioner is **DIRECTED** to submit an Application to Qualify as a Foreign Attorney under Local Civ. R. 83.1(D), for the specific witnesses and exhibits pertaining thereto and for which pro hac vice admission is sought. The application must list each witness separately and the admission will be limited to those witnesses. Petitioner is further **ADVISED** that the court will not entertain a motion for continuance or delay based on Bales' potential unavailability or scheduling conflicts during the course of the evidentiary hearing.

Petitioner is hereby **ORDERED** to comply with the court's instructions, and the Clerk is **DIRECTED** to forward a copy of this Order to counsel for Petitioner and the United States Attorney at Newport News.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

February 2, 2023

---

[1] Petitioner has already been appointed two attorneys to assist in his post-conviction proceedings, as required in a capital case. 18 U.S.C. § 3599; see ECF No. 435 (appointing Ms. Chavis), ECF No. 649 (appointing Ms. Peiffer). Appointing a third attorney is not required by statute and is especially unnecessary considering Ms. Bales' employment with Ms. Chavis' office.