**arla**

**From:** Allan Mirsky [afmirsky@gmail.com]
**Sent:** Friday, August 07, 2009 10:50 AM
**To:** arla
**Subject:** Re: Runyon

Dear Steve,

Sorry to not have responded before this, but I have been on vacation in Maine, and neither my email or cell phone have worked well. I don't think I have anything to add until I know the results of the imaging tests on Mr. Runyon, but I feel confident that my tests showed the effects of the blast injuries (plus automobile accidents!) he suffered when in the ROTC. I don't think the results of the other testing were very informative so far as I am concerned. He did a little better on the IQ test when I tested him, and this shows a little learning effect, which is to be expected. To summarize, so far, I feel that Mr. Runyon is impaired and this needs to be considered in his sentencing.

Allan F. Mirsky

On Wed, Aug 5, 2009 at 10:56 AM, arla <arla@com.hrcoxmail.com> wrote:

Dr. Mirsky:

We are still trying to get the MRI and PET scan accomplished. However, our report deadline to the Court and the Government attorney is tomorrow and we will not have the results of those tests by that time. Please provide me with a report before the end of the day tomorrow, August 6, based on the information available to you at this point. Please qualify it in any way you feel is necessary as far as not having received the MRI and PET scan. My intention would be to file a supplement once we have the results of those tests.

Please note in your report receipt of the raw data from Dr. Montalbano and any interpretation you give to that.

Steve

Stephen A. Hudgins, Esquire
shudgins@com.hrcoxmail.com
Cope & Olson, PLC
11836 Canon Boulevard, Suite 100
Newport News VA 23606
Telephone: (757) 596-0316
Telefax: (757) 596-5320

8/7/2009

Runyon-OAF 0013552