## CENTER FOR PSYCHOLOGICAL EVALUATION AND CONSULTATION

*Allan F. Mirsky, Ph.D., ABPP*

5502 SPRUCE TREE AVENUE, BETHESDA, MD 20814-1623  ♦  (301) 530-9332  ♦  FAX (301) 564-5562

September 18, 2009

Stephen A. Hudgins, Esq.
Cope & Olson, PLC
11836 Canon Blvd., Suite 100
Newport News, VA 23606
757 596.0316
757 596.5320 Fax

Dear Mr. Hudgins,

Pursuant to our conversation yesterday afternoon, I wish to make sure that the Court is aware of certain mitigating circumstances that should affect the sentence of your client, Mr. David Runyon.

While serving in the ROTC, Mr. Runyon was on two training exercises, when "training" grenades exploded quite close to him. The history indicates that he was temporarily unconscious after one or both of these occasions. Recent information, stimulated in part by the war in Iraq and Afghanistan, identifies this type of injury as blast injury, the effects of which on the brain are not well understood. There can be extensive damage to white matter tracts, which serve the vital function of connecting various cortical areas. Such damage is best evaluated with a test known as Diffusion Tensor Imaging, or DTI. Your report to me indicated that the recent MRI and PET imaging studies of Mr. Runyon were read as normal. I have several comments to make about that report.

First, since many years have passed since the blast injuries, it is not evident that the scans might have been read as abnormal <u>at the time of the injuries</u>. The brain has ways of repairing injuries, as best it can.

Second, a DTI test, which might have been abnormal, was not done.

Third, according to current standards in evaluating brain injury in soldiers, Mr. Runyon would automatically be classified as mTBI, or, mild traumatic brain injury. This would follow from a history of a brief loss of consciousness, in the presence of a normal MRI.

Fouth, and more to the point, soldiers with mTBI, may have symptoms of abnormal behavior, including poor ability to concentrate, committing impulsive acts, and other indications of poor "cognitive control." They can be symptoms of what is referred to as Post Traumatic Stress Disorder, or PTSD, which has not been ruled out in the case of Mr. Runyon. You will recall that in my test of Mr. Runyon, he performed in the very impaired range on tests of sustained attention. This can be symptomatic of mTBI, as well as PTSD. I have included two charts of his performance, in comparison with controls, as an adjunct to this document.

I appreciate the opportunity to bring this to your attention, and to the attention of the Court, in the hope that this information will be taken into account in the sentencing of Mr. Runyon.

Sincerely yours,

*Allan F. Mirsky*

Allan F. Mirsky, Ph.D., ABPP
Diplomate in Clinical Neuropsychology
American Board of Professional Psychology

Clinical Neuropsychologist
Walter Reed Army Medical Center

EXHIBIT 22

Case 4:08-cr-00016-RBS-DEM   Document 511-22   Filed 02/04/16   Page 2 of 3 PageID# 4682

# Percent Accuracy--4 CPT Tasks



| | David R. |
| --- | --- |
| | Controls |

Visual X — -9 SD
Visual AX — -3 SD
Degraded X — -4 SD
Auditory Tones — -1 SD

Mr. Runyon's accuracy on these four measures of sustained attention was in the very impaired range. The SD numbers indicate how far below his scores are in comparison to age-matched controls. For the first three tasks above, his scores are worse than approximately 99% of the comparable subjects.

EXHIBIT 22

Sep 18 2009 2:36PM    HP LASERJET FAX                                                  p.3

Case 4:08-cr-00016-RBS-DEM    Document 511-22    Filed 02/04/16    Page 3 of 3 PageID# 4683



## Mean Reaction Time--4 CPT Tasks



A similar pattern of impairment is evident in his reaction time scores, which are much longer than those of age-matched controls.

EXHIBIT 22