## RICHARD G. DUDLEY, JR., M.D.

210 WEST 101ST STREET, SUITE 11K, NEW YORK, NEW YORK 10025
212-222-5122

3 August 2022

Susanne Bales
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF EASTERN TENNESSEE, INC.
800 South Gay Street, Suite 2400
Knoxville, Tennessee 37929

**RE: Runyon hearing**

Dear Attorney Bales:

As requested, I'm writing to summarize our recent discussions regarding the continuation of my participation as a testifying expert in psychiatry, in the matter of Mr. Runyon.

I am now 76 years old, and I have retired from my work as a testifying expert in psychiatry in capital cases. More specifically, around about ten years ago I began to stop accepting capital cases where I might potentially be called upon to testify as an expert in psychiatry. Then, for about the last five years I have felt it was my ethical responsibility to request to withdraw from participation in yet unresolved capital cases where I had performed an evaluation many years ago.

By way of explanation, as you know, a criminal case where the defendant is facing the possibility of execution is quite different than other criminal cases. In recent years I have found that I don't have the stamina, capacity to concentrate/focus for extended periods of time, or the rapid memory recall that I used to have, all of which is required to effectively present expert psychiatric testimony in a capital proceeding. It is for these reasons that I believe it is my ethical responsibility, as a physician and simply as a human being, to request to withdraw from my continued participation in Mr. Runyon's case.

Sincerely,

Richard G. Dudley, Jr., M.D.
Psychiatrist
Diplomate, American Board of Psychiatry & Neurology