

**FOXHALL MEDICINE, P.L.L.C.**

KRISTIN E. THOMAS, M.D.
INTERNAL MEDICINE

3301 New Mexico Avenue, NW, #202
Washington, DC 20016

Phone: 202-243-0271
Fax: 202-537-0075

www.foxhallmedicine.com
info@foxhallmedicine.com

February 1, 2023

RE: James Merikangas

DOB: 2/27/39

To Whom it May Concern:

James Merikangas has been my patient for 20 years.  I am his internist.  He recently had COVID and although he is currently NOT contagious his recovery is far from over.  He just turned negative on antigen test and is still in the window for COVID rebound illness from Paxlovid so has a 30% chance of being contagious in the next week and having COVID again.  He recently had significant spine surgery and was in recovery for that when he got COVID.  This illness set back his rehab from spine surgery by a month.

Due to his age and Ischemic Heart Disease, he requires a full 30 days, at least, for recovery from COVID illness to ensure he has no complications including but not limited to stroke, since he has a history of afib, blood clot, and pneumonia.  He is not safe for travel as he needs time to recover from COVID.  Travelling now would jeopardize his recovery from COVID and his spine surgery.

Sincerely,

Kristin E. Yamamoto (Thomas), M.D.

Attachment A