**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

|  |  |  |
|---|---|---|
| | ) | |
| David Anthony Runyon, | ) | |
|        Petitioner, | ) | Original Criminal No. 4:08-cr-16-3 |
| | ) | Original Civil No. 4:15-cv-108 |
| v. | ) | **Capital § 2255 PROCEEDINGS** |
| | ) | |
| United States of America, | ) | HON. REBECCA BEACH SMITH |
|        Respondent. | ) | |
| | ) | |
| | ) | |

**<u>Memorandum of Law in Support of Petitioner's Motion to Permit</u>**
**<u>an Additional Person to Sit at Counsel Table with Petitioner</u>**

Petitioner David Runyon, by and through counsel, moves this Court, pursuant to the Americans with Disabilities Act and the Fifth and Eighth Amendments to the United States Constitution, to allow an additional person to sit at counsel table with the Petitioner during the evidentiary hearing.

**Procedural History**

This matter is scheduled for a three-week evidentiary hearing to last from February 7, 2023, through February 28, 2023, or longer if needed. *See* Order at 1–2, ECF No. 695. Testimony is expected to last for multiple hours each day with limited breaks. Two attorneys have been appointed to represent Runyon, as required under 18 U.S.C. § 3599. *See* Order, ECF No. 435; Order, ECF No. 649. One additional attorney has been directed to submit an application for pro hac vice admission for specific designated witnesses and exhibits. *See* Order, ECF No. 751. The Court has required that the Petitioner be physically present for the entirety of the hearing. Tr. 4/13/2022, ECF No. 678 at 16.

**Argument**

This Court has found "substantial agreement" among the experts in this case that Runyon "suffered some head trauma in his past." *See* Mem. Order at 4, ECF No. 278. In addition, experts have found that Runyon has difficulties with short-term memory, impulse control, and sustained attention, all of which would make the environment of the evidentiary hearing challenging for him without appropriate assistance. The government's expert, Dr. Montalbano, concluded after evaluating Runyon that he has "significant deficits in short-term memory," Forensic Psychological Evaluation at 25, ECF No. 277, and "a history of impairment in . . . impulse control," *id.* at 27. Runyon performed in the "very impaired range on tests of sustained attention" administered by defense expert Dr. Allan Mirsky in 2009, *see* Attachment A 9/18/2009 letter from Mirsky to Hudgins, and though he had improved on these tests by 2015, his scores were still significantly below the "expected scores." *See* Am. Mot. Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence, Exhibit 35 at 3–4, ECF No. 511-35.

Because of Runyon's cognitive deficiencies, he will require significant assistance and attention during the course of the hearing. His two appointed attorneys cannot effectively conduct the hearing—which will include examining witnesses, attentively listening to witness testimony and the government's examinations, raising and responding to objections, reviewing exhibits and documents produced by the government, and preparing cross and redirect examinations—while simultaneously providing Runyon with the assistance he will need to be able to actively participate in and fully understand the proceedings. Therefore, Runyon requests that the Court permit another person to sit at counsel table to assist Runyon throughout the hearing. This reasonable accommodation will enable appointed counsel to focus on effectively representing Runyon, while also meeting Runyon's needs and facilitating his involvement in the proceedings.

Runyon's cognitive deficits constitute "physical or mental impairment[s]" 42 U.S.C. § 1202(1)(A), which, as discussed *supra*, "substantially limit[] one or more [of his] life activities," *id.*, including his "concentrating," "thinking," *id.* § 1202(2)(A), and "the operation of [his] . . . neurological [and] brain . . . functions," *id.* § 1202(2)(B). They therefore constitute a "disability under the Americans with Disabilities Act, *see* 42 U.S.C. § 1202(1)–(2); *see also id.* § 1202(4)(A) ("The definition of disability in this chapter shall be construed in favor of broad coverage of individuals under this chapter, to the maximum extent permitted by the terms of this chapter."), and this Court must "make reasonable modifications in policies, practices, or procedures when the modifications are necessary to avoid discrimination on the basis of [Runyon's] disability, unless the public entity can demonstrate that making the modifications would fundamentally alter the nature of the service, program, or activity," 28 C.F.R § 35.130(b)(7). Runyon submits that allowing an additional person to sit at counsel table to assist him would not "fundamentally alter the nature of [these court proceedings]," and would ensure that Runyon's cognitive impairments do not prevent him from participating in or understanding this hearing or impede his counsel's ability to zealously represent him in this capital case.

**Conclusion**

Runyon therefore requests that this Court permit an additional person to sit with him at counsel table during the evidentiary hearing.

Respectfully Submitted,

/s/Elizabeth J. Peiffer
Elizabeth J. Peiffer, VSB No. 71353
Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

/s/Dana C. Hansen Chavis
Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 03, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

/s/Nancy Hernandez
Nancy Hernandez
Paralegal, Capital Habeas Unit
nancy_hernandez@fd.org

5