**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

|  |  |  |
|---|---|---|
| David Anthony Runyon, | ) | |
|     Petitioner, | ) | Original Criminal No. 4:08-cr-16-3 |
| | ) | Original Civil No. 4:15-cv-108 |
| v. | ) | **Capital § 2255 PROCEEDINGS** |
| | ) | |
| United States of America, | ) | HON. REBECCA BEACH SMITH |
|     Respondent. | ) | |
| | ) | |
| | ) | |

**SECOND MOTION FOR LIMITED UNSEALING OF THE RECORD**

Petitioner David Runyon, by and through counsel, moves this Court for an order unsealing

the pretrial opinions of Dr. Mirsky and Dr. Cunningham, and for permission to use these exhibits

during the upcoming evidentiary hearing. *See* ECF No. 246 (psychological evaluations received

from Allan F. Mirsky, PhD, ADPP, and Mark Cunningham, PhD, APBB (Sealed)). He also moves

to unseal an affidavit prepared by Mitigation Specialist Sheila Cronin that was referenced at ECF

No. 240 and ECF No. 247, but does not appear to be linked to the Court's electronic filing system.[1]

In order to adequately and fully represent Mr. Runyon in the upcoming evidentiary hearing, it is

necessary to discuss the contents of the above-referenced pleadings in open court.

---

[1] Docket entry ECF No. 240 is a motion to continue the capital sentencing hearing so that
counsel may complete its mitigation investigation. *Id.* The continuance motion references
Exhibit A, a document filed under seal. *Id.* at 2, 3. Exhibit A does not appear on the docket.
The Court noted in its earlier Order that it could not locate Document A, and instructed that if
counsel should seek to unseal documents not linked to the Court's electronic filing system,
counsel could move to unseal those records and provide the Court a copy. ECF No. 727 at 2.

1

The reasons supporting this motion are set out in the accompanying memorandum of law.

Respectfully Submitted,

/s/Elizabeth J. Peiffer
Elizabeth J. Peiffer, VSB No. 71353
Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

/s/Dana C. Hansen Chavis
Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2023, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

/s/Nancy Hernandez
    Nancy Hernandez
    Paralegal, Capital Habeas Unit
    nancy_hernandez@fd.org

3