**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| Petitioner, | ) | Original Criminal No. 4:08-cr-16-3 |
| | ) | Original Civil No. 4:15-cv-108 |
| v. | ) | **CAPITAL §2255 PROCEEDINGS** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |

**MEMORANDUM IN SUPPORT OF**
**SECOND MOTION FOR LIMITED UNSEALING OF THE RECORD**

Mr. Runyon has moved this Court for an order unsealing the pretrial opinions of Dr. Mirsky and Dr. Cunningham, and for permission to use these exhibits during the upcoming evidentiary hearing. *See* ECF No. 246 (psychological evaluations received from Allan F. Mirsky, Ph.D., ADPP, and Mark Cunningham, PhD, APBB (Sealed)). He also has moved to unseal an affidavit prepared by Mitigation Specialist Sheila Cronin that was referenced at ECF No. 240 and ECF No. 247, but does not appear to be linked to the Court's electronic filing system.[1] He offers this memorandum in support of this motion.

In order to adequately and fully represent Mr. Runyon in the upcoming evidentiary hearing, which is currently scheduled for February 7, 2023, through February 28, 2023, counsel will be

---

[1] Docket entry ECF No. 240 is a motion to continue the capital sentencing hearing so that counsel may complete its mitigation investigation. *Id.* The continuance motion references Exhibit A, a document filed under seal. *Id.* at 2, 3. Exhibit A does not appear on the docket. The Court noted in its earlier Order that it could not locate Document A and instructed should counsel seek to unseal documents not linked to the Court's electronic filing system, counsel could move to unseal those records and provide the Court a copy. ECF No. 727 at 2.

1

presenting evidence and testimony that will support both *Strickland* prongs of Claim 6: that trial counsel rendered ineffective assistance by failing to investigate and present mitigating evidence regarding Mr. Runyon's psychosocial history, brain damage, and his mental health, and that counsel's failures prejudiced Mr. Runyon.

The pretrial reports of Drs. Mirsky and Cunningham are currently under seal. Counsel anticipates these reports and declaration may become relevant at the evidentiary hearing. The recently filed Third Amended Pre-Hearing Disclosures (ECF No. 758) describes each exhibit, with its corresponding exhibit number, that Mr. Runyon may present at the hearing. These pleadings were placed under seal during the original criminal trial in accordance with Federal Rule of Criminal Procedure 12.2, and currently remain under seal.

Anticipated testimony in conjunction with the aforementioned pleadings will show what trial counsel was informed of by mental health experts and by Mr. Runyon's family and friends, and what information trial counsel could have learned had they performed a reasonable investigation and asked the experts and Mr. Runyon's family and friends about these issues. In order to show that trial counsel was ineffective and failed to investigate and present mitigating evidence regarding Mr. Runyon's brain damage and his mental health, and to provide information that is relevant to both prongs of the *Strickland* inquiry, it is necessary to discuss the contents of the above-referenced pleadings. Habeas counsel does acknowledge that this Court has previously provided counsel with copies of said pleadings; however, counsel cannot discuss or use the pleadings as exhibits in open court without the risk of violating the Court's previous orders that the documents remain under seal.

WHEREFORE, Mr. Runyon respectfully requests that the Court enter an order to remove the

2

seal from the documents filed at ECF No. 246.   Counsel also respectfully requests that the Court

enter an order unsealing an affidavit prepared by Mitigation Specialist Sheila Cronin that was

referenced at ECF No. 240 and ECF No. 247,  but does not appear to be linked to the Court's

electronic filing system.

Respectfully Submitted,

/s/Elizabeth J. Peiffer
Elizabeth J. Peiffer, VSB No. 71353
Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

/s/Dana C. Hansen Chavis
Dana C. Hansen Chavis, *pro hac vice*
Asst. Federal Community Defender
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Dana_Hansen@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

/s/Nancy Hernandez
    Nancy Hernandez
    Paralegal, Capital Habeas Unit
    nancy_hernandez@fd.org

4