Witnesses Attorney Bales Will Present or Cross-Examine

Jeffrey Harris

Dr. Mark Cunningham

Dr. Siddartha Nadkarni

Dr. Geoffrey Aguirre

Dr. Paul Montalalbano

Dr. Raymond F. Patterson

Dr. Michael Lipton