UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

        Petitioner,

v.                                              CIVIL NO. 4:15cv108
                                       [ORIGINAL CRIMINAL NO. 4:08cr16]
UNITED STATES OF AMERICA,

        Respondent.

## ORDER

This matter comes before the court on the Petitioner's "Second Motion for Limited Unsealing of the Record." ECF No. 760 ("Motion"). In his Motion, Petitioner requests that the court enter an order "unsealing the pretrial opinions of Dr. Mirsky and Dr. Cunningham, and for permission to use these exhibits during the upcoming evidentiary hearing."[1] Id. at 1. Petitioner further requests that the Court enter an order unsealing "an affidavit prepared by Mitigation Specialist Shelia Cronin."[2] Id.

---

[1] As designated in Petitioner's Motion, the pretrial opinions of Dr. Mirsky and Dr. Cunningham are currently docketed, under seal, as ECF No. 246. Petitioner also submitted, in response to the court's January 18, 2023 Order, ECF No. 727, a copy of Dr. Mirsky's pretrial opinion. See ECF No. 762 at 7-13. Dr. Cunningham's opinion, however, is not contained within that submission. See id.

[2] Ms. Cronin's affidavit was also submitted to the court, in accordance with the court's January 18, 2023 Order, ECF No. 727. See ECF No. 762 at 1-6.

In support of his Motion, Petitioner asserts that unsealing the requested documents is necessary "in order to adequately and fully represent [Petitioner] in the upcoming evidentiary hearing." Id. Accordingly, for good cause shown, the court **GRANTS** the Motion and **ORDERS** that ECF Nos. 246 and 762 be unsealed. See Fed. R. Crim. P. 49.1(d) (permitting, but not requiring the court to later unseal a previously sealed filing).[3]

The Clerk is **DIRECTED** to send a copy of this Order to counsel for Petitioner and to the United States Attorney at Newport News.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

February 6, 2023

---

[3] Any personal identifying information ("PII") must be redacted pursuant to the E-Government Act, Pub. L. No. 107-347, 116 Stat. 2899 (2002).

2