# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON,<br>Petitioner, | ) <br> ) <br> ) | Original Criminal No. 4:08-cr-16-3 <br> Original Civil No. 4:15-cv-108 |
| v. | ) <br> ) | **CAPITAL §2255 PROCEEDINGS** |
| UNITED STATES OF AMERICA,<br>Respondent. | ) <br> ) <br> ) | HON. REBECCA BEACH SMITH |

## Motion Requesting Early Production of Jencks Material

Petitioner hereby moves under 18 U.S.C. § 3500, the Due Process Clause of the Fifth Amendment, and the Eighth Amendment, for this Court to order that the government provide Jencks materials by February 2, 2023. This includes any and all prior statements of government witnesses as defined in 18 U.S.C. § 3500.

MOTION DENIED.*

Entered this 6th day of Feb. 2023

‒ RBS

Rebecca Beach Smith
Senior United States District Judge

*Production to be made as provided by statute. RBS

1