**From:** Ward, Carrie (CRM) <Carrie.Ward@usdoj.gov>
**Sent:** Wednesday, January 4, 2023 3:07 PM
**To:** Hansen.Dana <Dana_Hansen@fd.org>
**Cc:** epeiffer_vcrrc.org <epeiffer@vcrrc.org>
**Subject:** RE: Runyon case

Dana,

I'm catching up and spoke with Dr. Martell just a moment ago, and realize now I left this question unanswered. We were waiting to hear how you wanted to proceed, I think budget-wise, as far as Dr. Martell's travel. When we talked after you first had the chance to hear his opinions, the intent was for us to keep him as a consultant. However, now that you're notified him he will be called as a witness, I think our contract creates an issue for you and I don't want our consultation to create an impediment for your witness prep.  Talking with Dr. Martell and his concerns, I think it best for us to release him from his contract, so he can communicate freely with you as we do the lead up, his prep as you need him, and the dates you need him present. Let me know if there are issues with you just absorbing him as your expert?

For the discussion dates – I'm going to go to Norfolk the week of 1/10 – are you free anytime on the 11th or 12th? I'll be with Brian and Lisa, so we can sit down and review all that we need to cover.

I will have about one hour on the 12th where I have to present at some career fair for military transitions, but its virtual and easy to work around, as soon as they give me my time slot.

Dr. Aguirre said last night that his report is coming soon, as soon as I receive it I will forward. I'm having some issues with the Box drop from your team yesterday – IT is trying to get my account back online to access it, not sure what happened but if it takes more than a day or so, then I'll reach back out. Brian/Lisa were told they could not use the program, so they do not have access, but I'll take lead on figuring this out.

v/r,
Carrie
202-923-7154