-----Original Message-----
From: Ward, Carrie (CRM) <Carrie.Ward@usdoj.gov>
Sent: Friday, January 6, 2023 3:51 PM
To: Hansen.Dana <Dana_Hansen@fd.org>; Nancy Hernandez <Nancy_Hernandez@fd.org>; epeiffer_vcrrc.org <epeiffer@vcrrc.org>
Cc: Samuels, Brian (USAVAE) <Brian.Samuels@usdoj.gov>; McKeel, Lisa (USAVAE) <Lisa.McKeel@usdoj.gov>; Jahn, Margaret (USAVAE) <Margaret.Jahn@usdoj.gov>
Subject: Runyon - Dr. Aguirre/working draft

Dana,

Please find attached "draft" report from Dr. Aguirre. I was able to get my fdbox account and re-access all of the materials you sent on 1/3 (I believe 37 files), yesterday afternoon. I will forward most of those to Dr. Aguirre for him to consider and incorporate in his final report, but I will provide a list of the materials he has received and reviewed.

Please feel free to call me if you have any questions or concerns.

v/r,
Carrie
202-923-7154