From: **Ward, Carrie (CRM)** <Carrie.Ward@usdoj.gov>
Date: Mon, Jan 23, 2023 at 9:46 AM
Subject: Runyon - 1.20.23 - GOV notes re stipulations and schedule
To: Hansen.Dana <Dana_Hansen@fd.org>, epeiffer_vcrrc.org <epeiffer@vcrrc.org>, Samuels, Brian (USAVAE) <Brian.Samuels@usdoj.gov>, McKeel, Lisa (USAVAE) <Lisa.McKeel@usdoj.gov>, Jahn, Margaret (USAVAE) <Margaret.Jahn@usdoj.gov>

Case 4.08-cr-00016-RBS-DEM · Document 771-3    Filed 02/06/23    Page 1 of 1 PageID# 7911

Dana,

Please find response to your questions attached, for Montalbano/Patterson/Nelson, we think they are strictly fact experts, but we have asked Montalbano and Patterson to provided their updated CV and information to comply with Rule 16.  You'll have it as soon as we receive anything from them.

v/r,

CW