**From:** Hansen, Dana
**Sent:** Friday, January 20, 2023 5:56 PM
**To:** Ward, Carrie (CRM) <Carrie.Ward@usdoj.gov>; McKeel, Lisa (USAVAE) <Lisa.McKeel@usdoj.gov>; Samuels, Brian (USAVAE) <Brian.Samuels@usdoj.gov>
**Subject:** David Runyon case

Hi Carrie,

Today we received the information you sent us on Dr. Aguirre. We provided you with our experts' disclosures on or before January 3rd, which was the date on which the parties had agreed to disclose this information to each other. Is there something you think you have not received? Regarding Jean Barrett and the representations you made in your motion filed today, she does not have any cases to disclose in which she previously testified, and we provided all disclosures relevant to her on or before January 3rd.

Regarding disclosures, we had asked on our last call about Rule 16 disclosures for Patterson, Montalbano, and Nelson, who are on your witness list, and you mentioned you would get back to us about that. Does the fact that you have not provided Rule 16 disclosures mean that you will not be calling them as expert witnesses? If not, are you planning to call any of the three as fact witnesses?

██████████████████████████████████████ Unless there are evidentiary matters to discuss I don't think we will need to re-schedule the missed call because we emailed you with our questions. You had indicated we would receive answers this afternoon. Will you still be providing those today?

Thanks,
Dana

―――――――――――――――――――
Dana C. Hansen Chavis