IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 4:15cv108/4:08CR16 , Case Name Runyon v United States of America
Party Represented by Applicant: David Anthony Runyon        * SEE ATTACHED WITNESS LIST

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Helen Susanne Bales
Bar Identification Number 017868        State TN
Firm Name Federal Defender Services of Eastern District of Tennessee
Firm Phone # 865-637-7979        Direct Dial # _____    FAX # 865-637-7999
E-Mail Address Susanne_Bales@fd.org
Office Mailing Address 800 S. Gay Street, Ste. 2400, Knoxville, TN 37929

Name(s) of federal district court(s) in which I have been admitted Eastern, Middle and Western Districts of Tennessee

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission
privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a
member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of
Evidence is current.

I am ☐ am not ■ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_Helen Susanne Bales_
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant
personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have
examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and
petition the court to admit the applicant *pro hac vice*.

_Elizabeth J Peiffer_                    2/6/23
(Signature)                              (Date)
Elizabeth J. Peiffer                     71353
(Typed or Printed Name)                  (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☑ *or* Exemption Granted ☐
                                        ✳
The motion for admission is GRANTED ☑ *or* DENIED ☐

_/s/_
Rebecca Beach Smith                      2-7-23
Senior United States District Judge
(Judge's Signature)                      (Date)

✳ Specifically for witnesses attached hereto on Exhibit A.

Exhibit A

Witnesses Attorney Bales Will Present or Cross-Examine

Jeffrey Harris.

Dr. Mark Cunningham

Dr. Siddartha Nadkarni

Dr. Geoffrey Aguirre

Dr. Paul Montalalbano

Dr. Raymond F. Patterson

Dr. Michael Lipton