# UNITED STATES DISTRICT COURT
### *EASTERN DISTRICT OF VIRGINIA*
### NORFOLK DIVISION

Tuesday, February 7, 2023 (Day 1)

MINUTES OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE   Rebecca Beach Smith, USDJ

Deputy Clerk: Tammy Armstrong                    Reporter: Jody Stewart, OCR

| Set: 11:00 a.m. | Started: 11:00 a.m. | Ended:  5:40 p.m. |
|---|---|---|
| 4:08cr16 | USA v. David Anthony Runyon | |

Brian Samuels, Lisa McKeel, and Carrie Ward present on behalf of USA.

Elizabeth Peiffer and Dana Chavis present on behalf of Mr. Runyon. Defendant present in custody.

Matter came on for Evidentiary Hearing.

Comments of the court heard.

Petitioner requested ruling on certain pending motions.  For reasons stated on the record, rulings were made from the bench.  Court to prepare an Order.

Petitioner presented evidence – witness sworn and testified.

Exhibits admitted. Certain exhibits admitted conditionally.

Counsel and parties excused until 12:00 p.m. on 2/8/2023.

Defendant remanded to custody of USM.

Court adjourned.