ORIGINAL

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  4:8-cr-016-3-RBS |
| DAVID ANTHONY RUNYON | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Honorable Stephen Hudgins
       300 Ballard Street
       Yorktown, VA 23690

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman Federal Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.:  Courtroom #1 |
|---|---|---|
| | | Date and Time: 02/07/2023 11:00 am - 02/28/2023 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  11/9/22

RECEIVED
UNITED STATES MARSHAL
2022 NOV 14  A 9:37
EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    David Anthony Runyon
, who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
epeiffer@vcrrc.org

ORIGINAL

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  4:8-cr-016-3-RBS |
| DAVID ANTHONY RUNYON | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Davy Runyon
      10712 Dorothy Drive
      Oklahoma City, OK 73162

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Walter E. Hoffman Federal Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: Courtroom #1 |
|---|---|
| | Date and Time: 02/07/2023 11:00 am - 02/28/2023 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  11/9/22

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   David Anthony Runyon
_____ , who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
epeiffer@vcrrc.org

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  4:8-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Davy Runyon

was received by me on *(date)*   *12-6-2022*

☑ I served the subpoena by delivering a copy to the named person as follows:   *DAVY RUNYON*

on *(date)*  *12-6-22    1:00 pm*   or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  *12-6-2022*   _____
                                      *Server's signature*

                              *CLINT HUFFMAN, DUSM*
                                   Printed name and title

                              *200 NW 4TH   OKC, OK*
                                   Server's address

Additional information regarding attempted service, etc:

CONTROLLED/CHRI



**U.S. Department of Justice**
United States Marshals Service

**Process 083-4:2008-CR-00016-10 | Cost Worksheet**
Printed on: 12/16/2022

## PROCESS INFORMATION

| | | | |
|---|---|---|---|
| **Case Type**<br>CR - Criminal | **Origin District**<br>E/VA - NORFOLK | **Serving District**<br>W/OK - OKLAHOMA CITY | **Case Caption**<br>United States of America v. David Anthony Runyon |
| **Civil/Criminal**<br>Criminal | **Attribute**<br>Government | **Process Type**<br>Subpoena | **Party to be Served**<br>Davy Runyon |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 11/14/2022 15:19 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 11/14/2022 15:23 EST | Forward | | $0.00 | $8.00 |
| 11/28/2022 08:59 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 12/06/2022 14:00 EST | Served | | $0.00 | $142.50 |
| | Personnel Charges | $130.00 | | |
| | Mileage Charges | $12.50 | | |

| **Total Costs** | | | **$0.00** | **$150.50** |
|---|---|---|---|---|

| **Remaining Balance** | **$0.00** |
|---|---|
| **Amount Owed** | **$1,353.13** |

| **Remaining Process to Serve:** | |
|---|---|
| | 083-4:2008-CR-00016-7 |
| | 083-4:2008-CR-00016-8 |
| | 083-4:2008-CR-00016-10 |
| | 083-4:2008-CR-00016-12 |
| | 083-4:2008-CR-00016-13 |
| | 083-4:2008-CR-00016-14 |
| | 083-4:2008-CR-00016-15 |
| | 083-4:2008-CR-00016-16 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY

COPY

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>**v.**<br><br>DAVID ANTHONY RUNYON<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No.  4:8-cr-016-3-RBS

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Deborah Seeger
      1206 16th Avenue
      Fairbanks, AK 99701

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman Federal Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: | Courtroom #1 |
|---|---|---|---|
| | | Date and Time: | 02/07/2023 11:00 am – 02/28/2023 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   11/9/22

RECEIVED
UNITED STATES MARSHAL
2022 NOV 14  A 9: 44
EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   David Anthony Runyon
_____ , who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
epeiffer@vcrrc.org

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  4:8-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Deborah Seeger

was received by me on *(date)*   1/11/2023 .

☒ I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  1/11/2023

_____
Server's signature

Scott Ireton  SPUSM

Printed name and title

101 12ʳ Ave R 336 Fairbanks, AK 99701

Server's address

Additional information regarding attempted service, etc:

CONTROLLED/CHRI



**U.S. Department of Justice**
United States Marshals Service

**Process 083-4:2008-CR-00016-13 | Cost Worksheet**
Printed on: 01/12/2023

---

**PROCESS INFORMATION**

| | | | |
|---|---|---|---|
| **Case Type** CR - Criminal | **Origin District** E/VA - NORFOLK | **Serving District** D/AK - FAIRBANKS | **Case Caption** United States of America v. David Anthony Runyon |
| **Civil/Criminal** Criminal | **Attribute** Government | **Process Type** Subpoena | **Party to be Served** Deborah Seeger |

**SUMMARY**

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 11/14/2022 15:40 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 11/14/2022 15:44 EST | Forward | | $0.00 | $8.00 |
| 01/11/2023 14:17 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 01/11/2023 18:48 EST | Served | | $0.00 | $0.00 |
| | Personnel Charges | $0.00 | | |
| | Mileage Charges | $0.00 | | |

| **Total Costs** | | | **$0.00** | **$8.00** |
|---|---|---|---|---|

| **Remaining Balance** | **$0.00** |
|---|---|
| **Amount Owed** | **$2,185.77** |

| **Remaining Process to Serve:** | 083-4:2008-CR-00016-12 |
|---|---|
| | 083-4:2008-CR-00016-13 |
| | 083-4:2008-CR-00016-15 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   4:8-cr-016-3-RBS |
| DAVID ANTHONY RUNYON | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Jon Babineau
      109 East Main Street, Ste. 413
      Norfolk, VA 23510

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman Federal Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | Courtroom #1 |
|---|---|---|---|
| | | Date and Time: | 02/07/2023 11:00 am - 02/28/2023 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   11/9/22

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

RECEIVED UNITED STATES MARSHAL
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION
2022 NOV 14 A 9:37

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   David Anthony Runyon
_____, who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
epeiffer@vcrrc.org

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:8-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Jon Babineau

was received by me on *(date)*   11/14/22   .

