**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division**

DAVID ANTHONY RUNYON,

       Petitioner,

v.

                              **CIVIL NO. 4:15cv108
[ORIGINAL CRIMINAL NO. 4:08cr16]**

UNITED STATES OF AMERICA,

       Respondent.

<u>ORDER</u>

This matter comes before the court on Petitioner's motion "for an order permitting him to expand the record by submitting additional evidence by document, declaration, affidavit, or exhibit," filed on February 2, 2023. ECF No. 753 at 1 ("Motion").[1] While the United States has not directly opposed the Motion, it previously advised the court of its general "objection to the practice of substituting declarations and expert reports for live testimony." ECF No. 743 at 9. In support of its objection, the United States argues that the "Federal Rules of Evidence, including the rules regarding inadmissibility of hearsay, apply in habeas proceedings." <u>Id.</u> (citing Fed. R. Evid. 1101(d)).

The court agrees. <u>See</u> Rules Governing § 2255 Proceedings, Rule 7 (the "judge must give the party against whom the additional

---

[1] Petitioner's Motion lists several categories of documents, which he seeks to enter into the record in lieu of live testimony. <u>See</u> ECF No. 753 at 3-7. These documents are comprised of out-of-court statements by Dr. Alan Mirsky, Dr. Richard Dudley, Ms. Catherina Voss, Cpt. Jeffrey Harris, and Mr. Lawrence Woodward.

materials are offered an opportunity to admit or deny their correctness."). Accordingly, Petitioner's "Motion to Expand the Record" is **DENIED**. Petitioner may seek to admit the documents discussed in his Motion at the evidentiary hearing, subject to the Federal Rules of Evidence regarding authentication and hearsay. See Fed. R. Evid. 802, 901.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for Petitioner and the United States Attorney at Newport News.

**IT IS SO ORDERED.**

_/s/_

Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

February 9, 2023

2