# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

## Friday, February 10, 2023 (Day 4)

MINUTES OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE   Rebecca Beach Smith, USDJ

Deputy Clerk: Tammy Armstrong                    Reporter: Jody Stewart, OCR

| Set: 12:00 p.m. | Started: 11:58 p.m. | Ended: 6:05 p.m. |
|---|---|---|
| 4:08cr16 | USA v. David Anthony Runyon | |

Brian Samuels, Lisa McKeel, and Carrie Ward present on behalf of USA.

Elizabeth Peiffer, Dana Chavis, and Helen Bales present on behalf of Mr. Runyon.  Defendant present in custody.

Matter came on for continuation of Evidentiary Hearing.

Comments of the court and counsel heard.

Exhibits admitted by the court as agreed upon by counsel.

Petitioner continued with presentation of evidence – witnesses sworn and testified.

Counsel and parties excused until 12:00 p.m. on 2/13/2023.

Defendant remanded to custody of USM.

Court adjourned.