Eastern District of Virginia

# Memorandum

**United States Attorneys Office**

| Subject | Date |
|---|---|
| Request for Blank Trial Subpoenas | February 13, 2023 |

| To | From |
|---|---|
| Fernando Galindo<br>Clerk, U.S. District Court<br>EDVA, Newport News, VA | Brian J. Samuels<br>AUSA |

Please issue 3 blank subpoenas for February 14, 2023 at 11:00 a.m., in Norfolk, VA in the case <u>United States v. David A. Runyon 4:08cr16.</u>

Thank you.