# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF VIRGINIA
#### NORFOLK DIVISION

Tuesday, February 14, 2023 (Day 6)

MINUTES OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE   Rebecca Beach Smith, USDJ

Deputy Clerk: Tammy Armstrong                    Reporter: Jody Stewart, OCR

| Set: 12:00 p.m. | Started: 12:00 p.m. | Ended: 5:35 p.m.* |
|---|---|---|
| 4:08cr16 | USA v. David Anthony Runyon | |

Brian Samuels, Lisa McKeel, and Carrie Ward present on behalf of USA.

Elizabeth Peiffer, Dana Chavis, and Helen Bales present on behalf of Mr. Runyon.  Defendant present in custody.

Matter came on for continuation of Evidentiary Hearing.

Comments of court and counsel heard.  Petitioner requested that the court continue the hearing to allow time to disclose discovery materials to the government.

Counsel and parties excused until 12:00 p.m. on 2/16/2023, with the potential of reconvening at 4:00 p.m. on 2/15/2023.

Defendant remanded to custody of USM.

Court adjourned.

*Court in recess:  12:35 p.m. − 5:00 p.m.