# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Wednesday, February 15, 2023

MINIMUTES OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE    Rebecca Beach Smith, USDJ

Deputy Clerk: Tammy Armstrong                    Reporter: Jody Stewart, OCR

| Set: 4:00 p.m. | Started: 4:00 p.m. | Ended: 6:00 p.m. |
|---|---|---|
| 4:08cr16 | USA v. David Anthony Runyon | |

Brian Samuels, Lisa McKeel, and Carrie Ward present on behalf of USA.

Elizabeth Peiffer, Dana Chavis, and Helen Bales present on behalf of Mr. Runyon.  Defendant present in custody.

Counsel and parties reconvened for status conference pursuant to the court's direction on 2/14/2023.

Comments of court and counsel heard.

Dana Chavis motioned the court to withdraw as petitioner's counsel. Mr. Runyon was sworn and questioned regarding the motion.  The court granted the motion and directed that Ms. Chavis be removed from the case.

Helen Bales motioned the court to withdraw as petitioner's counsel. The court takes the motion under advisement pending briefing.  Motion to Withdraw as Attorney and Memorandum in Support to be filed by 2/17/2023. Government's response to be filed by 2/21/2023.  Hearing set on the Motion to Withdraw as Attorney for 2/22/2023 at 12:00 noon.

Court exhibits admitted into evidence.

Court gave petitioner's counsel specific directives regarding document production to the government.

Court to prepare an Order.

Defendant remanded to custody of USM.

Court adjourned.

Court Exhibits:

#1A - Sealed

#1B - Sealed

#2 -  FDS Eastern Tennessee Organizational Charts