UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

CIVIL NO. 4:15cv108
[ORIGINAL CRIMINAL NO. 4:08cr16-3]

ORDER

This matter comes before the court following several motions raised during the seventh day of Petitioner's evidentiary hearing, held on February 15, 2023.

Ms. Dana Chavis moved the court to withdraw from representation of Petitioner in this matter. Upon agreement of Petitioner and co-counsel, and for the reasons stated from the bench on February 15, 2023, the Court **GRANTS** the motion, finding that Ms. Chavis' withdrawal is in the interest of justice. See 18 U.S.C. § 3599(e); Martel v. Clair, 565 U.S. 648, 652 (2012). Accordingly, Ms. Chavis is hereby immediately **REMOVED** as counsel for Petitioner. Ms. Chavis shall immediately transfer all case materials, of any kind and in any form, in her possession to her co-counsel, and she shall have no further involvement with Petitioner's case, including, but not limited to, physical and electronic access to documents, exhibits, memoranda, conversations, and so forth; nor is she to have any interactions whatsoever with Petitioner, written or verbal.

Additionally, Ms. Chavis shall immediately restore co-counsel's access to the local team workspace, including internet access, and transfer complete electronic access to all case files and databases to co-counsel, as set forth above.

Pursuant to 18 U.S.C. § 3599(d), the court **APPOINTS** Ms. Helen Susanne Bales, Assistant Federal Defender for the Federal Defender Services of Eastern Tennessee, Inc. ("FDSET"), as counsel for Petitioner, to join Petitioner's other counsel, Ms. Elizabeth Peiffer of the Virginia Capital Representation Resource Center ("VCRRC"). Ms. Bales' appointment is appropriate following Ms. Chavis' removal and is in consideration of the fact that Ms. Bales has been working on Petitioner's case since 2015 at FDSET in a supporting capacity, has attended pre-evidentiary habeas hearings in this court, has been present throughout the duration of Petitioner's habeas evidentiary hearing, and has over twenty years of federal public defense experience. Moreover, Ms. Bales was already approved by the court pro hac vice as a third counsel in the case. See ECF Nos. 772 (order), 764 (motion).

Ms. Bales did advise the court that, after Ms. Chavis' withdrawal, she had been directed by her supervisor at FDSET also to move the court to withdraw from Petitioner's case, but no reason due to any conduct or action on the part of Ms. Bales was given. Counsel for Petitioner and the United States were **DIRECTED** to comply with the court's instructions, issued from the bench, outlining a

briefing schedule, if Ms. Bales filed a formal written motion to withdraw. Additionally, Mr. Robert Lee, Executive Director of VCRRC, is **DIRECTED** to contact Ms. Gianna Maio, Federal Community Defender of FDSET, regarding her office's continued representation of Petitioner. Mr. Lee shall contact the court to report that contact has been established with FDSET and to advise what progress has been made to ensure joint resolution of this matter as between VCRRC and FDSET. If the matter cannot be resolved and Ms. Bales' motion to withdraw proceeds, Ms. Maio is **DIRECTED** to be present before the court when it reconvenes, as set forth below.

Petitioner's evidentiary hearing is hereby **CONTINUED** until Wednesday, February 22, 2023, at 12:00 P.M. Counsel are **DIRECTED** to continue with discovery, in accordance with the instructions of the court, as issued from the bench on February 15, 2023.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for Petitioner, the United States Attorney at Newport News, Mr. Lee of the Virginia Capital Representation Resource Center, Ms. Maio of the Federal Defender Services of Eastern Tennessee, and Ms. Chavis.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

February 16, 2023*

* This order was effective immediately after issued from the bench on February 15, 2023, at 6:00 P.M., at which time Petitioner's hearing was adjourned.

3