**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| Petitioner, | ) | Original Criminal No. 4:08-cr-16-3 |
| | ) | Original Civil No. 4:15-cv-108 |
| vs. | ) | **CAPITAL § 2255 PROCEEDINGS** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |
| | ) | |

**RENEWED MOTION FOR ATTORNEY BALES TO WITHDRAW**

Comes now, undersigned counsel for DAVID ANTHONY RUNYON, Susanne Bales to allow her to immediately withdraw from representing him in pursuing post-conviction remedies, including the investigation, preparation, prosecution of a motion for post-conviction relief pursuant to 28 U.S.C. § 2255, and in preparing for and conducting an evidentiary hearing. Mr. Runyon that Attorney Bales be relieved of her duties in this case and be allowed to withdraw because she suffers from a conflict of interest.

Pursuant to Local Rule 7(f), a Memorandum of Law in Support of Mr. Runyon's Renewed Motion for Attorney Bales to Withdraw accompanies this motion.

Respectfully Submitted,

/s/Susanne Bales, *pro hac vice*
Susanne Bales
Asst. Federal Community Defender
Federal Defender Services of Eastern Tennessee
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone (865) 637-7979
Fax (865) 637-7999
Susanne_Bales@fd.org