# SEARCH IN THE TRIAL COUNSEL FILE FOR "CUNNINGHAM" (PARTIAL, AS OF 2/17/2023 12:30 AM)

| Bates #s | Date | Description | LOCATION |
|---|---|---|---|
| OAF 0000075–87 | August 10, 2009 | Motion in Limine of United States to Limit testimony of defendant's expert Dr. Mark Cunningham | ECF 267 |
| OAF 0003502 | October 7, 2008 | Email Woodward to Tina Heath forwarding email from Bruck to Babineau and Woodward regarding Cunningham resume and fee schedule, Cunningham qualifications, David Ball, Margie Fargo, Brett Dillingham, and Denise de la Rue with handwritten note | Disclosed January 31, 2022 |
| OAF 003503–10 | N/A | Cunningham CV and fee schedule | Disclosed 2/17/2023 |
| OAF 004832–84 | N/A | Printout of *U.S. v. Johnson* 362 F. Supp. 2d 1043 (n.d. Iowa 2005) (53 pgs) | Disclosed 2/17/2023 |
| OAF 0004909–65 | N/A | Printout of *U.S. v. Sampson* 335 F. Supp. 2d 166 (d. Mass. 2004) (57 pgs) | Disclosed 2/17/2023 |
| OAF 0005441–49 | N/A | Defendant's response to Motion in Limine of US regarding Mark D. Cunningham with handwritten note | ECF 283 and notice of electronic filing of ECF 283 (with handwritten note that says "defendant's response) |
| OAF 005541–42 | November 12, 2008 | Letter from Babineau to Cunningham sending records without attachments, with handwritten note | Disclosed January 31, 2022 |
| OAF 0005545 | November 17, 2008 | Letter from Babineau to Major Benzie confirming 11/13 phone conversation requesting Cunningham visit with Runyon at jail. | Disclosed January 31, 2022 |
| OAF 0005580–82 | December 1, 2008 | Letter from Babineau to physician's health services requesting copies of Runyon medical records, enclosing consent to release confidential medical information and authorization for release of records | Disclosed January 31, 2022 |
| OAF 0005583 | December 2, 2008 | Letter from Babineau to Cunningham enclosing order regarding mental health evidence and portion of ex parte order (without attachments) | Disclosed January 31, 2022 |
| OAF 0005584 | December 2, 2008 | Letter from Babineau to Nelson enclosing order regarding mental health evidence, portion of ex parte order (without attachments), and medical records for Runyon from Portsmouth Sheriff's Office | Disclosed January 31, 2022 |
| OAF 0005624 | December 19, 2008 | Letter from Babineau to Cunningham enclosing Runyon's inmate records from Portsmouth City Jail (without attachments), with handwritten note | Disclosed January 31, 2022 |

# SEARCH IN THE TRIAL COUNSEL FILE FOR "CUNNINGHAM" (PARTIAL, AS OF 2/17/2023 12:30 AM)

| | | | |
|---|---|---|---|
| OAF 0005625 | January 6, 2009 | Letter from Babineau to the Court enclosing subpoenas for Cunningham and Nelson, with handwritten note | Disclosed January 31, 2022 |
| OAF 0005647–56 | February 10, 2009 | Letter from Babineau to Samuels and McKeel requesting that US withdraw their notice of intent to seek the death penalty | Disclosed January 31, 2022 |
| OAF 0005657 | February 11, 2009 | Letter from Babineau to Cunningham enclosing copies of Runyon's inmate records from Newport News City Jail (without enclosures) | Disclosed January 31, 2022 |
| OAF 0006316–29 | N/A | Draft direct exam for Cunningham with handwritten marks | Disclosed January 31, 2022 |
| OAF 0006330–74 | N/A | Draft direct exam for Cunningham with slides | Disclosed January 31, 2022 |
| OAF 0006375–92 | February 5, 2009 | Letter from Cunningham to Babineau regarding summary of findings and opinions with handwritten marks and attached CV | Disclosed January 31, 2022 |
| OAF 0006393–414 | August 19, 2009 | Cunningham slides with questions | Disclosed January 31, 2022 |
| OAF 0006417–25 | Updated August 11, 2009 | Cunningham CV | Disclosed January 31, 2022 Duplicate of OAF 0006594–602 |
| OAF 0006426–34 | February 5, 2009 | Letter from Cunningham to Babineau regarding summary of findings and opinions with handwritten marks and attached CV (without CV attached) | Duplicate of OAF6375–83 |
| OAF 0006435–39 | August 19, 2009 | Cunningham draft direct/re-direct | Disclosed January 31, 2022 |
| OAF 0006440–74 | N/A | Cunningham slides with questions | Disclosed January 31, 2022 |
| OAF 0006475–83 | N/A | Cunningham slides with questions | Disclosed January 31, 2022 |
| OAF 0006484 | August 19, 2009 | Cunningham slides with questions | Duplicate of OAF 0006393–414 |
| OAF 0006506–23 | September 18, 2007 | Printout of Cunningham, Reidy, and Sorensen article regarding future dangerousness | Disclosed January 31, 2022 |
| OAF 0006524 | February 5–7, 2009 | Email Chain: (1) February 5, 2009, Email from Cunningham to Babineau attaching Runyon report and CV; (2) February 6, 2009, Email from Babineau to Woodward Holland and Walden forwarding previous email; (3) February 7, 2009, Email from Woodward to Babineau, Holland, and Walden thanking Babineau for Nelson and Cunningham reports and asking about edits to voir dire | Disclosed January 31, 2022 |
| OAF 0006525–26 | December 11, 2008 | Email Chain: (1) Email from Cunningham to Babineau, Holland, and Casey regarding anticipated testimony regarding mitigation; (2) Email from Cunningham to Babineau, Holland, and Casey regarding positive | Disclosed January 31, 2022 |

