**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 4:08cr16 |
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 4:15cv108 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**DECLARATION OF LUCIAN T. PERA**

LUCIAN T. PERA states as follows:

1.      At the request of the Federal Defender Services of Eastern Tennessee, Inc.

("Federal Defender Office") I have prepared this declaration reflecting my opinions and

conclusions concerning certain aspects of this matter.

**SUMMARY OF CONCLUSIONS**

2.      In my opinion, Attorney Dana Hansen Chavis was required to withdraw

from her representation of Mr. Runyon in this case because of a conflict of interest arising from her conduct in this case. Further, in my opinion, because of Attorney Chavis' conflict of interest, any other lawyers practicing with the Federal Defender Office, including Attorney Helen Susanne Bales, also must withdraw from representation of Mr. Runyon. In addition, in my opinion, even apart from the imputation of Attorney Chavis' conflict of interest, Attorney Bales herself has a conflict of interest under the Rules that requires her withdrawal.

## QUALIFICATIONS

3.      I am an attorney licensed to practice and practicing law in Tennessee. I have been continuously licensed in Tennessee since 1985. I am a partner in the law firm of Adams and Reese LLP, resident in the firm's Memphis office, and I have been a partner in the firm since May 1, 2006. From September 1986 through April 30, 2006, I practiced law with Armstrong Allen, PLLC, and I was a partner or member of that firm from January 1994 through April 2006. From 1985 through 1986, I served as a law clerk to Judge Harry W. Wellford of the United States Court of Appeals for the Sixth Circuit. A copy of my current curriculum vitae is attached as **Exhibit A**.

4.      For many years, I have devoted significant time and attention to the study of matters relating to legal ethics, professional responsibility, lawyer discipline, legal malpractice, loss prevention, attorney fee disputes, and related topics concerning lawyers and the practice of law. For more than twenty-five years, I have regularly counseled lawyers practicing with my law firm about such matters and represented and counseled other lawyers, law firms, and their clients about such matters as a part of my practice.

2

5.       I also teach and write on these subjects. Most of the seminars I have done in recent years, as well as most of the articles I have authored or contributed to, are listed on the attached curriculum vitae.

6.       I have served on several bar association committees working in this field. Among the bar association committees on which I have served is the Tennessee Bar Association ("TBA") Standing Committee on Ethics and Professional Responsibility, serving as Vice Chair from 1995 until 2000, Chair from 2000 through 2009, and as a member since 2009. Over these years, this committee led the TBA's successful efforts to have the Tennessee Supreme Court adopt lawyer ethics rules patterned after the ABA Model Rules of Professional Conduct and to regularly update these rules. This committee has also led the TBA's consideration of every other proposal that has come before the Tennessee Supreme Court concerning lawyer ethics and regulation since the 1990s.

7.       From 1997 through 2002, I served on the thirteen-person American Bar Association Special Commission on the Evaluation of the Rules of Professional Conduct (also known as the "Ethics 2000 Commission"). This Commission was charged with reviewing the ABA Model Rules of Professional Conduct and submitting a report to the ABA House of Delegates concerning any recommended changes. After two sessions of debate, the ABA House of Delegates approved most of Ethics 2000 Commission's recommended changes to the ABA Model Rules of Professional Conduct at its meeting in February 2002. I have also served for three years as the Chair of the governing council of the ABA Center for Professional Responsibility.

8.       On a number of occasions, I have been retained to serve as an expert in a

3

number of lawyer discipline, legal malpractice, lawyer disqualification, attorney fee

dispute, and other matters involving the conduct of lawyers. In a number of these

engagements, I have provided testimony by affidavit or declaration, by deposition, or in

court, for use in a number of different state and federal courts.

9.      I am familiar with the ethics rules and other law, including the Virginia

State Bar Rules of Professional Conduct, concerning lawyer conflicts of interest and the

obligation of a lawyer in certain circumstances to seek to withdraw from representing a

client. Further, for many years, I have regularly represented and counseled lawyers, law

firms, and clients of lawyers and law firms who have hired me for advice, concerning

conflicts of interest and this obligation. I have also lectured, taught, and written for

lawyers on these subjects. My opinions stated in this declaration reflect this knowledge

and experience.

### INFORMATION REVIEWED

10.     I have been provided by attorneys with the Federal Defender Office with

the following facts concerning this matter, and I have assumed them to be true for

purposes of my analysis:

   a. This federal death penalty case was remanded to this Court by the U.S.
      Court of Appeals for the Fourth Circuit for a hearing to determine whether
      trial counsel conducted a reasonable investigation of mental health-related
      evidence in the case. *United States v. Runyon*, 994 F.3d 192, 208-09 (4th
      Cir. 2020).

   b. The case is currently in the midst of the remanded evidentiary hearing
      before the Court. Dana Hansen Chavis and Elizabeth Peiffer have served as
      counsel of record in this matter before the Court. The Court recently
      granted a motion for Attorney Helen Susanne Bales to serve as limited *pro
      hac vice* counsel. After the concern with disclosures came to light, the

Court granted Attorney Chavis' motion to withdraw and appointed Attorney Bales in her stead. Attorney Bales has a motion to withdraw pending.

c. Attorney Chavis was lead counsel on the case and was responsible for almost all development and review of evidence in support of claims in the post-conviction petition. Attorney Bales and local Virginia counsel have had less responsibility on the case generally and less involvement in developing or maintaining files in the case. By agreement among counsel, the majority of the witnesses at the evidentiary hearing were to be handled by Attorney Chavis. Neither local Virginia counsel nor Attorney Bales did the work needed to examine witnesses who would be examined by Attorney Chavis.

d. During the hearing, it became clear that Mr. Runyon's attorneys with the Federal Defender Office had not made full disclosure of discovery materials that they were ordered by the Court to provide. Specifically, during the course of the remanded hearing, Mr. Runyon's counsel represented that any prior failure to disclose discovery appeared to be the result of the accidental failure to search all files. Attorney Bales later informed the Court that, after further review, it was possible that the failure to disclose was attributable to something more "serious." Counsel were ordered by the Court to review files again to identify items that were not previously disclosed and to try to determine the reason for the previous incomplete disclosures. (*See generally* Tr. Day 6, at 988–1007; 1010–13; Tr. Day 7, at 1034-35).

e. During the hearing, following prompting by the Court, Attorney Chavis moved to withdraw as counsel for Mr. Runyon. (Tr. Day 7, at 1048–54.) Neither of her two co-counsel objected. The Court asked for Mr. Runyon's opinion. He did not oppose the motion, though he admitted he was not sure how things would proceed in light of the withdrawal. (*Id.* at 1054–56.) The Court did not press Attorney Chavis on her bases for withdrawal or make any finding about the factual basis of her withdrawal. (*Id.* at 1057–61.) The Court also ordered that Attorney Chavis not have further access to the files in Mr. Runyon's case. (*Id.* at 1065–66.)

f. The Federal Defender Office has initiated an investigation to address these recent events in Mr. Runyon's case, including an external investigation of the conduct of Attorneys Chavis and Bales. At a minimum, the Federal Defender Office has concluded that it should not authorize either attorney to continue to actively represent Mr. Runyon until the investigation is resolved. The Office also takes the position that there is a conflict that would prevent further representation by Attorney Bales.

g. The Court ordered the Federal Defender Office to file a written motion to

5

withdraw by Friday, February 17, 2023. The Office did so and its motion seeks Court approval for Attorney Bales to withdraw as counsel of record. The Court also ordered the Federal Defender Office to appear on Wednesday, February 22, 2023, when the Court will hear argument on the motion to withdraw.

11.     I have also reviewed portions of the Transcript of Proceedings before this Court on February 14, 2023, including pp. 986-1024, and portions of the Transcript of Proceedings before this Court on February 15, 2023, including pp. 1024-1075.

12.     I have also reviewed case law, rules, and other similar materials on topics pertinent to this matter.

13.     I have also discussed the facts of this matter with counsel practicing with the Federal Defender Office.

**OPINIONS AND CONCLUSIONS**

14.     In my opinion, Attorney Dana Hansen Chavis was required to withdraw from her representation of Mr. Runyon in this case because of a conflict of interest arising from her conduct in this case. Further, in my opinion, because of Attorney Chavis' conflict of interest, any other lawyers practicing with the Federal Defender Office, including Attorney Helen Susanne Bales, also must withdraw from representation of Mr. Runyon. In addition, in my opinion, even apart from the imputation of Attorney Chavis' conflict of interest, Attorney Bales herself has a conflict of interest under the Rules that requires her withdrawal.

15.     ***Governing rules of conduct***. The conduct of attorneys Chavis and Bales and the Federal Defender Office in this case is governed by the Virginia Rules of Professional Conduct. *See* Local Civil Rule 83.1(E) (lawyers admitted *pro hac vice*),

6

83.1(J) (applicability of current Virginia Rules of Professional Conduct).

16.     ***Attorney Chavis' conflict of interest and required withdrawal***. In my opinion, Attorney Chavis was required to withdraw from her representation of Mr. Runyon in this case because of a conflict of interest arising from her conduct in this case. Her conflict of interest arose under Virginia Rule of Professional Conduct 1.7(a)(2) as a "material limitation" conflict of interest. The existence of this conflict of interest required that Attorney Chavis withdraw from her representation of Mr. Runyon under Virginia Rule of Professional Conduct 1.16(a)(1).[1]

17.     Specifically, Rule 1.7(a)(2) establishes that "[a] concurrent conflict of interest exists if … there is significant risk that the representation of one or more clients will be materially limited … by a personal interest of the lawyer." Va. R. Prof. Cond. 1.7(a)(2). On these facts, it is clear that Attorney Chavis has a substantial personal interest arising from noncompliance with the Court's discovery order and potential allegations of misconduct in connection with that noncompliance.[2] That personal interest includes the potential for personal or professional sanctions for this conduct. In my opinion, on these facts, there is a significant risk that her representation of Mr. Runyon would have been materially limited by her personal interest. Thus, in my opinion, this created a conflict of interest under Rule 1.7(a)(2).

---

[1] *See* Va. R. Prof. Cond. 1.16(a)(1) ("… a lawyer … , where representation has commenced, shall withdraw from the representation of a client if … the representation will result in violation of the Rules of Professional Conduct or other law…").

[2] *See* Tr. Day 6, at 1011, 1012 (Court's expression of concern about seriousness of matter); Tr. Day 7, at 1065 (same).

18.     In my opinion, for her to continue to have represented Mr. Runyon under this conflict of interest would have violated the Rules, and she was thus required to withdraw from her representation of Mr. Runyon by Rule 1.16(a)(1) because to do otherwise would have violated Rule 1.7(a)(2).

19.     ***The required withdrawal of Attorney Bales due to the imputation of Attorney Chavis' conflict of interest***. In my opinion, because of Attorney Chavis' conflict of interest, any other lawyer practicing with the Federal Defender Office, including Attorney Bales, also must withdraw from representation of Mr. Runyon.

20.     Under the Virginia Rules of Professional Conduct, the Federal Defender Office is considered a "firm" for purposes of the Rules.[3] Under Rule 1.10(a), the conflicts of a lawyer "associated in a firm" are imputed to all other lawyers in that firm.[4] For this reason, in my opinion, Attorney Bales is required to withdraw from her representation of Mr. Runyon under Rule 1.16(a)(1).[5] This ground alone, without more, would be sufficient to require that Attorney Bales (or any other lawyer with the Federal Defender Office) withdraw from the representation of Mr. Runyon.

21.     ***Attorney Bales' conflict of interest and required withdrawal***. In my opinion, even apart from the imputation of Attorney Chavis' conflict of interest, Attorney

---

[3] *See* Va. R. Prof. Cond. *Terminology* ("'Firm' or 'law firm' denotes a professional entity, public or private, organized to deliver legal services, or a legal department of a corporation or other organization. *See* Comment, Rule 1.10."); Va. R. Prof. Cond. 1.10 cmt. [1] (further defining "firm").

[4] *See* Va. R. Prof. Cond. 1.10(a) ("While lawyers are associated in a firm, none of them shall represent a client when the lawyer knows or reasonably should know that any one of them practicing alone would be prohibited from doing so by Rules 1.6, 1.7, 1.9, or 2.10(e).")

[5] *See supra* n.1.

Bales herself has a conflict of interest under the Rules that requires her withdrawal.

22.     As discussed above, Rule 1.7(a)(2) establishes that "[a] concurrent conflict of interest exists if … there is significant risk that the representation of one or more clients will be materially limited … by a personal interest of the lawyer." Va. R. Prof. Cond. 1.7(a)(2). Here, the mere fact that Attorney Bales' colleague in the Federal Defender Office, as well her former lead counsel in this case, is under suspicion of misconduct[6] itself creates a significant risk that her representation of Mr. Runyon will be materially limited by Attorney Bales' personal interest in the integrity and reputation of her office. On this ground, in my opinion, Attorney Bales is required to withdraw from her representation of Mr. Runyon under Rule 1.16(a)(1).[7]

23.     ***Screening of Attorney Chavis does not defeat the imputation of her conflict of interest to Attorney Bales***. I understand that, as part of granting Attorney Chavis' oral motion to withdraw from the representation of Mr. Runyon, the Court ordered that Attorney Chavis effectively be screened from the representation of Mr. Runyon. While this may have been prudent and appropriate, nothing about this measure in any way avoids, eliminates, or "cures" Attorney Chavis' conflict of interest under the Virginia Rules of Professional Conduct, or in any way eliminates or reduces Attorney Bales' obligation under the Rules to cease her representation of Mr. Runyon and withdraw. It is true that, in some situations, an ethical screen or ethical wall may limit the

---

[6] *See supra* n.2.

[7] *See supra* n.1.

effect of a conflict of interest or eliminate the need for withdrawal or disqualification,[8]

but, in my opinion, this is not such a situation.

## OTHER EXPERT ENGAGEMENTS

24.   During approximately the previous four years, I have testified as an expert

in trial or deposition in the following cases:

a.   *Patricia Porter Kryder v. John A. Beam, III, et al.*, Case No. 18-184-II, Chancery Court for Davidson County, Tennessee.

b.   *Paul W. Chrisman, Jr., Trustee, et al., v. SP Title, LLC, et al.*, Case No. 16CV-45779, Chancery Court for Williamson County, Tennessee.

c.   *Peter Fleming v. Adam Horner et al.*, No. 18 CVS 3348, General Court of Justice, District Court Division, Mecklenburg County, North Carolina.

d.   *Richard Faber et al. v. Ciox Health, LLC*, Civil Action No. 2:16-cv-02337-JDB-CGC, U.S. District Court for the Western District of Tennessee.

e.   *State of Tennessee v. The Witherspoon Law Group PLLC*, Case No. CH-17-0279, Chancery Court of Hamilton County, Tennessee.

f.   *Duro, Inc. v. Warrick & Boyn, LLP*, No. 3:13-cv-00103-JD-CAN, U.S. District Court for the Northern District of Indiana.

## COMPENSATION

25.   I have agreed to be compensated for my work in this matter on the basis of

my hourly rate of $595 an hour, plus expenses, and plus additional charges for the

assistance of any other attorneys in my office (*e.g.*, legal research) at my law firm's

standard rates.

---

[8] Virginia Rule 1.10 does not allow nonconsensual screening as any sort of exception to imputation. *See Audio MPEG, Inc. v. Dell, Inc.*, 219 F. Supp. 3d 563 (E.D. Va. 2016) (screen does not cure imputation of lateral conflict); Virginia Opinion 1428 (Feb. 22, 1992) (disapproves of screening without consent).

## OTHER MATTERS

26. I reserve the right to amend and supplement this expert report in light of additional information I may be provided, and to respond to opinions of any other expert designated by any other party to this proceeding on the matters that are the subject of this declaration.

27. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing document is true and correct.

_____

LUCIAN T. PERA

Dated: February 21, 2023

11

# Exhibit A

## LUCIAN T. PERA

Crescent Center
6075 Poplar Avenue, Suite 700
Memphis, Tennessee 38119
(901) 524-5278 (direct)
(901) 524-5378 (fax)

1741 Carr Avenue
Memphis, Tennessee 38104-5129
(901) 272-2975

Email: Lucian.Pera@arlaw.com

Member, Adams and Reese, LLP, Memphis, Tennessee, May 2006 to Present.

Member, Armstrong Allen, PLLC, Memphis, Tennessee, 1994 to April 2006. Associate, 1986 to 1993.

Law Clerk, Judge Harry W. Wellford, U.S. Court of Appeals for the Sixth Circuit, Memphis, Tennessee, 1985 to 1986.

Licensed to Practice Law, State of Tennessee. Admitted to practice before all Tennessee courts, U.S. District Court for the Western District of Tennessee, U.S. District Court for the Middle District of Tennessee, U.S. District Court for the Eastern District of Arkansas, U.S. Court of Appeals for the Sixth Circuit, and U.S. Court of Appeals for the Second Circuit.

## **Education**

Vanderbilt University School of Law                                                                      1985

Juris Doctor. Academic standing, top one-quarter. American Jurisprudence Award, Secured Transactions. Articles/Symposium Editor, *Vanderbilt Journal of Transnational Law* (Symposium: *Advising the Foreign Investor in the Southeastern United States*, 18 VAND. J. TRANSNAT'L L. 191-480 (1985)).

Princeton University                                                                                             1982

Bachelor of Arts, with honors, History. Senior thesis: *Arthur Krock and the New Deal: A Study of the Press and Policymaking*. Contributing Editor, *The Daily Princetonian*. Executive Vice President, Moderator, Producer, and various other positions, Focus On Youth Network, Inc. (student-organized and -operated network producing and distributing nationally two weekly public affairs radio programs to over 450 commercial stations).

