## MEMO TO FILE

Regarding telephone conference with James Merikangas

Larry Woodward and I had a conference call with Dr. Merikangas regarding his evaluation of David Runyon. The call took place at 3:30 p.m. on August 13, 2009. Dr. Merikangas was in Vermont when we called him. He relayed that he did not believe we were in a good position to present a mental health defense as it would open us up to the Government presenting their version of the mental health picture. Since he does not feel we have a strong case of any defect in David, he does not believe we would be wise to present the mental health defense. He opened the conversation by saying that his exam of David was not abnormal and that David did not tell him the truth. He stated that unless there is something glaring in the MRI or PET scan that would give us a very strong argument, he does not recommend presenting a mental health defense. He went further to say that even if there is some defect shown in the scans or testing, it still would be a risk that we would have to weigh as to whether or not to present a mental health defense absent some very bad injury or defect.



Runyon-OAF 0019524

# Shuttleworth, Ruloff, Swain, Haddad & Morecock, P.C.
## Work In Process

Report ID: AC1050 - 31881

Tuesday, September 08, 2009

As of Date [Inception - 08/31/2009]

Printed By THEA

Page 3

Case 4:08-cr-00016-RBS-DEM Document 793-1 Filed 02/21/23 Page 2 of 14 PageID# 8157

Runyon-OAF 0015274

| Client-Matter | | Client Reporting Name | | | | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|---|---|---|
| 08/10/2009 | LHW | 2.50 | 2.50 | 90.00 | 225.00 | Prepare for sentencing; Review Government's proposed instructions; Telephone calls w/Steve Hudgins; Review profile reports and court documents from domestic assaults; Work on exam for mental heath experts; and Witness preparation | |
| 08/11/2009 | LHW | 2.00 | 2.00 | 90.00 | 180.00 | Review all psyche reports and make notes to prepare for conference with Dr. Marikangas; Telephone call w/Steve Hudgins regarding sentencing hearing | |
| 08/12/2009 | LHW | 2.50 | 2.50 | 90.00 | 225.00 | Prepare for sentencing; Initial review of proposed stipulation; Work on Jury Instructions; Review memo from Sheila Cronin | |
| ●13/2009 | LHW | 6.50 | 6.50 | 90.00 | 585.00 | Telephone calls w/Dr. Merikagas; Work on stipulations; Telephone calls w/Brian Samuels regarding stipulations, witnesses and exhibits, jury instructions, and scheduling; Work on exam of Virginia Pina; Memo to file regarding Dr. Merikangas interview; Travel to and from Portsmouth City Jail; Meeting w/Major Bunzy at Portsmouth Jail regarding weekend access to doctor; Telephone calls w/Steve Hudgins regarding testing on Runyon; Research on sentencing instructions. | |
| 08/14/2009 | LHW | 3.50 | 3.50 | 90.00 | 315.00 | Work on sentencing prep; Begin re-reading client letters; Reviewing documents and CD's | |
| 08/16/2009 | LHW | 5.70 | 5.70 | 90.00 | 513.00 | Work on jury instructions, prepare for sentencing including reviewing of correspondence from client; Witness prep for Government witnesses including Traner, Scholossman, Pina, Linlar, Maria Tunyon; Review video tape of interview w/Pina; Review interview notes from interviews of jail personnel; Memo to file regarding mental health evidence/interview w/Dr. Merikangas; Review report of Cunningham | |
| ●17/2009 | LHW | 6.00 | 6.00 | 90.00 | 540.00 | Travel to and from Federal Court for Meeting; Meeting w/Sheila Cronin and Steve Hudgins regarding sentencing; Prepare for sentencing witnesses | |
| 08/18/2009 | LHW | 5.00 | 5.00 | 90.00 | 450.00 | Travel to and from Portsmouth City Jail; Meeting w/Client regarding sentencing; Work on documents and witnesses for sentencing | |
| 08/19/2009 | LHW | 11.00 | 11.00 ~7.30 | 90.00 +3.70 | 990.00 | Prepare for Sentencing; Travel to and from Federal Court; Attend Day 1 of Sentencing Hearing | |
| 08/20/2009 | LHW | 9.50 | 9.50 -5 | 90.00 +4.50 | 855.00 | Prepare for Sentencing; Travel to and from Federal Court; Attend Day 2 of Sentencing Hearing | |
| 08/23/2009 | LHW | 10.50 | 10.50 | 90.00 | 945.00 | Prepare for sentencing; Travel to and from Portsmouth City Jail; Various calls and meetings w/client, Steve Hudgins, and client's family; Work on witnesses and document prep. (August 21 through 22, 2009) | |

