# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Wednesday, February 22, 2023 (Day 8)

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT: THE HONORABLE** Rebecca Beach Smith, USDJ

Deputy Clerk: Tammy Armstrong                    Reporter: Jody Stewart, OCR

| Set: 12:00 p.m. | Started: 12:00 p.m. | Ended: 1:45 p.m. |
|---|---|---|
| 4:08cr16 | USA v. David Anthony Runyon | |

Brian Samuels, Lisa McKeel, and Carrie Ward present on behalf of USA.

Elizabeth Peiffer and Helen Bales present on behalf of Mr. Runyon. Defendant present in custody.

Gianna Maio, Federal Community Defender for Eastern Tennessee; Stephen Ferrell, Capital Habeas Unit Supervisor, FDSET; and Rob Lee, Executive Director of VCRRC present.

Matter came on for continuation of Evidentiary Hearing.

Comments of court and counsel heard.

Court exhibit admitted into evidence.

For the reasons stated on the record, Ms. Bales Motion to Withdraw as Attorney (ECF #788) is granted.  Ms. Peiffer's Ex Parte Motion (#792) is moot.

The court directed that Ms. Maio transfer all documents to Ms. Peiffer.  Ms. Maio directed to file an affidavit by Friday and Ms. Peiffer directed to file an affidavit by Monday with regard to the exchange of documents.

The Evidentiary Hearing is continued and the parties were directed to discuss a discovery schedule and to present an agreed order to the court with a proposed continued hearing date.

Defendant remanded to custody of USM.

Court adjourned.

Court Exhibit:

#1 – Letter dated 2/17/2023 from Rob Lee, Executive Director of VCRRC