**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

|  |  |  |
|---|---|---|
| | ) | |
| David Anthony Runyon, | ) | |
|        Petitioner, | ) | Original Criminal No. 4:08-cr-16-3 |
| | ) | Original Civil No. 4:15-cv-108 |
| v. | ) | **Capital § 2255 PROCEEDINGS** |
| | ) | |
| United States of America, | ) | HON. REBECCA BEACH SMITH |
|        Respondent. | ) | |
| | ) | |
| | ) | |

<u>**Petitioner's Unopposed Motion for Continuance
of March 24, 2023, Scheduling Submission**</u>

Counsel for Petitioner and counsel for the Government conferred on February 27, 2023, and March 22, 2023, regarding an agreement about the schedule moving forward in this case in view of the fact that counsel for Petitioner is awaiting receipt of additional productions from former counsel. In light of the following factors, counsel for Petitioner requests a continuance of three weeks from March 24, 2023, *see* ECF No. 796, until close of business on April 14, 2023, to submit to the Court a proposed schedule. Counsel for the United States does not object to this request.

1.    As described in the February 24, 2023, Declaration of Gianna Maio Regarding File Transfer, ECF No. 795-1, undersigned counsel has confirmed that the Federal Defender Services of Eastern Tennessee, Inc. ("FDSET"), will identify, assemble and prepare for delivery via FedEx to Mr. Runyon's counsel an external hard drive with digital files including: FDSET's internal "H drive file"; files from software platforms Summation and Eclipse; and digital versions of paper files that FDSET has identified as pertinent and has arranged to have scanned. FDSET also will send all of the boxes of paper files in Mr.

Runyon's case—a portion of which will be included on the external hard drive as scanned files. The scanned materials are those files identified as relevant by FDSET staff who have previously not been involved in Mr. Runyon's case. The case materials will be sent to Mr. Runyon's counsel during the week of April 3, 2023, through FedEx, and counsel expects to have received all of these electronic and paper files by the end of that week. Mr. Runyon's counsel is not currently in possession of the paper files or the external hard drive but plans to begin review of those materials as soon as they are received.

2. Counsel for the United States have inquired while conferring with Petitioner's counsel about whether rolling production could be arranged, and have made inquiries as to how the production will be assembled and reviewed. Undersigned counsel has confirmed with former counsel for Petitioner that the production is on schedule as described in Ms. Maio's Declaration Regarding File Transfer, ECF No. 795-1, and has relayed that information to counsel for the United States. She will not have more information to share about the assembly and review of these materials until she has received the materials from FDSET.

3. Undersigned counsel has been working diligently since the withdrawal of FDSET attorneys to identify available and qualified co-counsel pursuant to 18 U.S.C. § 3599. Counsel has now identified potential candidates and expects to be able to secure a commitment shortly, in the coming weeks, and to be able to file with the Court a motion for appointment of co-counsel soon thereafter. Locating co-counsel prior to suggesting dates will allow for counsel to jointly identify dates that all counsel are available, and which will allow counsel to be adequately prepared for the hearing. Counsel for the United States have advised that the United States will not object to the request for a second attorney on this matter.

4. Without the production in hand, it is not possible to establish a schedule for disclosure to the United States or an expected date for resumption of the evidentiary hearing. Therefore, counsel for Mr. Runyon requests leave to propose a schedule for discovery and continuance on or before April 14, 2023. The United States does not object to this request under the circumstances. This will allow: for Mr. Runyon's counsel to acquire and make a preliminary review of electronic and paper files received from FDSET and to provide better-informed opinions about time needed to review the files and make additional productions to the government; for Mr. Runyon's counsel to confirm appropriate co-counsel and move for appointment of co-counsel; and for counsel for Mr. Runyon and for the government to confer and propose a schedule to this Court that will allow for the scheduling of further discovery and the continuation of the evidentiary hearing.

Respectfully Submitted,

/s/Elizabeth J. Peiffer

Elizabeth J. Peiffer, VSB No. 71353
Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

# CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

/s/ Elizabeth Peiffer