**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

DAVID ANTHONY RUNYON,                    )
    Petitioner,                          )    Original Criminal No. 4:08-cr-16-3
                                         )    Original Civil No. 4:15-cv-108
    vs.                                  )    **CAPITAL § 2255 PROCEEDINGS**
                                         )
UNITED STATES OF AMERICA,                 )    HON. REBECCA BEACH SMITH
    Respondent.                          )

**ORDER**

Petitioner David Anthony Runyon has filed an unopposed motion to move the deadline to submit to the Court a joint proposed schedule for discovery and the continuation of the evidentiary hearing in this matter from March 24, 2023, to April 14, 2023. *See* ECF No. 800.

Mr. Runyon's prior counsel, the Federal Defender Services of Eastern Tennessee, has represented to the Court that his case files will be sent via FedEx to current counsel during the week of April 3, 2023. The requested continuance is appropriate to allow current counsel adequate time to receive the shipped files, make a preliminary review of electronic and paper files received, and confer with the United States about a joint proposed schedule for further discovery and the continuation of the evidentiary hearing.

For these reasons, the Court GRANTS Petitioner's motion and DIRECTS the parties to submit a joint proposed schedule for discovery and the continuation of the evidentiary hearing by close of business on Friday, April 14, 2023.

IT IS SO ORDERED.

March 24, 2023

                                /s/
                          Rebecca Beach Smith
                          Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE