IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| DAVID ANTHIONY RUNYON, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Criminal Action No.: 4:08cr16 |
| | ) | Civil Action No. :4:15cv108 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | **CAPITAL § 2255 PROCEEDINGS** |
| Respondent. | ) | |
| | ) | HON. REBECCA BEACH SMITH |

**UNITED STATES RESPONSE TO COURT ORDER (ECF NO. 801)**

The United States, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, Brian J. Samuels, and Lisa R. McKeel, Assistant United States Attorneys, and Carrie L. Ward, Trial Attorney for the Department of Justice submits this response to the Court's Order of March 24, 2023 (ECF No. 801) directing counsel for both the United States and Petitioner David Runyon "to submit a joint proposed schedule for discovery and the continuation of the evidentiary hearing by close of business on Friday, April 14, 2023".

The United States has conferred with counsel for Petitioner who has informed counsel for the Government that he is unable to comply with the Court's Order at this time.

**BACKGROUND**

Following the February 2023 continuance of the evidentiary hearing in this matter, the Court ordered the parties to confer and submit a joint scheduling order addressing remaining disclosures and continuance of the evidentiary hearing, no later than March 24, 2023. ECF No. 796. On March 23, 2023, Mr. Runyon sought a continuance through April 14, 2023. ECF No. 800.

1

This Court granted the unopposed motion on March 24, 2023 and directed counsel to file a joint proposed scheduling order by close of business on April 14, 2023. ECF No. 801.

## **DISCUSSION**

Pursuant to the order granting the extension, counsel for Petitioner and counsel for the Government conferred on April 12, 2023, regarding this Court's Order granting Petitioner Runyon's motion to continue. A conference call was held on April 12, 2023, and habeas counsel notified the Government of its intent to seek appointment of additional attorneys, such motion later filed with this Court that same date. ECF Nos. 802 and 803 (memorandum in support). Habeas counsel further alluded to several general concerns with the transfer of documentation, onboarding of new counsel, and the ability to review and assess before completing disclosures relevant to the one claim for relief, pursuant to Mr. Runyon's 28 U.S.C. § 2255 amended petition. When pressed, habeas counsel was unable to determine an adequate timeline to initiate or complete disclosures or schedule dates to complete the evidentiary hearing.

Accordingly, the United States is unable to comply with this Court's order requiring the parties meet, confer, and submit a joint proposed schedule for discovery and the continuation of the evidentiary hearing. The United States has urged counsel for the Petitioner to submit a filing addressing the challenges and deficiencies in the anticipated production process. Upon receipt, the United States will review and respond, although submits that any request for additional delay should be granted only for good cause shown, in accordance with the local rules (L. Crim. R. 47).

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

2

By:            /S/

Brian J. Samuels
Lisa R. McKeel
Assistant United States Attorneys
Carrie L. Ward, Trial Attorney
Attorneys for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: Brian.Samuels@usdoj.gov
Email: Lisa.McKeel@usdoj.gov
Email: Carrie.Ward@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of April, 2023, I electronically filed a true copy

of the foregoing with the Clerk of Court using the CM/ECF system who will send notice to all

filers.

By:   _____/S/_____
Lisa R. McKeel
Assistant United States Attorney
Virginia Bar Number: 28652
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: Lisa.McKeel@usdoj.gov