**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

DAVID ANTHONY RUNYON,

      Petitioner,

    v.

UNITED STATES OF AMERICA,

      Respondent.

Case No. 4:15-cv-108

Initial Criminal No. 4:08-cr-16-3
CAPITAL § 2255 PROCEEDINGS
HON. REBECCA BEACH SMITH

**PETITIONER'S MOTION FOR CONTINUANCE
OF APRIL 14, 2023, SCHEDULING SUBMISSION**

For the reasons stated in the accompanying Memorandum in Support filed herewith, including the especially large volume of materials transferred to counsel and the significant time and effort required for review, Petitioner requests a continuance of three weeks from April 14, 2023, *see* ECF No. 800, until close of business on May 5, 2023, to submit to the Court a proposed schedule for disclosure to the United States and a proposed date for resumption of the evidentiary hearing. A proposed order accompanies this motion.

Petitioner's counsel proposes to provide regular (*e.g.*, at least weekly) updates to the government during this three-week period regarding the progress of the initial review of the transferred case files, and until discovery is complete. Petitioner expects that these updates will facilitate an ongoing dialogue between Petitioner and the government regarding the proposed schedule such that they can submit a joint proposed schedule (or competing schedules, if they are

1

unable to reach agreement) no later than May 5, 2023, and earlier if feasible.

Counsel for the United States has stated that the United States will take a position upon seeing this filing.

Respectfully Submitted,

/s/Elizabeth J. Peiffer

Elizabeth J. Peiffer, VSB No. 71353
Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

# CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

/s/ Elizabeth Peiffer