**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| Petitioner, | ) | Original Criminal No. 4:08-cr-16-3 |
| | ) | Original Civil No. 4:15-cv-108 |
| vs. | ) | **CAPITAL § 2255 PROCEEDINGS** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |

## ORDER

Petitioner David Anthony Runyon has filed a motion for a three-week continuance for filing a scheduling submission from April 14 to May 5, 2023. Mr. Runyon's counsel has indicated the volume of the transferred files is exceptionally large and delivered in paper as well as multiple electronic formats, and the additional time is needed for counsel to identify materials relevant to the discovery review.

The requested continuance is necessary to allow Petitioner's counsel to make meaningful progress in the review of the materials received from prior counsel and provide the government with informed opinions about the time needed to complete the review and production of relevant materials, and to propose a schedule for further discovery and the continuation of the evidentiary hearing.

For these reasons, the Court GRANTS Petitioner's motion and DIRECTS the parties to submit a joint proposed schedule for discovery and the continuation of the evidentiary hearing by close of business on _____.

IT IS SO ORDERED.

April ____, 2023

_____
REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE