CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| 0422 | DAVID ANTHONY RUNYON | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 4:08-CR-00016-3-RBS | | |

| 7. IN CASE/MATTER OF  (Case Name) | 8. TYPE PERSON REPRESENTED | 9. REPRESENTATION TYPE |
|---|---|---|
| USA V DAVID ANTHONY RUNYON | Adult Defendant | Habeas (capital) § 2255 federal |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*
18:924J.F

**11. ATTORNEY'S NAME   AND MAILING ADDRESS**
*(First Name, M. I., Last Name, including any suffix)*

Kathryn M Ali - Bar Number:

Suite 900
300 New Jersey Avenue NW
Washington, DC 20001
Phone: 202-651-2476

**13. NAME AND MAILING ADDRESS OF LAW FIRM**
*(Only provide per instructions)*

- TIN: XX-XXXXXXX

Phone: 202-651-2476

**12. COURT ORDER**

[X] O Appointing Counsel   [ ] C Co-Counsel
[ ] F Subs For Federal Defender   [ ] R Subs For Retained Attorney
[ ] P Subs For Panel Attorney   [ ] Y Standby Counsel

Prior Attorney's _____   Appointment Date: _____

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11 is appointed to represent this person in this case.

(B) The attorney named in Item 11 is appointed to serve as:   [X] LEAD COUNSEL   [ ] CO-COUNSEL

Name of Co-Counsel
or Lead Counsel:  Kathryn M Ali   Appointment Date:   5/18/2023

(C) If you represented the defendant or petitioner in any prior proceeeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead counsel or co-counsel).

[ ] (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim paymnets of compensation and expenses are approved pursuant to the attached order.   Rebecca B. Smith /S/   RBS

Signature of Presiding Judge or By Order of the Court

_____   _____
Date of Order   Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time appointment.   [ ] YES   [ ] NO

## CLAIM FOR SERVICES AND EXPENSES

14. STAGING OF PROCEEDING   Check the box which corresponds to the stage of the proceeding during shich the work claimed at item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a seperate voucher for each stage of the proceeding.

**CAPITAL PROSECUTION**
a. [ ] Pre-Trial   e. [ ] Appeal
b. [ ] Trial   f. [ ] Petition for the U.S. Supreme
c. [ ] Sentencing   Court Writ of Certiorari
d. [ ] Other Post Trial

**HABEAS CORPUS**
g. [ ] Habeas Petition
h. [ ] Evidentiary Hearing
i. [ ] Dispositive Motions
j. [ ] Appeal
gg [ ] State Court Appearance
k. [ ] Petition for the U.S. Supreme
Court Writ of Certiorari

**OTHER PROCEEDING**
l. [ ] Stay of Execution
m [ ] Appeal of Denial
n. [ ] Petition for Writ of Certiorari to the U.S. Supreme Court
o. [ ] Other
p. [ ] Clemency

| 15. CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings   (RATE PER HOUR = $ | | | | IN COURT TOTAL *Category a* | IN COURT TOTAL *Category a* |
| b. Interviews and Conferences with Client | | | | | |
| c. Witness Interviews | | | | | |
| d. Consultation with Investigators & Experts | | | | | $0.00 |
| e. Obtaining and Reviewing the Court Record | | | | | |
| f. Obtaining and Reviewing Documents and Evidence | | | | | |
| g. Consulting with Expert Counsel | | | | OUT OF COURT TOTAL *Categories b-j* | OUT OF COURT TOTAL *Categories b-j* |
| h. Legal Research and Writing | | | | | |
| i. Travel | | | | | |
| j. Other   *(Specify on additional sheets)* | | | | | |
| TOTALS: Categories b thru j  (RATE PER HOUR = $ | | | | | $0.00 |

**CLAIM FOR TRAVEL AND EXPENSES**   *(Attach itemization of expenses with dates)*

| 16. Travel   *(lodging, parking, meals, mileage, etc)* | | | | | |
|---|---|---|---|---|---|
| 17. Other   *(other than expert, transcripts, etc)* | | | | | |

**GRAND TOTALS (CLAIMED AND ADJUSTED)**

| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION |
|---|---|---|
| FROM: _____   TO: _____ | | |

21. CLAIM STATUS   [ ] Final Payment   [ ] Interim Payment Number  0   [ ] Supplemental Payment   [ ] Withholding Payment   (---)   (---)

Have you previously applied to the court for compensation and/or reimbursement for this case?   [ ] Yes   [ ] No   If yes, were you paid?   [ ] Yes   [ ] No

Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?   [X] Yes   [ ] No   If yes, give details on additional sheets.

I swear or affirm the truth or correctness of the above statements.

Signature of Attorney   Kathryn M Ali /S/   Date _____

## APPROVED FOR PAYMENT - COURT USE ONLY

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| 27. SIGNATURE OF THE PRESIDING JUDGE | DATE | 27a. JUDGE CODE | CERTIFIED AMT. | |