**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

DAVID ANTHONY RUNYON,

      Petitioner

    v.

UNITED STATES OF AMERICA,

      Respondent.

Case No. 4:15-cv-108

Initial Criminal No. 4:08-cr-16-3
CAPITAL § 2255 PROCEEDINGS
HON. REBECCA BEACH SMITH

**[PROPOSED] ORDER TO SEAL DECLARATOIN**

Upon the motion of Petitioner's counsel, Elizabeth J. Peiffer, and it appearing to the Court

that the ends of justice are served by sealing the declaration submitted by Ms. Peiffer with her

motion to seal, it is hereby

**ORDERED** that the Declaration of Elizabeth J. Peiffer is sealed.

Entered this _____ day of _____, 2023

_____
UNITED STATES DISTRICT JUDGE