**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

DAVID ANTHONY RUNYON,

        Petitioner

        v.

UNITED STATES OF AMERICA,

        Respondent.

Case No. 4:15-cv-108

Initial Criminal No. 4:08-cr-16-3
CAPITAL § 2255 PROCEEDINGS
HON. REBECCA BEACH SMITH

**MOTION FOR ATTORNEY ELIZABETH PEIFFER TO WITHDRAW DUE TO UNFORESEEN PERSONAL CIRCUMSTANCES AND FOR LEAVE TO SEEK *PRO HAC VICE* ADMISSION AND SUBSTITUTION OF *PRO BONO* COUNSEL**

For the reasons stated in the accompanying Memorandum in Support, and pursuant to 18 U.S.C. § 3599(e), Petitioner David Anthony Runyon and undersigned counsel, Elizabeth Peiffer, move for Ms. Peiffer's withdrawal and for leave to seek *pro hac vice* admission and substitution of attorneys from Covington & Burling LLP ("Covington") in these proceedings.

Several weeks after Mr. Runyon filed his Motion for Appointment of Counsel, *see* ECF Nos. 802 & 803, Ms. Peiffer's mother was suddenly diagnosed with Stage IV breast cancer, which has metastasized to other parts of her body including her bones, lungs, and liver. Further developments in recent days have made clear that Ms. Peiffer's responsibilities as a caregiver will prevent her from continuing to competently and diligently perform her role as counsel for Mr. Runyon and create conflicts of interest between her responsibilities to care for her mother and those as counsel to Mr. Runyon.

In light of this unexpected change in circumstances, and for the reasons explained in the

1

accompanying memorandum, Ms. Peiffer respectfully requests leave to withdraw and be dismissed as counsel in these proceedings, and Mr. Runyon respectfully renews his request to be represented in this matter on a *pro bono* basis by substitute counsel from Covington.

Counsel have consulted with Mr. Runyon on this matter, who supports the requested substitution. Counsel also notified counsel for the United States on June 5 of their intent to file this Motion. Counsel for the United States responded on June 7 to state that they had not had a chance to confer internally concerning this Motion and may not be able to do so until the week of June 12.

Dated: June 7, 2023                    Respectfully Submitted,

                                       /s/ Elizabeth J. Peiffer

                                       Elizabeth J. Peiffer, VSB No. 71353
                                       Capital Representation Resource Center
                                       1155 Seminole Trail #6391
                                       Charlottesville, VA 22906
                                       Telephone (434) 817-2970
                                       Fax (434) 817-2972
                                       epeiffer@vcrrc.org

                                       Kathryn M. Ali, VSB No. 97966
                                       Ali & Lockwood LLP
                                       300 New Jersey Avenue N.W., Suite 900
                                       Washington, D.C. 20001
                                       Telephone (202) 651-2475
                                       katie.ali@alilockwood.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

/s/ Kathryn M. Ali