# UNITED STATES DISTRICT COURT
## *EASTERN DISTRICT OF VIRGINIA*
### NORFOLK DIVISION

Friday, June 16, 2023

MINUTES OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE    Rebecca Beach Smith, USDJ

Deputy Clerk: Tammy Armstrong                    Reporter: Jody Stewart, OCR

| Set: 12:00 p.m. | Started: 12:00 p.m. | Ended: 1:40 p.m. |
|---|---|---|
| 4:15cv108 and 4:08cr16 | David Anthony Runyon v. United States of America  USA v. David Anthony Runyon | |

Brian Samuels and Lisa McKeel present on behalf of USA.

Elizabeth Peiffer and Kathryn Ali present on behalf of Mr. Runyon. Defendant present in custody.

Matter came on for Status Conference.

Comments of the court and counsel heard.

For reasons stated on the record, defendant's Motion to Seal Declaration of E. Peiffer (ECF # 812) is granted.  Defendant's Motion to Substitute Attorney (ECF # 814) is denied.

Court exhibit admitted into evidence.

The court directed admitted counsel to meet and confer and report to the court on or before 6/28/2023.  Discovery to be completed by 8/31/2023.

Evidentiary Hearing set to continue on 11/1/2023 at 11:00 a.m.

Counsel for the defendant moved for the Court to stay it's ruling regarding Motion to Substitute Attorney (ECF #814) pending an appeal.  For reasons stated on the record, the motion was denied.

Defendant remanded to custody of USM.

Court adjourned.

Court Exhibit:

#1 – Redacted documents provided to USA by defendant.