## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NEWPORT NEWS DIVISION

DAVID ANTHONY RUNYON,

       Petitioner

v.

UNITED STATES OF AMERICA,

       Respondent.

Case No. 4:15-cv-108

Initial Criminal No. 4:08-cr-16-3
CAPITAL § 2255 PROCEEDINGS
HON. REBECCA BEACH SMITH

### ORDER TO SEAL DECLARATION

Upon the motion of Petitioner's counsel, Elizabeth J. Peiffer, and it appearing to the Court that the ends of justice are served by sealing the declaration submitted by Ms. Peiffer with her motion to seal, it is hereby

**ORDERED** that the Declaration of Elizabeth J. Peiffer is sealed.

Entered this 16 day of June , 2023

/s/
Rebecca Beach Smith
Senior United States District Judge
UNITED STATES DISTRICT JUDGE