## APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 06/26/23 | District: Eastern District of Virginia | District Case No.: 4:08cr16 and 4:15cv108 |
|---|---|---|
| ___ First NOA in Case | Division: Newport News | 4CCA No(s). for any prior NOA: 17-5 |
| ✓ Subsequent NOA-same party | Caption: | 4CCA Case Manager: |
| ✓ Subsequent NOA-new party | USA v. Runyon | |
| ___ Subsequent NOA-cross appeal | | |
| ___ Paper ROA  ___ Paper Supp. | | |
| Vols: _____ | | |
| Other: _____ | | |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| **Confinement**-Criminal Case: | **Fee Status:** |
|---|---|
| ___ Death row-use DP Transmittal | ___ No fee required (USA appeal)   ✓ Appeal fees paid in full   ___ Fee not paid |
| ___ Recalcitrant witness | **Criminal Cases:** |
| ✓ In custody | ___ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On bond | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| ___ On probation | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| **Defendant Address**-Criminal Case: | **Civil, Habeas & 2255 Cases:** |
| Register Number: 92644-083 | ___ Court granted & did not revoke IFP status (continues on appeal) |
| FCI Petersburg-Low | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| P.O. Box 1000 | ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| Petersburg, VA 23804 | |
| | **PLRA Cases:** |
| **District Judge:** | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| Rebecca Beach Smith | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): | **Sealed Status** (check all that apply): |
| FTR | ✓ Portions of record under seal |
| Jody Stewart | ____ Entire record under seal |
| | ____ Party names under seal |
| | ____ Docket under seal |
| **Coordinator:** | |

| Record Status for Pro Se Appeals (check any applicable): | Record Status for Counseled Appeals (check any applicable): |
|---|---|
| ___ Assembled electronic record transmitted | ___ Assembled electronic record available if requested |
| ___ Additional sealed record emailed to 4cca-filing | ___ Additional sealed record available if requested |
| ___ Paper record or supplement shipped to 4CCA | ___ Paper record or supplement available if requested |
| ___ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ✓ In-court hearings held – all transcript not on file | ___ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: V.Pearson _____   Phone: (757) 928-2249 _____   Date: 06/27/23 _____

01/2012