IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Criminal Action No.: 4:08cr16 |
| | ) | Civil Action No. :4:15cv108 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | **CAPITAL § 2255 PROCEEDINGS** |
| Respondent. | ) | |
| | ) | HON. REBECCA BEACH SMITH |

**<u>JOINT RESPONSE TO COURT ORDER ECF 820</u>**

The United States and Petitioner David Anthony Runyon, by and through their respective counsel, submit this response to the Court's Order (ECF 820) requiring the parties to meet and confer by June 28, 2023.

The parties participated in a conference call on Friday June 24, 2023, and have engaged in follow-up email exchanges.  The parties have discussed the form and method of document exchange and any ramifications of the Protective Order, ECF 652.  The parties' discussion is ongoing as is the discovery production by the Petitioner, which will be completed by August 31, 2023.  There are no discovery issues that require an additional status hearing at this time.

As the discovery is not complete, the parties are not able to fully engage in a consensus on the format, scope and presentation of the evidence at the petitioner's evidentiary hearing.  The parties will continue to confer on these subjects as discovery proceeds. Should the parties be unable to agree on the issue of the format and scope of the evidentiary hearing following the completion of discovery, we will seek resolution of any issues well before the resumption of the evidentiary hearing currently scheduled to begin on November 1, 2023.

1

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY


By:              /S/
                Brian J. Samuels
                Lisa R. McKeel
                Assistant United States Attorneys
                Carrie L. Ward, Trial Attorney
                Attorneys for the United States
                United States Attorney's Office
                Fountain Plaza Three, Suite 300
                721 Lakefront Commons
                Newport News, Virginia 23606
                Phone: (757) 591-4000
                Fax: (757) 591-0866
                Email: Brian.Samuels@usdoj.gov
                Email: Lisa.McKeel@usdoj.gov
                Email: Carrie.Ward@usdoj.gov


By:              /S/
                Kathryn M. Ali
                Ali & Lockwood LLP
                300 New Jersey Avenue N.W., Suite 900
                Washington, D.C. 20001
                Phone (202) 651-2475
                Email: katie.ali@alilockwood.com

                Elizabeth J. Peiffer
                Capital Representation Resource Center
                1155 Seminole Trail #6391
                Charlottesville, VA 22906
                Phone: (434) 817-2970
                Fax: (434) 817-2972
                Email: epeiffer@vcrrc.org
                Attorneys for Petitioner

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June  2023,  I electronically filed a true copy

of the foregoing with the Clerk of Court using the CM/ECF system who will send notice to all

filers.


By:    _____/S/_____
Lisa R. McKeel
Assistant United States Attorney
Virginia Bar Number: 28652
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: Lisa.McKeel@usdoj.gov