FILED: July 24, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-6
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

———————————

In re:  DAVID ANTHONY RUNYON

      Petitioner

-------------------------------

33 LAW FIRMS; ASSOCIATION OF PRO BONO COUNSEL; CATO INSTITUTE; DEBEVOISE & PLIMPTON LLP; GEORGE H. KENDALL

      Amici Supporting Petitioner

———————————

O R D E R

———————————

During the course of a hearing on the issue that we remanded to the district court in the related habeas proceeding under 28 U.S.C. § 2254 and in the midst of ongoing discovery during a break in that hearing, Elizabeth Peiffer filed a motion with the court, requesting that she be relieved as a counsel for the defendant because of some home issues that had arisen.  After considering Peiffer's motion and recognizing the difficulties created by her home issues, the district court nonetheless denied her motion in the interests of justice, focusing on the need for the institutional memory of the Virginia Capital Representation Resource Center and the continuity of counsel.  The court also appointed

Kathryn Ali of Ali & Lockwood LLP and noted that she was being assisted by six lawyers at Covington & Burling, LLP, serving pro bono.  Finally, the court decided not to authorize the Covington & Burling lawyers to appear pro hoc vice as counsel for Runyon because doing so could "put the hearing out of control."  The court observed that in an ordinary habeas proceeding, it would be appropriate to appoint only one counsel and that, because this was a capital case, it decided to appoint two. The court nonetheless "welcome[d]" the pro bono help, inviting the lawyers to assist and to be present in the courtroom during all proceedings.

Because the defendant is receiving ample legal assistance in this habeas proceeding and the district court's decision fell well within its discretion in the circumstances, we deny the petition for a writ of mandamus.

The motion for a stay pending our decision is denied as moot.

Entered by order of Judge Wilkinson, Judge Niemeyer, and Judge Gregory.

For the Court

/s/ Patricia S. Connor, Clerk

2