FILED: July 24, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

In re: DAVID ANTHONY RUNYON

      Petitioner

------------------------------

33 LAW FIRMS; ASSOCIATION OF PRO BONO COUNSEL; CATO
INSTITUTE; DEBEVOISE & PLIMPTON LLP; GEORGE H. KENDALL

      Amici Supporting Petitioner

_____

J U D G M E N T

_____

In accordance with the decision of this court, the petition for writ of

mandamus is denied.

/s/ PATRICIA S. CONNOR, CLERK