FILED: July 24, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

In re:  ELIZABETH JANE PEIFFER

        Appellant

-------------------------------

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

        Defendant

O R D E R

Elizabeth Peiffer, one of the defendant's counsel, has appealed the district court's interlocutory order denying her motion to withdraw as counsel.  Simultaneously, Runyon filed a petition for a writ of mandamus, challenging the same order.  *See* No. 23-6.  Peiffer has also filed a motion for stay pending appeal and for expedited review.

We deny Peiffer's motion for a stay and grant her motion for expedited review, directing the Clerk of Court to establish an appropriate briefing schedule.

For the Court

/s/ Patricia S. Connor, Clerk