DAVID ANTHONY RUNYON,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

Case No. 4:15-cv-108

Initial Criminal No. 4:08-cr-16-3
CAPITAL § 2255 PROCEEDINGS
HON. REBECCA BEACH SMITH

**PETITIONER'S MOTION TO COMPEL DISCOVERY**

Petitioner David Anthony Runyon files this Motion to Compel Discovery pursuant to Federal Rule of Civil Procedure 37, Local Civil Rule 37, Federal Rule of Criminal Procedure 16(d)(2), Rule 6 of the Rules Governing Section 2255 Proceedings for the United States District Courts, the Due Process Clause of the Fifth Amendment, and the Eighth Amendment. Specifically, Runyon seeks all records concerning Drs. Martell and Batipps, as required by this Court's January 27, 2022, discovery order, ECF No. 657. Pursuant to Local Civil Rule 37(E), Runyon's counsel has made efforts to confer with the government's counsel in good faith in an attempt to resolve the discovery matter at issue, but to date, the requested documents have not been produced.

Dated: August 1, 2023

Respectfully Submitted,

/s/ Kathryn M. Ali

Kathryn M. Ali, VSB No. 97966
Ali & Lockwood LLP

300 New Jersey Avenue N.W., Suite 900
Washington, D.C. 20001
Telephone (202) 651-2475
katie.ali@alilockwood.com

Elizabeth J. Peiffer, VSB No. 71353
Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

<h1 style="text-align: center;">CERTIFICATE OF SERVICE</h1>

I hereby certify that on August 1, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

/s/ <u>Kathryn M. Ali</u>