**arla**

---

| | |
|---|---|
| **From:** | Jahn, Margaret (USAVAE) [Margaret.Jahn@usdoj.gov] |
| **Sent:** | Thursday, August 06, 2009 6:56 PM |
| **To:** | shudgins@com.hrcoxmail.com |
| **Cc:** | Samuels, Brian (USAVAE); McKeel, Lisa (USAVAE) |

**Subject:** Govt Expert CV's

Mr. Hudgins,

Lisa asked me to follow up with you to make sure you had all of our expert curriculum vitae's. I have attached Dr. Batipps and Dr. Martell. If you are missing the others please let me know and we will forward a copy to you.

Also, I will be forwarding by separate email the training manual for the Georgia Peace Officer Training which we intend to introduce at the penalty phase. It had not previously been provided to you.

Thank you

Margaret

<<Dr Batipps.CV.pdf>> <<Dr. Daniel Martell.PHD.pdf>>

8/7/2009

Runyon-OAF 0014559

**MICHAEL E. BATIPPS, M.D., P.C.**
**FELLOW, AMERICAN ACADEMY OF NEUROLOGY**
106 IRVING ST., NW
SUITE 2600 NORTH TOWER
WASHINGTON, DC 20010
(202) 829-3726

### MEDICOLEGAL SERVICES FEE SCHEDULE

| | |
|---|---|
| Complex Comprehensive Consultation and/or IME | $440.00/hour |
| Review of Records | $440.00/hour |
| Review of Depositions/ Medical Literature | $440.00/hour |
| Preparation of Reports | $440.00/hour |
| Consultation with Attorney in office or by telephone | $440.00/hour |
| *Testimony: Court or Deposition | $500.00/hour |

*Additional charges for preparation may be billed if applicable

Services must be paid 10 days prior to scheduled appointment with a 48 hour cancellation notice.

**Please make check payable to:**
**Michael E. Batipps, M.D., P.C.**
**Tax ID# 75-3243191**

*Effective 6/1/08*

Runyon-OAF 0014560

## NEURODIAGNOSTIC ASSOCIATES, P.C.

CLINICAL NEUROLOGY
MICHAEL E. BATIPPS, M.D.
JOSEPH LIBERMAN, M.D.

NEUROLOGICAL NURSE PRACTITIONER
BRITANNIA REYNOLDS, N.P.

WASHINGTON HOSPITAL CENTER
PHYSICIANS' OFFICE BUILDING
SUITE 2600 NORTH TOWER
106 IRVING STREET, N.W.
WASHINGTON, D.C. 20010
(202) 829-3728

CLINICAL NEUROLOGY
PAIN MANAGEMENT
ELECTRODIAGNOSTIC STUDIES

## CURRICULUM VITAE

### Michael E. Batipps, M.D.

### EDUCATION

#### College

Howard University College of Liberal Arts, Washington, DC, B.S., Zoology, June 1968.

#### Medical School

Howard University College of Medicine, Washington, DC, M.D., June 1972.
Clarence Greene, M.D. Award for Academic Excellence in Neurosurgery

### POSTGRADUATE TRAINING

#### Internship

College of Physicians and Surgeons of Columbia University, Department of Medicine, Harlem Hospital Center, New York, New York, July 1972 to June 1973.

#### Medical Residency

College of Physicians and Surgeons of Columbia University, Department of Medicine, Harlem Hospital Center, New York, New York, July 1973 to June 1974.

#### Neurology Residency

Columbia University-Presbyterian Medical Center, New York Neurological Institute, July 1974 to June 1977.

#### National Institutes of Health Research Associate

Laboratory of Cerebral Metabolism, National Institutes of Mental Health, Bethesda, Maryland, July 1977 to July 1978.

Runyon-OAF 0014561

Michael E. Batipps, M.D.                                                    Page 2

## QUALIFICATIONS

Fellow, American Academy of Neurology, 1987.

Diplomate, American Board of Neurology and Psychiatry (Neurology), November 1978. (Board Certification in Neurology).

Diplomate, American Academy of Pain Management   (Board Certification, 1990).

District of Columbia Medical License, 1977.  (#10238)

Maryland State Medical License, 1978 (#D29698)       (Inactive since 1998)

New York State Medical License, September 1973.       (Inactive since 1979)

## ACADEMIC APPOINTMENTS

George Washington University, Assistant Professor of Clinical Neurology.

Howard University, Associate Professor of Clinical Neurology.

## PROFESSIONAL SOCIETIES)

American Academy of Neurology, (Fellow, 1987; Active Member, 1978).

District of Columbia Medical Society, Active Member.

American Medical Association, Active Member.

Medicochirurgical Society of DC, Active Member.

National Medical Association, Active Member.

American Headache Association, Member.

American Academy of Pain Management, Member.

## ADVISORY BOARDS

Multiple Sclerosis Society of the National Capital Area, Professional Advisory Board (1998 to 2004)

Epilepsy Foundation (AAbilities) of the Chesapeake Area (1999 to 2004).

National Chronic Pain Outreach Assoc., Inc.,   Medical Advisory Board, 1990 to Present.

Michael E. Batipps                                                                     Page 3

## OFFICES

Vice Chairman, Department of Neurology, Washington Hospital Center, 1983 to 2000.

Medical Board, Member, Washington Hospital Center, 1983 to 2001.

Chairman, Section of Neurology, Medical Society of DC., 1989 to 1993.

Distinguished Alumnus of the year (1994), Howard University College of Medicine, 1994.

Vice President, Medical Staff, The National Rehabilitation Hospital, 1988 to 1990.

President, Howard University Medical Alumni Assoc., 1990 to 1992.
Executive Board Member, Howard University Medical Alumni Assoc., 1984 to 2004.

