From: lgreenman@starpower.net
Subject: Re: Fw: Runyon
Date: August 11, 2009 at 7:54 AM
To: Bruck, David BruckD@wlu.edu, scronin2007@gmail.com

David, I don't know of Batipps, and not certain how Merikangas, a neurologist, would be rebutted by Martell, a psychologist. I'm in the woods of Maine with limited email and zero cell service, getting home Tuesday a week from today. Awfully hard to think through how to defend the defense evidence without knowing even what Merikangas's findings are going to be. By the way, I was thinking about Runyon as I read yesterday's (or was it Sunday's) front page NY Times article about head injury. -- Lisa

---- Original message ----
Date: Mon, 10 Aug 2009 19:28:38 -0400
From: "Bruck, David" <BruckD@wlu.edu>
Subject: Fw: Runyon
To: "'scronin2007@gmail.com'" <scronin2007@gmail.com>
Cc: "'lgreenman@starpower.net'" <lgreenman@starpower.net>

Fyi.
Sent from My BlackBerry

-------------------------------------------------

From: Bruck, David
To: 'arla@com.hrcoxmail.com'
<arla@com.hrcoxmail.com>;
'shudgins@com.hrcoxmail.com'
<shudgins@com.hrcoxmail.com>;
'lwoodward@srgslaw.com' <lwoodward@srgslaw.com>
Sent: Mon Aug 10 18:45:52 2009
Subject: Re: Runyon

Good Lord. Does the government plan to ask for
further testing? How can you prepare for 2 more
experts on this time schedule? We have tons of
material on Martell's checkered history as a
government expert, but you'd need time to gather and
review it. Won't the government agree that both
sides need a reasonable amount of time to adequately
respond to these late-breaking mental issues?

I'm in Ft Worth till Wednesday but reachable.

David

Sent from My BlackBerry

-------------------------------------------------

From: arla <arla@com.hrcoxmail.com>
To: Bruck, David
Sent: Mon Aug 10 17:07:23 2009
Subject: Runyon

Found out that Merikangas is in California thus the
difficulty contacting him. Still trying. In response
to his report, the Government will use Michael
Batipps, MD, and Daniel Martell, Ph.D.


Stephen A. Hudgins, Esquire
shudgins@com.hrcoxmail.com
Cope & Olson, PLC
11836 Canon Boulevard, Suite 100