## NEURODIAGNOSTIC ASSOCIATES, P.C.

CLINICAL NEUROLOGY
MICHAEL E. BATIPPS, M.D.
JOSEPH LIBERMAN, M.D.

NEUROLOGICAL NURSE PRACTITIONER
BRITANNIA REYNOLDS, N.P.

WASHINGTON HOSPITAL CENTER
PHYSICIANS' OFFICE BUILDING
SUITE 2630 NORTH TOWER
106 IRVING STREET, N.W.
WASHINGTON D.C. 20010
(202) 829-3726

CLINICAL NEUROLOGY
PAIN MANAGEMENT
ELECTRODIAGNOSTIC STUDIES

### CURRICULUM VITAE

Michael E. Batipps, M.D.

### EDUCATION

**College**

Howard University College of Liberal Arts, Washington, DC, B.S., Zoology, June 1968.

**Medical School**

Howard University College of Medicine, Washington, DC, M.D., June 1972.
Clarence Greene, M.D. Award for Academic Excellence in Neurosurgery

### POSTGRADUATE TRAINING

**Internship**

College of Physicians and Surgeons of Columbia University, Department of Medicine, Harlem Hospital Center, New York, New York, July 1972 to June 1973.

**Medical Residency**

College of Physicians and Surgeons of Columbia University, Department of Medicine, Harlem Hospital Center, New York, New York, July 1973 to June 1974.

**Neurology Residency**

Columbia University-Presbyterian Medical Center, New York Neurological Institute, July 1974 to June 1977.

**National Institutes of Health Research Associate**

Laboratory of Cerebral Metabolism, National Institutes of Mental Health, Bethesda, Maryland, July 1977 to July 1978.

GOVERNMENT
EXHIBIT
333
4:08cr16

Michael E. Batipps, M.D.                                                          Page 2

## QUALIFICATIONS

Fellow, American Academy of Neurology, 1987.

Diplomate, American Board of Neurology and Psychiatry (Neurology), November 1978. (Board Certification in Neurology).

Diplomate, American Academy of Pain Management   (Board Certification, 1990).

District of Columbia Medical License, 1977.  (#10238)

Maryland State Medical License, 1978 (#D29698)      (Inactive since 1998)

New York State Medical License, September 1973.    (Inactive since 1979)

## ACADEMIC APPOINTMENTS

George Washington University, Assistant Professor of Clinical Neurology.

Howard University, Associate Professor of Clinical Neurology.

## PROFESSIONAL SOCIETIES)

American Academy of Neurology, (Fellow, 1987; Active Member, 1978).

District of Columbia Medical Society, Active Member.

American Medical Association, Active Member.

Medicochirurgical Society of DC, Active Member.

National Medical Association, Active Member.

American Headache Association, Member.

American Academy of Pain Management, Member.

## ADVISORY BOARDS

Multiple Sclerosis Society of the National Capital Area, Professional Advisory Board (1998 to 2004)

Epilepsy Foundation (AAbilities) of the Chesapeake Area (1999 to 2004).

National Chronic Pain Outreach Assoc., Inc.,   Medical Advisory Board, 1990 to Present.

Runyon-WS  0027131

333-002

Michael E. Batipps                                                                      Page 3

## OFFICES

Vice Chairman, Department of Neurology, Washington Hospital Center, 1983 to 2000.

Medical Board, Member, Washington Hospital Center, 1983 to 2001.

Chairman, Section of Neurology, Medical Society of DC, 1989 to 1993.

Distinguished Alumnus of the year (1994), Howard University College of Medicine, 1994.

Vice President, Medical Staff, The National Rehabilitation Hospital, 1988 to 1990.

President, Howard University Medical Alumni Assoc., 1990 to 1992.
Executive Board Member, Howard University Medical Alumni Assoc., 1984 to 2004.

Executive Board Member, Center Physicians, 1985 to 1990.
Washington Hospital Center Private Physicians Group.

President, Private Physicians Association, Washington Hospital Center, 1985 to 1987.

Chairman, Nominating Committee, Washington Hospital Center, Medical Board,
1988 and 1990.

## COMMITTEES

Columbia University College of Physicians and Surgeons Medical Alumni Assoc.,
(Postgraduate), Active Member, 1989 to 2004.

Howard University Medical Alumni, Executive Board Member, 1984 to 2004.

Member, Finance Committee, Medical Society of DC, 1995 to 1998.

Chairman, Budget Committee, Howard University Alumni Assoc., 1995 to 1998;
Chairman Scholarship Committee, Howard University Alumni Assoc., 1994 to 2004.

Member, Neurosurgery Chairman Search Committee, Washington Hospital Center,
1986 to 1987, and 1994 to 1998.

