**Daniel A. Martell, Ph.D., A.B.P.P.**
**Forensic Psychology and Neuropsychology**

Forensic Neuroscience Consultants, Inc.
2906 Lafayette
Newport Beach, CA 92663

(949) 230-7321 (Office)
(949) 786-7476 (Fax)
damartell@cox.net
www.forensicneuroscience.com

## Curriculum Vitae (March, 2009)

GOVERNMENT
EXHIBIT
334
4:08cr16

### EDUCATION

1980-1989    The University of Virginia,
Charlottesville, VA
Degree: Ph.D.
Major:   Research in Clinical Psychology
Minor:    Behavioral Science and the Law

Degree: M.A.
Major:   Clinical and Community Psychology

1976-1980    Washington and Jefferson College,
Washington, PA

Degree: B.A., cum laude
Major:   Psychology

### A.P.A. APPROVED INTERNSHIP IN CLINICAL PSYCHOLOGY

1986-1987    New York University/Bellevue Medical Center, and
Kirby Forensic Psychiatric Center
New York, New York

### POST-DOCTORAL FELLOWSHIP IN FORENSIC PSYCHOLOGY

1987-1988    New York University/Bellevue Medical Center, and
Kirby Forensic Psychiatric Center
New York, New York

-Specialization in Forensic Neuropsychology

### CURRENT AFFILIATIONS

1998-present    President,
Forensic Neuroscience Consultants, Inc.
Newport Beach, CA

1995-present    Assistant Clinical Professor,
Department of Psychiatry and Biobehavioral Sciences,
Semel Neuropsychiatric Institute,
David Geffen School of Medicine at U.C.L.A.
Los Angeles, CA

334-001

Runyon-WS 0027035

Curriculum Vitae                              Daniel A. Martell, Ph.D., A.B.P.P.
Page 2

1994-present    Affiliated in private forensic consultation practice
                    with Dr. Park Dietz and Associates, Inc.
                    Newport Beach, CA

1994-present    Member,
                    Threat Assessment Group, Inc.
                    Newport Beach, CA

## LICENSURE AND CERTIFICATIONS

2002-present    Board Certified in Forensic Psychology,
                    American Board of Forensic Psychology,
                    American Board of Professional Psychology

1991-present    Licensed Clinical Psychologist
                    New York State License Number 011106

1998-present    Licensed Clinical Psychologist
                    State of California License Number PSY15694

1993-present    Certified Examiner
                    State of New York Workers' Compensation Board
                    Authorization Number S1-11062

1993-present    Certified New York State Medicaid Provider
                    ID Number 01 382 576

## PROFESSIONAL AFFILIATIONS

American Academy of Forensic Psychology, Fellow

American Academy of Forensic Sciences, Fellow
    2009-      : AAFS Long-Term Planning Committee
    2009-2010: AAFS Program Committee
    2007-2008: AAFS Executive Committee
    2006-2009: AAFS Board of Directors
    2006-2009: Board of Directors, Forensic Science Foundation
    2006-2008: Chair, Continuing Medical Education Committee
    2006-2009: Fellow-At-Large, Psychiatry & Behavioral Sciences Section
    2006-2008: Nominating Committee
    2005-2006: Chair, Psychiatry & Behavioral Sciences Section
    2004-2005: Secretary, Psychiatry and Behavioral Sciences Section
    2004-2006: Membership Committee
    1997-1999: Secretary, Psychiatry and Behavioral Sciences Section
    1997-1999: Continuing Medical Education Committee
    1996-2001: Representative to the AAAS Neuroscience Committee
    1994-1997: Steering Committee
    1993-1995: Program Chair, Psychiatry and Behavioral Sciences Section

334-002

Runyon-WS  0027036

Curriculum Vitae                                    Daniel A. Martell, Ph.D., A.B.P.P.
Page 3

National Academy of Neuropsychology, Professional Member

American Psychological Association, Member
    APA Division 40: Clinical Neuropsychology, Member
    APA Division 41: American Psychology-Law Society, Member

American Psychological Society, Member

American Association on Intellectual and Developmental Disabilities,
    Member

American Association for the Advancement of Science, Member
    1996-2001: Appointment to Neuroscience Section Committee

American Society of Criminology, Member

California Psychological Association, Member

## ACADEMIC APPOINTMENTS AND TEACHING EXPERIENCE

1995-present    Assistant Clinical Professor,
                Department of Psychiatry and Biobehavioral Sciences,
                Semel Neuropsychiatric Institute
                David Geffen School of Medicine at U.C.L.A.
                Los Angeles, CA

                    Research, teaching, and supervision in the Forensic
                    Psychiatry Fellowship program.

