August 17, 2009

Brian Samuels, Esq.
Department of Justice
721 Lakefront Commons, Suite 300
Newport News, VA 23606

Re:  US v. David Runyon

Invoice No. 17729

For Professional Services and Expenses

| | |
|---|---|
| Previous Balance | $0.00 |
| Total Payments Received This Billing Period | $0.00 |
| Fees and Expenses Incurred This Billing Period | $990.00 |
| Total Now Due and Payable | $990.00 |

Payable to:  Park Dietz & Associates, Inc.
(Taxpayer I.D. #33-0690184)

Brian Samuels, Esq.                                                      Page    2

For Professional Services and Expenses

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 07/27/09 | DAM | Record review | 2.00 | |
| For professional services rendered | | | 2.00 | $900.00 |
| Administrative Fees | | | | $90.00 |
| Total amount of this bill | | | | $990.00 |
| Balance due | | | | $990.00 |

### Professional Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Daniel A. Martell, Ph.D. | 2.00 | 450.00 | $900.00 |

Payable to:  Park Dietz & Associates, Inc. (Taxpayer I.D. #33-0690184)

September 17, 2009


Brian Samuels, Esq.
Department of Justice
721 Lakefront Commons, Suite 300
Newport News, VA 23606


Re: US v. David Runyon

Invoice No. 17764


For Professional Services and Expenses


| | |
|---|---|
| Previous Balance | $990.00 |
| Total Payments Received This Billing Period | $0.00 |
| Fees and Expenses Incurred This Billing Period | $4,331.25 |
| Total Now Due and Payable | $5,321.25 |


Payable to: Park Dietz & Associates, Inc.
(Taxpayer I.D. #33-0690184)

Brian Samuels, Esq.                                        Page    2

For Professional Services and Expenses

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 08/02/09 | DAM | Review test data | | 5.75 | |
| 08/17/09 | DAM | Record review | | 1.00 | |
| 08/18/09 | DAM | Research; Cunningham cross examination | | 2.00 | |
| For professional services rendered | | | | 8.75 | $3,937.50 |

Administrative Fees                                                      $393.75

Total amount of this bill                                              $4,331.25

Previous balance                                                         $990.00

Balance due                                                            $5,321.25

Professional Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Daniel A. Martell, Ph.D. | 8.75 | 450.00 | $3,937.50 |

Payable to:  Park Dietz & Associates, Inc. (Taxpayer I.D. #33-0690184)

October 16, 2009

Brian Samuels, Esq.
Department of Justice
721 Lakefront Commons, Suite 300
Newport News, VA 23606

Re:  US v. David Runyon

Invoice No.

For Professional Services and Expenses

Previous Balance                                              $5,321.25

Total Payments Received This Billing Period          ($990.00)

Fees and Expenses Incurred This Billing Period          $0.00

Total Now Due and Payable                              $4,331.25

Payable to:  Park Dietz & Associates, Inc.
(Taxpayer I.D. #33-0690184)

Brian Samuels, Esq.                                                                Page    2

|  | Amount |
|---|---|
| Previous balance | $5,321.25 |
| 10/9/2009  Credit for payment received. Check No. 90514527 | ($990.00) |
| Total payments and adjustments | ($990.00) |
| Balance due | $4,331.25 |

Payable to:  Park Dietz & Associates, Inc. (Taxpayer I.D. #33-0690184)

November 16, 2009


Brian Samuels, Esq.
Department of Justice
721 Lakefront Commons, Suite 300
Newport News, VA 23606


Re:  US v. David Runyon

Invoice No.


For Professional Services and Expenses


Previous Balance                                              $4,331.25

Total Payments Received This Billing Period          ($3,937.50)

Fees and Expenses Incurred This Billing Period          $0.00

Total Now Due and Payable                                $0.00


Payable to:  Park Dietz & Associates, Inc.
(Taxpayer I.D. #33-0690184)

Brian Samuels, Esq.                                                 Page    2

|  | Amount |
|---|---|
| Previous balance | $4,331.25 |
| 10/22/2009  Write off admin fees per Derricka | ($393.75) |
| 10/30/2009  Credit for payment received. Check No. EFT | ($3,937.50) |
| Total payments and adjustments | ($4,331.25) |
| Balance due | $0.00 |

Payable to:  Park Dietz & Associates, Inc. (Taxpayer I.D. #33-0690184)