# PARK DIETZ & ASSOCIATES, INC.
### Forensic Consultants

**Daniel A. Martell, Ph.D., ABPP**

2906 Lafayette
Newport Beach, CA 92663
Ph. 949-230-7321
damartell@aol.com

**Administrative Offices**

2906 Lafayette
Newport Beach, CA  92663
Tel:  949-723-2211
Fax:  949-723-2212
Email: expert@parkdietzassociates.com
Website: www.parkdietzassociates.com

- **Forensic Psychiatry**
- **Forensic Psychology**
- **Forensic Pathology**
- **Forensic Neurology**
- **Forensic Social Work**
- **Forensic Science**
- **Child Sexual Abuse**
- **Criminology**
- **Security**

February 3, 2023

Dana C. Hansen Chavis
Asst. Federal Defender
Federal Defender Services
 Of Eastern Tennessee Inc.
800 S Gay St Ste 2400
Knoxville TN 37929

**GOVERNMENT EXHIBIT**
**G1**
**4:15cv108**

**RE: US v. David Runyon**

Dear Ms. Hansen,

I am writing to share the findings and opinions from my review of background materials in the above captioned matter.

## Roles in the Case Over Time

I was originally retained as a consultant in this matter by the United States Attorney's Office at the time of trial in 2009, but only reviewed test data at that time and did not produce a report or testify.  I no longer recall working on this case at that time, or what my opinions were, if any.

I was retained again as a consultant by the United States Attorney's Office in January of 2022 during the course of the current proceedings.  However, as my opinions turned out to be more favorable to the defense, I have been subpoenaed by them to testify, and subsequently in January 2023 I was released by the USAO.

## Limitations of Opinions

I have not met, examined, or tested Mr. Runyon.

Therefore, my opinions are limited to what I have determined from my review of the background materials that I have been provided, which are listed below.



GOVERNMENT EXHIBIT
PENGAD 800-631-6989
1

Forensic Neuropsychological Report                    Runyon, David
February 3, 2023                                            Page **2** of **5**

## Materials Reviewed

Expert Synopsis, 01/05/2022

Letter to Dr. Merikangas from Federal Defender Services, 07/15/2015, describing their observations

2009 letter from Dr. Mirsky

Mr. Runyon's brain MRI scan, August 13, 2009

Mr. Runyon's 2019-2021 BOP Medical Records, including references to 2018 brain MRI.

### Expert Reports:

Dr. Paul Montalbano's 06/27/2009 report
Dr. Allan Mirsky's  06/26/2009 report
Dr. Allan Mirsky's 08/28/2015 report
Dr. Richard Dudley's 09/29/2015 letter
Dr. James Merikangas's 09/25/2015 report
Dr. Patterson's 06/24/2009 report
Dr. Geoffrey Aguirre's 01/04/2023 report

### Notes and Test Data:

Dr. Montalbano's 2009 neuropsychological testing

Dr. Mirsky's 2009 neuropsychological test data [VERIFY]

Dr. Merikangas's 2009 examination notes

### Summary of Opinions

Based on my review of the materials listed above, I have reached the following opinions in this case:

- Based on the testing by doctors for both the prosecution (Dr. Montalbano in 2009) and the defense (Dr. Mirsky in 2009 and again in 2015), Mr. Runyon shows a consistent and convergent pattern of neuropsychological strengths and weaknesses.

- Testing by both doctors was valid, with test evidence that Mr. Runyon put forth good effort.

Forensic Neuropsychological Report                        Runyon, David
February 3, 2023                                           Page **3** of **5**

- Both doctors have identified areas of strength characterized by superior intelligence and general neurocognitive abilities, but with significant and stable deficits in his speed of information processing.

- Drs. Montalbano, Mirsky, and Dudley, all describe evidence of paranoid personality disorder, either from psychological testing or clinical interviews.  While Dr. Patterson also found Mr. Runyon to have a personality disorder, he classified it as Borderline rather than paranoid.  Dr. Dudley noted a family history of paranoia and mood disorder, that would put Mr. Runyan at increased risk.

