UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

      Petitioner,

v.                                              CIVIL NO. 4:15cv108
                                    [ORIGINAL CRIMINAL NO. 4:08cr16]
UNITED STATES OF AMERICA,

      Respondent.

## ORDER

This matter comes before the court on Petitioner's "Request to Substitute Exhibit G to ECF No. 829," filed on August 11, 2023. See ECF No. 831 ("Request"). In his Request, Petitioner notes that he "inadvertently neglected to redact a portion of a sentence contained within Exhibit G [ECF No. 829-7]," which referenced certain personal information. ECF No. 831 at 1. Accordingly, Petitioner asks the court to replace Exhibit G with a redacted version, which he attached to the Request. See ECF No. 831-1.

For good cause shown, Petitioner's Request is **GRANTED**. The Clerk is **DIRECTED** to substitute ECF No. 829-7 with a copy of ECF No. 831-1. The Clerk is further **DIRECTED** to send a copy of this Order to counsel for Petitioner and the United States Attorney at Newport News.

    **IT IS SO ORDERED.**

                                      /s/
                                 Rebecca Beach Smith
                                 Senior United States District Judge

                              REBECCA BEACH SMITH
                     SENIOR UNITED STATES DISTRICT JUDGE

August 16, 2023