**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

DAVID ANTHONY RUNYON,                    )
      Petitioner,                              )        Original Criminal No. 4:08-cr-16-3
                                              )        Original Civil No. 4:15-cv-108
      vs.                                     )        **CAPITAL § 2255 PROCEEDINGS**
                                              )
UNITED STATES OF AMERICA,                 )        HON. REBECCA BEACH SMITH
      Respondent.                             )

**[PROPOSED] ORDER ON MOTION FOR CO-COUNSEL TO APPEAR AT**
**SEPTEMBER 15, 2023 HEARING VIA REMOTE VIDEO PLATFORM**

Upon the motion of Petitioner David Anthony Runyon for co-counsel to appear at the September 15, 2023 hearing via remote video platform, *see* ECF No. 838, and finding that the ends of justice are served by granting the Motion, it is hereby

**ORDERED** that counsel Elizabeth Peiffer is permitted to appear at the September 15, 2023 hearing by remote video platform.

IT IS SO ORDERED.

Entered this ____ day of _____, 2023

_____
REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE