**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| Petitioner, | ) | Original Criminal No. 4:08-cr-16-3 |
| | ) | Original Civil No. 4:15-cv-108 |
| vs. | ) | **CAPITAL § 2255 PROCEEDINGS** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |

**ORDER ON MOTION FOR CO-COUNSEL TO APPEAR AT**
**SEPTEMBER 15, 2023 HEARING VIA REMOTE VIDEO PLATFORM**

Upon the motion of Petitioner David Anthony Runyon for co-counsel to appear at the

September 15, 2023 hearing via remote video platform, *see* ECF No. 838, and finding that the ends

of justice are served by granting the Motion, it is hereby

**ORDERED** that counsel Elizabeth Peiffer is permitted to appear at the September 15, 2023

/ discovery hearing by remote video platform.

IT IS SO ORDERED.

Entered this 6th day of September, 2023.

/s/
Rebecca Beach Smith
Senior United States District Judge

_____

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE