**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

DAVID ANTHONY RUNYON,

             Petitioner,

    v.

UNITED STATES OF AMERICA,

             Respondent.

Case No. 4:15-cv-108

Initial Criminal No. 4:08-cr-16-3
CAPITAL § 2255 PROCEEDINGS
HON. REBECCA BEACH SMITH

**PETITIONER'S REQUEST TO SUPPLEMENT AND CORRECT
EXHIBIT F TO ECF NO. 829**

On August 1, 2023, undersigned counsel filed a Motion to Compel Discovery and Memorandum in Support, ECF Nos. 828 & 829, respectively. Page five of the Memorandum in Support of that Motion quotes in relevant part the text of a May 16, 2022 e-mail from the United States, with a citation to "Exhibit F." Upon further review of the pleadings, it appears that the e-mail cited and quoted on page five of Petitioner's brief inadvertently was not included as part of Exhibit F (ECF No. 829-6), which contains another e-mail chain among counsel for the parties. To ensure the record is complete and accurate, Petitioner respectfully requests that the Court grant permission to supplement and correct Exhibit F by adding the additional e-mail chain, as shown in the proposed corrected exhibit attached hereto. Undersigned counsel promptly notified the government and filed this motion upon discovering the error, and regrets any inconvenience to the Court and opposing counsel.

Dated: September 11, 2023           Respectfully Submitted,

1

/s/ <u>Kathryn M. Ali</u>

Kathryn M. Ali, VSB No. 97966
Ali & Lockwood LLP
300 New Jersey Avenue N.W., Suite 900
Washington, D.C. 20001
Telephone (202) 651-2475
katie.ali@alilockwood.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

/s/ Kathryn M. Ali