**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| Petitioner, | ) | Original Criminal No. 4:08-cr-16-3 |
| | ) | Original Civil No. 4:15-cv-108 |
| vs. | ) | **CAPITAL § 2255 PROCEEDINGS** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |

**[PROPOSED] ORDER ON MOTION TO SUBSTITUTE AND CORRECT**
**EXHIBIT F TO ECF NO. 829**

Upon the motion of Petitioner David Anthony Runyon to substitute and correct Exhibit F

to ECF No. 829, and finding that good cause exists for granting the Motion, it is hereby

**ORDERED** that Corrected Exhibit F is hereby substituted in place of Exhibit F to ECF

No. 829. The Clerk is directed to substitute ECF 829-6 with a copy of ECF No. _____.


IT IS SO ORDERED.


Entered this ___ day of ____, 2023


_____

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE