IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Newport News Division

DAVID ANTHIONY RUNYON,            )
                                  )
        Petitioner                )
                                  )
        v.                        )        Criminal Action No.: 4:08cr16
                                  )        Civil Action No. :4:15cv108
UNITED STATES OF AMERICA,         )
                                  )        **CAPITAL § 2255 PROCEEDINGS**
        Respondent.               )
                                  )        HON. REBECCA BEACH SMITH

## **GOVERNMENT'S MOTION TO CONTINUE**

NOW COMES the United States of America, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, Brian J. Samuels, and Lisa R. McKeel, Assistant United States Attorneys, and Carrie L. Ward, Trial Attorney for the Department of Justice, and moves this Honorable Court to continue the motions hearing set for Friday September 15, 2023.

As grounds for this motion, the United States represents that one of the undersigned attorneys tested positive yesterday for COVID and is symptomatic and another attorney is symptomatic and will test for the illness today. Additionally, a number of staff in the Newport News United States Attorney's Office have likewise tested positive for COVID this week.

The United States respectfully asks this Court to continue the motions hearing to a date convenient to all parties.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By:    /s/_____
        Brian J. Samuels
        Lisa R. McKeel
        Assistant United States Attorneys
        Carrie L. Ward, Trial Attorney
        Attorneys for the United States
        United States Attorney's Office
        Fountain Plaza Three, Suite 300
        721 Lakefront Commons
        Newport News, Virginia 23606
        Phone: (757) 591-4000
        Fax: (757) 591-0866
        Email: Brian.Samuels@usdoj.gov
        Email: Lisa.McKeel@usdoj.gov
        Email: Carrie.Ward@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September 2023, I electronically filed a true copy of the foregoing with the Clerk of Court using the CM/ECF system who will send notice to all filers.

By: /s/ _____
Lisa R. McKeel
Assistant United States Attorney
Virginia Bar Number: 28652
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: Lisa.McKeel@usdoj.gov