UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

CIVIL NO. 4:15cv108
CRIMINAL NO. 4:08cr16

## ORDER

This matter comes before the court on Respondent's Motion to Continue ("Motion"). ECF No. 841. Petitioner filed a Motion to Compel Discovery on August 1, 2023. ECF No. 828. On August 29, 2023, the court scheduled a hearing on the Motion to Compel Discovery for September 15, 2023. Respondent now moves to continue the hearing because one attorney tested positive for COVID-19 on September 12, 2023, another attorney is currently experiencing COVID-19 symptoms, and a number of staff in the United States Attorney's Office have also tested positive for COVID-19. ECF No. 841, at 1.

The United States District Court for the Eastern District of Virginia maintains entry restrictions to the Courthouse as part of its COVID-19 policy. See In re: Court Operations Under COVID-19 Outbreak, 2:20mc7, ECF No. 46, General Order No. 2023-01 (May 12, 2023) ("COVID-19 Policy"). The court's COVID-19 Policy prohibits persons from entering the Courthouse who have tested positive for

COVID-19 within the last 10 days or are currently experiencing COVID-19 symptoms. Id. at 6-7. The court's COVID-19 policy would prevent two of Respondent's lead attorneys, who have handled this case since inception, from participating in the hearing.[1]

For good cause shown, the court **GRANTS** the Motion. The court **DIRECTS** the Clerk of the Court to remove the hearing date from the calendar. Counsel are **DIRECTED** to contact the Clerk to reschedule the hearing in accordance with the court's COVID-19 Policy. See id.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for Petitioner and the United States Attorney.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

September 13, 2023

---

[1] The court notes that Carrie L. Ward is admitted pro hac vice in the case and is not permitted to appear without local counsel. See E.D. Va. Loc. Civ. R. 83.1(D)(2); E.D. Va. Loc. Crim. R. 57.4(D)(2).