### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### NEWPORT NEWS DIVISION

DAVID ANTHONY RUNYON,

        Petitioner

    v.

UNITED STATES OF AMERICA,

        Respondent.

Case No. 4:15-cv-108

Initial Criminal No. 4:08-cr-16-3
CAPITAL § 2255 PROCEEDINGS
HON. REBECCA BEACH SMITH

### MOTION TO APPOINT BARRY COBURN AS SUBSTITUTE COUNSEL OR, IN THE ALTERNATIVE, AS ADDITIONAL COUNSEL

Petitioner David Anthony Runyon, an indigent federal prisoner under sentence of death, respectfully moves pursuant to 18 U.S.C. § 3599(a)(2) for appointment of attorney Barry Coburn as substitute counsel for attorney Elizabeth Peiffer in these proceedings. In the alternative, Mr. Runyon moves to appoint Mr. Coburn as additional counsel for the limited purpose of assisting with the presentation of evidence in the upcoming evidentiary hearing. Such an appointment would not delay the scheduled hearing or come at additional cost to the Court beyond the currently pending budget for two appointed counsel. Counsel have consulted with Mr. Runyon on this matter, who supports the requested appointment and/or substitution. Counsel also notified counsel for the United States of their intent to file this Motion.

The reasons supporting this Motion are set out in the accompanying memorandum of law. A proposed order accompanies this Motion.

1

Dated: September 14, 2023                    Respectfully Submitted,

/s/ Kathryn M. Ali

Kathryn M. Ali, VSB No. 97966
Ali & Lockwood LLP
300 New Jersey Avenue N.W., Suite 900
Washington, D.C. 20001
Telephone (202) 651-2475
katie.ali@alilockwood.com


Elizabeth J. Peiffer, VSB No. 71353
Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

/s/ Kathryn M. Ali