**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | |
| Petitioner, | ) | Original Criminal No. 4:08-cr-16-3 |
| | ) | Original Civil No. 4:15-cv-108 |
| vs. | ) | **CAPITAL § 2255 PROCEEDINGS** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |

**[PROPOSED] ORDER ON MOTION TO APPOINT BARRY COBURN AS SUBSTITUTE COUNSEL OR, IN THE ALTERNATIVE, AS ADDITIONAL COUNSEL**

Petitioner David Anthony Runyon has moved to appoint attorney Barry Coburn pursuant to 18 U.S.C. § 3599(a)(2) as substitute counsel for attorney Elizabeth Peiffer in these proceedings. The requested appointment is appropriate, as is the request for substitution, as Mr. Coburn meets the requirements of 18 U.S.C. § 3599, and his appointment will facilitate the proceeding of this case in a timely and efficient manner. For these reasons, the Court GRANTS Petitioner's motion and appoints Mr. Coburn as co-counsel for Petitioner and substitutes him in these proceedings for attorney Elizabeth Peiffer.

IT IS SO ORDERED.

Entered this ___ day of _____, 2023

_____
REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE