## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Newport News Division

DAVID ANTHONY RUNYON,       )
    Petitioner,       )       Original Criminal No. 4:08-cr-16-3
                      )       Original Civil No. 4:15-cv-108
    vs.       )       **CAPITAL § 2255 PROCEEDINGS**
                      )
UNITED STATES OF AMERICA,       )       HON. REBECCA BEACH SMITH
    Respondent.       )

### ORDER ON MOTION TO SUBSTITUTE AND CORRECT
### EXHIBIT F TO ECF NO. 829

Upon the motion of Petitioner David Anthony Runyon to substitute and correct Exhibit F to ECF No. 829, and finding that good cause exists for granting the Motion, ECF No. 840, it is hereby

**ORDERED** that Corrected Exhibit F is hereby substituted in place of Exhibit F to ECF No. 829. The Clerk is directed to substitute ECF 829-6 with a copy of ECF No. __840-1__.

IT IS SO ORDERED.

Entered this 22nd day of September, 2023.

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE