**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | |
|---|---|
| DAVID ANTHONY RUNYON,<br><br>Petitioner,<br><br>v.<br><br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 4:15-cv-108<br><br>Initial Criminal No. 4:08-cr-16-3<br>CAPITAL § 2255 PROCEEDINGS<br>HON. REBECCA BEACH SMITH |

**PETITIONER'S MOTION FOR LEAVE TO DISCLOSE
WITNESS TESTIMONY TO EXPERTS**

For these reasons, Petitioner hereby requests that the Court revisit its oral rulings from the February 2023 hearing and clarify that expert witnesses are permitted to be present for and/or review the transcripts of witness testimony in preparation for their testimony during the November 1, 2023 evidentiary hearing.

The reasons supporting this Motion are set out in the accompanying Memorandum in Support of Petitioner's Motion for Leave to Disclose Witness Testimony to Experts. A proposed order accompanies this Motion.

Dated: September 26, 2023

Respectfully Submitted,

*/s/ Kathryn M. Ali*

Kathryn M. Ali, VSB No. 97966
Ali & Lockwood LLP
300 New Jersey Avenue N.W., Suite 900

Washington, D.C. 20001
Telephone (202) 651-2475
katie.ali@alilockwood.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

*/s/ Kathryn M. Ali*