**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | Original Criminal No. 4:08-cr-16-3 |
|     Petitioner, | ) | Original Civil No. 4:15-cv-108 |
| | ) | |
|     v. | ) | **CAPITAL § 2255 PROCEEDINGS** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
|     Respondent. | ) | |
| | ) | |

**ORDER**

Petitioner David Anthony Runyon has filed a Motion for Leave to Disclose Witness Testimony to Experts. The requested Motion is necessary to allow unnecessary protraction of the evidentiary hearing.

The Court GRANTS Petitioner's Motion and hereby orders that expert witnesses are permitted to be present for and/or review the transcripts of witness testimony in preparation for their testimony during the November 1, 2023 evidentiary hearing.

IT IS SO ORDERED.

_____, 2023

                                        _____
REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE