**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

DAVID ANTHONY RUNYON,

      Petitioner

      v.

UNITED STATES OF AMERICA,

      Respondent.

Case No. 4:15-cv-108

Initial Criminal No. 4:08-cr-16-3
CAPITAL § 2255 PROCEEDINGS
HON. REBECCA BEACH SMITH

**PETITIONER'S MOTION TO FILE UNDER SEAL THE DECLARATION OF
ELIZABETH PEIFFER FILED IN SUPPORT OF MOTION TO APPOINT
BARRY COBURN AS SUBSTITUTE COUNSEL, OR,
IN THE ALTERNATIVE, AS ADDITIONAL COUNSEL**

Petitioner David Anthony Runyon hereby moves the Court under Eastern District of Virginia Local Rule 5 and Local Criminal Rule 49, for an order allowing attorney Elizabeth Peiffer to file under seal her declaration supporting Petitioner's request to appoint Barry Coburn as substitute counsel or, in the alternative, as additional counsel.

As stated in the publicly filed memorandum in support of the Motion to Seal, the declaration at issue contains highly personal and confidential medical information pertaining to the details of Ms. Peiffer's mother's cancer diagnosis and treatment plan.

Petitioner therefore respectfully requests that the above-referenced material be permitted to remain under seal.

Dated: October 1, 2023                      Respectfully Submitted,

/s/ Kathryn M. Ali

Kathryn M. Ali, VSB No. 97966
Ali & Lockwood LLP
300 New Jersey Avenue N.W., Suite 900
Washington, D.C. 20001
Telephone (202) 651-2475
katie.ali@alilockwood.com

Elizabeth J. Peiffer, VSB No. 71353
Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

/s/ Kathryn M. Ali