**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| DAVID ANTHONY RUNYON, | ) | Original Criminal No. 4:08-cr-16-3 |
| Petitioner, | ) | Original Civil No. 4:15-cv-108 |
| | ) | |
| v. | ) | **CAPITAL § 2255 PROCEEDINGS** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | HON. REBECCA BEACH SMITH |
| Respondent. | ) | |
| | ) | |

**[PROPOSED] ORDER ON MOTION TO SEAL**

Petitioner David Anthony Runyon has filed a Motion to Seal the Declaration of Elizabeth

Peiffer. Having determined that the ends of justice are served by sealing the declaration, the Court

GRANTS Petitioner's Motion and hereby orders the Clerk to file the declaration under seal.

IT IS SO ORDERED.


_____, 2023

_____
REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE