**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

DAVID ANTHONY RUNYON,

            Petitioner

          v.

UNITED STATES OF AMERICA,

            Respondent.

Case No. 4:15-cv-108

Initial Criminal No. 4:08-cr-16-3
CAPITAL § 2255 PROCEEDINGS
HON. REBECCA BEACH SMITH

**PETITIONER'S MEMORANDUM IN SUPPORT OF MOTION TO FILE UNDER SEAL
THE DECLARATION OF ELIZABETH PEIFFER FILED IN SUPPORT OF MOTION
TO APPOINT BARRY COBURN AS SUBSTITUTE COUNSEL, OR,
<u>IN THE ALTERNATIVE, AS ADDITIONAL COUNSEL</u>**

Petitioner David Anthony Runyon hereby moves the Court under Eastern District of Virginia Local Civil Rule 5 and Local Criminal Rule 49, for an order allowing attorney Elizabeth Peiffer to file under seal her declaration supporting Petitioner's Reply In Support of Motion to Appoint Barry Coburn As Substitute Counsel, Or, In the Alternative, As Additional Counsel.

The declaration at issue contains highly personal and confidential medical information pertaining to the details of Ms. Peiffer's mother's cancer diagnosis and treatment plan. Ms. Peiffer and Mr. Runyon have included in the Memorandum in Support of the Motion (filed on the public docket) sufficient information to explain the basis for and support the relief requested therein, but Ms. Peiffer's declaration contains more detailed and more highly personal information that she respectfully submits should remain under seal.

The Court should seal documents when a party or non-party's interest in keeping the

1

information contained therein confidential outweighs the right of public access to judicial documents. *See e.g.*, *Stone v. Univ. of Md. Med. Sys. Corp.*, 855 F.2d 178 (4th Cir. 1988); *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000). The declaration at issue here satisfies this requirement.

Petitioner therefore respectfully requests that the above-referenced material be permitted to remain under seal.

Dated: October 1, 2023                     Respectfully Submitted,

                                          /s/ Kathryn M. Ali

                                          Kathryn M. Ali, VSB No. 97966
                                          Ali & Lockwood LLP
                                          300 New Jersey Avenue N.W., Suite 900
                                          Washington, D.C. 20001
                                          Telephone (202) 651-2475
                                          katie.ali@alilockwood.com

                                          Elizabeth J. Peiffer, VSB No. 71353
                                          Capital Representation Resource Center
                                          1155 Seminole Trail #6391
                                          Charlottesville, VA 22906
                                          Telephone (434) 817-2970
                                          Fax (434) 817-2972
                                          epeiffer@vcrrc.org

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

                                        /s/ Kathryn M. Ali