FILED: September 28, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

In re: ELIZABETH JANE PEIFFER

Appellant

------------------------------

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

Defendant

------------------------------

JAMES M. MCCAULEY, Esq.; PROFESSOR JAMES E. MOLITERNO

Amici Supporting Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK