**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

DAVID ANTHONY RUNYON,

      Petitioner,

    v.

UNITED STATES OF AMERICA,

      Respondent.

Case No. 4:15-cv-108

Initial Criminal No. 4:08-cr-16-3
CAPITAL § 2255 PROCEEDINGS
HON. REBECCA BEACH SMITH

**RENEWED MOTION FOR CO-COUNSEL TO APPEAR AT OCTOBER 17, 2023,
HEARING VIA REMOTE VIDEO PLATFORM**

On August 28, 2023, this Court directed that a hearing be held on September 15, 2023, to address a discovery motion (ECF No. 828) filed by Petitioner, David Anthony Runyon. In advance of that hearing, Mr. Runyon moved the Court for permission for Elizabeth Peiffer to appear at that hearing via remote video platform, ECF No. 838, which the Court granted, ECF No. 839. On September 13, 2023, the government moved to continue the September 15, 2023, hearing due to COVID, ECF No. 841, and the motion was granted the same day, ECF No. 842. The hearing has since been rescheduled to October 17, 2023.

The basis for Ms. Peiffer's prior request to appear remotely, as laid out in the prior motion (ECF No. 838) and incorporated by reference herein, remain in place. Petitioner thus renews the request for Ms. Peiffer to appear via remote video platform at the rescheduled October 17, 2023, hearing.

Dated: October 4, 2023

Respectfully Submitted,

/s/ Kathryn M. Ali

Kathryn M. Ali, VSB No. 97966
Ali & Lockwood LLP
300 New Jersey Avenue N.W., Suite 900
Washington, D.C. 20001
Telephone (202) 651-2475
katie.ali@alilockwood.com

Elizabeth J. Peiffer, VSB No. 71353
Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Telephone (434) 817-2970
Fax (434) 817-2972
epeiffer@vcrrc.org

**CERTIFICATE OF SERVICE**

   I hereby certify that on October 4, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Brian J. Samuels
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4032
Fax (757) 591-0866
Brian.Samuels@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Telephone (202) 923-7154
Fax: (202) 305-9779
Carrie.Ward@usdoj.gov

Lisa R. McKeel
Asst. United States Attorney
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, VA 23606
Telephone (757) 591-4040
Fax (757) 591-0866
Lisa.McKeel@usdoj.gov

          /s/ <u>Kathryn M. Ali</u>