**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

|  |  |
|---|---|
| DAVID ANTHONY RUNYON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent. | Case No. 4:15-cv-108<br><br>Initial Criminal No. 4:08-cr-16-3<br>CAPITAL § 2255 PROCEEDINGS<br>HON. REBECCA BEACH SMITH |

**[PROPOSED] ORDER ON RENEWED MOTION FOR CO-COUNSEL TO APPEAR AT OCTOBER 17, 2023, HEARING VIA REMOTE VIDEO PLATFORM**

Upon the renewed motion of Petitioner David Anthony Runyon for co-counsel to appear at the October 17, 2023, hearing via remote video platform, *see* ECF No. 858, and finding that the ends of justice are served by granting the Motion, it is hereby

**ORDERED** that counsel Elizabeth Peiffer is permitted to appear at the October 17, 2023, hearing by remote video platform.

IT IS SO ORDERED.

Entered this _____ day of October, 2023.

_____
REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE