**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

DAVID ANTHONY RUNYON,

            Petitioner,

v.

UNITED STATES OF AMERICA,

            Respondent.

Case No. 4:15-cv-108

Initial Criminal No. 4:08-cr-16-3
CAPITAL § 2255 PROCEEDINGS
HON. REBECCA BEACH SMITH

**ORDER ON RENEWED MOTION FOR CO-COUNSEL TO APPEAR AT**
**OCTOBER 17, 2023, HEARING VIA REMOTE VIDEO PLATFORM**

Upon the renewed motion of Petitioner David Anthony Runyon for co-counsel to appear at the October 17, 2023, hearing via remote video platform, *see* ECF No. 858, and finding that the ends of justice are served by granting the Motion, it is hereby

**ORDERED** that counsel Elizabeth Peiffer is permitted to appear at the October 17, 2023, hearing by remote video platform.

IT IS SO ORDERED.

Entered this 12th day of October, 2023.

                              /s/
                        Rebecca Beach Smith
                        Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE