# UNITED STATES DISTRICT COURT

*EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

Tuesday, October 17, 2023

MINUTES OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE    Rebecca Beach Smith, USDJ

Deputy Clerk: Tammy Eubanks                    Reporter: Jody Stewart, OCR

| Set: 12:00 p.m. | Started: 12:00 p.m. | Ended: 1:50 p.m. |
|---|---|---|
| 4:15cv108 and 4:08cr16 | David Anthony Runyon v. United States of America USA v. David Anthony Runyon | |

Brian Samuels, Lisa McKeel, and Carrie Ward present on behalf of USA.

Elizabeth Peiffer (via Zoom) and Kathryn Ali present on behalf of Mr. Runyon.  Defendant present in custody.

Matter came on for hearing on Petitioner's Motion for Discovery, ECF #828, Petitioner's Motion to Appoint Counsel, ECF #843, and Petitioner's Motion for Leave to Disclose Witness Testimony to Experts, ECF #847.

Comments of the court heard regarding Petitioner's Motion for Discovery, ECF #828.

Argument of counsel.

Court directed that the government file certain documents ex parte and under seal with a notice for in camera review.

For reasons stated from the bench, the Court DENIED the Petitioner's Motion for Discovery subject to the in camera review of the government's documents.

Comments of the court heard regarding Petitioner's Motion to Appoint Counsel, ECF #843.

For reasons stated from the bench, the Court GRANTED the Petitioner's Motion to Seal Elizabeth Peiffer's Supplemental Declaration, ECF #851.

Argument of counsel.

For reasons stated from the bench, the Court DENIED the Petitioner's Motion to Appoint Counsel.

Comments of the court heard regarding Petitioner's Motion for Leave to Disclose Witness Testimony to Experts, ECF #847.

Argument of counsel.

For reasons stated from the bench, the Court DENIED the Petitioner's Motion for Leave to Disclose Witness Testimony to Experts.

Court to prepare an Order.

Defendant remanded to custody of USMS.

Court adjourned.