UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

      Petitioner,

                              ACTION No. 4:15cv108
v.              [ORIGINAL CRIMINAL No. 4:08cr16-3]

UNITED STATES OF AMERICA,

      Respondent.

## ORDER

This matter comes before the court on Petitioner's four pending motions. On August 1, 2023, Petitioner filed a Motion to Compel Discovery, ECF No. 828, and an accompanying Memorandum in Support, ECF No. 829. On September 14, 2023, Petitioner filed a Motion to Appoint Counsel, ECF No. 843, and an accompanying Memorandum in Support, ECF No. 844. On September 26, 2023, Petitioner filed a Motion for Leave to Disclose Witness Testimony to Experts, ECF No. 847 (Motion for Leave), and an accompanying Memorandum in Support, ECF No. 848. On October 1, 2023, Petitioner filed a Motion to Seal Peiffer Supplemental Declaration, ECF No. 851 (Motion to Seal), and an accompanying Memorandum in Support, ECF No. 852. The court convened for a hearing on these motions on October 17, 2023, and heard arguments from counsel.

For the reasons stated from the bench,[*] the court **DENIED** Petitioner's Motion to Compel Discovery. However, the court **ORDERED** the United States to file, ex parte and under seal for in-camera review, government contracting records related to rebuttal expert witnesses, and any other such records upon which the attorney-client privilege is claimed. The court will review these records in-camera and will only order the disclosure of these records to Petitioner, if the court determines that they are relevant to his pending habeas claim and proper for disclosure. The court also **DENIED** Petitioner's Motion to Appoint Counsel and **DENIED** Petitioner's Motion for Leave. The court **GRANTED** Petitioner's Motion to Seal. Accordingly, Ms. Peiffer's declaration shall become a sealed part of the record.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for the parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

_____
REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

October 18 , 2023

---

[*] The court reserves the option to issue a written opinion of these oral bench rulings, if deemed appropriate.

2