UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

    Petitioner,

                                        ACTION No. 4:15cv108

v.                       [ORIGINAL CRIMINAL No. 4:08cr16-3]

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

There are three matters before the court that require decision prior to the start of the evidentiary hearing on November 1, 2023.

1. **In Camera Review of Government Records:** On August 1, 2023, Petitioner filed a Motion to Compel Discovery. ECF No. 828. The parties fully briefed the issues and presented argument to the court at a motions hearing on October 17, 2023. The court denied the Motion to Compel Discovery from the bench, but ordered the United States to file, ex parte and under seal for in camera review, the government contracting records related to two (2) rebuttal expert witnesses, and any other such records upon which the attorney-client privilege was claimed relating thereto. See ECF No. 863. The court also entered this ruling as a written order on October 18, 2023. ECF No. 864. The United States provided these records to the court for in camera review on October 20, 2023. See ECF No. 868. After reviewing

these records, the court has determined that they do not contain any discoverable material under the court's discovery order or Rule 6 of the Rules Governing § 2255 Proceedings.* Accordingly, the court will not order the United States to disclose these records to Petitioner.

2. **Revised Declaration of Dr. Merikangas:** On October 2, 2023, Petitioner filed a Notice of Filing Regarding Supplemental and Revised Declaration of James R. Merikangas, M.D., ECF No. 854 (Notice of Filing), which included a supplemental and revised declaration of Dr. Merikangas as Exhibit A, ECF No. 854-1 (Revised Declaration). The United States filed a Response in opposition to the filing of a revised declaration on October 13, 2023. ECF No. ECF No. 861. Petitioner filed a Reply in support of filing the Revised Declaration on October 19, 2023. For reasons that the court will provide on the record at the evidentiary hearing on November 1, 2023, the court **STRIKES** from the record the Notice of Filing, ECF No. 854, and the Revised Declaration, ECF No. 854-1.

3. **Motion in Limine:** On October 6, 2023, the United States filed a Motion in Limine as to Certain Proposed Evidence and Expert Witnesses. ECF No. 859 (Motion in Limine). Petitioner filed a

---

* The records for review consist only of contracting documents and communications thereon between the United States Attorneys and the Department of Justice. The records will remain filed ex parte under seal. See ECF No. 868.

2

Response in opposition to the Motion in Limine on October 19, 2023. ECF No. 866. On October 23, 2023, the United States informed the Clerk that it did not intend to file a Reply, so the Motion in Limine is now ripe for decision. For reasons that the court will provide on the record at the evidentiary hearing on November 1, 2023, the court **DENIES** the Motion in Limine, ECF No. 859, with the caveats that the court's previous order regarding the Motion for Leave to Disclose Witness Testimony to Experts, ECF No. 847, remains in effect, and the expert opinions are limited by the written disclosures to the United States, and may not rely upon information in direct testimony not specified in these disclosures. See ECF Nos. 863, 864, and 869.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for the parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

October 27 , 2023

3