October 30, 2023

Honorable Rebecca Beach Smith
United States District Court Judge
United States District Court
Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

Re: Notice of Appearance of Counsel, *United States v. Runyon*, No. 4:15-cv-108

Your Honor:

This letter is written to give notice of my appearance as counsel on behalf of Petitioner, David Anthony Runyon, in the above matter, for the limited purpose of assisting at the evidentiary hearing resuming on November 1, 2023. I am licensed to practice law in the Commonwealth of Virginia and admitted to practice in the Eastern District of Virginia. I am mindful of the close proximity of this appearance to the start of the evidentiary hearing, and wanted to set forth the following details in support of my limited appearance at this point.

As the Court is aware, Mr. Runyon currently has two counsel of record. Elizabeth Peiffer, an attorney at the Capital Representation Resource Center (CRRC), where I am Executive Director, first appeared as counsel for Mr. Runyon in November 2021. Ms. Peiffer was substituted as counsel to replace Michele Brace when Ms. Brace retired from CRRC. Kathryn Ali was appointed by the Court as additional counsel for Mr. Runyon on May 17, 2023, after two attorneys from the Federal Defender Service of Eastern Tennessee withdrew from representing Mr. Runyon due to conflicts of interest. In appointing Ms. Ali, the Court recognized that additional counsel was appropriate due to "the seriousness of the capital penalty in this case" and "the complexity of the case." ECF No. 810.

I am filing an appearance now because Mr. Runyon's previous attempts to have the assistance of his preferred counsel at the evidentiary hearing failed. Mr. Runyon does not seek any delay nor to impose any additional financial burden for the Court. I will provide Ms. Peiffer and Ms. Ali with additional support in the presentation of, and response to, evidence and related arguments at the actual hearing, including consultation about issues that develop at the hearing, presenting witnesses, and/or conducting cross-examinations.

My assistance at the upcoming hearing is particularly important given the situation involving Ms. Peiffer's mother, of which the Court is aware. Ms. Peiffer's responsibilities to care for her mother, who was diagnosed with Stage IV cancer in April, have made, and will continue to make, it difficult and burdensome for Ms. Peiffer to properly prepare for and represent Mr. Runyon at the evidentiary hearing. Further, to the extent that Ms. Peiffer may not be able to be present continuously in person throughout the duration of the hearing, it would leave Mr. Runyon with only one attorney at counsel table, and no one to communicate or consult with Ms. Ali during the proceedings, or with Mr. Runyon while Ms. Ali is at the podium. Ms. Peiffer will appear in person on November 1, but likely will move for permission to appear remotely on a limited basis

for later portions of the hearing, consistent with the Court's comments during the October 17, 2023 hearing.

In contrast to Mr. Runyon's two counsel of record, the United States has—and has had throughout Mr. Runyon's case—at least three attorneys of record available to examine witnesses, make oral arguments, and confer throughout the hearing. Two of the attorneys have been involved in Mr. Runyon's case since its beginning. The United States does not carry the burden of proof in the evidentiary hearing, plans to present only two witnesses, and has the ability to divide questioning of the petitioner's witnesses among three attorneys and to consult among one another at counsel table during the proceedings. By appearing as counsel, I would provide Ms. Ali with assistance more comparable to the collaborative assistance the government will have at the hearing.

Mr. Runyon has sought additional counsel over the past months, proposing solutions that would not cause any delay or require additional funds from the Court. On June 7, 2023, he sought the substitution and admission *pro hac vice* of pro bono counsel from Covington and Burling LLP ("Covington"). ECF No. 814. On June 20, 2023, the Court indicated its intention not to allow these attorneys to be admitted, thus precluding them from participating in a number of case activities, such as appearing at any court proceedings, including the evidentiary hearing. ECF No. 819. Thereafter, Mr. Runyon obtained the offer of assistance from Barry Coburn, an attorney admitted to practice in the Eastern District of Virginia and experienced in capital trial litigation. ECF No. 843. Mr. Runyon moved for his appointment on September 14, 2023 while noting that he did not seek any continuance of the evidentiary hearing or any alteration of the CJA budget. ECF No. 843. The Court denied the requested appointment of Mr. Coburn from the bench on October 17, 2023. ECF No. 863. The transcript of that hearing (as made available to Mr. Runyon on October 26) indicates the scope of the Court's denial of additional counsel. Transcript of Proceedings at 38–40, *United States v. Runyon*, No. 4:08-cr-15 (E.D. Va. Oct. 17, 2023) (hereinafter "Oct. 17 Tr."). The Court found that Mr. Runyon has "Ms. Ali, [has] the *pro* [*bono*] help that you seek, and [has] Ms. Peiffer, and that Mr. Runyon is adequately represented." Oct. 17 Tr. at 38–39. The Court ruled that it "denie[d] any motion to appoint [Mr. Coburn] as additional counsel," and added that, although Mr. Runyon's current counsel could get help from other attorneys, the admission of other attorneys "in this case as additional counsel" was preemptively denied. *Id.* at 40.

While Mr. Runyon and undersigned counsel are mindful of the Court's rulings, I respectfully submit that my appearance is different. Unlike the Covington attorneys, I do not require admission *pro hac vice,* and unlike Mr. Coburn, I do not seek appointment pursuant 18 U.S.C. § 3599. I submit that my limited appearance will facilitate the presentation of the evidence at the hearing without disrupting proceedings, and is consistent with the Court's rulings.

Respectfully Submitted,

/s/ Robert Lee
Robert Lee, VSB No. 37410
Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906

Telephone (434) 817-2970
Fax (434) 817-2972
roblee@vcrrc.org