# UNITED STATES DISTRICT COURT
### *EASTERN DISTRICT OF VIRGINIA*
#### NORFOLK DIVISION

Thursday, November 2, 2023 (Day 10)

MINUTES OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE    Rebecca Beach Smith, USDJ

Deputy Clerk: T. Eubanks                      Reporter: Jody Stewart, OCR

| Set: 11:00 a.m. | Started:  11:00 a.m. | Ended: 6:00 p.m. |
|---|---|---|
| 4:08cr16 | USA v. David Anthony Runyon | |

Brian Samuels, Lisa McKeel, and Carrie Ward present on behalf of USA.

Elizabeth Peiffer, Kathryn Ali, and Robert Lee, Jr. present on behalf of Mr. Runyon.  Defendant present in custody.

Matter came on for continuation of Evidentiary Hearing.

Petitioner continued with presentation of evidence.

Exhibits admitted.

In camera review of documents by the Court.

Counsel and parties excused until 2:00 p.m. on 11/3/2023.

Defendant remanded to custody of USM.

Court adjourned.

Lunch:  1:30 p.m.- 2:20 p.m.