# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Friday, November 3, 2023 (Day 11)

MINUTES OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE   Rebecca Beach Smith, USDJ

Deputy Clerk: T. Eubanks                    Reporter: Jody Stewart, OCR

| Set: 2:00 p.m. | Started: 2:00 p.m. | Ended: 8:10 p.m. |
|---|---|---|
| 4:08cr16 | USA v. David Anthony Runyon | |

Brian Samuels, Lisa McKeel, and Carrie Ward present on behalf of USA.

Elizabeth Peiffer, Kathryn Ali, and Robert Lee, Jr. present on behalf of Mr. Runyon.  Defendant present in custody.

Matter came on for continuation of Evidentiary Hearing.

Comments of the court and counsel heard.

Petitioner continued with presentation of evidence – witness sworn and testified.

Exhibits admitted.

Counsel and parties excused until 10:00 a.m. on 11/6/2023.

Defendant remanded to custody of USM.

Court adjourned.