# UNITED STATES DISTRICT COURT
## *EASTERN DISTRICT OF VIRGINIA*
### NORFOLK DIVISION

Monday, November 6, 2023 (Day 12)

MINUTES OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE     Rebecca Beach Smith, USDJ

Deputy Clerk: T. Eubanks                    Reporter: Jody Stewart, OCR

| Set: 10:00 a.m. | Started:  10:00 a.m. | Ended:  6:05 p.m. |
|---|---|---|
| 4:08cr16 | USA v. David Anthony Runyon | |

   Brian Samuels, Lisa McKeel, and Carrie Ward present on behalf of USA.

   Elizabeth Peiffer, Kathryn Ali, and Robert Lee, Jr. present on behalf of Mr. Runyon.  Defendant present in custody.

   Matter came on for continuation of Evidentiary Hearing.

   Petitioner continued with presentation of evidence – witnesses sworn and testified.

   Exhibits admitted.

   Counsel and parties excused until 11:00 a.m. on November 7, 2023.

   Defendant remanded to custody of USM.

   Court adjourned.

   Lunch:  1:40 p.m. – 2:10 p.m.