# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Tuesday, November 7, 2023 (Day 13)

MINUTES OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE   Rebecca Beach Smith, USDJ

Deputy Clerk: T. Eubanks                    Reporter: Jody Stewart, OCR

| Set: 11:00 a.m. | Started: 11:00 a.m. | Ended:  5:20 p.m. |
|---|---|---|
| 4:08cr16 | USA v. David Anthony Runyon | |

Brian Samuels, Lisa McKeel, and Carrie Ward present on behalf of USA.

Elizabeth Peiffer, Kathryn Ali, and Robert Lee, Jr. present on behalf of Mr. Runyon.  Defendant present in custody.

Matter came on for continuation of Evidentiary Hearing.

Petitioner continued with presentation of evidence and rested their case in chief.

Petitioner offered witness proffers to be filed.  For reasons stated from the bench, the court ruled that the proffers are not allowed.

Government presented evidence – witness sworn and testified.

Exhibits admitted.

Counsel and parties excused until 11:00 a.m. on November 8, 2023.

Defendant remanded to custody of USM.

Court adjourned.

Lunch:  3:05 p.m. – 3:40 p.m.