# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Wednesday, November 8, 2023 (Day 14)

MINUTES OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE   Rebecca Beach Smith, USDJ

Deputy Clerk: T. Eubanks                    Reporter: Jody Stewart, OCR

| Set: 11:00 a.m. | Started: 11:00 a.m. | Ended:  5:25 p.m. |
|---|---|---|
| 4:08cr16 | USA v. David Anthony Runyon | |

Brian Samuels, Lisa McKeel, and Carrie Ward present on behalf of USA.

Elizabeth Peiffer, Kathryn Ali, and Robert Lee, Jr. present on behalf of Mr. Runyon.  Defendant present in custody.

Matter came on for continuation of Evidentiary Hearing.

Comments of the court heard.

Government continued with presentation of evidence and rested. Witness sworn and testified.

Exhibits admitted.

Comments of counsel regarding petitioner's rebuttal witness.  Court directed that simultaneous briefs be filed no later than 9:00 a.m. on November 13, 2023.

Counsel and parties excused until 10:00 a.m. on November 14, 2023.

Defendant remanded to custody of USM.

Court adjourned.

Lunch:    3:00 p.m. - 3:30 p.m.