# Exhibit A



*Science at the heart of medicine*

Gruss Magnetic Resonance Research Center

Michael L. Lipton, M.D., Ph.D., F.A.C.R.
Professor

Jack and Pearl Resnick Campus
1300 Morris Park Ave.
Bronx, NY 10461
718.430.3390   fax 718.430.3399
michael.lipton@einsteinmed.edu

February 16, 2023

Susanne Bales, Esquire
Assistant Federal Defender
Federal Defender Services of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville TN  37929

**Re: David Runyon**

Dear Ms. Bales:

As outlined in my CV, I am a practicing neuroradiologist with expertise in the performance and clinical interpretation of brain imaging studies, expertise in the technical aspects and limitations of MRI and a neuroscientist with a longstanding research program focused on the detection and characterization of traumatic injury to the brain and its effects on neurobehavioral function.

I have reviewed the following materials provided by your office:

**Items reviewed:**
1. Dr. Merikangas        08/05/2009
2. MRI Brain and report  08/14/2009
3. Dr. Merikangas        09/25/2015
4. Dr. Paine             10/27/2017
5. EMG report only       02/27/2018
6. MRI Brain report only 04/24/2018
7. Dr. Paine             05/24/2018
8. Dr. Aguirre           01/19/2023

Mr. Runyon underwent brain MRI on 08/14/2009 when he was 38 years old. The history recorded on the MRI report is "Trauma in 1996. Several brain injuries".

My findings on review of the images from the 08/14/2009 MRI examination are as follows:

Multiple image series were acquired using a 1.5 Tesla MRI scanner. No T2*-weighted images are included. Image quality is significantly limited due to motion and radiofrequency artifacts as well as poor resolution. The T2W-FLAIR images, in particular are degraded by poor signal-to-noise.

No hydrocephalus, mass effect or herniation is present.

Areas of asymmetric volume loss are present involving the left frontal operculum and the anterior portion of the right lateral prefrontal region.

No diffusion restriction is present.

Areas of signal hyperintensity are present in the posterior portion of the centrum semiovale on the left and in the frontal juxtacortical white matter bilaterally.

No susceptibility-related signal loss is visible. However, the absence of T2*-weighted images makes this examination highly insensitive to the presence of susceptibility-related signal loss.

No extra-axial collection is present.

**Re: David Runyon**

> The orbits and petrous regions are unremarkable.

> Deformity of the nasal bones and deviation of the nasal septum are consistent with prior facial trauma and fracture.

> The paranasal sinuses are unremarkable.

The findings from the 2009 MRI include bifrontal encephalomalacia (localized loss of brain volume) and multiple areas of white matter hyperintensity (WMHI) on T2-weighted FLAIR images, which involve the juxtacortical and deep white matter of the frontal lobes. The areas of encephalomalacia are most likely sequelae of traumatic brain contusion. These abnormalities do not conform to a spatial pattern or exhibit associated signal abnormality that would be consistent with infarction (stroke).

Brain contusion often includes hemorrhage, which is not visible on the present examination. However, the technical aspects of the imaging performed make it likely that, if hemosiderin deposition from prior hemorrhage were present, it would NOT be visible on the 08/14/2009 MRI, but would be visible on susceptibility-weighted images acquired using a 3 Tesla scanner.

WMHI, in general, may occur due to various disorders. WMHI are more common with increasing age. The number of WMHI visible in Mr. Runyon at age 38, however, is more than expected at his age. The locations of the WMHI adjacent to the cortical grey matter-white matter junction and in the deep hemispheric white matter (centrum semiovale) is characteristic of traumatic brain injury (TBI). This is due to the biophysical vulnerability of this location to shear forces during rapid acceleration and deceleration of the brain caused by trauma. Non-atherosclerotic microvascular ischemic disorders, such as vasculitis or migraine (including trauma-associated migraine), can manifest peripheral WMHI. However, the absence of confluent periventricular WMHI and basal ganglia WMHI is atypical for atherosclerotic ischemic changes which might occur if Mr. Runyon had significant risk for cerebrovascular disease.

I received the report, but not the images, from the 04/24/2018 MRI after I had reviewed the 08/14/2009 MRI and made my findings. The 04/24/2018 MRI report describes encephalomalacia with hemorrhage in the same location as is visible on the 08/14/2009 MRI, which I have described above. The interpreting radiologist stated: "This could represent an area of prior ischemic or traumatic change." Neurologist Dr. Paine excluded stroke (ischemic change) and concluded that the finding was due to prior trauma.

