# UNITED STATES DISTRICT COURT
## *EASTERN DISTRICT OF VIRGINIA*
### NORFOLK DIVISION

Tuesday, November 14, 2023 (Day 15)

MINUTES OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE   Rebecca Beach Smith, USDJ

Deputy Clerk: T. Eubanks                          Reporter: Jody Stewart, OCR

| Set: 10:00 a.m. | Started: 10:00 a.m. | Ended:  2:10 p.m. |
|---|---|---|
| 4:08cr16 | USA v. David Anthony Runyon | |

Brian Samuels, Lisa McKeel, and Carrie Ward present on behalf of USA.

Elizabeth Peiffer, Kathryn Ali, and Robert Lee, Jr. present on behalf of Mr. Runyon.  Defendant present in custody.

Matter came on for continuation of Evidentiary Hearing.

For reasons stated on the record, the Court denied Motion to Exclude Rebuttal Evidence by USA (ECF #889).

Petitioner presented evidence for rebuttal and rested.  Witness sworn and testified.

Exhibit admitted.

Counsel directed that requests for transcripts from the court reporter must be made by 11/30/2023.  Court reporter shall file transcripts no later than 12/15/2023.

Counsel further directed to file simultaneous hearing memoranda with proposed findings of fact and proposed conclusions of law by 1/15/2024.

Defendant remanded to custody of USM.

Court adjourned.