## *UNITED STATES DISTRICT COURT*
### *EASTERN DISTRICT OF VIRGINIA*
Newport News Division

David Anthony Runyon
PETITIONER

**WITNESS LIST**

V.

UNITED STATES OF AMERICA

RESPONDENT

CASE NUMBER: 4:08cr16
4:15cv108

| PRESIDING JUDGE<br>Rebecca Beach Smith | COURTROOM DEPUTY<br>Tammy (Armstrong) Eubanks | COURT REPORTER<br>Jody Stewart, OCR |
|---|---|---|
| HEARING DATES: 2/7/2023 – 2/22/2023 and 11/1/2023 – 11/14/2023 | PETITIONERS ATTORNEYS: Elizabeth Peiffer, Kathryn Ali, and Robert Lee, Jr. | RESPONDENTS ATTORNEYS: Brian Samuels, Lisa McKeel and Carrie Lee Ward |

| PET | RESP | DATE APPEARED | *WITNESSES* |
|---|---|---|---|
| | | | **February 7, 2023 (Day 1)** |
| X | | | The Honorable Stephen A. Hudgins |
| | | | |
| | | | **February 8, 2023 (Day 2)** |
| X | | | The Honorable Stephen A. Hudgins |
| X | | | Jon M. Babineau |
| X | | | Lawrence H. Woodward, Jr. |
| | | | |
| | | | **February 9, 2023 (Day 3)** |
| X | | | Maria Runyon |
| X | | | Wren Fleming |
| X | | | Warren Scott Linker |
| X | | | Tiffany Linker |
| X | | | Deborah Seegar |
| X | | | Robert Seegar |
| | | | |
| | | | |
| | | | |

| PET | RESP | Date Appeared | WITNESSES |
|---|---|---|---|
| | | | **February 10, 2023 (Day 4)** |
| X | | | Jeffrey Harris |
| X | | | Mark Runyon |
| X | | | David Dombrowski |
| | | | |
| | | | **February 13, 2023 (Day 5)** |
| X | | | Sheila Cronin |
| | | | |
| | | | **November 1, 2023 (Day 9)** |
| X | | | Dr. Mark Cunningham (Expert) |
| | | | |
| | | | **November 2, 2023 (Day 10)** |
| X | | | Dr. Mark Cunningham (Expert) |
| | | | |
| | | | **November 3, 2023 (Day 11)** |
| X | | | Dr. Siddhartha Nadkarni (Expert) |
| | | | |
| | | | **November 6, 2023 (Day 12)** |
| X | | | Dr. Siddhartha Nadkarni (Expert) |
| X | | | Dr. Daniel Martell (Expert) |
| X | | | Dr. James R. Merikangas (Expert) |
| | | | |
| | | | **November 7, 2023 (Day 13)** |
| X | | | Dr. James R. Merikangas (Expert) |
| | X | | Lawrence H. Woodward, Jr. |
| | | | |
| | | | **November 8, 2023 (Day 14)** |
| | X | | Dr. Geoffrey Aguirre (Expert) |
| | | | |
| | | | **November 14, 2023 (Day 15)** |
| X | | | Dr. Michael L. Lipton (Expert) |
| | | | |
| | | | |