UNITED STATES OF AMERICA    )
                                )
        v.                     )       CRIMINAL No. 4:08-cr-16-RBS
                                )       CIVIL No. 4:15-cv-108-RBS
                                )
DAVID ANTHONY RUNYON    )       CAPITAL § 2255 PROCEEDINGS

## GOVERNMENT EXHIBIT LIST

| Exhibit No. | Exhibit Description | Admitted |
|---|---|---|
| 1 | Sheila Cronin Email to Atty. Babineau (April 10, 2008) | Witness: Babineau<br>Date: 2/8/2023<br>Admitted: 2/8/2023 |
| 2 | Sheila Cronin Master Interview Lists (8-8-2008, 8-13-2008) | Witness: Babineau / Cronin<br>Date: 2/8/2023 / 2/13/23<br>Admitted: 2/13/23 |
| 3 | Motion for Support Services and Approval of Litigation Budget (9-26-2008) | Witness: Babineau<br>Date: 2/8/2023<br>Admitted: 2/8/2023 |
| 4 | Request for Army Military Records | Witness: Babineau<br>Date: 2/8/2023<br>Admitted: 2/8/2023 |
| 5 | Mr. Bruck email to Atty's. Babineau and Woodward (10-1-2008) | Witness: Babineau<br>Date: 2/8/2023<br>Admitted: 2/8/2023 |
| 6 | Atty. Babineau letter to Major Benzie (11-17-2008) | Witness: Babineau<br>Date: 2/8/2023<br>Admitted: 2/8/2023 |
| 7 | Atty. Babineau Letter to Dr. Nelson (12-9-2008) | Witness: Babineau<br>Date: 2/8/2023<br>Admitted: 2/8/2023 |
| 8 | Dr. Cunningham emails to Atty. Babineau (12-11-2008) | Witness: Babineau<br>Date: 2/8/2023<br>Admitted: 2/8/2023 |
| 9 | Notice Pursuant to Fed. R. Crim. P. 12.2 (12-12-2008) | Witness: Hudgins<br>Date: 2/7/2023<br>Admitted: 2/7/2023 |
| 9A | Order regarding Mental Health Evidence (6-16-2008) | Witness: Hudgins<br>Date: 2/7/2023<br>Admitted: 2/7/2023 |

| | | |
|---|---|---|
| 10 | Dr. Nelson letter to Atty. Babineau (12-2-2008) | Witness: <br> Date: <br> Admitted: |
| 11 | Dr. Nelson Letter (2-2-2009) | Witness: Hudgins <br> Date: 2/7/23 <br> Admitted: 2/7/23 |
| 12 | Curriculum Vitae and Terms of Agreement Dr. Scott Bender (2-4-2009) | Witness: Hudgins <br> Date: 2/7/23 <br> Admitted: 2/7/23 |
| 13 | Atty. Babineau email Re: Scott Bender (2-5-2009) | Witness: Babineau <br> Date: 2/8/23 <br> Admitted: 2/8/23 |
| 14 | Dr. Cunningham Report (2-5-2009) | Witness: Hudgins <br> Date: 2/7/23 <br> Admitted: 2/7/23 |
| 15 | Atty. Babineau email with Dr. Nelson (2-6-2009) | Witness: Babineau <br> Date: 2/8/23 <br> Admitted: 2/8/23 |
| 16 | Email from Atty. Woodward to Atty. Babineau (2-7-2009) | Witness: Woodward <br> Date: 2/8/23 <br> Admitted: 2/8/23 |
| 17 | (Audio) Runyon interview with Dr. Montalbano (Feb. 2009) | Witness: <br> Date: <br> Admitted: |
| 18 | (Audio) Runyon interview with Dr. Patterson (Feb. 2009) | Witness: <br> Date: <br> Admitted: |
| 19 | Motions to Continue the Trial (2-20-2009 and 2-26-2009) | Witness: Hudgins <br> Date: 2/7/23 <br> Admitted: 2/7/23 |
| 20 | Sheila Cronin – Confidential Memo to Counsel – Govt's Psychological Evaluation (2-24-2009) | Witness: Hudgins <br> Date: 2/7/23 <br> Admitted: 2/7/23 |
| 21 | Sheila Cronin – Updated Mitigation Interview List (4-7-2009) | Witness: Hudgins <br> Date: 2/7/23 <br> Admitted: 2/7/23 |
| 22 | Notice Regarding Mental Health Experts (4-8-2009) | Witness: Hudgins <br> Date: 2/7/23 <br> Admitted: 2/7/23 |
| 23 | Sheila Cronin – Clinical Trial Drug List (4-8-2009) | Witness: Hudgins <br> Date: 2/7/23 <br> Admitted: 2/7/23 |
| 24 | Ex Parte Motion to Seal Exhibits (4-13-2009) | Witness: Hudgins <br> Date: 2/7/23 <br> Admitted: 2/7/23 |

