*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
Newport News Division

COURT ADMITTED
EXHIBITS

David Anthony Runyon
PETITIONER

V.

UNITED STATES OF AMERICA
RESPONDENT

CASE NUMBER: 4:15cv108 and
4:08cr16

| PRESIDING JUDGE<br>Rebecca Beach Smith | COURTROOM DEPUTY<br>Tammy (Armstrong) Eubanks | COURT REPORTER<br>Jody Stewart, OCR |
|---|---|---|
| HEARING DATES: 2/7/2023 – 2/22/2023 and 11/1/2023 – 11/14/2023 | PETITIONERS ATTORNEYS: Elizabeth Peiffer, Kathryn Ali, and Robert Lee, Jr. | RESPONDENTS ATTORNEYS: Brian Samuels, Lisa McKeel and Carrie Lee Ward |

| Court Number | DATE Offered | Date Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|
| | | | |
| 1A | | 2/15/23 | Email from Dana Chavis dated 2/15/2023 (SEALED) |
| 1B | | 2/15/23 | Courtroom Deputy Clerk's notes re: parties being notified to reconvene on 2/15/2023 (SEALED) |
| 1 | | 2/22/23 | Letter to Court from Rob Lee at Capital Representation Resource Center dated 2/17/2023 |
| 2 | | 2/15/23 | Email from Dana Chavis with organizational chart of her office dated 2/15/2023 |
| 3 | | 11/2/23 | Report of Dr. Cunningham with footnotes |
| 4 | | 11/2/23 | PowerPoint of Dr. Cunningham dated 11/2/2023 (top right) with remarks |
| 5 | | 11/2/23 | PowerPoint of Dr. Cunningham used as Demonstrative Exhibit on 11/1/2023 |
| 6 | | 11/3/23 | Runyon Updated Expert Disclosures |
| 7 | | 11/3/23 | Report of Dr. Nadkarni with footnotes |
| 8 | | 11/7/23 | Email exchanges between counsel for petitioner and government re: authenticity of exhibits (10/24/2023 – 10/30/2023) |
| 9 | | 11/8/23 | Outline provided by government re: issues for pending Evidentiary Hearing to Dr. Aguirre |
| 10 | | 11/8/23 | JAMA Network Article dated 8/17/2022 |