UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID ANTHONY RUNYON,

      Petitioner,

v.

                             ACTION No. 4:15cv108
                  [ORIGINAL CRIMINAL No. 4:08cr16-3]

UNITED STATES OF AMERICA,

      Respondent.

## ORDER

As the transcripts of the November 2023 evidentiary hearing have been timely filed, the court reminds counsel in this matter that each party must file a brief containing findings of fact and conclusions of law on or before 5:00 PM on January 15, 2024. These simultaneous submissions each shall not exceed thirty pages, double-spaced. See E.D. Va. Loc. Civ. R. 7(f)(3). The court will not grant any last-minute extensions to the deadline.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for the parties.

IT IS SO ORDERED.

                                /s/
                          Rebecca Beach Smith
                          Senior United States District Judge

                      REBECCA BEACH SMITH
          SENIOR UNITED STATES DISTRICT JUDGE

December 18, 2023