**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| DAVID ANTHONY RUNYON,<br><br>        Petitioner,<br><br>v.<br><br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | Case No. 4:15-cv-108<br><br>Initial Criminal No. 4:08-cr-16-3<br>CAPITAL § 2255 PROCEEDINGS<br>HON. REBECCA BEACH SMITH |

**[PROPOSED] ORDER ON RENEWED MOTION FOR TESTING, TRANSPORTATION, AND SECURITY OF PETITIONER DAVID RUNYON**

Upon the renewed motion of Petitioner David Anthony Runyon for testing, transportation and security, and finding that the ends of justice are served by granting the Motion, it is hereby

**ORDERED** that Petitioner's Motion is granted.

IT IS SO ORDERED.

Entered this _____ day of _____, 20__.


_____
REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE