**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

DAVID ANTHONY RUNYON

        Petitioner,

    v.

UNITED STATES OF AMERICA

        Respondent.

Case No. 4:15-cv-108

Initial Criminal No. 4:08-cr-16-3

CAPITAL § 2255 PROCEEDINGS
HON. REBECCA BEACH SMITH

## ORDER

    Petitioner's Motion to Expand Page Limits for Proposed Findings of Fact and Conclusions of Law is hereby GRANTED.

    It is ORDERED THAT the page limit for proposed findings of fact and conclusions of law due to be simultaneously filed by the parties by 5 p.m. on January 15, 2024 will be 60 pages.

    IT IS SO ORDERED.

Dated:_____

                    _____

                    REBECCA BEACH SMITH
                    Senior United States District Judge