☑ I served the subpoena by delivering a copy to the named person as follows:   EDWARD FIORELLA (PARTNER AT FIRM)

_____ on *(date)*   1/12/22   ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ ___1.18___ for travel and $ ___65.00___ for services, for a total of $ ___66.18  0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___1/12/22___

_____
Server's signature

TAVAREZ  DUSM
*Printed name and title*

600 GRANBY ST. NORFOLK, VA 23510
*Server's address*

Additional information regarding attempted service, etc:

CONTROLLED/CHRI



**U.S. Department of Justice**
United States Marshals Service

Process 083-4:2008·

---

## PROCESS INFORMATION

| | | | |
|---|---|---|---|
| **Case Type** | **Origin District** | **Serving District** | **Case Caption** |
| CR - Criminal | E/VA - NORFOLK | E/VA - NORFOLK | United States of America v. David Anthony Runyon |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Criminal | Government | Subpoena | Jon Babineau |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Dep |
|---|---|---|---|
| 11/14/2022 09:44 EST | Assigned for Personal Service | | |
| 01/12/2023 11:48 EST | Served | | |
| | Personnel Charges | $65.00 | |
| | Mileage Charges | $1.18 | |

**Total Costs**

---

**Remaining Balance**

**Amount Owed**

**Remaining Process to Serve:**

ORIGINAL

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>DAVID ANTHONY RUNYON<br>*Defendant* | )<br>)<br>)<br>)    Case No.  4:8-cr-016-3-RBS<br>)<br>) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Maria Runyon
       10712 Dorothy Drive
       Oklahoma City, OK 73162

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman Federal Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: | Courtroom #1 |
|---|---|---|---|
| | | Date and Time: | 02/07/2023 11:00 am - 02/28/2023 10:00 am |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  11/9/22

RECEIVED
UNITED STATES MARSHAL
2022 NOV 14 A 9:40
EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    **David Anthony Runyon**
_____ , who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
epeiffer@vcrrc.org

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  4:8-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Maria Runyon

was received by me on *(date)*   12·27·22

☐ I served the subpoena by delivering a copy to the named person as follows:

MARIA RUNYON

on *(date)*   12·27·22   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $   65.⁰⁰   for travel and $   17.02   for services, for a total of $   82.02  0.00  .

I declare under penalty of perjury that this information is true.

Date: 12·27·22

_____
Server's signature

DUSM  V.  DOAN
_____
Printed name and title

200 NW 4TH ST.
OKC,  OK  73102
_____
Server's address

Additional information regarding attempted service, etc:

CONTROLLED//OHRI

**U.S. Department of Justice**
United States Marshals Service

**Process 083-4:2008-CR-00016-7 | Cost Worksheet**
Printed on: 01/10/2023

## PROCESS INFORMATION

| | | | |
|---|---|---|---|
| **Case Type** CR - Criminal | **Origin District** E/VA - NORFOLK | **Serving District** W/OK - OKLAHOMA CITY | **Case Caption** United States of America v. David Anthony Runyon |
| **Civil/Criminal** Criminal | **Attribute** Government | **Process Type** Subpoena | **Party to be Served** Maria Runyon |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 11/14/2022 14:16 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 11/14/2022 14:31 EST | Forward | | $0.00 | $8.00 |
| 11/28/2022 08:58 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 12/27/2022 13:24 EST | Served | | $0.00 | $82.02 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $17.02 | | |

| | | |
|---|---|---|
| **Total Costs** | $0.00 | $90.02 |

| | |
|---|---|
| **Remaining Balance** | $0.00 |
| **Amount Owed** | **$1,584.53** |

| Remaining Process to Serve: | |
|---|---|
| | 083-4:2008-CR-00016-7 |
| | 083-4:2008-CR-00016-8 |
| | 083-4:2008-CR-00016-12 |
| | 083-4:2008-CR-00016-13 |
| | 083-4:2008-CR-00016-15 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  4:8-cr-016-3-RBS |
| DAVID ANTHONY RUNYON | ) |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Robert Seeger
      1206 16th Avenue
      Fairbanks, AK 99701

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman Federal Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | Courtroom #1 |
|---|---|---|---|
| | | Date and Time: | 02/07/2023 11:00 am - 02/28/2023 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  11/9/22

RECEIVED
UNITED STATES MARSHAL
2022 NOV 14  A 9: 45
EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    David Anthony Runyon
_____, who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
epeiffer@vcrrc.org

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:8-cr-016-3-RBS

### PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Robert Seeger _____

was received by me on *(date)*   1/11/2023.