| | | prisoner evidence summary; (3) Email from Cunningham to Babineau, Holland, and Casey regarding adding that testimony would be accompanied by demonstrative exhibits | |
|---|---|---|---|
| OAF 0006527 | December 11, 2008 | Email Chain: (1) Email from Cunningham to Babineau, Holland, and Casey regarding anticipated testimony regarding mitigation; (2) Email from Cunningham to Babineau, Holland, and Casey regarding positive prisoner evidence summary | Disclosed January 31, 2022 |
| OAF 0006528 | December 11, 2008 | Email from Cunningham to Babineau, Holland, and Casey regarding anticipated testimony regarding mitigation | Disclosed January 31, 2022 |
| OAF 0006531–52 | August 19, 2009 | Cunningham slides | Disclosed January 31, 2022 |
| OAF 0006553–74 | August 19, 2009 | Cunningham slides | Disclosed January 31, 2022 |
| OAF 0006575 | February 5, 2009 | Letter from Cunningham to Babineau regarding summary of findings and opinions with handwritten marks and attached CV | Disclosed January 31, 2022 |
| OAF 0000006594–602 | Updated August 11, 2009 | Cunningham CV | Disclosed January 31, 2022 |
| OAF 0006603–12 | Updated November 10, 2008 | Cunningham CV with email from December 12, 2008, from Nguyen to Holland and Casey attaching updated CV | Disclosed January 31, 2022 |
| OAF 0006613–21 | Updated September 22, 2008 | Cunningham CV with handwritten note | Disclosed January 31, 2022 |
| OAF 0006622–23 | July 1, 2008 | Cunningham fee schedule | Disclosed 2/17/2023 |
| OAF 0006624–25 | November 17, 2008 | Email from Christina Parker to Cunningham attaching November 17, 2008, letter from Babineau to Major Benzie regarding Cunningham visit with Runyon | Disclosed January 31, 2022 |
| OAF 0006630–38 | February 5, 2009 | Letter from Cunningham to Babineau regarding summary of findings and opinions with handwritten marks and attached CV | Disclosed January 31, 2022 |
| OAF 0007321–38 | April 20, 2009 | Printout of docket report for Runyon with handwritten note | Court record (with handwritten note "file in Runyon") |
| OAF 0010765–67 | August 13, 2009 | Court order with Notice of Electronic Filing | ECF No. 272 |
| OAF 0010768–888 | August 4, 2009 | Email Chain: (1) Email from Hudgins to Bruck regarding Cunningham scheduling issue and possible recommendations for substitutes (2) Email from Bruck to Cronin, Woodward, and Hudgins | Disclosed 2/17/2023 |