Christian Brothers High School                                                                          1978
  Memphis, Tennessee

**<u>Professional Activities</u>**

American Bar Association

| | |
|---|---|
| House of Delegates | 2000 to 2024 |
|     Memphis Bar Association Delegate | 2016 to 2024 |
|     Member, Resolution and Impact Review Committee | 2022 to 2023 |
|     Member, Technology Committee | 2020 to 2022 |
| | 2006 to 2010 |
| | 1991 to 1997 |
|     Tennessee Bar Association Delegate | 2000 to 2010 |
| | 1991 to 1994 |
| | |
| Cybersecurity Legal Task Force | |
|     Member | 2021 to 2023 |
| | |
| Center for Professional Responsibility | |
|     Chair, Coordinating Council | 2015 to 2018 |
|     Member, Coordinating Council | 2014 to 2021 |
| | 2002 to 2004 |
| | |
| Legal Opportunity Scholarship Fundraising Committee | |
|     Member | 2019 to 2022 |
| | |
| *ABA/Bloomberg Lawyers' Manual on Professional Conduct* Editorial Board | |
|     Member | 2000 to 2022 |
|     Chair | 2002 to 2004 |
| | |
| ABA National Conference on Professional Responsibility | |
|     Member, Planning Committee | 2005 to 2023 |
|     Chair, Planning Committee | 2014 to 2015 |
| | |
| Standing Committee on the Delivery of Legal Services | |
|     Special Advisor | 2018 to 2021 |
| | |
| Board of Governors Investments Subcommittee | |
|     Chair | 2022 to 2023 |
|     Member | 2020 to 2023 |
| | |
| Center for Human Rights | |
|     Member, Advisory Committee | 2019 to 2021 |
| | |
| Standing Committee on Public Education | 2018 to 2020 |
| | |
| Law Day | |
|     Chair | 2018 to 2019 |
| | |
| Task Force on the Financing of Legal Education | |
|     Member | 2014 to 2015 |

**<u>Professional Activities (*cont.*)</u>**

American Bar Association (cont.)

| | |
|---|---|
| Treasurer | 2011 to 2014 |
|     Treasurer-Elect | 2010 to 2011 |
| | |
| Board of Governors | 2010 to 2014 |
| | 1994 to 1997 |
|     Treasurer | 2011 to 2014 |
|     Young Lawyer Member-at-Large | 1994 to 1997 |
|     Executive Committee | 1996 to 1997 |
|     Finance Committee | |
|         Chair (1st young lawyer Committee chair) | 1996 to 1997 |
|         Member | 1994 to 1997 |
| | |
| Standing Committee on Strategic Communications | |
|     Special Advisor | 2009 to 2010 |
| | |
| Standing Committee on Technology and Information Systems | |
|     Chair | 2006 to 2009 |
|     Member | 2003 to 2009 |
| | |
| Center for Professional Responsibility Policy Implementation Committee | |
|     Member | 2005 to 2009 |
| | |
| Section of Business Law | |
|     Committee on Professional Conduct | |
|         Chair | 2005 to 2007 |
|         Co-Chair | 2004 to 2005 |
| | |
| Standing Committee on Specialization | |
|     Examination Reviewer | 2007 |
| | |
| Standing Committee on Ethics and Professional Responsibility | |
|     Liaison from Section of Business Law | 2004 to 2007 |
| | |
| Section of Intellectual Property Law | |
|     Member, Task Force on Proposed U.S. Patent and | |
|         Trademark Office Professional Conduct Rules | 2004 |
| | |
| Special Commission on the Evaluation of the | |
|     Rules of Professional Conduct ("Ethics 2000") | 1997 to 2002 |
| | |
| Commission on Multijurisdictional Practice | |
|     Liaison from Ethics 2000 Commission | 2000 to 2002 |

**Professional Activities** *(cont.)*

American Bar Association (cont.)

        Young Lawyers Division

| | |
|---|---|
| Cabinet & Executive Council | 1991 to 1997 |
| | 1988 to 1990 |

        Member: Section of Litigation; Law Practice Management Section; Forum Committee on Communications Law; Center for Professional Responsibility (charter member).

American Bar Endowment

| | |
|---|---|
| Member, Board of Directors | 2017 to 2021 |

American Law Institute

| | |
|---|---|
| Member | 2002 to present |

American Bar Foundation

| | |
|---|---|
| Life Fellow | 2008 to present |
| Fellow | 2003 to present |

Association of Professional Responsibility Lawyers

| | |
|---|---|
| ABS/MDP Subcommittee, Co-Chair | 2018 to present |
| MJP/UPL Subcommittee | 2018 to present |
| President | 2009 to 2010 |
| Board of Directors | 2004 to 2011 |
| Member | 1990 to Present |
| Charter Member | 1990 |

*ABA/Bloomberg Lawyers' Manual on Professional Conduct* Editorial Board

| | |
|---|---|
| Member | 2000 to 2022 |
| Chair | 2002 to 2004 |

Legal Services Corporation

| | |
|---|---|
| Member, Leaders Council | 2021 to present |

Media Law Resource Center

| | |
|---|---|
| Chair, Ethics Committee, Defense Counsel Section | 2004 to 2009 |

Miller Becker Center for Professional Responsibility,
  The University of Akron Law School

| | |
|---|---|
| Advisory Board | 2008 to present |

National Conference of Bar Presidents

| | |
|---|---|
| Member | 2016 to present |

Southern Conference of Bar Presidents

| | |
|---|---|
| President | 2016 to 2017 |
| Member | 2016 to present |

**Professional Activities** *(cont.)*

Tennessee Bar Association
    President                                           2017 to 2018

| | |
|---|---|
| President | 2017 to 2018 |
| President-Elect | 2016 to 2017 |
| Vice President | 2015 to 2016 |
| West Tennessee Governor | 2014 to 2015 |
| Board of Governors | 2014 to 2019 |
| | 1999 to 2000 |
| | 1992 to 1994 |

Standing Committee on Ethics and Professional Responsibility
    (formerly Committee for the Study of Standards of
    Professional Conduct)

| | |
|---|---|
| Chair | 2000 to 2009 |
| Vice Chair | 1995 to 2000 |
| Member | 1995 to 2021 |

Committee on the Judiciary

| | |
|---|---|
| Member | 2013 to 2021 |

Public Service Academy

| | |
|---|---|
| Member, Steering Committee | 2018 to 2020 |
| Founder | 2018 |

Task Force on Judicial Conduct Rules

| | |
|---|---|
| Member | 2009 to 2013 |

*TBALink* (TBA website)

| | |
|---|---|
| Member, Editorial Board | 1995 to 2007 |
| Chair, Editorial Board | 1998 to 2001 |

*Tennessee Bar Journal*

| | |
|---|---|
| Editorial Board | 1990 to 2004 |

| | |
|---|---|
| Secretary | 1999 to 2000 |

Law Office Technology and Management Section

| | |
|---|---|
| Secretary-Treasurer | 1994 to 1998 |

Commission on Women and Minorities in the Profession

| | |
|---|---|
| Founder and Member | 1992 to 1997 |

Litigation Section

| | |
|---|---|
| Board of Directors | 1988 to 1993 |

Young Lawyers Division

| | |
|---|---|
| President | 1993 to 1994 |
| Board of Directors | 1987 to 1995 |

5

**Professional Activities** *(cont.)*

Fellows of the Tennessee Bar Association Young Lawyers Division
     Member                                         1996 to Present
     President                                  2003 to 2004

Memphis Bar Association
     Delegate, ABA House of Delegates              2016 to 2022
     Continuing Legal Education Committee
          Chair                              1991

     Counsel, regularly represent MBA in several proceedings before
          Presiding Judge to have attorneys appointed pursuant to
          § 22.1, Tenn. Rules Disc. Enforcement, to inventory files
          and contact clients of suspended or disbarred local attorneys   1992 to present

     Public Relations Committee                 1987 to 1989
          Vice-Chair                        1989

Tennessee Coalition for Open Government
     President                                  2016 to 2023
     Vice President                      2010 to 2016
     Member, Board of Directors             2007 to 2022

Tennessee Advisory Committee on Open Government
     Member (representing Tennessee Coalition for Open Government)   2014 to 2016

Institute for Public Service Reporting
     Member, Advisory Committee             2018 to present

Law School for Journalists (sponsored by U.S. District Court for the Western
   District of Tennessee, University of Memphis Cecil C. Humphreys School of
   Law, Journalism Department of the College of Communication and Fine Arts
   of the University of Memphis, and Memphis Bar Association)
     Chair, Planning Committee                2016
                                                2006 to 2011
     Member, Planning Committee            2005 to 2011

Open Government Joint Study Committee, Tennessee General Assembly Member
   (representing Society of Professional Journalists)        2006 to 2008

University of Memphis School of Law
     Adjunct Professor                         1988 to 1989

Federal Bar Association
     Memphis Mid-South Chapter
          Monthly Program Chairman         1986 to 1987
     Board of Directors                    1986 to 1987

Member: ABA Center for Professional Responsibility (charter member); Defense Counsel
     Section, Media Law Resource Center; First Amendment Lawyers Association;

6

**Professional Activities** *(cont.)*

International Association of Legal Ethics; American Society of Writers on Legal Subjects; St. Thomas More Catholic Lawyers Guild (Memphis); American Constitution Society; Tennessee Lawyers Association for Women; Association for Women Attorneys (Memphis).

**Honors and Awards**

Recipient, Michael Franck Professional Responsibility Award, American Bar Association Center
for Professional Responsibility, June 2022.

Member, American Law Institute (2002 to present).

Life Fellow, American Bar Foundation (2008 to present; Fellow, 2003 to present).

Fellow, College of Law Practice Management (2011 to present).

Fellow, Tennessee Bar Foundation (1996 to present).

Fellow, Memphis Bar Foundation (2008 to present).

Member, Fellows of the American Bar Association Young Lawyers Division (1997 to present;
Member, Board of Directors, 1994 to 1997).

Lifetime Fellow, Fellows of the Tennessee Bar Association Young Lawyers Division (1996 to
present).

Listed in Chambers & Partners USA, General Commercial Litigation (2008 through 2016;
Notable Individuals (Band 2)).

*The Best Lawyers in America*, Appellate Practice (2021 to present); Commercial Litigation (2009
to present); Ethics and Professional Responsibility Law (2008 to present); Ethics and
Professional Responsibility Lawyer of the Year, Memphis (2012); First Amendment Law
(2005 to present); First Amendment Lawyer of the Year (2012); Health Care Law (2010
to present); Legal Malpractice Law - Defendants (2011 to present); Legal Malpractice
Law – Plaintiffs (2011 to present); Litigation - First Amendment (2011 to present); and
Media Law (2017 to present).

*Best Lawyers in America Business Edition,* Commercial Litigation (2012 to 2013); Legal
Malpractice Law (2012 to 2013), Health Care Law (2014).

Rated AV Preeminent, Martindale-Hubbell (1996 to present); 2013 Top Rated Lawyer in
Commercial Litigation.

Listed in *SuperLawyers: Corporate Counsel Edition,* under Business Litigation (2008 through
2010).

Listed in *SuperLawyers: Business Edition* (2010-2017).

Listed in *Mid-South SuperLawyers* (Business Litigation 2006-2022; listed in "The Top 100
Tennessee," 2006-2021; listed in "The Top 50 in Memphis," 2006-2022).

Listed in "150 Best Lawyers," *Business Tennessee,* under Business Litigation (2006 to 2009),
First Amendment Law (2006 to 2010).

**Honors and Awards** *(cont.)*

Listed in "Power Players: Who's Who in Memphis Business," under Law: Business Litigation, *Inside Memphis Business* (2018 to 2022).

Listed in "Power Players: Who's Who in Memphis Business," under Law: Business and Employment, *Inside Memphis Business* (2017).

Listed in "Power Players: Who's Who in Memphis Business," under Law: Business Litigation (2010 to 2016), *MBQ* (*Memphis Business Quarterly*).

Finalist (Private Firm - Small), Best of the Bar, *Memphis Business Journal*, March 2017.

Honoree, Best of the Bar, *Nashville Business Journal* and Chambers and Partners USA, 2012.

President's Award, Tennessee Bar Association (2000, 2003, and 2022).

Sam A. Myar, Jr. Memorial Award, Memphis Bar Association (1997).

Justice Joseph W. Henry Award for Outstanding Legal Writing in the *Tennessee Bar Journal*, Tennessee Bar Association (1992).

President's Distinguished Service Award, Tennessee Bar Association Young Lawyers Conference (1990).

**Publications**

*Recurring publications:*

Author, *Ethics* column, *Law Practice* magazine (ABA Law Practice Division)
       "Marketing Ethically" (March/April 2018)
       "A Privilege Case: Two Analogies, Two Morals" (May/June 2018)
       "An Ethics Nerd's Guide: Ethics Resources for Every Lawyer" (July/Aug. 2018)
       "Hot Documents: Handling Stuff You Arguably Shouldn't Have" (Sept./Oct. 2018)
       "Needed Warnings to Happy Joint Clients" (Nov./Dec. 2018)
       "Use Sharp Tools Carefully" (Jan./Feb. 2019)
       "Time for a Change in the Lawyer Ad Rules" (March/April 2019)
       "Addressing Our Mistakes" (May/June 2019)
       "Safely Securing Payments from Clients" (July/Aug. 2019)
       "DIY Disciplinary Defense" (Sept./Oct. 2019)
       "The Curious Value of the Unsent Letter" (Nov./Dec. 2019)
       "Are Your Outside Counsel Guidelines Ticking Time Bombs?" (Jan./Feb. 2020)
       "The Two-Company Model for NewLaw" (March/April 2020)
       "Responding Intelligently to Negative Online Reviews" (May/June 2020)
       "Responding to Subpoenas and Client-Information Requests" (July/Aug. 2020)
       "Strong Loss Prevention in Tough Times" (Sept./Oct. 2020)
       "Crowdfunding Ethically" (Nov./Dec. 2020)
       "Withdrawing Artfully and Safely" (Jan./Feb. 2021)
       "The Least-Known Ethics Rule" (March/April 2021)
       "WFH UPL?" (May/June 2021)
       "Ethically Extending a Practice with Contract or Temporary Help (July/Aug. 2021)
       "Our Ethical Duty to Read the News" (Sept./Oct. 2021)
       "Arbitrating Lawyer-Client Disputes" (Nov./Dec. 2021)
       "What's in a Name?" (Jan./Feb. 2022)
       "Building Ethics Screens Up to Code" (July/Aug. 2022)
       "No More Sneaking Around" (Sept./Oct. 2022)
       "Prudently Employing Remote Lawyers" (Nov./Dec. 2022)
       "Avoiding Prohibited Lawyer Solicitation" (forthcoming Jan./Feb. 2023)
       "Can I Sell That?" (forthcoming March/April 2023)
       "Three Folks Walk Into a Lawyer's Office" (forthcoming May/June 2023)

Author, *President's Perspective* Column, *Tennessee Bar Journal*:
       "The Challenges of Change" (July 2017)
       "What's a Court?" (Aug. 2017)
       "Say Something" (Sept. 2017)
       "Give Help" (Oct. 2017)
       "A Failed Market?" (Nov. 2017)
       "Encouraging Experiments" (Dec. 2017)
       "Time for Reform" (Jan. 2018)
       "Run, Lawyers! Run!" (Feb. 2018)
       "Ban Harassment and Discrimination Now" (March 2018)
       "Lawyering with Hope in Uncertain Times" (April 2018)
       "Fight Fake News" (May 2018)
       "Unfinished Business" (June 2018)

**Publications** *(cont.)*

Dan Pinnington and Reid Trautz, "Stress-Testing the ABA Model Rules for a Post-Pandemic World" (interview with Lucian Pera), *Law Practice* magazine (ABA Law Practice Division, Jan./Feb. 2022).

Co-Author, Tennessee Chapter, *The Law of Lawyers' Liability* (ABA Section of Litigation 2012; co-authored with J. Bennett Fox, Jr.), contents also available at *50-State Survey of Legal Malpractice Law* (published 2009 to present), http://www.abanet.org/litigation/committees/professional/malpractice_survey.html

Author, 1998 to present, Tennessee Survey, *MLRC 50-State Survey: Media Libel Law*, Media Law Resource Center.

Author, 1999 to present, Tennessee Survey, *MLRC 50-State Survey: Employment Libel and Privacy Law*, Media Law Resource Center.

Author, 2007 to present, Tennessee Chapter, "Reporter's Privilege Compendium," Reporters Committee for Freedom of the Press, *available at* http://www.rcfp.org/privilege/index.php.

*Other publications:*

Co-Author, "Litigation Funding and Confidentiality: A Comprehensive Analysis of Current Case Law," Westfleet Advisors (Revised August 2021; prior editions May 2018, February 2019, and June 2019), available at https://www.westfleetadvisors.com/confidentiality-white-paper/.

Author, "What Will Litigation Funding Look Like in 10 Years?", Law360 (April 22, 2021), available at: https://www.law360.com/pulse/articles/1375612/print?section=pulse/modern-lawyer.

Author, "DIY Disciplinary Defense," GPSolo, Vol. 38, No. 2 (ABA March/April 2021), available at https://www.americanbar.org/groups/gpsolo/publications/gp_solo/2021/march-april/diy-disciplinary-defense/.

Co-Author with Yvonne Nath, "What if … Chambers Ranks Law Firms Alongside ALSPs?", Law.com (Aug. 20, 2020) available at https://www.law.com/legaltechnews/2020/08/20/what-if-chambers-ranks-law-firms-alongside-alsps/.

Co-Author with Will Hornsby and Peter Jarvis, "7 Ethics Considerations For Lawyers Using Lead Generators," Law360 (March 13, 2020), available at https://www.law360.com/articles/1249576/7-ethics-considerations-for-lawyers-using-lead-generators.

Co-Author with Michael Perich, "It Can Be Risky For Litigators To Advise On Litigation Funding," *Law360* (March 6, 2020), available at https://www.law360.com/articles/1249341/it-can-be-risky-for-litigators-to-advise-on-litigation-funding.

11

**Publications** *(cont.)*

Co-Author with Jack Pringle, "'The Human Factor'" and Potential for Human Error Increases Law Firm Cybersecurity Risk," Lexology (Nov. 12, 2019), available at https://www.lexology.com/library/detail.aspx?g=3c68b9e5-7f8b-471a-8ef-c0a89808352f

Co-Author with Will Hornsby and Peter Jarvis, "A Lawyer's Ethics Obligations When Participating in a Lead-Generation Program," Consumer Attorney Marketing Group White Paper (Sept. 24, 2019), available at https://camginc.com/state-rules/access-form.php.

Co-Author, "Chapter 6: Lawyers' Obligations to Provide Data Security Arising from Ethics Rules and Other Law," The ABA Cybersecurity Handbook: A Resource for Attorneys, Law Firms, and Business Professionals (2nd ed. American Bar Association 2017).

Author, *Chapter 1: Lawyering in a Time of Great Change*, *in* ETHICS AND ENVIRONMENTAL PRACTICE: A LAWYER'S GUIDE (Irma S. Russell & Vicki J. Wright eds., Am. Bar Ass'n Section of Environment, Energy, and Resources 2017).

Author, "Practical Advice for Documenting Conflict Waivers," Law360.com (Nov. 17, 2014).

Author, "Consent Is a Process, Not a Piece of Paper: Practical Advice for Documenting Conflict Waivers," *ALAS Loss Prevention Journal*, Attorneys' Liability Assurance Society, Inc., Summer 2014, pp. 13-18.

Co-Author, "Tennessee Fair Report Privilege Shields Fox Affiliate from Defamation Claim," *MediaLawLetter*, Media Law Resource Center May 2014) (co-authored with J. Bennett Fox, Jr.), *available at* http://medialaw.org/component/k2/item/2339.