Case 4:08-cr-00016-RBS-DEM   Document 793-1   Filed 02/21/23   Page 3 of 14 PageID# 8158

| Date | Brief Description of Service | Interviews and Conferences | Obtain and Review Records | Legal Research and Brief Writing | Travel Time | Investigative and Other |
|---|---|---|---|---|---|---|
| 08/13/09 | Telephone calls w/Brian Samuels regarding stipulations, witnesses/exhibits, jury instructions, and scheduling | .50 | | | | |
| | Work on exam of Virginia Pina | | | | | 1.00 |
| | Memo to file regarding Dr. Merikangas interview | | | | | .50 |
| | Travel to and from Portsmouth City Jail | | | | 1.00 | |
| | Meeting w/Major Bunzy at Portsmouth Jail regarding weekend access to doctor | 1.00 | | | | |
| | Telephone calls w/Steve Hudgins regarding testing on Runyon | .70 | | | | |
| | Research on sentencing instructions | | | | .50 | |
| 08/14/09 | Work on sentencing prep | | | | | 1.50 |
| | Begin re-reading client letters; | | .30 | | | |
| | Reviewing documents and CD's | | | | | 1.20 |
| 08/16/09 | Work on Jury Instructions | | | | | 1.10 |
| | | | | | | |
| | | | | | | |
| | Page Total | 2.20 | .30 | | 1.50 | 5.30 |
| | Grand Total | 23.60 | 13.30 | | 15.50 | 106.40 |

Runyon-OAF 0019589

| Date | Brief Description of Service | Interviews and Conferences | Obtain and Review Records | Legal Research and Brief Writing | Travel Time | Investigative and Other |
|---|---|---|---|---|---|---|
| 08/16/09 | Prepare for sentencing including reviewing of correspondence from client | | | | | 1.00 |
| | Witness prep for Government witnesses including Traner, Scholossman, Pina, Linlar, Maria Tunyon | | | | | 1.00 |
| | Review video tape of interview w/Pina | | 1.50 | | | |
| | Review interview notes from interviews of jail personnel | | 1.00 | | | |
| | Memo to file regarding mental health evidence/interview w/Dr. Merikangas | | | | | .50 |
| | Review report of Cunningham | | .50 | | | |
| 08/17/09 | Travel to and from Courthouse | | | | .50 | |
| | Meeting w/Sheila Cronin & Steve Hudgins regarding sentencing | 2.00 | | | | |
| | Prepare for sentencing witnesses | | | | | 2.50 |
| 08/18/09 | Travel to and from Portsmouth City Jail | | | | 1.00 | |
| | Meeting w/Client regarding sentencing | 1.50 | | | | |
| | Work on documents and witnesses for sentencing | | | | | 3.00 |
| | | | | | | |
| | **Page Total** | 3.50 | 3.00 | | 1.50 | 8.00 |
| | **Grand Total** | **23.60** | **13.30** | | **15.50** | **106.40** |

Runyon-OAF 0019590

Case 4:08-cr-00016-RBS-DEM Document 793-1 8159 Filed 02/21/23 Page 4 of 14 PageID#

Bill number        82625 - 00001  - 32973                    PAGE    4
Runyon, David

                    to prepare for conference with Dr.
                    Marikangas;  Telephone call w/Steve
                    Hudgins regarding sentencing hearing