Executive Board Member, Center Physicians, 1985 to 1990.
Washington Hospital Center Private Physicians Group.

President, Private Physicians Association, Washington Hospital Center, 1985 to 1987.

Chairman, Nominating Committee, Washington Hospital Center, Medical Board, 1988 and 1990.

## COMMITTEES

Columbia University College of Physicians and Surgeons Medical Alumni Assoc., (Postgraduate), Active Member, 1989 to 2004.

Howard University Medical Alumni, Executive Board Member, 1984 to 2004.

Member, Finance Committee, Medical Society of DC, 1995 to 1998.

Chairman, Budget Committee, Howard University Alumni Assoc., 1995 to 1998;
Chairman Scholarship Committee, Howard University Alumni Assoc., 1994 to 2004.

Member, Neurosurgery Chairman Search Committee, Washington Hospital Center, 1986 to 1987, and 1994 to 1998.

## HOSPITAL AFFILIATIONS

The Washington Hospital Center, Active Staff, Senior Attending Physician, Department of Neurology (Vice Chairman).

The Cancer Institute of The Washington Hospital Center, Active Member, Neurologic Oncology.

Providence Hospital, Active Staff, Attending Physician, Department of Medicine, Division of Neurology.

Runyon-OAF 0014563

Michael E. Batipps                                                                 Page 4

HOSPITAL AFFILIATIONS: (Continued)

National Rehabilitation Hospital, Consulting Staff, Attending Neurologist
(V.P. Medical Staff, 1988 to 1990)

George Washington University Hospital, Courtesy Staff, Assistant Professor of Clinical
Neurology.

## COMMUNITY ORGANIZATIONS

Editorial Board Member, Washington Hospital Center Physician Medical News Letter,
1997 to 2002.

Member, Director of Medical Affairs Search Committee, Washington Hospital Center,
1987 to 1988.

Member, Chairman Rehabilitation Department Search Committee, Washington Hospital
Center, 1987 to 1988.

Mayor=s Medical Transitional Team, Mayor Sharon Pratt Kelly, Washington, DC, 1990 to
1991.

## SCIENTIFIC PUBLICATIONS

1) Batipps, M., Miyaoka, M., Shinohara, M., Kennedy, C., Sokoloff, L. AComparative
   Rate of Local Cerebral Glucose Metabolism in Conscious Albino and Pigmented Rats.@
   (Abstract Neurology 28:366, 1982; presented to the 10th Annual Meeting of American
   Academy of Neurology, April 28, 1982.

2) Miyaoka, M., Shinohara, M., Batipps, M., Pettigrew, K., Kennedy, C., Sokoloff, L.
   "The Relationship Between the Intensity of the Stimulus and the Metabolic Response
   in the Visual System of the Rat." Actu Neurological Scandinavica (Supplementum 72)
   60:16017, 1979.

3) Miyaoka, M., Shinohara, M., Batipps, M., Kennedy, C., Sokoloff, L.: "Metabolic
   Responsivity of Visual Systems of Albino and Pigmented Rats." Transaction of the
   American Society for Neurochemistry 10:170, 1979.

4) Batipps, M., Miyaoka, M., Shinohara, M., Sokoloff, L., Kennedy, C.: "Comparative
   Rates of Local Cerebral Glucose Utilization in the Visual System of Conscious Albino
   and Pigmented Rats." Neurology 31: 58-62, 1981.

Runyon-OAF 0014564

Michael E. Batipps                                                          Page 5

## LAY PUBLICATIONS

<u>Washingtonian Magazine</u>,   rated among "Top Doctors" in Neurology.  (Listed in every year ratings done including: 1991, 1993, 1995, 1997, 1999 and 2003).

<u>Health Quest Magazine</u>,   "Interviews on Migraine Headaches." February 2002.

## TELEVISION AND RADIO BROADCASTS

1)      Health Talk, WMAL 630, "Migraines", April 2000.

2)      Health Panel, WHUT (Howard University TV), "Multiple Sclerosis" Panel Discussion, 1999.

3)      Interview, Channel 4 News, "Multiple Sclerosis," 1993.

4)      Health Materials, Channel 4, "Headaches," February 1987.

5)      Focus on Your Health, WGAY, "Migraine," March 1986.

## MEDICAL RECORD, WDCU 90.1 FM

## CLINICAL NEUROLOGY SERIES

1)      Multiple Sclerosis,  February, 1990.

2)      Epilepsy and Seizures,  June, 1989.

3)      Headache Part II  (Diagnosis and Treatment),  March, 1988.

4)      Headache Part I  (Migraine),  January 1988.

Runyon-OAF 0014565

# Daniel A. Martell, Ph.D., A.B.P.P.
## Forensic Psychology and Neuropsychology

Forensic Neuroscience Consultants, Inc.
2906 Lafayette
Newport Beach, CA 92663

(949) 230-7321 (Office)
(949) 786-7476 (Fax)
damartell@cox.net
www.forensicneuroscience.com

## Curriculum Vitae (March, 2009)

### EDUCATION

1980-1989    The University of Virginia,
Charlottesville, VA
Degree: Ph.D.
Major:   Research in Clinical Psychology
Minor:    Behavioral Science and the Law

Degree: M.A.
Major:   Clinical and Community Psychology

1976-1980    Washington and Jefferson College,
Washington, PA

Degree: B.A., cum laude
Major:   Psychology

### A.P.A. APPROVED INTERNSHIP IN CLINICAL PSYCHOLOGY

1986-1987    New York University/Bellevue Medical Center, and
Kirby Forensic Psychiatric Center
New York, New York

### POST-DOCTORAL FELLOWSHIP IN FORENSIC PSYCHOLOGY

1987-1988   New York University/Bellevue Medical Center, and
Kirby Forensic Psychiatric Center
New York, New York