## HOSPITAL AFFILIATIONS

The Washington Hospital Center, Active Staff, Senior Attending Physician,
Department of Neurology (Vice Chairman).

The Cancer Institute of The Washington Hospital Center, Active Member, Neurologic
Oncology.

Providence Hospital, Active Staff, Attending Physician, Department of Medicine,
Division of Neurology.

Runyon-WS 0027132

333-003

Michael E. Batipps                                                                    Page 4

HOSPITAL AFFILIATIONS: (Continued)

National Rehabilitation Hospital, Consulting Staff, Attending Neurologist
(V.P. Medical Staff, 1988 to 1990)

George Washington University Hospital, Courtesy Staff, Assistant Professor of Clinical
Neurology.


## COMMUNITY ORGANIZATIONS

Editorial Board Member, Washington Hospital Center Physician Medical News Letter,
1997 to 2002.

Member, Director of Medical Affairs Search Committee, Washington Hospital Center,
1987 to 1988.

Member, Chairman Rehabilitation Department Search Committee, Washington Hospital
Center, 1987 to 1988.

Mayor=s Medical Transitional Team, Mayor Sharon Pratt Kelly, Washington, DC, 1990 to
1991.


## SCIENTIFIC PUBLICATIONS

1)   Batipps, M., Miyaoka, M., Shinohara, M., Kennedy, C., Sokoloff, L. AComparative
     Rate of Local Cerebral Glucose Metabolism in Conscious Albino and Pigmented Rats.@
     (Abstract Neurology 28:366, 1982; presented to the 10th Annual Meeting of American
     Academy of Neurology, April 28, 1982.

2)   Miyaoka, M., Shinohara, M., Batipps, M., Pettigrew, K., Kennedy, C., Sokoloff, L.
     "The Relationship Between the Intensity of the Stimulus and the Metabolic Response
     in the Visual System of the Rat."- Acta Neurological Scandinavica (Supplementum 72)
     60:[6017, 1979.

3)   Miyaoka, M., Shinohara, M., Batipps, M., Kennedy, C., Sokoloff, L.:  "Metabolic
     Responsivity of Visual Systems of Albino and Pigmented Rats." Transaction of the
     American Society for Neurochemistry 10:170, 1979.

4)   Batipps, M., Miyaoka, M., Shinohara, M., Sokoloff, L., Kennedy, C,: "Comparative
     Rates of Local Cerebral Glucose Utilization in the Visual System of Conscious Albino
     and Pigmented Rats." Neurology 31: 58-62, 1981.

Runyon-WS 0027133

333-004

Michael E. Batipps                                                    Page 5

## LAY PUBLICATIONS

Washingtonian Magazine, rated among "Top Doctors" in Neurology. (Listed in every year ratings done including: 1991, 1993, 1995, 1997, 1999 and 2003).

Health Quest Magazine, "Interviews on Migraine Headaches." February 2001.

## TELEVISION AND RADIO BROADCASTS

1) Health Talk, WMAL 630, "Migraines", April 2000.

2) Health Panel, WHUT (Howard University TV), "Multiple Sclerosis" Panel Discussion, 1999.

3) Interview, Channel 4 News, "Multiple Sclerosis," 1993.

4) Health Materials, Channel 4, "Headaches," February 1987.

5) Focus on Your Health, WGAY, "Migraine," March 1986.

## MEDICAL RECORD, WDCU 90.1 FM

## CLINICAL NEUROLOGY SERIES

1) Multiple Sclerosis, February, 1990.

2) Epilepsy and Seizures, June, 1989.

3) Headache Part II (Diagnosis and Treatment), March, 1988.

4) Headache Part I (Migraine), January 1988.

333-005

Runyon-WS 0027134

**MICHAEL E. BATIPPS, M.D., P.C.**
FELLOW, AMERICAN ACADEMY OF NEUROLOGY
106 IRVING ST., NW
SUITE 2600 NORTH TOWER
WASHINGTON, DC 20010
(202) 829-3726

## MEDICOLEGAL SERVICES FEE SCHEDULE

| | |
|---|---|
| Complex Comprehensive Consultation and/or IME | $440.00/hour |
| Review of Records | $440.00/hour |
| Review of Depositions/ Medical Literature | $440.00/hour |
| Preparation of Reports | $440.00/hour |
| Consultation with Attorney in office or by telephone | $440.00/hour |
| *Testimony: Court or Deposition | $500.00/hour |

*Additional charges for preparation may be billed if applicable

Services must be paid 10 days prior to scheduled appointment with a 48 hour cancellation notice.

**Please make check payable to:**
**Michael E. Batipps, M.D., P.C.**
**Tax ID# 75-3243191**

Effective 1/1/03

Runyon-WS 0027135

333-006