1999-2002       Adjunct Faculty,
                Department of Extended Studies and Public Service
                University of California, San Diego, and
                University of California, Irvine

                    Taught Legal and Ethical Issues in Clinical Psychology

1992-1996       Clinical Assistant Professor,
                Department of Psychiatry
                New York University School of Medicine, New York, N.Y.

                    Coordinator of Forensic Training, NYU/Bellevue Hospital
                    Clinical Psychology Internship and Post-Doctoral
                    Fellowship Programs.  Supervision of forensic psychiatry
                    fellows, clinical psychology interns, and post-doctoral
                    fellows.  Taught seminars in Forensic Psychology and the
                    Law, and Research in Forensic Psychiatry.

1987-1991       Clinical Instructor of Psychiatry,
                New York University School of Medicine, New York, N.Y.

334-003

Runyon-WS  0027037

Curriculum Vitae                          Daniel A. Martell, Ph.D., A.B.P.P.
Page 4

1980-1986      Graduate Teaching Assistant,
                Department of Psychology,
                The University of Virginia, Charlottesville, VA

                    Taught Abnormal Psychology; Childhood
                    Psychopathology; Medical Psychology; Social Psychology;
                    Statistics; Law, Psychology, Families and Children;
                    Cognitive Psychology; Memory and Learning.

1979-1980      Teaching Assistant,
                Washington and Jefferson College
                Washington, PA

                    Taught four sections of Introductory Psychology.


## PREVIOUS EMPLOYMENT

1988-1994      Forensic Research Scientist,
                Department of Clinical Research,
                Nathan S. Kline Institute for Psychiatric Research
                Orangeburg, NY

1988-1994      Director, Forensic Neuropsychology Laboratory,
                Kirby Forensic Psychiatric Center
                New York, NY

1990-1994      Research Consultant, Forensic Psychiatry Clinic for the
                Criminal and Supreme Courts, New York, NY

1984-1988      Research Associate,
                Institute of Law, Psychiatry, & Public Policy,
                Schools of Law and Medicine, The University of Virginia

                    Collaborated with P.E. Dietz, M.D., Ph.D. on National
                    Institute of Justice Grant, "Mental Disorder and Violent
                    Crime: The Choice of Public Figures as Victims."

1983-1986      Research and Statistical Consultant,
                Institute of Law, Psychiatry, and Public Policy,
                Schools of Law and Medicine, The University of Virginia

                    Collaborated with C.R. Showalter, M.D. on the National
                    Judge's Health-Stress Research Project, examining the
                    impact of stress on American trial court judges.

334-004

Runyon-WS  0027038

Curriculum Vitae                                    Daniel A. Martell, Ph.D., A.B.P.P.
Page 5

1983-1985    Statistical Consultant,
             Colgate Darden School of Business Administration,
             The University of Virginia

                  Collaboration with Eileen Hogan, Ph.D. on statistical
                  models of job characteristics and performance.

1983-1985    Staff Psychologist,
             Community Outreach to Vietnam Era Returnees (COVER)
             Charlottesville, VA

1982-1983    Neuropsychological Test Technician,
             Departments of Behavioral Medicine, Psychiatry, and
             Neurosurgery,
             The University of Virginia Medical Center
             Charlottesville, VA

## HONORS AND AWARDS

2007             Maier J. Tuchler Award in Recognition of Outstanding
                 Contributions to the Field of Psychiatry and Behavioral
                 Science. American Academy of Forensic Sciences,
                 Psychiatry and Behavioral Science Section

1998-present  Who's Who in Medicine and Health Care

1996             Distinguished Lecturer Award, New York State District
                 Attorney's Association, Prosecutor's Training Institute

1991             American Academy of Forensic Sciences, Psychiatry and
                 Behavioral Science Section 1991 Fellowship Research Award

1987-1988    Forensic Psychology Fellow,
             NYU Medical Center, Bellevue Hospital, and
             Kirby Forensic Psychiatric Center, New York, NY

1980-1984    Clinical Research Fellowship,
             Institute of Clinical Psychology,
             University of Virginia

1980             B.A. cum laude in Psychology
                 Washington and Jefferson College

1976-1980    Dean's List Scholar, Washington and Jefferson College

334-005

Runyon-WS  0027039

Curriculum Vitae                              Daniel A. Martell, Ph.D., A.B.P.P.
Page 6