- All the experts in this matter have described Mr. Runyon's history of head injuries, including (1) a 1996 auto accident, (2) a football concussion when he was young, (3) running into a telephone pole with loss of consciousness in elementary school, (4) a beating from his father at the age of three that rendered him unconscious and resulted in a "crooked smile," and (5) a grenade blast injury during training exercises in the military where he is again described as having loss of consciousness and being dragged out by fellow soldiers.

- I would note that the cumulative effect of repeated head injuries, particularly those involving loss of consciousness, can result in exponentially greater neurocognitive impairment.

- His brain MRI scans in 2009 and 2018 have been variously described as: (1) within normal  limits (Dr. Aguirre and Drs. Cheshire and Davis referring to 2009 Scan); (2) showing evidence of white matter hyperintensities (Dr. Merikangas and Dr. Aguirre referring to the 2009 scan); and (3) showing areas of encephalomalacia characterized as small lacunar cerebellar infarct (BOP medical records referring to the 2018 scan).

- I am not a neuroradiologist, and would only say that there is a significant and growing research literature linking white matter

Forensic Neuropsychological Report                                    Runyon, David
February 3, 2023                                                           Page **4** of **5**

hyperintensities (which are nonspecific as Dr. Aguirre points out) to blast injuries in military members.[1]

- There is also a significant literature connecting blast injuries to neurocognitive impairment, particularly deficits in processing speed as seen in Mr. Runyon.[2]

- Dr. Runyon suffers from longstanding brain dysfunction.

- The materials that were available to me at the time of trial (i.e., the raw neuropsychological test data from Dr. Montalbano and Dr. Mirsky) would have supported the same opinions that I have expressed here.

---

[1] Davenport ND, Lim KO, Armstrong MT, Sponheim SR. Diffuse and spatially variable white matter disruptions are associated with blast-related mild traumatic brain injury. Neuroimage. 2012 Feb 1;59(3):2017-24.

Tammie L.S. Benzinger, David Brody, Sylvain Cardin, et al., (2009). Blast-Related Brain Injury: Imaging for Clinical and Research Applications: Report of the 2008 St. Louis Workshop. Journal of Neurotrauma, 26:12, 2127-2144.

Jeffery D. Kocsis, & Alan Tessler, (2009). Pathology of blast-related brain injury. Journal of Rehabilitation Research and Development, 46(6), p. 667 — 672.

Katherine H. Taber, Deborah L. Warden, & Robin A. Hurley (2007). Blast-Related Traumatic Brain Injury: What Is Known? Journal of Neuropsychiatry and Clinical Neurosciences, 18(2), p. 141-145

Trotter BB, Robinson ME, Milberg WP, McGlinchey RE, Salat DH. Military blast exposure, ageing and white matter integrity. Brain. 2015 Aug;138(Pt 8):2278-92. doi: 10.1093/brain/awv139. Epub 2015 Jun 1. PMID: 26033970; PMCID: PMC4840948.

Radiological Society of North America. (2015, December 15). MRI shows 'brain scars' in military personnel with blast-related concussion. Science Daily. Retrieved January 31, 2023 from www.sciencedaily.com/releases/2015/12/151 215091344.htm

[2] Laura L. S. Howe (2009) Giving Context to Post-Deployment Post-Concussive-Like Symptoms: Blast-Related Potential Mild Traumatic Brain Injury and Comorbidities, The Clinical Neuropsychologist, 23:8, 1315-1337

Clausen, A. N., Bouchard, H. C., VA Mid-Atlantic MIRECC Workgroup, Welsh-Bohmer, K. A., & Morey, R. A. (2021). Assessment of Neuropsychological Function in Veterans With Blast-Related Mild Traumatic Brain Injury and Subconcussive Blast Exposure. Frontiers in psychology, 12, 686330.

Forensic Neuropsychological Report                    Runyon, David
February 3, 2023                                             Page **5** of **5**

Thank you for the opportunity to consult on this case.

Sincerely,

Daniel A. Martell, Ph.D., A.B.P.P.
Fellow, American Academy of Forensic Psychology
Fellow, National Academy of Neuropsychology
Fellow and Past President, American Academy of Forensic Sciences