Dr. Merikangas, in his report dated 09/25/2015, describes prior head injuries including a 1996 auto accident with subsequent personality and mood change.[1] The imaging findings, distributed asymmetrically in the frontal lobes are consistent with sequelae of a motor vehicle collision, particularly a front or rear impact. The affected locations are also consistent with behavioral changes such as those described by Dr. Merikangas.

The report of the was 08/14/2009 MRI was authored by "Kirstin Fiona Davis MD", who is a diagnostic radiologist and specialist in breast cancer imaging, but with no training or certification in neuroradiology.[2,3] Dr. Davis did not report the findings that I describe above. She also stated: "No susceptibility artifact to suggest hemosiderin". This fails to acknowledge that the MRI does not include images (T2*-weighted images) capable of detecting hemosiderin. Some, but not all of the findings I describe on the 08/14/2009 MRI (e.g., WMHI) are not described in the radiology report of the 04/24/2018 MRI. The failure of these radiologists to report findings does not contradict my impressions. My expectation and experience from reviewing MRI examinations and reports performed outside of my hospital by non-neuroradiologists is that findings of the type present in Mr. Runyon are often not identified or reported by general radiologists.

The fact that the findings in Mr. Runyon's brain may visually appear subtle and may not have been recognized consistently by other physicians should not be taken to mean that these findings are not significant. Subtle visible abnormalities on MRI may have significant functional implications. Moreover, much brain disease that leads to significant impairment is entirely microscopic and not visible on MRI at all. Patients with psychiatric disorders and neurodegeneration, for example, may have quite normal appearing MRI studies despite their significant functional impairment. TBI in particular is a largely microscopic pathology. Patients with significant cognitive and

---

[1] Merikangas Report 09/25/2015 p. 3
[2] https://www.mcrrads.com/kirstin-fiona-davis-md.html
[3] https://www.theabr.org/myabr/find-a-radiologist?fn=Kirstin&ln=Davis&st=

**Re: David Runyon**

behavioral impairment due to TBI commonly have entirely normal appearing MRI examinations. When abnormalities are visible in TBI, these do not represent the full extent of the injury, but the "tip of the iceberg" which is much more widespread microscopic pathology. These features of TBI pathology and its manifestations on MRI have been extensively demonstrated in numerous experimental and clinical studies, including some of my own. It is plainly erroneous to state that "If Mr. Runyon had sustained a focal or diffuse brain injury sufficient to produce a lasting change in behavior, then this MRI scan would be expected to reveal an abnormal finding." or that "…substantial traumatic brain injury is associated with deposits of old blood inside the substance of the brain (termed hemosiderin)."[4] Abnormal MRI findings *may* occur following substantial traumatic injury, but the absence of imaging findings does not substantiate the absence of TBI pathology. In the case of Mr. Runyon, of course, we do have imaging abnormalities as I have described above, which are entirely consistent with prior trauma. It is also misleading to state that "Concussions are a common, non-focal neurologic injury that result in a stereotyped change in mood and behavior *that resolves over an approximately 6 month period*." [emphasis added] [5] Concussion is common, and it does adversely impact mood and behavior, as well as other domains of functioning. However, the scientific evidence has long supported the persistence of dysfunction over the long-term in a substantial minority of patients. The most recent peer-reviewed reports from large federally funded studies indicate, for example, that 76% of mTBI patients who did NOT have loss of consciousness demonstrated incomplete recovery at 6 months following injury.[6]

My opinions are made to a reasonable degree of medical certainty and are based on the materials I have reviewed and on my training, experience and expertise in the fields of neuroradiology, neuroscience and traumatic brain injury.

Yours sincerely,

Michael L Lipton, MD, PhD, FACR

---

[4] Aguirre report p. 3

[5] Aguirre report p. 3

[6] Madhok DY, Rodriguez RM, Barber J, Temkin NR, Markowitz AJ, Kreitzer N, Manley GT; TRACK-TBI Investigators. Outcomes in Patients with Mild Traumatic Brain Injury without Acute Intracranial Traumatic Injury. JAMA Network Open. 2022 Aug 1;5(8):e2223245. doi: 10.1001/jamanetworkopen.2022.23245. PMID: 35976650; PMCID: PMC9386538.