| 25 | Defendant's Motion to Continue Trial Date (4-13-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| --- | --- | --- |
| 26 | Sheila Cronin letter to Atty's. Hudgins and Woodward – Review of Military Medical Records (5-5-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 27 | Dr. Nelson Email (5-22-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 28 | Sheila Cronin email exchange with Dr. Merikangas, and Atty's. Woodward and Hudgins  (6-1-2009/6-2-2009)) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 29 | Sheila Cronin email to Atty's. Woodward and Hudgins (6-2-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 30 | Atty. Woodward Email (6-4-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 31 | Atty. Hudgins Letters to Dr. Mirsky and Dr. Merikangas (6-5-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 32 | Dr. Mirsky email to Atty. Hudgins (6-5-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 33 | Dr. Nelson Email (6-7-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 34 | Dr. Merikangas Email (6-7-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 35 | Supp. Motion for Psychiatrist and to Change Designation of the Neuropsychologist Expert Previously Approved by the Court (6-9-2009) (Motion only) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 36 | Dr. Mirsky Report (6-26-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 37 | Supplemental Notice Regarding Mental Health Experts (6-29-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 38 | Dr. Mirsky Letter to Attorney Hudgins (7-2-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23<br>2\7\23 |

| 39 | Scott Bender Invoice and W-2 to Atty. Hudgins (July 2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
|----|----|----|
| 40 | Dr. Merikangas Email (7-6-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 41 | Mr. Bruck/Sheila Cronin Email (7-9-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 42 | Dr. Merikangas Email (7-9-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 43 | Dr. Nelson email (7-10-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 44 | Atty. Hudgins Email to Dr. Merikangas (7-13-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 45 | Dr. Nelson Email (7-16-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 46 | Dr. Nelson / Attorney Hudgins Email exchange (7-17-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 47 | Supplemental Motion to Continue Capital Sentencing Hearing and Statement of Counsel (7-17-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 48 | Supplemental Motion to Continue (7-20-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 49 | Atty. Hudgins Email to Dr. Nelson (7-20-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 50 | Notice of Intent to Introduce Mental Health Testimony (7-20-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 51 | Atty. Hudgins Email to Dr. Merikangas (7-20-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 52 | Atty. Hudgins Email to Sheila Cronin (7-20-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 53 | Court Order Re: Motion to Continue (7-22-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |

4

| | | |
|---|---|---|
| 54 | Court Order on Motion to Appoint Dr. Merikangas (7-22-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 55 | Receipt of Report of Government Experts (7-22-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 55A | Dr. Patterson Report (6-24-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 55B | Dr. Montalbano Report (6-27-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 56 | Atty. Hudgins Email to Experts (7-22-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 57 | Dr. Nelson Email to Atty. Hudgins (7-22-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 58 | Dr. Merikangas Email to Atty. Hudgins (7-22-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 59 | Dr. Mirsky Email to Atty. Hudgins (7-23-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 60 | Motion for MRI and Pet Scan (7-30-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 60A | Email from Dr. Mirsky to Atty. Hudgins (8-7-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 61 | Forms for MRI (7-30-2009), and MRI results (August 2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2/7/23 |
| 62 | Mr. Bruck Emails to Atty's. Hudgins, Woodward, and Sheila Cronin (8-5-2009) | Witness: Hudgins<br>Date: 2\7\2023<br>Admitted: 2/7/2023 |
| 63 | Dr. Merikangas Report 2009 (8-6-2009) | Witness: Hudgins<br>Date: 2/7/23<br>Admitted: 2/7/23 |
| 64 | Sheila Cronin Email to Atty's. Hudgins, Woodward and to Mr. Bruck (8-7-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |
| 65 | Sheila Cronin Memo to Counsel – Penalty Phase Theme (8-9-2009) | Witness: Hudgins<br>Date: 2\7\23<br>Admitted: 2\7\23 |