☒ I served the subpoena by delivering a copy to the named person as follows:   _____

_____          on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date:  1/11/2023 _____        _____
                                                         *Server's signature*

                                                      Scott Ireton   SDUSM
                                                      _____
                                                         *Printed name and title*

                                   101  2h Ae  Rm 336  Fairbula, AK  99701
                                   _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

CONTROLLED/CHRI

**U.S. Department of Justice**
**United States Marshals Service**

**Process 083-4:2008-CR-00016-12 | Cost Worksheet**
Printed on: 01/12/2023

**PROCESS INFORMATION**

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CR - Criminal | E/VA - NORFOLK | D/AK - FAIRBANKS | United States of America v. David Anthony Runyon |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Criminal | Government | Subpoena | Robert Seeger |

**SUMMARY**

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 11/14/2022 15:34 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 11/14/2022 15:37 EST | Forward | | $0.00 | $8.00 |
| 01/11/2023 14:19 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 01/11/2023 18:45 EST | Served | | $0.00 | $0.00 |
| | Personnel Charges | $0.00 | | |
| | Mileage Charges | $0.00 | | |
| **Total Costs** | | | **$0.00** | **$8.00** |

| | |
|---|---|
| **Remaining Balance** | **$0.00** |
| **Amount Owed** | **$2,185.77** |
| **Remaining Process to Serve:** | 083-4:2008-CR-00016-12 |
| | 083-4:2008-CR-00016-15 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY

Printed By District: E/VA

Page 1 of 1

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  4:8-cr-016-3-RBS |
| DAVID ANTHONY RUNYON | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Wren Fleming

   11100 Roxboro Avenue Building, 10, Apt. 11
   Oklahoma City, OK 73118

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman Federal Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: | Courtroom #1 |
|---|---|---|---|
| | | Date and Time: | 02/07/2023 11:00 am - 02/28/2023 10:00 am |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   11/9/22

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

*(stamps: RECEIVED UNITED STATES MARSHAL, EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION, 2022 NOV 14  A 9:41)*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   David Anthony Runyon
_____ , who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
epeiffer@vcrrc.org

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:8-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Wren Fleming

was received by me on *(date)*   *1-10-2023*

☑ I served the subpoena by delivering a copy to the named person as follows:   *SERVED. SUBJECT*

*AT HIS EMPLOYER.*

on *(date)*   *1-10-2023*   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: *1-11-23*

_____
Server's signature

*C. HUFFMAN*
Printed name and title

*700 NW 4TH, OKC, OK*
Server's address

Additional information regarding attempted service, etc:

*1 DUSM @ 2 HOURS =*

*30.9 MILES ROUND TRIP*

CONTROLLED/CUI

**U.S. Department of Justice**
**United States Marshals Service**

**Process 083-4:2008-CR-00016-8 | Cost Worksheet**
Printed on: 01/11/2023

## PROCESS INFORMATION

| | | | |
|---|---|---|---|
| **Case Type**<br>CR - Criminal | **Origin District**<br>E/VA - NORFOLK | **Serving District**<br>W/OK - OKLAHOMA CITY | **Case Caption**<br>United States of America v. David Anthony Runyon |
| **Civil/Criminal**<br>Criminal | **Attribute**<br>Government | **Process Type**<br>Subpoena | **Party to be Served**<br>Wren Fleming |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 11/14/2022 14:36 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 11/14/2022 15:01 EST | Forward | | $0.00 | $8.00 |
| 11/28/2022 08:59 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 12/27/2022 12:50 EST | In-person Endeavor | | $0.00 | $150.31 |
| | Personnel Charges | $130.00 | | |
| | Mileage Charges | $20.30 | | |
| 12/27/2022 18:10 EST | In-person Endeavor | | $0.00 | $150.31 |
| | Personnel Charges | $130.00 | | |
| | Mileage Charges | $20.30 | | |
| 12/28/2022 12:44 EST | In-person Endeavor | | $0.00 | $150.31 |
| | Personnel Charges | $130.00 | | |
| | Mileage Charges | $20.30 | | |
| 01/10/2023 13:00 EST | Served | | $0.00 | $150.31 |
| | Personnel Charges | $130.00 | | |
| | Mileage Charges | $20.30 | | |
| **Total Costs** | | | **$0.00** | **$609.24** |

| | |
|---|---|
| **Remaining Balance** | **$0.00** |
| **Amount Owed** | **$2,185.77** |

| Remaining Process to Serve: | |
|---|---|
| | 083-4:2008-CR-00016-8 |
| | 083-4:2008-CR-00016-12 |
| | 083-4:2008-CR-00016-13 |
| | 083-4:2008-CR-00016-15 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All email, including all attachments containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC 552a.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  4:8-cr-016-3-RBS |
| DAVID ANTHONY RUNYON | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Jean Barrett
      RUHNKE & BARRETT
      47 Park Street
      Montclair, NJ 07042

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Walter E. Hoffman Federal Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:   Courtroom #1 |
|---|---|
| | Date and Time:  02/07/2023 11:00 am - 02/28/2023 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  11/9/22

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   David Anthony Runyon
_____ , who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
epeiffer@vcrrc.org

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  4:8-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Jean Barrett

was received by me on *(date)*   1|16|2023 .

☑ I served the subpoena by delivering a copy to the named person as follows:  in person,

_____

_____  on *(date)*  _____  ; or

☐ I returned the subpoena unexecuted because:  _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$  _____ .