| | | regarding James Aiken, Tom Reidy, witness prep, and corrections for government's penalty phase requested instructions (with attachments) | |
|---|---|---|---|
| OAF 0011031–32 | August 3, 2009 | Emails between Nguyen and Hudgins regarding Cunningham scheduling (last page is OAF 0013638) | Disclosed 2/17/2023 |
| OAF 0011152 | February 11, 2009 | Letter from Babineau to Cunningham enclosing copies of Runyon's inmate records from Newport News City Jail (without enclosures) | Duplicate of OAF 0005657 |
| OAF 0011161 | October 3, 2008 | Emails between Babineau, Holland, Cunningham, and Casey regarding Cunningham testifying attaching CV and fee schedule (without attachments) (with handwritten note) | Disclosed 2/17/2023 |
| OAF 0011162–87 | October 5, 2002 | Cunningham and Reidy article regarding violence risk assessment with handwritten note | Disclosed 2/17/2023 |
| OAF 0011188–205 | September 18, 2007 | Printout of Cunningham, Reidy, and Sorensen regarding future dangerousness (with handwritten note) | Duplicate of OAF 006506–6523 (except with handwritten note saying extra copy) |
| OAF 0011416–470 | June 24, 2009 and June 27, 2009 | Patterson and Montalbano Forensic Psychiatric Evaluations filed under sealed | Addressed to Samuels and McKeel |
| OAF 0012085–86 | October 30, 2008 | Expenditures per budget order from September 2, 2008– February 13, 2009 | Disclosed 2/17/2023 |
| OAF 0012425–32 | September 28, 2009 | Letter from Hudgins to Court enclosing CJA 26 for Cunningham with receipts and handwritten notes | Disclosed 2/17/2023 |
| OAF 0012455–61 | September 17, 2009 | Letter from Hudgins to Court enclosing CJA 26 for Cunningham with receipts and handwritten notes | Disclosed 2/17/2023 |
| OAF 0012674–75 | December 12, 2008 | Envelope and letter from Babineau to Runyon enclosing copy of notice to use Cunningham and Nelson with handwritten notes | Disclosed January 31, 2022 |
| OAF 0013528–33 | August 10, 2009 | Motion to take defense expert trial testimony out of sequence with notice of electronic filing. | ECF 270 |
| OAF 0013534–35 | August 7, 2009 | Email Chain: (1) Email from Amy Nguyen to Hudgins and Melinda and Mark Cunningham regarding Cunningham travel scheduling; (2) Email from Hudgins to Nguyen regarding Cunningham scheduling travel and presentation materials; (3) Email from Nguyen to Hudgins and Melinda and Mark Cunningham regarding Cunningham travel arrangements and slides with handwritten note of court address | Disclosed 2/17/2023 |

| | | | |
|---|---|---|---|
| OAF 0013538 | August 3, 2009 | Email from Nguyen regarding Cunningham testimony (First two pages are OAF 0011031–32) | Disclosed 2/17/2023 |
| OAF 0013540–42 | August 3–5, 2009 | Emails between Melinda Cunningham, Mark Cunningham, and Steve Hudgins regarding scheduling | Disclosed 2/17/2023 |
| OAF 0013543–44 | August 3–5, 2009 | Emails between Melinda Cunningham, Mark Cunningham, and Steve Hudgins regarding scheduling | Disclosed 2/17/2023 |
| OAF 0013545–46 | August 4–5, 2009 | Emails between Melinda and Mark Cunningham and Hudgins regarding scheduling | Disclosed 2/17/2023 |
| OAF 0013550–51 | August 7, 2009 | Emails between Nguyen, Mark Cunningham, and Hudgins regarding Cunningham travel and presentation materials | Disclosed 2/17/2023 |
| OAF 0013553 | August 4, 2009 | Email from Hudgins to Bruck regarding Cunningham travel and scheduling conflicts, and Reidy | Disclosed 2/17/2023 |
| OAF 0013556–57 | July 13, 2009 | Emails between Hudgins, Cunningham confirming Cunningham's willingness to testify | Disclosed 2/17/2023 |
| OAF 0013558–59 | June 7, 2009 | Email from Nelson to Hudgins regarding phone conversation about testifying | Disclosed January 31, 2022 |
| OAF 0013565 | August 4, 2009 | Email from Bruck to Hudgins, Cronin and Woodward regarding Cunningham scheduling and Merikangas requested scans; responding to August 4, 2009, email from Hudgins to Bruck regarding Cunningham schedule and witness schedule. | Def. Ex. 167 |
| OAF 0013859–66 | April 7, 2009 | Cronin's updated mitigation interview list | Duplicate of OAF 0004618 (except with "Exhibit 2" typed on front) |
| OAF 0013867–74 | April 7, 2009 | Cronin's updated mitigation interview list | Duplicate of OAF 0013859–66 |
| OAF 0013997–14000 | July 20, 2009 | Notice of intent to introduce mental health testimony | ECF 248 |
| OAF 0014009 | July 20, 2009 | Signed letter from Hudgins to Court enclosing reports with Cunningham and Mirsky (without enclosures) | Disclosed 2/17/2023 Duplicate of OAF 0014087 except it's signed |
| OAF 0014087 | July 20, 2009 | Letter from Hudgins to Court enclosing reports with Cunningham and Mirsky (without enclosures and unsigned) | Disclosed January 31, 2022 |