Author, "The Ethics of Joint Representation," *Litigation*, Volume 40, Number 1, p. 45, Fall 2013 (American Bar Association Section of Litigation).

Editor and Contributor, "Chapter 3: Data Security and Lawyers' Legal and Ethical Obligations to Clients," *The ABA Cybersecurity Handbook: A Resource for Attorneys, Law Firms, and Business Professionals* (American Bar Association 2013).

Author, "Proposed, Approved, Revealed . . . and Explained: How the New Tennessee Rules of Professional Conduct Will Change the Way You Practice Law," *Tennessee Bar Journal* pp. 12-19 (Nov. 2010), *available at* http://www.adamsandreese.com/Proposed-Approved-Revealed----and-Explained-How-the-New-Tennessee-Rules-of-Professional-Conduct-Will-Change-the-Way-You-Practice-Law-10-28-2010.

Author, "Conflicts and Waivers in U.S. Practice," InfoPak published by Association of Corporate Counsel (Sept. 2010), *available to ACC members at* http://www.acc.com/vl/membersonly/InfoPAK/loader.cfm?csModule=security/getfile&pageid=19665&title=Conflicts%20and%20Waivers%20in%20U%2ES%2E%20Practice.

Author, "Ethics Corner: Practical Advice for Document Conflict Waivers," *MediaLawLetter* (Media Law Resource Center July 2010).

**Publications** *(cont.)*

Author, "From Trusted Counselor to Vigilant Gatekeeper: The Evolving Liability Environment for Corporate Counsel," Association of Corporate Counsel (Sept. 2007) (co-authored with Brian S. Faughnan, Jeffrey E. Richardson, and Martin A. Stern), *available at* http://www.acc.com/resource/getfile.php?id=8918.

Co-Author, "Ethics Opinions Affecting Corporate Counsel: 2006-07," *Legal Ethics for In-House Corporate Counsel*, BNA Corporate Practice Series No. 87 (2007) (co-authored with Tricia T. Olson).

Author, "Grading ABA Leadership on Legal Ethics Leadership: State Adoption of the Revised ABA Model Rules of Professional Conduct," 30 Okla. City Univ. L. Rev. 637 (Fall 2005; published Jan. 2007), *available at* http://www.adamsandreese.com/pdf/ABAEthics2000StateAdoptionsArticle.pdf.

Author, "In Search of an Ethics Guide," *Business Law Today* (Nov./Dec. 2006), *available at* http://www.adamsandreese.com/in-search-of-an-ethics-guide-12-01-2006/.

Author, "Ethics Corner: The Ethics Nerd's Guide to the Media Lawyer's Ethics Library," *MediaLawLetter* (June 2006).

Co-Author, "First Amendment Earthquake: Can the Tennessee Supreme Court Retrofit Our Judicial Speech Rules?," *Tennessee Bar Journal*, June 2006 (co-authored with Brian S. Faughnan).

Co-Author, "Paradise Tarnished: Today's Sources of Liability Exposure for Corporate Counsel," Association of Corporate Counsel (co-authored with Brian S. Faughnan; 2004 and 2005), *available at* http://www.acc.com/resource/v4960.

Co-Author, "Lawyers as Whistleblowers: The Emerging Law of Retaliatory Discharge of In-House Counsel," Association of Corporate Counsel (co-authored with Brian S. Faughnan; 2004 and 2005), *available to ACC members at* http://www.acca.com/protected/article/governance/wrong_discharge.pdf.

Co-Author, "Chapter Two: Who's the Client?", In-House Legal Department Ethical and Professional Conduct Manual, Association of Corporate Counsel (co-authored with Brian S. Faughnan; 2003), *available to ACC members at* http://www.acca.com/protected/legres/conductmanual.

Co-Author, *Ethics and Lawyering Today*, 2001 to 2004 (free monthly email newsletter, hosted at www.EthicsandLawyering.com).

Editor-in-Chief, *Tennessee Ethics Handbook* (Tennessee Bar Association Young Lawyers Division, 1990 to present, five editions) (ABA YLD Award of Achievement, 1991).

Co-Author, 1998 to 2006, Tennessee Chapter, *State Trademark and Unfair Competition Law* (International Trademark Association/Clark Boardman).

13

**Publications** *(cont.)*

Author, "Ethics Corner: Lawyers, Lies, and Secret Taping," *MediaLawLetter* (Media Law
Resource Center, Oct. 2003).

Co-Author, "Your Ethics Roadmap," *Tenn. Bar Journal*, Dec. 2002, at 14-21, 23-24, 30, 33 (co-
authored with Prof. Carl A. Pierce).

Author, "Questions and Answers About the New Tennessee Ethics Rules," *Memphis Lawyer*,
Sept./Oct. 2002, at 2-4, 12.

Author, "Ethics Corner: Suing Government Clients for Fun and Profit?," *MediaLawLetter* (Libel
Defense Resource Center, Aug. 2002).

Author, "ABA Ethics 2000 Update," *In Re TLAW* (Tennessee Lawyers Association for Women,
Winter 2002).

Author, "Ethics 2000: Debating the Rules," *Pretrial Practice and Discovery* (ABA Litigation
Section, Committee on Pretrial Practice and Discovery, Spring 2001).

Author, "Ethics 2000: Model Rule Reform on the Horizon," *Pretrial Practice and Discovery*
(ABA Litigation Section, Committee on Pretrial Practice and Discovery, Winter 2001).

Co-Author, "Updating Ethics? The Proposed Tennessee Rules of Professional Conduct, Part 2,"
*Tenn. Bar Journal*, May-June 1998, at 25-35 (co-authored with Prof. Carl A. Pierce).

Co-Author, "Time for a Change? The Proposed Tennessee Rules of Professional Conduct, Part
1," *Tenn. Bar Journal*, March-April 1998, at 23-30 (co-authored with Prof. Carl A.
Pierce).

Author, *Guide to Resources and Materials on Professional Responsibility Issues*, 23 MEM. ST.
UNIV. L. REV. 589 (1993).

Editor-in-Chief, *Tennessee Local Rules of Court* (Tennessee Bar Association Young Lawyers
Division, 1993 & various supplements) (ABA YLD Award of Achievement, 1993).

Author, "Rule 11 Comes to Tennessee: The Emerging State Law of Sanctions," *Tenn. Bar
Journal*, Jan.-Feb. 1992, at 24-32 (1992 TBA Justice Joseph W. Henry Award for
Outstanding Legal Writing).

*Getting The Word Out: Public Relations for Local Affiliates* (American Bar Association Young
Lawyers Division, 1990).

Co-author and editor of numerous articles on legal topics related to health care published in the
*Memphis Health Care News* (1988 to 1997).

14

**Seminars and Professional Presentations** *(1999 to present)*

Moderator and Presenter, "2023 Ethics Updates, Parts 1 and 2," Professional Education
   Broadcast Network/WebCredenza, Inc., National Teleconferences, February 8 and 9, 2023.

Presenter, "The Legal Ethics Year in Review: News You Can Use," MCLE London, Online
   Webinar, January 14, 2023.

Co-Presenter, "The Legal Ethics Year in review: News You Can Use," Adams and Reese LLP
   and Holland & Knight LLP, Online Webinar, December 15, 2022.

Presenter, "The Legal Ethics Year in review: News You Can Use," The Law Offices of the
   Shelby County Public Defender, and Ben F. Jones Chapter of the National Nar Association,
   Online Webinar, December 7, 2022.

Co-Presenter, "Legal Ethics Roundup: Current Developments Every Attorney Should Know,"
   American Law Institute, Virtual, November 16, 2022.

Presenter, "The Legal Ethics Year in Review: News You Can Use," FedEx Corporation Law
   Departments, Virtual, November 3, 2022.

Moderator and Panelist, "Too Hot to Handle: What Family Lawyers Should Do with Documents
   and Things Someone Wil Think They Shouldn't Have," TBA Family Law Forum, Virtual,
   November 1, 2022.

Moderator and Panelist, "Growing Pains: Law Firm Expansion from a Risk Perspective," Aon
   2022 Law Firm Symposium, Chicago, Illinois, October 27, 2022.

Panelist, "Strange Times Spawn Strange Issues: Ethics Update,"34th Annual Health Law Forum,
   Tennessee Bar Association, Nashville, Tennessee, October 21, 2022.

Panelist, "Practice, Practice, Practice: What Attorneys Need to Know About AI, Robotics, and
   Ethical Obligations," 2022 AI and Robotics National Institute, ABA Section of Science and
   Technology Law, Virtual Seminar, October 11, 2022.

Co-Presenter, Ethics, including Annual Update and "Sneaking Around: Protecting Your License
   While Practicing Multijurisdictionally," 51st Annual Review Seminar, Tennessee Law
   Institute, Online Webinar and Chattanooga, Gatlinburg, Knoxville, and Nashville, Fall 2022.

Co-Chair and Presenter on Several Panels, "The Law and Ethics of NewLaw," Practising Law
   Institute, National Online Webinar, October 3, 2022.

Presenter, "Too Hot to Handle: What Lawyers Should Do With Documents and Things
   Somebody Will Think They Shouldn't Have," Memphis Bar Association Bench Bar
   Conference, Point Clear, Alabama, October 1, 2022.

Presenter, "The Legal Ethics Year in Review: News Construction Lawyers Can Use," 2022 Fall
   Meeting, ABA Forum on Construction Law, Memphis, Tennessee, September 30, 2022.

15

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Panelist, "The Disclosure Debate: Transparency v. Confidentiality," 5th Annual LF Dealmakers Forum, New York, New York, September 28, 2022.

Presenter, "The Legal Ethics Year in Review: News You Can Use," 47th Annual TIPS Mid-Winter Symposium on Insurance and Employee Benefits, ABA Tort Trial and Insurance Practice Section, Nashville, Tennessee, August 20, 2022.

Panelist, "This Just In: Annual Highlights from the ABA Center for Professional Responsibility," ABA Center for Professional Responsibility, Online Webinar, June 22, 2022.

Moderator and Presenter, "2022 Ethics in Civil Litigation Update, Parts 1 and 2," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconferences, June 7 and 8, 2022.

Moderator and Presenter, "Ethical Issues for Privacy and Data Security Professionals," 23rd Annual Institute on Privacy and Cybersecurity Law, Practising Law Institute, Chicago, Illinois, June 7, 2022.

Moderator, "Lesser-Evilism or Quitting: The Morality of Lawyering in Evil Regimes," 2022 ABA National Conference on Professional Responsibility, Baltimore, Maryland, June 2, 2022.

Presenter, "Is There a Need for Stronger Standards of Professional Conduct for Lawyers Involved in Election Disputes?, ABA Senior Lawyers Division, Online Webinar, May 23, 2022.

Presenter, "Lawyer Ethics, Lawyer Discipline, and Lawyer Assistance," Camp TLAP, Tennessee Lawyers Assistance Program, Montgomery Bell State Park, Burns, Tennessee, April 30, 2022.

Presenter, "Sneaking Around: Protecting Your License While Ethically Practicing Multijurisdictionally, Memphis Bar Association Young Lawyers Division, Online Webinar, April 29, 2022.

Co-presenter, "Ethically Responding to Data Breaches and Cyber Incidents," Virginia State Bar Techshow, Online Webinar, April, 25, 2022.

Presenter, "Two Very Short Courses: Audio and Video … and Other Stuff (Can I Use This?) and When Can (and Can't) Judges and Lawyers Talk to Me?, Reporters' Workshop, Tennessee Bar Association, Tennessee Association of Broadcasters, Tennessee Press Association Foundation, Nashville, Tennessee, April 22, 2022.

Presenter, "Lawyer Cybersecurity: Very Specific Things to Do Today to Be Safer Tomorrow," TechLaw Institute 2022, Practising Law Institute, Online Webinar, March 29, 2022.

16

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Podcast Guest, "Cybersecurity: A Lawyer's Ethical Duty to Read the News," *Digital Detectives* (Sharon Nelson and John Simek), Legal Talk Network, March 17, 2022, available at https://legaltalknetwork.com/podcasts/digital-detectives/2022/03/cybersecurity-a-lawyers-ethical-duty-to-read-the-news/.

Moderator and Presenter, "2022 Ethics Update, Parts 1 and 2," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconference, February 7 and 18, 2022.

Panelist, "Wait, Wait, Don't Tell Me … Ethics Opinions!", Anchorage Association of Women Lawyers, Online Webinar, December 16, 2021.

Presenter, "The Legal Ethics Year in Review: News Criminal Defense Lawyers Can Use," The Law Offices of the Shelby County Public Defender, Online Webinar, December 16, 2021.

Presenter, "The Legal Ethics Year in Review: News You Can Use," Adams and Reese LLP, Online Webinar, December 16, 2021.

Presenter, "The Legal Ethics Year in Review: News You Can Use for Criminal Defense Counsel," 2021 Winter CLE, North Dakota Commission on Legal Counsel, Bismarck, North Dakota, December 3, 2021.

Presenter, "The Ethical Campaign: Ethical Considerations for Lawyers, Judges, and Judicial Candidates," Tennessee Bar Association, Online Webinar, December 1, 2021.

Panelist, "Ethics and the Future of Lawyering (Remote Work, UPL, Rule 5.4, Non-Lawyer Firm Owners)," Lawline, Online Webinar, November 30, 2021.

Co-Presenter, "Ethics and Professional Liability Update: The Top 10 Developments of the Last Year in Ethics and Lawyering," 2021 PilotLegis RPG Virtual Member Conference, Online Webinar, October 28, 2021.

Co-Presenter, "Legal Ethics Roundup 2021: Developments Every Attorney Should Know," ALI CLE, Online Webinar, October 27, 2021.

Co-Presenter, "Ethics Update," 33rd Annual Health Law Forum, Tennessee Bar Association, Online Webinar, October 22, 2021.

Co-Presenter, Ethics, including Annual Update and "Our Brothers' and Sisters' Keepers: Helping Each Other Stay Healthy in a Post-COVID Profession," 50th Annual Review Seminar, Tennessee Law Institute, Online Webinar and Gatlinburg, Chattanooga, Nashville, and Knoxville, Fall 2021.

Co-Chair and Presenter on Several Panels, "The Law and Ethics of NewLaw," Practising Law Institute, National Online Webinar, October 7, 2021.

Co-presenter, "Commercial Litigation Finance: Key Ethical Considerations," Alaska Bar Association, Online Webinar, October 1, 2021.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Panelist, "Understanding, Avoiding, and Litigating Sanctions," ABA Fall 2021 National Legal Malpractice Conference, Nashville, Tennessee, September 24, 2021.

Presenter, "Too Hot to Handle: What Lawyers Should Do with Documents and Things Somebody Will Think They Shouldn't Have," Institute for Energy Law (IEL) of The Center for American and International Law and Energy & Mineral Law Foundation, 12th Law of Shale Plays Conference, Online Webinar, September 15, 2021.

Presenter, "Contract Lawyers, Remote Work, and MJP," Latitude Legal In-House Presentation, Online Webinar, September 8, 2021, available at https://latitudelegal.com/resources/legal-ethics-and-remote-work-lucian-pera/.

Presenter, "Lawyer Cybersecurity: Very Specific Things to Do Today to Be Safer Tomorrow," 122nd Annual Meeting, State Bar Association of North Dakota, Grand Forks, North Dakota, June 18, 2021.

Moderator and Presenter, "Playing in the Sandbox: Building a Legal Profession 'Castle' for the 21st Century," Celesq, Inc. and West LegalEd, Online webinar, June 15, 2021, available at https://www.celesq.com/webcast/playing-in-the-sandbox-building-a-legal-profession-castle-for-the-21st-century.

Moderator and Presenter, "2021 Ethics in Civil Litigation Update, Parts 1 and 2," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconferences, June 8 and 9, 2021.

Moderator and Presenter, "Consumer Litigation Funding: The Basics, Current Regulatory, Ethical and Confidentiality Issues," 46th Annual National Conference on Professional Responsibility, Online Webinar, June 3, 2021.

Presenter, "Litigation Funding and Confidentiality," Alliance for Responsible Consumer Litigation Funding, Online Webinar, May 21, 2021.

Presenter, "An Ethics Double-Feature: Withdrawing Artfully and Safely and The Latest on Leaving a Law Firm," Knoxville Bar Association, online webinar, May 13, 2021.

Co-Presenter, "Ethics: Ethical Misadventures in Challenging Times," 2021 Virginia State Bar TechShow, Online Webinar, April 26, 2021.

Co-Presenter, "Ethics: The Intersection of Ethics and AI in the Practice of Law," 2021 Virginia State Bar TechShow, Online Webinar, April 26, 2021.

Presenter, "Lawyer Cybersecurity and Ethics: Very Specific Things to Do Today to Be Safer Tomorrow," The Center for American and International Law, Online Webinar, April 7, 2021.

Co-Presenter, "Lawyer Cybersecurity and Ethics: Very Specific Things to Do Today to Be Safer Tomorrow," Adams and Reese LLP, Online Webinar, March 31, 2021.

18

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Presenter, "Lawyer Cybersecurity: Very Specific Things to Do Today to Be Safer Tomorrow," TechLaw Institute 2021, Practising Law Institute, Online Webinar, March 24, 2021.

Co-Presenter, "Social Media and the Life Cycle of the Attorney-Client Relationship," Celesq, Inc. and West LegalEd, Online webinar, March 8, 2021, available at https://www.celesq.com/programs/view/social-media-and-the-lifecycle-of-the-attorneyclient-relationship

Moderator, "Great Debates – Revisiting Recent Listserv Topics," Mid-Year Meeting, Association of Professional Responsibility Lawyers, online webinar, March 6, 2021.

Presenter, "The Sky Isn't Falling – New Developments in Non-Lawyer Ownership of Law Firms," 20th Annual Legal Malpractice and Risk Management Conference, online webinar, March 4, 2021.

Presenter, "Ethics and the National Security Law Practitioner," 26th Annual National Security Law Conference, Duke Law School, online webinar, February 27, 2021.

Presenter, "Ethical Considerations in Commercial Litigation Finance: What Attorneys Need to Know," Virginia CLE (Virginia Law Foundation), Online Webinar, February 3 and 25, 2021.

Moderator and Presenter, "2021 Ethics Update, Parts 1 and 2," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconference, February 9 and 10, 2021.

Presenter, "The Legal Ethics Year in Review" and "Lawyer Cybersecurity: Very Specific Things to Do Today to Be Safer Tomorrow," The Law Offices of the Shelby County Public Defender, Online Webinar, December 2020.

Presenter, "6th Annual Legal Ethics Year in Review: News Corporate Counsel Can Use," Association of Corporate Counsel Tennessee, Online Webinar, December 18, 2020.

Moderator and Presenter, "Consumer Litigation Finance: The Basics, Current Regulatory, Ethical, and Confidentiality Issues," ABA Center for Professional Responsibility, Online Webinar, November 16, 2020.