08/12/09  LHW  Prepare for sentencing;  Initial review of proposed stipulation;  Work on Jury Instructions;  Review memo from Sheila Cronin

08/13/09  LHW  Telephone calls w/Dr. Merikagas; Work on stipulations; Telephone calls w/Brian Samuels regarding stipulations, witnesses and exhibits, jury instructions, and scheduling; Work on exam of Virginia Pina; Memo to file regarding Dr. Merikangas interview; Travel to and from Portsmouth City Jail; Meeting w/Major Bunzy at Portsmouth Jail regarding weekend access to doctor; Telephone calls w/Steve Hudgins regarding testing on Runyon; Research on sentencing instructions.

08/14/09  LHW  Work on sentencing prep; Begin re-reading client letters; Reviewing documents and CD's

08/16/09  LHW  Work on jury instructions, prepare for sentencing including reviewing of correspondence from client; Witness prep for Government witnesses including Traner, Scholossman, Pina, Linlar, Maria Tunyon; Review video tape of interview w/Pina; Review interview notes from interviews of jail personnel; Memo to file regarding mental health evidence/interview w/Dr. Merikangas;  Review report of Cunningham

08/17/09  LHW  Travel to and from Federal Court for Meeting; Meeting w/Sheila Cronin and Steve Hudgins regarding sentencing; Prepare for sentencing witnesses

08/18/09  LHW  Travel to and from Portsmouth City Jail; Meeting w/Client regarding sentencing; Work on documents and witnesses for sentencing

08/19/09  LHW  Prepare for Sentencing;  Travel to and from Federal Court;  Attend Day 1 of Sentencing Hearing

Runyon-OAF 0015243

Bill number      82625 - 00001 - 0                    PAGE    4
Runyon, David

Hearing on scheduling of selection phase

| LHW | 07/27/2009 | | 1.70 | 1.70 | 90.00 | 153.00 |
|---|---|---|---|---|---|---|

07/27/09   LHW   Work on sentencing;  Review all psyche
reports;  review July 22, 2009 letter from
client; Work on witness prep for
sentencing.

| LHW | 07/29/2009 | | 3.00 | 3.00 | 90.00 | 270.00 |
|---|---|---|---|---|---|---|

07/29/09   LHW   Work on preparing for Governments
sentencing, witnesses, and issues of
assault, employment, and education

| LHW | 08/06/2009 | | 1.70 | 1.70 | 90.00 | 153.00 |
|---|---|---|---|---|---|---|

08/06/09   LHW   Review Mary Kanasas' report and discuss
with Steve Hudgins;  Travel to and from
Portsmouth City Jail;  Meeting w/client
regarding report.  (30 miles)

| LHW | 08/10/2009 | | 2.50 | 2.50 | 90.00 | 225.00 |
|---|---|---|---|---|---|---|

08/10/09   LHW   Prepare for sentencing; Review
Government's proposed instructions;
Telephone calls w/Steve Hudgins; Review
profile reports and court documents from
domestic assaults; Work on  exam for
mental heath experts; and Witness
preparation

| LHW | 08/11/2009 | | 2.00 | 2.00 | 90.00 | 180.00 |
|---|---|---|---|---|---|---|

08/11/09   LHW   Review all psyche reports and make notes
to prepare for conference with Dr.
Marikangas;  Telephone call w/Steve
Hudgins regarding sentencing hearing

| LHW | 08/12/2009 | | 2.50 | 2.50 | 90.00 | 225.00 |
|---|---|---|---|---|---|---|

08/12/09   LHW   Prepare for sentencing;  Initial review of
proposed stipulation;  Work on Jury
Instructions;  Review memo from Sheila
Cronin

| LHW | 08/13/2009 | | 6.50 | 6.50 | 90.00 | 585.00 |
|---|---|---|---|---|---|---|

08/13/09   LHW   Telephone calls w/Dr. Merikagas; Work on
stipulations; Telephone calls w/Brian
Samuels regarding stipulations, witnesses
and exhibits, jury instructions, and
scheduling; Work on exam of Virginia Pina;
Memo to file regarding Dr. Merikangas
interview; Travel to and from Portsmouth
City Jail; Meeting w/Major Bunzy at