-Specialization in Forensic Neuropsychology

### CURRENT AFFILIATIONS

1998-present   President,
Forensic Neuroscience Consultants, Inc.
Newport Beach, CA

1995-present   Assistant Clinical Professor,
Department of Psychiatry and Biobehavioral Sciences,
Semel Neuropsychiatric Institute,
David Geffen School of Medicine at U.C.L.A.
Los Angeles, CA

Runyon-OAF 0014566

Curriculum Vitae                                    Daniel A. Martell, Ph.D., A.B.P.P.
Page 2

1994-present   Affiliated in private forensic consultation practice
               with Dr. Park Dietz and Associates, Inc.
               Newport Beach, CA

1994-present   Member,
               Threat Assessment Group, Inc.
               Newport Beach, CA

## LICENSURE AND CERTIFICATIONS

2002-present   Board Certified in Forensic Psychology,
               American Board of Forensic Psychology,
               American Board of Professional Psychology

1991-present   Licensed Clinical Psychologist
               New York State License Number 011106

1998-present   Licensed Clinical Psychologist
               State of California License Number PSY15694

1993-present   Certified Examiner
               State of New York Workers' Compensation Board
               Authorization Number S1-11062

1993-present   Certified New York State Medicaid Provider
               ID Number 01 382 576

## PROFESSIONAL AFFILIATIONS

American Academy of Forensic Psychology, Fellow

American Academy of Forensic Sciences, Fellow
    2009-      : AAFS Long-Term Planning Committee
    2009-2010: AAFS Program Committee
    2007-2008: AAFS Executive Committee
    2006-2009: AAFS Board of Directors
    2006-2009: Board of Directors, Forensic Science Foundation
    2006-2008: Chair, Continuing Medical Education Committee
    2006-2009: Fellow-At-Large, Psychiatry & Behavioral Sciences Section
    2006-2008: Nominating Committee
    2005-2006: Chair, Psychiatry & Behavioral Sciences Section
    2004-2005: Secretary, Psychiatry and Behavioral Sciences Section
    2004-2006: Membership Committee
    1997-1999: Secretary, Psychiatry and Behavioral Sciences Section
    1997-1999: Continuing Medical Education Committee
    1996-2001: Representative to the AAAS Neuroscience Committee
    1994-1997: Steering Committee
    1993-1995: Program Chair, Psychiatry and Behavioral Sciences Section

Runyon-OAF 0014567

Curriculum Vitae                                    Daniel A. Martell, Ph.D., A.B.P.P.
Page 3


National Academy of Neuropsychology, Professional Member

American Psychological Association, Member
    APA Division 40: Clinical Neuropsychology, Member
    APA Division 41: American Psychology-Law Society, Member

American Psychological Society, Member

American Association on Intellectual and Developmental Disabilities,
    Member

American Association for the Advancement of Science, Member
    1996-2001: Appointment to Neuroscience Section Committee

American Society of Criminology, Member

California Psychological Association, Member

## ACADEMIC APPOINTMENTS AND TEACHING EXPERIENCE

1995-present   Assistant Clinical Professor,
               Department of Psychiatry and Biobehavioral Sciences,
               Semel Neuropsychiatric Institute
               David Geffen School of Medicine at U.C.L.A.
               Los Angeles, CA

               Research, teaching, and supervision in the Forensic
               Psychiatry Fellowship program.

1999-2002      Adjunct Faculty,
               Department of Extended Studies and Public Service
               University of California, San Diego, and
               University of California, Irvine

               Taught Legal and Ethical Issues in Clinical Psychology

1992-1996      Clinical Assistant Professor,
               Department of Psychiatry
               New York University School of Medicine, New York, N.Y.

               Coordinator of Forensic Training, NYU/Bellevue Hospital
               Clinical Psychology Internship and Post-Doctoral
               Fellowship Programs.  Supervision of forensic psychiatry
               fellows, clinical psychology interns, and post-doctoral
               fellows.  Taught seminars in Forensic Psychology and the
               Law, and Research in Forensic Psychiatry.

1987-1991      Clinical Instructor of Psychiatry,
               New York University School of Medicine, New York, N.Y.

Runyon-OAF 0014568

Curriculum Vitae                                    Daniel A. Martell, Ph.D., A.B.P.P.
Page 4

1980-1986      Graduate Teaching Assistant,
               Department of Psychology,
               The University of Virginia, Charlottesville, VA

               Taught Abnormal Psychology; Childhood
               Psychopathology; Medical Psychology; Social Psychology;
               Statistics; Law, Psychology, Families and Children;
               Cognitive Psychology; Memory and Learning.

1979-1980      Teaching Assistant,
               Washington and Jefferson College
               Washington, PA

               Taught four sections of Introductory Psychology.


## PREVIOUS EMPLOYMENT

1988-1994      Forensic Research Scientist,
               Department of Clinical Research,
               Nathan S. Kline Institute for Psychiatric Research
               Orangeburg, NY

1988-1994      Director, Forensic Neuropsychology Laboratory,
               Kirby Forensic Psychiatric Center
               New York, NY

1990-1994      Research Consultant, Forensic Psychiatry Clinic for the
               Criminal and Supreme Courts, New York, NY

1984-1988      Research Associate,
               Institute of Law, Psychiatry, & Public Policy,
               Schools of Law and Medicine, The University of Virginia

               Collaborated with P.E. Dietz, M.D., Ph.D. on National
               Institute of Justice Grant, "Mental Disorder and Violent
               Crime: The Choice of Public Figures as Victims."

1983-1986      Research and Statistical Consultant,
               Institute of Law, Psychiatry, and Public Policy,
               Schools of Law and Medicine, The University of Virginia

               Collaborated with C.R. Showalter, M.D. on the National
               Judge's Health-Stress Research Project, examining the
               impact of stress on American trial court judges.