## GRANTS

| | |
|---|---|
| 1991-1994 | Principal Investigator, Homelessness, Mental Illness, and Violent Criminal Behavior. National Science Foundation, Law and Social Science Program, ($116,095). |
| 1991-1996 | Co-Investigator, Prediction of Assault in Mentally Ill Offenders, Antonio Convit, M.D. (P.I.). National Institute of Mental Health, ($526,185). |
| 1993-1998 | Core Faculty Member, Center for the Study of Issues in Public Mental Health. David L. Shern, P.I., National Institute of Mental Health, ($3,451,538). |
| 1989-1991 | Co-Investigator, Assessing Psychopathy in Mentally Disordered Offenders. Funding from the John D. and Catherine T. MacArthur Foundation Program of Research on Mental Health and the Law, via subcontract with Dr. Robert Hare, University of British Columbia, ($15,000). |
| 1984-1988 | Co-Investigator, Mental Disorder and Violent Crime: The Choice of Public Figures as Victims, with Park Dietz, M.D., Ph.D. (P.I.), National Institute of Justice,($450,000). |
| 1985 | Research development grant from the Institute of Law, Psychiatry, and Public Policy, University of Virginia Schools of Law and Medicine, to study factors influencing judicial decision making, ($2,500). |
| 1984 | Grant-in-Aid from Division 41 (American Psychology-Law Society) of the APA to study personality, stress, and health outcomes in a national sample of trial court judges, ($500). |

## EDITORIAL BOARDS

| | |
|---|---|
| 2008- | Journal of Forensic Sciences |

## JOURNALS SOLICITING MANUSCRIPT REVIEWS

| | |
|---|---|
| 1992-present | Law and Human Behavior<br>Behavioral Sciences and the Law<br>Journal of Forensic Sciences<br>Archives of General Psychiatry<br>Psychiatric Services (Hospital and Community Psychiatry)<br>American Journal of Psychiatry<br>Homicide Studies |

334-006

Runyon-WS  0027040

Curriculum Vitae                                    Daniel A. Martell, Ph.D., A.B.P.P.
Page 7

## PUBLICATIONS

Martell, D.A. (In press). Neuroscience and the law: Philosophical differences and practical constraints. Behavioral Sciences and the Law, special issue on the neuroscience of decision making and the law.

Bressler, S., & Martell, D.A. (2009). Forensic neuropsychological assessments of head injury. In C. Edwards and A. Moenssens (Eds.), Encyclopedia of Forensic Sciences, New York: Wiley.

Martell, D.A. (2008). Book review: Forensic Psychology and Neuropsychology for Criminal and Civil Cases. Journal of Forensic Sciences, 53(6), 1487.

Martell, D.A. (2007). Organic brain dysfunction and criminality. In L.B. Schlesinger (Ed.), Explorations of criminal psychopathology: Clinical syndromes with forensic implications (2ed.). Springfield, IL: Charles C. Thomas.

Martell, D.A. (2003). Neuropsychiatric assessments in toxic exposure litigation. In R. Rosner (ed.), Principles and practice of forensic psychiatry (2 ed.). London: Arnold Publishing.

Rivard, J.M., Dietz, P., Martell, D., & Widawski, M. (2002). Acute dissociative responses in law enforcement officers involved in critical incidents: Clinical and forensic implications. Journal of Forensic Sciences, 47(5), 1-8.

Martell, D.A. (1996). Organic brain dysfunction and criminality. In L.B. Schlesinger (Ed.), Explorations of criminal psychopathology: Clinical syndromes with forensic implications. Springfield, IL: Charles C. Thomas.

Martell, D.A. (1996). Causal relation between brain damage and homicide: The prosecution. Special issue of Seminars in Clinical Neuropsychiatry on neuropsychiatry in the courtroom, 1(3), 184-194.

Martell, D.A., Rosner, R., & Harmon, R. (1995). Base rate estimates of criminal behavior by homeless mentally ill persons in New York City. Psychiatric Services (formerly Hospital and Community Psychiatry), 46(6), 596-601.

Martell, D.A., Rosner, R., & Harmon, R. (1994). Homeless mentally disordered defendants: Competency to stand trial and mental status findings. Bulletin of the American Academy of Psychiatry and the Law, 22(2), 289-295.

Martell, D.A. (1993). Forensic neuropsychology and the criminal law. Criminal Practice Law Review, 5(3), 319-347. [Reprinted from Law and Human Behavior, 16(3), 313-336, (1992)].

334-007

Runyon-WS 0027041

Curriculum Vitae                        Daniel A. Martell, Ph.D., A.B.P.P.
Page 8

Martell, D.A., & Dietz, P.E. (1992). Mentally disordered offenders who push or attempt to push victims onto the subway tracks in New York City. Archives of General Psychiatry, [Special issue on Violence], 49, 472-475.