| | | |
|---|---|---|
| 66 | Motion to Allow Defendant to Supplement Mental Health Reports (8-10-2009) | Witness: Hudgins<br>Date: 2\|8\|23<br>Admitted: 2\|8\|23 |
| 67 | Motion to Release Test Results to Counsel (8-14-2009) | Witness: Hudgins<br>Date: 2\|8\|23<br>Admitted: 2\|8\|23 |
| 68 | Memorandum Order – Granting request for Supplemental Reports from Dr. Merikangas and Dr. Mirsky (8-17-2009) | Witness: Hudgins<br>Date: 2\|8\|23<br>Admitted: 2\|8\|23 |
| 69 | Defendant's List of Mitigating Factors (8-21-2009) | Witness: Hudgins<br>Date: 2\|8\|23<br>Admitted: 2\|8\|23 |
| 70 | Attorney Hudgins and Dr. Nelson email exchange (9-2-2009) | Witness: Hudgins<br>Date: 2\|8\|23<br>Admitted: 2\|8\|23 |
| 71 | Atty. Hudgins and Dr. Mirsky Letters (9-10-2009 / 9-18-2009) | Witness: Hudgins<br>Date: 2\|8\|23<br>Admitted: 2\|8\|23 |
| 72 | Atty. L. Woodward Declaration (9-24-2015) (Identification Only) | Witness:<br>Date:<br>Admitted: |
| 73 | Judge S. Hudgins Declaration (9-22-2015)(Identification Only) | Witness:<br>Date:<br>Admitted: |
| 74 | Judge S. Hudgins Declaration (6-22-2016) (Identification Only) | Witness:<br>Date:<br>Admitted: |
| 75 | Dr. Aguirre Report (1-19-2023) | Witness: O. Aguirre<br>Date: 11\|8\|2023<br>Admitted: 11\|8\|2023 |
| 76 | Runyon Penalty Phase Exhibits (as needed and to extent not a part of record) (Gov't. Exh's. 311-335) | Witness:<br>Date:<br>Admitted: |
| 77 | Kendall International Inc., - (Excerpts) Case Study Records | Witness:<br>Date:<br>Admitted: |
| 78 | Parexel – (Excerpts) Case Study Records | Witness:<br>Date:<br>Admitted: |
| 79 | Bristol Myers Squibb Co. – (Excerpts) Case Study Records | Witness: Cronin<br>Date: 2\|13\|23<br>Admitted: 2\|13\|23 |
| 80 | Covance Case – (Excerpt) – Study 207795 | Witness:<br>Date:<br>Admitted: |

| | | |
|---|---|---|
| **80A** | Covance Case – (Excerpt) – Study 53103 | Witness:<br>Date:<br>Admitted: |
| **80B** | Covance Case – (Excerpt) – Study 68113 | Witness:<br>Date:<br>Admitted: |
| **81** | Kansas Dept. of Corrections Records (GX 318) | Witness:<br>Date:<br>Admitted: |
| **82** | Runyon Army Records (GX 319) | Witness:<br>Date:<br>Admitted: |
| **82A** | Army Recommendation for Award –<br>Ft. Benning, GA (8-25-1997) | Witness:<br>Date:<br>Admitted: |
| **83** | Georgia Peace Officer Records (GX 320) | Witness:<br>Date:<br>Admitted: |
| **84** | Fayetteville PD Records (GX 321) | Witness:<br>Date:<br>Admitted: |
| **85** | Columbia College Records (GX 322) | Witness:<br>Date:<br>Admitted: |
| **86** | Court Docket – Criminal No. 4:18cr16<br>(2-13-2008  -  12-4-2009) | Witness:<br>Date:<br>Admitted: |

7

RECEIVED

OCT 3 1 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA )
)
v.                                           )        CRIMINAL No. 4:08-cr-16-RBS
)        CIVIL No. 4:15-cv-108-RBS
)
DAVID ANTHONY RUNYON            )        CAPITAL § 2255 PROCEEDINGS