My fees are $  _____  for travel and $  _____  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  1|16|2023

_____
*Server's signature*

Dana H. Chavis
*Printed name and title*

800 South Gay St Ste 2400 Knoxville TN 37929
*Server's address*

Additional information regarding attempted service, etc:



AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Virginia

| United States of America | ) |
| v. | ) |
| | ) Case No. 4:8-cr-016-3-RBS |
| DAVID ANTHONY RUNYON | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Mark Runyon
       PO Box 144
       Marble Hill, GA 30148

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Walter E. Hoffman Federal Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: Courtroom #1 |
| | Date and Time: 02/07/2023 11:00 am - 02/28/2023 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  11/9/22

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   David Anthony Runyon
_____ , who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
epeiffer@vcrrc.org

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:8-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Mark Runyon

was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: *hand delivered*

_____

_____ on *(date)*   12/2/2022   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/2/2022

_____
*Server's signature*

_____
*Printed name and title*

800 S. Gay St. Ste. 2400 Knoxville TN 37929
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>___DAVID ANTHONY RUNYON___<br>*Defendant* | )<br>)<br>)   Case No.   4:8-cr-016-3-RBS<br>)<br>) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Dr. Siddartha Nadkarni
223 East 34th Street
New York, NY 10016

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman Federal Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.:   Courtroom #1 |
|---|---|---|
| | | Date and Time: 02/07/2023 11:00 am - 02/28/2023 10:00 am |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   11/9/22

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   __David Anthony Runyon__
_____ , who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
epeiffer@vcrrc.org

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:8-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Dr. Siddartha Nadkarni

was received by me on *(date)*   1/16/2023 .

☑ I served the subpoena by delivering a copy to the named person as follows:   in person

_____   on *(date)*   1/16/2023   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: ___1/16/2023___

_____
*Server's signature*

Dana H. Chavis, AFD
*Printed name and title*

800 S. Gay St. Ste. 2400 Knoxville TN 37929
*Server's address*

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>DAVID ANTHONY RUNYON<br>*Defendant* | )<br>)<br>)<br>)<br>)<br> |

Case No.   4:8-cr-016-3-RBS

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Jeffrey Harris

Fayetteville Police Department
760 Jimmie Mayfield Blvd.
Fayetteville, GA 30215

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman Federal Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: | Courtroom #1 |
|---|---|---|---|
| | | Date and Time: | 02/07/2023 11:00 am – 02/28/2023 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  11/9/22

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

RECEIVED
UNITED STATES MARSHAL
2022 NOV 14  A 9: 40
EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   David Anthony Runyon
_____, who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
epeiffer@vcrrc.org

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:8-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Jeffrey Harris

was received by me on *(date)*   12/06/22 .

☒ I served the subpoena by delivering a copy to the named person as follows:  VIKI CLASON RECORDS CLERK

on *(date)*  12/06/22           ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  12/06/22

_____
Server's signature

BANKS, J. K. III   DUSM
Printed name and title

75 JED TURNER DR SW ATL 30303
Server's address

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 4:8-cr-016-3-RBS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| David Anthony Runyon | Subpoena |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Jeffrey Harris

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

760 Jimmie Mayfield Blvd., Fayetteville, GA 30215

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285: 1 |
| | Number of parties to be served in this case: 1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 83 | No. 19 | Tammy T Gladney | 11/14/2022 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| VICKI CLASON   RECORDS CLERK | 12/04/22 | 1135 | ☒ am ☐ pm |

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | 27.50 | | | | |

REMARKS

44 miles RT

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

CONTROLLED/CHRI

**U.S. Department of Justice**
United States Marshals Service

**Process 083-4:2008-CR-00016-2 | Cost Worksheet**
Printed on: 12/07/2022

Page 1 of 1

## PROCESS INFORMATION

| | | | |
|---|---|---|---|
| **Case Type**<br>CR - Criminal | **Origin District**<br>E/VA - NORFOLK | **Serving District**<br>N/GA - ATLANTA | **Case Caption**<br>United States of America v. David Anthony Runyon |
| **Civil/Criminal**<br>Criminal | **Attribute**<br>Government | **Process Type**<br>Subpoena | **Party to be Served**<br>Jeffrey Harris |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 11/14/2022 12:19 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 11/14/2022 12:24 EST | Forward | | $0.00 | $8.00 |
| 11/16/2022 14:22 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 12/06/2022 11:35 EST | Served | | $0.00 | $92.50 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $27.50 | | |

| **Total Costs** | | | **$0.00** | **$100.50** |
|---|---|---|---|---|

| **Remaining Balance** | **$0.00** |
|---|---|
| **Amount Owed** | **$1,066.38** |

| **Remaining Process to Serve:** | 083-4:2008-CR-00016-2 |
|---|---|
| | 083-4:2008-CR-00016-5 |
| | 083-4:2008-CR-00016-6 |
| | 083-4:2008-CR-00016-7 |
| | 083-4:2008-CR-00016-8 |
| | 083-4:2008-CR-00016-10 |
| | 083-4:2008-CR-00016-12 |
| | 083-4:2008-CR-00016-13 |
| | 083-4:2008-CR-00016-14 |
| | 083-4:2008-CR-00016-15 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  4:8-cr-016-3-RBS |
| DAVID ANTHONY RUNYON | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Lawrence Woodward
      317 30th Half Street
      Virginia Beach, VA 23451

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Walter E. Hoffman Federal Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: Courtroom #1 |
|---|---|
| | Date and Time: 02/07/2023 11:00 am - 02/28/2023 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 11/9/22

**RECEIVED UNITED STATES MARSHAL**
**2022 NOV 14  A 9: 37**
**EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION**

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   David Anthony Runyon
_____ , who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
epeiffer@vcrrc.org

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:8-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Lawrence Woodward

was received by me on *(date)*   Nov 14, 2022.