# SEARCH IN THE TRIAL COUNSEL FILE FOR "CUNNINGHAM" (PARTIAL, AS OF 2/17/2023 12:30 AM)

| | | | |
|---|---|---|---|
| OAF 0014097–102 | July 20, 2009 | Notice of intent to introduce mental health testimony with notice of electronic filing | ECF 248 |
| OAF 0014168 | August 3, 2009 | Emails between Hudgins and Nguyen regarding Cunningham scheduling with handwritten note | Disclosed 2/17/2023 |
| OAF 0014169–70 | August 3, 2009 | Emails between Hudgins and Nguyen regarding Cunningham scheduling | Disclosed 2/17/2023 |
| OAF 0014316–31 | August 10, 2009 | Motion in limine to limit testimony of Cunningham with notice of electronic filing and handwritten note | ECF 261 (with handwritten note that says "experts") |
| OAF 0014332–50 | August 4, 2009 | Emails between Hudgins, Cunningham and Nguyen regarding Cunningham scheduling and using Reidy instead, with attached Cunningham, Reidy, and Sorensen article regarding future dangerousness | OAF 14332 Disclosed 2/17/2023 Attached article is duplicate of 6506–23 |
| OAF 0014354–78 | August 5–14, 2009 | Emails between Cunningham and Hudgins regarding slides with attached slides | Disclosed 2/17/2023 |
| OAF 00134383–437 | June 24, 2009 and June 27, 2009 | Patterson and Montalbano Forensic Psychiatric Evaluations filed under sealed | Addressed to Samuels and McKeel |
| OAF 0014447–70 | August 14, 2009 | Email from Cunningham to Hudgins attaching slides and describing videos | OAF 0014447 Disclosed 2/17/2023 Rest duplicate of OAF 0014356–437 |
| OAF 0014487–509 | August 14, 2009 | Cunningham slides | Duplicate OAF 0014356–437 |
| OAF 0014518–26 | August 14, 2009 | Response of USA to defendant's motion to allow defendant to supplement mental health reports with notice of electronic filing | ECF 273 |
| OAF 0014557–58 | August 7–10, 2009 | Emails between Nguyen, Hudgins, Melinda Cunningham regarding Cunningham schedule and handwritten note | Disclosed 2/17/2023 |
| OAF 0014649, 0014659, 0014668 | May 18, 2009 | Cunningham mentions in Woodward's billing records, billed through March 31, 2009 | Disclosed 2/17/2023 |
| OAF 0014813, 0014817 | April 21, 2009 | Cunningham mentions in Woodward's billing records and receipts | Disclosed 2/17/2023 |
| OAF 0014850 | October 30, 2008 | Expenditures per budget order from September 2, 2008– February 13, 2009 | OAF 0012085 |

# SEARCH IN THE TRIAL COUNSEL FILE FOR "CUNNINGHAM" (PARTIAL, AS OF 2/17/2023 12:30 AM)

| OAF 0014856–58 | March 20, 2009 | Letter from Woodward to Court enclosing Cunningham CJA 31 ex parte request for authorization and voucher for expert and other services form requesting interim payment | Disclosed 2/17/2023 |
|---|---|---|---|
| OAF 0014861 | April 16, 2009 | Woodward's timesheet from January 27–February 2, 2009 | Disclosed 2/17/2023 |
| OAF 0014874–76 | November 1, 2010 December 6, 2010 | Emails between Woodward, Norris, Heath regarding sealed documents and exhibits | Disclosed 2/17/2023 |
| OAF 0014881 | July 29, 2010 | Criminal Docket, USA v. Voss et al, 4:08-cr-00016 | Court Record |
| OAF 0014908 | October 20, 2010 | Email between Norris, Heath regarding sealed documents needed and handwritten note | Disclosed 2/17/2023 |
| OAF 0014953, 0014961, 0014968 | February 26, 2009 | Cunningham mentions in Woodward's billing records from October 1, 2008— December 31, 2008 | Disclosed 2/17/2023 |
| OAF 0015059 | February 3, 2009 | Cunningham mention in Woodward billing records from October 1, 2008—December 31, 2008 | Disclosed 2/17/2023 |
| OAF 0015092, 0015108, 0015116 | January 12, 2009 | Cunningham mentions in Woodward billing, "Work in Process," "Draft," October 1, 2008—December 31, 2008 | Disclosed 2/17/2023 |
| OAF 0015119 | N/A | Handwritten note "KLT's Time," with attached docket United States v. Voss et al, 4:08-cr-00016 | Court record |
| OAF 0015188 | August 20, 2009 | Notice of Electronic Filing with handwritten note "7.30" | Court record |
| OAF 0015190 | August 21, 2009 | Notice of Electronic Filing with handwritten note "S" | Court record |
| OAF 0015243, 0015250, 0015255 | October 16, 2009 | Mentions of Cunningham in Woodward billing from June 30, 2009, —August 31, 2009 | Disclosed 2/17/2023 |
| OAF 0015274, 0015286 | September 8, 2009 | Woodward billing, June 30, 2009—August 31, 2009, with handwritten notes | Disclosed 2/17/2023 |