Presenter, "Media Law Update," Presentation to Editorial Staff of *Memphis Business Journal*, Online Webinar, November 5, 2020.

Panelist, "Identifying and Curing Conflicts (or How to Preserve Your Reputation and Avoid Costly Battles)," 28th Annual Fall Conference, ABA Section of Environment, Energy, and Resources Section, Online Webinar, October 27, 2020.

Presenter, "Lawyer Cybersecurity: Very Specific Things to Do Today to Be Safer Tomorrow," 2020 Fall Summit, American Academy of Estate Planning Attorneys, October 11, 2020.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Panelist, "Practicing Law in COVIDLand," 32nd Annual Health Law Forum, TBA Health Law
    Section, Online Webinar, October 9, 2020.

Speaker, "Modern Litigation Finance Options: The Rules and Risks Explained," ABA Law
    Practice Division, National Webinar, September 29, 2020, available at
    https://www.americanbar.org/events-cle/mtg/web/400556954/.

Speaker, "Social Media and the Life Cycle of the Attorney-Client Relationship," Celesq, Inc.
    and West LegalEd, National Webinar, September 23, 2020, available at
    https://lnkd.in/gEZmCg3.

Presenter, Commercial Law, Contracts, Business Organizations, Agency, Trade Regulation and
    Consumer Law, Bankruptcy, Intellectual Property, Constitutional Law, and Public
    Records, Annual Review Seminar, Tennessee Law Institute, Online Webinar, Fall 2020.

Co-Presenter, Ethics, including Annual Update and "Stormy Romance: Ethical Concerns for
    Lawyers Leaving Firms and the firms they Leave and Join," Annual Review Seminar,
    Tennessee Law Institute, Online Webinar, Fall 2020.

Co-Chair and Presenter on Several Panels, "The Law and Ethics of NewLaw," Practising Law
    Institute, National Online Webinar, September 8, 2020.

Presenter, "Lawyer Cybersecurity: Very Specific Things to Do Today to Be Safer Tomorrow,"
    Lawline, National Video Webinar, August 24, 2020.

Presenter, "2020 Hot Topics in Legal Ethics," ALI CLE, National Webinar, August 11, 2020.

Presenter, "Disqualification of Judges and Prosecutors," Annual Meeting & Seminar, Tennessee
    Association of Criminal Defense Counsel, Statewide Video Seminar, July 31, 2020.

Presenter, "Ethical Issues in Litigation Funding: An Update," Intellectual Property Owners
    Association, National Webinar, June 18, 2020.

Presenter, "The New Ethics of Working Remotely: Cybersecurity and Other Risks," American
    Law Institute, Webinar, June 10, 2020.

Presenter, "Pandemic Cybersecurity, Ethics, and Loss Prevention: Finding a New Normal,"
    University of South Carolina School of Law and ABA Cybersecurity Task Force,
    Webinar, June 9, 2020.

Moderator and Presenter, "2020 Ethics in Civil Litigation Update, Parts 1 and 2," Professional
    Education Broadcast Network/WebCredenza, Inc., National Teleconferences, June 3 and
    4, 2020.

Co-Presenter, "Working Remotely: Ethical Considerations During and After COVID-19,"
    American Bar Association Law Practice Division, National Webinar, May 14, 2020.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Co-Presenter, "Maintaining Lawyer Wellness in the Face of COVID-19 and a Troubled
    Economy," American Bar Association, National Webinar, May 6, 2020.

Presenter, Annual Loss Prevention Seminar, Stinson LLP, Firm-Wide Video Presentation,
    April 29, 2020.

Co-Presenter, "Working Remotely and Securely: What Lawyers Need to Know," American Bar
    Association, National Webinar, April 14, 2020.

Co-Presenter, "A Look into the Future of the Regulation of the Legal Profession," 19th Annual
    Legal Malpractice and Risk Management (LMRM) Conference, Hinshaw & Culbertson
    LLP, Chicago, Illinois, March 5, 2020.

Co-Presenter, "Lawyer Cybersecurity: Very Specific Things to Do Today to Be Safer
    Tomorrow," TechLaw Institute 2020, Practising Law Institute, San Francisco, California,
    March 2, 2020.

Moderator and Presenter, "2020 Ethics Update, Parts 1 and 2," Professional Education Broadcast
    Network/WebCredenza, Inc., National Teleconference, February 6 and 7, 2020.

Presenter, "The Legal Ethics Year in Review: News Criminal Defense Counsel Can Use," The
    Law Offices of the Shelby County Public Defender, Memphis, Tennessee, December 31,
    2019.

Presenter, "5th Annual Legal Ethics Year in Review: News Corporate Counsel Can Use,"
    Association of Corporate Counsel Tennessee, Memphis, Tennessee, December 18, 2019.

Presenter, "5th Annual Legal Ethics Year in Review: News Corporate Counsel Can Use," MBA
    in a Half Day, Association of Corporate Counsel Tennessee, Nashville, Tennessee,
    December 13, 2019.

Presenter, Commercial Law, Contracts, Business Organizations, Agency, Trade Regulation and
    Consumer Law, Antitrust, Bankruptcy, Intellectual Property, Constitutional Law, and
    Public Records, Annual Review Seminar, Tennessee Law Institute, various Tennessee
    locations, October 3-4, 8-9, and 17-18, November 6-7 and 20-21, and December 10-11,
    2019.

Co-Presenter, Ethics, including Annual Update and "Lawyer Cybersecurity: Very Specific
    Things to Do Today to Be Safer Tomorrow," Annual Review Seminar, Tennessee Law
    Institute, various Tennessee locations, October 3, 8, and 17, November 6, and 20, and
    December 10, 2019.

Presenter, "The Ethics of Artificial Intelligence: Putting the 'I' Back into 'I, Robot,'" American
    Bar Association, National Teleconference, December 2, 2019.Presenter and Moderator,
    "Ethical Considerations for Lawyers, Judges, and Judicial Candidates," Tennessee Bar
    Association, Nashville, Tennessee, December 2, 2019.

21

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Moderator and Presenter, "Commercial Litigation Funding: Learning the Basics, Surveying the Current Market and Products, and Understanding the Legal, Ethics, and Confidentiality Issues," American Bar Association, National Teleconference, November 18, 2019.

Presenter, "Advance Waivers of Conflicts of Interest: Using Sharp Tools Carefully," PilotLegis Annual Member Conference, Washington, D.C., November 10, 2019.

Presenter, "Lawyer Cybersecurity: Very Specific Things to Do Today to Be Safer Tomorrow," Fall Meeting, American Academy of Attorney-CPAs, Memphis, Tennessee, November 8, 2019.

Presenter, "Lawyer Cybersecurity: Very Specific Things to Do Today to Be Safer Tomorrow," The Eugene Kuntz Conference on Natural Resources Law and Policy, Oklahoma University College of Law, Oklahoma City, Oklahoma, November 1, 2019.

Co-Chair and Presenter on Several Panels, "The Law and Ethics of NewLaw," Practising Law Institute, San Francisco, California, October 30, 2019.

Panelist, "Current State of the Law in Litigation Finance," Second Annual LF Dealmakers Forum, New York, New York, September 29, 2019.

Presenter, "Hot Topics in Legal Ethics 2019," American Law Institute CLE, National Teleconference, August 21, 2019.

Panelist, "Law Firm Cybersecurity Requirements You Never Dreamed Of: Emerging Threats, Ethical Obligations to Clients, and Survival Tactics," 2019 Annual Meeting Showcase Program, ABA Cybersecurity Legal Task Force, San Francisco, California, August 9, 2019.

Presenter, "Lawyer Cybersecurity: Very Specific Things To Do Today To Be Safer Tomorrow," Memphis Bar Association, Memphis, Tennessee, July 23, 2019.

Co-Presenter, "Privacy and Data Security Legal Obligations for Lawyers,"4th National Institute on Cybersecurity and Data Protection: A Law Firm's Responsibility in Managing Data Risk, ABA, New York, New York, June 20, 2019.

Co-Presenter, "Headless Chickens and Zombie Data: Your Ethical Obligations for Disaster Breaches," ABA, National Webinar, June 17, 2019.

Moderator and Presenter, "2019 Ethics in Civil Litigation Update, Parts 1 and 2," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconferences, June 5 and 6, 2019.

Moderator and Presenter, "Litigation Finance for Ethics Professionals: What it is and how it works; ethics and legal issues; confidentiality and privilege; and disclosure," 45th Annual ABA National Conference on Professional Responsibility, Vancouver, British Columbia, Canada, May 30, 2019.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Moderator, "Covering the Courthouse: What Lawyers Can and Cannot, and Will and Won't Tell You About Their Cases and Why," 1st Annual Reporters' Workshop, Tennessee Bar Association, Nashville, Tennessee, May 17, 2019.

Moderator, "Are You Ready for Your Closeup? Lawyers Ethically Dealing with the Media," Communications Law Forum, Tennessee Bar Association, Nashville, Tennessee, May 17, 2019.

Co-Presenter, "Attorney Advertising and the Search for Plaintiffs," 13th Annual Judicial Symposium on Civil Justice Issues, George Mason University Antonin Scalia Law School Law & Economics Center, Arlington, Virginia, May 6, 2019.

Co-Presenter, "Ethics: An Interactive Session on Ethics in the Digital Era with Real Life Stories," Virginia State Bar TechShow, Richmond, Virginia, April 8, 2019.

Co-Presenter, "The Cloudy Ethics of Cloud Computing," Virginia State Bar TechShow, Richmond, Virginia, April 8, 2019.

Presenter, "Evolving Legal Ethics: Portable Devices, The Cloud, and Social Media," TechLaw Institute 2019, Practising Law Institute, New York, New York, March 27, 2019.

Commenter concerning article by Tom Lininger, "*Green Ethics for Judges*," 86 Geo. Wash. L. Rev. 711 (2016), Environmental Law and Policy Annual Review, sponsored by Environmental Law Institute, Vanderbilt Energy and Environmental Law Society, Vanderbilt Energy, Environment, and Land Use Program, and Vanderbilt University School of Law, Nashville, March 25, 2019.

Panelist, "Ethical Implications in Settlement Strategies for Your Mass Toxic Tort Case," Defense Research Institute (DRI) Toxic Torts and Environmental Law Seminar, New Orleans, Louisiana, March 15, 2019.

Presenter, "Evolving Legal Ethics: Portable Devices, The Cloud, and Social Media," TechLaw Institute 2019, Practising Law Institute, San Francisco, California, March 4, 2019.

Presenter, "Attorney Fees and Ethics: It Pays to Be Reasonable," National Association of Legal Fee Analysis, National Teleconference, February 28, 2019.

Presenter, "Media Law Update," Presentation to Editorial Staff of *Memphis Business Journal*, Memphis, Tennessee, February 26, 2019.

Presenter, "The 2018 Legal Ethics Year in Review: New You Can Use," 70th Annual Oil and Gas Conference, Institute for Energy Law of The Center for American and International Law, Houston, Texas, February 21, 2019.

Presenter, Background Presentation Introducing Debate on Proposition: "This House Believes That the Proposed Amendment to Tenn. Sup. Ct. R. 8, RPC 8.4, Violates the First Amendment and Tenn. Const. Art. I, § 19," Harry Phillips American Inn of Court and The

23

**<u>Seminars and Professional Presentations</u>** *(1999 to present; cont.)*

Belmont University College of Law American Inn of Court, Nashville, Tennessee, February 19, 2019.

Moderator and Presenter, "2019 Ethics Update, Parts 1 and 2," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconference, February 7 and 8, 2019.

Moderator, "Nonlawyer Legal Practice – Reconceptualizing UPL in the 21st Century World," 2019 MidYear Meeting, Association of Professional Responsibility Lawyers, Las Vegas, Nevada, January 24, 2019.

Panelist, "But Don't I Have an Absolute Right to do Wrong? Constitutional Defenses in Disciplinary Cases," 2019 Mid-Year Meeting, National Organization of Bar Counsel, Las Vegas, Nevada, January 24, 2019.

Presenter, "The Legal Ethics Year in Review: News You Can Use for Corporate Counsel," Association of Corporate Counsel and Adams and Reese LLP, Nashville, Tennessee, December 13, 2018.

Presenter, Commercial Law, Contracts, Business Organizations, Agency, Trade Regulation and Consumer Law, Antitrust, Bankruptcy, Intellectual Property, Constitutional Law, and Public Records, Annual Review Seminar, Tennessee Law Institute, various Tennessee locations, September 13-14, 27-28, October 18-19, November 8-9, 29-30, and December 11-12, 2018.

Co-Presenter, Ethics, including Annual Update and "Rules of Engagement: Ethical and Effective Engagement Agreements," Annual Review Seminar, Tennessee Law Institute, various Tennessee locations, September 13-14, 27-28, October 18-19, November 8-9, 29-30, and December 11-12, 2018.

Presenter, "The Legal Ethics Year in Review: News You Can Use for Corporate Counsel," Association of Corporate Counsel and Adams and Reese LLP, Memphis, Tennessee, November 27, 2018.

Presenter, "The Legal Ethics Year in Review: News Defense Counsel Can Use," Tennessee Association of Criminal Defense Lawyers, Chattanooga, Tennessee, October 25, 2018.

Moderator, "In the Trenches: Lessons from Law Firm Executive Directors and COOs," Aon Law Firm Symposium, Chicago, Illinois, October 11, 2018.

Interview Guest, "The Cloudy Ethics of Cloud Computing," The Digital Edge (Legal Talk Network podcast), available at [URL] (posted Aug. 29, 2018).

Presenter, "The Legal Ethics Year in Review: News Corporate Counsel Can Use," Association of Corporate Counsel North Florida and Adams and Reese LLP, Jacksonville, Florida, August 23, 2018.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Presenter, "Basic Digital Hygiene: Cybersecurity for the Rest of Us," Fidelity National Title
Group West Tennessee/Mississippi Agency Seminar, Memphis, Tennessee, August 14,
2018.

Moderator and Presenter, "Darkest Hour? Shining a Light on Cyber Ethical Obligations"
(1st in 5-part series), American Bar Association, National Webinar, June 27, 2018.

Panelist, "Predicting the Future with Advance Conflict Waivers," Annual General Meeting,
Attorneys' Liability Assurance Society, Carlsbad, California, June 22, 2018.

Presenter, "Accidental Clients," Fifth Annual Mid-South Agricultural and Environmental Law
Conference, Memphis, Tennessee, June 8, 2018.

Moderator and Presenter, "2018 Ethics in Civil Litigation Update, Parts 1 and 2," Professional
Education Broadcast Network/WebCredenza, Inc., National Teleconferences, June 2
and 3, 2018.

Panelist, "How to Effectively (and Ethically) Represent a Client Who Has Given False
Testimony or Committed Prior Fraud," 2018 Immigration Law Conference, Federal Bar
Association, Memphis, Tennessee, May 19, 2018.

Moderator, "How Courts, Law Schools, Law Firms, and Corporate Counsel Are Addressing
Sexual Harassment in the Legal Profession and the Workplace," Tennessee Lawyers'
Association for Women Empowerment Conference, Nashville, Tennessee, April 19,
2018.

Panelist, "Social Media and Online Communication: Avoiding Ethical Pitfalls and the
Consequences of Data Breaches," 2018 Section Spring Meeting, ABA Section of
Business Law, Orlando, Florida, April 12, 2018.

Presenter, "Evolving Legal Ethics: Portable Devices, The Cloud, and Social Media," TechLaw
Institute 2018, Practising Law Institute, New York, New York, March 28, 2018.

Moderator and Presenter, "2018 Ethics Update, Parts 1 and 2, "Professional Education Broadcast
Network/WebCredenza, Inc., National Teleconference, February 6 and 7, 2018.

Presenter, "Hot Topics in Legal Ethics 2017," American Law Institute CLE, National
Teleconference, December 28, 2017 (replay of August 23, 2017, program).

Presenter, "The Legal Ethics Year in Review: News You Can Use for Corporate Counsel,"
Association of Corporate Counsel and Adams and Reese LLP, Nashville, Tennessee,
December 14, 2017.

Presenter, Commercial Law, Contracts, Business Organizations, Agency, Trade Regulation and
Consumer Law, Antitrust, Bankruptcy, Intellectual Property, Constitutional Law, and
Public Records, Annual Review Seminar, Tennessee Law Institute, various Tennessee

25

**Seminars and Professional Presentations** *(1999 to present; cont.)*

locations, September 18-19, 28-29, October 12-13, November 2-3, 29-30, and December 12-13, 2017.

Co-Presenter, Ethics, including Annual Update and "Accidental Clients," Annual Review Seminar, Tennessee Law Institute, various Tennessee locations, September 18-19, 28-29, October 12-13, November 2-3, 29-30, and December 12-13, 2017.

Presenter, "Ethical Considerations for Lawyers, Judges, and Judicial Candidates," Tennessee Bar Association, Nashville, Tennessee, December 13, 2017.

Presenter, "The Legal Ethics Year in Review: News You Can Use for Corporate Counsel," Association of Corporate Counsel and Adams and Reese LLP, Memphis, Tennessee, December 7, 2017.

Presenter, "Accidental Clients," Mid-South Commercial Law Institute, Nashville, Tennessee, December 1, 2017.

Presenter, "Rules of Engagement: Ethical Considerations for Engagement Agreements Rules of Engagement: Ethical Considerations for Engagement Agreements," American Law Institute CLE, National Teleconference, Nov. 30, 2017 (replay of May 24, 2017, program).

Presenter, "Risk Management for Lawyers," CNA and Evans & Petree, P.C., Memphis, Tennessee, October 26, 2017.

Moderator and Presenter, "Trends in State FOI Litigation," 2017 Freedom of Information Summit, National Freedom of Information Summit, Nashville, Tennessee, October 14, 2017.

Presenter, "Judicial Ethics," 2017 JCAT Conference, Judicial Commissioners' Association of Tennessee, Memphis, Tennessee, October 11, 2017.

Speaker, "Ethical Considerations: Diversity, Inclusion, and ABA Model Rule 8.4(g)," TBA LGBT Law Annual Forum 2017, Nashville, Tennessee, September 22, 2017.

Presenter, "Learning Ethics Through 'The Good Wife – Part II,'" Annual Meeting, American Bar Association Section of Business Law Section, Chicago, Illinois, September 14, 2017.

Presenter, "Career Choice Series: Lawyer Professional Responsibility and Loss Prevention," ABA Legal Career Central and Center for Professional Responsibility, National Webinar, August 25, 2017.

Presenter, "Hot Topics in Legal Ethics 2017," American Law Institute, National Teleconference, August 23, 2017.