Runyon-OAF 0015249

Bill number    82625 - 00001 - 0          PAGE   5
Runyon, David

Portsmouth Jail regarding weekend access
to doctor; Telephone calls w/Steve Hudgins
regarding testing on Runyon; Research on
sentencing instructions.

| | | | | | |
|---|---|---|---|---|---|
| LHW | 08/14/2009 | | 3.50 | 3.50 | 90.00 | 315.00 |

08/14/09  LHW  Work on sentencing prep; Begin re-reading
client letters; Reviewing documents and
CD's

| | | | | | |
|---|---|---|---|---|---|
| LHW | 08/16/2009 | | 5.70 | 5.70 | 90.00 | 513.00 |

08/16/09  LHW  Work on jury instructions, prepare for
sentencing including reviewing of
correspondence from client; Witness prep
for Government witnesses including Traner,
Scholossman, Pina, Linlar, Maria Tunyon;
Review video tape of interview w/Pina;
Review interview notes from interviews of
jail personnel; Memo to file regarding
mental health evidence/interview w/Dr.
Merikangas;  Review report of Cunningham

| | | | | | |
|---|---|---|---|---|---|
| LHW | 08/17/2009 | | 6.00 | 6.00 | 90.00 | 540.00 |

08/17/09  LHW  Travel to and from Federal Court for
Meeting; Meeting w/Sheila Cronin and Steve
Hudgins regarding sentencing; Prepare for
sentencing witnesses.

| | | | | | |
|---|---|---|---|---|---|
| LHW | 08/18/2009 | | 5.00 | 5.00 | 90.00 | 450.00 |

08/18/09  LHW  Travel to and from Portsmouth City Jail;
Meeting w/Client regarding sentencing;
Work on documents and witnesses for
sentencing

| | | | | | |
|---|---|---|---|---|---|
| LHW | 08/19/2009 | | 11.00 | 11.00 | 90.00 | 990.00 |

08/19/09  LHW  Prepare for Sentencing;  Travel to and
from Federal Court;  Attend Day 1 of
Sentencing Hearing

| | | | | | |
|---|---|---|---|---|---|
| LHW | 08/20/2009 | | 9.50 | 9.50 | 90.00 | 855.00 |

08/20/09  LHW  Prepare for Sentencing;  Travel to and
from Federal Court;  Attend Day 2 of
Sentencing Hearing

| | | | | | |
|---|---|---|---|---|---|
| LHW | 08/23/2009 | | 10.50 | 10.50 | 90.00 | 945.00 |

08/23/09  LHW  Prepare for sentencing; Travel to and from
Portsmouth City Jail;  Various calls and
meetings w/client, Steve Hudgins, and
client's family;  Work on witnesses and

Runyon-OAF 0015250

LAW OFFICES

# COPE & OLSON, P.L.C.

SUITE 100

JOHNNY C. COPE
DAVID B. OLSON
STEPHEN A. HUDGINS

11836 CANON BOULEVARD
NEWPORT NEWS, VIRGINIA 23606
TELEPHONE: (757) 596-0316
TELEFAX:    (757) 596-5320

ELMO L. STEPHENSON
1927 - 2009

September 10, 2009

James R. Merikangas, M.D., L.L.C.
Neurology, Psychiatry, Neuropsychiatry
4938 Hampden Lane #428
Bethesda, MD 20814

Dear Dr. Merikangas:

Re:    David Anthony Runyon

I enclose original CJA 31 voucher for your fees in this matter. Please sign the voucher at the bottom of section 17 and place it along with your invoice in the enclosed, self-addressed, stamped envelope and mail it to the Court. Please also place your tax identification number in the appropriate spot in section 17.