Runyon-OAF 0014569

Curriculum Vitae                                    Daniel A. Martell, Ph.D., A.B.P.P.
Page 5

1983-1985    Statistical Consultant,
Colgate Darden School of Business Administration,
The University of Virginia

Collaboration with Eileen Hogan, Ph.D. on statistical
models of job characteristics and performance.

1983-1985    Staff Psychologist,
Community Outreach to Vietnam Era Returnees (COVER)
Charlottesville, VA

1982-1983    Neuropsychological Test Technician,
Departments of Behavioral Medicine, Psychiatry, and
Neurosurgery,
The University of Virginia Medical Center
Charlottesville, VA

## HONORS AND AWARDS

2007    Maier J. Tuchler Award in Recognition of Outstanding
Contributions to the Field of Psychiatry and Behavioral
Science. American Academy of Forensic Sciences,
Psychiatry and Behavioral Science Section

1998-present  Who's Who in Medicine and Health Care

1996    Distinguished Lecturer Award, New York State District
Attorney's Association, Prosecutor's Training Institute

1991    American Academy of Forensic Sciences, Psychiatry and
Behavioral Science Section 1991 Fellowship Research Award

1987-1988    Forensic Psychology Fellow,
NYU Medical Center, Bellevue Hospital, and
Kirby Forensic Psychiatric Center, New York, NY

1980-1984    Clinical Research Fellowship,
Institute of Clinical Psychology,
University of Virginia

1980    B.A. cum laude in Psychology
Washington and Jefferson College

1976-1980    Dean's List Scholar, Washington and Jefferson College

Runyon-OAF 0014570

Curriculum Vitae                                  Daniel A. Martell, Ph.D., A.B.P.P.
Page 6

## GRANTS

| | |
|---|---|
| 1991-1994 | Principal Investigator, Homelessness, Mental Illness, and Violent Criminal Behavior. National Science Foundation, Law and Social Science Program, ($116,095). |
| 1991-1996 | Co-Investigator, Prediction of Assault in Mentally Ill Offenders, Antonio Convit, M.D. (P.I.).  National Institute of Mental Health, ($526,185). |
| 1993-1998 | Core Faculty Member, Center for the Study of Issues in Public Mental Health.  David L. Shern, P.I., National Institute of Mental Health, ($3,451,538). |
| 1989-1991 | Co-Investigator, Assessing Psychopathy in Mentally Disordered Offenders. Funding from the John D. and Catherine T. MacArthur Foundation Program of Research on Mental Health and the Law, via subcontract with Dr. Robert Hare, University of British Columbia, ($15,000). |
| 1984-1988 | Co-Investigator, Mental Disorder and Violent Crime: The Choice of Public Figures as Victims, with Park Dietz, M.D., Ph.D. (P.I.), National Institute of Justice,($450,000). |
| 1985 | Research development grant from the Institute of Law, Psychiatry, and Public Policy, University of Virginia Schools of Law and Medicine, to study factors influencing judicial decision making, ($2,500). |
| 1984 | Grant-in-Aid from Division 41 (American Psychology-Law Society) of the APA to study personality, stress, and health outcomes in a national sample of trial court judges, ($500). |

## EDITORIAL BOARDS

| | |
|---|---|
| 2008- | Journal of Forensic Sciences |

## JOURNALS SOLICITING MANUSCRIPT REVIEWS

| | |
|---|---|
| 1992-present | Law and Human Behavior<br>Behavioral Sciences and the Law<br>Journal of Forensic Sciences<br>Archives of General Psychiatry<br>Psychiatric Services (Hospital and Community Psychiatry)<br>American Journal of Psychiatry<br>Homicide Studies |

Runyon-OAF 0014571

Curriculum Vitae                                    Daniel A. Martell, Ph.D., A.B.P.P.
Page 7


## PUBLICATIONS

Martell, D.A. (in press).  Neuroscience and the law: Philosophical differences and practical constraints.  Behavioral Sciences and the Law, special issue on the neuroscience of decision making and the law.

Bressler, S., & Martell, D.A. (2009).  Forensic neuropsychological assessments of head injury.  In C. Edwards and A. Moenssens (Eds.), Encyclopedia of Forensic Sciences, New York: Wiley.

Martell, D.A. (2008).  Book review: Forensic Psychology and Neuropsychology for Criminal and Civil Cases.  Journal of Forensic Sciences, 53(6), 1487.

Martell, D.A. (2007).  Organic brain dysfunction and criminality.  In L.B. Schlesinger (Ed.), Explorations of criminal psychopathology: Clinical syndromes with forensic implications (2ed.).  Springfield, IL: Charles C. Thomas.

Martell, D.A. (2003).  Neuropsychiatric assessments in toxic exposure litigation.  In R. Rosner (ed.), Principles and practice of forensic psychiatry (2 ed.).  London: Arnold Publishing.

Rivard, J.M., Dietz, P., Martell, D., & Widawski, M. (2002).  Acute dissociative responses in law enforcement officers involved in critical incidents: Clinical and forensic implications.  Journal of Forensic Sciences, 47(5), 1-8.

Martell, D.A. (1996).  Organic brain dysfunction and criminality.  In L.B. Schlesinger (Ed.), Explorations of criminal psychopathology: Clinical syndromes with forensic implications.  Springfield, IL: Charles C. Thomas.

Martell, D.A. (1996). Causal relation between brain damage and homicide: The prosecution.  Special issue of Seminars in Clinical Neuropsychiatry on neuropsychiatry in the courtroom, 1(3), 184-194.