Martell, D.A., & Dietz, P.E. (1992). Mentally disordered offenders who push or attempt to push victims onto the subway tracks in New York City. In Lundberg, G.D., Young, R.K., Flanagan, A., & Koop, C.E. (Eds.), Violence. Chicago: American Medical Association, pp. 399-402. [Reprinted from Archives of General Psychiatry, 49, 472-475, (1992).]

Martell, D.A. (1992). Forensic neuropsychology and the criminal law. Law and Human Behavior, [Special issue on Expert Evidence], 16(3), 313-336.

Martell, D.A. (1992). Estimating the prevalence of organic brain dysfunction in maximum-security forensic psychiatric patients. Journal of Forensic Sciences, JFSCA, 37(3), 878-893.

Volavka, J., Martell, D., & Convit, A. (1992). Psychobiology of the violent offender. Journal of Forensic Sciences, JFSCA, 37(1), 237-251.

Richman, B.J., Convit, A.J., & Martell, D.A. (1992). Homelessness and the mentally ill offender. Journal of Forensic Sciences, JFSCA, 37(3), 932-937.

Showalter, C.R., & Martell, D.A. (1991). Personality, stress, and health in American judges. In L. Webb (ed.) (1991). Occupational stress in the judiciary: A comprehensive workshop for judges. Chicago, IL: American Bar Association. [Reprinted from Journal of the American Judicature Society, 69(2), 82-87, (1989).]

Martell, D.A. (1991). Homeless mentally-ill offenders and violent crime: Preliminary research findings. Law and Human Behavior, 15(4), 333-347.

Dietz, P.E., Matthews, D.B., Martell, D.A., Stewart, T.M., Hrouda, D.R., & Warren, J.B. (1991). Threatening and otherwise inappropriate communications to members of the United States Congress. Journal of Forensic Sciences, JFSCA, 36(5), 1445-1468.

Dietz, P.E., Matthews, D.B., Van Duyne, C., Martell, D.A., Parry, C.D.H., Stewart, T.M., Warren, J., & Crowder, J.D. (1991). Threatening and otherwise inappropriate communications to Hollywood celebrities. Journal of Forensic Sciences, 36(1), 185-209.

Martell, D.A. (1989). Predicting potentially dangerous approaches toward public figures from the writings of mentally disordered individuals. (Doctoral dissertation, University of Virginia, 1988). Dissertation Abstracts International, 50(9B), 4226. (University Microfilms No. 90-02-867).

334-008

Runyon-WS 0027042

Curriculum Vitae                               Daniel A. Martell, Ph.D., A.B.P.P.
Page 9

Dietz, P.E., & Martell, D.A. (1989). Mentally disordered offenders in pursuit of celebrities and politicians. Final report to the National Institute of Justice. Washington, D.C.: U.S. Department of Justice.

Anchor, K.N., Rogers, J.P., Solomon, G.S., Barth, J.T., Peacock, C., & Martell, D.A. (1985). Fundamentals of disability determination and rehabilitation: A higher ground for the applied neurobehavioral sciences. American Journal of Trial Advocacy, 8(3), 337-375.

Showalter, C.R., & Martell, D.A. (1985). Personality, stress, and health in American judges. Journal of the American Judicature Society, 69(2), 82-87.

Hogan, E.A., & Martell, D.A. (1985). A confirmatory structural equations analysis of the Job Characteristics Model. Organizational Behavior and Human Decision Processes, 39(1), 242-263.

## IN PREPARATION

Kleinman, S.B., Butler, J., & Martell, D.A. (in preparation). Detection of malingered posttraumatic stress disorder.

## PAPERS AND PRESENTATIONS AT STATE AND NATIONAL MEETINGS

Martell, D.A. (2009, Oct.). Helping victims of firesettings and bombings: Psychological outcomes and issues in treatment. Invited presentation at the annual meeting of the American Academy of Psychiatry and the Law.

Kleinman, S.B., Butler, J.R., & Martell, D.A. (2008, Oct.). Risks of forensic use of trauma-specific tests. Paper presented at the annual meeting of the American Academy of Psychiatry And the Law, Seattle, WA.

Martell, D.A. & Kenan, J. (2008, Feb.). Forensic neuropsychiatric assessments of toxic mold exposure. Paper presented at the Annual Meeting of the American Academy of Forensic Sciences, Washington, D.C.

Martell, D.A. (2007, Feb). Mild traumatic brain injury: State-of-the-art practice guidelines for testimony in criminal and civil litigation. Paper presented at the annual meeting of the American Academy of Forensic Sciences, San Antonio, TX.