**GOVERNMENT'S SUPPLEMENTAL EXHIBIT LIST**
**NOVEMBER 1, 2023**

| Exhibit No. | Exhibit Description | Admitted |
|---|---|---|
| | **February 14, 2023 Disclosures** | |
| 87 | OAF 0011474: 7/30/2009 Email from D. Bruck to Atty. Hudgins and others | Witness:<br>Date:<br>Admitted: |
| 88 | OAF 0012422-12424: 10/1/2009 Dr. Mirsky related vouchers | Witness:<br>Date:<br>Admitted: |
| 89 | OAF 0012494-12496: Dr. Merikangas voucher and billing July-August 2009 | Witness: A. Merikangas<br>Date: 11/6/2023<br>Admitted: 11/6/2023 |
| 90 | OAF 13562: 8/2/2009 Email from D. Bruck to Attys. Woodward and Hudgins | Witness: Lawrence H. Woodward, Cr.<br>Date: 11/7/2023<br>Admitted: 11/7/2023 |
| 91 | OAF 0015242-15243, 15249-15250,15253-15255: Atty. Woodward billing/time records for July-August 2009 | Witness: A. Merikangas / Lawrence H. Woodward, Cr. 11/7/2023<br>Date: 11/7/2023<br>Admitted: 11/7/2023 (Woodward) |
| 92 | OAF 0019524: Atty. Hudgins Memo to File, Re: Conversation with Dr. Merikangas | Witness: A. Cunningham / Woodward / A. Merikangas 11/7/2023<br>Date: 11/2/2023 11/3/2023<br>Admitted: 11/7/2023 |
| | **February 15, 2023 Disclosures** | |
| 93 | OAF 0015272-15288 (missing 15276, 15277, 15279): Atty. Woodward additional billing/time records, and out of court worksheet, from July- August 2009 | Witness: A. Merikangas / Lawrence H. Woodward, Cr. 11/7/2023<br>Date: 11/7/2023<br>Admitted: 11/7/2023 (Woodward) |

| | | |
|---|---|---|
| 94 | OAF 0019597-19607, 19589-19590:  Atty. Woodward out of court worksheet | Witness: Lawrence H. Woodward, Jr.<br>Date: 11/7/2023<br>Admitted: 11/7/2023 |
| 95 | OAF 16805: 5/18/2009 Email from S. Cronin to Atty. Hudgins | Witness:<br>Date:<br>Admitted: |
| 96 | 7/24/2009 Email from D. Bruck to Atty. Hudgins Re: Dr. Merikangas | Witness:<br>Date:<br>Admitted: |
| 97 | 8/19/2009 Email chain with S. Cronin and D. Bruck Re: Update | Witness: Lawrence H. Woodward, Jr.<br>Date: 11/7/2023<br>Admitted: 11/7/2023 |
| | **February 17, 2023**<br>**Disclosures** | |
| 98 | Dr. Merikangas' invoices 2010 | Witness: Dr. Merikangas<br>Date: 11/6/2023<br>Admitted: 11/6/2023 |
| 99 | OAF 0011031-11032 – Emails between Atty. Hudgins and Dr. Cunningham's office | Witness: Dr. Cunningham<br>Date: 11/2/2023<br>Admitted: 11/2/2023 |
| 100 | OAF 0012085-12086 – Budget Order | Witness:<br>Date:<br>Admitted: |
| 101 | OAF 0012428-12429 – 8/31/2009 Dr. Cunningham Invoice | Witness: Dr. Cunningham<br>Date: 11/2/2023<br>Admitted: 11/2/2023 |
| 102 | OAF 0013534-13535 – Emails between Atty. Hudgins and Dr. Cunningham's office | Witness: Dr. Cunningham<br>Date: 11/2/2023<br>Admitted: 11/2/2023 |
| 103 | OAF 0013538 – 135546 – (missing 13539) – Emails between Atty. Hudgins and Dr. Cunningham | Witness: Dr. Cunningham<br>Date: 11/2/2023<br>Admitted: 11/2/2023 |
| 104 | OAF 0014354 – Email from Dr. Cunningham to Atty. Hudgins | Witness: Dr. Cunningham<br>Date: 11/2/2023<br>Admitted: 11/2/2023 |
| | **February 18, 2023**<br>**Disclosures** | |
| 105 | OAF 0019603-19604: Defendant's List of Witnesses (Penalty Phase) | Witness: Lawrence H. Woodward, Jr.<br>Date: 11/7/2023<br>Admitted: 11/7/2023 |
| 106 | OAF 0019353:  Dr. Nelson Time Entry Report | Witness:<br>Date: |