☒ I served the subpoena by delivering a copy to the named person as follows:   Woodward

came to USMS Office at 600 Granby St.

_____   on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ ___0___ for travel and $ ___65.00___ for services, for a total of $ ___65.00___ .

I declare under penalty of perjury that this information is true.

Date: ___1/4/23___

_____
*Server's signature*

Montgomery    DUSM
*Printed name and title*

600 Granby St
*Server's address*

Additional information regarding attempted service, etc:

CONTROLLED//CHRI

**U.S. Department of Justice**
United States Marshals Service

**Process 083-4:2008-CR-00016-14 | Cost Worksheet**
Printed on: 01/04/2023

## PROCESS INFORMATION

| | | | |
|---|---|---|---|
| **Case Type** | **Origin District** | **Serving District** | **Case Caption** |
| CR - Criminal | E/VA - NORFOLK | E/VA - NORFOLK | United States of America v. David Anthony Runyon |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Criminal | Government | Subpoena | Lawrence Woodward |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 11/14/2022 09:11 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 01/04/2023 10:17 EST | Served | | $0.00 | $65.00 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $0.00 | | |
| **Total Costs** | | | **$0.00** | **$65.00** |

| | |
|---|---|
| **Remaining Balance** | **$0.00** |
| **Amount Owed** | **$1,502.51** |
| **Remaining Process to Serve:** | 083-4:2008-CR-00016-7 |
| | 083-4:2008-CR-00016-8 |
| | 083-4:2008-CR-00016-12 |
| | 083-4:2008-CR-00016-13 |
| | 083-4:2008-CR-00016-15 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

ORIGINAL

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No.  4:8-cr-016-3-RBS |
| DAVID ANTHONY RUNYON | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Patty Ann Aaron

    314 Happy Hollow Lane
    Ohatchee, AL 36271

*[Stamp: RECEIVED UNITED STATES MARSHAL — EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION — 2022 DEC 1  A 9: 55]*

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman Federal Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | Courtroom #1 |
|---|---|---|---|
|  |  | Date and Time: | 02/07/2023 11:00 am - 02/28/2023 10:00 am |

    You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  11/9/22

                                     *CLERK OF COURT*

                                          *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    David Anthony Runyon
_____ , who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
epeiffer@vcrrc.org

AO 89  (Rev. 03/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:8-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Patty Ann Aaron _____

was received by me on *(date)*   14 nov 2022 _____

☒ I served the subpoena by delivering a copy to the named person as follows:   Mr. Vance Aaron

husband of Patty Ann Aaron recieved a copy

of the Supoena _____ on *(date)*   15 nov 2022 or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  15 nov 2022 _____        _____
                                                   *Server's signature*

                                        Brandon L Haynes
                                                   *Printed name and title*

                                        1100 Gurnee Ave, Anniston, AL 36201
                                                   *Server's address*

Additional information regarding attempted service, etc:

1 Dusm      2 hrs      30 miles R/T

CONTROLLED//CHRI

**U.S. Department of Justice**
United States Marshals Service

**Process 083-4:2008-CR-00016-9 | Cost Worksheet**
Printed on: 12/01/2022

## PROCESS INFORMATION

| **Case Type** | **Origin District** | **Serving District** | **Case Caption** |
|---|---|---|---|
| CR - Criminal | E/VA - NORFOLK | N/AL - BIRMINGHAM | United States of America v. David Anthony Runyon |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Criminal | Government | Subpoena | Patty Aaron |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 11/14/2022 15:12 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 11/14/2022 15:13 EST | Forward | | $0.00 | $8.00 |
| 11/15/2022 11:13 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 11/30/2022 15:22 EST | Served | | $0.00 | $148.75 |
| | Personnel Charges | $130.00 | | |
| | Mileage Charges | $18.75 | | |

| **Total Costs** | | | **$0.00** | **$156.75** |
|---|---|---|---|---|

| **Remaining Balance** | **$0.00** |
|---|---|
| **Amount Owed** | **$616.38** |

| **Remaining Process to Serve:** | |
|---|---|
| | 083-4:2008-CR-00016-1 |
| | 083-4:2008-CR-00016-2 |
| | 083-4:2008-CR-00016-5 |
| | 083-4:2008-CR-00016-6 |
| | 083-4:2008-CR-00016-7 |
| | 083-4:2008-CR-00016-8 |
| | 083-4:2008-CR-00016-9 |
| | 083-4:2008-CR-00016-10 |
| | 083-4:2008-CR-00016-12 |
| | 083-4:2008-CR-00016-13 |
| | 083-4:2008-CR-00016-14 |
| | 083-4:2008-CR-00016-15 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither the report nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY

ORIGINAL

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 4:8-cr-016-3-RBS |
| DAVID ANTHONY RUNYON | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Robert Glenn Ford
      3880 Waterside Dr., Apt. 304
      Elizabeth City, NC 37909

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman Federal Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: Courtroom #1 |
|---|---|---|
| | | Date and Time: 02/07/2023 11:00 am - 02/28/2023 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   11/9/22

RECEIVED
UNITED STATES MARSHAL
2022 NOV 14 A 9:38
EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   David Anthony Runyon
_____, who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
epeiffer@vcrrc.org