26

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Moderator and Presenter, "'If It's Tuesday, This Must Be Omaha:' Navigating New Developments in MJP and UPL," 43rd Annual ABA National Conference on Professional Responsibility, St. Louis, Missouri, June 2, 2017.

Presenter, "Rules of Engagement: Ethical Considerations for Engagement Agreements," National Teleconference, American Law Institute CLE, May 24, 2017.

Presenter "The Legal Ethics Year in Review: News Corporate Counsel Can Use," Trial Practice Seminar, FedEx Express Law Department, Memphis, Tennessee, May 3, 2017.

Presenter, "Evaluating Economic Outcomes and Ethical Considerations in Litigation Financing," Class Action Money and Ethics Conference, Beard Group Law and Business Publishers, New York, New York, May 1, 2017.

Presenter, "Learning Ethics Through 'The Good Wife,'" Spring Meeting, American Bar Association Section of Business Law Section, New Orleans, Louisiana, April 6, 2017.

Presenter, "Technology-Related Ethics and Risk Management Issues for In-House Counsel," Corporate Counsel CLE Seminar, ABA Section of Litigation, Orlando, Florida, February 17, 2017.

Moderator and Presenter, "2017 Ethics Update, Parts 1 and 2,"Professional Education Broadcast Network/WebCredenza, Inc., National Teleconference, February 7 and 8, 2017.

Presenter, "The Impact of Technological Developments on the Rules of Attorney-Client Privilege, Confidentiality, and Social Media,"16th Annual Symposium on Legal Malpractice & Ethics, St. Mary's Journal on Legal Malpractice & Ethics, St. Mary's University School of Law, San Antonio, Texas, January 27, 2017.

Presenter, "Hot Topics in Legal Ethics 2016," National Teleconference, American Law Institute, December 29, 2016 (replay of August 24, 2016, program).

Presenter, Commercial Law, Contracts, Business Organizations, Agency, Trade Regulation and Consumer Law, Antitrust, Bankruptcy, Intellectual Property, Constitutional Law, and Public Records, Annual Review Seminar, Tennessee Law Institute, various Tennessee locations, September 18-19, 28-29, October 12-13, November 2-3, 29-30, and December 12-13, 2016.

Co-Presenter, Ethics, including Annual Update and "DIY Disciplinary Defense: A How-To Guide to Responding to Lawyer Disciplinary Complaints," Annual Review Seminar, Tennessee Law Institute, various Tennessee locations, September 18-19, 28-29, October 12-13, November 2-3, 29-30, and December 12-13, 2016.

Presenter, "The Legal Ethics Year in Review: News You Can Use for Corporate Counsel," Association of Corporate Counsel and Adams and Reese LLP, Nashville, Tennessee, December 7, 2016.

27

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Moderator and Presenter, "By the Light of the Moonlight Fire: A Case Study in Litigation [Mis]Conduct," Aon Law Firm Symposium, Chicago, Illinois, November 18, 2016.

Presenter, "Exploring Litigation Funding & the Related Ethics Issues 2016," Attorneys' Liability Assurance Society, Inc. (ALAS), National Webinar, November 14, 2016, also posted online at https://www.alas.com/digitalresources/ (available online to ALAS member firms).

Presenter, "Ethical 'Red-Flags' for Public Lawyers: Responsibilities, Conflicts and More," ABA Government and Public Sector Lawyers Division, Memphis, Tennessee, November 4, 2016.

Moderator and Presenter, "Access Law 101: Using the Law to Report," Law School for Journalists, U.S. District Court for the Western District of Tennessee, University of Memphis School of Journalism, University of Memphis School of Law, Memphis Bar Association, and Tennessee Coalition for Open Government, Memphis, Tennessee, September 28, 2016.

Presenter, "Thorny Ethics Issues You Can't Ignore," LexisNexis/HB Litigation Conferences, National Teleconference, September 17, 2016.

Presenter, "What Every Lawyer Needs to Know About Internet & Social Media," Annual Meeting, ABA Business Law Section, Boston, Massachusetts, September 9, 2016.

Presenter, "Hot Topics in Legal Ethics 2016," National Teleconference, American Law Institute, August 24, 2016.

Moderator and Presenter, "2016 Ethics in Civil Litigation Update, Parts 1 and 2," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconferences, June 7 and 8, 2016.

Panelist, "Judicial Disqualification Bootcamp: How to Boot a Judge Off of Your Case," ABA 42nd National Conference on Professional Responsibility, Philadelphia, Pennsylvania, June 2, 2016.

Presenter and Moderator, "Building Walls to Open Doors: Using Screens to Address Conflicts of Interest," National Teleconference, American Law Institute, May 25, 2016 (replay of May 19, 2015, program).

Presenter "Ethics Potpourri," Trial Practice Seminar, FedEx Express Law Department, Memphis, Tennessee, May 11, 2016.

Presenter, "Conflicts of Interest in Commercial Litigation," Business Litigation Seminar, Defense Research Institute, Nashville, Tennessee, May 6, 2016.

Presenter, "Evolving Legal Ethics: Portable Devices, The Cloud, and Social Media," TechLaw Institute 2016: The Digital Evolution, Practicing Law Institute, San Francisco, California

28

**Seminars and Professional Presentations** *(1999 to present; cont.)*

(March 10, 2016, national webcast and on-demand webinar) and New York, New York (April 6, 2016).

Moderator and Presenter, "It's Your Move: Ethical and Legal Guidance for Lawyers Changing Firms," American Law Institute, On-Demand Webinar, March 24, 2016 (recording date).

Moderator and Presenter, "Smart (Lateral) Moves: Ethical Concerns for Lawyers and the Firms They Leave or Join," American Law Institute, National Webinar and On-Demand Webinar, March 23, 2016.

Presenter, "Judicial Ethics Update," Tennessee Judicial Conference, Franklin, Tennessee, March 17, 2016.

Presenter, "Ripped from Real Life: The Privilege in Corporate Transactions, Hot Documents, Stolen Laptops, Social Media, and Encryption" and "Mistakes, Lawyer Departures, Prior Work Conflicts, and the 'Mailroom of Death,'" Annual Ethics & Professionalism Seminar, Kilpatrick Townsend & Stockton LLP, Atlanta, Georgia, March 15, 2016.

Presenter, "The Ethical Duty to Protect Client Data: Cybersecurity Implications," ABA National Institute on Cybersecurity, New York, New York, February 23, 2016.

Moderator and Presenter, "2015 Ethics Update, Parts 1 and 2," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconference, February 1 and 2, 2016.

Presenter, "Commercial Litigation Financing: What Lawyers Need to Know When Clients Ask," Dallas Bar Association, Dallas, Texas, January 15, 2016.

Moderator and Presenter, "Disrupting the Delivery of Legal Services and the Law Business: What Every Lawyer Needs to Know About New Legal and Law-Related Services Providers," Section of Business Law and Center for Professional Responsibility, American Bar Association, National Teleconference, January 14, 2016.

Presenter, "Media Law Update," Presentation to Editorial Staff of *Memphis Business Journal*, Memphis, Tennessee, January 7, 2016.

Presenter, "Hot Topics in Legal Ethics 2015," National Teleconference, American Law Institute, December 30, 2015 (replay of August 20, 2015, program).

Panelist, "Deposition Procedures, Best Practices, Case Strategy, Problems That Can Arise, and Ethical Problems," Memphis Bar Association, Memphis, Tennessee, December 21, 2015.

Presenter, "Ripped from Real Life: Ethics and Privilege Issues," Memphis Area Legal Services, Memphis, Tennessee, December 18, 2015.

Presenter, "Ethics Considerations for Lawyers, Judges, and Judicial Candidates," Tennessee Bar Association, Nashville, Tennessee, December 15, 2015.

29

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Presenter, "Ripped from Real Life: Ethics and Privilege Issues," Association of Corporate
        Counsel – Tennessee Chapter, Memphis, Tennessee, December 11, 2015.

Presenter, Commercial Law, Contracts, Business Organizations, Agency, Trade Regulation and
        Consumer Law, Antitrust, Bankruptcy, Intellectual Property, Constitutional Law, and
        Public Records, Annual Review Seminar, Tennessee Law Institute, various Tennessee
        locations, September 17-18, October 1-2 and 8-9, November 5-6, and December 1-2 and
        8-9, 2015.

Co-Presenter, Ethics, including Annual Update and "Basic Digital Hygiene for
        Lawyers," Annual Review Seminar, Tennessee Law Institute, various Tennessee
        locations, September 17, October 1 and 8, November 5, and December 1 and 8, 2015.

Moderator and Presenter, "Ripped from Real Life: Ethics and Privilege Issues," Mid-South
        Commercial Law Institute, Nashville, Tennessee, December 3, 2015.

Presenter, "Ripped from Real Life: Ethics and Privilege Issues," FedEx Corporation Law
        Department, Memphis, Tennessee, November 11, 2015.

Presenter, "Ethics and Law-Related Businesses: The Issues for Lawyers Providing Law-Related
        Services," Title School Tune-Up, Fidelity National Title Group, Memphis, Tennessee,
        November 3, 2015.

Presenter, "Hot Topics in Legal Ethics 2015," National Teleconference, American Law Institute,
        August 20, 2015.

Presenter, "Ethics Game Show," Annual Meeting, Association of Professional Responsibility
        Lawyers, Chicago, Illinois, July 31, 2015.

Presenter, "Litigating with Other People's Money: Commercial Litigation Funding, Ethics, and
        Law," American Bar Association Section of Litigation 2015 Spring Leadership Meeting,
        Asheville, North Carolina, June 6, 2015.

Moderator and Presenter, "2015 Ethics in Civil Litigation Update, Parts 1 and 2," Professional
        Education Broadcast Network/WebCredenza, Inc., National Teleconferences, June 9 and
        10, 2015.

Moderator, "Disrupting the Delivery of Legal Services and the Law Business: What Every
        Lawyer Needs to Know About New Legal and Law-Related Service Providers," 41st
        Annual National Conference on Professional Responsibility, American Bar Association
        Center for Professional Responsibility, Denver, Colorado, May 28, 2015.

Presenter and Moderator, "Building Walls to Open Doors: Using Screens to Address Conflicts
        of Interest," National Teleconference, American Law Institute, May 19, 2015.

30

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Presenter and Moderator, "Litigating with Other People's Money: Commercial Litigation
        Funding, Ethics and Law," Tennessee Chapter, Association of Corporate Counsel, and
        Adams and Reese, LLP, Nashville, Tennessee, May 6, 2015.

Presenter and Moderator, "The Year in Review: Ethics Opinions and Case Law for Corporate
        Counsel," Tennessee Chapter, Association of Corporate Counsel, and Adams and Reese,
        LLP, Nashville, Tennessee, May 6, 2015.

Presenter, "Evolving Legal Ethics: Portable Devices, The Cloud, and Social Media," TechLaw
        Institute 2015, Practising Law Institute, New York, New York, April 8, 2015.

Presenter, "The Lifecycle of a Motion for Disqualification: From Cradle to
        Grave," National Webinar and Teleconference, ABA Center for Professional
        Responsibility, March 4, 2015.

Presenter, "Enhancing Your Data Protection and Mitigating Your Cyber Risk," 14th Annual
        Legal Malpractice & Risk Management Conference, Chicago, Illinois, February 27,
        2015.

Moderator and Presenter, "2015 Ethics Update, Parts 1 and 2," Professional Education Broadcast
        Network/WebCredenza, Inc., National Teleconference, February 10 and 11, 2015.

Presenter, "Handling Respondents' Defenses in Disciplinary Cases," Mid-Year Meeting,
        National Organization of Bar Counsel, Houston, Texas, February 7, 2015.

Presenter, "Litigating with Other People's Money: The New World of Commercial Litigation
        Funding," Year-End Tax and Accounting Update, BDO United States, Nashville-- and
        Memphis, Tennessee, December 10 and 11, 2014.

Presenter and Moderator, "The Year in Review: Ethics Opinions and Case Law for Corporate
        Counsel," Tennessee Chapter, Association of Corporate Counsel, and Adams and Reese,
        LLP, Memphis, Tennessee, December 9, 2014.

Presenter and Moderator, "Litigating with Other People's Money: Commercial Litigation
        Funding, Ethics and Law," Tennessee Chapter, Association of Corporate Counsel, and
        Adams and Reese, LLP, Memphis, Tennessee, December 9, 2014.

Presenter and Moderator, "Litigating with Other People's Money: Commercial Litigation
        Funding, Ethics and Law," Mid-South Commercial Law Institute, Nashville, Tennessee,
        December 4, 2014.

Moderator and Presenter, "The New Business of Law: Attorney Outsourcing, Legal Service
        Companies, and Commercial Litigation Funding," Tennessee Bar Association, Nashville,
        Tennessee, November 12, 2014.

Presenter, "The Ethics of Joint Representation," Trial Practice Seminar, Federal Express Law
        Department, Memphis, Tennessee, November 5, 2014.

31

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Presenter, "The Ethics of Joint Representation," Annual Ethics Seminar, The St. Thomas More Catholic Lawyer Guild, Memphis, Tennessee, November 4, 2014.

Moderator and Presenter, "Data Security for Lawyers: The Ethical Obligations to Clients," National Webinar, American Bar Association, October 21, 2014 (one in a series of five webinars by authors of *The ABA Cybersecurity Handbook*).

Co-Presenter, "Litigating with Other People's Money: Commercial Litigation Funding, Ethics, and Law," Annual Seminar, Federal Bar Association Memphis/Mid-South Chapter, Memphis, Tennessee, October 17, 2014.

Moderator and Presenter, "Lawyers' Professional Responsibilities and Liabilities from the Clients' Perspective," 2014 Aon Large Law Firm Symposium, Chicago, Illinois, October 16, 2014.

Moderator and Presenter, "Commercial Litigation Funding, Ethics, and Law," National Webinar, American Bar Association Center for Professional Responsibility, September 24, 2014.

Co-Presenter, Ethics, including Annual Update and "Ethics: Mistakes, Lawyer Departures, Prior Work Conflicts, and the 'Mailroom of Death,'" Annual Review Seminar, Tennessee Law Institute, various Tennessee locations, September 18, October 2, 23, 30, November 18, and December 1, 2014.

Presenter, Antitrust, Intellectual Property, Trade Regulation and Consumer Law, Bankruptcy, Constitutional Law, Tennessee Constitution, Public Records, Contracts, Business Organizations, UCC, and Banking, Annual Review Seminar, Tennessee Law Institute, various Tennessee locations, September 18-19, October 2-3, 23-24, 30-31, November 18-19, and December 1-2, 2014.

Presenter, "Pop Quiz: The Ethics of Email and Social Media," Annual Convention, Kentucky Justice Association, Cincinnati, Ohio, September 12, 2014.

Moderator and Presenter, "Hot Topics in Legal Ethics 2014," National Teleconference, American Law Institute, August 27, 2014.

Presenter, "Media Law and Libel," Presentation to Editorial Staff of the *Memphis Business Journal*, Memphis, Tennessee, July 10, 2014.

Moderator and Presenter, "2014 Ethics in Civil Litigation Update, Parts 1 and 2," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconferences, June 4 and 5, 2014.

Moderator and Presenter, "Commercial Litigation Funding, Ethics, and Law," ABA National Conference on Professional Responsibility, Long Beach, California, May 30, 2014.

**Seminars and Professional Presentations** *(1999 to present; cont.)*


Moderator and Presenter, "The Lifecycle of a Motion for Disqualification – From Cradle to Grave," ABA National Conference on Professional Responsibility, Long Beach, California, May 30, 2014.

Presenter, "Handling Client Trust Accounts and Other People's Money," National Business Institute, Inc., National Teleconference, May 27, 2014.

Presenter, "The Rules of Professional Conduct and Current Realities: Is There a Gap?," Annual Meeting, American Law Institute May 18, 2014, Washington, D.C.

Presenter, "Rules of Engagement: Ethical Considerations for Engagement Agreements," National Teleconference, American Law Institute, March 28, 2014.

Presenter, "Pop Quiz: The Ethics of Email and Social Media," TBA Litigation Forum 2014, Tennessee Bar Association, Nashville, Tennessee, March 7, 2014.

Moderator and Co-Presenter, "Hot Topics in Ethics," American Law Institute, National Teleconference, December 30, 2013 (replay).

Presenter, "Ethical Considerations for Lawyers, Judges, and Judicial Candidates," 2013 Running for Office Seminar: Tennessee Campaign Ethics, Tennessee Bar Association, Nashville, Tennessee, December 18, 2013.

Presenter, "Ethics: Mistakes, Prior Work Conflicts, and the 'Mailroom of Death,'" Mid-South Commercial Law Institute, Nashville, Tennessee, December 5, 2013.

Presenter, "Accidental Clients," St. Thomas More Catholic Lawyers Guild, University of Memphis Law School, Memphis, Tennessee, November 18, 2013.

Moderator and Co-Presenter, "Ethics and Client Money: Trust Fund Accounting and More," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconferences, November 14, 2013.

Presenter, "Too Hot to Handle? Dealing with Data or Documents You 'Arguably' Shouldn't Have," Trial Practice Seminar, FedEx Corporation Law Department, Memphis, Tennessee, October 30, 2013.

Co-Presenter, "The Media and the Courts," Tennessee Judicial Conference, Franklin, Tennessee, October 25, 2013.

Co-Presenter, Ethics, including Annual Update and "Lies, Damned, and Negotiations: Ethical Issues in Negotiation," Annual Review Seminar, Tennessee Law Institute, various Tennessee locations, September 12, October 2, 17, November 7, 21, and December 12, 2013.

Presenter, UCC, Banking, Agency, Contracts, Antitrust, Trade Regulation, Corporations, Partnerships, Constitutional Law, and Tennessee Constitution, Annual Review Seminar,

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Tennessee Law Institute, various Tennessee locations, September 12-13, October 2-3, 17-18, November 7-8, 21-22, and December 12-13, 2013.

Moderator and Co-Presenter, "Hot Topics in Ethics," American Law Institute, National Teleconference, August 28, 2013.

Moderator and Presenter, "Too 'Hot' To Handle: Dealing with Data or Documents You (Arguably) Shouldn't Have," American Law Institute, National Teleconference (replay), August 1, 2013.

Presenter, "Pop Quiz: The Ethics of Email," University of Memphis Alumni Association and Memphis Bar Association, Memphis, Tennessee, July 26, 2013.

Presenter, "Ethical Considerations for Lawyers, Judges, and Judicial Candidates," 2013 Running for Office Seminar: Tennessee Campaign Ethics, Tennessee Bar Association, Nashville, Tennessee, July 22, 2013.

Moderator and Presenter, "2013 Ethics in Civil Litigation Update, Parts 1 and 2," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconferences, June 6 and 7, 2013.