Thank you for your help with this matter.

Very truly yours,

Stephen A. Hudgins

akh
Encl.

Runyon-OAF 0012494

CJA 31 DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| VAB | Runyon, David Anthony | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 4:08-000016-003 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. TYPE PERSON REPRESENTED | 9. REPRESENTATION TYPE |
|---|---|---|
| U.S. v. Runyon | Adult Defendant | Criminal Case |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 924.J.F -- Violent crime/drugs/machine gun where death occurs

**REQUEST AND AUTHORIZATION FOR EXPERT SERVICES**

11. ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ _____ OR
☐ Approval of services already obtained to be paid for by the United States from the Defender Services Appropriation. (See instructions)

Signature of Attorney _____    Date _____

☐ Panel Attorney  ☐ Retained Atty  ☐ Pro-Se  ☐ Legal Organization
Attorney's name (First Name, M.I., Last Name, including suffix), and mailing address.

Telephone Number: _____

12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See instructions)

13. TYPE OF SERVICE PROVIDER

| 01 ☐ Investigator | 20 ☐ Legal Analyst/Consultant |
|---|---|
| 02 ☐ Interpreter/Translator | 21 ☐ Jury Consultant |
| 03 ☐ Psychologist | 22 ☐ Mitigation Specialist |
| 04 ☐ Psychiatrist | 23 ☐ Duplication Services (See Instructions) |
| 05 ☐ Polygraph Examiner | 24 ☐ Other (specify) |
| 06 ☐ Documents Examiner | |
| 07 ☐ Fingerprint Analyst | |
| 08 ☐ Accountant | |
| 09 ☐ CALR (Westlaw/Lexis, etc) | |
| 10 ☐ Chemist/Toxicologist | |
| 11 ☐ Ballistics Expert | |
| 13 ☐ Weapons/Firearms/Explosive Expert | |
| 14 ☐ Pathologist/Medical Examiner | |
| 15 ☐ Other Medical Expert | |
| 16 ☐ Voice/Audio Analyst | |
| 17 ☐ Hair/Fiber Expert | |
| 18 ☐ Computer (Hardware/Software/Systems) | |
| 19 ☐ Paralegal Services | |

14. Court Order
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court _____

Date of Order _____    Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES   ☐ NO

15. STAGE OF PROCEEDING
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. ☐ Pre-Trial
b. ☐ Trial
c. ☐ Sentencing
d. ☐ Other Post Trial
e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court
   ☐ Writ of Certiorari

HABEAS CORPUS
g. ☐ Habeas Petition
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal
k. ☐ Petition for the U.S. Supreme Court
   ☐ Writ of Certiorari

OTHER PROCEEDING
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other

**CLAIM FOR SERVICES AND EXPENSES**  **FOR COURT USE ONLY**

| 16. SERVICES AND EXPENSES (Attach itemization of services and expenses with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 3800.00 | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED) | 3800.00 | | |

17. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
James R. Merikangas M.D., L.L.C.
4938 Hampden Lane #428
Bethesda, Md., 20814    TIN: _____
                        Telephone Number: _____

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 5/30/09 TO 8/30/09
CLAIM STATUS   ☑ Final    ☐ Interim Payment Number _____    ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____    Date: _____

18. CERTIFICATION OF ATTORNEY   I hereby certify that the services were rendered for this case.

Signature of Attorney: _____    Date: 7/4/09

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOT. AMT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost (excluding expenses) of these services does not exceed $500, or prior authorization was obtained; OR
☐ In the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $500

Signature of Presiding Judicial Officer _____   Date _____   Judge/Mag. Judge Code _____

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,
A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ _____
B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. 848(q)(10)(B).