Martell, D.A., Rosner, R., & Harmon, R. (1995).  Base rate estimates of criminal behavior by homeless mentally ill persons in New York City.  Psychiatric Services (formerly Hospital and Community Psychiatry), 46(6), 596-601.

Martell, D.A., Rosner, R., & Harmon, R. (1994).  Homeless mentally disordered defendants: Competency to stand trial and mental status findings. Bulletin of the American Academy of Psychiatry and the Law, 22(2), 289-295.

Martell, D.A. (1993). Forensic neuropsychology and the criminal law.  Criminal Practice Law Review, 5(3), 319-347. [Reprinted from Law and Human Behavior, 16(3), 313-336, (1992)].

Runyon-OAF 0014572

Curriculum Vitae                               Daniel A. Martell, Ph.D., A.B.P.P.
Page 8

Martell, D.A., & Dietz, P.E. (1992). Mentally disordered offenders who push or attempt to push victims onto the subway tracks in New York City. Archives of General Psychiatry, [Special issue on Violence], 49, 472-475.

Martell, D.A., & Dietz, P.E. (1992). Mentally disordered offenders who push or attempt to push victims onto the subway tracks in New York City. In Lundberg, G.D., Young, R.K., Flanagan, A., & Koop, C.E. (Eds.), Violence. Chicago: American Medical Association, pp. 399-402. [Reprinted from Archives of General Psychiatry, 49, 472-475, (1992).]

Martell, D.A. (1992). Forensic neuropsychology and the criminal law. Law and Human Behavior, [Special issue on Expert Evidence], 16(3), 313-336.

Martell, D.A. (1992). Estimating the prevalence of organic brain dysfunction in maximum-security forensic psychiatric patients. Journal of Forensic Sciences, JFSCA, 37(3), 878-893.

Volavka, J., Martell, D., & Convit, A. (1992). Psychobiology of the violent offender. Journal of Forensic Sciences, JFSCA, 37(1), 237-251.

Richman, B.J., Convit, A.J., & Martell, D.A. (1992). Homelessness and the mentally ill offender. Journal of Forensic Sciences, JFSCA, 37(3), 932-937.

Showalter, C.R., & Martell, D.A. (1991). Personality, stress, and health in American judges. In L. Webb (ed.) (1991). Occupational stress in the judiciary: A comprehensive workshop for judges. Chicago, IL: American Bar Association. [Reprinted from Journal of the American Judicature Society, 69(2), 82-87, (1989).]

Martell, D.A. (1991). Homeless mentally-ill offenders and violent crime: Preliminary research findings. Law and Human Behavior, 15(4), 333-347.

Dietz, P.E., Matthews, D.B., Martell, D.A., Stewart, T.M., Hrouda, D.R., & Warren, J.B. (1991). Threatening and otherwise inappropriate communications to members of the United States Congress. Journal of Forensic Sciences, JFSCA, 36(5), 1445-1468.

Dietz, P.E., Matthews, D.B., Van Duyne, C., Martell, D.A., Parry, C.D.H., Stewart, T.M., Warren, J., & Crowder, J.D. (1991). Threatening and otherwise inappropriate communications to Hollywood celebrities. Journal of Forensic Sciences, 36(1), 185-209.

Martell, D.A. (1989). Predicting potentially dangerous approaches toward public figures from the writings of mentally disordered individuals. (Doctoral dissertation, University of Virginia, 1988). Dissertation Abstracts International, 50(9B), 4226. (University Microfilms No. 90-02-867).

Runyon-OAF 0014573

Curriculum Vitae                                Daniel A. Martell, Ph.D., A.B.P.P.
Page 9

Dietz, P.E., & Martell, D.A. (1989). Mentally disordered offenders in pursuit
    of celebrities and politicians. Final report to the National Institute of
    Justice. Washington, D.C.: U.S. Department of Justice.

Anchor, K.N., Rogers, J.P., Solomon, G.S., Barth, J.T., Peacock, C.,
    & Martell, D.A. (1985). Fundamentals of disability determination and
    rehabilitation: A higher ground for the applied neurobehavioral sciences.
    American Journal of Trial Advocacy, 8(3), 337-375.

Showalter, C.R., & Martell, D.A. (1985). Personality, stress, and health in
    American judges. Journal of the American Judicature Society, 69(2),
    82-87.

Hogan, E.A., & Martell, D.A. (1985). A confirmatory structural equations
    analysis of the Job Characteristics Model. Organizational Behavior and
    Human Decision Processes, 39(1), 242-263.

## IN PREPARATION

Kleinman, S.B., Butler, J., & Martell, D.A. (in preparation). Detection of
    malingered posttraumatic stress disorder.

## PAPERS AND PRESENTATIONS AT STATE AND NATIONAL MEETINGS

Martell, D.A. (2009, Oct.). Helping victims of firesettings and bombings:
    Psychological outcomes and issues in treatment. Invited presentation
    at the annual meeting of the American Academy of Psychiatry and the Law.

Kleinman, S.B., Butler, J.R., & Martell, D.A. (2008, Oct.). Risks of forensic
    use of trauma-specific tests. Paper presented at the annual meeting
    of the American Academy of Psychiatry And the Law, Seattle, WA.

Martell, D.A. & Kenan, J. (2008, Feb.). Forensic neuropsychiatric
    assessments of toxic mold exposure. Paper presented at the Annual
    Meeting of the American Academy of Forensic Sciences, Washington, D.C.

Martell, D.A. (2007, Feb). Mild traumatic brain injury: State-of-the-art
    practice guidelines for testimony in criminal and civil litigation. Paper
    presented at the annual meeting of the American Academy of Forensic
    Sciences, San Antonio, TX.

Martell, D.A. (2006, Feb.). Mental retardation and the death penalty:
    Issues in the assessment of adaptive functioning. Presentation at the 2006
    Meeting of the American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A. (2004, Oct.). Forensic evaluation of neuropsychological
    malingering. Invited address at the XIII National Congress of Legal
    Psychiatry, Malaga, Spain.