Martell, D.A. (2006, Feb.). Mental retardation and the death penalty: Issues in the assessment of adaptive functioning. Presentation at the 2006 Meeting of the American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A. (2004, Oct.). Forensic evaluation of neuropsychological malingering. Invited address at the XIII National Congress of Legal Psychiatry, Malaga, Spain.

334-009

Runyon-WS 0027043

Curriculum Vitae                          Daniel A. Martell, Ph.D., A.B.P.P.
Page 10

Martell, D.A. (2004, Feb.).  Mental retardation and the death penalty:
    Responding to the U.S. Supreme Court's landmark decision in *Atkins v.
    Virginia*.  Annual Meeting of the American Academy of Forensic Sciences,
    Dallas, TX.

Martell, D.A., & Adelman, R.E.  (2003, October).  Forensic behavioral
    analysis: Applications in criminal and civil litigation.  Invited presentation
    at the joint  American Bar Association / American Psychological Association
    Conference on Psychological Expert Testimony in Civil and Criminal
    Litigation, Chicago, IL.

Adelman, R.E., Amador, X.F., Coburn, B., Laurence, M., Martell, D.A.,
    Matthews, D., Poe, G.  (2003, August).  Mental Health and criminal law:
    The intersection of politics, science and culture.  Invited presentation at the
    2003 Annual Meeting of the American Bar Association, San Francisco, CA.

Martell, D.A.  (2000, April).  Understanding psychological and psychiatric
    evidence in criminal litigation.  Statewide meeting of the Missouri District
    Attorneys Association, Columbia, MO.

Martell, D.A.  (1999, October).  The psychologist as expert witness in capital
    litigation: Objectivity vs. advocacy. Invited presentation at the joint
    American Psychological Association/American Bar Association conference
    on Psychological Expertise and Criminal Justice, Washington, D.C.

Martell, D.A. (1999, July).  Recent advances in forensic neuroscience:
    Implications for capital cases.  Invited address for the Association of
    Government Attorneys in Capital Litigation, Chicago, IL.

Martell, D.A. (1999, June).  Mitigating evidence in capital cases: Recent
    advances in forensic neuroscience.  Invited presentation for the Navy
    Justice School, Newport, R.I.

Martell, D.A. (1999, April).  Psychopathology and workplace violence.
    Presentation at Workplace Violence 7: An Intensive Course for Fortune 500
    Companies and Selected Private and Government Organizations,
    Threat Assessment Group, Inc., Newport Beach, CA.

Martell, D.A., & Bressler, S.  (1999, Feb.).  The use of neuropsychological
    testing in forensic evaluations.  Paper presented at the 51st Annual
    Meeting of the American Academy of Forensic Sciences, Orlando, FL.

Martell, D.A. (1999, Feb.).  Standards and methods of psychiatric and
    psychological exams: Competency evaluation, guilt phase, sanity.
    Invited address, California District Attorney's Association Mental
    Defenses Seminar, San Francisco.

334-010

Runyon-WS 0027044

Curriculum Vitae                               Daniel A. Martell, Ph.D., A.B.P.P.
Page 11

Martell, D.A. (1999, Feb.). Confronting novel psychological defenses.
    Invited address, California District Attorney's Association Mental
    Defenses Seminar, San Francisco.

Martell, D.A. (1998, Oct.). Psychological testing of hypersensitivity in
    sexual harassment claims. Annual meeting of the American Academy of
    Psychiatry and the Law, New Orleans, LA.

Martell, D.A. (1988, Oct.). Forensic assessment of competency to stand
    trial: Clinical and legal contours. Invited presentation for a workshop on
    Competency to Stand Trial, Midwest Regional Forensic Services,
    Minneapolis, Minnesota.

Martell, D.A. (1988, Aug.). Evaluating mental status evidence in criminal
    litigation. Invited address for the Monterey County District Attorney's
    Office, Monterey, CA.

Martell, D.A. (1998, June). Psychological testing in criminal litigation.
    Invited lecture for the United States Attorney's Office, Philadelphia, PA.

Martell, D.A. (1998, April). Death penalty mitigation. Invited lecture
    presented at as part of a seminar for military attorneys at the United
    States Navy Justice School, Newport, R.I.

Martell, D.A. (1998, March). Mental defenses in homicide litigation. Invited
    keynote address for the New York County Distract Attorney's Office,
    New York, NY.

Martell, D.A. (1998, February). Mental disorder and violent criminal
    behavior in the community: Prediction and practice. Presentation at the
    50th Anniversary meeting of the American Academy of Forensic Sciences,
    San Francisco, CA.