2

|  |  | Admitted: |
|---|---|---|
|  | **February 19, 2023**<br>**Disclosures** |  |
| 107 | Cunningham Invoices and Billing 2008-2009 | Witness: Dr. Cunningham<br>Date: 11/2/2023<br>Admitted: 11/2/2023 |
| 108 | OAF 0013632 – 6/3/2009<br>Notes from Atty. Hudgins | Witness:<br>Date:<br>Admitted: |
| 109 | OAF 0013652 – 7/1/2009 Email from S. Cronin to Atty's. Hudgins & Woodward | Witness:<br>Date:<br>Admitted: |
| 110 | OAF 0013673 – 7/6/2009 Email<br>Dr. Bender to Atty. Hudgins | Witness:<br>Date:<br>Admitted: |
| 111 | OAF 0018436 – 7/10/2009 Email<br>Atty. Hudgins to Dr. Mirsky | Witness:<br>Date:<br>Admitted: |
|  | **February 20, 2023**<br>**(Page-by-Page)**<br>**Disclosures** |  |
| 112 | OAF 0019047 – Atty. Woodward notes | Witness: Lawrence H. Woodward<br>Date: 11/7/2023<br>Admitted: 11/7/2023 |
| 113 | OAF 0019062, 19070-19072 – Atty. Woodward closing notes (penalty phase) | Witness: Lawrence H. Woodward<br>Date: 11/7/2023<br>Admitted: 11/7/2023 |
| 114 | OAF 0019329-193348 – Runyon notes, Sentencing Hearing | Witness: Lawrence H. Woodward<br>Date: 11/7/2023<br>Admitted: 11/7/2023 |
| 115 | OAF 0019584, 19586-19588, 19591-19592 Atty. Woodward Out of Court Worksheets (July/August 2009) | Witness: Lawrence H. Woodward, Jr.<br>Date: 11/7/2013<br>Admitted: 11/7/2013 |
|  | **February 20, 2023 (Parts 1-3) Disclosures** |  |
| 116 | ECF 511-16 Portsmouth City Jail Records | Witness:<br>Date:<br>Admitted: |
| 117 | OAF 0014542 – 8/5/2209 Email between S. Cronin and Atty. Hudgins | Witness:<br>Date:<br>Admitted: |
| 118 | OAF0014543 – 8/6/2009 Email from S. Cronin to Atty's. Woodward and Hudgins | Witness:<br>Date: |

| | | |
|---|---|---|
| | | Admitted: |
| | **June 1, 2023**<br>**Disclosures** | |
| 119 | DR00000195-196: Dec. 11, 2008<br>Dr. Nelson Report to Atty. Babineau | Witness: Dr. Cunningham<br>Date: 11/2/2023<br>Admitted 11/2/2023 |
| | **August 24, 2023**<br>**Disclosures** | |
| 120 | DR00000851-853: 9-29-09 Dr. Nelson letter to Court – Evaluation of D. Runyon | Witness:<br>Date:<br>Admitted: |
| 121 | DR00000978-982:<br>Dr. Nelson Communications | Witness:<br>Date:<br>Admitted: |
| 122 | DR00000983-994:<br>Dr. Nelson Notes – Interviews of D. Runyon | Witness: Dr. Cunningham<br>Date: 11/2/2023<br>Admitted: 11/2/2023 |
| 123 | DR00001077-1085: 8-4-09<br>Email Exchange Atty. Hudgins and S. Cronin | Witness:<br>Date:<br>Admitted: |
| 124 | DR00001094:<br>US v. Stitt | Witness:<br>Date:<br>Admitted |
| 125 | DR00001098: 10-3-08<br>Email Dr. Cunningham to Atty. Babineau | Witness:<br>Date:<br>Admitted |
| | **August 29, 2023**<br>**Disclosures** | |
| 126 | DR00001332: 6/24/09 Email Atty. Woodward to Atty. Hudgins | Witness: Dr. Cunningham<br>Date: 11/2/2023<br>Admitted Dr. Cunningham |
| | **August 31, 2023**<br>**Disclosures** | |
| 127 | DR00002079-2090 11-5-08<br>MMPI Report – D. Runyon | Witness:<br>Date:<br>Admitted: |
| 128 | DR000002116 8-6-09<br>Email S. Cronin to D. Bruck | Witness:<br>Date:<br>Admitted: |
| 129 | S. Cronin<br>Social History (Demonstrative Only) | Witness:<br>Date:<br>Admitted: |

Lawrence H. Woodward 11/7/2023 Lawrence H Woodward

4

| 130 | Script provided by Dr. Cunningham to Atty Hudgins (Identification Only) | Witness:<br>Date:<br>Admitted: |
|---|---|---|
| 131 | Letter to Dr. Cunningham (9-8-15) <br> p. 2 | Witness: Dr. Cunningham<br>Date: 11/2/2023<br>Admitted: Dr. Cunningham |
| 132 | Screenshot of records from Dr. Merikangas Trial File (Demonstrative Only) | Witness:<br>Date:<br>Admitted: |
| 133 | Dr. Aguirre CV | Witness: Dr. Aguirre<br>Date: 11/8/2023<br>Admitted: Dr. Aguirre |

5