CONTROLLED//CHRI



**U.S. Department of Justice**
United States Marshals Service

**Process 083-4:2008-CR-00016-5 | Cost Worksheet**
Printed on: 12/16/2022

Page 1 of 1

## PROCESS INFORMATION

| | | | |
|---|---|---|---|
| **Case Type**<br>CR - Criminal | **Origin District**<br>E/VA - NORFOLK | **Serving District**<br>E/NC - ELIZABETH CITY | **Case Caption**<br>United States of America v. David Anthony Runyon |
| **Civil/Criminal**<br>Criminal | **Attribute**<br>Government | **Process Type**<br>Subpoena | **Party to be Served**<br>Robert Ford |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 11/14/2022 13:02 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 11/14/2022 13:05 EST | Forward | | $0.00 | $8.00 |
| 11/14/2022 14:26 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 12/05/2022 09:07 EST | Served | | $0.00 | $71.25 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $6.25 | | |

| **Total Costs** | | | **$0.00** | **$79.25** |
|---|---|---|---|---|

| **Remaining Balance** | **$0.00** |
|---|---|
| **Amount Owed** | **$1,210.63** |

| **Remaining Process to Serve:** | |
|---|---|
| | 083-4:2008-CR-00016-5 |
| | 083-4:2008-CR-00016-7 |
| | 083-4:2008-CR-00016-8 |
| | 083-4:2008-CR-00016-10 |
| | 083-4:2008-CR-00016-12 |
| | 083-4:2008-CR-00016-13 |
| | 083-4:2008-CR-00016-14 |
| | 083-4:2008-CR-00016-15 |
| | 083-4:2008-CR-00016-16 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to whom loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:8-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Robert Glenn Ford

was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: _____

_Personal Service_

_____   on *(date)*  12/5/2022   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  12/5/2022

_____
Server's signature

K. Jones
_____
Printed name and title

300 E. Main St. Elizabeth City NC
_____
Server's address

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  4:8-cr-016-3-RBS |
| DAVID ANTHONY RUNYON | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Scott Linker
        437 30th Street E
        Wellington, KS 67152

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman Federal Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | Courtroom #1 |
|---|---|---|---|
| | | Date and Time: | 02/07/2023 11:00 am - 02/28/2023 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  11/9/22

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    David Anthony Runyon
_____ , who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
epeiffer@vcrrc.org

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  4:8-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Scott Linker _____

was received by me on *(date)* _____11/17/2022_____

☑ I served the subpoena by delivering a copy to the named person as follows: I went to house which was gated. No answer on the speaker, A business card was placed in mail box, I also called Tiffany phone and left a void message. on *(date)* _____11/17/2022_____ ; or

☐ I returned the subpoena unexecuted because: _____
_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____0_____ .

My fees are $ ____16.28____ for travel and $ ____130.00____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____11/17/2022_____                    _____
                                                                    *Server's signature*

                                                               V. Keith Lane
                                                          *Printed name and title*
                                                401 N. Market Suite #207
                                                Wichita, Kansas 67202
                                                          *Server's address*

Additional information regarding attempted service, etc:

Tiffany returned my call a few minutes later. She advised that both parties were home and would accept service at the front gate. At 10:30 am both Tiffany & Scott Linker were personally served with a subpoena. VKL

CONTROLLED//CHRI

**U.S. Department of Justice**
**United States Marshals Service**

**Process 083-4:2008-CR-00016-4 | Cost Worksheet**
Printed on: 11/21/2022

## PROCESS INFORMATION

| | | | |
|---|---|---|---|
| **Case Type** | **Origin District** | **Serving District** | **Case Caption** |
| CR - Criminal | E/VA - NORFOLK | D/KS - WICHITA | United States of America v. David Anthony Runyon |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Criminal | Government | Subpoena | Scott Linker |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 11/14/2022 12:51 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 11/14/2022 12:54 EST | Forward | | $0.00 | $8.00 |
| 11/15/2022 09:06 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 11/17/2022 11:32 EST | Served | | $0.00 | $146.25 |
| | Personnel Charges | $130.00 | | |
| | Mileage Charges | $16.25 | | |

| **Total Costs** | | | **$0.00** | **$154.25** |
|---|---|---|---|---|

| | |
|---|---|
| **Remaining Balance** | **$0.00** |
| **Amount Owed** | **$467.63** |

**Remaining Process to Serve:**

083-4:2008-CR-00016-1
083-4:2008-CR-00016-2
083-4:2008-CR-00016-4
083-4:2008-CR-00016-5
083-4:2008-CR-00016-6
083-4:2008-CR-00016-7
083-4:2008-CR-00016-8
083-4:2008-CR-00016-9
083-4:2008-CR-00016-10
083-4:2008-CR-00016-12
083-4:2008-CR-00016-13
083-4:2008-CR-00016-14
083-4:2008-CR-00016-15

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 4:8-cr-016-3-RBS |
| DAVID ANTHONY RUNYON | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Tiffany Linker
437 30th Street E
Wellington, KS 67152

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Walter E. Hoffman Federal Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: Courtroom #1 |
|---|---|
| | Date and Time: 02/07/2023 11:00 am - 02/28/2023 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 11/9/22

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __David Anthony Runyon__ , who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
epeiffer@vcrrc.org

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.    4:8-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*    Tiffany Linker

was received by me on *(date)*    11/17/2022

☒ I served the subpoena by delivering a copy to the named person as follows:   I went to house which was gated. No answer on the speaker. A business card was placed in mail box. I also called Tiffany phone and left a voice message.    on *(date)*    11/17/2022    ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ____φ____ .