Presenter, "Pop Quiz: The Ethics of Email," Trial Practice Seminar, FedEx Corporation Law Department, Memphis, Tennessee, May 17, 2013.

Presenter, "Workshop in Professional Ethics in Immigration Law: General Immigration Law Issues," 10th Annual Federal Bar Association Immigration Law Seminar, FBA Immigration Law Section, Memphis, Tennessee, May 17, 2013.

Presenter, "Workshop in Professional Ethics in Immigration Law: Dual Representation," 10th Annual Federal Bar Association Immigration Law Seminar, FBA Immigration Law Section, Memphis, Tennessee, May 17, 2013.

Presenter, "Ethics for the Solo and Small Firm Practitioner," Section Annual Conference, ABA Litigation Section, Chicago, Illinois, April 26, 2013.

Presenter, "Media Law Update," Presentation to Editorial Staff of the *Memphis Business Journal*, Memphis, Tennessee, March 14, 2013.

Moderator and Presenter, "Too 'Hot' To Handle: Dealing with Data or Documents You (Arguably) Shouldn't Have," American Law Institute, National Teleconference, February 22, 2013.

Presenter, "Accidental Clients, Recusing Judges, and Ethics Potpourri 2012," Memphis Bar Association, December 27, 2012.

Moderator and Presenter, "Hot Topics in Ethics," American Law Institute, National Teleconference (replay), December 27, 2012.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Moderator and Presenter, "The Lawyers of Watergate," Memphis Bar Association, Memphis, Tennessee, October 30, 2012.

Moderator and Presenter, "Getting to Maybe: Conflicts of Interest," Aon Large Law Firm Symposium, New Orleans, Louisiana, October 11, 2012.

Co-Presenter, Ethics, including Annual Update and "Ripped from the Case Law: Corporate Internal Investigations, Joint Representations, and *U.S. v. Ruehle*," Annual Review Seminar, Tennessee Law Institute, various Tennessee locations, September 7, 21, October 5, 19, November 2, and December 7, 2012.

Presenter, Insurance, Agency, Contracts, Arbitration, Antitrust, Trade Regulation, Corporations, Partnerships, Constitutional Law, and Tennessee Constitution, Annual Review Seminar, Tennessee Law Institute, various Tennessee locations, September 6-7, 20-21, October 4-5, 18-19, November 1-2 and December 6-7, 2012.

Moderator and Presenter, "Hot Topics in Ethics," American Law Institute, National Teleconference, August 30, 2012.

Moderator and Presenter, "Practical Advice on Conflict Waivers," American Law Institute, National Teleconference (replay), August 15, 2012.

Moderator and Presenter, "Ripped from the Case Law: *U.S. v. Ruehle*," 2012 Annual Meeting, International Association of Defense Counsel, Asheville, North Carolina, July 12, 2012.

Moderator and Presenter, "2012 Ethics in Civil Litigation, Parts 1 and 2," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconferences, June 5 and 6, 2012.

Moderator and Presenter, "The New Tennessee Code of Judicial Conduct: What Judges and Lawyers Need to Know," Tennessee Annual Judicial Conference and TBA Annual Convention, Tennessee Judicial Conference and Tennessee Bar Association, Memphis, Tennessee, June 8, 2012.

Presenter, "Workshop: Professional Ethics: Representation of a Non-U.S. Citizen in Criminal Court," 9th Annual Federal Bar Association Immigration Law Seminar, FBA Immigration Law Section, Memphis, Tennessee, May 18, 2012.

Moderator and Presenter, "Workshop: Professional Ethics in Immigration Law," 9th Annual Federal Bar Association Immigration Law Seminar, FBA Immigration Law Section, Memphis, Tennessee, May 18, 2012.

Presenter, "What Attorneys Need to Know About the New Amended Code of Judicial Conduct," Tennessee Bar Association, Nashville, Tennessee, May 9, 2012.

Presenter, "What Every Young Lawyer Needs to Know About Avoiding Lawyer Discipline," ABA Young Lawyers Division and ABA Standing Committee on Professional Discipline, ABA YLD 2012 Spring Conference, Nashville, Tennessee, May 4, 2012.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Moderator and Presenter, "New Tennessee Judicial Disqualification Rules," Memphis Bar
        Association, Memphis, Tennessee, March 29, 2012.

Moderator and Presenter, "Engagement Letters: Managing Risks and Client Expectations," ALI-
        ABA, National Teleconference Seminar, March 16, 2012.

Moderator and Presenter, "2012 Ethics Update, Parts 1 and 2,*"* Professional Education Broadcast
        Network/WebCredenza, Inc., National Teleconference, February 2 and 3, 2012.

Moderator and Presenter, "Ripped from the Case Law: *Stengart v. Loving Care Agency, Inc.,"*
        2011 Seminar, Mid-South Commercial Law Institute, Nashville, Tennessee, December 2,
        2011.

Presenter, "Accidental Clients," Federal Express Corporation Law Department, Memphis,
        Tennessee, December 1, 2011.

Panelist, "Legal Ethics for Media Lawyers: Current Issues," Communications Law in the Digital
        Age 2011, Practising Law Institute, New York, New York, and national webcast,
        November 11, 2011.

Presenter, "Accidental Clients," 2011 Legal Seminar, American Public Power Association,
        Memphis, Tennessee, November 9, 2011.

Moderator and Presenter, "Learning from the Misery of Others: A Case Study," Aon Law Firm
        Symposium, Chicago, Illinois, October 21, 2011.

Presenter, "Practical and Ethical Considerations for ALL Counsel in a New Environment for
        Legal Services," 19th Section Fall Meeting, ABA Section of Environment, Energy, and
        Resources, Indianapolis, Indiana, October 14, 2011.

Co-Presenter, Ethics, including Annual Update and "Mad Money: Fees, Retainers, Flat Fees,
        Nonrefundable Fees, and Mid-Course Corrections," Annual Review Seminar, Tennessee
        Law Institute, various Tennessee locations, September 13, October 6, 13, November 3,
        17, and December 13, 2011.

Moderator and Presenter, "Hot Topics in Legal Ethics 2011," ALI-ABA, National
        Teleconference Seminar, August 12, 2011.

Moderator and Presenter, "Ethics and the Three L's: Lawyers, Lobbyists, and Legislators," 65th
        Annual Southern Legislative Conference, Southern Office of the Council of State
        Governments, Memphis, Tennessee, July 19, 2011.

Moderator and Presenter, "Attorney-Client Privilege and the Work Product Doctrine,"
        Professional Education Broadcast Network/WebCredenza, Inc., National Teleconference,
        May 17, 2011.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Moderator and Presenter, "Conflicts of Interest: Identifying the Hazards and Resolving the Issues," ALI-ABA, National Teleconference, May 6, 2011.

Moderator and Presenter, "Confidentiality in a Digital World," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconference, May 3, 2011.

Presenter, "Updating the Rules of Professional Conduct: The 2011 Revisions," 2011 Spring Tipton County CLE, Tipton County Bar Association, Covington, Tennessee, April 30, 2011.

Moderator and Presenter, "Ripped from the Case Law: *U.S. v. Ruehle*," Regional Meeting, International Association of Defense Counsel, New Orleans, Louisiana, April 29, 2011.

Panelist, "Proposed Revisions to the Tennessee Code of Judicial Conduct and Recusal Rules," Leo Bearman, Sr. American Inn of Court, Memphis, Tennessee, April 12, 2011.

Presenter, "Ethics and Loss Prevention in Tough Times: Now More than Ever," 6th Annual Law Practice Today Expo, Knoxville Bar Association, Knoxville, Tennessee, April 8, 2011.

Moderator and Presenter, "RPC 2.0: The 2011 Revisions to Tennessee's Legal Ethics Rules," Memphis Bar Association, Memphis, Tennessee, March 30, 2011.

Presenter, "Ethics and the Transactional Lawyer," American Bar Association Section of Business Law, National Teleconference, March 16, 2011.

Presenter, "Media Law Update," Presentation to Editorial Staff of the *Memphis Business Journal*, Memphis, Tennessee, February 17, 2011.

Moderator and Presenter, "Annual Ethics Update, Parts I and II," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconferences, February 1 and 2, 2011.

Presenter, "Hot Topics in Legal Ethics 2010" (replay of Aug. 25, 2010, teleconference with question-and-answer session), ALI-ABA, National Teleconference, December 30, 2010.

Co-Presenter, Ethics, including Annual Update and "Updating the Tennessee Rules of Professional Conduct: The 2010 Revisions to Tennessee Legal Ethics," Annual Review Seminar, Tennessee Law Institute, various Tennessee locations, September 16, October 1 and 14, November 4 and 18, and December 14, 2010.

Presenter, "Updating the Tennessee Rules of Professional Conduct: The 2010 Revisions to Tennessee Legal Ethics," Association for Women Attorneys, Memphis, December 9, 2010.

Presenter, "Updating the Tennessee Rules of Professional Conduct: The 2010 Revisions to Tennessee's Legal Ethics Rules," Hot Topics in Real Estate 2010, Tennessee Land Title Association/Tennessee Bar Association, Nashville, Tennessee, November 11, 2010.

37

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Presenter, "Joint Representation: Perils and Practical Solutions," Federal Express Corporation Law Department, Memphis, Tennessee, November 3, 2010.

Presenter and Moderator, "Ripped from the Case Law: Corporate Internal Investigations, Joint Representations, and *U.S. v. Ruehle*," 2010 Annual Federal Practice Seminar, Memphis/Mid-South Chapter of the Federal Bar Association, Cecil C. Humphreys School of Law, University of Memphis, Memphis, Tennessee, October 20, 2010.

Moderator and Presenter, "The Ethics of Investigations," Live National Teleconference, ABA, October 5, 2010.

Presenter, "Should Lawyers Fresh Out of Law School Start a Solo Practice?," *ABA Journal* Podcast, posted Sept. 7, 2010, *available at* http://abajournal.com/news/article/podcast_monthly_episode_6/.

Co-Presenter, "Engaging Clients Safely," Adams and Reese LLP Internal Loss Prevention Seminar, Sarasota and St. Petersburg, Florida, August 20, 2010.

Moderator and Presenter, "The Perils of Lateral Movement: Issues for Moving Lawyers, The Firms The Join, and The Firms They Leave Behind," ALI-ABA National Teleconference, June 8, 2010.

Moderator and Presenter, "The Ethics of Investigations," ABA National Conference on Professional Responsibility, Seattle, Washington, June 5, 2010, *available at* http://www.abanet.org/cle/podcast/nosearch/dl/Ethics_of_Investigation.mp3.

Moderator, "The Great Debates," Opening Plenary Session, ABA National Conference on Professional Responsibility, Seattle, Washington, June 3, 2010.

Moderator and Presenter, "2010 Ethics in Civil Litigation, Parts 1 and 2," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconferences, June 1 and 2, 2010.

Presenter, "Professional Ethics in Immigration: Ethics of Dual Representation," 7th Annual Federal Bar Association Immigration Law Seminar, Memphis, Tennessee, May 15, 2010.

Presenter, "Professional Ethics in Immigration: Ethical Duty of Criminal Attorneys Who Are Representing Non-U.S. Citizens," 7th Annual Federal Bar Association Immigration Law Seminar, Memphis, Tennessee, May 15, 2010.

Moderator and Presenter, "Annual Ethics Update, Parts I and II" (replay with Feb. 2 & 3, 2010, program with live question-and-answer session), Professional Education Broadcast Network/WebCredenza, Inc., National Teleconferences, May 13-14, 2010.

Moderator and Presenter, "Annual Ethics Update, Parts I and II," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconference Replay, May 13, 2010.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Presenter, "Risk Roundtable Webinar: Understanding New Ethical Screening Rules, Requirements and Case Law," IntApp, Inc., National Webinar and Teleconference, March 26, 2010.

Presenter, "Just Sign Here…: Conflict Waiver Letters," Miller & Martin Academy, Miller & Martin, PLLC, Firm-Wide Videoconference including Atlanta, Chattanooga, and Nashville Offices, March 19, 2010.

Moderator and Presenter, "Ripped from the Case Law: Corporate Internal Investigations, Multiple Representations, and *U.S. v. Ruehle*," Caribbean Insolvency Symposium, American Bankruptcy Institute, Boca Raton, Florida, February 12, 2010.

Moderator and Presenter, "Annual Ethics Update, Parts I and II," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconferences, February 2 and 3, 2010.

Moderator and Presenter, "Conflicts of Interest Update 2010," Center for Professional Responsibility, American Bar Association, National Teleconference, January 26, 2010.

Presenter, "Accidental Clients," Attorney Training Day, Wilson & Associates, PLLC, Westin Hotel, Memphis, Tennessee, January 18, 2010.

Presenter, "Websites, Blogs, and More, Oh, My: The Risks for Law Firms," Staying Out of Trouble 2009, Practising Law Institute, New York, New York, and webcast, December 21, 2009.

Co-Presenter, Ethics, including Annual Update, Annual Review Seminar, Tennessee Law Institute, various Tennessee locations, September 10, October 1, 8, and 29, November 19, and December 15, 2009.

Presenter, "Ripped from the Case Law: Corporate Internal Investigations, Multiple Representations, and *U.S. v. Ruehle*," 30th Annual Mid-South Commercial Law Institute, Nashville, Tennessee, December 3, 2009.

Moderator and Presenter, "Managing Information in a Wired World," Aon Annual Large Law Firm Symposium, San Francisco, California, October 15, 2009.

Presenter, "When to Take Off the Robe: Judicial Ethics in Today's World," Southern Region High Court Conference, Conference of Chief Justices, Conference of State Court Administrators, and National Center for State Courts, Nashville, Tennessee, October 9, 2009.

Presenter, "Hot Topics in Legal Ethics 2009," ALI-ABA, National Teleconference, August 27, 2009 (replay, December 30, 2009).

**Seminars and Professional Presentations** *(1999 to present; cont.)*


Presenter, "Risk Roundtable Webinar: Understanding and Responding to Recent ABA Changes to Rule 1.10 Screening Requirements," IntApp, Inc., National Webinar and Teleconference, June 18, 2009.

Moderator and Presenter, "2009 Annual Ethics Update: Parts I and II," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconference Seminar, June 2 and 3, 2009.

Moderator and Panelist, "From Model Rule to Court Rule? The Perils, Pitfalls, and Best Practices of Rulemaking for the Legal Profession," American Bar Association National Conference on Professional Responsibility, Chicago, Illinois, May 28, 2009.

Panelist, "Professional Ethics in Immigration Law," Annual Immigration Law Seminar, Federal Bar Association – Mid-South Chapter, University of Memphis School of Law, Memphis, Tennessee, May 16, 2009.

Panelist, "Ethics for Criminal Attorneys Representing Non-U.S. Citizens," Annual Immigration Law Seminar, Federal Bar Association – Mid-South Chapter, University of Memphis School of Law, Memphis, Tennessee, May 16, 2009.

Panelist, "Laterally Challenged: Working Your Way Through the Ethical Minefield," National Legal Malpractice Conference, American Bar Association Standing Committee on Lawyers' Professional Liability, Miami, Florida, April 23, 2009.

Moderator and Presenter, "Civility and the Law: Can a Good Lawyer Be a Good Person?", Best Lawyers®, Atlanta, Georgia, April 24, 2009.

Presenter, "What Lawyers Need to Know About Using the Tennessee Public Records Act," 2009 Bench-Bar Conference, Memphis Bar Association, Destin, Florida, May 2, 2009.

Presenter, "Ethics for Judicial Law Clerks," United States Bankruptcy Court for the Western District of Tennessee, Memphis, Tennessee, March 20, 2009.

Presenter, "Federal Rule of Evidence 502 and the New World of Privilege Waiver," FedEx Corporation Law Department, Memphis, Tennessee, February 9, 2009.

Presenter, "Conflict of Interest Update," American Bar Association Center for Professional Responsibility, National Teleconference, December 10, 2008.

Presenter, "Proposed Revisions to Tennessee's Ethics Rules: Previews of Coming Attractions," Mid-South Commercial Institute, Nashville, Tennessee, December 4, 2008.

Co-Presenter, Ethics, including Annual Update, Annual Review Seminar, Tennessee Law Institute, various Tennessee locations, September 4 and 18, October 2 and 23, November 13, and December 1, 2008.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Presenter, "Avoiding the Ambush: Protecting Your Executives from Unnecessary Depositions," 5th Annual Corporate Counsel Symposium, Federation of Defense and Corporate Counsel, Dallas, Texas, September 25, 2008.

Presenter, Super-Regional Records Management Conference, Attorneys" Liability Assurance Society, Nashville, Tennessee, September 10, 2008.

Moderator and Presenter, "Annual Ethics Update," Professional Education Broadcast Network/WebCredenza, Inc., National Video Webcast Seminar, August 29, 2008.

Presenter, "Comparing the Proposed New York Rules of Professional Conduct to the ABA Model Rules of Professional Conduct: A Business Law Perspective," Annual Meeting, American Bar Association Section of Business Law Section, New York, New York, August 8, 2008.

Presenter, "Ethical Tips and Traps for the Advertising Lawyer," *SuperLawyers* (Key Professional Media), Teleconference for Tennessee Participants, July 16, 2008.

Presenter, "Basic Digital Hygiene: Protecting Yourself in the Age of Lawyering Electronically," Miller & Martin Academy, Miller & Martin PLLC, Atlanta, Nashville, and Chattanooga, July 11, 2008.

Presenter, "The Litigation Quiz Show," National Conference on Professional Responsibility, American Bar Association, Boston, Massachusetts, May 29, 2008.

Moderator and Presenter, "The Qualcomm Decision: Important Implications for Lawyers, Co-Counsel and Clients in Every Complex Case," Professional Education Broadcast Network/WebCredenza, Inc., National Video Webcast Seminar, May 23, 2008.

Presenter, "Basic Digital Hygiene: A Checklist for Law Firm GCs," Law Firm General Counsel Summit, American Counsel Institute, New York, New York, April 30, 2008.

Presenter, "The Year in Review: Ethics Opinions and Case Law for Corporate Counsel" and "Ethics for Corporate Counsel: A Few Real Real-World Hypotheticals," Anheuser-Busch Companies, Inc., St. Louis, Missouri, April 25, 2008.

Presenter, "Accidental Clients," 17th Annual Conference, International Association of Attorneys and Executives in Real Estate (AECRE), Napa, California, April 11 and 12, 2008.

Presenter and Facilitator, "In-House Counsel Forum on Liability Issues," 17th Annual Conference, International Association of Attorneys and Executives in Real Estate (AECRE), Napa, California, April 11, 2008.

Presenter, "An Ethics Double Feature: 'Accidental Clients' and 'Conflicts Potpourri,'" Bryan Cave LLP, St. Louis, Missouri, March 7, 2008.