Signature of Chief Judge, Court of Appeals (or Delegate) _____   Date _____   Judge Code _____

Runyon-OAF 0012495

**James R. Merikangas, M.D., L.L.C.**

Neurology, Psychiatry, Neuropsychiatry
4938 Hampden Lane
#428
Bethesda, MD 20814

# Customer Invoice

| Date | Invoice # |
|---|---|
| 8/30/2009 | 1601 |

| Bill To |
|---|
| Cope & Olson, PLC<br>Stephen A Hudgins<br>Suite 100<br>11836 Cannon Blvd<br>Newport News, VA 23606 |

| | Due Date |
|---|---|
| | 8/30/2009 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Comprehensive Neuropsychiatric Examination:07/29/09 David Runyon, Portsmouth jail | 1 | 3,000.00 | 3,000.00 |
| Medical records 7/25/09 | 2 | 300.00 | 600.00 |
| MRI and PET 8/17/09 | 2 | 100.00 | 200.00 |

050524316-Tax ID#

| Total | $3,800.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,800.00 |

Runyon-OAF 0012496

May 3, 2010

Mr. Stephen A. Hudgins
Law Offices of Cope & Olson, P.L.C.
Suite 100
11836 Canon Boulevard
Newport News, VA 23606

Dear Mr. Hudgins,

While reviewing outstanding account balances I saw that we have an outstanding balance of $3800 for Dr. Merikangas's evaluation of David Runyon on 7/29/09. I also have a letter from you saying that a CJA 31 voucher was sent to our office, which we then filled out and returned to the court in September. I was wondering how we could follow up on the payment of the invoice enclosed. If you have record of payment of this invoice, such as cash date and check number that would be sufficient, we just wanted to settle the account. Thank you.

Sincerely,


Colleen Turek
Assistant to Dr. Merikangas

**LAW OFFICES**
## COPE & OLSON, P.L.C.
**SUITE 100**

JOHNNY C. COPE

DAVID B. OLSON

STEPHEN A. HUDGINS

**11836 CANON BOULEVARD**
**NEWPORT NEWS, VIRGINIA 23606**
TELEPHONE: (757) 596-0316
TELEFAX:    (757) 596-5320

MICHAEL C. OLSON

———

ELMO L. STEPHENSON
1927 - 2009

July 8, 2010

James R. Merikangas, M.D., L.L.C.
Neurology, Psychiatry, Neuropsychiatry
4938 Hampden Lane #428
Bethesda, MD 20814

Dear Dr. Merikangas:

Re:    David Anthony Runyon

I enclose original CJA 31 voucher for your fees in this matter. Please sign the voucher at the bottom of section 17 and place it along with your invoice in the enclosed, self-addressed, stamped envelope. Also, please place your tax identification number in the appropriate spot in section 17.

Thank you for your help with this matter.

Very truly yours,

Stephen A. Hudgins

akh
Encl.

COURT DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES

| 1. CIR./DIST./DIV. CODE VAE | 2. PERSON REPRESENTED Runyon, David Anthony | | | VOUCHER NUMBER |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 4:08-000016-003 | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) U.S. v. Runyon | | 8. TYPE PERSON REPRESENTED Adult Defendant | | 9. REPRESENTATION TYPE Other Death Penalty Cases |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 924J.F -- Violent crime/drugs/machine gun where death occurs

**REQUEST AND AUTHORIZATION FOR EXPERT SERVICES**

**11. ATTORNEY'S STATEMENT**

As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:

☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ _____ OR

☑ Approval of services already obtained to be paid for by the United States from the Defender Services Appropriation. (See instructions)

Signature of Attorney _____ Date 7/8/10

☑ Panel Attorney ☐ Retained Atty ☐ Pro-Se ☐ Legal Organization

Attorney's name (First Name, M.I., Last Name, including suffix), and mailing address.

Stephen A. Hudgins
11826 Canon Blvd, Ste 100; N. N., Va 23606    Telephone Number: 757-596-0316

**12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** (See instructions)

neuropsychiatric examination, review of MRI and PET Scans.