Runyon-OAF 0014574

Curriculum Vitae                              Daniel A. Martell, Ph.D., A.B.P.P.
Page 10

Martell, D.A. (2004, Feb.). Mental retardation and the death penalty: Responding to the U.S. Supreme Court's landmark decision in *Atkins v. Virginia*. Annual Meeting of the American Academy of Forensic Sciences, Dallas, TX.

Martell, D.A., & Adelman, R.E. (2003, October). Forensic behavioral analysis: Applications in criminal and civil litigation. Invited presentation at the joint American Bar Association / American Psychological Association Conference on Psychological Expert Testimony in Civil and Criminal Litigation, Chicago, IL.

Adelman, R.E., Amador, X.F., Coburn, B., Laurence, M., Martell, D.A., Matthews, D., Poe, G. (2003, August). Mental Health and criminal law: The intersection of politics, science and culture. Invited presentation at the 2003 Annual Meeting of the American Bar Association, San Francisco, CA.

Martell, D.A. (2000, April). Understanding psychological and psychiatric evidence in criminal litigation. Statewide meeting of the Missouri District Attorneys Association, Columbia, MO.

Martell, D.A. (1999, October). The psychologist as expert witness in capital litigation: Objectivity vs. advocacy. Invited presentation at the joint American Psychological Association/American Bar Association conference on Psychological Expertise and Criminal Justice, Washington, D.C.

Martell, D.A. (1999, July). Recent advances in forensic neuroscience: Implications for capital cases. Invited address for the Association of Government Attorneys in Capital Litigation, Chicago, IL.

Martell, D.A. (1999, June). Mitigating evidence in capital cases: Recent advances in forensic neuroscience. Invited presentation for the Navy Justice School, Newport, R.I.

Martell, D.A. (1999, April). Psychopathology and workplace violence. Presentation at Workplace Violence 7: An Intensive Course for Fortune 500 Companies and Selected Private and Government Organizations, Threat Assessment Group, Inc., Newport Beach, CA.

Martell, D.A., & Bressler, S. (1999, Feb.). The use of neuropsychological testing in forensic evaluations. Paper presented at the 51st Annual Meeting of the American Academy of Forensic Sciences, Orlando, FL.

Martell, D.A. (1999, Feb.). Standards and methods of psychiatric and psychological exams: Competency evaluation, guilt phase, sanity. Invited address, California District Attorney's Association Mental Defenses Seminar, San Francisco.

Runyon-OAF 0014575

Curriculum Vitae                                    Daniel A. Martell, Ph.D., A.B.P.P.
Page 11

Martell, D.A. (1999, Feb.). Confronting novel psychological defenses. Invited address, California District Attorney's Association Mental Defenses Seminar, San Francisco.

Martell, D.A. (1998, Oct.). Psychological testing of hypersensitivity in sexual harassment claims. Annual meeting of the American Academy of Psychiatry and the Law, New Orleans, LA.

Martell, D.A. (1988, Oct.). Forensic assessment of competency to stand trial: Clinical and legal contours. Invited presentation for a workshop on Competency to Stand Trial, Midwest Regional Forensic Services, Minneapolis, Minnesota.

Martell, D.A. (1988, Aug.). Evaluating mental status evidence in criminal litigation. Invited address for the Monterey County District Attorney's Office, Monterey, CA.

Martell, D.A. (1998, June). Psychological testing in criminal litigation. Invited lecture for the United States Attorney's Office, Philadelphia, PA.

Martell, D.A. (1998, April). Death penalty mitigation. Invited lecture presented at as part of a seminar for military attorneys at the United States Navy Justice School, Newport, R.I.

Martell, D.A. (1998, March). Mental defenses in homicide litigation. Invited keynote address for the New York County Distract Attorney's Office, New York, NY.

Martell, D.A. (1998, February). Mental disorder and violent criminal behavior in the community: Prediction and practice. Presentation at the 50th Anniversary meeting of the American Academy of Forensic Sciences, San Francisco, CA.

Martell, D.A. (1997, December). Organic brain disorders in maximum security forensic psychiatric patients. Invited presentation at the 10th Annual New York State Office of Mental Health Psychiatric Research Conference, Albany, NY.

Martell, D.A. (1997, September). Mental defenses: Technical analysis. Invited presentation for the Los Angeles District Attorney's Office, Complex Litigation and Strategies Conference, Los Angeles, CA.

Martell, D.A. (1997, August). Comparing prediction and practice in clinical risk assessment for violence. Invited presentation as part of a symposium entitled, "Violence: Prediction and practice: Sharing contexts - Criminal justice, civil commitment, and industrial psychology." Annual meeting of the American Psychological Association, Chicago, Ill.

Runyon-OAF 0014576

Curriculum Vitae                                    Daniel A. Martell, Ph.D., A.B.P.P.
Page 12

Martell, D.A. (1997, June). Malingered mental disorders and crimes of
violence. Invited presentation for the California District Attorneys
Association Summer Conference, San Diego, CA.

Martell, D.A. (1997, May). Mental health evidence in capital litigation.
Invited lecture presented at as part of a seminar for military attorneys
at the United States Navy Justice School, Newport, R.I.

Martell, D.A. (1997, March). Psychological testing in criminal cases.
Invited address to California District Attorney's Association Mental
Defenses Seminar, Manhattan Beach, CA.

Martell, D.A. (1996, Dec.). Mental issues in complex litigation. National
College of District Attorneys, Conference on Complex Litigation,
San Diego, CA.

Martell, D.A. (1996, Nov.) Mental health issues raised in the mitigation
phase of capital cases. Invited presentation, State of Connecticut
Attorney General's Office.