Martell, D.A. (1997, December). Organic brain disorders in maximum
    security forensic psychiatric patients. Invited presentation at the 10th
    Annual New York State Office of Mental Health Psychiatric Research
    Conference, Albany, NY.

Martell, D.A. (1997, September). Mental defenses: Technical analysis.
    Invited presentation for the Los Angeles District Attorney's Office,
    Complex Litigation and Strategies Conference, Los Angeles, CA.

Martell, D.A. (1997, August). Comparing prediction and practice in clinical
    risk assessment for violence. Invited presentation as part of a symposium
    entitled, "Violence: Prediction and practice: Sharing contexts - Criminal
    justice, civil commitment, and industrial psychology." Annual meeting of
    the American Psychological Association, Chicago, Ill.

334-011

Runyon-WS 0027045

Curriculum Vitae                          Daniel A. Martell, Ph.D., A.B.P.P.
Page 12

Martell, D.A. (1997, June).  Malingered mental disorders and crimes of
   violence.  Invited presentation for the California District Attorneys
   Association Summer Conference, San Diego, CA.

Martell, D.A. (1997, May).  Mental health evidence in capital litigation.
   Invited lecture presented at as part of a seminar for military attorneys
   at the United States Navy Justice School, Newport, R.I.

Martell, D.A. (1997, March).  Psychological testing in criminal cases.
   Invited address to California District Attorney's Association Mental
   Defenses Seminar, Manhattan Beach, CA.

Martell, D.A. (1996, Dec.).  Mental issues in complex litigation.  National
   College of District Attorneys, Conference on Complex Litigation,
   San Diego, CA.

Martell, D.A. (1996, Nov.)  Mental health issues raised in the mitigation
   phase of capital cases.  Invited presentation, State of Connecticut
   Attorney General's Office.

Martell, D.A. (1996, Sept.).  Psychiatric defenses: Insanity, diminished
   capacity, and inability to form intent.  Invited lecture for the U.S.
   Department of Justice, U.S. Attorney's Office of Legal Education,
   Los Angeles, CA.

Martell, D.A. (1996, Sept.).  Psychological and psychiatric evidence in
   capital cases.  Invited lecture presented at as part of a seminar for
   military attorneys at the United States Navy Justice School, Newport, R.I.

Martell, D.A. (1996, Aug.).  Mental health issues in capital litigation.
   Invited lecture presented at the 17th Annual Conference of the Association
   of Government Attorneys in Capital Litigation, Orlando, FL.

Martell, D.A. (1996, March).  Investigations involving mentally disordered
   offenders: Techniques and tips for detectives.  Invited address presented
   at the annual California Homicide Investigator's Association conference,
   Los Angeles, CA.

Martell, D.A. (1996, March).  Mental retardation issues under the 1995 New
   York State capital litigation statutes.  Invited lecture presented
   for the New York Prosecutor's Training Institute, Albany, NY.

Martell, D.A. (1995, Oct.).  Challenging the ecological validity of
   neuroscientific evidence in a landmark homicide case.  Invited lecture
   presented as part of an interdisciplinary panel entitled Neuropsychiatry in
   the Courtroom, at the annual meeting of the American Neuropsychiatric
   Association and the Behavioral Neurology Society, Pittsburgh, PA.

334-012

Runyon-WS  0027046

Curriculum Vitae                            Daniel A. Martell, Ph.D., A.B.P.P.
Page 13

Martell, D.A. (1995, Oct.). Behavioral science issues and the insanity
defense in capital litigation. Invited address presented at the first
conference on capital litigation for the New York State Prosecutors Training
Institute, New York, NY.

Martell, D.A. (1995, Sept.). Psychological and neuropsychological issues in
capital cases. Invited address presented at a conference on capital
litigation for the Los Angeles Public Defender's Office, Los Angeles, CA.

Martell, D.A. (1995, Sept.). Behavioral science evidence in capital
litigation. Invited address presented at as part of seminar for
attorneys at the United States Navy Justice School, Newport, R.I.

Martell, D.A. (1995, Aug.). Examining mental status experts in capital
litigation. Invited address presented at the annual meeting of the
Association of Government Attorneys in Capital Litigation, Las Vegas, NV.

Martell, D.A. (1995, May). Confronting mental and neurobehavioral issues
in mitigation during capital sentencing proceedings. Invited address
presented at the seminar entitled Capital Litigation in Federal Courts,
U.S. Dept. of Justice, U.S. Attorney's Office of Legal Education, Dallas,
Texas.