My fees are $    16.28    for travel and $    130.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    11/17/2022

_____
Server's signature

V. Keith Lane    DUSM
Printed name and title

401 N. Market Suite #207
Wichita, Kansas 67202

Server's address

Additional information regarding attempted service, etc:

Tiffany returned my call a few minutes later. She advised that both parties were home and would accept service at the front gate. At 10:30 am both Tiffany & Scott Linker were personally Served with a subpoena, vKL

CONTROLLED//CHRI

**U.S. Department of Justice**
**United States Marshals Service**

**Process 083-4:2008-CR-00016-3 | Cost Worksheet**
Printed on: 11/21/2022

## PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CR - Criminal | E/VA - NORFOLK | D/KS - WICHITA | United States of America v. David Anthony Runyon |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Criminal | Government | Subpoena | Tiffany Linker |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 11/14/2022 12:41 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 11/14/2022 12:44 EST | Forward | | $0.00 | $8.00 |
| 11/15/2022 09:04 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 11/17/2022 13:10 EST | Served | | $0.00 | $146.25 |
| | Personnel Charges | $130.00 | | |
| | Mileage Charges | $16.25 | | |

| **Total Costs** | | | **$0.00** | **$154.25** |
|---|---|---|---|---|

| **Remaining Balance** | **$0.00** |
|---|---|
| **Amount Owed** | **$467.63** |

| Remaining Process to Serve: | |
|---|---|
| | 083-4:2008-CR-00016-1 |
| | 083-4:2008-CR-00016-2 |
| | 083-4:2008-CR-00016-3 |
| | 083-4:2008-CR-00016-4 |
| | 083-4:2008-CR-00016-5 |
| | 083-4:2008-CR-00016-6 |
| | 083-4:2008-CR-00016-7 |
| | 083-4:2008-CR-00016-8 |
| | 083-4:2008-CR-00016-9 |
| | 083-4:2008-CR-00016-10 |
| | 083-4:2008-CR-00016-12 |
| | 083-4:2008-CR-00016-13 |
| | 083-4:2008-CR-00016-14 |
| | 083-4:2008-CR-00016-15 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to whom loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY

Printed By District: E/VA

Page 1 of 1

**ORIGINAL**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  4:8-cr-016-3-RBS |
| DAVID ANTHONY RUNYON | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Shella Cronin
99 SE Mizner Blvd., Apt. 35
Boca Raton, FL 33432

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Walter E. Hoffman Federal Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.:  Courtroom #1 |
|---|---|
| | Date and Time: 02/07/2023 11:00 – 02/28/2023 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  11/9/22

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  **David Anthony Runyon**
_____ , who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
epeiffer@vcrrc.org

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:8-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Sheila Cronin _____

was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: _____

_____hand delivered at 2168 Truxton Drive Pittsburgh PA_____

_____ on *(date)* __11/29/2022__ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date:  __11/29/2022__          _____
                                    *Server's signature*

                                Danati.Chans
                                _____
                                *Printed name and title*

                    __800 S. Gay St. Ste. 2400 Knoxville TN 37929__
                                *Server's address*

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   4:8-cr-016-3-RBS |
| DAVID ANTHONY RUNYON | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    David Dombrowski
       302 Woolf Avenue
       Piedmont, AL 36272

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman Federal Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | Courtroom #1 |
|---|---|---|---|
| | | Date and Time: | 02/07/2023 11:00 am - 02/28/2023 10:00 am |

    You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

RECEIVED UNITED STATES MARSHAL
2022 NOV 14  A 9: 39
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

Date:   11/9/22

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    David Anthony Runyon
_____ , who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2970
epeiffer@vcrrc.org

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.    4:8-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any)   **David Dombrowski**

was received by me on (date)   14 nov 2022

☒ I served the subpoena by delivering a copy to the named person as follows:   David Dombrowski
at residence 302 Voolfe Ave Piedmont AL 36272
                                              on (date)   01 Dec 2022 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____    for travel and $ _____    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  01 Dec 2022                           _____
                                                              Server's signature

                                             Brandon C. Haynes DUSM
                                                              Printed name and title

                                             1100 Gurnee AVE Anniston AL 36201
                                                              Server's address

Additional information regarding attempted service, etc:

3 Attempts

1 Dusm    4 hours    156 miles R/T

CONTROLLED//CHRI

**U.S. Department of Justice**
United States Marshals Service

Process 083-4:2008-CR-00016-1 | Cost Worksheet
Printed on: 12/07/2022

## PROCESS INFORMATION

| **Case Type**<br>CR - Criminal | **Origin District**<br>E/VA - NORFOLK | **Serving District**<br>N/AL - BIRMINGHAM | **Case Caption**<br>United States of America v. David Anthony Runyon |
|---|---|---|---|
| **Civil/Criminal**<br>Criminal | **Attribute**<br>Government | **Process Type**<br>Subpoena | **Party to be Served**<br>David Dombrowski |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 11/14/2022 11:51 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 11/14/2022 12:09 EST | Forward | | $0.00 | $8.00 |
| 11/15/2022 11:14 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 12/01/2022 16:01 EST | Served | | $0.00 | $357.50 |
| | Personnel Charges | $260.00 | | |
| | Mileage Charges | $97.50 | | |

| **Total Costs** | | | **$0.00** | **$365.50** |
|---|---|---|---|---|

| **Remaining Balance** | **$0.00** |
|---|---|
| **Amount Owed** | **$973.88** |