41

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Moderator and Presenter, "Ethics in Civil Litigation, Parts I and II," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconference Seminars, February 26 and 27, 2008.

Moderator and Presenter, "Practical Lawyer Ethics: Representation, Conflicts and The Privilege," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconference Seminar, January 31, 2008.

Moderator and Presenter, "Ethics for Corporate Counsel: The Evolving Liability Environment," Adams and Reese LLP and Association of Corporate Counsel, Memphis and Nashville, Tennessee, January 29-30, 2008.

Presenter, "Holiday Double-Feature: 'Accidental Clients' and 'Basic Digital Hygiene for Lawyers,'" Memphis Bar Association, Memphis, Tennessee, December 21, 2007.

Moderator and Presenter, "Evidence in Civil Litigation: 2007 Trends and Developments," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconference Seminars, December 18, 2007.

Presenter, "Accidental Clients," Mid-South Commercial Law Institute, Nashville, Tennessee, November 30, 2007.

Presenter, "A Disqualification Motion Ripped from Case Law: *Meridian Automotive and Milbank Tweed*," Mid-South Commercial Law Institute, Nashville, Tennessee, November 29, 2007.

Presenter, "Technology as Risk v. Technology as a Risk Management Tool," 6th Annual Law Firm General Counsels' Forum: Managing Risks in a New Paradigm," The Hildebrandt Institute and Hinshaw & Culbertson LLP, New York, New York, October 30, 2007.

Moderator and Presenter, "Limiting Opinion Liability – Strategy and Ethics," 2007 Fall Legal Opinion Seminar, ABA Working Group on Legal Opinions and ABA Section of Business Law, New York, New York, October 30, 2007.

Presenter, "Disclosure of Adverse Authority Under Rule 3.3(a)(2)," Chambliss Bahner & Stophel, P.C., Chattanooga, Tennessee (Teleconference), September 24, 2007.

Presenter, "Document Retention in Law Firms," Association of Legal Administrators Memphis Chapter, Memphis, Tennessee, September 13, 2007.

Co-Presenter, Ethics, including Annual Update, Annual Review Seminar, Tennessee Law Institute, various Tennessee locations, September 6 and 27, October 4 and 11, November 8, and December 6, 2007.

Presenter, "Media Lawyer Ethics: What Ethics Lawyers Need to Know About the Ethics Problems of Your Media and Entertainment Lawyer Partners and Clients," 2008 Annual

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Meeting, Association of Professional Responsibility Lawyers, San Francisco, California, August 11, 2007.

Presenter, "Ethics Workshop 2007: Real-World Hypotheticals for Bankruptcy Lawyers," 12th Annual Southeast Bankruptcy Workshop, American Bankruptcy Institute, Kiawah Island, South Carolina, July 25-28, 2007.

Presenter, "Gatekeeper Ethics," 2007 Legal Education Conference, National Association of Public Pension Attorneys, Vail, Colorado, June 27, 2007.

Presenter, "Breaking the Billable Hour Habit: Ethics & Best Practices, TransformativeLaw.com and InternetBar.org, Podcast (recorded and posted in June 2007), available at http://www.freeiq.com/billablepodcast and http://www.transformativelaw.com.

Presenter, "Breaking the Billable Hour Habit: Ethics & Best Practices," TransformativeLaw.com and InternetBar.org, Podcast (recorded and posted in June 2007), available at http://www.freeiq.com/billablepodcast and http://www.transformativelaw.com.

Presenter, "Technology & The Emergence of ODR/ADR as a Practice Area: Ethics and Best Practices," TransformativeLaw.com and InternetBar.org, Podcast (recorded and posted in June 2007), available at http://www.freeiq.com/odrpodcast and http://www.transformativelaw.com.

Presenter, "How to Productize Your Practice: Ethics & Best Practices," TransformativeLaw.com and InternetBar.org, Podcast (recorded June 2007; podcast pending).

Presenter, "Business Development in the Constant Comm. World: Ethics & Best Practices," TransformativeLaw.com and InternetBar.org, Podcast (recorded and posted in June 2007), available at http://www.freeiq.com/constantcommpodcast and http://www.transformativelaw.com.

Presenter, "Crisis Planning Consulting for Lawyers: Ethics & Best Practices," TransformativeLaw.com and InternetBar.org, Podcast (recorded and posted in June 2007), available at http://www.freeiq.com/crisispodcast and http://www.transformativelaw.com.

Presenter, "Multicasting Your Practice: Ethics & Best Practices," TransformativeLaw.com and InternetBar.org, Podcast (recorded June 2007; podcast pending).

Presenter, "Growing Your Practice with Podcasts: Ethics & Best Practices," TransformativeLaw.com and InternetBar.org, Podcast (recorded June 2007; podcast pending).

Presenter, "Growing Your Practice with Webcasts: Ethics & Best Practices," TransformativeLaw.com and InternetBar.org, Podcast (recorded June 2007; podcast pending).

43

<u>**Seminars and Professional Presentations**</u> *(1999 to present; cont.)*


Presenter, "Growing Your Practice with Blogs: Ethics & Best Practices,"
TransformativeLaw.com and InternetBar.org, Podcast (recorded June 2007; podcast
pending).

Presenter, "Growing Your Practice with E-courses: Ethics & Best Practices,"
TransformativeLaw.com and InternetBar.org, Podcast (recorded June 2007; podcast
pending).

Presenter, "Ethics in Negotiating Licenses" and "Pretexting and Trademark Investigations," 5th
Annual Rocky Mountain Intellectual Property & Technology Institute, Colorado Bar
Association CLE, Denver, Colorado, May 24 and 25, 2007.

Presenter, "Should They Stay or Should They Go? Document Retention Issue for Clients and
Lawyers in a Post-E-Discovery World," Miller & Martin Academy, Miller & Martin
PLLC, Atlanta, Nashville, and Chattanooga, May 4, 2007.

Moderator and Presenter, "2007 Ethics Update - Parts I and II," Professional Education
Broadcast Network/WebCredenza, Inc., National Teleconference Seminars, May 1 and 2,
2007.

Presenter, "Ethics Opinions That Matter," Spring 2007 National Legal Malpractice Conference,
ABA Standing Committee on Lawyer Professional Liability, Washington, D.C., April 26,
2007.

Presenter, "A Construction Attorney's Ethical Obligations Regarding Electronically Stored
Information Under the Amendments to the Federal Rules of Civil Procedure Ethics
Presentation," 2007 Annual Meeting, ABA Forum on Construction Law, San Juan,
Puerto Rico, April 13, 2007.

Presenter, "E-Discovery Under the New Federal Rules: A Primer for Health Care Risk
Managers," West Tennessee Chapter for Health Care Risk Management, Memphis,
Tennessee, April 2, 2007.

Moderator and Presenter, "Ethics in Civil Litigation 2007 - Parts I and II," Professional
Education Broadcast Network, National Teleconference, March 27 and 28, 2007.

Presenter, "Sunshine Laws: Do Politicians Prefer the Dark?", Society of Professional Journalists,
Mid-South Chapter and University of Memphis Student Chapter, Memphis, Tennessee,
March 27, 2007.

Presenter, "Firm Counsel Project: Practical Resources for Firm Counsel," 1st Annual Firm
Counsel Project Forum, ABA Section of Business Law Spring Meeting, Washington,
D.C., March 15, 2007.

Moderator and Presenter, "Privacy Issues and the Law," 2nd Annual Law School for Journalists,
U.S. District Court for the Western District of Tennessee, University of Memphis School

44

**Seminars and Professional Presentations** *(1999 to present; cont.)*

of Journalism, University of Memphis School of Law, and Memphis Bar Association, March 3, 2007, Memphis Tennessee.

Presenter, "Updating the City of Memphis' Code of Ethics," Memphis City Council, Memphis, Tennessee, January 16, 2007.

Presenter, "Accidental Clients," Memphis Bar Association Labor and Employment Law Section Annual Seminar, Memphis, Tennessee, December 1, 2006.

Co-Presenter, "Out of Bounds," Mid-South Commercial Law Institute, Nashville, Tennessee, November 15, 2006.

Moderator and Presenter, "The New Federal E-Discovery Rules: A Primer for Non-Litigators," Adams and Reese LLP, Firm Teleconference (Part III), All Offices, November 29 & 30, 2006.

Moderator and Presenter, "The New Federal E-Discovery Rules: Producing and Reviewing Electronic Materials," Adams and Reese LLP, Firm Teleconference (Part II), All Offices, November 7 & 8, 2006.

Presenter, "Accidental Clients," Tennessee Association of Construction Counsel, Nashville, Tennessee, November 3, 2006.

Moderator and Presenter, "The New Federal E-Discovery Rules: Preparing You and Your Client for the New Meet-and-Confer," Adams and Reese LLP, Firm Teleconference (Part I), All Offices, October 24 & 25, 2006.

Presenter, "Ethics for Public Defenders," Tennessee District Public Defenders Conference, Annual Training Seminar, Nashville, Tennessee, October 19, 2006.

Moderator and Presenter, "Malpractice Claims Against Expert Witnesses," Professional Education Broadcast Network, National Teleconference, October 18, 2006.

Presenter, "Ethics Issues in Opinion Practice," American Bar Association Section of Business Law, Legal Opinion Risk Seminar, New York, New York, October 17, 2006

Presenter, "Accidental Clients or Ten (Easy?) Pieces," Miller & Martin Academy, Miller & Martin PLLC, Nashville, Chattanooga, and Atlanta, September 15, 2006.

Co-Presenter, Ethics, including Annual Update, Annual Review Seminar, Tennessee Law Institute, various Tennessee locations, September 7 and 28, October 24, November 3 and 16, and December 6, 2006.

Presenter, "Ethics Issues in Opinion Practice," American Bar Association Section of Business Law, Legal Opinion Risk Seminar, New York, New York, October 17, 2006

45

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Presenter, "Accidental Clients or Ten (Easy?) Pieces," Miller & Martin Academy, Miller & Martin PLLC, Nashville, Chattanooga, and Atlanta, September 15, 2006.

Co-Presenter, Ethics, including Annual Update, Annual Review Seminar, Tennessee Law Institute, various Tennessee locations, September 7 and 28, October 24, November 3 and 16, and December 6, 2006.

Presenter, "Working with Lawyers: Why You Should Care About Lawyer Ethics," Tennessee Association of Private Investigators, Collierville, Tennessee, August 26, 2006.

Presenter, "Ethical Issues and Financial Data," Basics of Accounting and Finance (Summer 2006), Practising Law Institute, Chicago, Illinois, July 28, 2006.

Presenter, Presentation to Memphis City Schools Communications Department Personnel on Media Law Issues (Tennessee Public Records Act and Open Meetings Law), Memphis City Schools Teaching and Learning Academy, Memphis, Tennessee, July 20, 2006.

Presenter, "The Impact of Open Records Law on Human Resources," Tennessee Personnel Management Association, Memphis, Tennessee, July 21, 2006.

Presenter, "Ethics and Attorney-Client Privilege Issues for Municipal Attorneys," Tennessee Municipal Attorneys Association, Nashville, Tennessee, June 26, 2006.

Moderator and Presenter, "Practical Ethics for Lawyers: 2006 Update, Parts 1 and 2," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconference Seminars, June 27 and 28, 2006.

Moderator and Presenter, "Problem, Role Plays, and PowerPoint: Effective Tools for Teaching Ethics," 32nd National Conference on Professional Responsibility, American Bar Association, Vancouver, British Columbia, Canada, June 2, 2006.

Moderator and Panelist, "Professional Ethics and Immigration Law," Annual Immigration Seminar, Federal Bar Association and U.S. District Court for the Western District of Tennessee, Memphis, Tennessee, May 18, 2006.

Presenter, "Ethics and the Real Estate Professional: Real-Life Hypotheticals," 2006 Annual Meeting and Convention, Tennessee Land Title Association, Memphis, Tennessee, May 4, 2006.

Panelist, "Free Speech in Judicial Elections: Where Do We Draw The Line?", Memphis Lawyers' Chapter of the Federalist Society, Memphis, Tennessee, April 27, 2006.

Presenter, "Ethics: Real-Life Hypotheticals," Lon V. Boyd Seminar, Kingsport Bar Association and Bristol Bar Association, Asheville, North Carolina, April 23, 2006.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Moderator and Producer, "Ethical Issues Facing the Young Business Lawyer," Institute for the Young Business Lawyer, ABA Section of Business Law Spring Meeting, Tampa, Florida, April 6, 2006.

Panelist, "The Impaired Lawyer from the Law Firm's Point of View," Tennessee Lawyer Assistance Program, Nashville, Tennessee, March 31, 2006.

Moderator, "Things I Hate About You . . . : Journalists and Lawyers Square Off," Law School for Journalists, U.S. District Court for the Western District of Tennessee, Memphis Bar Association, University of Memphis Law School, and University of Memphis Journalism Department, Memphis, Tennessee, March 6, 2006.

Presenter, "Access to the Courts," Law School for Journalists, U.S. District Court for the Western District of Tennessee, Memphis Bar Association, University of Memphis Law School, and University of Memphis Journalism Department, Memphis, Tennessee, March 6, 2006.

Panelist, "Judicial Recusal and Abortion Bypass Cases," Fifth Circuit Spring Meeting and Election, American Bar Association Law Student Division, Memphis, Tennessee, February 25, 2006.

Co-Presenter, "The Attorney as Whistleblower Provision and Other Ethical Considerations," Practising Law Institute, New York, January 19, 2006.

Moderator and Presenter, "Ethical Issues in Civil Litigation, Parts 1 and 2," Professional Education Broadcast Network/WebCredenza, Inc., December 15-16, 2005.

Presenter, "Ethics and Environmental Law Winter Program 2005," Videoconference, Tennessee Bar Association Environmental Law Section, Memphis, Tennessee, and other locations, December 7, 2005.

Co-Presenter, Ethics, including Annual Update, Annual Review Seminar, Tennessee Law Institute, various Tennessee locations, September 8, 20, and 29, October 6 and 20, November 15, and December 15, 2005.

Presenter, "Ethics Primer for Attorneys and Accountants," 2005 44th Annual Arkansas Federal Tax Institute, Little Rock, Arkansas, December 2, 2005.

Panelist, "Lawyer Ethics v. Judicial Ethics: Lies! And The Lawyers and Clients Who Tell Them," Justice Programs, Jackson, Tennessee, November 30, 2005.

Presenter and Moderator, "Law Firm Internal Investigations: Principles and Privilege," 2005 Large Law Firm Symposium, AON Risk Services, Chicago, Illinois, October 19, 2005.

Co-Presenter, "Corporate Counsel in the Crosshairs," Tennessee Chapter, Association of Corporate Counsel, Memphis, Tennessee, October 7, 2005.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Presenter, "Grading ABA Leadership on Legal Ethics: State Adoption of the Revised ABA
Model Rules of Professional Conduct," Oklahoma City University Law School Ethics
Conference, Oklahoma City, Oklahoma, September 23, 2005.

Panelist, "Ethics for Environmental Practitioners," ABA Section of Administrative and
Regulatory Practice, ABA Annual Meeting, Chicago, Illinois, August 5, 2005.

Moderator and Panelist, "ABA Model Rules: A Practical Update on Ethics for Practicing
Attorneys, Part 2," Professional Education Broadcast Network/WebCredenza, Inc., June
29, 2005.

Moderator and Panelist, "ABA Model Rules: A Practical Update on Ethics for Practicing
Attorneys, Part 1," Professional Education Broadcast Network/WebCredenza, Inc., June
28, 2005.

Panelist, "We Have Met The Enemy and It Is Us: Ethics and Impaired Lawyers," Tennessee
Judicial Conference, Knoxville, Tennessee, June 16, 2005.

Panelist, "Real Justice and Reel Justice," 124th Annual Convention, Tennessee Bar Association,
Knoxville, Tennessee, June 17, 2005.

Presenter, "Where Were the Lawyers?" ABA BLS Bar Leaders Conference, Chicago, Illinois,
May 11, 2005.

Presenter, "Coming to a Neighborhood Near You: Proposed Revisions to the Missouri Rules of
Professional Conduct," Bryan Cave, LLP, St. Louis, Missouri, May 7, 2005.

Presenter, "Just Sign Here. . . : Conflict Waivers and Engagement Letters Under the Tennessee
Rules of Professional Conduct," Miller & Martin Academy, Miller & Martin, PLLC,
Nashville, Tennessee, April 29, 2005.

Presenter, "Coming Soon to a Neighborhood Near You: Proposed Revisions to the Ohio Rules of
Professional Conduct," Current Issues in Business Law, Cincinnati Bar Association,
Cincinnati, Ohio, April 8, 2005.

Presenter, "Coming Soon to a Neighborhood Near You: Proposed Revisions to the Ohio Rules of
Professional Conduct," Litigation Section, Dinsmore & Shohl LLP, Cincinnati, Ohio,
April 8, 2005.

Presenter, "Just Sign Here. . . : Conflict Waivers Under the Proposed Arkansas Rules of
Professional Conduct," Arkansas Trial Lawyers Association, Jonesboro, Arkansas,
February 18, 2005.

Co-Presenter, "1st Annual Lawyer Ad Film Festival," The Leo Bearman, Sr. American Inn of
Court, Memphis, Tennessee, February 8, 2005.

48

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Co-Presenter, "On the Road: The Ethical Perils of Multi-Jurisdictional Practice," Media Law Resource Center and Southwestern Law School, Los Angeles, California, January 27, 2005.

Co-Presenter, "The Attorney as Whistleblower Provision and Other Ethical Considerations," Practising Law Institute, New York, January 20, 2005.

Presenter, "Legal Ethics in Arkansas: Just Sign Here . . . : Conflict Waiver and Engagement Letters Under the Arkansas Rules of Professional Conduct," Lorman Education Services, Little Rock, January 18, 2005.

Panelist, "TBA Environmental Law," Tennessee Bar Association, Video Conference, December 14, 2004.

Presenter, "TBA Annual Ethics Roadshow: Just Sign Here . . . : Conflict Waiver and Engagement Letters Under the Tennessee Rules of Professional Conduct," Tennessee Bar Association, Nashville, Knoxville, and Chattanooga, Tennessee, December 9, 16, and 17, 2004.

Producer, Moderator, and Presenter, "The New World of Lawyering: Recent Developments and an Introduction" and "The New World of Lawyering: A Bad Day at Berlanger Industries," 25th Annual Mid-South Commercial Law Institute, Nashville, Tennessee, December 3, 2004.

Presenter, "How the New Rules Affect Real Estate Closings in Tennessee," Southern Title Insurance Company, Nashville, Tennessee, November 16, 2004.

Presenter, "Ethics Primer for Attorneys and Accountants," 55th Annual Tennessee Federal Tax Institute, Nashville, Tennessee, November 10, 2004.

Moderator, "When 'Jeopardy' Is No Longer a Game Show: Safeguarding Against Personal, Professional, and Fiduciary Liability," Closing Plenary, Annual Meeting, Association of Corporate Counsel, Chicago, Illinois, October 27, 2004.

Moderator, "Just Sign Here . . .: Conflict Waivers Under the Tennessee Rules of Professional Conduct," 16th Annual Health Law Forum, Tennessee Bar Association Health Law Section, Nashville, Tennessee, October 22, 2004.

Panelist, "The Regulation of Attorney Conduct," Symposium: 21st Century Law, Technology & Ethics, University of Memphis Law Review, University of Memphis Cecil C. Humphreys School of Law, Memphis, Tennessee, October 15, 2004.

Panelist, "An Ethical Perfect Storm: Corporate Obligations Bring Together Ethical Codes of Conduct, Sarbanes-Oxley and Global Warming (Including a Case Study Involving the Petroleum Industry)," ABA Section of Environment, Energy, and Resources, 12th Section Fall Meeting, San Antonio, Texas, October 9, 2004.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Moderator and Panelist, "When the Experts Get It Wrong: Malpractice Claims Against Expert
        Witnesses," Professional Education Broadcast Network/WebCredenza, Inc., September
        14, 2004.

Co-Presenter, Ethics, including Annual Update, Annual Review Seminar, Tennessee Law
        Institute, various Tennessee locations, September 2, 16, and 23, October 12, November 4
        and 18, and December 8, 2004.

Panelist, "Ethics for the Environmental Practitioner," ABA Section of Administrative Law and
        Regulatory Practice and ABA Standing Committee on Environmental Law, ABA Annual
        Meeting, Atlanta, Georgia, August 7, 2004.

Moderator and Panelist, "Timekeeping and Billing for Fun, Profit and Happiness: Firm Policies,
        Management and Culture," Association of Professional Responsibility Lawyers Annual
        Meeting, Atlanta, Georgia, August 7, 2004.

Presenter, "Hot Topics: Recent Proposals to Amend Arkansas Ethics," Arkansas Trial Lawyers
        Association, Fayetteville, Arkansas, June 24, 2004.

Panelist, "SONREEL Teleconference," MJP and Environmental Practice, American Bar
        Association, June 15, 2004.

Panelist, "Ethical Considerations in the Trial Consultant's Practice," 2004 National Conference,
        American Society of Trial Consultants, Memphis, Tennessee, June 12, 2004.

Presenter, "Whistleblowing in the Wind: Retaliatory Discharge of Lawyers Who Follow the
        Ethics Rules," ABA National Conference on Professional Responsibility, Naples,
        Florida, June 7, 2004.

Presenter, "What We Talk About When We Talk Legal Ethics, and Why We Do It," Champions
        of Professionalism Series, Memphis Bar Association, Memphis, Tennessee, May 14,
        2004.

Presenter, "Contract Attorneys: Business and Ethical Issues in Hiring Contract Lawyers,"
        International Paper Company, Memphis, Tennessee, May 13, 2004.

Presenter, "An Update on Multijurisdictional Practice, Amendment of Rules 1.6 and 1.13 in the
        States Following ABA Adoption in August 2003," 2004 Business Bar Leaders
        Conference, Chicago, Illinois, May 12, 2004.

Producer and Moderator, "Emerging Responsibilities and Liabilities of the CLO When a
        Company Goes Awry," ABA Section of Business Law Spring Meeting, Seattle,
        Washington, April 3, 2004.

Presenter, "Coming Attractions: Proposed Revisions to the Arkansas Rules of Professional
        Conduct," Arkansas Trial Lawyers Association, Jonesboro, Arkansas, February 20, 2004.

50

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Presenter, "Contract Attorneys: Business and Ethical Issues in Hiring Contract Lawyers,"
Federal Express Corp. Law Department and West Tennessee Legal Services, Inc.,
Memphis, Tennessee, February 18, 2004.

Presenter, "Conflicts of Interest Workshop," Vanderbilt University Law Department, Nashville,
Tennessee, January 30, 2004.

Presenter, "Contract Attorneys: Business and Ethical Issues in Hiring Contract Lawyers," West
Tennessee Legal Services, Inc., Jackson, Tennessee, January 21, 2004.

Presenter, "New Tennessee Rules of Professional Conduct," Tennessee Bar Association Business
Law Section, Memphis, Tennessee, December 16, 2003.

Moderator, "End of Year Ethics Update: New Rules and New Challenges," WebCredenza/Bar
Association Teleseminar, December 9, 2003.

Co-Presenter, Ethics, including Annual Update, Annual Review Seminar, Tennessee Law
Institute, various Tennessee locations, September 4, 11, 18, and 25, October 2 and 14,
and November 21, 2003.

Presenter, "Just Sign Here . . .: Conflict Waivers Under the New Tennessee Rules of Professional
Conduct," Tennessee Land Title Association and Tennessee Bar Association, Nashville,
Tennessee, November 14, 2003.

Presenter, "Just Sign Here . . .: Conflict Waivers Under the New Tennessee Rules of Professional
Conduct," Memphis Bar Association Real Estate Section, Memphis, Tennessee,
November 12, 2003.

Presenter, "Just Sign Here . . .: Conflict Waivers Under the New Tennessee Rules of Professional
Conduct," Mid-South Commercial Law Institute, Nashville, Tennessee, November 6,
2003.

Presenter, "Conflict Waivers Under the New Tennessee Rules of Professional Conduct: Real-
Life Hypotheticals," Annual Real Estate Continuing Education Seminar, First American
Title, various Tennessee locations, October 8, 9, 15, and 16, 2003.

Producer, Moderator, Presenter, "Business Lawyering Post-Enron: What You Need to Know
About the SEC, the ABA, and Tennessee's New Rules," Second Annual Judge Jerome
Turner Seminar, Memphis Bar Association, Memphis, Tennessee, October 10, 2003.

Presenter, "Business and Ethical Issues in Hiring Contract Lawyers," Memphis Bar Association,
Memphis, Tennessee, September 17, 2003.

Presenter, "ABA Ethics 2000: Coming Soon to a Jurisdiction Very Near You," Region IV
Annual Conference, National Association of Legal Secretaries, Memphis, Tennessee,
July 19. 2003.

51

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Producer and Moderator, "Life in the Trenches: Exploring a Conflict of Interest in Three Acts," 122nd TBA Annual Convention, Tennessee Bar Association, Memphis, Tennessee, June 13, 2003.

Presenter, "The Ethics and Lawyering Roadshow," 24th Annual Bench and Bar Conference, Bar Association of Metropolitan St. Louis, Lake of the Ozarks, Missouri, June 6, 2003.

Presenter, "Truth and Lies: Are the Rules Different for Lawyers?" 29th National Conference on Professional Responsibility, American Bar Association, Chicago, Illinois, May 31, 2003.

Presenter, "Lawyers as Accomplices," 29th National Conference on Professional Responsibility, American Bar Association, Chicago, Illinois, May 29, 2003.

Presenter, "Tennessee Rules of Professional Conduct," Memphis Legal Secretaries' Association, Memphis, Tennessee, March 13, 2003.

Presenter, "Tennessee Rules of Professional Conduct," Liaison Committee of the U.S. Bankruptcy Court for the Western District of Tennessee, Eastern Division at Jackson, and Jackson-Madison County Bar Association, Jackson, Tennessee, March 6, 2003.

Presenter, "Tennessee Rules of Professional Conduct," Tennessee General Sessions Judges Conference, Nashville, Tennessee, February 26, 2003.

Co-Presenter, "30 Top Tips for Avoiding Techno.Trouble: Ethics and Malpractice Issues," Tennessee Bar Association, Nashville, Tennessee, January 23, 2003.

Presenter and Panelist, "The Final Word on Ethics 2000," *ABA Journal* and Various ABA Entities, National Teleconference (more than 5,000 registrants, highest registration in ABA Connection program history; more than 3,600 attending, highest attendance in program history), December 18-19, 2002.

Presenter, "Tennessee Rules of Professional Conduct," Thomason Hendrix Harvey Johnson & Mitchell, Memphis, Tennessee, December 13, 2002.

Presenter, "Things Every Tennessee Labor and Employment Lawyer Should Know About the New Ethics Rules," Memphis Bar Association Labor and Employment Section, Memphis, Tennessee, December 6, 2002.

Presenter, "Tennessee Rules of Professional Conduct," Memphis Bar Association, Memphis, Tennessee, December 5, 2002.

Panelist, "Preventing Legal Malpractice Claims and Ethics Complaints in General Practice," Tennessee Bar Association and American National Lawyers Insurance Reciprocal (ANLIR), Memphis, Tennessee, December 4, 2002.

Presenter, "Tennessee Rules of Professional Conduct," Leo Bearman, Sr., American Inn of Court, Memphis, Tennessee, December 3, 2002.

52

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Author, "The New Ethics Rules: A Comprehensive Tour" (4-hour online course), Tennessee Bar
Association, www.tba.org (over 1500 one-hour segments taken in first 45 days online).

Producer, Moderator, and Presenter, "Tennessee Rules of Professional Conduct: A
Comprehensive Review," Tennessee Bar Association, various Tennessee locations,
November 5, 6, 7, 12, 13, and 14, 2002 (over 800 attendees).

Co-Presenter, Ethics, including Annual Update, Annual Review Seminar, Tennessee Law
Institute, various Tennessee locations, September 12, 15, and 26, October 3, 10, and 25,
and November 19, 2002.

Moderator and Presenter, "Problems Involving Firm Lawyers: The Duty to Report Rogues,"
Association of Professional Responsibility Lawyers Annual Meeting, Washington, D.C.,
August 9, 2002.

Presenter, "Legal Ethics: Real-Life Hypotheticals," National Association of Legal Assistants
Annual Convention, Savannah, Georgia, July 13, 2002.

Presenter, "Ethics 2002," Anheuser-Busch Companies, Inc., Law Department Annual Meeting,
Lake of the Ozarks, Missouri, July 11, 2002.

Presenter, "Ethics 2000," National Conference on Professional Responsibility, American Bar
Association, Vancouver, B.C., Canada, June 1, 2002.

Presenter, "The Revised ABA Model Rules of Professional Conduct and the Professional
Responsibilities of Lawyers Representing Debtors and Creditors," Bankruptcy Bar
Association of the Southern District of Florida, Palm Beach, Florida, May 12, 2002.

Presenter, "Ethics 2000: Why We Fight," Tennessee Law Review and the University of
Tennessee College of Law Center for Advocacy and Dispute Resolution, Knoxville,
Tennessee, April 4, 2002.

Presenter, "Ethics Seminar 2002," Bryan Cave LLP, St. Louis, Missouri, March 30, 2002.

Presenter, "Workshop: Ethics in Commercial Transactions," Mid-South Commercial Law
Institute 22nd Annual Seminar, Nashville, Tennessee, November 16, 2001.

Presenter, "Hot Topics in Real Estate: Ethics and Dirt Lawyering In the New Millennium,"
Tennessee Land Title Association and Tennessee Bar Association, Nashville, Tennessee,
November 8, 2001.

Presenter, "Will the Bold Be Not So Beautiful? The Future of Lawyer Regulation," Dorsey &
Whitney 12th Annual Corporate Counsel Seminar, Minneapolis, Minnesota, October 24,
2001.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Panelist, Ethics, including Annual Update and the "Proposed Tennessee Rules of Professional Conduct," Annual Review Seminar, Tennessee Law Institute, Memphis, Tennessee, October 18, 2001.

Presenter, "2001 CLE Seminar: Selected Ethical Issues for Government Lawyers," United States Attorney's Office, Memphis, Tennessee, October 18, 2001.

Panelist, "The 2001 Legal Ethics Conference - Legal Ethics: What Needs Fixing?," Hofstra University School of Law, Hempstead, New York, September 9-11, 2001.

Presenter, "Tennessee's Ethics Horizon: The TBA's Proposed New Rules," West Tennessee Legal Services, Inc. Pro Bono Project, Selmer, Tennessee, August 15, 2001.

Presenter, "Ethics: Candor in Negotiations, Confidentiality, and Conflicts," Association for Women Attorneys, Memphis, Tennessee, July 26, 2001.

Presenter and Panelist, "The ABA Ethics 2000 Commission: Proposals Significant to Large Law Firms," Annual General Meeting, Attorneys' Liability Assurance Society, Inc., Bermuda, June 23, 2001.

Presenter and Panelist, "Changing the ABA Model Rules on Ethics: An Update," *ABA Journal* and Various ABA Entities, National Teleconference (more than 3,600 registrants -- highest registration in ABA Connection program history), May 16-17, 2001.

Presenter, "Internet Access to Court Records," U.S. District Court for the Western District of Tennessee, Memphis, Tennessee, April 27, 2001.

Presenter, "Tennessee's Legal Ethics Horizon: The TBA's Proposed New Rules," Greater Memphis Paralegal Alliance, Memphis, Tennessee, April 20, 2001.

Presenter, "Tennessee's Ethics Horizon: The TBA's Proposed New Rules," Tennessee Judicial Conference, Montgomery Bell State Park, Burns, Tennessee, April 18, 2001.

Panelist, "Multijurisdictional Practice and Interstate Cooperation," The Role of the Court in Improving Lawyer Conduct and Professionalism ("Rancho Bernardo II"), ABA Center for Professional Responsibility, Del Mar, California, March 24, 2001.

Presenter, Moderator, and Producer, "Sneaking Around: Practicing Law Across State Lines," Memphis Bar Association, First Annual Judge Jerome Turner Ethics Seminar, Memphis, Tennessee, February 22, 2001.

Presenter, "What Every Lawyer Should Know About Ethics 2000: Highlights of the Proposed Changes to the ABA Model Rules of Professional Conduct," American Bar Association Center for Professional Responsibility, American Bar Association MidYear Meeting, San Diego, California, February 18, 2001.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Presenter and Panelist, "New Frontiers in Ethics: The Proposed Tennessee Rules of Professional Conduct and Other Adventures," Mid-South Commercial Law Institute, Nashville, Tennessee, November 17, 2000.

Presenter, "An Ethics Update & Another Idiosyncratic Tour of the Internet," Memphis Paralegal Association, Memphis, Tennessee, November 8, 2000.

Presenter, "Ethics 2000 Presentation," Indianapolis Bar Association, Indianapolis, Indiana, November 1, 2000.

Panelist, "Ethical Hazards in Today's Legal Environment: A Showcase of Pitfalls and Solutions for Practicing Lawyers," 8th Section Fall Meeting, American Bar Association Section of Environment, Energy, and Resources, New Orleans, Louisiana, September 23, 2000.

Presenter, "Conflicts of Interest and Disinterestedness," Chapter 7 Panel U.S. Trustee Training Western District of Tennessee, Memphis, Tennessee, September 22, 2000.

Presenter and Panelist, "The New Ethics Rules: A Report on the Work of the ABA Ethics 2000 Commission," National Convention, Federal Bar Association, Cleveland, Ohio, September 21, 2000.

Presenter, "Ethics 2000: Real-Life Hypotheticals," Association for Women Attorneys, Memphis, Tennessee, June 29, 2000.

Presenter, "Ethics 2000," National Conference on Professional Responsibility, American Bar Association, New Orleans, Louisiana, June 3, 2000.

Presenter, "Ethical Issues in Employment Law," Annual Labor and Employment Law Forum, Tennessee Bar Association, Nashville, Tennessee, May 9, 2000.

Presenter, "The Ethics Horizon: Tennessee and the ABA," Annual Federal Practice Seminar, U.S. District Court for the Western District of Tennessee and Federal Bar Association, Memphis, Tennessee, April 28, 2000.

Panel Moderator and Presenter, "Raising Capital: The Ethical Perspective," Annual Corporate and Business Law Forum, Tennessee Bar Association, Nashville, Tennessee, April 14, 2000.

Presenter, "Real-Life Hypotheticals," Greater Memphis Paralegal Alliance, Memphis, Tennessee, April 7, 2000.

Presenter, "The Ethics Horizon: Tennessee and the ABA," Federal Bar Association, March 3, 2000.

Presenter, "Unauthorized Practice of Law," Attorneys' Liability Assurance Society, Nationwide Teleconference Seminar, December 2, 1999.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Panel Moderator and Presenter, "Ethics 1999: Real-Life Hypotheticals, Real-Life Answers,"
     Memphis Bar Association, Memphis, Tennessee, November 12, 1999.

Presenter, "Legal Ethics Under the Proposed Tennessee Rules of Professional Conduct --
     Transactional and Bankruptcy Practice," Mid-South Commercial Law Institute,
     Nashville, Tennessee, November 5, 1999.

Presenter, "Legal Ethics," Greater Memphis Paralegal Alliance, Memphis, Tennessee, September
     16, 1999.

Presenter, "A Quick, Idiosyncratic Tour of the Internet," Greater Memphis Paralegal Alliance,
     Memphis, Tennessee, September 16, 1999.

Presenter, "ABA Ethics 2000," Annual General Meeting, Attorneys' Liability Assurance
     Society, Toronto, Canada, June 25, 1999.

Panel Moderator and Presenter, "Ethical Issues in Employment Law," Annual Labor and
     Employment Law Forum, Tennessee Bar Association, Nashville, Tennessee, May 14,
     1999.

Presenter, "Ethics for the Business Lawyer," Annual Corporate and Business Law Forum,
     Tennessee Bar Association, Nashville, Tennessee, April 30, 1999.

Presenter, "Legal Ethics," Greater Memphis Paralegal Alliance, Memphis, Tennessee, April 21,
     1999.

Presenter, "TBALink," Tennessee Judicial Conference, Dickson, Tennessee, April 9, 1999.

Moderator and Presenter, "Legal Ethics Potpourri," Tennessee Valley Public Power Association,
     Nashville, Tennessee, February 12, 1999.

56

**<u>Community Activities</u>**

Democratic Policy Council
    Board of Directors                                                   1999 to 2002

Memphis Race Relations & Diversity Institute
    Member, Executive Committee                          1998 to 1999
    Member, Board of Directors                            1998 to 1999

Princeton Alumni Association of Memphis
    Alumni Schools Committee                              1985 to 1997
    Regional Chair, Princeton University
     Annual Giving Campaign                              1987 to 1989

Memphis Public Affairs Council
    Co-Founder, Program Chairman, and
     Member of Board of Directors                         1986 to 1990

Methodist Hospitals of Memphis, Inc.
    Institutional Review Committee                        1987 to 1989

Shelby County Democratic Party
    County Committee                                      1987 to 1989
    Chair, Convention Credentials Committee           1989
    Co-Chair, Convention and Rules
     Subcommittee                                   1987 to 1989

Girls, Incorporated
    Sustaining Member                                  1988 to 2000