**13. TYPE OF SERVICE PROVIDER**

| | | | | |
|---|---|---|---|---|
| 01 ☐ | Investigator | 20 ☐ | Legal Analyst/Consultant |
| 02 ☐ | Interpreter/Translator | 21 ☐ | Jury Consultant |
| 03 ☐ | Psychologist | 22 ☐ | Mitigation Specialist |
| 04 ☑ | Psychiatrist | 23 ☐ | Duplication Services (See Instructions) |
| 05 ☐ | Polygraph Examiner | 24 ☐ | Other (specify) |
| 06 ☐ | Documents Examiner | | |
| 07 ☐ | Fingerprint Analyst | | |
| 08 ☐ | Accountant | | |
| 09 ☐ | CALR (Westlaw/Lexis, etc) | | |
| 10 ☐ | Chemist/Toxicologist | | |
| 11 ☐ | Ballistics Expert | | |
| 13 ☐ | Weapons/Firearms/Explosive Expert | | |
| 14 ☐ | Pathologist/Medical Examiner | | |
| 15 ☐ | Other Medical Expert | | |
| 16 ☐ | Voice/Audio Analyst | | |
| 17 ☐ | Hair/Fiber Expert | | |
| 18 ☐ | Computer (Hardware/Software/Systems) | | |
| 19 ☐ | Paralegal Services | | |

**14. Court Order**

Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 11 is hereby granted.

_____ Signature of Presiding Judicial Officer or By Order of the Court

Date of Order _____ Nunc Pro Tunc Date _____

Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES ☐ NO

**15. STAGE OF PROCEEDING**

Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. ☐ Pre-Trial
b. ☑ Trial
c. ☐ Sentencing
d. ☐ Other Post Trial
e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court
   Writ of Certiorari

HABEAS CORPUS
g. ☐ Habeas Petition
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal
k. ☐ Petition for the U.S. Supreme Court. Writ of Certiorari

OTHER PROCEEDING
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other

**CLAIM FOR SERVICES AND EXPENSES**

| 16. SERVICES AND EXPENSES (Attach itemization of services and expenses with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | 3800 | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| | 3800 | | |

**17. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS

James R. Merikangas, MD
4938 Hampden Ln #428
Bethesda, MD 20814

TIN: 05-0524316
Telephone Number: (301) 654-1934

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____

CLAIM STATUS ☐ Final ☑ Interim Payment Number _____ ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: _____ Date: 7/15/10

**18. CERTIFICATION OF ATTORNEY** I hereby certify that the services were rendered for this case.

Signature of Attorney: _____ Date: _____

**APPROVED FOR PAYMENT**

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOT. AMT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost (excluding expenses) of these services does not exceed $500, or prior authorization was obtained; OR
☐ In the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $500.

_____ Signature of Presiding Judicial Officer Date _____ Judge/Mag. Judge Code _____

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,

A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is $ _____

B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. 848(q)(10)(B).

_____ Signature of Chief Judge, Court of Appeals (or Delegate) Date _____ Judge Code _____

**...es R. Merikangas, M.D., L.L.C.**
Neurology, Psychiatry, Neuropsychiatry
4938 Hampden Lane
#428
Bethesda, MD 20814

# Customer Invoice

| Date | Invoice # |
|---|---|
| 8/30/2009 | 1601 |

**Bill To**

Cope & Olson, PLC
Stephen A Hudgins
Suite 100
11836 Cannon Blvd
Newport News, VA 23606

PAST DUE

| | Due Date |
|---|---|
| | 8/30/2009 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Comprehensive Neuropsychiatric Examination:07/29/09 David Runyon, Portsmouth jail | 1 | 3,000.00 | 3,000.00 |
| Medical record review 7/25/09 | 2 | 300.00 | 600.00 |
| MRI and PET 8/17/09 Review | 2 | 100.00 | 200.00 |
| | | | |
| Re: David Runyon | | | |
| Atty: Stephen Hudgins | | | |

050524316-Tax ID#

| Total | $3,800.00 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $3,800.00 |