Martell, D.A. (1996, Sept.). Psychiatric defenses: Insanity, diminished
capacity, and inability to form intent. Invited lecture for the U.S.
Department of Justice, U.S. Attorney's Office of Legal Education,
Los Angeles, CA.

Martell, D.A. (1996, Sept.). Psychological and psychiatric evidence in
capital cases. Invited lecture presented at as part of a seminar for
military attorneys at the United States Navy Justice School, Newport, R.I.

Martell, D.A. (1996, Aug.). Mental health issues in capital litigation.
Invited lecture presented at the 17th Annual Conference of the Association
of Government Attorneys in Capital Litigation, Orlando, FL.

Martell, D.A. (1996, March). Investigations involving mentally disordered
offenders: Techniques and tips for detectives. Invited address presented
at the annual California Homicide Investigator's Association conference,
Los Angeles, CA.

Martell, D.A. (1996, March). Mental retardation issues under the 1995 New
York State capital litigation statutes. Invited lecture presented
for the New York Prosecutor's Training Institute, Albany, NY.

Martell, D.A. (1995, Oct.). Challenging the ecological validity of
neuroscientific evidence in a landmark homicide case. Invited lecture
presented as part of an interdisciplinary panel entitled Neuropsychiatry in
the Courtroom, at the annual meeting of the American Neuropsychiatric
Association and the Behavioral Neurology Society, Pittsburgh, PA.

Runyon-OAF 0014577

Curriculum Vitae                                    Daniel A. Martell, Ph.D., A.B.P.P.
Page 13

Martell, D.A.  (1995, Oct.).  Behavioral science issues and the insanity defense in capital litigation.  Invited address presented at the first conference on capital litigation for the New York State Prosecutors Training Institute, New York, NY.

Martell, D.A.  (1995, Sept.).  Psychological and neuropsychological issues in capital cases.  Invited address presented at a conference on capital litigation for the Los Angeles Public Defender's Office, Los Angeles, CA.

Martell, D.A. (1995, Sept.).  Behavioral science evidence in capital litigation.  Invited address presented at as part of seminar for attorneys at the United States Navy Justice School, Newport, R.I.

Martell, D.A.  (1995, Aug.).  Examining mental status experts in capital litigation.  Invited address presented at the annual meeting of the Association of Government Attorneys in Capital Litigation, Las Vegas, NV.

Martell, D.A.  (1995, May).  Confronting mental and neurobehavioral issues in mitigation during capital sentencing proceedings.  Invited address presented at the seminar entitled Capital Litigation in Federal Courts, U.S. Dept. of Justice, U.S. Attorney's Office of Legal Education, Dallas, Texas.

Martell, D.A.  (1995, April).  Domestic violence and the workplace.  Paper presented at Workplace Violence III: An Intensive Course for Fortune 500 Companies and Selected Private and Government Organizations, Threat Assessment Group, Inc., Newport Beach, CA.

Martell, D.A., & Soden, L.  (1995, Feb.).  Risk assessment for dangerousness: How theory and practice diverge in clinical decision-making.  Paper presented at the 47th annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Mack, G.I., & Martell, D.A.  (1995, Feb.).  Psychopathy in a racially diverse forensic population.  Paper presented at the 47th annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Davar, D.A., Tryon, W., & Martell, D.A. (1995, Feb.).  Towards an environmental model of the prediction of inpatient violence in a forensic psychiatric facility.  Paper presented at the 47th annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A. & Soden, L.  (1994, Aug.).  Practicing what we preach?: Risk assessment for dangerousness "in the trenches."  Paper presented as part of a symposium on Psychology in the Criminal Justice System at the American Psychological Association annual meeting, Los Angeles, CA.

Runyon-OAF 0014578

Curriculum Vitae                                    Daniel A. Martell, Ph.D., A.B.P.P.
Page 14

Martell, D.A. (1994, July). Mental status issues in capital litigation.
Invited address presented at the annual meeting of the Association of
Government Attorneys in Capital Litigation, San Francisco, CA.

Martell, D.A. (1994, March). Mentally disordered defendants who cannot be
restored to competency: A study of cases converted to civil status pursuant
to Jackson v. Indiana. Paper presented at the bi-annual meeting of the
American Psychology-Law Society, Santa Fe, New Mexico.

Martell, D.A. (1994, Feb.). Forensic neuroscience in the criminal courtroom:
Techniques and strategies. Panel presentation for the annual meeting of
the American Academy of Forensic Sciences, San Antonio, Texas.

Davar, D., & Martell, D.A. (1994, Feb.). Forensic neuropsychology:
Challenges and dilemmas in the assessment of difficult patients. Paper
presented at the annual meeting of the American Academy of Forensic
Sciences, San Antonio, Texas.

Martell, D.A. (1993, Dec.) The intrusion of domestic violence into the
workplace. Paper presented as part of an intensive course for Fortune 500
companies entitled, Workplace violence: Myths, facts, and corporate
prevention, Threat Assessment Group, Inc, Newport Beach, CA.

Martell, D.A. (1993, Oct.). Forensic psychological assessment and the
dissociative disorders. Paper presented as part of a panel on Dissociation
and the Mens Rea Defense at the annual meeting of the American Academy
of Psychiatry and the Law, San Antonio, Texas.

Martell, D.A. (1993, Sept.). Homelessness, mental illness, and violent
crime. Graduate Lecture Series, John Jay College of Criminal Justice,
New York, NY.

Martell, D.A. (1993, Aug.). Forensic neuropsychological evidence in capital
litigation. Invited address presented at the annual meeting of the
Association of Government Attorneys in Capital Litigation, Chicago, IL.

Martell, D.A. (1993, May). Violent crime and the homeless mentally ill:
Myths and realities. Paper presented as part of the workshop,
"Homelessness and Mental Illness: Debunking the Myths," presented at the
annual meeting of the American Psychiatric Association, San Francisco, CA.

Martell, D.A. (1993, Feb.). Over the edge: Mentally disordered offenders
who push victims onto New York City subway tracks. Paper presented at
the annual meeting of the American Academy of Forensic Sciences,
Boston, MA.

Martell, D.A. (1992, December). Mental illness and violence in the
community. Paper presented at the Fifth Annual Research Conference,
NYS Office of Mental Health, Albany, New York.

Runyon-OAF 0014579

Curriculum Vitae                                    Daniel A. Martell, Ph.D., A.B.P.P.
Page 15

Martell, D.A. (1992, October).  Mental illness and violence in the community.
    Paper presented as part of the Colloquium Series, Department of
    Psychology, NYU/Bellevue Psychiatric Hospital, New York, NY.

Martell, D.A. (1992, March).  Violent crime and the homeless mentally ill:
    Base rate estimates, victimization patterns, and mental status findings.
    Paper presented at the bi-annual meeting of the American Psychology-Law
    Society/Division 41 of the American Psychological Association,
    San Diego, CA.

Martell, D.A., Rosner, R., & Harmon, R.  (1992, Feb.).  Six-month prevalence
    of homelessness among mentally disordered offenders referred by the
    court for competency evaluations.  Paper presented at the American
    Academy of Forensic Sciences Annual Meeting in New Orleans, LA.

Martell, D.A. (1991, Dec.).  The homeless mentally ill and violent crime:
    Prevalence estimates for New York City.  Paper presented at the 4th
    Annual Research Conference, NYS Office of Mental Health, Albany, NY.

Martell, D.A. & Convit, A.  (1991, May).  Violence and brain dysfunction:
    Prevalence estimates and approaches to evaluation and treatment.  Paper
    presented at the Fifth Annual Forensic Conference: Consequences of Child-
    hood Victimization in Adult Forensic Patients.  NYS Office of Mental Health,
    Bureau of Forensic Services, and New York University, New York, NY.

Martell, D.A. (1991, Feb.).  Estimating the prevalence of brain damage
    among maximum-security forensic patients.  Paper presented at the 43rd
    annual meeting of the American Academy of Forensic Sciences,
    Los Angeles, CA.

Martell, D.A. & Convit, A.J.  (1991, Feb.).  Neurobehavioral studies of
    violence and criminal behavior: Data from Kirby Forensic Psychiatric Center
    and Manhattan Psychiatric Center.  Grand Rounds, Kirby Forensic
    Psychiatric Center, New York, N.Y.

Martell, D.A. (1990, Feb.).  Homelessness, mental illness and violent crimes:
    Preliminary research findings.  Paper presented at the 42nd annual
    meeting of the American Academy of Forensic Sciences in Cincinnati, Ohio.

Dietz, P.E., & Martell, D.A.  (1989, Oct.).  Mentally disordered offenders in
    pursuit of public figures: Executive summary.  Presentation to the
    executive staff of the National Institute of Justice, Washington, D.C.

Martell, D.A. (1988, Mar.).  Applications for clinical neuropsychology in
    forensic settings.  Paper presented at the American Psychology-Law
    Association Mid-Winter Conference in Miami Beach, Fla.

Runyon-OAF 0014580

Curriculum Vitae                                    Daniel A. Martell, Ph.D., A.B.P.P.
Page 16

Martell, D.A.  (1988, Dec.).  Predicting dangerousness from threats toward public figures: Clinical applications.  Colloquium Series, Department of Psychology, Bellevue Psychiatric Hospital, New York, NY.

Martell, D.A. (1987, Nov.).  Neuropsychological contributions in evaluations of competency to stand trial.  Grand Rounds, Forensic Psychiatry Clinic, Criminal and Supreme Courts of New York (First Judicial Department), Department of Mental Health, Mental Retardation, and Alcoholism Services of the City of New York, N.Y..

Dietz, P.E., & Martell, D.A.  (1986, Jan.).  Research on mental disorder and threats to public figures.  Presentation to the Intelligence Division of the United States Secret Service, Washington, D.C.

Martell, D.A., & Dietz, P.E.  (1985, Nov.).  Mental disorder and threats toward public figures: Preliminary research results.  Paper presented to the American Society of Criminology, San Diego, CA.

Showalter, C.R., & Martell, D.A.  (1985, Oct.).  Profiling the judicial personality: A comparative study.  Paper presented at the American Academy of Psychiatry and the Law, Albuquerque, NM.

Martell, D.A., & Showalter, C.R.  (1985, Aug.).  Personality, stress and coping in American judges: A longitudinal study.  Paper presented at the annual convention of the American Psychological Association, Toronto.

Martell, D.A., & Wilcox, B.L.  (1984, April).  Exploratory and confirmatory structural models for Ward Atmosphere Scale data.  Paper presented at the American Psychological Association Convention, Toronto, Canada.

Martell, D.A.  (1984, April).  Macro-level environmental determinants of violent behavior among juvenile street gangs.  Paper presented at the 55th meeting of the Eastern Psychological Association, Baltimore, MD.

Martell, D.A., & Hogan, E.I.  (1984, Mar.).  Exploratory structural models for job diagnostic survey data.  Paper presented at the 30th meeting of the Southeastern Psychological Association, New Orleans, LA.

Martell, D.A., & Wilcox, B.L.  (1983, April).  Empirical dimensions of the Ward Atmosphere Scale: The search for underlying characteristics of psychiatric treatment environments.  Paper presented at the 54th meeting of the Eastern Psychological Association, Philadelphia, PA.

Runyon-OAF 0014581