Martell, D.A. (1995, April). Domestic violence and the workplace. Paper
presented at Workplace Violence III: An Intensive Course for Fortune 500
Companies and Selected Private and Government Organizations,
Threat Assessment Group, Inc., Newport Beach, CA.

Martell, D.A., & Soden, L. (1995, Feb.). Risk assessment for
dangerousness: How theory and practice diverge in clinical decision-
making. Paper presented at the 47th annual meeting of the American
Academy of Forensic Sciences, Seattle, WA.

Mack, G.I., & Martell, D.A. (1995, Feb.). Psychopathy in a racially diverse
forensic population. Paper presented at the 47th annual meeting of the
American Academy of Forensic Sciences, Seattle, WA.

Davar, D.A., Tryon, W., & Martell, D.A. (1995, Feb.). Towards an
environmental model of the prediction of inpatient violence in a forensic
psychiatric facility. Paper presented at the 47th annual meeting of the
American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A. & Soden, L. (1994, Aug.). Practicing what we preach?: Risk
assessment for dangerousness "in the trenches." Paper presented as part
of a symposium on Psychology in the Criminal Justice System at the
American Psychological Association annual meeting, Los Angeles, CA.

334-013

Runyon-WS 0027047

Curriculum Vitae                                    Daniel A. Martell, Ph.D., A.B.P.P.
Page 14

Martell, D.A. (1994, July).  Mental status issues in capital litigation.
    Invited address presented at the annual meeting of the Association of
    Government Attorneys in Capital Litigation, San Francisco, CA.

Martell, D.A. (1994, March).  Mentally disordered defendants who cannot be
    restored to competency: A study of cases converted to civil status pursuant
    to Jackson v. Indiana.  Paper presented at the bi-annual meeting of the
    American Psychology-Law Society, Santa Fe, New Mexico.

Martell, D.A. (1994, Feb.).  Forensic neuroscience in the criminal courtroom:
    Techniques and strategies.  Panel presentation for the annual meeting of
    the American Academy of Forensic Sciences, San Antonio, Texas.

Davar, D., & Martell, D.A.  (1994, Feb.).  Forensic neuropsychology:
    Challenges and dilemmas in the assessment of difficult patients.  Paper
    presented at the annual meeting of the American Academy of Forensic
    Sciences, San Antonio, Texas.

Martell, D.A. (1993, Dec.)  The intrusion of domestic violence into the
    workplace.  Paper presented as part of an intensive course for Fortune 500
    companies entitled, Workplace violence: Myths, facts, and corporate
    prevention, Threat Assessment Group, Inc, Newport Beach, CA.

Martell, D.A. (1993, Oct.).  Forensic psychological assessment and the
    dissociative disorders.  Paper presented as part of a panel on Dissociation
    and the Mens Rea Defense at the annual meeting of the American Academy
    of Psychiatry and the Law, San Antonio, Texas.

Martell, D.A. (1993, Sept.).  Homelessness, mental illness, and violent
    crime.  Graduate Lecture Series, John Jay College of Criminal Justice,
    New York, NY.

Martell, D.A. (1993, Aug.).  Forensic neuropsychological evidence in capital
    litigation.  Invited address presented at the annual meeting of the
    Association of Government Attorneys in Capital Litigation, Chicago, IL.

Martell, D.A. (1993, May).  Violent crime and the homeless mentally ill:
    Myths and realities.  Paper presented as part of the workshop,
    "Homelessness and Mental Illness: Debunking the Myths," presented at the
    annual meeting of the American Psychiatric Association, San Francisco, CA.

Martell, D.A. (1993, Feb.).  Over the edge: Mentally disordered offenders
    who push victims onto New York City subway tracks. Paper presented at
    the annual meeting of the American Academy of Forensic Sciences,
    Boston, MA.

Martell, D.A. (1992, December).  Mental illness and violence in the
    community.  Paper presented at the Fifth Annual Research Conference,
    NYS Office of  Mental Health, Albany, New York.

334-014

Runyon-WS  0027048

Curriculum Vitae                          Daniel A. Martell, Ph.D., A.B.P.P.
Page 15

Martell, D.A. (1992, October).  Mental illness and violence in the community.
Paper presented as part of the Colloquium Series, Department of
Psychology, NYU/Bellevue Psychiatric Hospital, New York, NY.

Martell, D.A. (1992, March).  Violent crime and the homeless mentally ill:
Base rate estimates, victimization patterns, and mental status findings.
Paper presented at the bi-annual meeting of the American Psychology-Law
Society/Division 41 of the American Psychological Association,
San Diego, CA.

Martell, D.A., Rosner, R., & Harmon, R.  (1992, Feb.).  Six-month prevalence
of homelessness among mentally disordered offenders referred by the
court for competency evaluations.  Paper presented at the American
Academy of Forensic Sciences Annual Meeting in New Orleans, LA.

Martell, D.A. (1991, Dec.).  The homeless mentally ill and violent crime:
Prevalence estimates for New York City.  Paper presented at the 4th
Annual Research Conference, NYS Office of Mental Health, Albany, NY.

Martell, D.A. & Convit, A.  (1991, May).  Violence and brain dysfunction:
Prevalence estimates and approaches to evaluation and treatment.  Paper
presented at the Fifth Annual Forensic Conference: Consequences of Child-
hood Victimization in Adult Forensic Patients.  NYS Office of Mental Health,
Bureau of Forensic Services, and New York University, New York, NY.

Martell, D.A. (1991, Feb.).  Estimating the prevalence of brain damage
among maximum-security forensic patients.  Paper presented at the 43rd
annual meeting of the American Academy of Forensic Sciences,
Los Angeles, CA.

Martell, D.A. & Convit, A.J.  (1991, Feb.).  Neurobehavioral studies of
violence and criminal behavior: Data from Kirby Forensic Psychiatric Center
and Manhattan Psychiatric Center.  Grand Rounds, Kirby Forensic
Psychiatric Center, New York, N.Y.

Martell, D.A. (1990, Feb.).  Homelessness, mental illness and violent crimes:
Preliminary research findings.  Paper presented at the 42nd annual
meeting of the American Academy of Forensic Sciences in Cincinnati, Ohio.

Dietz, P.E., & Martell, D.A.  (1989, Oct.).  Mentally disordered offenders in
pursuit of public figures: Executive summary.  Presentation to the
executive staff of the National Institute of Justice, Washington, D.C.

Martell, D.A. (1988, Mar.).  Applications for clinical neuropsychology in
forensic settings.  Paper presented at the American Psychology-Law
Association Mid-Winter Conference in Miami Beach, Fla.

334-015

Runyon-WS  0027049

Curriculum Vitae                                          Daniel A. Martell, Ph.D., A.B.P.P.
Page 16

Martell, D.A. (1988, Dec.).  Predicting dangerousness from threats toward
   public figures: Clinical applications.  Colloquium Series, Department of
   Psychology, Bellevue Psychiatric Hospital, New York, NY.

Martell, D.A. (1987, Nov.).  Neuropsychological contributions in evaluations
   of competency to stand trial.  Grand Rounds, Forensic Psychiatry Clinic,
   Criminal and Supreme Courts of New York (First Judicial Department),
   Department of Mental Health, Mental Retardation, and Alcoholism Services
   of the City of New York, N.Y..

Dietz, P.E., & Martell, D.A.  (1986, Jan.).  Research on mental disorder and
   threats to public figures.  Presentation to the Intelligence Division of the
   United States Secret Service, Washington, D.C.

Martell, D.A., & Dietz, P.E.  (1985, Nov.).  Mental disorder and threats
   toward public figures: Preliminary research results.  Paper presented to the
   American Society of Criminology, San Diego, CA.

Showalter, C.R., & Martell, D.A.  (1985, Oct.).  Profiling the judicial
   personality: A comparative study.  Paper presented at the American
   Academy of Psychiatry and the Law, Albuquerque, NM.

Martell, D.A., & Showalter, C.R.  (1985, Aug.).  Personality, stress and coping
   in American judges: A longitudinal study.  Paper presented at the annual
   convention of the American Psychological Association, Toronto.

Martell, D.A., & Wilcox, B.L.  (1984, April).  Exploratory and confirmatory
   structural models for Ward Atmosphere Scale data.  Paper presented at the
   American Psychological Association Convention, Toronto, Canada.

Martell, D.A.  (1984, April).  Macro-level environmental determinants of
   violent behavior among juvenile street gangs.  Paper presented at the 55th
   meeting of the Eastern Psychological Association, Baltimore, MD.

Martell, D.A., & Hogan, E.I.  (1984, Mar.).  Exploratory structural models for
   job diagnostic survey data.  Paper presented at the 30th meeting of the
   Southeastern Psychological Association, New Orleans, LA.

Martell, D.A., & Wilcox, B.L.  (1983, April).  Empirical dimensions of the Ward
   Atmosphere Scale: The search for underlying characteristics of psychiatric
   treatment environments.  Paper presented at the 54th meeting of the
   Eastern Psychological Association, Philadelphia, PA.

334-016

Runyon-WS  0027050