| **Remaining Process to Serve:** | 083-4:2008-CR-00016-1 |
|---|---|
| | 083-4:2008-CR-00016-2 |
| | 083-4:2008-CR-00016-5 |
| | 083-4:2008-CR-00016-6 |
| | 083-4:2008-CR-00016-7 |
| | 083-4:2008-CR-00016-8 |
| | 083-4:2008-CR-00016-10 |
| | 083-4:2008-CR-00016-12 |
| | 083-4:2008-CR-00016-13 |
| | 083-4:2008-CR-00016-14 |
| | 083-4:2008-CR-00016-15 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| United States of America | ) | **ORIGINAL** |
| v. | ) | |
| | ) | Case No.  4:08-cr-016-3-RBS |
| DAVID ANTHONY RUNYON | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Dr. Daniel Martell
      64 Fairlake
      Irvine, CA 92614

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffman Federal Courthouse | Courtroom No.: | Courtroom #1 |
| | 600 Grandby Street | Date and Time: | 02/07/2023 11:00 am - 02/28/2023 10:00 am |
| | Norfolk, VA 23518 | | |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  12/9/22

                                            CLERK OF COURT

                                            _____
                                            *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   David Anthony Runyon
_____ , who requests this subpoena, are:

Dana Hansen Chavis
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
dana_hansen@fd.org

Elizabeth J. Peiffer
Virginia Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
(434) 817-2972
epeiffer@vcrrc.org

ORIGINAL

CONTROLLED/CHRI

**U.S. Department of Justice**
United States Marshals Service

**Process 083-4:2008-CR-00016-16 | Cost Worksheet**
Printed on: 12/23/2022

## PROCESS INFORMATION

| | | | |
|---|---|---|---|
| **Case Type** | **Origin District** | **Serving District** | **Case Caption** |
| CR - Criminal | E/VA - NORFOLK | C/CA - SANTA ANA | United States of America v. David Anthony Runyon |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Criminal | Government | Subpoena | Dr. Daniel Martell |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 12/12/2022 15:09 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 12/14/2022 15:24 EST | Forward | | $0.00 | $8.00 |
| 12/20/2022 11:14 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 12/22/2022 12:30 EST | Served | | $0.00 | $84.38 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $19.38 | | |

| **Total Costs** | | | **$0.00** | **$92.38** |
|---|---|---|---|---|

| Remaining Balance | $0.00 |
|---|---|
| **Amount Owed** | **$1,437.51** |

| Remaining Process to Serve: | 083-4:2008-CR-00016-7 |
|---|---|
| | 083-4:2008-CR-00016-8 |
| | 083-4:2008-CR-00016-12 |
| | 083-4:2008-CR-00016-13 |
| | 083-4:2008-CR-00016-14 |
| | 083-4:2008-CR-00016-15 |
| | 083-4:2008-CR-00016-16 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it not its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:08-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Dr. Daniel Martell

was received by me on *(date)*   12/20/22 .

☑ I served the subpoena by delivering a copy to the named person as follows:

DR. DANIEL MARTELL

on *(date)*   12/22/2022  ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:   12/22/2022

9:30 AM

31 miles
1 Deputy
1 HR.

4821

*Server's signature*

Deputy U.S. Marshal M. Castillo

*Printed name and title*

411 W 4th St. Suite 2150 Santa Ana Ca.

*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:8-cr-016-3-RBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Hon. Stephen Hudgins

was received by me on *(date)*   11-14-22 .

☑ I served the subpoena by delivering a copy to the named person as follows:   Honorable
Stephen Hudgins
on *(date)*   12-9-22   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $   $0.00   for travel and $   $65.00   for services, for a total of $   $65.00   -0.00-

I declare under penalty of perjury that this information is true.

Date:   12-9-22

_____
Server's signature

A. Ledet, Deputy US Marshal
Printed name and title

2400 West Ave. NN, VA. 23607
Server's address

Additional information regarding attempted service, etc:
Electronic Service

CONTROLLED//CHRI

**U.S. Department of Justice**
United States Marshals Service

**Process 083-4:2008-CR-00016-6 | Cost Worksheet**
Printed on: 12/09/2022

Page 1 of 1

## PROCESS INFORMATION

| | | | |
|---|---|---|---|
| **Case Type**<br>CR - Criminal | **Origin District**<br>E/VA - NORFOLK | **Serving District**<br>E/VA - NORFOLK | **Case Caption**<br>United States of America v. David Anthony Runyon |
| **Civil/Criminal**<br>Criminal | **Attribute**<br>Government | **Process Type**<br>Subpoena | **Party to be Served**<br>Honorable Stephen Hudgins |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 11/14/2022 13:53 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 12/09/2022 13:01 EST | Served | | $0.00 | $65.00 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $0.00 | | |
| **Total Costs** | | | **$0.00** | **$65.00** |

| | |
|---|---|
| **Remaining Balance** | **$0.00** |
| **Amount Owed** | **$1,131.38** |

| Remaining Process to Serve: | |
|---|---|
| | 083-4:2008-CR-00016-5 |
| | 083-4:2008-CR-00016-7 |
| | 083-4:2008-CR-00016-8 |
| | 083-4:2008-CR-00016-10 |
| | 083-4:2008-CR-00016-12 |
| | 083-4:2008-CR-00016-13 |
| | 083-4:2008-CR-00016-14 |
| | 083-4:2008-CR-00016-15 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY